JS 44 (Rev 09/10)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

## CIVIL COVER SHEET

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law.

**Plaintiff(s):**
First Listed Plaintiff:
Laurie Ortolano ;
**County of Residence:** Hillsboro County

**Defendant(s):**
First Listed Defendant:
City of Nashua, New Hampshire ;
**County of Residence:** Hillsboro County

Additional Defendants(s):
Mayor of the City of Nashua James Donchess ;
Nashua Administrative Services Director Kimberly Kleiner ;
Nashua Chief Financial Officer John Griffin ;
John Duhamel ;
Nashua Corporation Counsel Steven Bolton ;
Nashua Deputy Corporation Counsel Celia Leonard ;
Michael Carignan ;
Nashua Police Sergeant Frank Lombardi ;
Inception Technologies, Inc. ;
Inception Technologies President Raymond Feoli ;

**County Where Claim For Relief Arose:** Hillsboro County

**Plaintiff's Attorney(s):**
Kurt S. Olson (Laurie Ortolano)
Olson & Olson, P.A.
31 Franklin Rd.
Salisbury, New Hampshire 03268
**Phone:** 603-748-1960
**Fax:**
**Email:** kolson@mslaw.edu

**Defendant's Attorney(s):**

**Basis of Jurisdiction:** 3. Federal Question (U.S. not a party)

**Citizenship of Principal Parties** (Diversity Cases Only)
    **Plaintiff:** N/A
    **Defendant:** N/A

**Origin:** 1. Original Proceeding

**Nature of Suit:** 440 All Other Civil Rights
**Cause of Action:** Violations of 42 U.S.C. § 1983 for suppressing her free speech rights and retaliation against her for her exercise of speech and expression protected under the First Amendment to the United States Constitution; 2. Violations of 42 U.S.C. § 1983 for suppressing her right to petition government and retaliation against her for attempting to do so, which rights are protected under the First Amendment to the United States

Constitution; 3. Violations of 42 U.S.C. § 1983 for suppressing her right to substantive due process, which rights are protected under the Fourteenth Amendment to the United States Constitution; 4. Violations of 42 U.S.C. § 1983 for suppressing her right to procedural due process, which right is protected under the Fourteenth Amendment to the United States Constitution; & etc.

**Requested in Complaint**

**Class Action:** Not filed as a Class Action

**Monetary Demand (in Thousands):** 2,000,000.00

**Jury Demand:** Yes

**Related Cases:** Is NOT a refiling of a previously dismissed action

---

**Signature:** Kurt S. Olson

**Date:** 08/23/2022

If any of this information is incorrect, please close this window and go back to the Civil Cover Sheet Input form to make the correction and generate the updated JS44. Once corrected, print this form, sign and date it, and submit it with your new civil action.