AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | |
|---|---|
| Laurie Ortolano ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 22-cv-00326-LM |
| The City of Nashua, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

City of Nashua .

Date: 09/12/2022

/s/ Brian J.S. Cullen
*Attorney's signature*

Brian J.S. Cullen, Bar No. 11265
*Printed name and bar number*

37 Technology Way, Suite 3W2
Nashua, NH  03060

*Address*

bcullen@cullencollimore.com
*E-mail address*

(603) 881-5500
*Telephone number*

(603) 881-5507
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of Record.

Conventionally Served:

| 09/12/2022 | /s/ Brian J. S. Cullen |
|---|---|
| Date | Signature |