## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | )      Civil Action No. 1:22-cv-00326-LM |
| | ) |
| The City of Nashua, *et al*., | ) |
| *Defendants*. | ) |
| _____ | ) |

## <u>NOTICE OF ATTORNEY APPEARANCE</u>

Please enter my appearance as counsel in this case for the Defendant Kimberly Kleiner.  I certify that I am admitted to practice in this Court.

Respectfully submitted,

Kimberly Kleiner

by her Attorneys,
FRIEDMAN FEENEY, PLLC

Date:  9/22/22           By:     */s/ Dona Feeney*
_____
Dona Feeney, Esq. (NH Bar No. 12854)
95 North State Street, Suite 5
Concord, NH 03301
dfeeney@friedmanfeeney.com
(603) 783-5105

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically served to all counsel of record through the ECF system.

Date:  9/22/22                                              By:   */s/ Dona Feeney*
_____
                                                                          Dona Feeney, Esq.