AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Laurie Ortolano | ) |  |  |
|---|---|---|---|
| *Plaintiff* | ) |  |  |
| v. | ) | Case No. | 22-cv-00326-LM |
| Jonathan Duhamel | ) |  |  |
| *Defendant* | ) |  |  |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jonathan Duhamel  .

Date:  09/22/2022

/s/ Brian J.S. Cullen
*Attorney's signature*

Brian J.S. Cullen, Bar No. 11265
*Printed name and bar number*

37 Technology Way, Suite 3W2
Nashua, NH  03060

*Address*

bcullen@cullencollimore.com
*E-mail address*

(603) 881-5500
*Telephone number*

(603) 881-5507
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of Record.

Conventionally Served:

| 09/22/2022 | /s/ Brian J. S. Cullen |
|---|---|
| Date | Signature |