UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
|      **Plaintiff** ) | |
| ) | |
| v. ) | |
| ) | |
| **The City of Nashua, New Hampshire; James** ) | |
| **Donchess, Mayor of the City of Nashua, New** ) | |
| **Hampshire; Kimberly Kleiner, Administrative** ) | |
| **Services Director of the City of Nashua, New** ) | |
| **Hampshire; John Griffin, Chief Financial Officer** ) | |
| **of the City of Nashua, New Hampshire, Jonathan** ) | |
| **Duhamel, former Chief Assessor of the City of** ) Civil Action No. 1:22-cv-326 | |
| **Nashua, New Hampshire Steven Bolton,** ) | |
| **Corporation Counsel of the City of Nashua, New** ) | |
| **Hampshire; Celia K. Leonard, Deputy Corporation** ) | |
| **Counsel of the City of Nashua, New Hampshire;** ) | |
| **Michael Carignan, former Chief of Police of the** ) | |
| **City of Nashua, New Hampshire; Frank Lombardi,** ) | |
| **current Sergeant of the Police Department of the** ) | |
| **City of Nashua, New Hampshire; Inception** ) | |
| **Technologies, Inc.; and Raymond Feoli,** ) | |
| ) | |
|      **Defendants** ) | |

**AFFIDAVIT OF PLAINTIFF'S COUNSEL
ON SERVICE OF PROCESS**

I, Kurt S. Olson, being duly sworn, depose and say:

1. I am not a party to this action, I am over 18 years of age, I am a partner in Olson & Olson, P.A., and I reside in Salisbury, Merrimack County, New Hampshire.

2. On September 6, 2022 Hillsborough County Deputy Sheriff Jacob D. Hatch served true copies of the summons, complaint, notice of electronic filing, and civil action cover sheet on the City of Nashua by giving in hand to Mayor James Donchess.

3. I have attached a true copy of the Summons with Return of Service as Exhibit A to this affidavit.

Dated: 10/6/2022                                                                                       /s/ Kurt S. Olson
                                                                                                       Kurt S. Olson
                                                                                                       Olson & Olson, P.A.
                                                                                                       31 Franklin Rd.
                                                                                                       Salisbury, NH 03268
                                                                                                       603-748-1960
                                                                                                       kolson@mslaw.edu

## Certificate of Service

I hereby certify that on October 6, 2022 I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the District of New Hampshire by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

                                                                                                       /s/ Kurt S. Olson
                                                                                                       Kurt S. Olson