## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

```
– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –  X
Laurie Ortolano,                            :
                          Plaintiff         :
                                            :
                                                        1:22-cv-00326-LM
                 v.                         :
                                            :
The City of Nashua, New Hampshire, et al.   :
                          Defendants        :


– – – – – – – – – – – – – – – – – – – – – – – – – – – – – – – –  X
```

### NOTICE OF DISMISSAL AS TO
### DEFENDANT JONATHAN DUHAMEL ONLY

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Laurie Ortolano files this Notice of Dismissal as to Defendant Jonathan Duhamel only. Defendant Duhamel has not yet served an Answer or a Motion for Summary Judgment.  Counsel for Mr. Duhamel assents to this dismissal, and the parties agree that each will bear their own costs. The parties also stipulate that the action remains active as to all other parties and claims.


Dated: 15th day of November 2022

By: /s/ Kurt S. Olson
Kurt S. Olson
Bar Number: 12518
kolson@mslaw.edu
Olson & Olson, P.A.
31 Franklin Rd.
Salisbury, NH  03268
603-748-1960
*Attorneys for Plaintiff*
*Laurie Ortolano*

By: /s/ Brian J.S. Cullen
Brian J.S. Cullen
Bar Number: 11265
bcullen@cullencollimore.com
Cullen Collimore Shirley PLLC
37 Technology Way
Suite 3W2
Nashua, NH  03060
603-881-5500
*Attorneys for Defendant*
*Jonathan Duhamel*

**PROOF OF SERVICE**

I hereby certify that a copy of this Notice of Dismissal as to Jonathan Duhamel Only was

served by the Court's ECF filing system on this 14th day of November 2022.


/s Kurt S. Olson
Kurt S. Olson