# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** | ) |
| Plaintiff | ) |
|  | ) |
| v. | ) Civil Action No. 22-cv-00326-LM |
|  | ) |
| **The City of Nashua, et al.,** | ) |
| Defendants | ) |

### PLAINTIFF'S OBJECTION TO MOTION OF DEFENDANTS, INCEPTION TECHNOLOGIES, INC. and RAYMOND FEOLI, TO DISMISS COUNTS EIGHT AND TEN OF THE PLAINTIFF'S VERIFIED COMPLAINT

### OBJECTION

The plaintiff, Laurie Ortolano, hereby objects to the Motion to Dismiss Counts Eight and Ten of defendants Inception Technologies, Inc. and Raymond Feoli.

The plaintiff is simultaneously filing a Memorandum of Law objecting to the Motion to Dismiss.

### REQUEST FOR HEARING

The plaintiff, Laurie Ortolano, hereby requests that the Court conduct a hearing on the defendants' Motion to Dismiss, a dispositive motion.

.                                                          Respectfully submitted,

                                                           Laurie Ortolano, Plaintiff
                                                           By her Attorneys,

                                                           Olson & Olson, P.A.
                                                           */s/ Kurt S. Olson*
                                                           Kurt S. Olson
                                                           Bar ID No. 12518
                                                           31 Franklin Rd.
                                                           Salisbury, NH 03268
                                                           603-748-1960
                                                           kolson@mslaw.edu

## CERTIFICATE OF SERVICE

I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Kurt S. Olson*
Kurt S. Olson