# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| **The City of Nashua, et al.,** ) | |
| Defendants ) | |

## PLAINTIFF'S OBJECTION TO DEFENDANT MICHAEL CARIGNAN'S MOTION FOR JUDGMENT ON THE PLEADINGS

### OBJECTION

The plaintiff, Laurie Ortolano, hereby objects to the Motion for Judgment on the Pleadings of defendant Michael Carignan.

The plaintiff is simultaneously filing a Memorandum of Law in Support of the Objection to the Motion for Judgment on the Pleadings and an Affidavit of Laurie Ortolano, which authenticates a number of documents permitted to be filed under Rule 12(c) of the Federal Rules of Civil Procedure and applicable First Circuit caselaw.

### REQUEST FOR HEARING

The plaintiff, Laurie Ortolano, hereby requests that the Court conduct a hearing on the defendants' Motion for Judgment on the Pleadings, a dispositive motion.

.                                                                    Respectfully submitted,

                                                                                     Laurie Ortolano, Plaintiff
                                                                                     By her Attorneys,

                        Olson & Olson, P.A.
                        /s/ Kurt S. Olson
                        Kurt S. Olson
                        Bar ID No. 12518
                        31 Franklin Rd.
                        Salisbury, NH 03268
                        603-748-1960
                        kolson@mslaw.edu

## **CERTIFICATE OF SERVICE**

     I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

                        /s/ Kurt S. Olson
                        Kurt S. Olson
                        31 Franklin Rd.
                        Salisbury, NH 03268
                        603-748-1960
                        kolson54@gmail.com