**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Laurie Ortolano, | |
| Plaintiff, | |
| v. | No. 22-cv-00326-LM |
| The City of Nashua, New Hampshire, et al., | |
| Defendants. | |

**DEFENDANTS INCEPTION TECHNOLOGIES, INC. AND RAYMOND FEOLI'S**
**MOTION FOR PRO HAC VICE ADMISSION OF BRIAN T. CORRIGAN**

Pursuant to Local Rule 83.2(b), defendants Inception Technologies, Inc. and Raymond Feoli (collectively, "Defendants") hereby move for admission of Attorney Brian T. Corrigan ("Attorney Corrigan") *pro hac vice* for purposes of this lawsuit to practice together with undersigned counsel.  As grounds for this Motion, Defendants state as follows:

1.      Attorney Corrigan is a resident of Massachusetts with an office at 122 Chestnut Street, Andover, Massachusetts 01810, a telephone number of (978) 988-1544, and an email address of CorriganLaw@gmail.com.

2.      In accordance with Local Rule 83.2(b)(1), Defendants attach to this Motion the Affidavit of Attorney Corrigan.  See Exhibit A.  As that Affidavit shows, Attorney Corrigan is a member in good standing of each of the courts to which he has been admitted, and he has never been disciplined by any of those courts.

3.      If admitted pro hac vice, Attorney Corrigan will abide by all rules of this Court and will remain associated with undersigned counsel as required under the rules.

4.      No memorandum of law is necessary because the relief requested is within the discretion of the Court.

1

5.      Opposing counsel do not oppose this Motion.


Respectfully submitted,
Defendants Inception Technologies, Inc.
and Raymond Feoli,

By:     */s/Danilo J. Gomez*
Danilo J. Gomez (NH Bar Id. 267668)
Law Office of Danilo J. Gomez
225 Broadway,
Suite 304
Methuen, MA 01844
t. (978) 655-7954
f. (978) 655-7952
c. (603) 560-6968
e. djg@danilogomez.com

Dated: January 3, 2023