**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | |
|---|---|
| Laurie Ortolano,<br>　　　　　　Plaintiff,<br>v.<br>The City of Nashua, New Hampshire, et al.,<br>　　　　　　Defendants. | No. 22-cv-00326-LM |

**AFFIDAVIT OF BRIAN T. CORRIGAN**
**IN SUPPORT OF ADMISSION PRO HAC VICE**

　　　　I, Brian T. Corrigan, pursuant to LR 83.2(b)(1), do hereby swear or affirm:

　　　　1.　　My full name is Brian Thomas Corrigan. My office address is 122 Chestnut Street, Andover, Massachusetts 01810. My telephone number is (978) 988-1544, and my email address is CorriganLaw@gmail.com.

　　　　2.　　The courts to which I have been admitted to practice and years of admission are:

| | |
|---|---|
| Supreme Judicial Court of Massachusetts | 1998 |
| U.S. District Court for the District of Massachusetts | 2017 |
| Supreme Court of the United States | 2018 |
| U.S. Court of Appeals (First Circuit) | 2020 |

　　　　3.　　I am in good standing and eligible to practice in the above-referenced courts.

　　　　4.　　I am not currently suspended or disbarred in any jurisdiction.

　　　　5.　　I have no prior denials of admission to any court, no previously imposed or pending disciplinary matters involving myself, no prior felony or misdemeanor criminal convictions, and no prior denials or revocations of pro hac vice status in any court.

　　　　Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 3, 2023　　　　　　　　　　　　　　*/s/ Brian T. Corrigan*
　　　　　　　　　　　　　　　　　　　　　　　　　Brian T. Corrigan