**CERTIFICATE OF SERVICE**

    I certify that on January 3, 2023 a copy of this filing with Exhibit A. Affidavit and Certificate of Good Standing was served via the Court's ECF filing system upon counsel of record.

                                        */s/Danilo J. Gomez*
                                        Danilo J. Gomez