UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano, <br>     Plaintiff <br><br> v. <br><br><br> The City of Nashua, et al., <br>     Defendants | Civ. Action No. 22-cv-00326-LM |

**PLAINTIFF LAURIE ORTOLANO'S ASSENTED-TO MOTION
FOR *PRO HAC VICE* ADMISSION OF PETER M. MALAGUTI**

Pursuant to Local Rule 83.2(b), plaintiff Laurie Ortolano hereby moves for admission of Attorney Peter M. Malaguti *pro hac vice* for purposes of this lawsuit to practice together with undersigned counsel. As grounds for this Motion, Mrs. Ortolano states the following.

1. Attorney Malaguti is a resident of Massachusetts who practices with Olson & Olson, P.A. at 500 Federal Street, Andover, Massachusetts 01810. Attorney Malaguti's phone number is 603-674-6003, and his email address is malaguti@mslaw.edu.

2. In accordance with Local Rule 83.2(b)(1), Plaintiff attaches to this Motion the Affidavit of Attorney Malaguti. See Exhibit A. As that affidavit shows, Attorney Malaguti is a member in good standing of each of the courts to which he has been admitted, and he provides an extensive explanation of the one disciplinary action brought against him by the bar of the Commonwealth.

3. If admitted pro hac vice, Attorney Malaguti will abide by all rules of this Court

and will remain associated with undersigned counsel as required under the rules.

4. In 2017, this Court granted our Motion for Attorney Malaguti to appear *pro hac vice* in the case of *Zinicola v. Mott McDonald, LLC* et al., Case No. 1:16-cv-00542-JL.

5. No memorandum of law is necessary because the relief requested is within the discretion of the Court.

Statement of Concurrence

Undersigned counsel hereby affirms that in accordance with NH LR 7.1(c), he has obtained concurrence for the relief sought in this motion from counsel representing all other parties in this action.

WHEREFORE, the undersigned respectfully requests that Peter M. Malaguti be admitted pro hac vice, as counsel to Plaintiff, Laurie Ortolano. in this case.

Dated: January 5, 2023

Respectfully submitted,

Laurie Ortolano, Plaintiff
by her attorneys,

/s/ Kurt S. Olson
Kurt S. Olson, NH Bar ID# 12518
Olson & Olson, P.A.
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960
kolson@mslaw.edu

CERTIFICATE OF SERVICE

I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kurt S. Olson