UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano, Plaintiff | ) |
| v. | ) Civil Action No. 22-CV-00326-LM |
| City of Nashua, et al., Defendants | ) |

## AFFIDAVIT OF PETER M. MALAGUTI

Peter Malaguti, being duly sworn, hereby deposes and states the following.

A.  I am an attorney with the firm of Olson & Olson, P.A. with offices located at 31 Franklin Rd., Salisbury, NH 03268 and 500 Federal St., Andover, MA 01810. I submit this affidavit in support of Attorney Olson's motion for my admission *pro hac vice*. My telephone number is 603-674-6003, and my email address is malaguti@mslaw.edu.

B.  I am a member in good standing of the bars of the Supreme Judicial Court of the Commonwealth of Massachusetts, the United States District Court for the District of Massachusetts, the First Circuit Court of Appeals and the Sixth Circuit Court of Appeals, and am able to practice in those courts. I was admitted to in the courts of the Commonwealth of Massachusetts on December 18, 1981, the First Circuit Court of Appeals on December 10, 1982, to the United States District Court for the District of Massachusetts on February 8,

1983, and the Sixth Circuit Court of Appeals on August 16, 2001.

    C. I am not currently suspended or disbarred in any jurisdiction.

    D. No disciplinary proceedings are currently pending against me in any jurisdiction; however, on August 3, 2011, the Massachusetts Board of Bar Overseers issued, and I accepted, Public Reprimand 2011-17. I was "Of Counsel" for the Massachusetts law firm then known as the "Crest Group," whose owner-attorney was Peter J. Unitt, III (now disbarred). In addition to other legal matters, I did some real estate closings for the Crest Group. On two occasions, I completed all the closing paperwork for the applicable closing, but was told that, for one reason or another, the closing had been postponed and that Attorney Unitt would handle it later in the day or evening.

    On one of those occasions, and unbeknownst to me, someone in the Crest Group changed some title papers after I had completed them properly, and the borrowers ended up signing closing documents containing incorrect title information. On another occasion, Attorney Unitt did not conduct the closing as he said he would; instead, he sent a paralegal to the borrower's home and the papers were signed without the presence of legal counsel. I ceased all contact with Attorney Unitt and the Crest Group immediately upon learning of these issues, and cooperated with the Massachusetts Board of Bar Overseers in proceeding against Attorney Unitt. Still, the Board of Bar Overseers took the position that I should have insisted on personally attending the closings myself because I was the one who completed the pre-closing paperwork.

E.  No court has ever denied me *pro hac vice* status or revoked previously granted *pro hac vice* admission.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 5, 2023

/s/ Peter M. Malaguti

CERTIFICATE OF SERVICE

I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kurt S. Olson