UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** *Plaintiff*, | ) ) ) |
| v. | ) ) Civil Action No. 1:22-cv-00326-LM ) |
| **The City of Nashua,** *et al.*, *Defendants*. | ) ) ) ) |

## MAYOR JAMES DONCHESS AND
## CHIEF FINANCIAL OFFICER JOHN GRIFFIN'S
## MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants James Donchess, Mayor of the City of Nashua, New Hampshire, and John Griffin, Chief Financial Officer ("CFO") of the City of Nashua, New Hampshire (together, "Defendants"), by counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure ("FRCP"), respectfully submit their Motion for Judgment on the Pleadings. In support, Defendants respectfully refer the Court to the accompanying Memorandum of Law and exhibits.

Respectfully submitted,

**JAMES DONCHESS, MAYOR OF THE CITY OF NASHUA, NEW HAMPSHIRE**
**JOHN GRIFFIN, CHIEF FINANCIAL OFFICER OF THE CITY OF NASHUA, NEW HAMPSHIRE**
By Their Attorneys,

**RATH, YOUNG AND PIGNATELLI, PC**
One Capital Plaza
Concord, NH 03301
(603) 226-2600

Dated: 1/11/23

/s/ Adam B. Pignatelli
Michael A. Pignatelli, NH Bar #2026
map@rathlaw.com
Adam B. Pignatelli, NH Bar #20211
abp@rathlaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing Motion, the accompanying Memorandum of Law, and exhibits were served on all counsel of record through the Court's electronic filing system.


Dated: 1/11/23             /s/ Adam B. Pignatelli
                  Adam Pignatelli