AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| | | |
|---|---|---|
| Lauire Ortolano | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:22-cv-00326-LM |
| The City of Nashua, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Inception Technologies, Inc. and Raymond Feoli                     .

Date:   01/11/2023

/s/ Brian T. Corrigan
*Attorney's signature*

Brian T. Corrigan, pro hac vice
*Printed name and bar number*

122 Chestnut Street
Andover, MA 01810
*Address*

corriganlaw@gmail.com
*E-mail address*

(978) 988-1544
*Telephone number*

(978) 307-6759
*FAX number*