UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

_____

Laurie Ortolano,                    )
                Plaintiff    )
                            )
v.                                  ) Civil Action No. 22-cv-00326-LM
                            )
The City of Nashua, et al.,         )
                Defendants   )
_____)

### PLAINTIFF'S OBJECTION TO MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANTS JAMES DONCHESS AND JOHN GRIFFIN

### OBJECTION

The plaintiff, Laurie Ortolano, hereby objects to the Motion for Judgment on the Pleadings of defendants, James Donchess and John Griffin.

The plaintiff is simultaneously filing a Memorandum of Law Objecting to the Motion for Judgment on the Pleadings.

### REQUEST FOR HEARING

The plaintiff, Laurie Ortolano, hereby requests that the Court conduct a hearing on the defendants' Motion for Judgment on the Pleadings, a dispositive motion.

.                                                Respectfully submitted,

                                                Laurie Ortolano, Plaintiff
                                                By her Attorneys,

                                                Olson & Olson, P.A.
                                                <u>/s/ Kurt S. Olson</u>
                                                Kurt S. Olson
                                                Bar ID No. 12518
                                                31 Franklin Rd.
                                                Salisbury, NH 03268
                                                603-748-1960
                                                kolson@mslaw.edu

CERTIFICATE OF SERVICE

    I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

        */s/* Kurt S. Olson
        Kurt S. Olson
        31 Franklin Rd.
        Salisbury, NH 03268
        603-748-1960
        kolson@mslaw.edu