UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua, *et al*.,** ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANTS BOLTON AND LEONARD'S MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, Deputy Corporation Counsel for the City of Nashua, New Hampshire, by counsel and pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, respectfully submit their Motion for Judgment on the Pleadings. In support, Defendants respectfully refer the Court to the accompanying Memorandum of Law.

Respectfully submitted,

**Steven A. Bolton and Celia K. Leonard,**

By their Counsel,

**UPTON & HATFIELD, LLP,**

Date: February 24, 2023

/s/ Russell F. Hilliard
Russell F. Hilliard
NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

          Brooke Lovett Shilo
          NHBA #20794
          10 Centre Street; PO Box 1090
          Concord, NH 03302-1090
          (603) 224-7791
          bshilo@uptonhatfield.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

          /s/ Russell F. Hilliard
          Russell F. Hilliard