# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

_____

**Laurie Ortolano,**
           **Plaintiff**

v.                                      Civil Action No. 22-cv-00326-LM

**The City of Nashua, et al.,**
           **Defendants**
_____

### PLAINTIFF'S OBJECTION TO MOTION FOR JUDGMENT ON THE PLEADINGS OF DEFENDANTS STEVEN BOLTON AND CELIA K. LEONARD

### OBJECTION

The plaintiff, Laurie Ortolano, hereby objects to the Motion for Judgment on the Pleadings of defendants Steven Bolton and Celia K. Leonard.

The plaintiff is simultaneously filing a Memorandum of Law in Support of the Objection to the Motion for Judgment on the Pleadings.

### REQUEST FOR HEARING

The plaintiff, Laurie Ortolano, hereby requests that the Court conduct a hearing on the defendants' Motion for Judgment on the Pleadings, a dispositive motion.

Dated:     March 24, 2023                   Respectfully submitted,

                                                          Laurie Ortolano, Plaintiff
                                                          By her Attorneys,

                                                          Olson & Olson, P.A.
                                                          */s/* Kurt S. Olson
                                                          Kurt S. Olson
                                                          Bar ID No. 12518

          31 Franklin Rd.
          Salisbury, NH 03268
          603-748-1960
          kolson@mslaw.edu

## **CERTIFICATE OF SERVICE**

    I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

          */s/* Kurt S. Olson
          Kurt S. Olson
          31 Franklin Rd.
          Salisbury, NH 03268
          603-748-1960
          kolson@mslaw.edu