# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua,** *et al.***,** ) | |
| **Defendants.** ) | |
| ) | |

## ASSENTED TO MOTION TO ENLARGE TIME

Defendants Steven A. Bolton and Celia K. Leonard hereby move for an enlargement of time to file their reply to the plaintiff's objection to their motion for judgment on the pleadings, on the following grounds:

1. The defendants filed their motion for judgment on the pleadings on February 24, 2023.

2. Plaintiff filed her objection to defendants' motion on March 24, 2023.

3. Pursuant to this Court's notice, defendants' reply to plaintiff's objection is due on or before March 31, 2023.

4. Defendants respectfully request an enlargement of time to file their reply from March 31, 2023, to and including, April 14, 2023.

5. Counsel for the plaintiff assents to this motion.

6. No brief or memorandum is necessary in support of this motion, as it is addressed to the discretion of Court.

Respectfully submitted,

**Steven A. Bolton and Celia K. Leonard,**

By their Counsel,

**UPTON & HATFIELD, LLP,**

Date: March 30, 2023     /s/ Russell F. Hilliard
Russell F. Hilliard
NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo
NHBA #20794
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard