## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Laurie Ortolano** | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 1:22-cv-00326-LM** |
| | ) | |
| **The City of Nashua**, *et al.*, | ) | |
| *Defendants*. | ) | |
| | ) | |

## **NOTICE OF ATTORNEY APPEARANCE**

Please enter my appearance as co-counsel in this case for the Defendant Kimberly Kleiner. I certify that I am admitted to practice in this Court.

        Respectfully submitted,

        Kimberly Kleiner

        by her Attorneys,
        FRIEDMAN FEENEY, PLLC

Date: 10/11/23        By:  */s/ David Betancourt*
        David Betancourt, Esq. (NH Bar No. 15299)
        95 North State Street, Suite 5
        Concord, NH 03301
        dfeeney@friedmanfeeney.com
        (603) 783-5105

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically served to all counsel of record through the ECF system.

Date: 10/11/23                  By: */s/ David Betancourt*
                                                    Dona Feeney, Esq.