## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

―――――――――――――――――――――――――― X

| | | |
|---|---|---|
| Laurie Ortolano, | : | |
| Plaintiff | : | |
| | : | |
| v. | : | 1:22-cv-00326-LM |
| | : | |
| City of Nashua, et al., | : | |
| Defendant | : | |

―――――――――――――――――――――――――― X

## JOINT STIPULATION OF DISMISSAL AS TO SIX
## COUNTS OF PLAINTIFF'S COMPLAINT WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Laurie Ortolano, and Defendant City of Nashua and the other remaining defendants, by and through undersigned counsel, hereby stipulate that Counts 3, 4, 5, 6, 9 and 10 be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses. The parties also stipulate that the action remains active as to all other parties and claims.

Dated: 20th day of October 2023

By: /s/ Kurt S. Olson
Kurt S. Olson
Bar Number: 12518
Olson Lawyers
31 Franklin Rd.
Salisbury, NH  03268
603-748-1960
kolson@mslaw.edu

*Attorney for Plaintiff Laurie Ortolano*

By: /s/ Brian Cullen
Brian Cullen
CULLEN COLLIMORE SHIRLEY PLLC
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500

bcullen@cullencollimore.com

*Attorneys for Defendants City of Nashua, Frank Lombardi, and Michael Carignan*

By: /s/ Dona Feeney
Dona Feeney, Esq. (NH Bar No. 12854)
95 North State Street, Ste. 5
Concord, NH 03301
dfeeney@friedmanfeeney.com
(603) 783-5105; 603-714-4685 (mobile)

*Attorney for Kimberly Kleiner*

By: /s/ Brian Corrigan
Corrigan Law Offices
122 Chestnut St.
Andover, MA 01810
Corriganlaw@gmail.com
978-988-1544 (P)
978-307-6759

*Attorney for Raymond Feoli* and *Inception Technologies, Inc.*

By: /s/ Russell F. Hilliard NHBA #1159
UPTON & HATFIELD, LLP
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@upton-hatfield.com

*Attorney for Steven Bolton* and *Celia Leonard*

## PROOF OF SERVICE

I hereby certify that a true and correct copy of this Joint Stipulation of Dismissal with Prejudice was served by CM/ECF on this 20th day of October 2023, on all counsel or parties of record.

/s Kurt S. Olson
Kurt S. Olson

2