

UNITED STATES DISTRICT COURT
For the
District of New Hampshire

Case Name:    Lauirie Ortolano v. The City of Nashua, et al

Case Number: 1:22-CV-00326-LM

## NOTICE OF WITHDRAWAL

To:    The Clerk of Court and all parties of record

I am suspended or otherwise unauthorized to practice in this court and must withdraw in this case as counsel for <u>Defendant Inception Technologies and Raymond Feoli</u>. See attached Notice of Suspension to Tribunal and Counsel as <u>Exhibit A</u>.

Date: <u>September 5, 2023</u>

<u>/s/Danilo J. Gomez</u>
Danilo J. Gomez, Esquire
Law Office of Danilo J. Gomez
Phone: (978) 258-0379
Cell: (603) 560-6968
Fax: (978) 655-7952
Email: djg@danilogomez.com
NH Bar Id. 267668

## CERTIFICATE OF SERVICE

I certify that on September 5, 2023, a copy of this filing was served via the Court's ECF filing system upon counsel of record.

/s/Danilo J. Gomez
Danilo J. Gomez

# EXHIBIT A.

# ATTORNEY DANILO J. GOMEZ

## NOTIFICATION OF SUSPENSION TO
## COURT, AGENCY OR TRIBUNAL

TO: United States District Court NH
55 Pleasant Street Room 110
Concord, NH 03301

| | |
|---|---|
| CASE CAPTION:<br>Lauirie Ortolano v. The City of Nashua, et al | NAME OF CLIENT:<br>Inception Technologies<br>Raymond Feoli |
| DOCKET NO.:<br>1:22-CV-00326-LM | ADDRESS OF CLIENT:<br>77 Sundial Avenue<br>Suite 403W<br>Manchester, NH 03103 |

Pursuant to the Rules of the New Hampshire Supreme Court and Attorney Discipline Office you are hereby advised that I have been suspended from further practice of law in the State of New Hampshire for a period of ninety (90) days and consequently am unable to act as an attorney after September 15, 2023, the effective date of suspension. Enclosed are copies of the notices of suspension which I have sent to my client(s), counsel of record, and those parties unrepresented by counsel.

DATE: September 5, 2023

SIGNATUE: /s/Danilo J. Gomez
Danilo J. Gomez
ADDRESS: 225 Broadway, Suite 304
Methuen, MA 01844
TELEPHONE: 978-655-7954

---

*Law Office of Danilo J. Gomez*
*Espaillat Mill Building 225 Broadway Suite 304 Methuen, MA 01844*
*Tel: (978) 655-7954 Fax: (978) 655-7952*
*Email: djg@danilogomez.com Website: www.danilogomez.com*
*ADMITTED IN MASSACHUSETTS*

# ATTORNEY DANILO J. GOMEZ

## NOTICE OF SUSPENSION TO COUNSEL

| | |
|---|---|
| TO: | All Counsel of Record |
| COURT: | Rockingham Superior Court |
| CASE CAPTION: | Laurie Ortolano v. The City of Nashua, et al |
| DOCKET NUMBER: | 1:22-CV-00326-LM |
| CLIENT NAME: | Inception Technologies & Raymond Feoli |

Pursuant to the Rules of the New Hampshire Supreme Court and Attorney Discipline Office you are hereby advised that I have been suspended from further practice of law in the State of New Hampshire for a period of ninety (90) days and consequently am disqualified from acting as an attorney after September 15, 2023, the effective date of suspension.

DATE: September 5, 2023

SIGNATUE: /s/Danilo J. Gomez
Danilo J. Gomez
ADDRESS: 225 Broadway, Suite 304
Methuen, MA 01844
TELEPHONE: 978-655-7954

*Law Office of Danilo J. Gomez*
*Espaillat Mill Building 225 Broadway Suite 304 Methuen, MA 01844*
*Tel: (978) 655-7954 Fax: (978) 655- 7952*
*Email: djg@danilogomez.com Website: www.danilogomez.com*
*ADMITTED IN MASSACHUSETTS*

# ATTORNEY DANILO J. GOMEZ

## NOTICE OF SUSPENSION TO CLIENT

TO:   Inception Technologies & Raymond Feoli
77 Sundial Avenue
Suite 403W
Manchester, NH 03103

MATTER: Lauirie Ortolano v. The City of Nashua, et al

I have been suspended from the further practice of law in the State of New Hampshire for a period of ninety (90) days and consequently am disqualified from acting as an attorney after September 15, 2023, the effective date of suspension.

If you are not represented by co-counsel, you should act promptly to obtain other counsel to represent you further in the above matter. In order for avoid a default, while you obtain replacement counsel or if you are going to wait until I return, <u>I have enclosed an appearance form for you to sign and mail to the United States District Court NH Civil Clerks Office.</u>

You have the right to have all papers, documents, and other materials that you supplied to me in this case returned to you, as well as the right to certain other documents in your file. These documents may be retrieved from:

Danilo J. Gomez, Esquire
Law Offices of Danilo Gomez
225 Broadway, Suite 304
Methuen, MA 01844

No retainer was paid to this office.

DATE: September 5, 2023              SIGNATUE: /s/Danilo J. Gomez
                                                Danilo J. Gomez
                                     ADDRESS:   225 Broadway, Suite 304
                                                Methuen, MA 01844
                                     TELEPHONE: 978-655-7954

*Law Office of Danilo J. Gomez*
*Espaillat Mill Building 225 Broadway Suite 304 Methuen, MA 01844*
*Tel: (978) 655-7954 Fax: (978) 655-7952*
*Email: djg@danilogomez.com Website: www.danilogomez.com*
*ADMITTED IN MASSACHUSETTS*

USDCNH-96 (Rev. 7/14)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

|  |  |  |
|---|---|---|
| *Plaintiff* <br> v. <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No. |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

_____

Date: _____

_____
*Attorney's signature*

_____
*Printed name and bar number*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

_____
*FAX number*

You need not complete a certificate of service for any party served electronically using the court's CM/ECF system. If a document that is filed electronically must be conventionally served on any attorney or party, the certificate of service shall also state the date the document was electronically filed with the court.

## CERTIFICATE OF SERVICE

I hereby certify that this Appearance was filed in the court's electronic filing system and served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

Conventionally Served:

_____   _____
**Date**                     **Signature**

**Law Office of Danilo J Gomez**
225 Broadway Suite 304
Methuen, MA 01844



U.S. POSTAGE PAID
FCM LG ENV
METHUEN, MA 01844
SEP 05, 2023

**$1.59**

R2305M146054-69

Retail





03301

RDC 99

United States District Court NH
55 Pleasant Street
Room 110
Concord, NH 03301

03301-394135