# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW HAMPSHIRE

```
------------------------------X
Laurie Ortolano,                      :
                     Plaintiff        :
                                      :
                                          1:22-cv-00326-LM
          v.                          :
                                      :
The City of Nashua, New Hampshire, et al. :
                     Defendants       :

------------------------------X
```

## JOINT RENEWED MOTION TO CONTINUE WITH
## A PROPOSED SCHEDULE FOR DEADLINES

Plaintiff Laurie Ortolano respectfully files this Joint Renewed Motion to Continue with a Proposed Schedule for Deadlines as suggested by the Court. In support of this motion, Plaintiff states the following.

1. The parties filed an Assented-To Motion to Extend Case Deadlines [Doc. No. 59] on September 18, 2023.

2. As part of its Order granting Donchess's and Griffin's Motion for Judgment on the Pleadings [Doc. No. 61], the Court denied the parties' Motion to Extend Deadlines on September 28th but stated, "[T]he parties may file a renewed motion to continue with a proposed schedule." [Doc. No. 61, p. 28]

3. The parties agreed to the proposed schedule during a conference call, and counsel have advised their clients of the request to extend the trial deadline.

4. Attached to this Motion is the parties' proposed schedule for deadlines.

WHEREFORE, all parties respectfully requests that this Court:

A. Allow the Joint Renewed Motion to Continue with a Proposed Schedule for Deadlines.

B.    Grant such further relief as justice requires.

| | |
|---|---|
| By: /s/ Kurt S. Olson<br>Kurt S. Olson<br>Bar Number: 12518<br>Olson Lawyers<br>31 Franklin Rd.<br>Salisbury, NH  03268<br>603-748-1960<br>kolson@mslaw.edu<br><br>*Attorney for Plaintiff Laurie Ortolano* | By: /s/ Brian Cullen<br>Brian Cullen<br>CULLEN COLLIMORE SHIRLEY PLLC<br>37 Technology Way, Suite 3W2<br>Nashua, NH 03060<br>(603) 881-5500<br><br>bcullen@cullencollimore.com<br><br>*Attorneys for Defendants City of Nashua, Frank Lombardi*, and *Michael Carignan* |
| By: /s/ Dona Feeney<br>Dona Feeney, Esq. (NH Bar No. 12854<br>95 North State Street, Suite 5<br>Concord, NH 03301<br>dfeeney@friedmanfeeney.com<br>(603) 783-5105<br><br>*Attorney for Kimberly Kleiner* | By: /s/ Russell F. Hilliard NHBA #1159<br>UPTON & HATFIELD, LLP<br>159 Middle Street<br>Portsmouth, NH 03801<br>(603) 436-7046<br>rhilliard@uptonhatfield.com<br><br>*Attorney for Steven Bolton* and *Celia Leonard* |
| By: /s/ Brian Corrigan<br>Corrigan Law Offices<br>122 Chestnut St.<br>Andover, MA 01810<br>Corriganlaw@gmail.com<br>978-988-1544 (P)<br>978-307-6759<br><br>*Attorney for Raymond Feoli* and *Inception Technologies, Inc.* | |

## PROOF OF SERVICE

I hereby certify that I served a copy of this **JOINT RENEWED MOTION TO CONTINUE WITH A PROPOSED SCHEDULE FOR DEADLINES** by CM/ECF on this 25th day of October 2023, on all counsel or parties of record.

By: /s/ Kurt S. Olson<br>Kurt S. Olson