# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW HAMPSHIRE

### EXHIBIT TO JOINT RENEWED MOTION TO CONTINUE WITH A PROPOSED SCHEDULE FOR DEADLINES

| Scheduling Designation | Current Deadline | Proposed Deadline |
|---|---|---|
| Completion of Discovery | 1/5/24 | 4/12/24 |
| Discovery Status Report | 3/21/24 | 3/5/24 |
| Disclosure of Experts and Experts' Written Reports (Plaintiff) | 8/1/23 Supp 12/1/23 | 2/1/24 Supp 3/15/24 |
| Disclosure of Experts and Experts' Written Reports (Defendant) | 11/1/23 Supp 12/1/23 | 3/1/24 Supp 4/1/24 |
| Challenges to Expert Testimony | 45 d before trial | 45 d before trial |
| Disclosure of Claims Against Unnamed Parties | 6/1/23 | 12/1/23 |
| Joinder of additional parties (plaintiff) | 7/1/23 | 11/1/23 |
| Joinder of additional parties (defendants) | 8/1/23 | 1/1/24 |
| Third-Party Actions | | 12/1/23 |
| Amendment to pleadings (plaintiff) | 7/1/23 | 11/1/23 |
| Amendment to pleadings (defendant) | 8/1/23 | 1/1/24 |
| Motions to Dismiss | 5/1/23 | 12/1/23 |
| Motions for Summary Judgment | 1/20/24 | 5/15/24 |
| Trial | 5/21/24 | 10/16/24 |