## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>      Plaintiff,<br>v.<br><br>The City of Nashua, New Hampshire, et al.,<br>      Defendants. | No. 22-cv-00326-LM |

### APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of records

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Defendants, Inception Technologies, Inc. And Raymond Feoli.

|  |  |
|---|---|
| Dated: January 9, 2024, | Respectfully submitted,<br>Defendants Inception Technologies, Inc.<br>and Raymond Feoli, |
|           By: | */s/ Emmanuel Gonzalez*<br>Emmanuel Gonzalez (Bar No. 275359)<br>Gonzalez Legal, PC<br>PO Box 221<br>Lynn, MA 01903<br>e@gonzalezlegaloffice.com<br>T. (781) 346-4874<br>F. (781) 318-5999 |

1

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

                                        */s/ Emmanuel Gonzalez*
                                        Emmanuel Gonzalez