UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>              Plaintiff,<br>v.<br><br>The City of Nashua, New Hampshire, et al.,<br>              Defendants. | No. 22-cv-00326-LM |

**DEFENDANTS INCEPTION TECHNOLOGIES, INC. AND RAYMOND FEOLI'S MOTION FOR PRO HAC VICE ADMISSION OF BRIAN T. CORRIGAN**

Pursuant to Local Rule 83.2(b), defendants Inception Technologies, Inc. and Raymond Feoli (collectively, "Defendants") hereby move for admission of Attorney Brian T. Corrigan ("Attorney Corrigan") *pro hac vice* for purposes of this lawsuit to practice together with undersigned counsel. As grounds for this Motion, Defendants state as follows:

1. Attorney Corrigan is a resident of Massachusetts with an office at 122 Chestnut Street, Andover, Massachusetts 01810, a telephone number of (978) 988-1544, and an email address of CorriganLaw@gmail.com.

2. In accordance with Local Rule 83.2(b)(1), Defendants attach to this Motion the Affidavit of Attorney Corrigan. See Exhibit A. As that Affidavit shows, Attorney Corrigan is a member in good standing of each of the courts to which he has been admitted, and he has never been disciplined by any of those courts.

3. If admitted pro hac vice, Attorney Corrigan will abide by all rules of this Court and will remain associated with undersigned counsel as required under the rules.

4. No memorandum of law is necessary because the relief requested is within the discretion of the Court.

1

5.  Opposing counsel do not oppose this Motion.

| | |
|---|---|
| Respectfully submitted,<br>Dated: January 9, 2024, | Defendants Inception Technologies, Inc.<br>and Raymond Feoli, |

                                                 By:   */s/ Emmanuel Gonzalez*
                                                               Emmanuel Gonzalez (Bar No. 275359)
                                                               Gonzalez Legal, PC
                                                               PO Box 221
                                                               Lynn, MA 01903
                                                               e@gonzalezlegaloffice.com
                                                               T. (781) 346-4874
                                                               F. (781) 318-5999

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>              Plaintiff,<br>v.<br><br>The City of Nashua, New Hampshire, et al.,<br>              Defendants. | No. 22-cv-00326-LM |

## AFFIDAVIT OF BRIAN T. CORRIGAN
## IN SUPPORT OF ADMISSION PRO HAC VICE

I, Brian T. Corrigan, pursuant to LR 83.2(b)(1), do hereby swear or affirm:

1. My full name is Brian Thomas Corrigan. My office address is 122 Chestnut Street, Andover, Massachusetts 01810. My telephone number is (978) 988-1544, and my email address is CorriganLaw@gmail.com.

2. The courts to which I have been admitted to practice and years of admission are:

| | |
|---|---|
| Supreme Judicial Court of Massachusetts | 1998 |
| U.S. District Court for the District of Massachusetts | 2017 |
| Supreme Court of the United States | 2018 |
| U.S. Court of Appeals (First Circuit) | 2020 |

3. I am in good standing and eligible to practice in the above-referenced courts.

4. I am not currently suspended or disbarred in any jurisdiction.

5. I have no prior denials of admission to any court, no previously imposed or pending disciplinary matters involving myself, no prior felony or misdemeanor criminal convictions, and no prior denials or revocations of pro hac vice status in any court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 9, 2024                                  */s/ Brian T. Corrigan*
                                                                       Brian T. Corrigan



# The Commonwealth of Massachusetts
## SUPREME JUDICIAL COURT
FOR SUFFOLK COUNTY
JOHN ADAMS COURTHOUSE
ONE PEMBERTON SQUARE, SUITE 1300
BOSTON, MASSACHUSETTS 02108-1707
WWW.SJCCOUNTYCLERK.COM

MAURA S. DOYLE
CLERK

CASE INFORMATION (617) 557-1100
FACSIMILE (617) 557-1117
ATTORNEY SERVICES (617) 557-1050
FACSIMILE (617) 557-1055

January 10, 2024

Attorney Brian Thomas Corrigan
Brian T. Corrigan
122 Chestnut Street
Andover , MA  01810
corriganlaw@gmail.com

**IN RE:**     **CERTIFICATE OF ADMISSION AND GOOD STANDING**

Enclosed please find the Certificate of Admission and Good Standing for Commonwealth of Massachusetts Attorney **Brian Thomas Corrigan .** The certificate provides certification of the attorney's date of admission and current good standing at the Bar of the Commonwealth of Massachusetts.

If you have any questions or should need further assistance, please do not hesitate to contact the Attorney Services Department at either sjccertsgs@sjc.state.ma.us or 617-557-1050.

Very truly yours,

*[signature]*

MAURA S. DOYLE
Clerk
Supreme Judicial Court

MSD/   **jr**
Clearance:  01.10.2024 01.09.2024
Enclosures

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **December 15, 1998**, said Court being the highest Court of Record in said Commonwealth:

## Brian Thomas Corrigan

being found duly qualified in that behalf, and having taken and subscribed

the oaths required by law, was admitted to practice as an Attorney, and, by virtue

thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth:

that said Attorney is at present a member of the Bar, and is in good standing

according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the

seal of said Court, this **tenth** day of **January**

in the year of our Lord **two thousand and twenty-four.**



MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

## CERTIFICATE OF SERVICE

  I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

                */s/ Emmanuel Gonzalez*
                Emmanuel Gonzalez

3