# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| **The City of Nashua, et al.,** ) | |
| Defendants ) | |

## JOINT DISCOVERY STATUS REPORT

The parties in this case submit the following Joint Status Report summarizing the state of discovery and identifying any issues between the parties, and the parties' respective positions.

Counsel for Laurie Ortolano served interrogatories and requests for production of documents on all defendants on February 28th and 29th respectively. Defendants expect to respond in accordance with the Federal Rules of Civil Procedure and the Discovery Plan approved by this Court.

Depositions are planned for early April.

The Parties anticipate completing discovery in accordance with the Discovery Plan approved by this Court

By: /s/ Kurt S. Olson
Kurt S. Olson
Bar Number: 12518
Olson Lawyers
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960
kolson@mslaw.edu

*Attorney for Plaintiff Laurie Ortolano*

By: /s/ Brian Cullen
Brian Cullen
Bar No. 11265
CULLEN COLLIMORE SHIRLEY PLLC
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500

bcullen@cullencollimore.com

*Attorneys for Defendants City of Nashua, Frank Lombardi,* and *Michael Carignan*

| | |
|---|---|
| By: /s/ Dona Feeney<br>Dona Feeney, Esq. (NH Bar No. 12854<br>95 North State Street, Suite 5<br>Concord, NH 03301<br>dfeeney@friedmanfeeney.com<br>(603) 783-5105<br><br>*Attorney for Kimberly Kleiner* | By: /s/ Russell F. Hilliard NHBA #1159<br>UPTON & HATFIELD, LLP<br>159 Middle Street<br>Portsmouth, NH 03801<br>(603) 436-7046<br>rhilliard@uptonhatfield.com<br><br>*Attorney for Steven Bolton* and *Celia Leonard* |
| By: /s/ Brian Corrigan<br>Corrigan Law Offices<br>122 Chestnut St.<br>Andover, MA 01810<br>Corriganlaw@gmail.com<br>978-988-1544 (P)<br>978-307-6759<br><br>*Attorney for Raymond Feoli* and *Inception Technologies, Inc.* | |

## PROOF OF SERVICE

I hereby certify that I served a copy of this **Joint Status Report on Discovery** by CM/ECF on this 5th day of March 2024, on all counsel or parties of record.

By: /s/ Kurt S. Olson
Kurt S. Olson