<mark>links/open attachments if source is unknown.</mark>

I just wanted to forward the arrest incident that happened on July 22, 2022. I guess everyone needs a friend and loyal support so Bolton has Klee, Clemons and Moron holding him up. Good steady crew. Let's hope the PCC knocks this guy on his ass.

Laurie

---------- Forwarded message ---------
From: **Laurie Ortolano** <laurieortolano@gmail.com>
Date: Wed, Aug 17, 2022 at 10:07 PM
Subject: Botlon tried to arrest me again in City Hall on July 22, 2022
To: <mburdette@nashuatelegraph.com>, Dean Shalhoup <dshalhoup@nashuatelegraph.com>

Good Evening,

Lot going on right now. I just filed a big RTK lawsuit against the City on the Downtown Barriers, the Performing Arts Center and the Tax Incremental Financing Districts. It went into Court on Monday and I have a hearing for 90 minutes on September 7 at 1:30. Attached is the lawsuit. Hit the Economic Development Department with over 50 violations.

Attached is a police report. I went to City Hall on July 22, 2022 to try to get some letters sent to me via the City's CITRIX portal. I was super frustrated for two day because I could not download emails. Asked the City to fix their fucking portal. Went to the third floor and tried to speak with someone in IT but no one answered the bell.

The legal office had a letter for me so I walked to the side hallway to get the phone number for legal off the plaque and dialed into the office. The side door to the office opened and I thought the clerk was going to give me the letter, but instead Bolton was at the door with the door opened about 15 inches. He started hollering at me to go, leave, I will have you arrested, you are trespassing. I had the phone to my ear speaking with Manuela (Clerk) and I told him I just got the number off the plaque and was speaking to the Clerk, he blew up again and ordered me to never call the office again or he would have me arrested.  I dialed 911 out of fear and asked for the police to come to city hall.

Officer Earnshaw and Officer Abrams came to City Hall and I gave a statement. Then they and a Sergeant went to speak with Bolton. The attached file documents the entire thing. Bolton wanted me arrested immediately for criminal trespass, misdemeanor A for just being in the Hallway. It was beyond upsetting to read the first page of the report. Honestly, I did not know if the police were going to back Bolton or me. Bolton was not truthful to the police and said he told me that he wanted to leave. And I think the report said he stepped into the hallway. He never stepped out of the doorway.

The police noted in the report that I was only in the hallway for about 2 minutes. I

was on the phone with Manuela for 20 seconds and then I called 911 and was probably on the phone for 40 sec. My interface with Bolton was under a minute and he was accusing me of refusing to leave. I was definitely leaving but I wanted to give my side of the story to prevent the arrest. And he frightened me.

The best part was when the officer noted that he tried to reason with Bolton but couldn't. The Corporation Counsel for the 2nd largest City in NH could not be reasoned with. This man is a danger and a liability to the City. He is no longer competent and the Mayor just keeps him in office and backs him. All of these lawsuits are the result of his stupidity; the man is truly a moron and his sidekick Celia Leonard is a nitwit. Ultimately the police found no grounds for the arrest. Bolton has no understanding of Constitutional rights. It appears his stroke from December 2020 has left him impaired and more pissed off and unreasonable than ever. Not that he was ever pleasant.

I filed a formal complaint with the Professional Conduct Committee of the Supreme Court. I asked that he be disbarred. I am filing a whole series of complaints and I have just had it. This City rapes the rights right out of thier citizens and they think nothing of it.

The last two pages of the police report are very interesting. The police were called by "someone". in City Hall to come and cover Friday morning because apparently, the City expected an incident with me. The report did not give the details of who made the call and why it was made.

Well, officer Gilbert sent a supplemental report last week. Turns out Kim Kleiner called for 3 officers to come stay in city Hall for about 2.5 hours in the morning. Turns out I did not show up until 11:30 and they left around 10:50. Who sicced the police on me, Director Tim Cummings. I criticized him in the finance meeting on Wednesday evening, July 20 about the RTK violations, the barriers, the PAC, etc. The Mayor got mad and took my public input away after 1 minute stating that I could not given my opinion of Mr. Cummings. I only got to speak for 1 minutes. Mayor took the other 2 and attacked me for being mean to Timmy. I told him to "Shut his pie hole" He called me out for using a swear word. I never thought pie hole was a swear word. Then he started talking about the "c" word and brought up that I have referred to a city lawyer with the "c" word. Not exactly true and he was just bringing up old stories because he was pissed I was speaking ill of Timmy. (I attended a board of Assessors Meeting in August 2021, I addressed my arrest in City Hall and the fact that I believed that Attorney Leonard had lied to the police. I said she had the "Cuntiest behavior" I had ever seen.) While it may not have been the most pleasant comment, I did not call her the "c" word. But... political spin. The issue had not been discussed in a year, and then all of a sudden at the finance meeting, the Mayor brings up the C word. Guess we know a little more about his mind.

So, Timmy told Kimberly that Laurie said an expletive and told the Mayor to shut his pie hole so his stranger danger light went off and Timmy needed protection. Kleiner told the police that I was scheduled to arrive. But I had set no schedule. What a waste of officer time. Also, at the last BOA meeting, some City Office called in police backup to the meeting and officers told Laura Colquhoun that

they were told the City expected a problem with the public. There were only a handful of citizens who attended and they were totally peaceful. I dialed in from Zoom.

These people are really nuts, disgusting money wasters who Believe they can just dog whistle the police for immediate arrests in City Hall. The people are just looking for trouble and waiting to pounce on citizens and throw them in jail.

Now BOA is really clamping down. They cancelled Zoom, Wilshire has eliminated letters to the Board so no citizen can send a letter into the Board, and Mayor has asked that they change the public input policy such that no one can speak about any topic that is not on the agenda and they are adding a profanity and civility (totally unconstitutional) to the public input policy.

There is another big issue dropping soon. Give me a call if you have time. Hope you are both well.

Laurie

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.