

# The Police Records of Attorney Bolton

BY **LAURIE ORTOLANO** / 18 DECEMBER 2022



I put in a Right To Know demand for the police records for Attorney Bolton and I received 86 pages of documents going back to 2000. Frankly, these records are stunning. They depict a very angry, hostile, out-of-control man who lacks self-awareness and self-control.

```
                        Nashua Police Department                    Page:    1
                   Call Number    Printed: 11/18/2022

For Date: 05/17/2022  -  Tuesday

Call Number      Time     Call Reason                          Action          Priority  Duplicate
22-28146         1736     Phone - CHECK CONDITIONS             ALL OKAY        3
    Call Taker:          TREMAU - TREMBLEY, MAUREEN
    Call Closed By:      GOUKAR - GOULDING, KAREN  05/17/2022 1812
    Call Modified By:    GOUKAR - GOULDING, KAREN
    Location/Address:    [NAS 5384] CHILI'S GRILL & BAR   285 DANIEL WEBSTER HWY
    Party Entered By:    05/17/2022 1738 TREMAU    TREMBLEY, MAUREEN
    Calling Party:       CHILI'S GRILL & BAR
                         ***UNKNOWN***, STEVEN @ 285 DANIEL WEBSTER HWY - NASHUA, NH 03060 603-888-3200
    Party Entered By:    05/17/2022 1801 IBEDER    IBELL, DEREK
    Involved Party:      WALLEY, CHERYL ANNE @
                         SSN:          DOB:                   Race: W   Sex: F
    Party Entered By:    05/17/2022 1802 IBEDER    IBELL, DEREK
    Involved Party:      BOLTON, STEVEN ALFRED @
                         SSN:          DOB:                   Race: U   Sex: M
    Party Entered By:    05/17/2022 2039 LINRYA  - LINEHAN, RYAN
    Involved Party:      NELAN, JO A @
                         SSN:          DOB:                   Race: W   Sex: F
             ID:         LINRYA     LINEHAN, RYAN
                         Disp-17:45:26  Enrt-17:46:33  Arvd 17:53:39  Clrd-18:12:43
    Dispatched By:       GOUKAR - GOULDING, KAREN
       Enroute By:       GOUKAR - GOULDING, KAREN
       Arrived By:       HOREMI - HORLICK, EMILY
       Cleared By:       GOUKAR - GOULDING, KAREN
    Location Change:     [NAS 456] BOBS DISCOUNT FURNITURE - 283 DANIEL WEBSTER HWY [Modified: 05/17/2022
1755]
             ID:         DOHPAT - DOHERTY, PATRICK
                         Disp-17:46:29  Enrt-17:46:31  Arvd 17:58:08  Clrd-18:12:43
    Dispatched By:       GOUKAR - GOULDING, KAREN
       Enroute By:       GOUKAR   GOULDING, KAREN
       Arrived By:       HOREMI - HORLICK, EMILY
       Cleared By:       GOUKAR - GOULDING, KAREN
    Location Change:     [NAS 456] BOBS DISCOUNT FURNITURE   283 DANIEL WEBSTER HWY [Modified: 05/17/2022
1805]
             ID:         IBEDER - IBELL, DEREK
                         Disp-17:55:11                  Arvd-17:57:19  Clrd-18:02:51
    Dispatched By:       HOREMI - HORLICK, EMILY
       Arrived By:       HOREMI - HORLICK, EMILY
       Cleared By:       IBEDER - IBELL, DEREK
    Location Change:     [NAS 456] BOBS DISCOUNT FURNITURE - 283 DANIEL WEBSTER HWY [Modified: 05/17/2022
1755]
    Location Change:     [NAS 456] BOBS DISCOUNT FURNITURE - 283 DANIEL WEBSTER HWY [Modified: 05/17/2022
1755]
    Vehicle Entered By:  05/17/2022 1740 GOUKAR - GOULDING, KAREN
             Vehicle:                           Reg:                   VIN:
             Owner:
                         SSN:         DOB:             Race:    Sex:       OLN:
           Narrative:    05/17/2022 1738 TREMBLEY, MAUREEN
                         couple in bar were verbally fighting and then woman grabbed
                         males fingers / they stormed out and are now verbally
                         fighting in car              / silver nissan rogue

           Narrative:    05/17/2022 1758 HORLICK, EMILY
                         Linehan advising at chilis
                         v12 advising veh found at BOBs

           Narrative:    05/17/2022 1809 LINEHAN, RYAN
         Modified By:    05/17/2022 2042 LINEHAN, RYAN
                         Made contact with Jo, who stated she observed a male and a
                         female party engage in a heated verbal altercation as they
                         were within Chili's. Jo stated the parties had since left.
                         Made contact with Steven, who stated Cheryl and him engaged
                         in a verbal disagreement over politics. Steven reported no
                         crimes. Made contact with Cheryl, who also stated they
                         engaged in a verbal disagreement. Cheryl reported no crimes.
                         Steven and Cheryl both advised they are not in an intimate
                         relationship however, they are just friends. ALL OKAY.
```

In May 2022, he was in an altercation in the bar at Chili's restaurant with Cheryl Walley that resulted in an assault and the manager of the store calling the police. This happens at 5:30 pm on a Tuesday evening. Apparently, there was hollering and yelling over politics after having several drinks that resulted in Ms. Walley bending Bolton's hand and assaulting him. The fight was taken out of the bar and into Bolton's car. Why was this altercation so heated and physical?

The Manager of Chili's placed the 911 call and reported alcohol consumption, a verbal altercation, and the assault and that both people left the bar shouting and went into a silver Nissan Rogue in the parking lot. The manager provided the plate number. This appears to be Attorney Bolton's vehicle.

When the police arrived, the car had been moved into the Bob's furniture store lot. The police report is incredibly lacking. The police never documented that they questioned how much alcohol was consumed or conducted sobriety tests.



The report shows a March 2022 motor vehicle warning but the police do not list the citation given.

The report shows 5 more motor vehicle warnings for his unregistered and uninspected vehicle. This went on for 5 years and Attorney Bolton only received 1 fine in August 2012. He was stopped in Sept 2012, 2013, 2104, 2015, 2018, and 2022. I don't think I could get away with year after year stops without fines.

The 2012 incident on Factory Street is very disturbing because it is so similar as to how Attorney Bolton attempted to arrest me in City Hall on July 22, 2022. Attorney Bolton exhibits a pattern of behavior to have innocent citizens arrested.  Attorney Bolton appears to make a false arrest claim and is misrepresenting information. As an officer of the Court, this is inexcusable. In 2012, Bolton called the police to have a contractor renovating a building on factory St arrested for assault. He claimed the man pushed him on the chest and swore at him. What Bolton didn't realize was that there was an eyewitness who saw the entire incident. The eyewitness backed the contractor and driver and not Bolton. The witness did not know any of the parties but noted that the driver of the Jeep (Bolton) caused all the problems. The police failed to follow up on the false claim charge for Bolton's testimony.

What is more disturbing is that Bolton announces his legal degree and former Alderman position to the officer as if to add credibility and clout to his statements. Bolton demands that the contractor be arrested. The police refused to arrest.t he contractor, first stating that they needed to conduct an investigation (Bolton did the same thing to me in City Hall) and because they could not find truth in his story. I am attaching the July Police report again when Bolton tried to have me arrested in City Hall. And the July 2022 arrest was not the only attempted arrest. There were two more attempted arrests in February 2022.

More disturbing in this November 2012 incident was that Bolton initiated the entire incident. Driving and talking on his cell phone, not paying attention, traveling at high speed, rolling down his window swearing and screaming, blocking the road off with his vehicle, and then EXISTING the car to engage further in the altercation. How can an attorney NOT KNOW that this is exactly what he should not be doing?

The 2000 incident in the BOA chamber for a Budget Committee documents his anger and outrageous conduct. Again, Attorney Bolton is the aggressor and believes it is correct to go after a citizen attending the meeting, threaten him ,and violate his personal space. Bolton was under investigation for criminal threatening and was represented by Kent Barker. The Police chief determined there was not enough evidence to take action. Mr. Teeboom did not want Bolton arrested or sanctioned; he just wanted him to receive a warning to control his temper.

This violation of personal space happened to me in a Board of Assessor meeting when I provided public comment on the equalization ratio used to set property assessments. When the meeting adjourned, Attorney Bolton came right up to my face, started shouting at me (I could feel his breath on my cheek) ,and stated that he didn't like people who question him. He then used that incident in my deposition for my RTK lawsuit, claiming that I called him stupid and that I was out of line. This man's self-righteousness is overinflated.

Attorney Bolton is a man who appears to have no sself-controlor self awareness. When alcohol is involved, it is almost never good. It appears he has been able to use his title and position to get away with threatening conduct for years. This happens all too often in governments. I think he has been given too many passes.

This is why the police should not be investigating on their own. The AG's office does not have a municipal division and citizens are left to take it to the local PD. When people in power are under the spotlight, the police, all too often, turn their attention to the complaintaint.

I will be writing about this over the next several weeks and sending this information to the Professional Conduct Committee of the Supreme Court. I have filed 5-6 complaints to the PCC over the last 4 months. I sent Bolton's attempted arrest of me on July 22, 2022 ,to the PCC and the response that Bolton had tthroughAttorney Hilliard, was frankly, outrageous. The police report did not document what Attorney Bolton "recalled" four months later, when he gave his recount to the Professional Conduct Committee. Is a man who had a significant stroke, appears impaired, and appears to be drinking to the point of conflict, reliable?

I filed a complaint with the PCC on Bolton's and Leonard's sanctions issued by Judge Temple for lying about the email record and disclosing for 10 months that the records would be delivered when Attorney Bolton/Leonard knew "early on" that the backup tapes were damaged. I lost that because the PCC said the Court sanctioned the City, not the lawyers. While that is true, the lawyers put the responses together but will never be accountable. I think the PCC is granting the Attorney's legislative immunity which pretty much means that these attorneys can do almost anything they want to citizens and there is no accountability.

Also, I learned through the PCC that there are no financial responsibilities for Cities to maintain financial records on lawsuits. Bolton jacked up my legal fees on my RTK suits by bombing my attorneys with emails and records that were irrelevant to the case. Bolton then told me to go sit with. my lawyer and figure out what was relevant. The PCC ruled that this tactic is OK. This is why I have operated pro se now because I can't get control of the costs when the City is intentionally jacking up my legal bills. And the City can make up any costs they want and spend as much taxpayer money as they want without taxpayers being able to hold the city accountable for legal money spent. This City's spending on my legal cases, which was well over $1,000,000 according to them, was completely mismanaged and wasteful. An independent attorney could never get away with this, but Nashua City lawyers can.

The ability of a citizen to win a complaint with the PCC is almost impossible. Citizens cannot find lawyers to represent them because they all protect themselves and no one wants to snitch. Bolton and Leonard are represented by Russell Hilliard. The Supreme Court appears to focus on issues involving money mismanagement and inappropriate sexual relationship, but ethical conduct rules that govern attorneys seem to be more affirmational than enforced.

Mayor Donchess has set all of this in motion. When he took over, he shut down the use of outside attorneys to assist in cases. Everything was handled internally through Bolton. Bolton's anger management issues and Donchess's emotional callousness and blame and victim tactics created a powerful dark force, shutting down mediation and driving all legal challenges into court. This is what they did with all my cases. The best move I have made to date was filing a federal lawsuit

because it forced the City to hire outside counsel. I believe that an outside attorney would look at this case and wonder what the hell Nashua is doing? Now Nashu's dirty laundry is being viewed by many. There is no opportunity to settle in a city like this.

I have learned, through great personal sacrifice and cost, that the Courts and attorneys, right up to the Supreme Court, are more about politics and protection of their own than justice. It has been one of my biggest disappointments in being an American and a citizen who has significantly participated in her local government and filed her first lawsuit at 58. What a horrendous, corrupted process.

I have written to Mayor Donchess in the past six months to express my personal concerns with information regarding alcohol consumption and conduct. I received no response. But of course, with the Mayor not staffing an ethics committee for four years, the county attorney's office being incompetent, no municipal division of the AG's office, and a PCC (which stands for Protect Corrupt Counselors), all dodging the problem, how is justice delivered?

I am beyond disgusted and so disappointed.





Toptal.com - Official Site - The Top 3% of Freelance Talent
Ad  www.toptal.com/Toptal/Hire

Learn More

     

Tagged: Arrest Records, Attorney Steve Bolton, Mayor Donchess, Nashua, Right To Know



by Laurie Ortolano

← Previous Post                                                                                                       Next Post →

ALSO ON GRANITEGROK

**Meme Overflow**
a day ago • 2 comments
As promised in the last Monday Memes, I have an overflow. My meme cup …

**Used Be …**
2 days ago • 4 comments
I liked the TV show MASH back the day. A lot. This, however, not at all. This …

**Welcome**
a day ago •
I have late shed an ill enjoying f