REPORT OF THE FINANCE COMMITTEE

AUGUST 17, 2022

A meeting of the Finance Committee was held on Wednesday, August 17, 2022, at 7:00 p.m. in the Aldermanic Chamber.

Mayor Jim Donchess, Chairman, presided.

| | |
|---|---|
| Members of the Committee present: | Mayor Jim Donchess |
| | Alderman Patricia Klee, Vice Chair |
| | Alderman Alex Comeau |
| | Alderman Tyler Gouveia |
| | Alderman-at-Large Ben Clemons |
| | Alderwoman-at-Large Gloria Timmons |
| | Alderman-at-Large Melbourne Moran, Jr. |
| Also in Attendance: | John Griffin, CFO/Treasurer/Tax Collector |
| | Rose Marie Evans, Comptroller |
| | Cheryl Lindner, Treasury Management Officer |
| | Kim Kleiner, Administrative Services Director |
| | Amy Girard, Purchasing Manager |
| | Nick Miseirvitch, CIO, Information Technology |
| | Peter Donovan, Payroll Manager |
| | James Turmel, Fleet Maintenance Assistant Supervisor |
| | Dan Hudson, City Engineer (via Zoom) |
| | Bryan Conant, Parks and Recreation Superintendent (via Zoom) |
| | Tim Cummings, Economic Development Director (via Zoom) |
| | Brian Sojka, Supervisor Police Fleet (via Zoom) |

_____

Mayor Donchess

First on agenda is Public Comment.  Is there anyone here who would like to speak to the Committee?
I don't see anything.

Next we have CFO Griffin with the audit report, so please just come on up and introduce yourselves and let us know the status.

PUBLIC COMMENT - None

DISCUSSION

- Discuss on the Annual Comprehensive Annual Report by Ed Boyd of Melanson

John Griffin, CFO/Treasurer/Tax Collector

Thank you Mayor Donchess and members of the Committee.  Tonight I'm here to introduce you to Mr. Ed Boyd who is a Principal of Melanson to my left and also introduce Rose Evans the Comptroller of the City.

Rose Evans, Comptroller

Good evening.

John Griffin, CFO/Treasurer/Tax Collector

We try to do this annually, but the last two years as everybody knows we had the pandemic that we were
dealing with.  We do have good news to report.  Mr. Boyd and his team audit our books annually.  You had just approve a contract a few weeks ago to continue their services.  I also wanted to say that with their thorough analysis of the City, it's relied on heavily by the rating agencies most recently Standard & Poor's who reaffirmed our AAA Rating.  AAA Rating is the highest that we can attain with Standard and Poor's and that cumulates in our usually annual market of sale of our bonds and wanted to share with you that information earlier today through your Legislative Manager.  So without further ado, Rose would you like to say a few things or would you just like to get right to it?

Rose Evans, Comptroller

I conclude with what CFO Griffin said.  There is a lot of time and effort that is spent on this report – hours, and hours, and hours.  There's a lot of great information in it.  Mr. Boyd can explain more in detail, probably better than I can.  We rely on a lot of departments for statistical information so I would like to thank them for all the work they do in providing us information.  I'll turn it over to Mr. Boyd.

Ed Boyd, Principal, Melanson

Thank you.  Can everyone hear me okay?  Thank you for having me and us here this evening.  As John and Rose said, my name is Ed Boyd I am a Principal with Melanson.  I'm here tonight to talk about the results of the June 30, 2021 audit.  Maybe before we get into kind of the numbers, and some of the pages, and the nitty gritty here, first thing I do want to do is really thank the Finance team.  I'm really using that as a catchall because there are a number of folks that are involved in the audit process.  I can say with a high degree of certainty, it's not easy at times but we really appreciate the engagement and the openness to the personnel that we worked with.  We think that's absolute paramount to conducting and efficient and effective audit, so I really just want to say thank you for the full cooperation we get in this process.

As Rose said, this is quite a document.  This is not your basic set of financial statements.  This used to be called a "Comprehensive Annual Financial Report".  It's now called "the Annual Comprehensive Financial Report".  Minor change but still largely the same document.  Why I bring that up is I really want to point out that this document does go above and beyond the basic requirements of what's necessary for financial statements in accordance with generally accepted accounting principles.  So as Rose said, we're going to certainly reference a few pages, go over some of the key numbers, and it's going to sound fairly familiar with probably what you've see with the latest bond rating.  The point of that is to really cover some of the key amounts in here.  There's 212 pages of financial statements, so a lot of information to digest.  Another really good resource to go back to.  So I really just want to highlight that.  This document can really stand on its' own and really provide some really good historical context.

So to kind of summarize what John was saying, your audit went very well.  We found the books and records to be in good working order.  Key accounts were reconciled on a timely basis.  There were no disagreements with management, with the application of generally accepted accounting principles.  There were no material weaknesses or significant deficiencies found in internal control.  Lastly, but certainly not least, we issued an unmodified or a clean opinion which is the best opinion that you can get.  That means that your books, records, and your financial statements are presented in accordance with generally accepted accounting principles.

So from here, we are going to reference a couple of page numbers here so I don't know if folks have the document in front of them but I'll reference the page number and then just kind of give a summary for those who might not.  So the first page I want to go to is page 17.  The only thing is I want to point where the opinion is located.  You can see in the middle of page 17, you can see that there's a separate heading that talks about the opinion that, again, just reiterates what I said.  Your financial statements are in accordance with generally accepted accounting principles.  This is the first page any key user of the financial statements is going to go to.  When I say key users, we're talking about you folks, we're talking about the rating agencies, anyone who really has an understanding of governmental financial statements.  Grand tours yes, particularly the federal agencies.  This is the first place they're going to go to and understand is there anything other than an unmodified opinion.  I can say that City of Nashua goes back years it's always been good.

Mayor Donchess

Apparently there is a technical problem just for the moment.  Would you mind just pausing for a minute?  I don't want to ask you Mr. Boyd to repeat everything but could you summarize briefly what you've already said and then just pick it up?

Ed Boyd, Principal, Melanson

Sure.

Mayor Donchess

Really because there was no sound.

Alderman Comeau

I think there was no sound on Zoom but I think on TV it was fine.

Mayor Donchess

All right well if there was sound on TV, I think we're probably alright but anyway just give us a little summary and then go on.

Ed Boyd, Principal, Melanson

Really just in short, I think things are pretty favorable and trending very well again just with the assistance of the Finance team.  A lot goes into this document.  Again we found key accounts reconciled on a timely basis, books and records deemed in working order.  We issued an unmodified or clean opinion which means your financial statements are presented in accordance with generally accepted accounting principles.

Mayor Donchess

And then you were going to go on and tell us what is on page 17.

Ed Boyd, Principal, Melanson

Page 17 is the opinion.  I was just referencing really just trying to get some context as to where that resides in this document.  The credit rating is the first place that they're going to go to every year that they're looking at this document.  Anything other than a clean opinion is certainly going to raise someone's antennas but that is not the case with City of Nashua.

So from here, we're going to page 32.  Page 32 is your Statement of Net Position and I apologize.  For some of you that do have the document in front of you, this is getting quite a bit small as GASB continues to issue its' pronouncement.  We apologize for that but certainly do the best if the document in front too look at some of the numbers I'm referencing.  Now this is your Statement of Net Position which is really your long-term perspective balance sheet.  I really want to stress long-term perspective because this is significantly different than your traditional, your fund basis financial statements which we'll also look at shortly.  There is a design for that.  It's really to look at things from a long-term perspective and then more of a cash flow and kind of a short-term perspective here.  So what you're going to see as the significant difference between the statements is really the recognition of your long-term assets, your capital assets, and then really your long-term liabilities which is going to be your bonds and notes payable, it's going to be your compensated absences, and then really the two classifications that are getting a lot of attention your OPEB and your pension liabilities.  That's where I want to turn your attention to right now.

So if you go about three quarters of the way down, you're going to see net and total OPEB liability, Net pension liability State of NH, Net pension liability Board of Public Works.  The reason I want to bring this out is over the last call it seven years, there's been new issuance of GASB Statements that have brought your liability from essentially the back of the document to the beginning of the documents.  Now these numbers are getting quite a bit more focus.  So we start with the Net pension liability.  You'll see that for the State of NH it's about $320 million.  Now essentially what the City of Nashua is doing is recording its respective amount of the State's unfunded net pension liability.  So you're about a 5% member in total.  As of June 30, 2020, which is the measurement period, liability is about $320 million.  That's up about $80 million over the prior year.  I will say though even though that liability went up, the unfunded ratio of the system did go up from about 50% to about 58%.  One of the key drivers of why that liability went up is that there were some assumption changes in particular the investment rate of return which we're seeing really across not only New England but even the country.  Those long-term investment rate of returns are really getting scrutinized and these assumptions that go into your net pension liability are changing and becoming a little more conservative which is driving some of that liability up.  So the discount rate is about 6.7 percent now and it used to be about 7.25 percent.  So that liability significantly increased over the prior year.  What I will say is in turn, I did look at the June 30, 2021 valuation today.  It appears that moving forward when we have this conversation next year that liability is going to go down significantly due to favorable investment performance there.

Rose Evans, Comptroller

Can we clarify?  So when you say June 30, 2021, that is our measurement for 2022 because the NH Retirement System has its' own actuarial valuation done annually and that is the basis for which drives our liabilities.

Ed Boyd, Principal, Melanson

And the reason for the different measurement periods too it's really just for timeliness because if everyone had to have

exact data up to June 30, really the actuaries would be kind of scrambling to get it all done.  It's really you're allowed to have a measurement period essentially a year behind and that's why it's done that way.

So again it's a pretty significant number but as of in looking at the valuation, there is I'll call it a "plan in place" but certainly a lot has to hold true between now and this time frame.  NH Retirement System is expected to be funded as of June 30, 2039, I believe, unless something has changed that I have not been made aware of.  So certainly want to point this number out.  It's a big number but I also just want to provide some contacts and perspective.  This is not something that is a Nashua specific item.  Every other community in the State and the country anyone issuing financial statements in accordance with generally accepted accounting principles is dealing with this situation.

Now to the other side of that when you look at the Board of Public Works Retirement System, that's about 99% funded.  I think the liability itself was only about $250,000.  So when we talk about funded ratio there, that's something that potentially could fluctuate annually, and that could be funded 100% come the end of this year, that could go down to about 90 but that's as you can see comparatively that liability is significantly different and that funded status is very, very favorable.

Mayor Donchess

So the pension for the Board of Public Works is the only one run by the City of Nashua and it is 99% funded.  This other big number you were talking about is the State pension system in which most City employees are members.  That's run entirely by the State, correct?

Ed Boyd, Principal, Melanson

That is correct.

Mayor Donchess

And they have somehow developed this huge lack of assets resulting in a 58% funded ratio.

Ed Boyd, Principal, Melanson

Largely yes.  That's where I think a lot of the costs now and where you're seeing your contribution rates increase is trying to deal with some of the unfunded elements of prior years if you will.

Mayor Donchess

If only they had gotten the people running the City pension system to run their pension system like 20 years ago, we'd be much better off.

Ed Boyd, Principal, Melanson

Yes.  Again, this is something that all communities are really dealing with, particularly in the larger cost sharing plans.  You're seeing funded statuses anywhere between 50 and 65 - 70%.  Again, long term liabilities I'm bringing that up because I feel like they should be managed as such.  You're not going to really liquidate or fund this liability overnight but I think providing some contacts, helping you understand where the derivation of this number comes from, and really just being vigilant of some of these State reports that are being put out and understanding what's changing year to year, what assumptions go in there.  Again, I know your hands are probably a little tied as far as what you can do but just understanding some of the components I think will be helpful in looking at this thing and certainly in subsequent years.

Mayor Donchess

Alderwoman Klee?

Alderman Klee

Thank you and thank you Mr. Boyd.  I just have a real quick question relative to the funding ratios of this.  The City is 99%.  What is a good industry standard as far as the funding ratios should be for a retirement system?  I know it's not 100%.

Ed Boyd, Principal, Melanson

I think that's favorable.  Again, I don't mean to even go down so many different rabbit holes with these conversations but, you know, a lot of its going to depend on what you're comfortable with even a bond rating for example where you might have other standalone pension plans that they might be 75% funded and that might be looked at okay depending on your asset balance because – pardon me, let me take a step back.  We essentially what we really looked at is kind of close to being high risk is anything less than 50% funded but I think 75 - 80% is probably I would say a sweet spot if you will that would allow you to make decisions that are not overly aggressive in subsequent years.

Alderman Klee

Just one quick follow up.  When we talk about that what we're saying is that if we went to 75 to 80, that would mean a 75 to 80% of the people retired all in one fell swoop we would be able to handle it.  Is that correct or no?

Ed Boyd, Principal, Melanson

Not really because, and again not to get overly technical, but even if something is funded at that level when you project that out over years, you're still likely to have enough money to cover the pensions of certainly your existing folks for a number of years.  It would probably just be new entrants that would certainly elevate or raise the question on whether that is going to be problematic.  It's not to say that only 75% is covered.  It's just as of this point in time, this is your projected benefits.  These are your assets and that's where you essentially fall at this point in time.

Alderman Klee

Thank you.

Ed Boyd, Principal, Melanson

Really just been trying to stay on the long-term liability side.  Your net and total have liability which is a combination of your OPEB liability for the City employees which retirees do pay 100%.  So you certainly comparably speaking to other governments.  NH is probably looked quite a bit more favorably because of the 100% premium that is being paid by the retirees but really where the liability stems from is that because they're on the plan inherently, the cost goes up.  So if you were to essentially remove those individuals from your plan census if you will, you would have pretty significantly reduced premiums.  So that's really where the OPEB piece is coming from even though they're paying 100%, there is a small cost to the City.  Then from a financial statement standpoint, you bring it out as an expense.  So certainly in comparison with other communities, other States, I would say New Hampshire is in a little bit of a better position because of that.

Then the other component is there's a small piece related to the medical subsidy provided by the NH Retirement System which is pretty consistent to what I've talked about with pensions it kind of operates the same way.

Rose Evans, Comptroller

Can we just clarify the pension's subsidies for the Police, Fire and Teachers?

Ed Boyd, Principal, Melanson

Feel free if you want.

Rose Evans, Comptroller

I'm not sure what the dates are but I'm pretty sure it's just consistent.  Was there an end-date?  I don't believe so.

Ed Boyd, Principal, Melanson

I don't believe so.

Rose Evan, Comptroller

Yeah so when Police, Fire, and Teachers retire, they receive a subsidy from NH Retirement System depending on I think the typical one is $750 if it's a family plan and I'm not sure what the other rate is.

Ed Boyd, Principal, Melanson

The rates are included in the financials.  They are presented there if you are so inclined.

Rose Evans, Comptroller

So that impacts our pension liability.

Ed Boyd, Principal, Melanson

Yes it does.

So from here I'd like to go to page 35.  I like going in this order because we talk about pension, we talk about OPEB, and now we get into looking at things on a more short-term basis and certainly a much more positive and favorable conversation.  Now I mentioned the opinion is typically the first place that the user of the financial statements goes to.  Your governmental funds balance sheet on page 35 is probably the second place that they're going to.  They're going to look at the General Fund.  So that's your first column here.  That is the City's primary operating fund.  Really, again, I said this document is 212 pages long but this is really the meat and potatoes of what particularly the rating agencies are going to look at and that really is going to paint the picture of how did we do.  You're going to see that as of June 30, 2021, your unassigned fund balance was about $31.7 million which is up a little over $1 million from the prior year.  That represents about 10.9% of expenditures.  I bring that up because really two things.  The City has its own internal policy that has a minimum unassigned fund balance of roughly 10%.  So you're in-line with your fund balance policy but I think just as importantly in being a AAA rated community, you certainly want to make sure you have proper reserves because that's always going to be looked at.  So I think it's really important to point out typically 10% is looked at as anything over that is looked at as favorable.  That's really what you're in line with.  Again, I think that just goes back to best financial practices of having money put aside and again not really needing to be reactive when those periods potentially present themselves.

Over on page 37, what I do also want to point out is your fund balances is up in total about $7 million and I want to point that out because you might say well Mr. Boyd unassigned is only up $1 million but this is telling us, we're up $7 million but really there are some timing issues at year-end.  You have your encumbrances, you have your escrows, your other assignments that some of that money is being essentially kind of restricted and is going to be spent in future years.  Your reserve funds and things like that.  So I just really want to point out that distinction because the numbers are just significantly different but that's the reason.  So you certainly from a gap perspective you looked as very, very well but some of those dollars are going to be spent down in FY22 but they're coming from some of the other funding sources.

Rose Evans, Comptroller

I'd just like to comment on the unassigned fund balance.  It's very important obviously every year that we increase the unassigned fund balance.  The rating agencies look at this as a percentage of total expenditures so it's very important that we continue to grow that unassigned fund balance in line with the City Ordinances as well as rating agency perspectives.

Ed Boyd, Principal, Melanson

I would agree.  It's probably your most important number in the financial statements and where that falls at the end of the year and where that's trended - up and down and again when you see those ebbs and flows, you certainly need to be able to explain that but to Rose's point having to continue to increase your reserve is really looked at favorable in line with maintaining that AAA rating.

Really just some other things I did want to point is on page 69 through 72.  You don't need to flip there but if you just want me to reference it.  We talked about long-term liabilities.  I think there's some information on the changes there but one thing I really want to point out just because I feel like the City has been very active in its' capital plan.  You can look at some of your debt service schedules and essentially what they show is your future debt service and how fast you're paying off the debt.  For governmental activities, you're essentially paying off I believe it's close to 70% over 10 years.  For your enterprise funds, it's roughly 80% over 10 years.  Those also are pretty favorable metrics particularly in the eyes of the credit rating agencies because you're not just pushing those payments off.  Really you're fairly quickly paying off these obligations for assets that have useful lives of 20, 40, 50 years.  So the fact that you're being in line with trying rapidly pay down debt is looked as very favorable.  So I always want to point that out just because I feel like that's something that kind of gets buried in the footnotes if you will.

Lastly starting on page 156, this is again I just want to point this out.  With OPEB and pension, one of the requirements is that it needs to show 10 years' worth of historical data.  So these are really, really good pages to look at to see kind of the ebbs and flows of those liabilities, what's changing, what the funded ratios are, and  really give you a good context as to what's happening year-over-year whereas again you look to really be vigilant and kind of monitor where those liabilities

are going.  I'm going to pause there.  Again, I know there's a huge document and we only touched on a handful of numbers, but …

Rose Evans, Comptroller

What about the stat tables?

Ed Boyd, Principal, Melanson

Well the stat tables as well Rose.  That's a good point as we talk about this document really kind of standing on its' own.  The stat tables provide just tremendous amount of information whether it's on fund…

Rose Evans, Comptroller

Starting on page 187 I believe.

Ed Boyd, Principal, Melanson

Yeah you can see here it's really just broken up into a myriad of different categories where it's financial trends, what are your expenditures, and expenses year-over-year, fund balance, net position, looking at your revenue capacity from how you're doing from a property tax levy perspective as to what you're collecting, City demographics, enrollment information, things of that nature.  So there's really good information in here and again I've done this a couple times.  I've spent a few Friday nights with a cocktail or two just kind of immersing myself in some of this data.  It's pretty fascinating and can be pretty resourceful for you.  Really just want to point that out because a lot of effort goes in here and just really good information for you folks to look at.

Mayor Donchess

Alright anybody have any questions?  Anyone?  All right.  Well thank you very much for your hard and for coming to us with the final report.

Ed Boyd, Principal, Melanson

My pleasure and looking forward to working with you folks again. Thank you.

COMMUNICATIONS

From:   John Griffin, CFO/Treasurer/Tax Collector
Re:     Melanson Review of the FY2021 Annual Comprehensive Financial Report (ACFR)

***There being no objection, Chairman Donchess accepted the communication and placed it on file.***

From:   Amy Girard, Purchasing Manager
Re:     Convert POTS (copper phone lines) with Granite Telecommunications in the amount not to exceed $93,106.80 funded from 55109 Telecommunications Telephone: Voice/General Fund

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE A THREE YEAR CONTRACT WITH GRANITE TELECOMMUNICATIONS, LLC, IN CONVERTING POTS LINES TO EPIK LINES IN AN AMOUNT NOT TO EXCEED $93,106.80 ($2,586.20 A MONTH).  FUNDING WILL BE THROUGH: DEPARTMENT: 120 TELECOMMUNICATIONS; FUND: 55109 TELECOMMUNICATIONS TELEPHONE: VOICE/GENERAL FUND**

ON THE QUESTION

Mayor Donchess

Is that Mr. Miseirvitch?

Nick Miseirvitch, Chief Information Officer

It is Mayor.

Mayor Donchess

Come on up.

Nick Miseirvitch, Chief Information Officer

This contract is - they are requiring us to do a three-year contract.  This is converting 74 of our almost 120 telephone lines throughout the City.  Costs are ever increasing.  The vendor that we're currently with raised their rates January.  They almost doubled and we just received notification that they're going to raise their rates again next month.  So by switching to Granite Telcom will save us about approximately 50% on these 74 lines.

Mayor Donchess

Great.  Questions?  Comments?  Alderman Clemons.

Alderman Clemons

So is this just telephone lines, just landline phones is that what this is?

Nick Miseirvitch, Chief Information Officer

Correct.

Alderman Clemons

Have we thought about - would it be cheaper to get rid of them and just use cellphones?  Why do we have them?

Nick Miseirvitch, Chief Information Officer

A lot of them are for elevators in buildings, alarm circuits in buildings, back-ups to the T1 phone lines in all these locations.

Alderman Clemons

So they're not really telephone lines, they're copper lines for.

Nick Miseirvitch, Chief Information Officer

Correct.

Alderman Clemons

Okay.  Got it.

**MOTION CARRIED**

From:   Amy Girard, Purchasing Manager
Re:     Software and Hardware Maintenance Renewal in the amount not to exceed $24,522.80 funded from 54407 Software Maintenance/54414 Hardware Maintenance

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE A THREE YEAR RENEWAL OF THE PALO ALTO FIREWALL FOR BACKUP INTERNET LINE WITH NEW ERA TECHNOLOGY OF PORTSMOUTH, NH, IN AN AMOUNT NOT TO EXCEED $24,522.80.  FUNDING WILL BE THROUGH: DEPARTMENT: 122 INFORMATION TECHNOLOGY; FUND: 54407 SOFTWARE MAINTENANCE/GENERAL FUND $18,702.80, 54414 HARDWARE MAINTENANCE/GENERAL FUND $5,820.00**

ON THE QUESTION

Mayor Donchess

Go ahead.

Nick Miseirvitch, Chief Information Officer

The IT Department opted to go switch this to a three-year contract which will save us approximately $3,000 over the three-year period as opposed to renewing it year-by-year.  This is for the back-up internet line that we upgraded last year.  So it's just to keep that device up-to-date and current with all its' subscriptions.

Mayor Donchess

Alright, anybody have any questions?

**MOTION CARRIED**

From:   Amy Girard, Purchasing Manager
Re:       Consulting services for Payroll in the amount not to exceed $34,000 funded from Consulting Services/General Fund

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE THE REQUEST FOR LAWSON AND KRONOS CONSULTING SERVICES WITH NAVISITE, LLC, IN AN AMOUNT NOT TO EXCEED $34,000.  FUNDING WILL BE THROUGH: DEPARTMENT: 112 PAYROLL; FUND: 53142 CONSULTING SERVICES/GENERAL FUND**

ON THE QUESTION

Peter Donovan, Payroll Manager

Good evening.  My name is Peter Donovan the Payroll Manager.  The request is for Lawson and Kronos consulting services which would involve both technical and functional support.  We currently implement 17 CBAs and these contracts often they're negotiated things that our systems aren't currently capable of implementing because the negotiators aren't aware of what our current systems can do.  In order to implement these changes, it really goes beyond what we are capable of doing because they sometime involve system manipulation behind the scene type of things that need to be changed.

It's not just pay structure changes.  These things may involve leave plan changes and any number of things that are negotiated.  So these services would basically help us implement these changes so that we're able to do them as quickly as possible because once the contracts are approved. The unions would like them implemented as soon as possible - usually within the next payday that we have.

So this is not really an uncommon type of request.  Many organizations have this sort of resource in the background to help them because as you know, 99% of payroll is done in-house and it's just these particular things that do come up with 17 CBA's that we find we do need some help with.  These consultants are not just for payroll.  They are also available to help HR administration and our HR benefits people too because we all work with the same systems.  I already spoke to those folks and they were glad to see that we were considering this as something that would benefit us as we do our jobs.

And also too as payroll is pretty complicated here with the amount of departments and school system that we have, so we run about 50 programs, jobs in 3-1/2 days to produce a weekly payroll.  Any of those jobs have the potential of failing due to any number of things.  Once again, 95/99% we are able to detect and find the problem and resolve them but there are those circumstances that come up that we could use some outside assistance.  When that occurs, these people said that they would be available to us basically around the clock if we need them but sometimes we do stay here until 10:00 at night when we encounter difficult payroll.  So that is also a nice resource to have so that we can ensure that payroll is actually processed on time every Thursday.  We'd never want to have that not happen.

Mayor Donchess

Anybody?  Alderwoman Klee?

Alderwoman Klee

Thank you Mr. Mayor.  Just a quick question.  When I looked at it, I saw that we were them by the hour and up to 200 hours and it's a not to exceed.  Do you anticipate with all the things that you were talking of the possibilities of things, do you anticipate that we could have to come back here before the end of the fiscal year looking for additional monies for this contract or is this really the best guestimate?

Peter Donovan, Payroll Manager

This is really the best guess and it was really was the most extensive because some of the firms that we did look at they wanted to give us a more comprehensive type of a program where it would cover a lot more than we needed.  So we were looking at more for a firm that could just give us as needed type of assistance so that's why we thought hourly would be good because this doesn't happy very often.  We produce payrolls every week and it's all in-house and nothing occurs.  But we're just looking at those things that we know have occurred in the past, changes in the CBA's that are very complex some of them.  The negotiators don't know what we're capable of doing.  These are the types of items that do come up and they're usually just an hourly type of a thing.  We can say we know this will probably take 5 hours to do or whatever.

Alderwoman Klee

Thank you Mr. Mayor.  I appreciate that.  I think that's better than trying to get a contract that would over-fulfill our needs and I appreciate just as we need them and so on.  So there is the potential that in the end it may not cost us the $34,000 if we don't meet the full 200 hours?

Peter Donovan, Payroll Manager

Right.  We're hoping we actually do not use all.  Absolutely.

Alderwoman Klee

Fingers crossed but it's a nice insurance policy.  So thank you.

Peter Donovan, Payroll Manager

Yes it's like anything else, you would put maybe a thoughtful buffer in there but we're anticipating not using that total amount.

Mayor Donchess

Alderman Gouveia?

Alderman Gouveia

Thank you Mr. Mayor just a quick question.  So this is to make sure I'm on the same page.  This is to make sure the two programs Kronos and Lawson communicate with each other correctly?

Peter Donovan, Payroll Manager

That is part of it.  They do have an interface between the two because Kronos is where we collect all the people's time.  Their punch in, their punch out, what they've actually worked.  That data gets then transferred into Lawson.  So it's good to have a firm that knows both those operating systems because that interface is critical.  There could be issues in that interface that occur.  Once again, we don't expect it but if it does, it could be a very difficult thing and we'd want to have that resource there to be able to fix that.

Alderman Gouveia

Thank you.

**MOTION CARRIED**

From:   Amy Girard, Purchasing Manager
Re:     Motorcycles in the amount not to exceed $44,090 funded from 81500 Vehicles/CERF

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE A REQUEST FOR THE REPLACEMENT OF TWO MOTORCYCLES WITH TWO 2022 HARLEY DAVIDSON FLHTP MOTORCYCLES FROM SEACOAST HARLEY-DAVIDSON THROUGH THE COMMONWEALTH OF MASSACHUSETTS, DEPARTMENT OF STATE POLICE CONTRACT #SP18-MTRCYCL-F81 IN AN AMOUNT NOT TO EXCEED $44,090.  FUNDING WILL BE THROUGH: DEPARTMENT: 150 POLICE DEPARTMENT; FUND: 81500 VEHICLES/CERF**

ON THE QUESTION

Mayor Donchess

Now I don't see anyone from the PD here but this is pretty straight forward I think.  Alderwoman Klee?

Brian Sojka, Supervisor Police Fleet

I am on the phone, Brian Sojka, Fleet Supervisor.

Mayor Donchess

Okay great.  I didn't see your name, so go ahead.  Just give us a brief explanation.

Brian Sojka, Supervisor Police Fleet

We're looking to replace two of our older bikes.  One's 12 years old and the other one is 25 years old with a newer two new motorcycles for patrol.

Mayor Donchess

Okay.  Alderwoman Klee?

Alderwoman Klee

Thank you Mr. Mayor.  I have no questions about this purchase.  It's more of an ancillary question.  In the recent ceremony of Officer Graziano, one of the things I read was that because of that Nashua had kind of gotten rid of their motorcycles and we weren't doing motorcycles.  Does anybody know when we started going back with the motorcycles?

Brian Sojka, Supervisor Police Fleet

We have had motorcycles.  We had never gotten rid of the motorcycles.

Alderwoman Klee

Oh okay.  I thought I had read in one of the reports that as a result of that accident we had stopped doing motorcycles.  It's immaterial to this.  It was just kind of an ancillary question so thank you.

Mayor Donchess

Alderman Gouveia?

Alderman Gouveia

Thank you Mr. Mayor.  Just kind of a question piggybacking off of what Alderwoman Klee had to say.  Just how often are these bikes used?  Is it a regular basis?  I know obviously it's seasonal but during the summer months how often are these bikes used?

Brian Sojka, Supervisor Police Fleet

Usually they go out on first and second shift.  Of course, we use them for patrol, radar because we have computers on the bikes, parades of course, funerals, and stuff like that.  So they're out on a regular basis as long as the manpower is there. If they're shorthanded of course the bikes will not be used.

Alderman Gouveia

Thank you.

**MOTION CARRIED**

From:   Amy Girard, Purchasing Manager

Re:   2022 Sidewalk Curb Ramps Replacement in the amount not to exceed $380,220 funded from 81704 Paving Bond/Bond

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE THE CONSTRUCTION CONTRACT FOR THE 2022 SIDEWALK CURB RAMPS REPLACEMENT PROJECT WITH WILLIAM P. DAVIS EXCAVATION, LLC, OF HAMPTON, NH, IN AN AMOUNT NOT TO EXCEED $380,220.  FUNDING WILL BE THROUGH: DEPARTMENT: 160 ADMIN/ENGINEERING; FUND: BOND; ACTIVITY: PAVING**

ON THE QUESTION

Mayor Donchess

Mr. Hudson?

Dan Hudson, City Engineer

Thank you Mr. Mayor.  So this is curb ramp replacement required for part of paving.  This is to meet ADA requirements.  The idea of this contract is to get ahead of the paving.  Basically go out reconstruct ramps this year for next year's paving.  That will speed the paving operation.  Currently we're lowering streets, and then reconstructing ramps, and then repaving.  So that process sometimes takes a while we rebuild ramps.  The plan here is to try to get ahead of some of that work on paving streets.  I'd be happy to address any questions.

Mayor Donchess

Alderwoman Klee?

Alderwoman Klee

Again, thank you so much.  Mr. Hudson two of the streets are in my Ward and some are actually just was paved at least part of it was paved I think this past year at least it's on the list.  I don't know if it's gone through yet.  But is just the curb ramp, so that's basically where the corners are to - is that where like somebody's driveway is or is it just on the corners of the streets?

Dan Hudson, City Engineer

It's just where sidewalks intersect the public streets where we need to have a curb ramp and the detectable warnings.  So typically you'll have a sidewalk and you'll have a concrete ramp that tips down to a landing and that landing will have the detect fore-warning devices for all public street crossings.

Alderwoman Klee

Just one quick follow up?

Mayor Donchess

Yes, go ahead.

Alderwoman Klee

The reason I had asked that was just the ramps is because there are some major issues with the sidewalks on Berkeley Street.  I know that's an issue because of the tree roots and so on and unless we get rid of those trees, we're not going to be able to fix the sidewalks.  So just for anybody that is listening that lives on Berkeley, I just wanted them to know it's not the paving of their sidewalks it's just those corner ramps and that's correct, right?

Dan Hudson, City Engineer

Yes that is correct.  I should have been clearer.  We bided this project out and we received only one bid.  After we did it – well what we had done was we had bid this concurrently with our paving projects for this year.  Then after we bid it, we ended up addressing some of these with the paving program that were deferred because utility work was happening on it.  After we bid and we received one bid, we negotiated with the contractor Dana from Streets doing the same work but on

different streets.  So this contract will just work on East Dunstable Road and Manchester Street which we intend to pave in the near future.

Alderwoman Klee

Thank you.

Mayor Donchess

Anyone else?

**MOTION CARRIED**

From:   Amy Girard, Purchasing Manager
Re:     Playground Equipment for St. Andrews Park in the amount not to exceed $108,582.47 funded from 71625 Playground Equipment/Bond and 2062.77.17.30/Citywide Playground Improvements

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE THE PURCHASE OF A NEW PLAYGROUND STRUCTURE AND PLAYGROUND EQUIPMENT FOR ST. ANDREWS PARK FROM MIRACLE RECREATION EQUIPMENT COMPANY OF MONET, MO, IN AN AMOUNT NOT TO EXCEED $108,582.47 PURSUANT TO THE SOURCEWELL CONTRACT #010521-LTS.  FUNDING WILL BE THROUGH: DEPARTMENT: 177 PARKS AND RECREATION; FUND: CAPITAL; ACTIVITY: CITYWIDE PLAYGROUND**

ON THE QUESTION

Mayor Donchess

Mr. Conant?

Bryan Conant, Parks and Recreation Superintendent

Hello.  Bryan Conant, Superintendent of Parks and Recreation.  This is a source all contract for some playground equipment to enhance St. Andrews Park.  The current playground equipment there, I believe, dates from the 1970's.  I think this will tremendously enhance the Park.  We did look at three designs that were similar in nature and this was the most effective alternative.  I'd like to answer any questions if there are any.

Mayor Donchess

Alderman Comeau?

Alderman Comeau

Thank you Mr. Mayor.  So I approve of this project and I'm going to vote to approve this motion but I'm just curious this might be inside baseball, but I thought we funded the Park Rehabilitation Fund so I'm just wondering why we're taking this out of a different fund.  I thought we had funded the Park we had fund for this purpose?

Bryan Conant, Parks and Recreation Superintendent

No.  I don't know the particulars on that.  I know we did that for the lights at Labine and I think part of the funding for this came from that trust fund but not all of it.  I believe it was just $75,000.

Alderman Comeau

Okay, thank you.

Mayor Donchess

Yes because the original estimate was insufficient and money had to be added in the last budget I think, right?

Bryan Conant, Parks and Recreation Superintendent

That's correct Mayor.

Mayor Donchess

Alright.  Any other comments/questions on St. Andrew's Park?

**MOTION CARRIED**

UNFINISHED BUSINESS - None

TABLED IN COMMITTEE

**MOTION BY ALDERMAN COMEAU TO REMOVE FROM THE TABLE A COMMUNICATION FROM TIM CUMMINGS, ECONOMIC DEVELOPMENT DIRECTOR, FOR AN AMENDMENT FOR DESIGN SERVICES FOR WATER STREET WORK TO VHB, INC.
MOTION CARRIED**

From:   Tim Cummings, Economic Development Director
Re:     Communication – Approval & Place on File a Contract Amendment for Professional Engineering Services related to the Nashua Downtown Riverfront Implementation Project VHB, Inc. for Water Street Design Services

**MOTION BY ALDERMAN COMEAU TO PLACE ON FILE AND APPROVE THE AMENDMENT FOR DESIGN SERVICES FOR WATER STREET WORK TO VHB, INC., IN AN AMOUNT NOT TO EXCEED $26,730 FOR A TOTAL PURCHASE ORDER OF $252,095.  FUNDING WILL BE THROUGH THE TIF ACOUNT CREATED TO IMPLEMENT THE DOWNTOWN RIVERFRONT PROJECT**

ON THE QUESTION

Mayor Donchess

Mr. Cummings?

Tim Cummings, Economic Development Director

Yes, thank you Mayor.  Again, Tim Cummings Director of Economic Development.  This is a very similar contract to the one that before you just a couple weeks ago with HL Turner.  This time it's with VHB.  I had anticipated this contract coming much sooner than it did but nonetheless, we're here today and this specific contract is before you where I'm looking for full Board of Aldermen approval of this contract because it is within the Downtown Riverfront TIF.  I just want to clarify and make sure folks know that the amendment is for $26,730 that is on top of an already issued purchase order of $225,000 to VHB.  This additional $26,000 is an amendment to the permitting contract that VHB is doing and it goes hand-in-glove with the prior preliminary design work that was done for Park de la Renaissance and the Water Street design work that now needs to be done.  We were hoping to fast track and get under construction sooner and so that's why it's before you this evening.  So I will leave my comments there Mr. Mayor.

I do want to apologize.  I should also note that I had asked for this to be tabled a couple weeks ago out of fear or concern that maybe this scope would change.  That never came to fruition so what is before you is what will be executed upon.

Mayor Donchess

Alright.  Questions?

**MOTION CARRIED**

NEW BUSINESS – RESOLUTIONS – None

NEW BUSINESS – ORDINANCES - None

RECORD OF EXPENDITURES

**MOTION BY ALDERMAN COMEAU THAT THE FINANCE COMMITTEE HAS COMPLIED WITH THE CITY CHARTER AND ORDINANCES PERTAINING TO THE RECORD OF EXPENDITURES FOR THE PERIOD FROM JULY 29, 2022 TO AUGUST 11, 2022**

**MOTION CARRIED**

GENERAL DISCUSSION - None

PUBLIC COMMENT

Laurie Ortolano

Laurie Ortolano, 41 Berkeley Street.  I'd like to talk to the Committee about as projects roll into the table to you.  I think that bonding of large projects should go on hold at this point.  I'd like to see the brakes put on a little bit on the spending, and get the new tax bills out, and look at the tax rate, and let's see where we're at and how are senior citizens are doing with their money when things change.

I'd like to talk to you a little bit about information flow in the City.  I would like the Mayor to be more proactive in trying to open up avenues and set up methods whereby questions raised to the City are being handled through a central location.  I tried to address this in the budget hearing and I pretty much got run over by you Mr. Mayor.  You did a pretty good job demolishing me up there for my Right-to-Knows but I really feel that there should be a central location where Right-to-Knows are handled.  I just submitted a lawsuit where I'm showing a judge that I am sending up to 6 and 7 people at a time and some of them are violating the law because they're not responding.  I'm sending it to all of them because I'm trying to figure out who has the information.  I'm telling other people now when they send them in to do the same thing.  You don't have that problem when you go to Manchester and other cities because it goes through the Clerk's Office and it's disseminated.  It makes it very difficult for us to track and it produces a lot of paperwork for the City as well.  So it's a very frustrating process for me and I don't appreciate it.

Then the City is very active in throwing my reputation down to the ground because I've done this work and I've done it in this manner and it's been bothersome to you when you haven't done anything to make it efficient.  I am very concerned with your Legal Office.  I feel two of the attorneys should be disbarred.  I've filed complaints with the Professional Conduct Committee at the Supreme Court and I'm going to continue filing up there.  Attorney Bolton tried to have me arrest on the 22nd of July wrongfully, I believe, and the City isn't going to stop until they arrest me in City Hall and you're going to succeed at it because all it takes is one Officer who is not well-trained who turns around.  One of your people dog whistles the Police for handcuffs on me, it's going to happen.  I'm not looking forward to that and I try to not make that happen but when I see and I get the police logs of the calls that are coming in…

Alderman Comeau

30 seconds.

Laurie Ortolano

…it's a problem.  Attorney Leonard I feel really violated her oath and her duties to disclose what was going on with the Art's Center.  I also feel that when she lied to the Courts about the emails of Miss Kleiner's emails in July of 2020 that was sanctioned and paid to me in January of this year.  That quite frankly Judge Temple should have reported her to the Professional Conduct Committee and my Attorney Rick Lehmann should have.  They didn't do it so I'm doing it but it's frustrating.

Alderman Comeau

Time.

Laurie Ortolano

Thank you.

Mayor Donchess

Alright.  Any other member of the Public wish to address the Committee?

REMARKS BY THE ALDERMEN

Mayor Donchess

Alderwoman Klee?

Alderwoman Klee

Thank you Mr. Mayor.  I heard the comments from the previous speaker relative to the disbarment of some of our legal staff and the truth is that individual has put in complaints to those that do give out the licenses and so on and in all cases, our lawyers from legal staff have been vindicated.  I think that should be heard from the public that time after time these nuisance complaints go in and it affects the moral and so on of the people and I think the public should know that they are being harassed.  So thank you.

Mayor Donchess

Alderman Clemons?

Alderman Clemons

Thank you.  In addition to what was just previously said which I agree with 100%, I also want to point out that our Police Department has professionals working for it.  They would never arrest somebody who didn't deserve to be arrested or who hasn't they thought broke the law.  No one in this City gets arrested willy nilly because somebody here decides they're going to dog whistle.  That doesn't happen.  Our Police Department deserves respect and so do the Officers who work there.

Mayor Donchess

Thank you.  Alderman Moran?

Alderman Moran

Thank you Mr. Mayor.  One – I'd just like to know that the public speaker that came just walked out.  They didn't want to hear any responses that might negate her thinking, debate for lack of a better word and I would like to echo my colleague's statements that they made that just because someone comes up here, even one of us, just because they say it doesn't mean it's true.  I think the public needs to know that there is truth in a lot of what's said but when it comes to ethical behavior, I think we have some of the strongest legal intellects in the Legal Office in the City.  I would completely trust their decisions that they make on behalf of the taxpayers and protecting the assets of the City.

Mayor Donchess

Thank you.  Any other remarks?  If there are no other remarks, I will look over to Alderwoman Klee.

ADJOURNMENT

**MOTION BY ALDERMAN KLEE TO ADJOURN**
**MOTION CARRIED**

The Finance Committee meeting was adjourned at 7:57 p.m.

                                                                                       Alderman Alex Comeau
                                                                                       Committee Clerk