PLANNING AND ECONOMIC DEVELOPMENT COMMITTEE

OCTOBER 12, 2022

A meeting of the Planning and Economic Development Committee was held Wednesday, October 12, 2022, at 7:00 p.m. in the Aldermanic Chamber.

The roll call was taken with 5 members of the Planning and Economic Development Committee present:

<div style="margin-left:2em">

Alderman-at-Large Melbourne Moran, Jr. Chairman
Alderman-at-Large Michael B. O'Brien, Sr., Vice-Chair
Alderman June M. Caron
Alderman-at-Large Ben Clemons
Alderman Derek Thibeault

</div>

Also in Attendance:        Matt Sullivan, Community Development Director
Sam Durfee, Planning Manager
Steve Buxton, Fire Chief
Adam Pouliot, Superintendent Fire Prevention
Bill McKinney, Building Department Manager

---

ROLL CALL

PUBLIC COMMENT - None

DISCUSSION

Chairman Moran

I'm actually going to take the discussion out of order.  I think if we start with the Fire Department, if the Chief could come up here I'd appreciate it.

- Discussion relative to Fire Department's capacity to respond to potentially taller buildings that might be built in the City

Chairman Moran

So thank you both for coming and Chief Buxton I know we had a conversation before today's meeting about why you're here.  So there's some conversation amongst the Board members that we would like to try to encourage building up in the City and we want to know what the capacities are for the Fire Department to respond to higher builds beyond what's already existing in the City, what resources you need, how we compare to Manchester and how they would respond, and what impacts that would have especially I know that you're working towards a standard for responses and just how would that impact the Fire Department?

Steve Buxton, Nashua Fire Chief

Thank you.  Steve Buxton, Nashua Fire.  This is the Fire Marshal Adam Pouliot.  So I'll speak to the response end of things and he can answer any questions and speak to the code end of things for us.  So first off, I'd like to get out of the way this myth out there that the Fire Department stands in the way or has a height restriction on the development that they will allow within the community.  I'll stand before you as your Fire Chief and tell you that is not the case.  We obviously want a vibrant and healthy community.  We do have needs as we continue to grow the City.  As long as those are met, we highly encourage it.  When they're not met, we do have some means that we operate within to overcome certain things until we can meet them.

So our bread and butter they call it, is two and a half, three stories wood frame buildings.  That's where we do a lot of our work.  If you've lived in the City for a bit of time, we have a lot of buildings that are a lot taller than that.  We have some that are between 75 and 100 feet that pose challenges for us.  Modern construction has shown us many advances with wood frame buildings.  We don't have to look too far from here over on High Street and the project that's taking place over there.  We refer to that as "podium construction" and that's what's coming out way.  I think that's the next evolution in the City of Nashua.  We're not going to see another Sullivan Terrace anytime soon because of the cost associated with construction there but I do think you'll see a lot more of those popping up.  That I think is what is going to evolve here

Planning & Economic Development Committee – 10/12/2022                                    Page 2

within the City.  Anything above 75 feet, 75 feet and up, NFPA refers to as a "high hazard response".  High hazard response requires us to have 43 firefighters in the initial response to the event or incident that is taking place there. Currently, Nashua Fire Rescue has a staffing level, if everybody's available, of 38 firefighters on duty at a time.  So there's very few times when I guess I would say everybody is available to respond to a single event within the City.

As I stated earlier, we do have several buildings that are above and beyond that 75 foot mark within the community.  We overcome the challenges by calling in mutual aid to assist us at the scene and that's a good plan as we're bridging a gap so to speak and we're developing our City but we're very quickly reaching a point where, you know, if I ask to borrow my lawn mower every now and again because mine breaks down, not a big deal.  If I ask to borrow your lawn mower every week because I need to cut my grass, that starts to become an issue, right?  Same sort of thing with mutual aid where we're starting to rely on other towns resources consistently to mount our response to an event.  It's going to create an issue with our mutual aid partners.

NFPA 1710 talks about response times, staffing, effective fire fighting force.  An effective firefighting force is the number of fire fighters we need to carry out the 8 to 14 essential fire ground tasks that need to be done at an incident.  There's a few variables that kind of play into that.  Sometimes these need to take place simultaneously if the resources and the staffing is available to them.  Sometimes they're not available and the incident commander is forced to prioritize those tasks.

I'll give you a quick couple of examples.  1710 for a single family dwelling - 17 fire fighters are required to respond to that.  For a garden style apartment building, open air mall, multiple family dwelling - 28 fire fighters.  Once we cross into that higher hazard that 75 foot, that's where we get into the 43 fire fighters.  So that's the staffing end of things.

The performance objectives - the first engine is supposed to arrive on scene within 4 minutes.  The initial first alarm assignment what we refer to.  For a low and medium hazard, the single family dwelling, garden style apartment type of dwellings, we have 8 minutes.  Where we get into the high hazard, we have 10 minutes to get all 43 fire fighters to the scene to assemble our attack.

I think from a response method, the biggest issue that we face is it takes staffing to overcome the challenge of at a single family or multiple dwelling that is 2 or 3 stories tall we operate from the street level and mount our attack.  When we start to get up above 8-10 stories that 70-75 foot mark, you're having to take all those resources and put them up just below where the problem is and mount your attack from there and that takes bodies.  That takes staffing.  That's the biggest challenge we have.  That's in the initial response.

Once we've overcome that, our next obstacle is the reflex time for the secondary response and that's to support those initial responders up there because now that we have all the tools and equipment we need up there one thing we really need in firefighting is air.  So our SCBAs usually that second round of responders are bringing air bottles and those resources that we need up to our staging area at an elevated platform to help mount the attack from there.

There's all sorts of studies out there developed by third parties in conjunction with the metropolitan fire chiefs as far as the essential task completion and the efficiency models for it.  The four member crew is really the ideal crew for us in the City of Nashua.  When you look at places like Boston, New York City, true metropolitan areas that have a robust high hazard area, they get into 5 and 6 man crews because of their having to overcome what I was just speaking of with the reflex time.  So a three member crew usually takes about 12 minutes longer than a four member crew to perform those tasks.  A four person takes 9 minutes longer than a five member crew and 11 minutes longer than a six member crew respectively.  That's an independent study done by (inaudible) based on science technology data driven.  So that's basically the responses, the response level I can speak to.  At the end of the day, it takes staffing to be able to mount the appropriate response in the appropriate amount of time.  Of course, that all gets tied into our ISO rating so on and so forth.  It's a whole lot of information in quick order.  So I'm more than willing to answer any questions anybody has.

<u>Chairman Moran</u>

I have one quick question before I turn it over.  How frequently are we using mutual aid?

<u>Steve Buxton, Nashua Fire Chief</u>

I could get that data for you.  We tend to currently utilize mutual aid for initial responses more on an EMS level. Consistently we do that multiple times a week.  For fire responses right now, not too bad.  Not unless we have a true fire working incident.

Planning & Economic Development Committee – 10/12/2022                                Page 3

Chairman Moran

Follow-up.  Like the fire that was up on Amherst Street.  Was that a mutual aid event?

Steve Buxton, Nashua Fire Chief

Yes.

Chairman Moran

Okay.  And that was just a one-story?

Steve Buxton, Nashua Fire Chief

Yup.  So at that fire, we had one possibly two out of town companies operating at the scene but we had multiple mutual aid partners covering our City at the same time.

Chairman Moran

Any other questions?  Alderman Thibeault?

Alderman Thibeault

Thank you Mr. Chairman.  I just want to thank you for coming tonight both to Chief Marshal Pouliot and yourself Chief Buxton.  Part of a safe City is not just police and health and human services but obviously fire as well.  My uncle was a fire fighter in Berlin for a long time and so I understand exactly where you guys come from.  If it was up to me, I'd build a fire station up in the west part of town off Amherst Street somewhere and fill up that corridor.  I talked to John and the people from the Union and I know we're short a fire station in the City.  We know as of last night, we couldn't even get two policemen passed so I know that would probably be an uphill battle but I would certainly support it.

So two quick questions.  1) Do we usually help other towns as well?  I would assume probably yes, right?

Steve Buxton, Nashua Fire Chief

Yup.  So we have mutual aid agreements.  The City of Nashua belongs to two mutual aid groups.  Souhegan, and then what we call "border area", and we have mutual aid agreements in places with both parties so we respond to them and they respond to us.

Alderman Thibeault

Follow up?

Chairman Moran

Yes.

Alderman Thibeault

And so we talked about the City growing last night and the need for more police because of that but we're also growing which would mean at some point we're going to need more firemen.  Currently, where's the tallest building?  Is it the one of Exit 8 the glass building that goes up a little bit or is there a taller structure than that?

Steve Buxton, Nashua Fire Chief

So the tallest structures in the City of Nashua are at Sullivan Terrace.  Indian Head Plaza is right up there and of course (inaudible).  Bear in the mind, the height of the building isn't always as challenging as the access to it.  So BAE down the south end has a very big building down there that is significantly tall but the way the building is built, it makes it challenging for us to get our aerial devices to it.

Alderman Thibeault

I assume the Sheraton Tara would be quite the structure too.  Okay, thank you.

Steve Buxton, Nashua Fire

Yup, that building as well.

Chairman Moran

Alderman Clemons and Alderman O'Brien?

Alderman Clemons

Thank you and thank you for being here tonight and thank you for your information.  My question is a little bit more pointed I guess and I don't mean to put you on the spot.  It's clear to me, it's been clear to me for a while that we're down a fire station just to keep up with what we have currently.  If we were to look to do taller buildings, would two additional stations from what we have now cover it or would you say we need more robust than even that?

Steve Buxton, Nashua Fire Chief

So to answer your question, yes.  So it depends where you're building them, how far they're spread out in the building.  So to use his example if it's up off of Amherst Street and we can place a station out in the northwest quadrant where we can place and engine and an aerial that'd be great.  I think the true answer lies within the master plan.  You're correct.  We're struggling to keep up with what we already have in the City.  So attrition wise, we lose anywhere between 8 and 15 employees a year whether they retire or just go on to greener pastures.  I'm pretty well convinced that based on the current climate, I'll hire 10-15 new people for the rest of my career.  So that means we'd have to run a recruit.  So that means we have to run a hiring process.  That means that I don't have the administrative staff currently within the Fire Department to keep up with that.

So the first step is we need more administrative staff to support it.  Because when we start talking about adding a company, the kiss is the fire house, aerial device, or the engine in there.  Those are easy.  We can all agree on those and it's a big price tag but the true kiss is the 16 to 32 people we're going to put in that station from now until the end of time.  Us onboarding them as an organization on top of those other 10 to 15 people that already are needed within my organization due to attrition.  So you're talking about going from struggling, to holding a hiring process, and recruit academy for 10 people a year, possibly 15 to all of a sudden you're blowing that wide open to 30 plus people in one year which we've that gentleman over there that lived through when we built the Spit Brook Road Fire Station.  Now that's a bubble within your organization that translates out 20 to 30 years and then those people are all departing at the same time.  So first up administrative staff, second step - land, structure, apparatus.  Third step - staffing.

Chairman Moran

Follow up?

Alderman Clemons

Yeah just a quick comment.  I think obviously the challenge is there but I think what I would like to see is us to be able to get this done in the next few years because essentially the City is going to continue to grow.  We have to figure out a way that we can finance something like this.  So I wouldn't opposed to necessarily looking at a TIF district or something like that that would go right back to building a fire station, the apparatus in it, and things like that.  You know so that the burden wouldn't fall necessarily on other taxpayers necessarily but we could instead encourage development around that fire station or in that corridor and allow that.  So hopefully we'll hear that tonight but that would be my suggestion of a potential path forward for something like that but that was just a comment.

Chairman Moran

Alderman O'Brien?

Alderman O'Brien

Thank you Mr. Chairman.  I do have one question for Fire Marshal Pouliot.  Since you showed up, we might as well fire a question at you.  First, let me open it up with the statement.  If anybody in the City thinks that the old school Nashua is still

going to be around, it's gone.  If you look at any type of development in the future because of existing buildings, particularly in the downtown area, these are very small parcels of land.  So to make any type of development within this parcel of land, people are going to naturally are going to raise the height of the building to make it profitable in order to build it.  So this is not so much a phenome.  This is the accepted way it's happening in other places in America.

So that end, even though the buildings are getting taller, Fire Marshal Pouliot you can probably tell us about the benefits of our sprinkler system, and the type of constructions, and the sheet rock, and everything else that kind of assists us the Fire Department in buying some time before we can get a crew there to extinguish it.  So these buildings are actually quite safe and everything to be habitual by the people.

Adam Pouliot, Fire Marshal

Yeah, what we're seeing right now as the Chief had mentioned, 5, 6, up to 7 story wood frame construction.  Wood frame construction is always a concern because it's a combustible product but as we get up in height, different code restrictions apply so extra safety features are in these buildings.  So yes, as you stated, they are fully sprinklered.  Depending on the height of the building and the water supply available in the area, some of these building need fire pumps to make sure that we've got the water we need on the upper floors.  Once you get above 30 feet in height, you're required to have standpipe systems in your stairwells.  As the Chief had said, it becomes a tactics change for us.  Instead of connecting hose to the engine, bringing the hose from the street up into the building, now we're bringing high-rise packs in the building, we're operating off standpipes inside.  So the water is there.  We just get it from inside the stairwell.

Our stairwells are escape route.  They are fire separated from the common quarters in the rest of the building so if somebody's say handicapped and unable to make it down the stairs if they can at least get to the stairwell, they're inside a protected area.  There's a lot of safety features that come into these buildings as we start to go up in height.

Alderman O'Brien

Follow-up if I may?  The other one is a general overview and Chief Buxton I'll put you on the hot seat if you want on this.  According to my recollection and being a former member of the Department, the last fire station that was built was the Spit Brook Road Station.  Am I correct in assuming that?  I think in approximately 1977?

Steve Buxton, Nashua Fire Chief

So if you're speaking of the last building that was built for the Fire Department…

Alderman O'Brien

Right.  I'm not talking and if I may to clarify?  Yes, the Fire Department has been very proactive and rightfully so in protection of the infrastructure of rehabbing stations, make them quality places to house people.  Again, I worked at the former Crown Hill Station which I wouldn't even have kept my dog in the building but they put us there instead.  But the last building that was actually intended a new building was the Spit Brook Road Station approximately 1977?

Steve Buxton, Nashua Fire Chief

'77 or '78, correct.

Alderman O'Brien

All right.  Would you believe according to my math that was 45 years ago?

Steve Buxton, Nashua Fire Chief

I believe your math.

Alderman O'Brien

So in 45 years I wonder how many ghosts of Aldermen past have sat in this Chamber and for 45 years did nothing to look to address this particular issue.  And then also too I think the next station that was built prior to that was the Conant Road Station and that was 1971.  So that was 51 years ago.  So if you wanted to save a dollar, I think we saved a dollar for 45 years at least and not looking at getting stations.

Would you agree with me in the statement as a former Deputy Chief, I didn't care how much shiny red fire trucks I had at the scene.  I didn't need the trucks.  I needed the manpower.  It always come down to that one guy with the biggest pair that is going to be at the end of that line that's going to really save the particular day. So on those apparatus and getting a new station will be the manpower that I think we're going to need in this type of structure.

So can you just touch briefly even though we're going up in height, the Fire Department has already plans of high rise response tactical operations and everything else.  The book has already been written and the ink has been dry in many other communities and it can be easily applied to Nashua as well, correct?

Steve Buxton, Nashua Fire Chief

So Alderman O'Brien I couldn't state it better than that.  We do need a ride to the incident for a lack of a better way to put it.  We do have a lot of tools in those big tool boxes we carry around with us but the staffing on those trucks is actually what does the work.  That's what as I said takes the battle from the street, attach to the truck, and puts it up in that elevated area.  Sometimes we utilize the stairs.  Some of the modern technology allows us to utilize the elevator which in his day was not allowed.  Everything was up the stairs so the tactics have changed a little bit but these tactics are tried and true evacuation stairways, attack stairways.  We are not reinventing the wheel here but what is very important, the formula's been written for us.  There's a standard in place for our response.  We need to be able to meet those numbers with our staffing because an old saying is, "as the first line goes, goes the entire fire".  If we're chasing it from the start because we weren't able to put that first line in place appropriately, we're fighting a losing battle and we're trying to correct it the whole way.

Alderman O'Brien

Thank you.

Chairman Moran

Alderman Thibeault?

Alderman Thibeault

Thank you Mr. Chairman.  As a 10 year old boy, I lived right behind Chestnut Street Fire Station.  I'm sure Alderman O'Brien was in his heyday over at Crown Hill.  So that is completely decommissioned now as a dispatch station right?  That couldn't be used at all ever for a fire station again, or?

Steve Buxton, Nashua Fire Chief

Correct.  So in 1998 timeframe, we placed that station out of service and we opened the Lake Street Community Fire Station down the street which is probably one of the first modern fire houses we built as he pointed out in many years.  I hate to correct him in front of everybody but the construction of Conant Road wasn't in addition to our fire houses as a replacement for Central Fire Station.  They moved headquarters to that temporary location in 1971 out at 2 Conant Road.  That temporary headquarters stood for approximately 30+ years until we opened the Lake Street Community Fire Station and moved headquarters over there.  Then they rehabbed that building for the communications center.  That would not be fit to be a fire station at this point in time mostly due to the size of the apparatus that we have and we'd have to find a place for the communications center obviously.

Alderman Thibeault

Okay, thank you.

Chairman Moran

Alderman Caron?

Alderman Caron

Yes, thank you Chief.  I know what good work you guys do.  So my question to you is we talked about numbers.  Are you at maximum numbers of fire fighters that you need to cover all those stations or are you short like the Police Department - numbers are lower than what they would like to see?

Steve Buxton, Nashua Fire Chief

So we're currently down members.  Now that's because we chose to hire once a year.  So we run a little bit different model than the Police Department where they can send a couple people up to the Police Academy.  We hire people that are already certified.  Our hiring qualifications you have to meet a certain certification level and then we run our own recruit school in the City which depending on the size of the class is anywhere between 5 and 7 weeks and then those individuals are placed on the line.  So our recruit school is usually held in the spring.  So current staffing level as of next week, we'll be down 11 personnel within the organization.  As I stated earlier, I'm pretty well convinced that for the rest of my career which has several days left in it, we'll be hiring 10 to 15 people most years.

Alderman Caron

Thank you.

Chairman Moran

Alderman O'Brien?

Alderman O'Brien

Chief Buxton if I may, you're probably going to kill me for letting the cat out of bag but where I sit as Chairman of Infrastructure, I'm big on infrastructure.  To me, it's shameful to sit there as a Chairman of Infrastructure and see nice buildings and everything because of trying to squeeze the penny that the buildings basically fall apart and you have from what I understand.  Like you refer to the former Lake Street station, those stations were actually intended for horse drawn apparatus.  We only have one that's still actively involved but you've got to look what's on them right now and sitting there.  I think an engine company probably talking 16 ton.  A ladder company, you're probably up to 18+ ton.  It's a transitional load traveling across the floor that's over a cellar.  Any engineer will tell you you're on borrowed time with that.  Today when we build new fire stations such as the last one that was built was the replacement to the Crown Hill Station which is the Arlington Street Station was actually slab type construction.  There is a basement but the apparatus is not parked over the basement.  I remember fondly of watching falling concrete and tires going through the floor you know what I mean.  So a lot of that was never really taken care of equally as well.  So I anticipate and I hope that someday that we start to look at Chief Buxton when he comes into meeting and brings the point home that somebody in this Chamber will pay attention and listen.  It's not just the shiny red trucks that we're purchasing.  It's the manpower that's doing the job, the facilities that they live in and make the whole complete work environment.

Again if we go and I stand corrected, you're right it did replace the old Central Station which you did get me on that one which also ran horse and buggy out of it too.  But 45 years is ridiculous by any municipality standard of increasing the size of the force.  To that vein Chief if I may follow up with a question, are you seeing an increase in demand of services annually within the Fire Department?

Steve Buxton, Nashua Fire Chief

Absolutely.  We don't categorize calls by fire, EMS anymore.  We categorize them by calls for service.  So that subtle level of business that was done with the Fire Department this past year I believe we were at 54,000 calls for service per year.  Now that's not just somebody calling up and asking if there was school today or not, that's these guys doing inspections.  That's emergency responses as you know when the trucks go down the street.  That's the trucks going out to give out a burn permit or a permit being issued online.  Some form of work is done with the Fire Department and somebody within the community within that number.  So that's a drastic increase from your day or even two, three years ago.

Alderman O'Brien

Very good.

Chairman Moran

Alderman Thibeault?

Alderman Thibeault

Thank you Mr. Chairman.  So I mean that's a great point.  You know people think firemen, fighting fires.  You guys do a ton of other stuff to help the City and emergency response is big too.  I see fire trucks going up my street for whatever reason and most of the time probably 99.9% of the time is not because it's any kind of fire. So thank you for that.  I think you know three of us, maybe four, or five, I don't know have said stuff about they would be support another fire station and support more help.  That's going to be a fight to get that pushed through and I'll tell you right now.  You probably know that being at many of these meetings that people are going to come up, you can't bond for that, or you can't do this for that, or just doesn't make sense, or whatever.  I hope we can figure out something because at some point, we're going to get to that point where we're took big and the fire staff is too low.  You're going to have to cut out something that's essential to keeping people safe, and well, and I think that's going to be a fight that shouldn't be a fight.

Just like police, those are two things that are essential to have a good City, a good society, and I just wanted to thank you guys again for what you do.  It's incredibly important.  So thank you.

Chairman Moran

Is that something that's in the Master Plan that says by this timeframe you'll have another fire station?

Steve Buxton, Nashua Fire Chief

So the Master Plan lays out a whole bunch of stuff for us.  It talks about our call volume increasing, the workload increasing.  When they wrote the Master Plan in 2021, we were in the sweet spot.  That means we had enough units and we had enough staffing to balance our emergency responses with our training and certification requirements.  It outlined our strengths as well as our weaknesses.  We're falling short, we had understaffed the Fire Marshal's office for years and they were struggling to even keep up with place assembly inspections.

So all the information is there.  All the data is there for us.  One of the things that it also outlines in there to Alderman O'Brien's point is the City needs to get ready to invest in the infrastructure of the Fire Department.  We have eight facilities that we need to take care of and I would challenge you to look within the Fire Department budget and compare it to other departments within the City that don't have eight facilities and look at the lines that we use to maintain our buildings.  We're squeezing all the juice out of the orange, trust me.  We do pretty well with it but one of the things I'll be coming forth with is a study of our infrastructure.  Engineering wise, we have some buildings as he pointed out.  15 Amherst Street was built in 1880 something I believe.  It's one of our busier station.  It's within the Historic District.  There's a lot of challenges there that we're going to have to – a lot of bridges we're going to have to cross and that services that northwest quadrant in the initial response.  So there's a lot of work to be done there but the road map my predecessor Chief Rhodes, Alderman Dowd is a big supporter of the Master Plan and helped us secure funding for it.  The Board of Aldermen at the time accepted it.  The road map is there.  We just need to follow it.  I'm a realist.  I've been around a few days here and I recognize the challenges that lie ahead of us to overcome these things but I think if we take slow steady steps towards it in the right direction and do this strategically, we'll be successful.

Chairman Moran

Any more questions for the Fire Department?  Thank you so much Chief's for coming.  I appreciate it.

Steve Buxton, Nashua Fire Chief

Thank you very much for the invite.

Chairman Moran

Thank you for your time.

- Update on Land Use Code and Rezoning presentation on Amherst Street and DW Highway

Chairman Moran

Will the Planning Department please come up and join us.  Director Sullivan and his team are here to discuss potential rezoning and overlays for some sections of Amherst Street and then we also may discuss (inaudible.

Matt Sullivan, Community Development Director

Thank you very much Mr. Chair, members of the Committee.  For the record, Matt Sullivan, Community Development Director joined by Sam Durfee, the City's new Planning Department Manager this evening.  I just want to thank you for having what we consider a proactive conversation this evening about potential rezoning along both the Amherst Street corridor and the Daniel Webster corridor in South Nashua.  The reason that I refer to it as proactive is that as you are all aware we heading into a comprehensive land use code update that is scheduled to begin in the coming months which will I refer to as comprehensive but we'll focus on several priority redevelopment and development opportunity areas within the City that were targeted as part of the ImagiNashua 2021 Master Plan for those who've had an opportunity to participate in that.

One clarification, the Chief referred to a Master Plan that's actually the Fire Department's Strategic Plan.  If you're not aware, that's not actually the Land Use Master Plan that was enacted albeit in the same year and very close to the same time back in 2021.

So just to give you an outline of what we'll review this evening, we're going to talk a little about process, what the rezoning process looks like.  Some of you are familiar obviously, we certainly not trying to preach to you of course but we do want to remind everyone of what this process might look like in the event that we do move forward with some small efforts of rezoning in sort of this gap period between the Master Plan being done and the Land Use Code being done.  We'll talk specifically about some opportunities for introducing an expansion of the mixed use overlay district and we'll talk about what that is into the Amherst Street corridor.  We'll also talk a bit about the Daniel Webster corridor which I would say is a bit more complicated when it comes to incentivizing vertical development, mix use development, and residential development.  We'll talk a little bit about why that is and then we'll close with an overview of where we're headed with the Land Use Code update.

We've been keeping the Planning Board appraised of this at some level, but we want to keep the PEDC informed as well as we head into the actual process of working with the community, conducting public input exercises, and actually drafting iteration of the Code for you all to review and Sam will talk in a bit more detail about all that.

One thing I do want to put out there right away and the Chief did something similar in his conversation is that we want to correct some facts this evening about what impediments there may be to vertical expansion within the City not just in the downtown area but also in some of our peripheral residential areas, mixed use areas, and commercial areas.  In many of those areas, and we'll review this in detail tonight, we actually have incredibly permissive zoning as a community.  It either allows for really limitless height through the authority of the Planning Board's review or there are very liberal height limitations in place that allow for construction for up to 10 stories.  With that said from a geographic perspective, that's actually a very small area of the community but it tends to align with where we'd like to focus our redevelopment efforts because of the availability of infrastructure and other factors and we'll talk a little bit more about that this evening.

But I just want to reiterate that, again, it's not the zoning that's necessarily keeping us from incentivizing redevelopment, it's a complex balance between the zoning, the regulatory environment, the market conditions themselves, the risk awareness of the development community, all of those things sort of lead us to this place where we are starting to see redevelopment and development but we need more market activity to actually incentivize more.

One thing that wasn't discussed specifically as part of the Fire Department discussion this evening is that we do have this very interesting gap in what our zoning allows for and what we're seeing in development right now.  You'll note that some of the new construction we're seeing is between 6 and 7 stories but we're not seeing even in our zones that allow 10 story construction that level of verticality and there are reasons behind that.  There are construction standards within the Building Code and the fire code that actually disincentives buildings between 7 stores and really 12 to 13 to 14 to 15 and that's because there's a requirement to move to a steel form of construction and that becomes very, very expensive.  As a result, the development community needs more and more height in order to make the numbers work for that form of development.  So I want to make everyone aware of that so that when we're talking about height restrictions, we're not just thinking about zoning being the primary impediment but I digress.

Again, the intent this evening is really to begin a conversation about some limited rezoning of what we might look at doing this gap period between the Master Plan and Land Use Code update.  That's based on some conversations I've had with Alderman Moran, others, certainly Alderman Clemons as well.  I've heard the commentary at these meetings in the past about the interest in going not only with mixed use, more residential, but also in a more vertical form.  We want to be as responsive as we possibly can to that as part of the discussion.

Our primary role is in fact to support you.  It's to support the Mayor and his initiatives obviously but it's also to support the Planning Board.  I want to point out the Planning Board element of things because we're going to end up talking about the mixed use overlay and the transit oriented development district this evening.  In order to make those development districts

work, which are very flexible, a lot of the authority ends up being shifted to the Planning Board and away from the Zoning Board and strict zoning constraints.  So the Planning Board is a critical stakeholder of any conversation that we're having about potentially creating new mixed use zone or new trans-oriented zones.  So I just wanted everyone to be aware of that when we're kind of thinking about this this evening.

I also want to emphasize the fact that although we are supportive of investigating additional rezoning, we want to stick to the existing regulatory tool kit that we have.  What I mean by that is that in this gap period, I am hesitant to introduce large scale new zoning districts.  So I am very willing to talk about the expansion of existing overlay districts that we have that are working well but the idea creating new zoning I have concerns about and I'll talk about that in a little more depth so you don't feel that is an arbitrary feeling that I'm having this evening.

Then lastly, we will end of course by talking about the Land Use Code and how the efforts or the interest of this Committee might be supported by the update that goes on through that process.  Again as you're all aware, the rezoning process is fairly straight forward.  Ultimately the source can be different.  It can be from petitioner, it can be of course from a member of the Board of Aldermen, it might be via a staff member through a member of the Board of Aldermen, it can come through the Mayor of course, but ultimately that will be referred here to the PEDC for the public hearing process. There'll be a Planning Board referral process where the Planning Board looks at the proposed rezoning within the context of the Master Plan but ultimately it's the aldermanic authority to approve the zoning change.  So that's why we're before you this evening to discuss the potential action that we're looking at.

I wanted to start with Amherst Street and certainly to Alderman Clemons comments and the fire discussion about the lack of infrastructure or fire infrastructure on the Amherst Street corridor.  There are I think there's some tension between what our long-term development goals for the Amherst Street corridor, and what the availability of infrastructure is along that corridor, and with the vision of what the Master Plan laid out.  So just as a brief refresher, I'm sorry if you've heard this many, many times but the ImagiNashua Vision from the 2021 Master Plan is very ambitious for the Amherst Street Corridor.  It speaks to really a mixed used, build front corridor that's complimented by a series of really carriage ways that include not only an alternative multi-modal path and vehicle access but also some stormwater management techniques that are green in nature.  What does that all mean?  Pictures speak, I think, volumes really.  So what we're talking about, and this is sort of a section that I would urge you to think about the Somerset Plaza area when looking at this cross-section right here.  This is an area where we would propose up zoning along the Amherst Street corridor in the form of mixed use and residential buildings, the creation of surface parking lots - although hopefully limited size parking lots behind, and then the preservation of some of the commercial and other uses that exist there today.

What really I think is perhaps a big jarring about these images is the idea of build front buildings right along the sides of the Amherst Street corridor.  That's certainly not what we have today.  We have many one, two and three story buildings that are set back with substantial surface parking lots directly adjacent to the corridor.  And as part of the Master Plan, we identified that's not the most productive use of land and that's not what the community wants.  That's not at all what you expressed you wanted to see.  So we laid out some general recommendations about increasing density, increasing the height that's allowed along this corridor, and generally looking at our land use values and encouraging that the Code encourages the right development principles and really the right design aesthetic for the corridor as well because that is something we are lacking on.  You can open the door to height.  You can open the door to density but the form is also very, very important and the look and feel for what you're creating is incredibly important.  We have unfortunately very limited design standards within the City of Nashua right now and I think in some ways some of the development product that we've seen is a result of that.  We're seeing some of that play out.

Additionally as I mentioned before, we do really want to shift the character of this towards being a less vehicle centric corridor.  That said we know Amherst Street is what it is.  It's a major east/west thoroughfare.  It's a major commute road. It's a major regional thoroughfare.  We're not going to put our blinders onto that, right?  We recognize that will need to be maintained.  That's really the basis of this idea of some other collector streets or other access ways along the corridor that would help alleviate some of the axis mitigation or axis management issues that we see.  I think it's important to keep this vision in mind when we talk about where we're headed from a rezoning perspective and also keeping in mind what the existing uses are in the corridor.  That's a huge piece of what we need to understand.

I really broke the corridor in my mind down into three specific sections.  They're not all completely unique in nature but I believe they do have some uniqueness to them.  I know it's a little bit hard to see here but the first is Northwest Boulevard. It's a State street which is approximately right here.  This is generally an area that's characterized by large or big box retail stores and other commercial uses.  There are some warehousing uses to the southern side of the Amherst Street corridor but it's also important to remember that to the north side of the corridor, it's some of our highest concentration of high density and medium density residential in the City.  You don't really think about it.  Some of its tucked away behind some of that retail and other development but this is a mixed use corridor in a way just not just in a sense that's it's all on

the same property.  So that's sort of that first piece of corridor.  I will also just note that we have had very limited interest from the development community in doing redevelopment in that first section.  Those are very well established uses.  Vacancy has been relatively low so there hasn't been a great sense of urge from the development community to redeveloping that first section of corridor.

From State Street to Somerset Parkway, its own unique geography.  This is actually an area where we have seen interest from the development community.  There are new apartments being developed off of Dumaine and Deerwood.  There's an existing residential area where we've seen additional interest from the development community and new construction underway there.  We've also heard some interest from the existing warehouse uses to the south there off of State Street and the Amazon distribution facility area about potentially redeveloping those properties.  So this is an area of real redevelopment interest and one where we've seen some interest in doing residential development where the zoning doesn't necessarily align with that.  On the north side of that section, it's again more medium to high density residential with commercial directly up against Amherst Street corridor.

Then lastly from the Somerset Parkway to the Everett Turnpike, this is really sort of the Whole Foods section, the Law trucking area, the Somerset Plaza area.  This is fairly well defined with some residential obviously off of the street but we also have some potential interesting redevelopment opportunities in some of those commercial and warehousing uses in the future.  I think it's no secret that there have been discussions on some of the lot trucking properties about the ability to do something else with those long term although there is no specific development of course for that.   We do anticipate that their might be an opportunity to do a large mix-use development somewhere in this section of the corridor but not in the immediate future.

I just want to summarize by saying quickly that where we have seen interest in redevelopment of residential and some verticality is really in this core section between State Street and Somerset Parkway.  We believe that the market might demand it in that area.  I would be remiss, however, if I did not identify some challenges and some questions that we have and these are just for consideration for our conversation this evening.  One - this is a limited access right-of-way.  Access management is extremely challenging along the corridor.  In some sections, there are DOT interests where there are limited access right-of-way and there's a level of permanent associated with that despite it being in the urban compact.  Again, the levels of congestion, the high volume not so much so the speed but there are challenges along this corridor that we do have to deal with but there are existing access and intersection structure that is in place that could be utilized.

We are planning to potentially move away, not potentially, but we're planning to move away from what was contemplated as an expansion of Amherst Street and actually a redesigning of Amherst Street to be more bike and pet friendly which is directly intersecting with our goals from the Master Plan.  That said, we do have some concern, although we don't understand the capacity issues here, about whether or not large scale redevelopment/rezoning of this area to allow high density residential would in fact be handled by the existing water and sewer that exists in place along the corridor.  That's not to say it could not be done but it's something that if we were looking at a large scale rezoning, we'd have to be cognizant of.  And in short, a large scale redevelopment effort, a large scale rezoning is not something that I believe we are prepared to discuss tonight but I think it is something that we do need to address over the next year and two years as we're gearing up for the release of a recodification of this corridor as a whole.

That said, I do believe that there is an existing opportunity albeit in a very small geography to create an opportunity for more mixed use overlay zoning.  Again, the mixed use overlay zone that Sam will introduce in just a second is really an overlay zone that gives the Planning Board incredible latitude to approve or disapprove of development proposals of various heights, designs, uses provided that they meet the intent of the Master Plan and Sam will talk about that in just a few minutes.

But before I do that, I do want to say there is precedent for installing mixed use along this corridor.  It's very difficult to see here but I'll try to point out with my mouse.  As well look at some of the core area to the east of Round Pond and almost in that core section that I'm talking about, the park/industrial zoning that's in place has actually already been overlaying with mixed use and that's what has incentivized some of the redevelopment that we've seen happen there.  The same goes for some of the area directly adjacent to the airport but more towards the Somerset Parkway area.  Mixed use has already been installed there in an effort to incentivize redevelopment.  It's been less successful because there are a very established commercial and other uses in that area but we believe from a long-term planning perspective that if we're looking at the Master Plan as that division for this corridor, this mixed use zoning is a good indicator for developers right now that we do have a broader and more ambitious vision for the corridor.

Before I go further and make any recommendations, I want Sam to just talk quickly a little bit about the nuts and bolts of the mix use overlay.  I know this is not the most exciting stuff in the world but it's important to understand how these

overlay zones function if we're talking about an extension of any of them as an action item from the Committee meeting this evening.

<u>Sam Durfee, Planning Manager</u>

Sure.  Thank you.  Sam Durfee, Planning Manager.  So as Matt has alluded to, there's a lot of flexibility built into the mix use overlay district.  It's clear that there is some appetite to incentivize through regulatory actions more residential development, height, and at a higher density than we typically see.  You know I think there's a lot of conversation to be had around infrastructure whether that's roadway capacity, water, sewer, fire (very poignantly spoken about tonight).  This is a heavily utilized corridor so where we plug in this regulatory incentive, that's going to be part of the conversation.  But as we also talk about the residential component, there are naturally services that we would want to see associated with high density residential.  Some of which already do exist on this corridor.  It can be ranging from convenience stores, to that corner grocery which may not typically be what you would see on this sort of corridor because this is your typical strip mall development but you know some of those services are already baked into the fabric of this area.  Again, the Code and the way that this district is written, a lot of latitude (inaudible) to the Planning Board.  Dimensional waivers can be granted, some to use, some to density.  So from the perspective of what this can do, it is a good district to apply in this area overlaying in nature.

The way it's currently written though, it does have some design standards in it, does talk about form which we'll get into a little bit more when we talk about the Code but a lot of those end with inconformance with the surrounding area.  So if you look at the picture on the bottom, that really is your typical strip mall development and when you look at the picture on the left, these buildings fronting the street when you say you want to conform with the surrounding areas well the surrounding areas are not reflective of what's been articulated in the Master Plan.  So really a clear area where we need to update that with this Code update but I think the intent is there for this densification of the area, the diversity of uses by really introducing a lot more dense residential development.  I think the intent is there but how we do it we need to get a little more creative.

<u>Matt Sullivan, Community Development Director</u>

Yeah, I think Sam hit on a very important point there and that is so much of this very flexible zoning that we have does rely on the surrounding character of the area.  So when we install it in a place that's not well designed already or isn't in line with our vision for the community, we're perpetuating many of the same uses.  The one saving grace if you will that we have within that mixed use overlay is that it does call directly to the Master Plan and says that the Board can consider the Master Plan and really align a development proposal of what the Master Plan objectives are not necessarily in the face of the existing character of the area but certainly in an effort to incentivize development that maybe the current area does not display.  So I think it's just interesting to think about that.

So what I would like to propose for consideration this evening, it sounds like it may be the beginning of a conversation with this Committee, is a rezoning of the proposed area below to a mixed use overlay zone.  In the interest of transparency and clarify, there are portions of this proposed area that are already mixed use overlay.  So I want to be very, very clear about that.  However, there are some relic parcels one being and I'll refer to it as the Building 19 property perhaps I shouldn't.  I don't think I should refer to it as the Walmart property.  I do know that.  This is one that's actually oddly enough not zoned for mixed use overlay.  It's a relic where it's simply zoned based on the underlying zoning district.  We can say publicly we've had conversations with the development community that have been frustrated about that.  This is a very large parcel with good access to the corridor so there's a lot of bang for buck with just modifying the zoning on this one property.

I would also suggest that we need to bring mixed use overlay over to the west of that property onto some of the industrial warehouse and low density residential properties.  We believe that there is adequate infrastructure to at least accommodate some level of redevelopment in those areas.  So what I would like to start the conversation on or perhaps return with a more formal map on is the idea of extending this mixed use overlay over the area that I've circled in pink here.  If you can't get a good sense of this, this is the edge of Round Pond right up here.  This is obviously down here we're talking about the area directly adjacent to the Building 19 entrance where you can see my mouse right here.  So it's really that extent of the corridor.

<u>Chairman Moran</u>

And across the street which we were just talking about is the plaza that caught fire.

Matt Sullivan, Community Development Director

Correct.

Chairman Moran

And they're going to rebuild and maybe they can rebuild if we have this overlay now with mixed use?

Matt Sullivan, Community Development Director

The idea is opening the door for that.  We certainly wouldn't want to comment on the property where we don't have some level of planning or site control for it directly but I think what we really want to do here is open that door for conversation with the City about what our priorities might be for development or redevelopment.  There also some really interesting properties, the property adjacent to Dunkin Donuts has sat vacant for a long time if you can recall that one.  Some challenging topography but I would argue the regulatory environment has not sweetened the pot quite enough for the redevelopment of that site.  So you're absolutely right Alderman Moran, there are some underutilized properties that I think might take advantage of this install of the overlay zoning but really time will have to tell us whether it's actually (inaudible) or not.

Chairman Moran

Alderman Clemons?

Alderman Clemons

Thank you.  So as you pointed out, my only hesitation would be that I don't want to perpetuate what's there.  However that being said, I also don't want this to become Route 1 in Saugus or Lynn where you drive down that and it's three lanes of a very busy highway with really tall buildings on either side and people going 50 mph either way and that's if you're lucky.  Most of the time you're sitting in traffic and it's awful and that is not what I want to see on Amherst Street.  And so you have to find that balance of how do we redevelop that without making it, for lack of a better term I hate to pick on Saugus but that's kind of like what I would not want to see.  So how do you balance that?  Because when you look at that picture that you had before of the tall buildings, yeah that one, that's what comes to mind.  And so how do you make that I guess more appealing to somebody who is maybe thinking like I am?

Matt Sullivan, Community Development Director

Yeah, that's a great question.  A few thoughts come to my mind.  One I think in having driven that corridor many, many times, access management is one of the critical issues there as you know.  The turning movements are incredibly dangerous based on the speeds.  So this does go hand-in-hand with this repurposed NHDOT project that we're talking about that is really intended to traffic calm.  I know we overuse that term but it really is intended to traffic calm all the movement along the corridor.  So I really think one of the critical things in avoiding that is limiting the size of the road geometry such that it does not incentivize people to travel at a high rate of speed.  I think that is a critical piece of it.  It's not everything though.

I also think we need to be very careful, and frankly there is some hesitance on our end about some of this rezoning with that in mind, and one of things that we're thinking about if we truly are effective at opening the door to development here with really not a great sense of what the actual design outcomes are that we want, we may get a lot of development that we're really not happy with.  And so that's why we are a little bit hesitant quite frankly to do a large scale rezoning because we don't totally have our arms around what the outcomes might be.  So the real answer to your question is I think we need to have very deliberate design standards round what we want in this corridor not just from an architectural perspective but from a site design perspective so that we're not creating the horrific corridor that you see in some areas like the one you referenced.

Alderman Clemons

Yeah follow up?  See that's why I kind of don't necessarily think that I know it's in the Master Plan but the way we have it designed now up there if you think about Somerset Plaza and what's behind there, the hotel, the glass building, all the hotels back there.  It's designed so that the development you get off Amherst Street, right, and then you're kind of in an area.  To me when I think of modern developments and things like that, you want the corridor to be how you get there and then off the beaten track somewhere else.  Like I think about what they did.  I don't know if you've ever been over to

Londonderry and like the 603 Brewery.  They have like a whole downtown that kind are trying to create.  The idea is right you go up 102 and you get off.  You go past the plaza and then there's everything right there.  So that to me is more of the type of development, at least in my mind, that I think is a better fit for that area and the type that we should be encouraging as opposed to right on Amherst Street right there a building there and then parking in the back.  To me, Amherst Street is a corridor that serves not just Nashua, but Milford, Amherst, all those areas.  You have hundreds of thousands of people traveling back and forth to go to work and things like that.  That's my concern I guess with building directly onto Amherst Street.

Matt Sullivan, Community Development Director

Just a brief comment.  I do want to say that first of all I fully agree.  We've had conversations about the idea of village style development off of the corridor.  My personal perspective is that's exactly what we want and I would be comfortable with the vertical development along the corridor as long as it's part of something, right?  As long as it's part of a larger development.  One of the concerns that Sam and I had is that we don't really have the street network behind to actually support this redevelopment and this development.  That's going to take an incredible amount of time but if you think about the Pheasant Lane Mall area, the City was actually very successful at creating these other sort of linking streets and driveways that have taken congestion and traffic off of the DW corridor - and we'll get to that in a few minutes.  So we really need to be deliberate from a transportation perspective about anticipating this growth and redevelopment that we want to create.

I'm not sure we're doing that to the level I'm comfortable with if we're going to talk about large scale rezoning.  Can we do it in a small area that we accept is already sort of moving in this direction?  Possibly but to execute this larger vision for the corridor, we're going to be very much more - and I can hear Dan Hudson speaking in my ear about this too - we're going to have to be much more deliberate about the transportation planning component about this because otherwise it's simply not going to work.

Chairman Moran

Alderman Thibeault?

Alderman Thibeault

Thank you Mr. Chairman.  On the flip side to Alderman Clemons right, we don't want it to be Saugus but it can't be a parking lot either, right?  I know I've driven down Amherst Street when there was no exit 8.  I mean for a long, long time and I've just have seen that place grow and grow.  Milford, Amherst or I should say Amherst, Hollis area there, that's just growing like crazy.  Plenty of stores that came up, went down, went back up.  If I'm going out to Milford, I won't go back down Amherst Street.  I go into Merrimack and I take the highway off Exit 10 just because my dad lives in South Merrimack so I drive there a lot because I don't want to go down Amherst Street because it's light, light, light.  So I think it's an ugly development Amherst Street to be honest.  It's like you said, it's all different shapes and sizes, and it doesn't fit anywhere, and there's all kinds of different things there, and it just needs some redevelopment.  I mean we can't just sell Christmas trees in that huge lot, right?  I remember when it was Hampshire Farms, it was Keeley Farms, it was Builder's Square, and it was places before.  For some reason, places couldn't stay there.  I don't know maybe it was the rent because it was a huge, a huge lot, right?

We built that Hampton Inn right on the corner there, which I think is a horrible place to put it's like right on the corner.  It used to be a Ground Round, right?  To me made more sense there.  It's a tough corner.  It's just a tough corner to drive in and out of.  So I think there needs to be some redevelopment there.  Like you said, there's lots of factors to determine whether or not what we can do and what we can't do.  I would love to see a change.  I just don't know how we can do that effectively with traffic.  You know obviously you've got Exit 8, you can go through Merrimack Exit 10, or can go all the way down and through Exit 6 or whatever.  Other than that, you're stuck in the middle.  I know we have to try to put a fire station up there somewhere and that's going to be an issue but I'm for it.  We're obviously going to need more information before it gets to any point where we have a more serious discussion on it.

Matt Sullivan, Community Development Director

The responsible planner on this side of my shoulder maybe is telling me, and I hate to suggest study because that is what planners do, right, but this is an area where I really do feel that we need an intermediate level of corridor study that takes components of what the Master Plan suggested, components of what we're talking about tonight, and actually articulates that in something that we can put in form code.  I know that's exactly what Director Marchant had in mind.  This was not intended to be the final product obviously.  There needed to be more study in order to actually execute this vision but I

truly do feel the more I look at this the more study is absolutely necessary if we're going to do this on a larger scale.  I do think there are things we could do to incentivize a village style development in some sections of the corridor that are not otherwise constrained.

But if a developer were to walk into our offices today, I would not know what guidance to give them as to what the vision should be for that.  I would be forced to point to other developments in other sections of the State quite honestly.  I'm not sure what Nashua as a City actually wants.  So I do, it's cheap of me to say, but I do think we need some level of further study of the corridor and it looks at all these other infrastructure issues in light of what's I think a shared vision for some level of redevelopment and up zoning of the area.

Chairman Moran

Alderman Clemons?

Alderman Clemons

Well to that point though, there is sort of an idea of what you want it look like at least in my mind.  If you know right where Bertucci's is, and you go behind there, and you have all of those office buildings, and it's very nice.  There's ponds and the streets are very - if you've ever driven back there, I envision in my mind I go okay this is perfect for mixed use because you have office buildings that are there, right, and you could easily put in residential and have them have access to what essentially are beautiful parks all in there.  So when I think about okay we're going to make this mixed use, I think my immediate thought is yeah and I'd love to see residential go right into that spot because it's already kind of set up for that type of a development.  That would be a place I would want to live or I would want to start out.

On the other side of the street where the hotels are, that's the same thing behind Somerset Plaza.  I forget the name of that street that circles around where the tower is but that's sort of along the same lines.  So if you can get development - look if they tore down Building 19 and did something like that in there, that I could see being very successful.  I could see us requiring that they build streetscapes and tie into the next development that comes along, and then that street gets tied in, and then eventually as developments go you have a thing that connects all the way down to Round Pond or something like that.  That's sort of, I think, I don't you'd have to point necessarily to other communities but I think you can look at that and say that's sort of what the vision would be at least in my mind.

Chairman Moran

Question.  You guys have come up with a small parcel that you are okay with rezoning with an overlay now.  For the entirety of the corridor, you would be recommending a study to look at what exactly?

Matt Sullivan, Community Development Director

What I'm recommending for the rest of the corridor is that we through the Land Use Code update have a direct conversation about this corridor and what our desired objectives are.  Because what we'll talk about in a few minutes is that the code form that we're talking about is much more directed at what the actual product of development will be rather than the uses that are on site.  And so I would recommend as part of the Land Use Code update, we make a concerted effort to look at the Amherst Street corridor amongst DW and others that have been selected and have this conversation and perhaps have it here of all places.  I think that's really what I'm recommending.

I am not recommending a full blown corridor study.  If you remember the East Hollis Street corridor study that was done in 2004 and when I say not recommending, I'm not saying that's not the right idea because perhaps we should do that.  But I think the interim step is to use the Land Use Code update as a forum for this discussion to happen in a more productive way than I think we're equipped to leave it tonight.

Chairman Moran

Because this piece of land that you are recommending, you've already said that there's other similar developments happening around.  You have the potential for whatever is gonna go on with that (inaudible) needs to be rebuilt.  Slowing down the ability to put an overlay there might lose people who are interested if they are already building across the street for example.

Matt Sullivan, Community Development Director

I don't think that it will.  One of the great features of the mixed use overlay district is that it really does not overly burden existing development or ongoing construction in anyway nor would it turn away any interest that developers have in properties in this area right now.  If anything, it likely opens the door for a more streamlined regulatory process that goes to the Planning Board only.  So I would not be concerned about impacts to proposed, permitted, or in construction developments that are ongoing right now.  I don't think we should be concerned about that.

<u>Alderman Moran</u>

Great.  Ease my fears.  Does anyone else have any questions where I keep on asking?  I'll let you guys continue.

<u>Matt Sullivan, Community Development Director</u>

I'll quickly talk about DW corridor.  This is actually more clear in my mind.  The DW corridor is much more complex.  I think we all understand generally the geography we're referring too really from sort of South Main out to the mall.  The Master Plan was fairly narrow in its consideration of what the design should look like for the DW corridor.  Frankly, much of it was based on the idea of the former Dow Chemical site being sort of an anchor as a potential train station location.  What we now know is that the priority location for commuter rail station in the south end of Nashua is actually to the south of the mall potentially in Tyngsboro.  So we're fairly confident that a train station at this location will not happen but the idea of the corridor as a transit oriented corridor really geared towards making connections - that future commuter rail station - is very much in place still.  I still think the idea is much like we are talking about the Amherst Street corridor having collecting roads, pedestrian infrastructure, and bicycle infrastructure that will ultimately allow residents and other users of this area to get down to the commuter rail station .  I think that is very much something we have in mind.

What's interesting to me as I look back at the Master Plan and I had to reread this is that it wasn't clear what the vision was.  One of the recommendations was to create a corridor plan that envisions a different set of land use policies and considers what the ideal design vision is.  There really wasn't a design vision articulated within the Master Plan clearly.  So I say that for context because I'll be giving you a recommendation in just a minute here.  Just to talk a bit about the zoning that is existing in the corridor and I'll go sort of north to south here as you look up here, we're sort of in the car dealership district up here.  This is a mix of GB which is general business, HB - highway business, some residential.  This is sort of an isolated residential neighborhood to the east here but then as we into the southern areas of the corridor, we have general business zoning, general industrial, park industrial, all commercial uses with the exception of some very high density residential to the west side of the corridor.  This is actually one of our densest sections of residential in the community because of all that residential that's sort of silent in a lot of ways but exists and is very important to the health of the corridor and is a major contributor to many of the traffic and congestion issues that we have here.

But what I really want to emphasize actually is the fact that nearly all of the idea, including the mall that's been discussed for redevelopment, is within what's referred to this transit oriented development district.  For the purposes of discussion tonight, let's consider that nearly a one-for-one comparable to the mixed use overlay district.  There are nuances to it but what it does is it gives the Planning Board tremendous authority to approve certain uses, modify dimensional requirements, do many of the things that we talked about in the mix use overlay.  The reason I say this is that with the exception of this area to the north that I'll show you in just a minute, this is very flexibly zoned.  Any development could really happen within this corridor today, albeit we hope it would be in the context of this TOD and be transit oriented in nature.  The permitted uses, the dimensional standards that are in place, and to some level the design standards that are in place are all incredibly flexible at this point in time.

The one exception is this area to the north but if I sort of zoom in on that (hopefully everyone can see this), this is really the car dealerships section of the City.  As much as I don't want to accept defeat here, these are critical uses in some ways to our community.  I do not believe that it is in our best interest and it's my opinion that a rezoning of this to be either mixed-use overlay or transit oriented development overlay is not prudent at this time.  We are not going to get redevelopment here at any point in the near future.  Frankly, maybe this is a controversial opinion but we do need places for these uses.  Unfortunately, this is sort of a concentration of them.  In the City, there are others of course in other corridors but it would not be my priority to try and incentivize residential development in this specific section that's not already zoned for it.  So at this time, I am not recommending any kind of rezoning in the DW corridor but I want everyone to understand that we actually have a very permissive sort of zoning regulations in place.  We try to exercise that and make the development community aware of that but sometimes it is truly the market that is speaking when you're not seeing activity happen.  It's not so that the zoning is not asking for it.

The one thing I should say and I haven't looked at my phone because Director Cummings I expect might be texting me to say this right now is that there is an action that the City could take and it's something we've talked about actively and that is the idea of doing more design level planning for some of these sections of the City.  Actually using City monies to

develop concepts of what we might like to see as a blueprint for the development community if they were to come in and talk to us.  It's something we've done to some extent to the Master Plan but if we were to advance some of these areas and specifically some of the strategic parcels in these areas, it may need to be through some level of actual concept planning on the site to give them a sense of what the community wants.  So I just want to put that out there for your consideration.  Happy to talk about DW corridor, other sections, and then Sam does have a little more on the Land Use Code if you prefer he jump right into that at this time.

Chairman Moran

Any other questions on DW?  Alderman Thibeault?

Alderman Thibeault

Thanks.  I think some of this is probably part, at least the middle part of it, is probably my Ward.  I think it's mostly the apartments Royal Ridge and all those.  How are we for development right now?  What's our vacancy I guess on some of the places that whole corridor I guess?

Matt Sullivan, Community Development Director

Great question.  I think there are two ways to answer it.  From a unit vacancy, I don't know.  If the vacancies are accurate, the vacancy numbers that we're hearing are accurate, we're below 1% but I don't know with each development how many vacant units they actually have in the residential structures but I have to believe particularly with the wonderful access this corridor has to the highway, and other retail opportunities, and other things families need, I tend to think that's really sought after real estate for folks looking for a condo or rental apartment.

One thing I don't know if you're asking this Alderman Thibeault but from a build out perspective and how built out are we really, I don't know the answer to that.  I haven't done an analysis to look at the max build ability of each of those different residential developments and whether they could be densified.  I don't know the answer to that but certainly something we could come back with some more information on to give you just a sense of the maximum number of units that could be permitted.

Alderman Thibeault

Are all of these like 3 or 4 vape shops or – no just kidding.  I know they're popping up everywhere.  So I look at that corridor and to me it's kind of I don't want to call it weird but it's like you've got stuff back, and you got something in front of it, something behind, something in front of it but not residential per say except behind maybe Market Basket where you got Pheasant Run back there.  It seems like there is space that can be used.  I know now that Toys-R-Us is gone and they're putting in an Amazon Fresh so that parking lot is going to be packed again.  Probably make sure all those places have vacancy of some sort but it just seems like planners put things in originally and it feels weird.  It's not hard to get around necessarily but obviously during the holidays, there's no Exit 36 or I don't know what it is now in Mass but they never created the one going the opposite way so you can get off of it but you can't go down through it.  It's a great exit way if you're at the mall.  It's perfect to get to Nashua.  I think that's the only problem not having one to get off there but it's weirdly constructed in a way and some of it's very old stuff that's been there for many, many years.  Some then was constructed in the 80's obviously like the mall and stuff.  So it's a strange corridor I think and it's probably – there's probably some things that could be done there if developers had a shot at it.

Chairman Moran

Alderman Clemons and Alderman O'Brien?

Alderman Clemons

So just this fun anecdote to Alderman Thibeault's comments about the old Exit 36.  My buddy and I used to say oh you do the old Exit 35, 36 combo.  Basically drive down 35, go back north, and go to 36 to get to the mall.  When they renumbered it, it's now Exit 91 and 90.  But it literally says "old 35", "old 36".  I'm like look at that.  I'm like now it's literally the old 35, old 36 combo.

Anyway, so I'm (inaudible) about if you've talked or had conversations with Simon Properties because I don't – I mean that has to be - the Pheasant Lane Mall has to be one of the last successful retail spaces in the United States or at least that's like that because everywhere else malls are dying across the country.  That one for whatever reason, I think its location

Planning & Economic Development Committee – 10/12/2022                                        Page 18

probably, is the reason why it is so successful.  That and there's no sales tax, right?  So but I'm wondering if you've had conversations with them if they're interested in redeveloping any of the mall property to add residential or things like that even the mall itself?

Matt Sullivan, Community Development Director

I can represent that we have had inquiries from other uses.  Those have not been residential in nature.  I think one of the challenges with the mall obviously is there is a defacto association that exits but there are in fact individual property owners.  We were talking about this before the meeting.  It's made up of several odd shaped properties.  I'm sure you're familiar Alderman Clemons and so it is certainly it's one of the City's larger opportunities particularly in the context of rail to talk about whether there might be a village style opportunity there.  The challenge will be bringing along all the property owners there in a shared vision and even the inquiries that we've had have been piece by piece.  They have not involved multiple units.  They've been in some cases store by store even.  They have not been residential in nature at this point in time.

I think to your point, the mall has been fairly well performing.  Vacancy is low.  It's an anomaly in that way.  From Sam's prior location in Concord, Steeple Gate Mall is in a very different condition.  So we're fortunate in that way but unfortunately it hasn't necessarily brought about the same conversation about what the strategic opportunities of that property will be.

Alderman Clemons

Yeah so, and I don't want to assume, but are you talking about the actual existing structures that are in the mall right now?  Because what I was thinking of was what's around the mall which is vacant land.  And so that's kind of more what I was thinking as - and I don't know why I can't.  I don't know why.  I always go up to the outlets in Merrimack and say to myself why did they make this just retail?  Because you walk around it and you go wouldn't this be really cool if there was apartments up there and it was a place where people was like a real village instead of some place that shuts down at like 8:30 at night and is like a ghost town?  I don't know.  So I'm wondering if that opportunity exits or I have to imagine that - the other thing is, too, is how receptive would they be to putting a rail station on their property in Tyngsboro.  I don't know if that's – if any of those things have been discussed I guess.

Matt Sullivan, Community Development Director

I can't answer many of those questions directly unfortunately.  But we have not had any conversations about the peripheral open space or parking areas and potential redevelopment of those.  I will say I share your sentiments about the outlets.  I think that's why they're introducing a residential component, albeit in a different section now.  It's always been a bit odd to me that wasn't it that wasn't chosen.  Perhaps there are reasons but yeah I think this is a prime site for that.  What I do know is that NHDOT the current point in their process, they are making inquiries to potential strategic partners and that involves property owners that might be adjacent to where the stations are contemplated.  I don't know if they've spoken directly to I believe property owners like Seritage and the Simon Association generally.  I can't speak to any conversations that they've had but certainly I would like to believe Simon is well aware of the conversation that's happening and hopefully factoring that into their redevelopment plans.

One other thing I can represent is that it's not just one unit within the mall that has inquired about redevelopment.  It has been multiple.  So there's a conversation happening.  I just don't know exactly what it looks like and I wish I did.

Chairman Moran

Does that answer all your questions?

Alderman Clemons

Yeah, no it does and what I think it goes back to is the fact that you know I think your answer goes back to the fact that the existing use there is not like other parts of this country right now.  For whatever reason, it is successful and I mean that's good, and that's good for Nashua, and it's good for the mall, and it's good for the businesses that are there.  But it doesn't lend itself well to a conversation of what do we want to add to this.  If you have the moneymaker, you don't want to mess with it, right?  But I'm hopeful that that's the type of development that I'd like to see down in that area is more residential in mixed in with what's there now.  However we can do that and whether that means you tear down things that are there and rebuild and things like that, I just hope in some fashion we can get there.  Nashua is unique.  Our retail is doing well and

that's a good thing but hopefully we can with the spot where the chemical company was we can do some things that are a little different there and maybe it will be successful and work its' way down to the border.  Thank you.

<u>Chairman Moran</u>

Alderman O'Brien?

<u>Alderman O'Brien</u>

Thank you, Mr. Chairman.  Probably just to provide information to Alderman Thibeault but what I remember of the DW particularly around the Spit Brook Road area and the DW Highway, you got to keep in mind it appears to you to be willy-nilly and it was.  I don't think there was much direction going on at that particular time.  Case in point where I think Two Guys Cigars used to be Moody Tank where they used to make oil tanks and some fire trucks believe it or not.  Right down I think the last structure that had anything was Royal Crest apartments, and then they built the Royal Crest mall, and that extended, and then you've to remember the good old Green Ridge Turkey Farm to which they actually had turkeys at one time hanging out in front of it.  I'd like to see the turkeys out there on the DW today in front of Barnes and Nobles.  The life expectancy would probably 30 seconds but anyways.  But the thing is it was all done willy-nilly.

Willow Spring Plaza – you've got to remember that was the old Blue Stone dump.  The dump fire that never went out.  I think it's still burning but I don't know.  That was always regrettable to get the sign down to the dump and everything.  So it poses me with a question.  We have brownfields down there.  What's our intentions or where are we going to go with that because the former dump itself, yes they did put the build over it.  In case anybody wonders if the parking lot is actually dropping, it is.  Every time you go to step up onto the curb it gets higher and higher because there was a compaction of the material underneath it.  Those aren't really light posts as much as methane gas release devices.  We have the former Grace Chemical site at the end of Poisson Avenue.

<u>Alderman Caron</u>

Adventure Way.

<u>Alderman O'Brien</u>

Oh yes, it's Adventure Way.  That debates that whole argument right there.  We used to enjoy that getting dispatched to Grace Chemical on Poisson Ave.  What's the intention there?  Because that is a good piece of land.  I was hoping rail would go there.  I know that fell through but you know how long is it going to be a brownfield and what do we anticipate here?

<u>Matt Sullivan, Community Development Director</u>

Great question.  I do want to point out that with the Dow Chemical site specifically off of Adventure Way and Spit Brook Road.  There's actually an approval that was granted by the Planning Board last year for a Costco relocation, large self-storage facility, gas station on that property on the - what I would refer to as the south side of the property adjacent to East Spit Brook Road.  It would have ultimately connected East Spit Brook Road and Adventure Way going back to that point of making connections between streets.  We were trying to do that.  Unfortunately, that application was appealed to the Court and since been remanded to us so the future is a bit unknown for the Dow Chemical site.  What I can also say is that on the northern portion that really is the more contaminated portion if we're talking scale on a spectrum, that portion was anticipate to be a large surface parking lot for the train station because of the activity use restrictions that are in place on that land.  Unfortunately, there will need to be some capping that's done and there seems to be a shared purpose or shared benefit to actually create a surface parking lot for the rail station there.

It's also important to point out that section of land is actually restricted such that residential cannot be built on it.  So while mixed use might be contemplated and a life style center was contemplated for that area about 20 year prior, the idea of actually developing residential on the Dow Chemical site is very, very limited unless it's done to the southern portion of the site.  But there is market interest.  It's currently owned by an entity that has interest in redeveloping and has actually moved forward with approvals.  There's also an interest I should say as well that there might be a larger connection build towards the circumferential highway at such time that the north of the parcel is actually developed.
Relative to the Toys-R-Us location, the dump, there are ongoing challenges with that site even with the planned Amazon Fresh that's supposed to go into that site.  There were complications with the moving of the parking lot, the moving of the building to some extent.  It poses some interesting architectural and structural engineer challenges for any occupants of that area but tenancy remains fairly good.  The uses are fairly active down there.  They're complimentary to each other.

I'm not sure that's a redevelopment priority at this time but it has sort of done well as a capped site with the tenants dealing with it as the issues arise.  So there's no immediate plan to redevelop that in my opinion.

<u>Chairman Moran</u>

Follow up?  Alderman Thibeault?

<u>Alderman Thibeault</u>

Thank you Mr. Chairman.  I remember when there were two bowling alleys down there.  Now we have none.

So I heard a rumor that maybe in that same site that we're talking about, the Dow Chemical site, that it could be an electric car parking lot to charge cars.  Is there any truth to that it would be something we would look at to put there?

<u>Matt Sullivan, Community Development Director</u>

I certainly don't want to say it's not something that we would want there.  I think we're - I hate to make a cliché statement - we are trying to encourage an electrical charging structure to the extent that we can on any large scale multi-family or non-residential site.  We haven't necessarily seen the market buy into that just yet but I think we're getting there.  We might have to do that through the Land Use Code update actually.  I don't think that we would object to it.  I'm not aware of any such proposal.  I wouldn't be able to comment if it's in a certain stage of development but I can comment that I'm not aware of that at this point in time.  But again, we would encourage it.  The mall has installed charging stations at certain locations around it.  Other commercial entities and sites have installed charging infrastructure.  We're not opposed to that.

<u>Alderman Thibeault</u>

Yeah, just one follow up.  So I just saw in Tyngsboro.  I went to eat at the Olive Garden and right down below there where the Outback used to be was like all kinds of charging stations so.  I don't know if that's - obviously that's in Tyngsboro but if that's where we are headed on some of that.  But that's really off the topic at this but I was just curious because I had heard that someone was interested in looking into that.

<u>Matt Sullivan, Community Development Director</u>

One thing that is certainly going to be in our new Land Use Code is we're going to be clearly allowing charging station farms essentially in some locations.  I don't know what that will look like and how we'll codify it but our old code did not contemplate that in any way.  It was very gas station centric and we're recognizing a clear shift obviously in alternative fuels and we need to be aware of that.  So we'll be modifying the use table to reflect it.

<u>Chairman Moran</u>

Alderman Clemons?

<u>Alderman Clemons</u>

So I do financing for a living and particularly vehicle financing.  The largest impediment to somebody buying an electric vehicle these days is the fact that if you live in an apartment building, you don't have access to charge your car overnight.  So it basically eliminates anybody who lives in an apartment setting unless they have access to a plug, literally a plug, from buying those types of vehicles.  So it is something we do need to look at the Land Code because if you live in a big apartment complex and you're parking your car, how are you going to charge it overnight?  And the thing is if you're commuting back and forth and things like that, you have to be able to charge it somewhere.  I actually owned an electric vehicle for a while and range anxiety is a real thing.  I know they're now they're getting better at that and you're seeing faster charge times and things like that but we're a long way away.  Until we figure out how to get more access to people who live in apartments, we're never going to overcome that.

<u>Chairman Moran</u>

Any more questions?  Any more presentations?

<u>Sam Durfee, Planning Manager</u>

Sure.  So we'll move into the Land Use Code conversation.  So it's been really great to hear some of the comments around the table tonight.  A lot of which really do point towards where we're headed.  This Land Use Code update really does build off of the vision of the Master Plan.  Most of this is really going to focus on the Amherst Street corridor.  Specifically, the form based conversation.

So the Master Plan had made several recommendations and in many parts of the Land Use Chapter of adopting form based standards.  So as Matt alluded to earlier, the form base code really looks at predictability of the build environmental as being the focal point more so than being used space.  Obviously, it would be a massive step and Concord is where I come from but previously is in very close to adopting a form base code, though a hybrid model, where there still is a use table.  So this form based standards to produce that predictable environment but still certainly relying on separation of uses as is a traditional Euclidian zoning.

So while we look at this corridor, while we look at some of those images earlier where you do have these buildings that are fronting the streets, I think the comment about Route 1 is spot on.  Right?  So you have this product, this built environment that you say um this isn't quite what we're looking for but we can also say that right now but we want to rezone, and we want to encourage density, but the built environment, the product is of real concern.  We want something that is of high quality but we're also going to run into the point where if it's successful, it's going to perpetuate itself which then you run into questions about capacity issues, do we have capacity out there on the roadway, and the sewer, and the water, and what sort of investments is the City and taxpayer going to have to make?  So that's when we start to talk about making these street connections.  We do have the tools.  We have many tools in the planning arsenal.  We have paper streets.  We can talk about these connections.  We can plan for these in the future and we can also start designating certain areas off of the corridor.  We'll say oh yeah we do want to kind of encourage a village type of district because we can see there's access coming south from the corridor.  There's going to be cross-access in the future.  There's no big buildings impeding that.  So this is an opportunity we can zone for this.

This is all part of the conversation that we'll be having through this Land Use Code update process.  There's going to be a lot of conversations around this.  This is actually – these are two images for the same district out of Concord's code.  This looks drastically different from our current Code.  Pictures, easy to read charts, all of these have clickable links to the section in the Code where you have your details for all your different standards.

Alderman Clemons you had mentioned this imposing buildings right on the street right?  So something that Concord is contemplating is what's called "step backs".  So say if you go up six stories.  If you want to go higher, you need to step back 10 feet from the edge of the building so it's not as looming over but you'll still get that height.  You still get that density but the feel on the street is not as imposing and enclosing.

I just want to point out, we do have a lot of large open parking areas on this corridor.  There's a lot of real estate in those parking areas on the front of the street to create 4, 5, 6 story, something with a set-back, reasonable development.  While that assuming creates a one feel on the street, it creates an entirely new environment behind it because now you're in between sizeable buildings.  This could be leaning towards you have these cross connections through parking lots.  This could start feeling like a village area.  So I want to think about you kind of get this layering effect from the corridor.  These cross connections can also relieve some of the traffic and congestion if you're like I'm going to have lunch over here, to then go shopping over here, and it's all on the same side of the corridor.  We can make those connections.  Oh and I also live now in the new apartment building that's set back one layer further.  So these sorts of connections, this layering, and the planning around that so that these all serve each other but also create a very positive build environment that will perpetuate growth and demand because it's a successful area and people want to be there and it's functional from a transportation perspective.

This is just an example of the use table that Concord has.  I want to point out that there are only 4 of these pages.  Our current use table is much larger.  The simplification involved in a form based code where the product again is the built environment.  You can really start to condense a lot of the uses so that it's much more developer friendly.  It's much more approachable.  You're not going to have to splice hairs to try and really get down or what is the use just through it into the subsection of retailer or something like that.  The simplicity behind it reads efficiency.  While not adapted yet, we're hopeful that will be successful for Concord and in a model that other communities, Nashua included, can learn from.  I will say that from being heavily involved with this process and especially the public outreach conversations with council members in Concord, it's a big change but the idea behind it was very well received.  Being developer friendly is always at the forefront of elected officials' minds and certainly from planning staff because we're dealing with them.  They want to have a positive experience.  We want to be developer friendly.  This is a very positive step for the development community in Concord and something that I think that will be well received here as well but again, big push on public engagement, big push for engagement with the development community and design professionals.

So a little bit on our target schedule and what we're looking to get out of this.  We will be issuing an RFP by the end of the month.  So we're hopeful that we'll have a contract by March of next year, start the project, start the process in April, and then hopefully by October-November of 2024, we'll be presenting a draft to this body. There's going to be a lot of engagement along the way.  Interviews with key stakeholders which can be the Chamber of Commerce that can be other bodies within the City Staff, Committees, many iterations of the Board of the Aldermen and their respective committees as well.  We want any consultant that we bring on to be very familiar with the City.

In Concord, we used a company out of Austin, TX.  They spent a lot of time in the City.  They spent a lot of time flying out, getting to know the community.  We drove around.  We went into different neighborhoods and getting the sense that we wanted a code that was based on what's on the ground so that you don't have to go the ZBA because you want to build a porch.  Code for what's on the ground plus a little bit.  Think about the southwest quadrant.  There's probably not going to be a lot of change there.  It's a well-established, it has its character, we're not going to start throwing up seven story apartment buildings there but code for what's on the ground and our neighbor wants to build a deck.  Not going to have to go to the ZBA for it.  Something like that.

However when we get into areas like the Amherst Street corridor, that's where we're going to be really form based focused.  I'm not saying that we apply form based standards everywhere in the community because that might just be a level of design and regulation that just might not be necessary because there's already a really clear built form that is accepted by residents and accepted by the development community for certain areas.  When we have a specific vision for something that's a little disjointed, feels a little weird.  DW Highway or Amherst Street clear visioning, clear engagement, and getting a good sense of what's desired there but also having a strong sense of what the market can tolerate, and what we can do, what we can do based upon our infrastructure capacity, based on what we can do with what the market can sustain in terms of what we can build based on going from stick to steel things like that.  These are all going to be part of that conversation that we have in envisioning an idea for these design standards that will help to manifest that vision of the corridor.

So in terms of just our deliverables, we'll have code obviously and a zoning map that goes along with it.  We really want to talk about compacting that use table, developing clear standards for lots, building design, parking and access.  Very important when we talk about these high volume corridors as well as landscaping and place making standards that really make that product high quality.  Then also clarifying and streamlining the permitting process and having other standards things like your definition sections and things like that are just clear and approachable.

Chairman Moran

Very interesting.  Sounds like you guys a have a solid plan with an RFP coming out very soon.  Alderman Thibeault?

Alderman Thibeault

Thank you Mr. Chairman.  This is fascinating, and exciting, and makes me want to go home and play SimCity. You guys remember that game - build my own Nashua.  You know one of the things that I wish it was happening sooner.  Like I look at it and I see October/November 2024.  I might be way voted out of office by then.  But I think I like how you guys are looking at different communities.  One thing I think in the past with Nashua is we've kind of stuck to we're old Nashua.  We don't change kind of thing.  We're starting to do that. This is exactly what we need.  We need simplicity.  We need ease of use, less things coming to the Zoning Board that don't need to come to the Zoning Board, and just better development out there.  I think this is a good start and I'm looking forward to seeing what you guys put in front of us.  Simplicity is the key in making stuff simple, making it easy, and building great developments out there, and great properties.  We're going to grow.  There's no doubt about it.  We keep showing up on these lists of best everything and we've already seen our capacity fill up so we're going to keep growing.  If we build it, people will come.  So thank you so much to you guys for coming tonight.  I appreciate it.  So that was my stuff.

Chairman Moran

Anyone else?  Alderman Clemons?

Alderman Clemons

Yeah I thank you for presenting this.  Looks like a good timeline.  I hope we can stick to it but I won't hold you to that.  I think its well time.  Our codes are not business friendly and that's what I've been told by many people who work in commercial real estate and just in that general building trades.  We're not easy to work in Nashua.  I think we got away with it for many years because of our location and because of where we are.  So it was kind of like those people dealt with

it.  But we've also lost out because of that too.  So I think it's about time that we look and to do things a little bit differently.  So I'm all for that.

The only other thing I wanted to bring up and I hope I'm okay to do this.  I was serious when I said we ought to consider a different way to look at how we can fund a new fire department and do it in a faster way.  So I don't know if the opportunity for a TIF district or something like that any new tax revenue would go to fund the maintenance or the operations of a Fire Department would even be possible.  The way I look at it is if we're going to start redeveloping, especially in the Amherst Zone when you think about something like this, if that could be a component of this where it's like okay we want to encourage all this development to come along what can we do to help that and to also take the increased tax revenue and put it towards something that we absolutely need in the City which is a new Fire Department.  So I don't know if that's an opportunity there or something that we can look at when we're discussing all this.

Matt Sullivan, Community Development Director

My answer would that I would want to consult with Director Cummings before answering the question.  I think we would need to take great care in defining what the TIF district is and what the improvements are that need to be done but you already know that.  I do think that we'd have to be very clear about specifically where we want it too.  As of right now, I'm not sure what area makes sense whether it's the entirety of the Amherst Street corridor.  I have concerns there.  We'd have to be confident that redevelopment is going to happen.  As of right now, I'm not sure that's the case.  If we were to install some very ambitious village style zoning, and we had interest from the development community, and they had a clear plan, I think it could very much appropriate to do so but we'd have to be confident that we actually have something happening in order to do it.

Alderman Clemons

And so if I could Mr. Chairman?  That's more of what I was thinking.  I was not thinking just in general but if there was interest in doing something like a project or there's a developer that really was interested in what we had, maybe we would pounce on that opportunity.  Obviously as the Chief said earlier in the meeting, it's the personnel and all of those expenses.  We're going to have to find a way to do that.  I don't know that you could necessarily do a TIF district and pay for personnel with it but certainly you could offset the cost of building the apparatus and the things in it.  So you know I just think we need to think outside the box a little bit because we have to be able to…that's a priority I think of this community so.

Matt Sullivan, Community Development Director

I certainly agree.

Chairman Moran

Alderman Caron?

Alderman Caron

Yes, thank you.  I really appreciated this presentation.  Over the years, I've sat in on Planning Board meetings, Zoning, and always wondered why we had some many different rules and regulations.  You had to come, as you say, to put in a porch, or a driveway, or something like this.  So to try to standardize that and simplify it to make it easier for everyone involved whether it's in your department or these boards and commissions, I think this is great.

One question.  This thing is Concord has that been finally approved or is that in the final stage for approval on their codes?

Sam Durfee, Planning Manager

It's in the final stages.

Alderman Caron

It is in the final stages.  I'm glad to see that you reached out and are looking at what other cities are doing because I think that really helps us.

As far as the automotive village, I remember when that we put in because we lived right behind it.  But as Alderman O'Brien said, things were built on Daniel Webster Highway willy-nilly.  Somebody went out, the Old Coach Inn went out, they put something else there.  So there was no standardization so this will really help I think.  So I really appreciate – I enjoyed this because I have never been part of PEDC other than their reports so this quite interesting tonight.  Thank you so much for doing that.  Thank you.

Chairman Moran

Would it be too much of an ask - I don't know if we need to make a motion but maybe by the next meeting, or the meeting after, and even November or December's meeting come with legislation that you vetted through Corporation Counsel on that specific spot up at Amherst Street?

Matt Sullivan, Community Development Director

Sure.  What I can offer is I should be able to come back for the November meeting.  Just to be clear about a couple other things I'll do on the way.  I do want to speak directly or further with Director Cummings just to ensure that he's comfortable with the proposal.  I will also speak to the Planning Board at some level as well.  They're an important part of this obviously, albeit not the ultimate decision making authority but we do want to make sure they're aware of any proposed legislation.  We'd be happy to bring something back with a more refined scope of what we're actually talking about doing.

Chairman Moran

Do we need a motion Alderman O'Brien for that?

Alderman O'Brien

No, I don't think so.  I think if he supplies one with an idea and I think that will give us the opportunity at that particular time.

Chairman Moran

Thank you Director.  Thank you both so much.  This has been several months of conversation that panned onto a great presentation.

Matt Sullivan Community Development Director

Excellent.  Thank you.

COMMUNICATIONS - None

UNFINISHED BUSINESS – None

PETITIONS - None

NEW BUSINESS – RESOLUTIONS - None

NEW BUSINESS – ORDINANCES - None

TABLED IN COMMITTEE - None

GENERAL DISCUSSION - None

PUBLIC COMMENT

Laurie Ortolano

Laurie Ortolano, 41 Berkeley Street.  The presentations tonight were excellent, really well done.  I enjoyed listening to them.

I'd like to address Alderman Moran.  Your comments at last evening's meeting and your leadership what you showed in

that Chamber in responding to the public.  I think I presented an email that much upset you and it caused a very strong reaction that I was doing something that was very misleading to the public.  When I presented this email, I specifically stated as I watched the video today that I wanted your comments on is this true?  Alderman Jette was very helpful in that he asked our Attorney what his professional opinion was and he provided that opinion without any negativity from me on that opinion being provided.  It's exactly what I wanted.  When the comments came at the end, you made it very clear that I presented a lie.  Really I presented information from a former Alderman whose name I actually x-off because I didn't want to put their name out there.  It had my name on it so it came to me.  I passed it to you folks to say is this true?  It was a lie and you said, "I'm going to push back on this information every time.  It always gets me right in the funny bone about silver spoon millionaires coming in here and acting like they are the crown jewel of the working class pushing off information we don't to be true until we ask legal counsel."   Then you went on a diatribe about Governor Sununu.  Then you said, "This chamber is represented by the middle class.  We represent the City.  Everyone knows that.  You can go to my Facebook page.  Millionaires who were born with silver spoons in their mouths who don't earn crap have no respect from me."  Very harsh.

Now honestly you made yourself out to be the champion of the…

Alderman Thibeault

One minute.

Laurie Ortolano

…proletarian class but I don't think you really are because you can afford my much than I could at your age.  Your children go to private Catholic School at St. Chris.  You signed and auctioned off and paid $3,400 for your kid to be Principal for the day.  I couldn't afford that in my 30's.  I didn't have that money.  Now my husband and I give a great deal of money to that Church because we can afford it.  But we did not have those opportunities.

Alderman Thibeault

30 seconds.

Laurie Ortolano

You sent a very strong message last night about who can come to this Chamber and speak and I heard some comments today.  If you're poor, you don't belong in here.  If Melbourne Moran thinks you're a millionaire or whatever definition he has, don't come (inaudible) to share input.  You're not welcome.  You made a judgement that was horrendous and you are a very poor example to your own children.  Thank you.

Chairman Moran

I have no idea if that member of the public is a millionaire or not.  I was very upset about millionaires who make poor decisions who are policymakers in this State that shift down to cost.

Laurie Ortolano

That's not what you said.

Chairman Moran

I will say that let the record show that a member of the public who refused to apologize to children for the use of the "c" word on public television is upset with me because I don't like millionaires too much.  And by the well, I'm doing well for myself.  I have an issue with silver spoon millionaires, not millionaires who work their way up.

Laurie Ortolano

That's what you referred to me as and I tried to…

Chairman Moran

I have no idea what your income is.  You're not a policy maker.  Why do I care?

Alderman O'Brien

Mr. Chairman point of order.  I offer this point of order for advice.  I think the public had their opportunity to speak.  Short of that with your rebuttal and the public's rebuttal, then it gets into a debate.  I would recommend, personally recommend that this is a meeting not so much as debate format.

Chairman Moran

It is true Alderman O'Brien.  You are correct.

Alderman O'Brien

So I would just say as a point within the traditions of our chamber, best to leave it at this particular time and let's carry on.

Chairman Moran

Yes.  Comments by Alderman.  Alderman Thibeault?

REMARKS BY THE ALDERMEN

Alderman Thibeault

Thank you Mr. Chairman.  Just a couple things.  So to Alderman Clemons' last point about the fire station.  I couldn't be more passionate.  When I ran for office and talked to the fire union, that's something I thought the City needed.  When Fire, and Police, and I know this is not a popular opinion but the Directors of Health and Human Services when they come to us, I don't think that they're not telling us the truth.  I believe they're coming to us because they actually need something.  It's part of our job to figure out a way how to do that.  It's not always easy to just say here's the budget, go do it, or here's the extra budget go do it.  Sometimes we do have to think outside the box.  Sometimes it has to be a bond.  Sometimes it has to be - if it can be done, a TIF.  Maybe we have a chili cook off with all the Fire Departments.  I don't know.  We've got to figure out a way to do it because we need it, right?

It's important to the City and the last thing we want to do, you know, people had complaints about the barriers because they thought it was a safety issue.  We just pulled them off.  No one died.  There was no safety issue. But not having enough fire stations in this City will be a safety issue.  If it isn't now, it will be in the future.  We need to plan for it and we need to figure out a way do to it.  I was a little surprised with Chief Buxton saying I hear all the time about how many policemen we're down.  I was surprised to see how many firemen we were down as well.  And so that's infrastructure that we have to have in the City.  We're going to have to put our heads together and figure out a way to do that.  It can't be all this petty where we can't pay for this, we can't pay for that.  That's essential.  It's essential.  We've got to figure out a way and there's got to be ways to do it.  I'm still too new to know all those ways but I'm certain there is something that we have to do to do that.

I appreciate Director Sullivan and Planning Manager Durfee coming tonight.  I thought that was a great presentation.  Hopefully we can do something on that soon.

And just the last piece.  Last night I was kind of harsh to the Budget Committee and to all the Board of Aldermen as far as being prepared for these meetings.  I was prepared last night to decide on whether we should go forward with that budget or not or the Budget Committee ask on the escrow account.  I believe the committee work is some of the most important work we do.  When we meet like this, I learned a ton tonight.  I thought it was a great meeting, great presentations, great speakers.  If we're not ready to move forward on something, then you have another meeting.  We don't have to refer it back.  It should have another one.  So that's kind of what I was saying last night.  It wasn't necessarily going after people as much as it was.  I think some of these things are so important that I think as a Board we need to be taking the right amount of time with them and sometimes we rush things.  Sometimes we have to depending on time.

One thing I didn't see coming up last night was no one on any of their bingo cards said can we take away the $300,000 for lawsuits in the City.  If we stopped having frivolous lawsuits, we would not have to add $300,000 to the escrow but nobody had that.  Nobody put that down last night.

Laurie Ortolano

Because they're not frivolous.

Alderman Thibeault

Call me what you want.  The City will know.  So nobody put that out there.  Alderman Sullivan didn't.  None of us did.  I was thinking it.  Why do we need to spend so much money on legal fees for no reason?

Chairman Moran

Can we have it quiet please in the Chamber?  Thank you.

Alderman Thibeault

We talked about decorum, we talked about respect.  She comes here.  There's never any respect for us but we have to be respectful to her and I have been.  I haven't said any names tonight.  Alderman Moran hasn't said any names tonight.

Laurie Ortolano

Unusual night.

Chairman Moran

Please quiet in the chamber Miss.

Alderman Thibeault

I think it's important that we still have decorum in this Board of Aldermen.  We're trying to do things for the City.  When impediments go up for us, it's hard to do the things we need to do to take of the City that we have, the people that we need to care for.  It's just impediments, so thank you.

Chairman Moran

Anyone else?  Alderman O'Brien?

Alderman O'Brien

Thank you, Mr. Chairman.  And I would like to thank my fellow Aldermen.  Let me give the usual caveats of legal plea.  I was a member of Nashua Fire Rescue for 35 years and rode the tide.  Like I say, I've seen a lot of deficiencies you know that have occurred.  Right now, we're discussing about - we gave the public back $4,000,000 to help offset the tax.  But other Aldermen have done that in the past years too.  It comes at a cost of something.  Okay.  Some of the cost of something has been the Fire Department.  I mean if something is a problem like the last fire station added was 45 years ago.  Its 45 years of a particular problem.  I'm glad we had the discussion tonight and to maybe attune ourselves into thinking but there's other things that haven't been mentioned.

We have two parking garages that are in dire need of structural repairs.  Those are the peoples' buildings too is much as it's important.  What the people got to realize, you know, I'm very sympathetic.  I understand but if we have a major failure over there of some of the concrete joints, or different things, or drainage system with inflation looming on the horizon if it does occur, the replacement costs will be out of sight, out of mind.  So although I'm very sympathetic like I say, I pay taxes too.  You know at what point do we as Aldermen really got to draw the line and really face the music and explain to people who don't really have the inner workings that we particularly see. We're the ones that sit on the committees.

Like I say 45 years of not building another fire station, how many people have sat in this horseshoe and done that?  It didn't occur overnight.  So maybe it might be a trigger to a new trend to maybe and in this economy God will help us.  I understand that, but trying to get the thing together and again to refer back the infrastructure that's out there that needs to be really taken a look at.  There was a proposal to cut back one position on parking yet we're leaving money in the street because we can't get people to work for the City.  Who wants to get into confrontations for $15.00 an hour over a parking space?  People will probably try it and do work it but then get quickly frustrated.  So is the $25.00 an hour is that the right price?  I don't but cutting positions definitely ain't going to get us anywhere.  So we need to take a look at the Fire Department is one little blip on the horizon I see and there's going to be a lot, lot more that is becoming down that we need to take a look at.

I thank you all for listening.  I think Chief Buxton did a very good job in presenting it and at least making us aware it of some of the issues and looking.  In particularly when people come in with plans to build, there's not enough Fire Marshals to go out

and do site inspections.  So it is something that needs to be addressed and how we're going to do it, I haven't got the magic answer but may have to make some tough choices of whether we're going to nurture this City or watch it die.  It's a choice to be made right here.  So thank you.

Chairman Moran

Alderman Caron?

Alderman Caron

Yes, thank you.  I just wanted to say that the two presentations tonight was excellent.  They did a great job.  I didn't realize that the Fire Department only does training in the springtime for new employees.  So that's new to me.  I didn't know.  Like Alderman O'Brien, I worked for the City for over 45 years and I remember when they talked about building the fire station up off of Amherst Street on Thornton Road which is now a playground because they were not getting anywhere.  But the problem we have in this City, and I think we can all agree, we don't take care of our infrastructure.  We build and then we let it sit there like the garages.  I have people who've worked for Public Works who say when's the last time anyone looked at that structural component of those garages?  We don't and then something catastrophic happens and now we have to spend a lot of money instead of taking care of it.

It took them almost 40 years to get Mulberry Street done when it should have been done when I was there back in 1977.  We were there for 10 years and we had no elevator.  There were things so wrong but look at how long it took for the City to step forward.  Yes we always have things to do.  We need to have employees for the Police, the Fire, Health Department, DPW because if we don't get out streets plowed, you're the first one who's going to get a phone call because your street wasn't done 10 minutes after the snow stopped.  So we have to prioritize but we have to think about the future.  You can't just do something.  That's why we put in CERF way back in the late 60's to be able to buy the equipment that we needed, especially police vehicles and fire trucks.  So I think the Board of Aldermen we can get all this feedback about spending and spending but as Alderman O'Brien said, do you want your City to grow, and be vibrant, and be the safest city, and be the best place to live down the road? Then you've got to start thinking about long-term and what are we going to do.

I've only been back for a few months but I think your decorum has been excellent.  Sometimes we want to say things that we really shouldn't' be saying.  So better to think about it rather than saying it but I respect you all.  I think you all have opinions.  You may or may not agree as I said before but you have a right to say it.  I can agree to disagree with you but we don't' make it personal because tomorrow is another day. So I appreciate it and sitting on this Committee for the first time after 10 years is very enlightening for me, so thank you.

Chairman Moran

Alderman Clemons anything?  Alright before I turn it over to Alderman O'Brien, I will just say that I think it is very pathetic to bring someone's children into any type of conversation.  Some people with calls people like that losers but I won't go as far as to say that today.  I will say that I will defend my children to the very extent possible every day.  Alderman O'Brien?

ADJOURNMENT

**MOTION BY ALDERMAN O'BRIEN TO ADJOURN**
**MOTION CARRIED**

The meeting was declared closed at 9:14 p.m.

Alderman Derek Thibeault
Committee Clerk

EXHIBIT A-9

# Planning and Economic Development Committee
## Amherst/DW Corridor Rezoning Discussion

### October 12th, 2022



Nashua
NEW HAMPSHIRE'S GATE CITY



# Presentation Overview

1. Background and Review of Process

2. Amherst Street Corridor and Introduction to Mixed Use Overlay District

3. Daniel Webster Corridor

4. Land Use Code Update

EXHIBIT A-9

# Background and Objectives

**Committee:**

- Begin a conversation about the ability to incentivize the creation of affordable housing through flexible use/dimensional zoning
- Create more permissive zoning to allow uses not currently allowed by base zoning that can complement residential uses

**Staff:**

- Support efforts of this Committee, the Mayor, and Planning Board
- Support the Committee's efforts to study a focused rezoning effort using existing regulatory toolkit
- Discuss understood and unanticipated impacts of a rezoning of the DW or Amherst Street Corridor
- Educate and advise the Committee on how these efforts may be supplemented by efforts to update the Land Use Code



Nashua
NEW HAMPSHIRE'S GATE CITY

**EXHIBIT A-9**

# Quick Refresher: The Rezoning Process

1. A rezoning request is made before the Board of Aldermen;

2. The Board of Aldermen refer the request to the Planning Board and the PEDC;

3. The Planning Board makes a recommendation to the Board of Aldermen;

4. PEDC holds a public hearing (on behalf of the BOA) on the request and makes a recommendation to the Board of Aldermen;

5. The Board of Aldermen votes on the request. The BOA must consider whether the proposed zoning amendment is consistent with the Master Plan;

6. Following an affirmative vote, the official zoning map is updated to reflect the rezoning.



Nashua
NEW HAMPSHIRE'S GATE CITY

# Imagine Nashua Vision for Amherst Street

Recommendations (*a selection*):

- Allow increased height/greater density to encourage land values that will justify redevelopment of existing income-generating uses

- Create active commercial front and improve access management

- Adjust dimensional constraints to enable new development to have a less suburban, auto-oriented character and a more walkable, active corridor character





**Nashua**
NEW HAMPSHIRE'S GATE CITY

EXHIBIT A-9



# Amherst Street Corridor Existing Conditions - Use

- Extent: Northwest Blvd. - Everett Turnpike
- Northwest Blvd. - State Street
  ○ Predominantly large retail, warehousing uses to the south
  ○ High-medium density residential to the north
- State Street - Somerset Pkwy.
  ○ Comparable, with some warehousing and low-density residential being redeveloped
- Somerset Pkwy. - Everett
  ○ Established warehousing, office, and commercial uses
  ○ High density residential to the north
- Overall: increased interest in residential development to the south of the corridor



Nashua
NEW HAMPSHIRE'S GATE CITY

# Amherst Street Corridor Existing Conditions - General

- Limited Access Right-of-Way

- Regional Transportation Corridor

  ○ High levels of congestion during peak commute and other hours- regional corridor

- Planned enhancements to bike/ped infrastructure in partnership with NHDOT

- Full capacity of water and sewer infrastructure has not been studied

- Significant wetland areas in some portions that may impact redevelopment

- Impacts of large scale re-development are not yet fully understood



Nashua
NEW HAMPSHIRE'S GATE CITY

EXHIBIT A-9

# Amherst Street Corridor Existing Conditions - Zoning



- General Business (GB)
- Highway Business (HB)
- Park Industrial (PI)
- High-Medium Density Residential (R-C, R-9)
- Overlay of Mixed Use Overlay District (MU) - Incrementally



EXHIBIT A-9




Screenshots from Imagine Nashua Land Use Chapter

# Mixed-Use Overlay District  § 190-23

- Within the context of the Amherst Street corridor, the purpose of an MU Overlay would be to allow for the development of moderate/high density multi-family residential and the commercial uses that serve such developments.

- The MU Overlay also provides the Planning Board with authority to modify dimensional, density, and other regulations of the base district.

- The current code provides some guidance on building form, streetscape design, lighting, etc., however; the guidance is written to encourage compatibility with the surrounding area

Nashua
NEW HAMPSHIRE'S GATE CITY



**EXHIBIT A-9**

Amherst Street Potential Phase I Rezoning Extent





**EXHIBIT A-9**

# Imagine Nashua Vision for Daniel Webster Corridor

*Generally speaking, this master plan still envisions a long-term rethinking of DW Highway corridor's uses with outcomes in the spirit of the visioning process for Amherst St, though with a much more tentative outlook and timeline.*

## Recommendations:

- *Create future corridor plan that envisions a different set of land use policies and considers what the ideal urban design vision is, regardless of current building stock*

- *Adjust dimensional regulations to discourage suburban, auto-oriented character and instead encourage walkability*

- *Reduce minimum parking requirements and continue to encourage shared parking to minimize additional traffic generation and encourage the use of sustainable transportation modes*





EXHIBIT A-9



# DW Corridor Existing Conditions - Zoning

- General Business (HB)
- Highway Business (HB)
- Park Industrial (PI)
- General Industrial (GI)
- High-Medium Density Residential (R-C)
- Overlay of Mixed Use Overlay District (MU)
- Transit Oriented Development (TOD)
  - Commuter Rail Connection
  - Comparable to Mixed Use Overlay



EXHIBIT A-9

# Daniel Webster Highway Non-Residential Component





EXHIBIT A-9

## MU Overlay Expansion
### In the Context of a Land Use Code Update

The vision articulated in the 2021 Master Plan forms sets the stage for a code update.

Adoption of form-based standards are recommended several times in the Master Plan.

What does form-based mean?

A form-based code is a code that fosters predictable built results and a high-quality public realm by using physical form as the organizing principle for the code.

### Coding for the Vision:
### Form-Based Regulations

- Build-to requirements
- Mixed-use
- Complete streets
- Green infrastructure
- Access management



9.6'
**Sidewalk**

Multi-tree pits under permeable pavement

19'
**Convenient Diagonal Parking or Extended Plaza**

Active commercial fronts and mixed-use development

12'
**Carriageway**

For local traffic and connected to additional parking behind buildings

11'
**Bike Path**

Bidirectional protected bike path

12'
**Planted Filter**

Bioswale with rain garden plantings and a few trees with an 8' buffer from road

11' x 3
**Road**

Transit with less interruptions

**Nashua**
NEW HAMPSHIRE'S GATE CITY



**EXHIBIT A-9**

# Sample District Page from Concord's Proposed Form-Based Code Update

- Illustrative
- Clear
- Concise

## 28-4-7. MX-OC1 [Mixed Use Opportunity Corridor 1]

### A. District



| BLOCK | Sec. 28-6-2.A |
|---|---|
| Block perimeter (max) | 1,600' |
| Block length (max) | 600' |
| **ACCESS DRIVE** | **Sec. 28-6-2.B** |
| Separation (min) | 250' |
| Distance after intersection (min) | 150' |
| Distance before intersection (min) | 250' |
| Throat depth (min) | 45' |
| **STREETSCAPE** | **Sec. 28-6-2.C** |
| Clear pedestrian zone (min) | 10' |
| Curb zone (min) | 6' |
| Tree planting type | Grates |
| Tree spacing, average (min) | 35 on-center |
| **DEVELOPMENT STANDARDS** | |
| Access | Sec. 28-9-2 |
| Parking | Sec. 28-9-3 |
| Landscape & Screening | Sec. 28-9-4 |
| Buffers | Sec. 28-9-5 |
| Signs | Sec. 28-9-6 |
| Site Lighting | Sec. 28-9-7 |
| **ALLOWED USES** | **Sec. 28-7-2** |

### B. Lot

| LOT | Sec. 28-6-3.B |
|---|---|
| Lot area (min) | n/a |
| Lot frontage (min) | 50' |
| Lot coverage (max) | 80% |
| **PARKING** | **Sec. 28-6-3.D** |
| Primary street yard | Not allowed |
| Primary street setback (min) | 10' |
| Side street setback (min) | 10' |
| Side and rear lot setback (min) | 5' |
| Driveway width in parking setback (max) | 20' |

### C. Placement

| BUILDING | Sec. 28-6-4.B |
|---|---|
| Primary street setback range (min/max) | 0'/10' |
| Primary street build-to (min) | 80% |
| Side street setback range (min/max) | 0'/10' |
| Side street build-to (min) | 60% |
| Side and rear lot setback (min) | 0' |

### D. Building

| HEIGHT | Sec. 28-6-5.B |
|---|---|
| Building height (max) | 80' |
| Building height (min) | 2 habitable stories |
| Ground story height (min) | 14' |
| **LENGTH** | **Sec. 28-6-5.E** |
| Primary street-facing building length (max) | n/a |
| **WINDOWS** | **Sec. 28-6-5.F** |
| Ground story (min) | 40% |
| Upper story (min) | 20% |
| Blank wall length (max) | 20' |
| **DOORS** | **Sec. 28-6-5.G** |
| Street-facing entrance | Required |
| Entrance spacing (max) | 100' |

# Sample Use Table Page from Concord's Proposed Code

A true form-base code does not contemplate the separation of uses.

Hybrid codes, codes that have form-based standards in key districts, also have use tables to ensure some separation of uses that would likely result in nuisance complaints.

**Nashua**
NEW HAMPSHIRE'S GATE CITY

## D. Principal Use Table

| PRINCIPAL USES / USE CATEGORY / Use Group / Use | SO | RR-WS | RR-OS, RR-T | R-10, R-75 | R-S, R-25 | R-MH | MX-T | MX-N | MX-U | MX-CB | MX-OC1 MX-OC2 | CIV | IS | CH | NI | Standards & Definitions |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **RESIDENTIAL USES** | | | | | | | | | | | | | | | | |
| **Household Living** | | | | | | | | | | | | | | | | |
| General household living in a detached unit | P | P | P | P | P | P | | | | | | | | | | |
| General household living in a detached unit, attached unit, two-unit, multi-unit dwelling) | P | - | P | P | P | P | P | P | P | P | P | - | P | P | - | 28-7-4.A.2 |
| Cluster development | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 28-7-4.A.4 |
| Manufactured housing park | - | - | - | - | - | P | - | - | - | - | - | - | - | - | - | 28-7-4.A.4 |
| **Group Living** | | | | | | | | | | | | | | | | |
| Assisted living | - | - | - | - | - | - | P | P | P | P | P | P | P | P | - | 28-7-4.B.1 |
| Nursing home | - | - | - | - | - | - | - | - | - | - | - | - | P | P | P | 28-7-4.B.2 |
| Residential social service center | - | - | - | CU | CU | CU | CU | CU | CU | - | - | - | CU | CU | - | 28-7-4.B.3 |
| Rooming house | - | - | - | CU | CU | CU | P | P | CU | - | - | - | - | - | - | 28-7-4.B.4 |
| **PUBLIC AND INSTITUTIONAL USES** | | | | | | | | | | | | | | | | |
| **Civic** | | | | | | | | | | | | | | | | |
| General civic | - | P | P | P | P | P | P | P | P | P | P | P | P | P | P | 28-7-5.A.1 |
| Club or lodge, private | - | - | CU | CU | P | P | P | P | P | P | P | P | CU | P | - | 28-7-5.A.2 |
| College, university, post-secondary school | - | - | - | - | - | - | - | - | P | P | P | P | P | P | - | 28-7-5.A.3 |
| Dormitory | SE | SE | SE | - | CU | - | P | P | P | - | - | - | - | - | - | 28-7-5.A.5 |
| Historic property used as a visitor attraction | SE | SE | SE | SE | SE | - | P | P | P | P | P | P | P | P | - | 28-7-5.A.5 |
| Place of worship | - | - | - | SE | SE | - | CU | CU | CU | - | - | P | P | P | - | 28-7-5.A.6 |
| School, elementary/secondary | - | - | - | SE | SE | - | P | P | P | - | - | P | P | P | - | 28-7-5.A.7 |
| **Parks/Open Space** | | | | | | | | | | | | | | | | |
| General parks/open space | P | P | P | P | P | P | P | P | P | P | P | P | P | P | P | 28-7-5.B.1 |
| Cemetery | - | CU | CU | CU | CU | - | - | - | - | - | - | - | CU | CU | - | 28-7-5.B.2 |
| Community center | - | - | - | SE | SE | - | CU | P | P | P | P | P | CU | P | CU | 28-7-5.B.3 |
| Environmental education or conservation | CU | CU | CU | - | - | - | - | - | - | - | - | - | - | - | - | 28-7-5.B.4 |
| Golf course | - | CU | CU | - | - | - | - | - | - | - | - | - | CU | - | - | 28-7-5.B.5 |
| Recreational facility, private outdoor, campground, youth camp | - | CU | CU | - | - | - | - | - | - | - | - | - | CU | - | - | 28-7-5.B.6 |
| **COMMERCIAL USES** | | | | | | | | | | | | | | | | |
| **Dining and Entertainment** | | | | | | | | | | | | | | | | |
| Place of public entertainment | - | - | - | - | - | - | CU | - | P | P | P | P | - | P | P | 28-7-6.A.1 |
| Restaurant | - | - | - | - | - | - | CU | - | P | P | P | P | - | P | P | 28-7-6.A.2 |

P = Permitted   SE = Special Exception (Board of Zoning Appeals)   CU = Conditional Use (Planning Board)   - = Not Permitted

EXHIBIT A-9

# Code Update Schedule, Process, and Product

## Target Schedule

| RFP Release | End of October |
| --- | --- |
| Contract Approval | March, 2023 |
| Project Kickoff | April, 2023 |
| Draft Presentation to BOA | Oct./Nov. 2024 |

## Community Engagement Process

- Interviews with stakeholders - steering committees
- Site analysis - understanding neighborhoods
- Engagement
  - Coordination with Staff
  - Aldermanic engagement and ward meetings
  - Engagement with design professionals
  - General public engagement

## Deliverables

- Land Use Code
  - Use table and regulations
  - Lot Standards
  - Building form standards
  - Parking & Access Standards
  - Landscape Standards
  - Streetscape Standards
  - Permitting Process
  - Definitions
- Zoning Map
  - Districts that are tailored to existing conditions with room for appropriate growth without the need for ZBA relief.



Nashua
NEW HAMPSHIRE'S GATE CITY