

**Steven A. Bolton**
Corporation Counsel
*BoltonS@nashuanh.gov*

**Celia K. Leonard**
Deputy Corporation Counsel
*LeonardC@nashuanh.gov*

**229 Main Street**
**P.O. Box 2019**
**Nashua, NH 03061-2019**

**CITY OF NASHUA**
OFFICE OF
CORPORATION COUNSEL

**Dorothy Clarke**
Deputy Corporation Counsel
*ClarkeD@nashuanh.gov*

**Jonathan A. Barnes**
Assistant Corporation Counsel
*BarnesJ@nashuanh.gov*

T: (603) 589-3250
F: (603) 589-3259
*Legal@nashuanh.gov*

---

March 4, 2024

Laurie Ortolano
41 Berkeley Street
Nashua, NH 03064

*Via email only to* [laurieortolano@gmail.com](mailto:laurieortolano@gmail.com)

RE:   Right-to-Know ("RTK") request dated Friday, February 23, 2024, 11:28 PM:

Dear Ms. Ortolano,

The Office of Corporation Counsel ("OCC") is in receipt of your email dated Friday, February 23, 2024, sent at 11:12 PM and received the next business day of Monday, February 26, 2024, directed to Attorney Leonard, Attorney Bolton, Mr. Perrin and Ms. Graham.  This correspondence serves as a response for all.  You requested the following:

**Request [1]**

 "I am seeking records under RSA 91-A for any memorandums or communications from the legal office or Mr. Perrin to Donna Graham to provide in the Board of Aldermen Packages that inform the Board of Right-to-Know practices, policies or procedures or an update on what is being changed or done to improve the process.

**Response to [1]**

After a reasonable search, no responsive records were located.

**Request [2]**

"I am also seeking information or links to the website for changes made to the Right-to-Know process.  I am aware of the contact emails now provided for the Boards/Committees of the City.  This is the link I am referring to:  https://www.nashuanh.gov/513/Boards-Commissions"

**Response to [2]**

RSA 91-A does not require that the City answer questions, create governmental records to respond to a document request or compile information in a form in which it is not already kept or reported by the City. RSA 91-A:4, VII.

After a reasonable search, no responsive records were located.

Further, the city's website can be accessed by the public at [Nashua, NH | Official Website (nashuanh.gov)](nashuanh.gov). Accordingly, any responsive "links" would already be publicly available to you to search and inspect.

**Request [3]**

"Please provide me with links to any other areas of the website where improvements were made and please provide me with any communications that notify the public of these improvements."

**Response to [3]**

RSA 91-A does not require that the City answer questions, create governmental records to respond to a document request or compile information in a form in which it is not already kept or reported by the City. RSA 91-A:4, VII.

After a reasonable search, no responsive records were located.

Further, the city's website can be accessed by the public at [Nashua, NH | Official Website (nashuanh.gov)](nashuanh.gov). Accordingly, any responsive "links" would already be publicly available to you to search and inspect.

With this letter, these requests are considered satisfied.

    Sincerely,

    The Office of Corporation Counsel
    By:/s/Celia K. Leonard
    Celia K. Leonard, Esq.
    Deputy Corporation Counsel


cc:    File #2024-132-OCC
       Ms. Graham
       Mr. Perrin
       Mr. Miseirvitch