# Sharon E. Mallon

| | |
|---|---|
| **From:** | Laurie Ortolano <laurieortolano@gmail.com> |
| **Sent:** | Wednesday, September 11, 2019 3:02 PM |
| **To:** | Leonard, Celia; Bolton, Steve; Robert Fojo |
| **Subject:** | Clarification of the Legal Office Function |

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

Celia,

Thank you for taking the time today to explain the function of the legal office in addressing my concerns. You made very clear that legal is only there to address specific document requests and I should not bring any other information of concerns regarding the City to the attention of the legal office.

It is a bit confusing as as citizen to understand what role the office plays with the public. Manuela has been documenting my visits to the office that were specific to requests so that created a bit of confusion for me. Additionally, at the start of this entire event, almost a year ago, my visit conversations about my concerns with the assessing department was with Steve Bolton, head counsel. Steve did not made it clear that I should not have addressed him on any matters regarding assessing unless that were for specific documentation requests.

Your role and my role has been clarified.

Thank you,
Laurie