# Sharon E. Mallon

| | |
|---|---|
| **From:** | Laurie Ortolano <laurieortolano@gmail.com> |
| **Sent:** | Wednesday, January 20, 2021 1:43 PM |
| **To:** | Vincent, Richard |
| **Subject:** | Re: 2 signed Abatement Applications - ▮▮▮▮▮ |

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

Thank you

On Wed, Jan 20, 2021 at 11:03 AM Vincent, Richard <vincentr@nashuanh.gov> wrote:

> Laurie,
>
> Thank you for the information. I will look into the date stamps and get those to you.
>
> I will look into the ▮▮▮▮▮ properties. As for ▮▮▮▮▮, we have the owner as;
>
> ▮▮▮▮▮
>
> ▮▮▮▮▮
>
> ▮▮▮▮▮
>
> ▮▮▮▮▮
>
> We list the owners according to deeds recorded at the Registry of Deeds. I will verify ownership at the Registry of Deeds.
>
> Thank you,
>
> Rick Vincent

1

**From:** Laurie Ortolano <laurieortolano@gmail.com>
**Sent:** Wednesday, January 20, 2021 10:42 AM
**To:** AssessHelp <AssessHelp@nashuanh.gov>; Vincent, Richard <vincentr@nashuanh.gov>
**Subject:** Re: 2 signed Abatement Applications -

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

Rick,

I still do not have the stamped time dated receipt.

Laurie

On Sun, Jan 17, 2021 at 7:20 PM Laurie Ortolano <laurieortolano@gmail.com> wrote:

> Mr. Vincent,
>
> Attached are two abatement applications for ██████████████. I have specified that the date time stamped cover page be emailed back as proof of receipt. These are signed by the property owners and I am serving as their representative. These properties are owned by senior citizens who needed some assistance.
>
> Please read the attachment to the application as the support evidence. A lady posted on Facebook from this neighborhood that she filed an abatement last year, but the City lost the application and by the time she realized it, the deadline was long gone. ████████████████████████
> ████
>
> This is a unique development with leased land and mobile homes. The raised ranches are on foundations. There are 10 raised ranches in the development that need correcting. They were all raised too high by KRT. I worked with all the property owners to get abatements filed, but I think you might want to look at this group for 2021. Two properties that are rented. ████████████████
> ████████████████████████████████████████████████ The ownership data in the assessing database is incorrect. ████████████████████████████.

I wrote that the last sale of a raised ranch in the development, ███████████████████████████████████, right before the data capture for 2018 statistical update. That property which was nicely renovated sold for ███████. However, the last sale was actually ████████████████████████████████████████████████████████████████. I do not understand how Gary produced the assessment on this property. Can you look into this file. ████████████████████████████████████████████████████████████████████ because it is in need of updating. Gary reduced the assessment to ████████ upon visiting. That is very high. Then when the property owner completes renovating, the property is increased to ████████. So with a good estimate for the 2020 ratio at 80%, the market value of this property is $████████. That is outrageous. And the property owners pay almost $████ a year for land lease costs.

Mike Mandile corrected and lowered two of these properties in 2019 and I don't think they filed abatements. ████████████████ were corrected by Mike. If they were corrected without abatements, these others should be corrected. I can't verify this because the office is closed and I don't have to submit another right-to-know.

I provided all 10 properties with the same justification document to reduce the assessments. They are literally cookie cutter homes. ████████████████████████████████. I am sure that you will see quite a few of these abatements with the same paperwork.

The property at ██████████████████████████████████████████████████████████████████ I set the assessment level for all these homes at around $████████. But that is too high for this home. Probably should come in at $████████.

Please take a close look at this group of properties. Every penny is important to these people and they should pay their fair share but nothing more. I wanted you to know,the Chief Marino went into this development and did some work to better equalize the values. I don't know when he actually did the reset.

Also, there is a new development by ██████████████████████████████████████. The 2020 ratio for many of these properties is at 95% and this very high. These should be corrected before Vision hits them again. I am going to address property owners in this development to correct their assessment for 2019.

Thank you,

**EXHIBIT B-2**

Laurie