**EXHIBIT C**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>Plaintiff,<br><br>v.<br><br>The City of Nashua, *et al.*,<br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:22-cv-00326-LM<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF MINDY LLOYD

Mindy Lloyd hereby deposes and says:

1. I am a legal assistant in the Office of Corporation Counsel for the City of Nashua.

2. Plaintiff did not have an appointment with anyone in the Legal Department on January 22, 2021.

3. I told the Plaintiff she could not enter the office without an appointment.

4. Instead of leaving, Plaintiff forcibly entered the locked Legal Department, and forced her way past me into the locked office area.

5. Attorney Neumann came out of the conference room to assist me.

6. Attorney Neumann told Plaintiff repeatedly that she needed to leave immediately and that she was trespassing.

7. Plaintiff sat down on the floor, first in the doorway of Attorney Leonard's office, and then moved to sit on the floor near the main entrance door.

8. I called the Risk Assessment office, who advised me and Attorney Neumann to call the Nashua Police Department.

9. Attorneys Leonard and Neumann, and myself were the victims of Plaintiff's criminal trespass.

Date: March 28, 2024

_____
Mindy Lloyd

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Subscribed and sworn to before me by Mindy Lloyd, this 28 day of March, 2024.

_____
Notary Public/ Justice of the Peace
Print Name:
My Commission Expires:

*[Notary Seal: MANUELA PERRY, STATE OF NEW HAMPSHIRE, NOTARY PUBLIC, MY COMMISSION EXPIRES MARCH 9, 2027]*