AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| Laurie Ortolano | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-00326-LM |
| City of Nashua, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants, City of Nashua, Michael Carignan and Frank Lombardi.

Date: 04/22/2024

/s/ Jonathan M. Shirley
*Attorney's signature*

Jonathan M. Shirley, Bar No. 16494
*Printed name and bar number*

37 Technology Way, Suite 3W2
Nashua, NH  03060

*Address*

jshirley@cullencollimore.com
*E-mail address*

(603) 881-5500
*Telephone number*

(603) 881-5507
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that this Appearance was served on the following persons on this date and in the manner specified herein:

Electronically Served Through ECF:

All Counsel of Record.

Conventionally Served:

| 04/22/2024 | /s/ Jonathan M. Shirley |
|---|---|
| Date | Signature |