### UNITED STATES DISTRICT COURT FOR
### THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,**<br>　　　　　　**Plaintiff**<br><br>v.<br><br>**The City of Nashua, et al.,**<br>　　　　　　**Defendants** | )<br>)<br>)<br>)<br>) Civil Action No. 22-cv-00326-LM<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF'S OBJECTION TO DEFENDANTS BOLTON AND LEONARD'S MOTION FOR SUMMARY JUDGMENT

#### OBJECTION

The plaintiff, Laurie Ortolano, hereby objects to Defendants Bolton and Leonard's Motion for Summary Judgment.

The plaintiff is simultaneously filing a Memorandum of Law in Support of the plaintiff's Objection to the Motion for Summary Judgment and two affidavits with exhibits.

#### REQUEST FOR HEARING

The plaintiff hereby requests that the Court conduct a hearing on the defendants' Motion for Summary Judgment, a dispositive motion. In support of the request for a hearing the plaintiff states that the action is involves complex legal issues and many facts; argument would aid the Court in considering the facts and issues.

Dated: May 1, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Laurie Ortolano, Plaintiff
　　　　　　　　　　　　　　　　　　　　By her Attorneys,

　　　　　　　　　　　　　　　　　　　　Olson & Olson, P.A.

　　　　　　　　　　　　　　　　　　　　*/s/* Kurt S. Olson
　　　　　　　　　　　　　　　　　　　　Kurt S. Olson
　　　　　　　　　　　　　　　　　　　　Bar ID No. 12518
　　　　　　　　　　　　　　　　　　　　31 Franklin Rd.
　　　　　　　　　　　　　　　　　　　　Salisbury, NH 03268
　　　　　　　　　　　　　　　　　　　　603-748-1960
　　　　　　　　　　　　　　　　　　　　kolson@mslaw.edu

## CERTIFICATE OF SERVICE

    I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

| | |
|---|---|
| Dated: May 1, 2024 | /s/ Kurt S. Olson<br>Kurt S. Olson<br>31 Franklin Rd.<br>Salisbury, NH 03268<br>603-748-1960<br>kolson@mslaw.edu |