# Exhibit A-2

**Assessing Staff Meeting**

**Monday, April 1, 2019**

1. Public vs Non-Public

    Staff Meetings – if a member of public has questions – John or I will answer

    Instructions for Board of Assessors

2. Policies – Create a Form -  Request for multiple documents will be answered within 5 days.

    Name, address,   phone number, documents requested and cost. Make copy for taxpayer.

    Tax  Rep  for abatements -  Ask & document, ask their preference of contact

3. Correspondence and Citizen Requests – going forward Mike, Gary and Greg will not speak with Ms. Ortolano. Please write down any questions and they will be answered in writing.

    Please create a call log – date, item requested, information needed etc.

4. NEREN Agreements

    All memberships should be brought to John or I.  Are there any other?

5. Website – Recreate – more citizen friendly, easier to understand

6. Staff Feedback and Concerns

    Talking within the office

7. Space – need to redesign the office – no more citizens in the hall.

KLEINER 000010

# Assessing Staff Meeting
# Monday, April 8, 2019

1. Board of Assessors Meetings

    Rules/Bylaws

2. Policies – Review the form Cheryl made -  Request for multiple documents will be answered within 5 days.

    Online versions??????   How are these being handled now???

3. Tax  Rep  for abatements -  Ask & document, ask their preference of contact – Meetings should be with both parties at the same time.

3. Correspondence and Citizen Requests – going forward Mike, Gary and Greg will not speak with residents with large multiple requests on properties not owned by the individual.  Please write down any questions and they will be answered in writing.

    What has been the reaction ???   Concerns????

4.  Updates on metrics –

    Upcoming time off / Education Scheduled etc.

5. Website – Update  – more citizen friendly, easier to understand

    Kim's meeting with Bruce,

6.  Staff Feedback and Concerns

Wednesday, September 11, 2019

Approx. 12:50 pm

Ms. Ortolano enters the Administrative Services Division office.  She informs Karina she needs to speak with me.  I am in my office with Dan Kooken, and Louise Brown.  I move into the doorway by Karina's desk.  Ms. Ortolano informs me that she has been to assessing and spoken to Amanda Mazerolle.  Amanda is refusing to give her a document or speak with her and is telling her to go to legal.  She then informs me she needs a document off Cheryl Walley's desk, in a stack on the right hand side of the desk.  She claims "Ms. Brown had a meeting with administrative staff in May, informing them to direct Ms. Ortolano's questions to her".  She then claims we are violating her rights.  I inform her that legal is on the 3rd floor.  She says "good" she doesn't want me to respond.  She then says "you better not be terminating Cheryl Walley for this".  I said I would not discuss personnel matters with her and legal is on the 3rd floor. She left still mumbling and I returned to my meeting.

At this point Louise Brown returns to the assessing office to check on Amanda.  Shortly after Lynn Cameron, returns from lunch and comes up to my office.  Lynn is visibly shaken and quite upset.  She claims Ms. Ortolano was waiting for her and approached her outside while returning from lunch.  (Note: Lynn has walking from the garage toward a side door commonly used by staff).  Lynn tells me she was caught off guard and didn't expect a resident would be questioning her outside the office about work related matters.  Lynn stayed for a few minutes to calm down and collect herself, then returned to assessing.

Kim Kleiner

3/29/2019

PER LOUISE,

ASSESSORS WILL NOT BE COMING OUT TO SPEAK TO LAURIE ORTOLANO ANYMORE. IF SHE HAS QUESTIONS FOR THEM, SHE WILL NEED TO WRITE THEM DOWN. THE ADMIN STAFF HELPING HER WILL NEED TO READ THE QUESTINOS AND MAKE SURE IT IS CLEAR WHAT INFORMATION SHE WANTS.

ASSESSORS WILL TALK WITH KIM & JOHN AND KIM AND JOHN WILL RESPOND TO HER.