For Date: 01/22/2021 - Friday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 21 J9 | 0925 | Phone - UNDESIRABLE | LEFT UPON REQUEST | 2 | |

```
       Call Taker:  AUTLIN - FRENCH, LINNEA
       Primary Id:  ROATIM - ROACH, TIMOTHY
    Call Closed By: CROKYL - CROSSON, KYLE 01/22/2021 1003
  Call Modified By: ROATIM - ROACH, TIMOTHY
  Location/Address: [NAS 764] CITY HALL - 229 MAIN ST Apt. #3RD F
   Party Entered By: 01/22/2021 0928 AUTLIN - FRENCH, LINNEA
    Involved Party: LLOYD, MINDY M @                          603-320-4968
                   DOB: 02/26/1989  Race: W  Sex: F
   Party Entered By: 01/22/2021 0957 ROATIM - ROACH, TIMOTHY
    Involved Party: LEONARD, CELIA @
                   DOB: 00/00/0000  Race: W  Sex: F
   Party Entered By: 01/22/2021 0958 ROATIM - ROACH, TIMOTHY
       Modified By: 01/22/2021 1030 COLJOH - COLANGELO, JOHN
    Involved Party: ORTOLANO, LAURIE A @ 41 BERKELEY ST - NASHUA, NH 03060 603-930-2853
                   SSN: 000316204  DOB: 07/12/1962  Race: W  Sex: F
               ID: LEEDEN - LEE, DENNIS
                   Disp-09:28:03 Enrt-09:29:28                   Clrd-09:34:18
    Dispatched By: CROKYL - CROSSON, KYLE
       Enroute By: CROKYL - CROSSON, KYLE
       Cleared By: CROKYL - CROSSON, KYLE
               ID: YEOMIC - YEOMELAKIS, MICHAEL
                   Disp-09:28:03 Enrt-09:29:28 Arvd-09:45:17 Clrd-10:03:37
    Dispatched By: CROKYL - CROSSON, KYLE
       Enroute By: CROKYL - CROSSON, KYLE
        Arrived By: CROKYL - CROSSON, KYLE
       Cleared By: CROKYL - CROSSON, KYLE
               ID: KARAND - KARLIS, ANDREW
                   Disp-09:29:20 Enrt-09:29:28                   Clrd-09:34:13
    Dispatched By: CROKYL - CROSSON, KYLE
       Enroute By: CROKYL - CROSSON, KYLE
       Cleared By: CROKYL - CROSSON, KYLE
               ID: CARCHR - CARON, CHRISTOPHER
                   Disp-09:29:25 Enrt-09:29:28 Arvd-09:33:51 Clrd-09:54:20
    Dispatched By: CROKYL - CROSSON, KYLE
       Enroute By: CROKYL - CROSSON, KYLE
        Arrived By: CROKYL - CROSSON, KYLE
       Cleared By: CROKYL - CROSSON, KYLE
               ID: ROATIM - ROACH, TIMOTHY
                   Disp-09:29:40 Enrt-09:29:43 Arvd-09:30:34 Clrd-10:03:37
    Dispatched By: CROKYL - CROSSON, KYLE
       Enroute By: CROKYL - CROSSON, KYLE
        Arrived By: CROKYL - CROSSON, KYLE
       Cleared By: CROKYL - CROSSON, KYLE
        Narrative: 01/22/2021 0926 FRENCH, LINNEA
       Modified By: 01/22/2021 0928 FRENCH, LINNEA
```

3rd floor next to auditorium, requesting Police for a woman that forced her way into their office and will not leave

Narrative: **01/22/2021 0928 FRENCH, LINNEA**
Lori Ordolano, purple winter coat, grey backpack- She wants to review documents. she has a lawsuit against the city and was told to speak with an attorney but they are appointment only. She refuses to leave

Narrative: **01/22/2021 0929 FRENCH, LINNEA**
woman is sitting in front of the door to their office now. they feel threatened by her presence, no weapons visible

Narrative: **01/22/2021 0957 ROACH, TIMOTHY**
Modified By: **01/22/2021 1020 ROACH, TIMOTHY**
Laurie was sat down in an upstairs corridor area of City Hall. Was not causing a scene on arrival and appeared calm. She was upset as reported she has been trying to get appointment and paperwork stamped by city hall and they continue to not assist her. Reports this has been going on

for months. She apparently assists people in property tax abatement/reductions and needed papers stamped.

Spoke with Celia from City Hall who is Deputy Corporation Counsel for city? She said this is ongoing issue with Laurie and that personnel from NPD are aware. No allegations of any threats made but stated that Celia needed to leave now. Wanted her trespassed but allowed at City Hall if she has an approved appointment. Reported the City have had a lot of contact with Laurie via email and that there are pending lawsuits with the City.

Lauries was asked to leave. She left willingly but stressed her frustration indicating that the City do not communicate with her or assist her. She was informed she is being trespassed for one year and is not allowed at City Hall unless with an appointment. She was advised that she could face arrest from Criminal Trespass if she attends City Hall without an appointment. She understood.

No offences alleged or apparent

Refer To Incident:    21-4609-OF

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

THE STATE OF NEW HAMPSHIRE
NINTH CIRCUIT NASHUA DISTRICT DIVISION COURT

HILLSBOROUGH, SS                                            February 18, 2021

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT FOR: LAURIE ORTOLANO DATE OF BIRTH 07/12/1962

I, Officer Timothy Roach, do swear and affirm that I am a Police Officer with the Nashua Police Department. I am currently assigned to the Uniformed Field Operations Bureau with the Nashua Police Department. I am a graduate of the 152nd New Hampshire Police Standard and Trainings Academy. I have been a full time Police Officer for the City of Nashua since April 2010. I have been previously employed as a Police Officer in the United Kingdom for 6 years.

Set forth below, the factual basis for the issuance of this warrant is based upon information obtained from my personal knowledge, observations and beliefs, information obtained and provided to me.

1. On Friday January 22, 2021 I responded to the third floor of City Hall located at 229 Main Street, Nashua NH in reference to a report of a female that had forced her way into the offices on the third floor and was refusing to leave. Call notes included information that the female was Laurie Ortolano wearing a purple coat and was attempting to have documents reviewed. Ms. Ortolano was sitting down in front of a door to offices and refusing to leave.

2. On arrival at the location I was directed to an office area not openly accessible by the general public. It was there where I observed a female identified as Laurie Ortolano DOB 07/12/1962 sitting on the floor. Ms. Ortolano was not causing a disturbance on my arrival and appeared calm and explained her presence at the location. Ms. Ortolano had noticed what she reported as discrepancies in taxes that residents are charged and she was looking to have abatement paperwork stamped by the City to take care of these discrepancies. Ms. Ortolano furthered that she has been trying to resolve these issues for months but unfortunately had been unable to as the City employees refuse to see her, take appointments or respond to her communications.

3. I spoke with Attorney Celia Leonard DOB 07/01/1961 who is Deputy Corporation Counsel for the City. Attorney Leonard said that this was an ongoing issue with Ms. Ortolano that has been going on for an extended period of time. Attorney Leonard said that members of the Nashua Police Department were aware of the issues revolving around Ms.

02/24/2021                                    PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

needed to leave and was trespassing several times. She did not leave. Attorney Leonard confirmed Ms. Ortolano did not have an appointment with her or anyone within her office. Attorney Leonard advised that she did wish to prosecute in this matter.

9. On February 3rd, 2021 at approximately 13:45 hours I met with Diane Veino from City Hall (Program Supervisor Risk Management). Ms. Veino provided me with a disc containing video footage from the incident (no audio). Same video surveillance showed Ms. Ortolano on the property of City Hall.

10. On Tuesday February 9, 2021 at approximately 10:00 hours I made contact with Laurie Ortolano at 41 Berkeley Street, Nashua NH. I asked if I could speak with her reference the incident on January 22nd, 2021. Ms. Ortolano said that she didn't want to talk and directed me to talk with her Attorney Rick Lehmann.

11. On Friday February 12, 2021 at approximately 09:00 hours I spoke with Attorney Lehmann of Lehmann, Major & List PLLC. Attorney Lehmann informed me that he had advised his client not to comment on the incident.

12. Based on the foregoing and this affiants own personal knowledge and belief, I believe sufficient probable cause exists for the issuance of an arrest warrant and complaint for Laurie Ortolano Date of Birth 07/12/1962 of 41 Berkeley Street, Nashua NH 03060 with one count of Criminal Trespass, Class A Misdemeanor, contrary to New Hampshire Revised Statue Annotated, 635:2 III (2)

Officer Timothy Roach
Nashua Police Department

Electronically appeared the above-named, Officer Timothy Roach, and took oath that the factual allegations contained in the above affidavit are true to the best of his knowledge and beliefs.

TRACY L. MEYER
Justice of the Peace - New Hampshire
My Commission Expires November 18, 2025

Date: 2/18/21                                    Tracy L Meyer
                                                 Justice of the peace

I have personally examined the affidavit. Based upon such information, I conclude that there is sufficient probable cause for the issuance of the arrest warrant sought. Therefore, the arrest warrant is issued.

Date: 2/18/21                                                          Justice

02/24/2021                    PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE


Incident #: 21-4609-OF
Call #: 21-4609

```
Date/Time Reported: 01/22/2021 0925
 Report Date/Time: 02/01/2021 1010
 Occurred Between: 01/22/2021 0925-01/22/2021 0957
           Status: Incident Closed By Arrest

Reporting Officer: MASTER PATROLMAN TIMOTHY ROACH
Approving Officer: SERGEANT CHRISTOPHER CARON

        Signature: _____
 Additional Cases: 21-10467-AR


        Signature: _____
```



| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | ORTOLANO, LAURIE A<br>41 BERKELEY ST<br>NASHUA NH 03060 | F | W | 58 | NOT AVAIL | 603-930-2853 |

```
Military Active Duty: N
              BODY: NOT AVAIL.         COMPLEXION: NOT AVAIL.
               DOB: 07/12/1962      PLACE OF BIRTH: NOT AVAIL.
    LICENSE NUMBER: NH 07OOL62121        ETHNICITY: NOT HISPANIC
```

_____[CONTACT INFORMATION]_____

```
         CallBack Number    (Primary)    603-930-2853
         CallBack Number                 603-595-4315
```

_____[APPEARANCE]_____

GLASSES WORN: NO

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|
| | LOCATION TYPE: Government/Public Building  Zone: Sector 4<br>CITY HALL<br>229 MAIN ST Apt. #3RD F<br>NASHUA NH 03060 | | | |
| 1 | Criminal Trespass<br>635   2<br>OCCURRED: 01/22/2021   0925 | N<br>A | Misdemeanor | A |

On January 22, 2021 shortly after 09:30 hrs I responded to Nashua City Hall at 229 Main Street in reference to a report of a female that had forced her way into a third floor office and was refusing to leave. Call notes included information that the female was Laurie ORTOLANO wearing a purple coat and was attempting to have documents reviewed. The female was sitting down in front of a door to offices and refusing to leave. I had no prior knowledge of who ORTOLANO was.

On arrival at the location along with Sgt. Caron and other Officers I was directed to an office area on the third floor not openly accessible by the general public. It was there where I was led to a small corridor area where I observed a female who I now know to be Laurie ORTOLANO DOB 07/12/1962 sat on the floor. The female was not causing a disturbance on my arrival and appeared calm. I asked ORTOLANO to stand and explain to me what the problem was and why she was present at City Hall. ORTOLANO who presented her driving license as a form of identification went on to explain that she files abatement paperwork on behalf of City residents. ORTOLANO has noticed what she reported as discrepancies in taxes that residents are charged and she was looking to have abatement paperwork stamped by the City to take care of these discrepancies. ORTOLANO furthered that she has been trying to resolve these issues for months but unfortunately has been unable to as the City refuse to see her, take appointments or respond to her communications. ORTOLANO said that she is upset by this which was why she had come here today. ORTOLANO states she has no recourse and there is nobody to help her or hold the City accountable for their actions.

I spoke with Celia Leonard who is Deputy Corporation Counsel for the City. I asked Celia to clarify what the issue w. Celia said that this was an ongoing issue with ORTOLANO that has been going on for an extended period of time. Celia indicated that members of the Nashua Police Department were aware of the issues revolving around Celia and that ORTOLANO just needed to leave.

I returned and spoke with ORTOLANO and informed her that it was requested that she leave City Hall. ORTOLANO was receptive and left the 3rd floor without incident. Prior to leaving the building fully Sgt. Caron had confirmed with Celia that ORTOLANO was to be trespassed from City Hall and only allowed in the building with an approved appointment. This information was relayed to ORTOLANO. She understood that she faced arrest for Criminal Trespass if present without an appointment. ORTOLANO did express her frustration with this and also commented that she would probably be arrested as she would be back. ORTOLANO exited the building and in the rear parking lot was again reminded of the trespass order.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Monday February 1st at approximately 09:40 hrs I attended City Hall at 229 Main Street. I spoke with Mindy Lloyd. I scheduled appointments to speak with the three city employees that had been present during the incident involving Laurie ORTOLANO. These employees were Celia Leonard, Jesse Neumann and Mindy Lloyd.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Wednesday February 3rd, 2021 at approximately 13:00 hours I attended City Hall at 229 Main Street to speak with the three witnesses from this incident.

## MINDY LLOYD

Mindy Lloyd is employed as a legal assistant for the City of Nashua. She has held this position for approximately 3 ½ years. Ms. Lloyd reported that shortly after 09:00 hours on Friday January 22nd 2021 she heard a knock at the side door of the offices of the Legal Department where she works on the Third floor. Ms. Lloyd partially opened the door and recognized the female stood before her as Laurie ORTOLANO. Ms. Lloyd has met ORTOLANO before through her dealings with City Hall. Ms. Lloyd asked ORTOLANO if she had an appointment. ORTOLANO replied that she did not. She advised ORTOLANO she would need one to speak with someone from the office and that nobody was available at this time. ORTOLANO was trying to peek around the partially open door. ORTOLANO then said words to the effect of "I'm coming in" and pushed open the door that Mindy was holding. Ms. Lloyd stepped out of the way to avoid physical contact. ORTOLANO entered the main office area. Ms. Lloyd told her that she could not be here and had to leave. Ms. Lloyd said that she repeated this at least two times.

Ms. Lloyd said that Jesse Neumann (Attorney) was present in the conference room which he is using as his office. Attorney Neumann came to the threshold of the doorway. Attorney Neumann told Ms. Lloyd to call the Risk Management Department. She did same and explained the situation to them. She was advised to call the police. Ms. Lloyd was not fully aware of the conversation that Attorney Neumann had with ORTOLANO but indicated that while on the phone Attorney Celia Leonard arrived in the office. Ms. Lloyd indicated that she heard Attorney Leonard tell ORTOLANO that she had to leave and was trespassing. Ms. Lloyd heard ORTOLANO reply that she wasn't leaving until she could talk to someone or the police made her leave.

Ms. Lloyd confirmed that the office is not open to the general public without invite or appointment. Ms. Lloyd confirmed that ORTOLANO did not have an appointment to be here at this time. Ms. Lloyd also pointed out that it says on the door to the Legal Department "By Appointment Only". It should be noted that I did observe on the entrance to the Legal Department signage which read;

313

LEGAL DEPARTMENT

BY APPOINTMENT ONLY

589-3250

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

would not leave until she had answers and sat down until police arrived. The email will be attached to this case and submitted to records for case inclusion. Attorney Neumann confirmed that he did wish to pursue charges against ORTOLANO for Criminal Trespass.

### CELIA LEONARD

I spoke with Attorney Celia Leonard who provided me with a typed statement she had written after the event. Same was submitted to records for case inclusion and uploaded to this report.

Attorney Leonard is Deputy Corporation Counsel for the City of Nashua and had worked with the city for the last 8 years. Attorney Leonard has had dealings with ORTOLANO in a professional capacity since 2018 and has met her in person at Alderman Meetings, Assessor Meetings and has received 100's of emails from her reference 'Right to Know' requests and abatement filings. Attorney Leonard indicated there is a history between ORTOLANO and the City of Nashua and current legal actions pending at court.

Attorney Leonard indicated that on January 22nd 2021 she was made aware by Risk Management that ORTOLANO was in her offices on the third floor. At approximately 09:25 hours Attorney Leonard went to her offices and saw ORTOLANO sat leaning against a wall outside her office in the main hallway of the Legal Department. She told ORTOLANO that she needed to leave and was trespassing. Attorney Leonard said that ORTOLANO stood then moved to sit down again leaning against a wall by the main door. ORTOLANO had told Attorney Leonard that she was not leaving and wanted answers. Attorney Leonard said that ORTOLANO was told several times that she would have to leave but did not. Attorney Leonard told ORTOLANO that her behavior was threatening and hostile. ORTOLANO replied "you poor baby". Attorney Leonard advised that she took 2 photographs of ORTOLANO sitting on the ground that she emailed to myself. Same will be submitted to this report.

Attorney Leonard was concerned with the behavior exhibited by ORTOLANO. She indicated that ORTOLANO had been to the office before and left when asked to without incident. This time was different. ORTOLANO did not have an appointment with her or anyone within her office. Attorney Leonard described ORTOLANOs behavior as erratic and her refusal to leave despite multiple requests was hostile and threatening. This in conjunction with recent violent actions against government employees and ORTOLANOs vocal criticism of City Staff and herself at public meetings and emails was concerning. Attorney Leonard also advised that the Legal Department don't stamp assessor documentation in that office which she believes ORTOLANO is fully aware of. Attorney Leonard confirmed to me that she does wish to pursue charges against ORTOLANO for Criminal Trespassing as ORTOLANO had refused to leave multiple times when asked by herself, Attorney Neumann and Ms. Lloyd.

### DIANE VEINO

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Sunday February 7, 2021 at approximately 06:30 hours I submitted the statements from Attorney Neumann and Leonard and the photographs taken by Attorney Leonard on her phone to records for case inclusion. The same was done with the copy of the email provided by Attorney Neumann. The documents were also scanned and added to this report.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Tuesday February 9, 2021 at approximately 10:00 hours I made contact with Laurie Ortolano at 41 Berkeley Street. I asked if I could speak with her reference the incident on January 22. Laurie said that she didnt want to talk and directed me to talk with her Attorney Rick Lehmann (603 731 5435).

I called the number provided to speak with Attorney Lehmann at 1400 hours. He was unable to talk at that time.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Thursday February 18th, 2021 at approximately 09:47 hours I completed an arrest warrant and affidavit for Laurie Ortolano for the offense of Criminal Trespass. I signed the paperwork and emailed same to the 9th Circuit District Court Nashua Division for review by a Judge.

I received same documentation back at approximately 11:18 hours from the District Court. The warrant had been authorized by Judge Leary of the 9th Circuit District Court Nashua Division. These emails have been attached to this report.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

On Thursday February 18th 2021 at 13:55 hours Officer Santiago arrested Laurie Ortolano on the Criminal Trespass warrant after her arrival at the Nashua Police Department (see arrest report 21-10467-AR). I completed the Criminal Trespass complaint.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

Neumann, Jesse

| | |
|---|---|
| From: | Laurie Ortolano <laurieortolano@gmail.com> |
| Sent: | Friday, January 22, 2021 3:57 PM |
| To: | Board of Aldermen |
| Cc: | Board of Assessors; Mayor's Office Email; Legal Dept; Graham, Donna; Vincent, Richard |
| Subject: | Attorney Leonard should be Fired |

**CAUTION:** This email came from outside of the organization. Do not click links/open attachments if source is unknown.

## Donna,
## Could you please make this part of the Board of Alderman packet.

## Attorney Leonard should be fired.

I had a depressing experience today when I went to City Hall to try to see if I could get some abatement applications stamped for receipt of records. I am representing a few property owners on their abatements. I know the assessing office is still under construction, but Ms. Kleiner's office has been open and assessing staff have been working there. I emailed these applications in on Sunday for the time/date stamp, but no one responded. I called the assessing office twice a week; no one responded. There is a young woman stationed in the hallway of City Hall down from the finance office, who asks where you are going and what you need. I told her I wanted to see if I could get abatement applications stamped at Ms. Kleiner's office. She welcomed me along and did not ask if I had an appointment.

Ms. Kleiner's office was locked and closed. I headed to the Mayor's office to see if someone could tell me where some assessing people have been moved to. The Mayor's office was locked and all lights were off. I headed to the third floor to the legal office to see if the new RTK coordinator could help me with the abatement issue. I have been trying to communicate with him by email and calling to see if he would meet with me to discuss abatement applications and the process. In three weeks, he had not responded to emails or phone calls.

I knocked on the door and a young woman answered and I asked if Attorney Neumann was in. She would not answer and said I needed an appointment. I told her I have tried to get one, but he will not respond. I walked through the door and entered the office to see if he was there. After looking around, he came out of the back corner of the conference room. He said I was trespassing and had to leave the office. I explained that I was just looking for help on filing abatements and reviewing applications. He repeatedly said I was breaking the law and trespassing. I said I would not leave until I had some answers.

1

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

was never on my bucket list to be arrested, but I refuse to allow the City to tell me I am trespassing when I enter City Hall. A pox to Attorney Neumann and Attorney Celia Leonard and all those city leaders who violate our rights.

I contacted Kim Houghton of the UL and she wrote to all City Departments to find out what was going on. No one in City Hall responded to her, but the Police have now told her that I will not be charged with trespassing. There will be no criminal investigation. I will not be given a trespassing order. I am not banned from City Hall for 1 year. I just need to make an appointment as that is how City Hall is operating. That is not totally true. The website does not say that for all departments. I am thankful that the police did not follow Attorney Neumann and Attorney Leonard's orders.

Laurie

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

arrived at the office. They spoke with Ms. Ortolano for several minutes while she remained on the floor. At approximately 9:35am the police escorted Ms. Ortolano out of the office.

*Celia M. Leonard*  1/20/2021

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

15. Approx. 928am Celia Leonard informed Laurie Ortolano that her actions were hostile and that she found her presence threatening. Ms. Ortolano responded with "Oh you poor baby"

16. Eventually the police arrived and entered the office.

17. They spoke with Ms. Ortolano for several minutes while she remained on the floor.

18. Approx. 940am Police escorted Ms. Ortolano out of the office.

*drafted January 22, 2021*

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

```
           Arrest #: 21-10467-AR
             Call #: 21-10467
          Warrant #: 21-51-WA
         Incident #: 21-4609-OF
```

| # | DEFENDANT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|

_____[RIGHTS/BOOKING CHECKS]_____

```
              PHONE USED: N
        ARRESTEE SECURED: Y  02/18/2021  1400
        ARRESTEE CELL #: AF5

            FINGERPRINTED: Y
             PHOTOGRAPHED: Y
                   VIDEO: ADULT
           SUICIDE CHECK: Performed
                 PERSONS: State&Federal
               WANTED BY: NASHUA POLICE DEPT FOR CRIMINAL TRESPASS
      NCIC VEHICLE CHECK: Not Performed
        INJURY OR ILLNESS: N
```

| # | OFFENSE(S) | ATTEMPTED | TYPE | CLASS |
|---|---|---|---|---|

```
LOCATION TYPE: Government/Public Building    Zone: Sector 4
CITY HALL
229 MAIN ST Apt. #3RD F
NASHUA NH 03060

1  Criminal Trespass                           N         Misdemeanor  A
                    635     2                      A
          SIN: 00646002100010467001
   Smart Code: 6352..MA01333
     OCCURRED: 01/22/2021   0925
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | CASTRO, JASMINE | WITNESS | F | W | 23 | NOT AVAIL | 603-260-9830 |
|  | DOB: 01/03/1998 |  |  |  |  |  |  |
|  | EMPLOYER: |  |  |  |  |  |  |
| 2 | LLOYD, MINDY M | WITNESS | F | W | 31 |  | 603-320-4968 |
|  | DOB: 02/26/1989 |  |  |  |  |  |  |
|  | EMPLOYER: |  |  |  |  |  |  |
| 3 | NEUMANN, JESSE | WITNESS | M | W | 35 | NOT AVAIL |  |
|  | DOB: 06/02/1985 |  |  |  |  |  |  |
|  | EMPLOYER: |  |  |  |  |  |  |
| 4 | LEONARD, CELIA | WITNESS | F | W | 48 | NOT AVAIL |  |
|  | DOB: 01/12/1973 |  |  |  |  |  |  |
|  | EMPLOYER: |  |  |  |  |  |  |

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

02/18/2021 1335hrs.

On the above listed date and time, I responded to the front lobby of NPD for a person turning herself in on a warrant out of NPD. Upon arrival I met with Laurie Ortolano, 07/12/62 who I had already identified. Laurie had a warrant for Criminal Trespass which I confirmed with records. I asked Laurie if she had any weapons and she advised no while showing me her pockets and purse. I then advised her that she was under arrest. I then brought her to the hallway away from people in the lobby and she then turned around and placed her hands behind her back. I then handcuffed her wrists, checked for fit and double locked them for safety. I then escorted her to booking, where she was booked by detention specialist Yager per SOP. During the booking process she was made aware of her charge and I read her and gave her a copy of the notice to seek misdemeanor penalties form. I then used the metal detector wand to do my final search of her and Detention Specialist Yager took custody of her to process her. She was later placed in AF#5 by Detention Specialist Yager. I then signed the return of service fro Ortolano and Officer Roach completed and signed the criminal complaint.

Nothing further.

J. Santiago #55

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE