




# The Nashua Scoop

■ Private group · 12.9K members

**Joined** ■    ■ Invite

About    **Discussion**    Announcements    Topics    Members    Events    Media    Files

---

 **Laurie Ortolano** uploaded a file.
March 27 · ■

I  wrote to the Board of Tax and Land Appeals to ask that they compel the Nashua Board of Assessor to comply with the state law and review abatement applications. To my pleasant surprise, the BTLA responded and requested that Attorney Bolton respond to my concern within 10 days (March 10,2021), sending his written response to the BTLA and me.
Attorney Bolton wrote a pretty blustery and annoyed response informing the BTLA that they are out of their jurisdiction in responding to this matter and that Mrs. Ortolano was non-compliant because the issue had not been docketed. Attorney Bolton then writes that the Board of Assessor does not have to comply with state law because of a revised city ordinance that allows the Board to delegate their state law responsibilities to subordinates. Attorney Bolton is wrong; his misquotes the ordinance and misapplies the law.

More importantly, he never actually answers whether the BOA reviews the applications as specified in the state law.

Unknown to me, the BTLA had just finished writing an order to the Berlin Board of Assessors. A citizen had written a complaint against their BOA for wrongdoing and the BTLA called a hearing (lasted 10



NPD_LO_001678


lawyers straight on jurisdiction. Attorney Bolton's bravado in telling the BTLA to butt-out of Nashua's business probably isn't the correct response.

Why is it so hard to get our BOA to answer basic questions and do their job? I don't know if the BTLA will docket the Nashua issue or not, but I have already been able to obtain some answers by writing the complaint that they City would not provide.

Attached is the 22 page BTLA order to the Berlin Board of Assessor and their lawyers. Pretty interesting reading.

PDF
**Berlin Order**
https:www.berlinnh.gov:sites:g:files:vyhlif2811:f:upl...

---

👍😮 21                                          23 Comments

Like                    Comment

All Comments

**Mike Burt**
**spoiler alert** It's not an interesting read.
Like · Reply · 22w                          👍😂 8

> **Laurie Ortolano**
> **Mike Burt** The entire Berlin Board of Assessor resigned last week because of that order. Low IQ, Low interest, Mr. Burt.
> Like · Reply · 22w                       👍😢 7
>
> > **Mike Burt**
> > **Laurie Ortolano** my bad. It's a New York Times best seller.
> > Like · Reply · 22w                    👍❤️😂 7
>
> > **Laurie Ortolano**
> > **Mike Burt** Ok. you're pretty funny
> > Like · Reply · 22w                    👍😂😂 3
>
> > Write a reply...
> > Press Enter to post.

> **Laura Colquhoun**
> **Mike Burt** maybe not for you because you do not have a brain. Most people want to know how their boards are run. Also shows you that there is corruption within some boards within New Hampshire.
> Like · Reply · 22w · Edited
>
> > Write a reply...



Tenor

Like · Reply · 22w



**John McDonald**
Thank you Laurie  3

Like · Reply · 22w



**JoAnn Johnson**
It most definitely is an interesting read. Clearly the BOA members in Berlin were dishonest. To grant themselves significant abatements while denying other abatements really calls attention to their decisions.

Like · Reply · 22w                                     2



**Beth Scaer**



Like · Reply · 22w

NPD_LO_001680

**Beth Scaer**
Attorney Bolton is often blustery. 😉

Like · Reply · 22w   2

 **Amanda Reichert**
It's so great to hear the state is actually appearing to uphold the law. Give a person enough rope and they will hang themself.

Like · Reply · 22w   3

 **Jan Schmidt**
"[W] observe that this dispute has consumed an inordinate amount of time, energy, and resources — judicial and otherwise. The salutary purpose of the Right-to-Know Law — to "ensure both the greatest possible public access to the actions, discussions, a... **See More**

Like · Reply · 22w   1

 **Laurie Ortolano**
**Jan Schmidt** I love that quote. The state really does a great job living up to that. The DRA always reaches out to clarify requests and makes the process so simple. Why doesn't the City do this?

Like · Reply · 22w

 **Jan Schmidt**
Laurie, I used to answer every email you sent. I had to stop because all I ever got in return was an angry response- i never felt you responded with a spirit of collaboration. It has to be both parties and sometimes one gives less, that means that time, the other has to give a little more.

Like · Reply · 22w   1

 Write a reply...

Press Enter to post.

 **Laurie Ortolano**
The BTLA decided to close the matter on the BOA reviewing the abatement applications. They backed the City. This is not good for property owners. The boards decision to not review abatement applications has hurt property owners who have filed abatements. So, pay close attention to yours.

Like · Reply · 22w   2

 **Steve Bolton**
Given that Ms. Ortolano's request was denied for the reasons raised in the City's response, it seems that the BTLA was of a different opinion as to the quality of that response.

Like · Reply · 22w   6

NPD_LO_001681

**Lauren Parker**
**Steve Bolton** I am shocked that she neglected to mention that.

Like · Reply · 22w                                     2



**Jesse Neumann**
**Steve Bolton** I thought it was very well written, but I'm a little biased.

Like · Reply · 22w                                     6



**Laura Colquhoun**
**Jesse Neumann** you only said that because you want to keep your job.

Like · Reply · 22w                           1



**Beth Scaer**
Why isn't the board reviewing the abatement applications? It seems like the right thing to do. It seems really unprofessional to sign off on things without reviewing the paperwork.

Like · Reply · 22w                                     3



**Laurie Ortolano**
**Steve Bolton** What I realize it that I did not submit a lawsuit with evidence. I now know I should have. Citizens are the real underdog when working with judicial or quasi judicial boards. Tough to know what to do. This victory for the legal office is a loss to all property owners. What happened to Ms. Walley's property is a perfect example. She filed a 2018 abatement requesting reducing the assessment for deferred maintenance on the home. The Board never reviewed her application. KRT was contracted to perform her abatement. KRT never went to home and recommended the BOA deny her request because she did not carry the burden of proof. She told the BOA that KRT NEVER visited her home, but the BOA, without ever looking at her application, sided with KRT. That was a totally corrupted process and it affected 50 other property owners, including me. Next year, property owners will be in the same boat with Vision and the City lawyers are backing that the BOA ignore the applications because the assessors can review them on their own. The DRA has sanctioned one of the most senior assessors for wrongdoing. And he was involved in price fixing abatements and dramatically reducing properties so they would not have to abate. After reading the Berlin order, I had no idea that I could have filed a lawsuit on these abatement issues.

Like · Reply · 22w                                     4

NPD_LO_001682



**Laurie Ortolano**
**Steve Bolton** It is also important to note that the BTLA agreed with your objection which stated that this matter was not within the jurisdiction of the BTLA. The BTLA did not say who's jurisdiction this matter was within. It doesn't mean that the BTLA believes that the Board should not be reviewing the applications, but rather they have no jurisdiction to comment on it and I did not present evidence to support it.

Like · Reply · 22w · Edited      1

 **Kelly Farrell Friedland**
**Steve Bolton** Why can't the Nashua board of assessors just do their job? "Attorney Bolton then writes that the Board of Assessor does not have to comply with state law because of a revised city ordinance that allows the Board to delegate their state law responsibilities to subordinates." This is PATHETIC!!!! 1) Who is the board of assessors delegating their state law responsibilities to? 2) Does the board of assessors review all the abatement applications? I bet Atty. Bolton doesn't respond to my questions...

Like · Reply · 22w

 Write a reply...

Press Enter to post.

 Write a comment...

Press Enter to post.

NPD_LO_001683

NPD_LO_001684