Exhibit A-10



# The Nashua Scoop
Private group · 12.9K members

Joined  Invite

About  **Discussion**  Announcements  Topics  Members  Events  Media  Files

LO Exhibit 11



**Laurie Ortolano**
May 8 ·

I send an email to the Mayor and copied the Board of Aldermen and UL. The Board will be discussing the charter change on May 11, 2021 to allow the Mayor to appoint the Police Commissioners and expand the Board to 5 members. Right now, it is a 3 member Board appointed by the State. I asked the Mayor to release the results of his online personal survey put out on April 22, 2021 asking citizens to voice their opinion on the matter. How many people did the email reach, what was the response percentage, and the results.

8    7 Answers

Like    Answer

All Answers

**Kelly Farrell Friedland**
He doesn't care about what the citizens want. He will ensure he picks the police commissioner - he is power and control hungry!

Like · Reply · 16w    7

NPD_LO_001673

 **Mayor Donchess Has To Go**
Political Organization

Like · Reply · 16w                                                  8

 **Anthony Waller**
Yawn                              4

Like · Reply · 16w

 **Arthur Corazzini**
Apparently the present Administration does not like the way our Police Department is run and/or the administrative actions of the present three person Board appointed by the Governor. Be nice to know specifically where the Administration thinks the present set up falls short. As importantly, how the changes proposed would benefit policing in Nashua in the longer run. If we, as citizens knew more about the reasons for the proposed changes, we would be better able to contact our Aldermen and have our voices heard.

Like · Reply · 16w                                                  4

 **Laurie Ortolano**
**Arthur Corazzini** From what I can see, he wants to appoint a woman to the Commission. Is that really a good reason to take control?

Like · Reply · 16w                                                  3

 **Arthur Corazzini**
At the moment if there is an issue with Police administration in Nashua, the State appointees are on the hook. For some reason the call for "Police Reform" seems to be echoing in the Mayor's ear. Not sure it is wise to go looking for trouble but one way to find it is to "Pack" the Commission with "Reformers" and hope for the best.

Like · Reply · 16w                                                  1

Write a reply...

Press Enter to post.

 **Val Stewart**
To take control over the police, would be to open the police to be used as a political weapon. This shouldn't be allowed IMO. Is there something I'm not seeing that would make this reasonable?

Like · Reply · 16w                                                  10

 **Greg Ellis**
I remember someone mentioned that no other city in the state has their board appointed by the governor once in here.

Like · Reply · 16w · Edited

**Laura Colquhoun**
**Greg Ellis** I guess you do not see the corruption within the City of Nashua. Please open your eyes.

Like · Reply · 16w                                    👍 1

**Val Stewart**
**Greg Ellis** IMO it has nothing to do with who the mayor is. It has to do with the potential for weaponizing the police department.

Like · Reply · 16w · Edited

**Greg Ellis**
Are you saying the police are corrupt in every other city in the state because the governor doesn't appoint them there? It sounds like that's the implication here.

Like · Reply · 16w

**Val Stewart**
**Greg Ellis** Don't be silly! You read more into things than what is there. I think you just like to argue. Can you give me any reason why this change is necessary, and how it wouldn't put the police department in peril of being used as a political pawn?

Like · Reply · 16w

**Greg Ellis**
How are they not in peril now?

Like · Reply · 16w

**Kim Conway Hester**
**Val Stewart** it was a valid extension of your premise - if all other police bits are not appointed by the Gov., then your premise must be grounded in the fact that other police units are politicized. So are they? Honest question...and even more of it could be 'politicized" by a Mayor, then it would hold it could be equally politicized by a Governor.

Like · Reply · 16w

**Val Stewart**
**Kim Conway Hester** Both you and Greg answered my question with a question. Interesting. As Rich commented: "Nashua PD has been under the authority of a three-person Police Commission appointed by the Governor since March 19, 1891. "
The bottom line is: WHY CHANGE IT NOW? What is the motivation for it? We have enough issues to deal with. We don't need to stir up more, especially with the police department after the past year we've had. I think the citizens of Nashua have a right to know why this agenda was deemed necessary.
Like · Reply · 16w

Write a reply...
Press Enter to post.

**Laura Colquhoun**
**Val Stewart** agree with you 100%
Like · Reply · 16w                                    3

Write a reply...
Press Enter to post.

**Matthew Gouthro**
Any changes to the city charter should brought forth by a charter review board made up of residents of Nashua and should be voted on in the next available election cycle.
Like · Reply · 16w · Edited                           3

**Tim Nickerson**
**Matthew Gouthro** that's exactly what happens. Citizens (the Board of Aldermen) vote on whether to advance the measure to the ballot or not. If they vote to advance it, the charter amendment will be voted on in the next municipal election.
Like · Reply · 16w

**Laura Colquhoun**
**Matthew Gouthro** this article has been on the books since 1913 and it is not a problem. Why must our mayor change it - in order to make it a problem. No thanks.
Like · Reply · 16w                                    3

◻ View 2 more replies

**Val Stewart**
**Rich Obin** EXACTLY!

NPD_LO_001676

**Laurie Ortolano**
That is what we need to understand. What is the real reason behind this. How will this change improve the department?

Like · Reply · 16w      👍 1

Write a reply...
Press Enter to post.

**Ralph Kelloway**
Maybe BLM should run Commission. Sure CH would love that. 😏

Like · Reply · 16w

**Eric Smith**
**Ralph Kelloway** Maybe they should!

Like · Reply · 16w

Write a reply...
Press Enter to post.

Write an answer...
Press Enter to post.