LO Exhibit A-11



# The Nashua Scoop
Private group · 12.9K members

**Joined**  Invite

About | **Discussion** | Announcements | Topics | Members | Events | Media | Files

**Laurie Ortolano** shared a link.
June 21 ·

I won my property lawsuit against the City. The Board of Tax and Land Appeals ruled in my favor on June 11, 2021. The City hired an unethical appraiser, old retired guy they never worked with before, who jacked up the appraisal 15% above what KRT had appraised the property at in 2018. The legal office absolutely know better. So, the City fought for the BTLA to set the assessment for the property to $710,000 for 2019. the BTLA granted $577,000. The BTLA dropped the assessment more than 10% from what I was paying. The City most likely spent $50K fighting me on this and the entire issue was personal and vindictive for Bolton, Leonard, Kleiner, and Donchess. In 2019, I ask the City and Board of Assessor to accept $595,000 and I would walk away. They said NO. The City now has the opportunity to appeal to the Supreme Court, and it would not be surprising that they would continue their crusade.This City is so corrupt. The BTLA order was 18 pages long and was quite detailed for a residential property appeal. I will be posting it on my www.good-gov.org site.

NPD_LO_001685



**GOOD-GOV.ORG**
**GoodGov. - Investigating Local Issues**
Based in Nashua, NH – GoodGov is a site that sheds light on impor...

139   27 Comments

Like   Comment

Top Comments

Write a comment...
Press Enter to post.

**Kathy Marrin McCoy**
I'm glad you won. I know a lot of people who are outraged with how high there's is too. But what makes you write that it was "personal and vindictive". Lots of people fight the assessors office.
Like · Reply · 10w   2

**Beth Scaer**
**Kathy Marrin McCoy** Check out her posts on Good-Gov.org. It is awful what **Mayor Jim Donchess** and City Hall have been doing to **Laurie Ortolano**.

**GOOD-GOV.ORG**
GoodGov. - Investigating Local Issues

Like · Reply · 10w   1

**Kathy Marrin McCoy**
**Beth Scaer** I see this website basically has many videos showing how to file an abatement. It doesn't show any information about what is happening to this woman. (At least what I could see).

Like · Reply · 10w · Edited


**Laurie Ortolano**
**Kathy Marrin McCoy** should be a bunch of articles. The issues I raised with the assessing office were taken personally by the Mayor and Legal office. Last July sent a strong message that it was all personal. The City abated several neighborhood properties, including my next door neighbor reducing the assessments significantly but were asking the BTLA to raise mine more than 10%. The legal office has been sitting in on all these assessment and abatement meetings, and reviewing files, so they were well aware of the situation. It was a ridiculous waste of money.

Like · Reply · 10w


**Kathy Marrin McCoy**
**Laurie Ortolano** wow! I'm sorry that happened to you. I'm glad you did not give up. I had to sue the city of Nashua before for an illegal decision their zoning board made during a hearing related to my property. I won. But it cost me!

Like · Reply · 10w


**Laurie Ortolano**
**Kathy Marrin McCoy** We need to fund a taxpayers attorney - they would represent citizens in civil cases where we have to sue the City. Their pocket are endless - they have all our money and can spend as much as they want. The citizen is stuck with high costs.

Like · Reply · 10w         1

 Write a reply...
Press Enter to post.

 Write a reply...
Press Enter to post.

 **Robert L. Trowbridge**
"All democracies are corrupt", Plato and Aristotle said in first!

Like · Reply · 10w         2

**Elaine Lafrance**
You have done an outstanding job with helping taxpayers.
We are thrilled you won, justice was served.
Every piece of property that is measured from outside should be the same and I was told cause I use my land I am charged more for my piece of property, and also told I live in nice neighborhood SOOOOO therefore I pay more taxes. Keep up the good work. Taxpayers need to know more.

Like · Reply · 10w    1

**Debra Gentile-Garant**
**Congratulations**

Like · Reply · 10w    1

**Adele Hunt**
You go girl   1

Like · Reply · 10w

**Rachel Laliberty**
Good on you!!!

Like · Reply · 10w

**Mary Robbins**
Congratulations, Laurie!

Like · Reply · 10w    1

**Patricia Sendall**
**Congratulations**, **Laurie**. You are absolutely my hero! I'm so happy for you. Thank you for exposing the corruption.

Like · Reply · 10w    6

**Kelly Smith**



Like · Reply · 10w    3

**Kristin Hesse**
Congratulations!

What was the motivation for the assessor to make such an "error"?

Like · Reply · 10w    3

**Kathy Peterson**
Well deserved, Laurie. See you in a couple weeks!!! ❤️

Like · Reply · 10w    4

**John McDonald**
Wow, **congratulations**. A lot of hard work put in by yourself as well.



**Dawn Avenelli**
This is what appeared when trying to view goodgov. Anyway, hat's off to you Laurie Ortolano. Wishing you continued success in your endeavors.



Like · Reply · 10w  2

**Patrick Lessard**
Screw Donchess.

Like · Reply · 10w

**Mark Rizzo**
Nice job!  1

Like · Reply · 10w

**Rie Rie**
Awesome news congratulations

Like · Reply · 10w  1

**Caroline Liebenow**
**Congratulations** and thank you for keeping us informed 👍👍👍

Like · Reply · 10w  1

**Deborah Foley**
**Congratulations**  1

Like · Reply · 10w

**Sherri Levesque**
Good for you!!  1

Like · Reply · 10w

**Selina Gerow**
Congratulations  1

Like · Reply · 10w

**Beth Scaer**

