Nashua Police Department  Page: 1
2019-07-17 1140HRS CASE ASSIGNED
Ref: 19-46336-OF

# Exh. Lombardi-1

On July 17, 2019 at approximately 1140 hours I was assigned to further an investigation into allegations made against that Nashua Assessing Department by Nashua resident, Laurie Ortolano (DOB: ▮). After being assigned to investigate these allegations I reviewed information contained in a blue binder and information contained in a red binder that Ortolano had previously provided Detective Captain Lehto and Detective Lieutenant Mederos with. Among other things the information in these binders outlined her concerns with the Nashua Assessing Department as well as an investigation into the Nashua Assessing Department that she was conducting along with the help of a private investigator.

Once I finished reviewing each binder they were tagged as evidence per departmental procedure. The blue binder was tagged as evidence under Nashua Police Department property number 19-4985-PR, while red binder was tagged as evidence under Nashua Police Department property number 19-4986-PR.

I then visited the New Hampshire Department of Revenue Administration website, https://www.revenue.nh.gov/laws/index.htm, where I familiarized myself with their duties, jurisdiction, rules, and related state statues.

I later reviewed a copy of the Management Audit Report conducted by City of Nashua Chief Financial Officer John Griffin and then City of Nashua Chief of Staff Kimberly Kleiner of the Nashua Assessing Department. In reviewing this audit I observed that at the conclusion of the audit several recommendations for improvement were listed. These recommendations included:

1. Re-establish the Administrative Services Director position reporting to the Mayor which will more effectively align internal serving functions within the city, including but not limited to, Assessing GIS and Information Technology operations under one directorship.
2. Eliminate the Chief Assessor position – the Administrative Services Director will direct the operations of the Assessing Department and work with the Chief Financial Officer and will be charged with a) observing the current operating state and b) creating and implementing an efficiency/improvement plan.
3. More effectively use the AssessPro software to conduct assessing business to include such items such as exemptions/credit and tax abatement processing. Consultation and technical assistance by Patriot Properties may be needed.
4. Create and/or update internal policies and procedures to reflect the current state of operations. Review functions within the department and update job descriptions as appropriate.
5. Implement a new mileage reimbursement policy and related procedures for all employees who use their personal vehicle for City business.
6. Develop integrated internal training programs for assessing and administrative staff. Conduct orientation and informational workshops with the Board of Assessors.
7. Reduce reliance on the City's legacy ADMINS software applications.
8. Invest in a full measure and list project over the next few years to update the property record data. This project will be completed in time to perform the next state mandated Revaluation.

The audit did not note if any criminal activity had been discovered within the Assessing Department during the audit. Copies of this audit were later added to this case file for case inclusion.

I later met with Detective Captain Lehto, Detective Lieutenant Mederos, and Detective Sergeant MacLeod to discuss the numerous concerns that Ortolano has with the Nashua Assessing Department. During this meeting it was determined that this investigation would focus on the allegation that had the potential to be criminal in nature. These allegations included submitting mileage not traveled for work purposes, theft of wages for time not worked, bribery, and witness tampering. The first three allegations were all against Assessor Greg Turgiss (DOB: ▮), while the witness tampering was allegation involved Nashua City Hall Director of Administrative Services Kimberly Kleiner (DOB: ▮ Assessor Gary Turgiss (DOB: ▮) was also accused of bribery as well.

DETECTIVE LOMBARDI D16