UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>    Plaintiff<br><br>V.<br><br>The City of Nashua, et al.,<br>    Defendants | Civil Action No. 22-cv-00326-LM |

**AFFIDAVIT OF LAURA COLQUHOUN IN OPPOSITION
OF MOTION OF DEFENDANTS BOLTON AND
LEONARD'S MOTION FOR SUMMARY JUDGMENT**

I, Laura Colquhoun, being under oath, do hereby depose and say as follows:

1.  Although I am not a party in this action, I am a friend of Laurie Ortolano ("Ortolano"), the plaintiff in this action, and like her I have taken a citizen's interest in trying to hold the City of Nashua's government accountable in terms of operating fairly and transparently. I have personal knowledge of the facts stated in this affidavit.

2.  On March 15, 2021, pursuant to RSA 91-A, New Hampshire's Right to Know Law, I emailed Mr. David Lavoie, Records Manager of the Nashua Police Department, requesting the

> public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.

3.  Mr. Lavoie responded to my request by letter of March 15, 2021 with attached documents. A true, accurate, and complete copy of Mr. Lavoie's response on behalf of the Nashua Police Department is attached hereto as Exhibit "A."

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4/25/2024 DAY OF APRIL 2024.

_Laura Colquhoun_
LAURA COLQUHOUN

_Joseph Scott LaScola_
Notary Public
4/25/24

Joseph Scott LaScola
Notary Public, State of New Hampshire
My Commission Expires Mar. 08, 2028

# EXHIBIT "A"

# NASHUA POLICE DEPARTMENT



Chief of Police Michael Carignan
Main Phone: (603) 594-3500
Website: www.nashuapd.com

28 Officer James Roche Drive
Mailing Address: PO Box 785
Nashua, NH 03061-0785

March 15, 2021

To: Laura Colquhoun
30 Greenwood Dr.
Nashua, NH 03062

SUBJECT: Right-to-Know Request regarding City Hall and Criminal Trespass

The Nashua Police Department Records Division received your emailed Right-to-Know request on March 15, 2021 requesting *copies of all public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.* In response, the Nashua Police Department completed several searches to fulfill your request as there are several ways a call can be logged.

- Reports 21-4609-OF and 21-10467-AR surrounding the incident at City Hall on 01/22/2021 and Laurie Ortolano are not included. Both of the reports were provided to you from a previous Right-to-Know request.

- I found no other Incident or Arrest reports involving the charge of Criminal Trespass from 01/01/2014 thru 01/31/2021 that was specific to City Hall as the location of the violation.

- Calls for Service from 01/01/2014 thru 01/31/2021 with a location of City Hall and trespass noted in the call narrative are attached. This will provide how a call was handled (warned, left on request, etc). Completing the search with a call type of "Criminal Trespass" with the location of City Hall yielded no results.

Redactions made to the documentation provided involve any personal and private information (HIPAA) of subjects involved to include, dates of birth, social security numbers, home addresses and phone numbers.

In the event that you have any questions, please contact me at (603) 589-1653.

Sincerely,

*David P. Lavoie*

David P. Lavoie
Records Manager

CALEA Nationally Accredited Law Enforcement Agency

Lavoie, David

| | |
|---|---|
| From: | Laura Colquhoun <lauracolquhoun2@gmail.com> |
| Sent: | Monday, March 15, 2021 8:15 AM |
| To: | Lavoie, David |
| Subject: | Right To Know Request |

**RECEIVED**

**MAR 15 2021**

**NASHUA POLICE DEPT**
**RECORDS DIVISION**

****CAUTION**** this e-mail was received from outside of our organization. Do not click links or open attachments if the source is unknown to you. (npd905)

30 Greenwood Dr
Nashua, NH 03062
March 15, 2021

Mr. David Lavoie
Nashua Police Department
10 Panther Dr.
Nashua, NH 03062

Dear Mr. Lavoie:

Under the **New Hampshire Right to Know Law R.S.A. Ch. 91-A et seq.**, I am requesting copies of all public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.

I am requesting this information be sent to me electronically and therefore no fees should be required. This information is not being sought for commercial purposes.

The New Hampshire Right to Know Law requires a response time of five business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records.
If you can provide the written documentation sooner, that would be appreciated.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for considering my request.
Sincerely,

1

**Laura Colquhoun**
603-402-9339

--

**Laura Colquhoun**

Case 1:22-cv-00326-LM   Document 75-18   Filed 05/01/24   Page 6 of 10

```
For Date: 12/04/2014  -  Thursday

Call Number      Time      Call Reason                          Action                 Priority
14-92096         1403      Phone - UNDESIRABLE                  Transported to Hospital    3
   Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:          CITY HALL
                           HONEYWELL, JASON
   ID:                     SENIOR PATROLMAN KEVIN M DELANEY 1451
                           Disp-14:06:09                   Arvd-14:08:14   Clrd-14:27:18
   Location Change:        [NAS 1227] ELM STREET PKG GARAGE - 12 ELM ST [Modified: 12/04/2014 1410]
   ID:                     MASTER PATROLMAN JOSUE I SANTIAGO 1497
                           Disp-14:06:17   Enrt-14:08:16   Arvd-14:18:15   Clrd-14:27:18
   Location Change:        [NAS 1227] ELM STREET PKG GARAGE - 12 ELM ST [Modified: 12/04/2014 1410]
   Narrative:              12/04/2014 1405
                           intoxicated female was passed out in 1st floor bathrrom

                           male & female left out of rear exit (elm st) - compl wants
                           subj's trespassed from location

                           Female is Dorothy & compl unsure of male's name

   Narrative:              12/04/2014 1413
                           dorothy l          , ambulance enroute


For Date: 08/12/2015  -  Wednesday

15-56571         1442      Initiated - CHECK CONDITIONS         FOLLOW UP                  3
   Primary Id:             SENIOR PATROLMAN JACLYN M MCIVER 1345
   Location/Address:       [NAS 764] CITY HALL--ELM ST. SIDE - 229 MAIN ST
   ID:                     SENIOR PATROLMAN JACLYN M MCIVER 1345
                                                           Arvd-14:42:00   Clrd-14:55:12
   ID:                     2ND YEAR SPECIAL OFF ADAM M RAYHO 8088
                           Disp-14:44:11                   Arvd-14:50:29   Clrd-18:51:34
   Location Change:        [NAS 4244] NASHUA POLICE DEPARTMENT - 0 PANTHER DR [Modified: 08/12/2015 1456]
   Narrative:              08/12/2015 1444
                           ref: 15-56556-Crimininal Trespass


For Date: 04/17/2017  -  Monday

17-25119         1505      Initiated - SUBJECT STOP             WARNED                     3
   Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   ID:                     SENIOR PATROLMAN ROBERT M LACERDA 6512
                                                           Arvd-15:05:10   Clrd-15:14:48
   ID:                     2ND YEAR SPECIAL OFF MATTHEW W GIFTOS 1278
                                                           Arvd-15:05:47   Clrd-15:14:50
   Narrative:              04/17/2017 1513
                           Eric was trespassed from 7 Star and Main Street Gyro on
                           behalf of management due to his disorderly behavior.


For Date: 08/23/2017  -  Wednesday

17-58088         0900      Phone - UNDESIRABLE                  LEFT UPON REQUEST 3
   Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:          EMPLOYEE
                           TURNER, TRACEY LEE LEE
   Involved Party:         SOPHOS, ERIC PAUL
   Involved Party:         MOCHRIE, AMBER BLAIR
   ID:                     SENIOR PATROLMAN JASON K REINOLD 6514
                           Disp-09:04:21   Enrt-09:06:24   Arvd-09:08:27   Clrd-09:27:47
   ID:                     MASTER PATROLMAN-2 SCOTT D CISZEK 1410
                           Disp-09:04:30   Enrt-09:06:24   Arvd-09:08:26   Clrd-09:27:47
```

        Narrative:     **08/23/2017 0903**
                       male & female going through trash & taking cardboard
                       w/m named Eric, cammo shirt
                       w/f, green shorts

                       Male is now in front of city hall, smoking, talking to self

        Narrative:     **08/23/2017 0926**
                       eric and amber were trespassed and both left upon request


### For Date: 05/02/2018 - Wednesday

18-31346         1352      **Phone - UNDESIRABLE**                   **LEFT UPON REQUEST** 3
  Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
  Calling Party:      DUGAS, ROSS
  Involved Party:     LAZO, CARLOS
            ID:       SENIOR PATROLMAN HANNAH R MERULLO 7489
                      Disp-13:57:13  Enrt-13:57:28  Arvd-14:02:06  Clrd-14:13:47
            ID:       MASTER PATROLMAN-2 DENNIS P LEE 1479
                      Disp-13:57:26  Enrt-13:57:28  Arvd-13:58:53  Clrd-14:13:47
            ID:       MASTER PATROLMAN MICHAEL A YEOMELAKIS 1373
                      Disp-14:00:56                  Arvd-14:00:58  Clrd-14:13:47
        Narrative:    **05/02/2018 1353**
                      on the main floor in the rotunda next to mv - male in the
                      men's room, in a stall with the door locked - highly
                      intoxicated and will not come out

        Narrative:    **05/02/2018 1419**
                      CARLOS WAS FOUND IN BATHROOM STALL INTOXICATED AND WAS
                      DRINKING SEVERAL MALT BEVERAGES....PER JENNIFER
                      DESHAINES....NASHUA RISK MANAGEMENT....LAZO WAS ISSUES A ONE
                      YEAR TRESPASS FROM CITY HALL AND ITS CURTILAGE. HE WAS
                      ADVISED THAT IF HE HAD BUSINESS IN CITY HALL TO CONTACT NPD
                      AND REQUEST A KEEP THE PEACE..


### For Date: 05/29/2018 - Tuesday

18-38497         0016      **Initiated - SUBJECT STOP**              **WARNED**           3
  Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
  Involved Party:     HUARD, CORY
            ID:       PATROLMAN JONATHAN P TURCOTTE 8460
                                                     Arvd-00:16:00  Clrd-00:25:58
        Narrative:    **05/29/2018 0047**
                      Cory was "on the Nod" sitting on the benches next to City
                      Hall. Cory was warned about trespassing on the property and
                      told to leave. Cory was warned for his disorderly behavior
                      due to him knowingly creating a condition which is hazardous
                      to himself in a public place by any action that serves no
                      legitamate purpose.


### For Date: 07/23/2019 - Tuesday

19-49067         1403      **Phone - DISORDERLY**                    **LEFT UPON REQUEST** 2
  Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
  Calling Party:      CITY HALL EMPLOYEE
                      PITCUCH, PATRICIA
  Involved Party:     WILLIAMS, CHARLES H
            ID:       SENIOR PATROLMAN HANNAH R MERULLO 7489
                      Disp-14:04:34  Enrt-14:05:15  Arvd-14:09:04  Clrd-14:23:25
            ID:       MASTER PATROLMAN ALEXANDER P GANGI 1472
                      Disp-14:05:13  Enrt-14:05:15  Arvd-14:05:54  Clrd-14:23:25

```
         ID:     MASTER PATROLMAN DANIEL P HAYDEN 6887
                                              Arvd-14:05:51  Clrd-14:14:30
  Narrative:     07/23/2019 1403
 Modified By:    07/23/2019 1404
                 in city clerks office -
                 male that was just removed from transit is not in office
                 yelling at employees about being trespassed from transit
                 center

  Narrative:     07/23/2019 1404
                 city's clerks office is in rear of city hall -

  Narrative:     07/23/2019 1405
                 subj is Michael Treadwell - b/m, rust color shirt, blue
                 pants

  Narrative:     07/23/2019 1411
                 William was upset with City Hall about being trespassed from
                 the Transit Center and spoke to employees who confirmed
                 this. He was advised to leave the area and did so upon
                 request. He was not on transit property at this time. Left
                 upon request.
```

### For Date: 08/29/2019 - Thursday

```
19-57720        1648     Phone - UNDESIRABLE                  CALL CANCELLED       3
 Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:        MCKENNEY, WILLIAM
       Narrative:        08/29/2019 1648
                         community development offices on second floor subject is
                         refusing to leave

       Narrative:        08/29/2019 1650
                         compl. advised female left and would like call cancelled.
                         Compl. does not need subj. trespassed or spoken to.
```

### For Date: 05/12/2020 - Tuesday

```
20-22458        2340     Initiated - SUBJECT STOP             ALL OKAY             3
 Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   Involved Party:       COLCORD, ERIC MICHAEL
   Involved Party:       PEREIRA, JOHN ANIBAL
             ID:         PATROLMAN MICHAEL P CASEY 10611
                                              Arvd-23:40:00  Clrd-23:45:35
             ID:         PATROLMAN JOSEPH C PEACH 10015
                         Disp-23:40:48  Enrt-23:40:51  Arvd-23:42:52  Clrd-23:45:35
       Narrative:        05/13/2020 0044
                         Johnny and Eric were hanging out behind City Hall. They
                         stated that they were leaving. Johnny was wearing pants and
                         a dark hooded sweatshirt and had a bicycle with him. Eric
                         was wearing jeans and a red jacket.

                         John was trespassed from the Nashua Telegraph per Heather
                         Henline and myself from an incident that occurred on March
                         03. Please reference 20-8628 for further regarding that
                         incident. All okay.
```

### For Date: 12/28/2020 - Monday

```
20-65617        1624     Phone - UNDESIRABLE                  WARNED               3
 Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:        MIGNEAULT, MICHAEL @ 229 MAIN ST - NASHUA, NH 03060
   Involved Party:       HOLM, GREGORY A
             ID:         SENIOR PATROLMAN MATTHEW R FRIEND 8579
```

```
            ID:         1ST YR OFC CERT2 KYLE W DONAHUE 11909
                        Disp-16:27:36  Enrt-16:28:28  Arvd-16:30:59  Clrd-16:38:21
            ID:         SERGEANT ANDREW D LANE 1484
                        Disp-16:27:36  Enrt-16:28:28  Arvd-16:33:53  Clrd-16:38:21
                        Disp-16:31:53                 Arvd-16:33:50  Clrd-16:38:21
     Narrative:         12/28/2020 1625
                        compl states someone snuck into building acting disorderly
                        right now.

     Narrative:         12/28/2020 1625
                        compl has never seen them before. compl will let officer in
                        side building.

     Narrative:         12/28/2020 1626
     Modified By:       12/28/2020 1627
                        the man is demanding to see the mayor and got in compl face.

     Narrative:         12/28/2020 1640
                        Gregory was upset that he had been trespassed from the
                        garage so he went to city hall in hopes to speak with the
                        mayor about the issue. Gregory was unaware that city hall is
                        currently closed and was informed he would need to make an
                        appointment. Gregory left city hall and I attempted to
                        provide him with advice on the situation, however he refused
                        to listen. Lastly Gregory was warned not to enter city hall
                        unless he makes an appointment first due to city hall being
                        closed. WARNED.
```

**For Date: 01/22/2021  -  Friday**

```
21-4609             0925   Phone - UNDESIRABLE                 LEFT UPON REQUEST 2
     Primary Id:        MASTER PATROLMAN TIMOTHY J ROACH 1481
Location/Address:       [NAS 764] CITY HALL - 229 MAIN ST Apt. #3RD F
 Involved Party:        LLOYD, MINDY M
 Involved Party:        LEONARD, CELIA
 Involved Party:        ORTOLANO, LAURIE A
            ID:         MASTER PATROLMAN-2 DENNIS P LEE 1479
                        Disp-09:28:03  Enrt-09:29:28                 Clrd-09:34:18
            ID:         MASTER PATROLMAN MICHAEL A YEOMELAKIS 1373
                        Disp-09:28:03  Enrt-09:29:28  Arvd-09:45:17  Clrd-10:03:37
            ID:         SERGEANT ANDREW G KARLIS 1311
                        Disp-09:29:20  Enrt-09:29:28                 Clrd-09:34:13
            ID:         SERGEANT CHRISTOPHER D CARON 1480
                        Disp-09:29:25  Enrt-09:29:28  Arvd-09:33:51  Clrd-09:54:20
            ID:         MASTER PATROLMAN TIMOTHY J ROACH 1481
                        Disp-09:29:40  Enrt-09:29:43  Arvd-09:30:34  Clrd-10:03:37
     Narrative:         01/22/2021 0926
     Modified By:       01/22/2021 0928
                        3rd floor next to auditorium, requesting Police for a woman
                        that forced her way into their office and will not leave

     Narrative:         01/22/2021 0928
                        Lori Ordolano, purple winter coat, grey backpack- She wants
                        to review documents. she has a lawsuit against the city and
                        was told to speak with an attorney but they are appointment
                        only. She refuses to leave

     Narrative:         01/22/2021 0929
                        woman is sitting in front of the door to their office now.
                        they feel threatened by her presence, no weapons visible

     Narrative:         01/22/2021 0957
     Modified By:       01/22/2021 1020
                        Laurie was sat down in an upstairs corridor area of City
                        Hall. Was not causing a scene on arrival and appeared calm.
                        She was upset as reported she has been trying to get
                        appointment and paperwork stamped by city hall and they
                        continue to not assist her. Reports this has been going on
                        for months. She apparently assists people in property tax
```

abatement/reductions and needed papers stamped.

Spoke with Celia from City Hall who is Deputy Corporation Counsel for city? She said this is ongoing issue with Laurie and that personnel from NPD are aware. No allegations of any threats made but stated that Celia needed to leave now. Wanted her trespassed but allowed at City Hall if she has an approved appointment. Reported the City have had a lot of contact with Laurie via email and that there are pending lawsuits with the City.

Lauries was asked to leave. She left willingly but stressed her frustration indicating that the City do not communicate with her or assist her. She was informed she is being trespassed for one year and is not allowed at City Hall unless with an appointment. She was advised that she could face arrest from Criminal Trespass if she attends City Hall without an appointment. She understood.

No offences alleged or apparent

Refer To Incident:    21-4609-OF