**Nashua Police Department**
**Image Associated With Case Number 21-4609-OF**
Image Description: L. Ortolano 1

**EXHIBIT A**



BOLTON 021

# Nashua Police Department
## Image Associated With Case Number 21-4609-OF
Image Description: L. Ortolano 2

**EXHIBIT A**



BOLTON 022