# EXHIBIT A-10
# (corrected)

# Sharon E. Mallon

**Subject:** FW: The Notable Moronic Response from the Nashua's Premier Attorney - Leonard

**From:** Laurie Ortolano <laurieortolano@gmail.com>
**Date:** March 4, 2024 at 5:02:06 PM EST
**To:** Board of Aldermen <BOA@nashuanh.gov>
**Cc:** Laura Colquhoun <lauracolquhoun2@gmail.com>, Mayor Jim Donchess <nashuamayor@nashuanh.gov>, "Russell F. Hilliard" <rhilliard@uptonhatfield.com>, Sonia Prince <soniaprince1@gmail.com>, joseph.foster@mclane.com, "Steadman, Graham" <Graham.Steadman@mclane.com>
**Subject: The Notable Moronic Response from the Nashua's Premier Attorney - Leonard**

Good Afternoon,

See Attached. I filed a formal RTK request to find out what has been updated by way of written policies or procedures to address RTK processing. I then requested what has been updated on the City website. The transcript of Ms. Leonard in a May 17, 2023 Court Hearing before Judge Colburn is below. It is time the Nashua attorneys stop blowing sunshine up the asses of the Judges and get real in producing a viable and cost effective system for public records and requests. No surprise - going on 10 months nothing has been done.

MS. LEONARD:  That would be -- Gary works for Mr. --
Director Cummings, who's here, the Director of Administrative Services. And I do know that that is a important initiative for
 the City to make these--every single committee and board run as efficiently as the Board of Alderman,the Board of
Public Works, all those other ones that area little bit bigger with paid staff,so.
     THE COURT:  Okay.
     MS. LEONARD:  That's --
     THE COURT:  And will that become public knowledge when that effort is concluded? In other words, when
there has been either a citywide sort of policy or there's been an organizational chart of some sort, will that become
made public to individual citizens who might want to know it?
MS. LEONARD:  Absolutely.  That would be a goal,
yeah.  The --
     THE COURT:  Okay.

1

1. ...And it seems to me that, whether it's Ms. Ortollano(phonetic) or anybody else, in terms of organization, that's going to benefit everybody, because it's going to make the citizen feel more comfortable with the transparency and
2. nowhere to go, which I know has been an issue.
3. And from the City's perspective, and maybe to the mayor's point, you're all spending a tremendous amount of
4. effort and time and money on dealing with right to know requests that might not ever materialize if folks can get the answers they're looking for. And that's not going to solve every problem. Of course, there are going to be -- there's going to be litigation, that's the nature of the beast, but it seems to me that some of this could certainly be eradicated simply by that piece of organization.
5. 
6. MS. LEONARD: Totally agree. And it's a really great time to do it now, and that was the long term goal in
7. having to...

---

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.