# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
|         **Plaintiff** ) | |
| ) | |
| V. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| **The City of Nashua, et al.,** ) | |
|         **Defendants** ) | |

**PLAINTIFF'S OBJECTION TO DEFENDANTS BOLTON AND LEONARD'S MOTION TO STRIKE PLAINTIFF'S OBJECTION TO THEIR MOTION FOR SUMMARY JUDGMENT (OR ALTERLATIVELY, DEEM THEIR MATERIAL FACTS ADMITTED)**

**OBJECTION**

The plaintiff, Laurie Ortolano, hereby objects to Defendants Bolton and Leonard's Motion to Strike Plaintiff's Objection to Their Motion for Summary Judgment (or Alternatively, Deem Their Material Facts Admitted).

The plaintiff is simultaneously filing a Memorandum of Law in Support of the Plaintiff's Objection to Defendants Bolton and Leonard's Motion to Strike Plaintiff's Objection to Their Motion for Summary Judgment (or Alternatively, Deem Their Material Facts Admitted).

Dated: May 22, 2024

Respectfully submitted,

Laurie Ortolano, Plaintiff
By her Attorneys,

Olson & Olson, P.A.

*/s/* Kurt S. Olson
Kurt S. Olson
Olson Lawyers
Bar ID No. 12518
31 Franklin Rd.
Salisbury, NH 03268
603-748-1960

kolson@mslaw.edu

## CERTIFICATE OF SERVICE

      I, Kurt S. Olson, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: May 22, 2024                              */s/* Kurt S. Olson
                                                                   Kurt S. Olson