# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** )<br>**Plaintiff,** )<br>  )<br>v.   )<br>  )<br>**The City of Nashua,** *et al.*,  )<br>**Defendants.**  )<br>_____ ) | Civil Action No. 1:22-cv-00326-LM |

## **DEFENDANTS' MOTION FOR LEAVE TO SUBMIT REPLY**

Pursuant to Local Rule 7.1(e)(2), defendants Steven A. Bolton and Celia K. Leonard move for leave to file a reply to plaintiff's objection to their motion to strike plaintiff's objection to their motion for summary judgment (or alternatively, deem their material facts admitted).

No brief or memorandum of law is necessary in support of this motion as it is addressed to the discretion of the Court.

A good faith, but unsuccessful, attempt was made to obtain concurrence from plaintiff's counsel.

The proposed reply is attached to this motion as an exhibit.

Respectfully submitted,

**Steven A. Bolton and Celia K. Leonard,**

By their Counsel,

**UPTON & HATFIELD, LLP,**

Date: May 29, 2024    /s/ Russell F. Hilliard
Russell F. Hilliard
NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo
NHBA #20794
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard