# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com

## Surveillance Report

**Date:** 4/26/19

**Client: Laurie Ortolano**
**Surveillance Target: Greg Turgiss, Nashua NH city employee in commercial assessing office.**
**Reason for Surveillance:  Suspected abuse of company time and mileage**

**Case Summary:**  On 3/26/19 I met with Laurie Ortolano to gather some information on Greg Turgiss.  Laurie wanted me to follow Greg during his work hours for the city of Nashua, NH as a commercial assessor.  Laurie suspects Greg is abusing mileage for work and disappearing for 3-4 hours at a time for non-work-related matters.  Laurie said she was a current resident in Nashua, NH and she first met Greg when he was a residential assessor.  Laurie said initially her house was assessed at two hundred thousand more than comparable properties in the area by Gary Turgiss, Greg's brother.  Laurie told me about Greg reviewing their house after the initial assessment and keeping it at one hundred and fifty thousand more than comparable properties.

Laurie then showed me a binder with residential property cards which Greg Turgiss had handled over the years, before becoming a commercial assessor.  The information provided by Laurie did not appear to make sense given the cost of upgrades performed versus the increase by the assessor's office, when compared to other property cards.  One property card I was shown belonged to the mayor of Nashua.  It appeared he had a significant upgrade performed, yet his property value only increased a very small amount compared to other property cards which had much smaller upgrades or none yet saw larger increase in their value.

While speaking with Laurie I noticed the binder of property cards she had was rather large and I asked her if all the cards in her binder, were properties Greg Turgiss had worked on and she said yes.  Laurie said she tried to bring the information to numerous departments in the city of Nashua, but no one in the city wanted to speak with her or acknowledge there is a serious issue.  Laurie told me she emailed with Human Resources who oversees Greg's department and she was told meeting with her (Laurie) would be a waste of time.

At this point Laurie stated she had exhausted all her efforts and the damage Greg already caused to the city of Nashua was irreversible and widespread.  Laurie told me the last thing she wants to do is bring any sort of suit

# FREYLER INVESTIGATIONS L.L.C.

**159 Main Street Ste. 100, Nashua, NH 03060**          PHONE: (603) 7034523          EMAIL:
**Freylerinvestigations@Gmail.com**

against the city because she cares about its citizens and how they are treated. However, each chain of command she approached in Nashua turned her away.  Laurie said her only option left was to gather evidence of Greg abusing mileage and company time in an effort to save the city from further harm and bring to light all of the damage he has already done for property values.  Laurie then provided a description of Greg to me as six feet tall and about 48 years old with a "pop belly", ponytail, small mustache and a cowboy hat.  I was told Greg drives a maroon Ford Fusion with Massachusetts license plate 194PV8 and he usually leaves the office around 12:00 PM and does not return until 3-4:00 PM daily, unless he has meetings.  I told Laurie that would be enough information to get started and I agreed to take her case.

On 4/1/19 I began my surveillance.  I arrived at Nashua, NH City Hall around 10:20 AM and parked in the parking garage next to it.  During this time, I was in communication with Laurie who was in the assessing office where the white board for the assessors to sign out was displayed.  Laurie informed me Greg was signed out until 11:30 AM that day and was not currently in the office. I waited in the area and at 12:23 PM I saw Greg drive by in his maroon Ford Fusion Massachusetts license plate 194PV8 while I was parked on the lower level of the garage.  I was able to photograph Greg walking into city hall after he parked to establish a positive ID and surveillance was ceased for the day.  The following photograph is of Greg Turgiss walking into work at 12:23 PM.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



On 4/2/19 I arrived at Nashua City Hall at 10:00 AM and I waited in the parking garage lower level for Greg to leave.  At 11:14 AM I saw Greg leave Nashua City Hall in his maroon Ford Fusion Massachusetts license plate 194PV8 and drive towards West Hollis Street.  Greg then turned onto West Hollis Street and continued on Route 111 towards Hollis, NH.  I followed Greg for about 10 miles before he turned onto Country Side Drive on the Hollis/ Nashua line.  At that point I lost sight of Greg and I was not able to locate him again that day after driving around several areas and checking his personal residence in Massachusetts.  I then ceased surveillance for the day.  Laurie texted me that Greg returned to the office at 3:00 PM that day.

On 4/3/19 I arrived at Nashua City Hall at 10:00 AM and I waited in the parking garage lower level again.  Laurie was able to view the white board in the assessor's office that day and informed me Greg signed out to the YMCA at 12:00 PM.  At 11:41 AM Laurie texted me and notified me Greg was leaving.  I was able to locate Greg leaving Nashua City Hall in his maroon Ford Fusion Massachusetts plate 194PV8.  I followed Greg to the Nashua YMCA located off 101 A.  I confirmed Greg went to the YMCA at 12:10 PM and I waited down the road in a parking lot.  At 12:50 PM I saw Greg drive by and I was able to follow

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060         PHONE: (603) 7034523         EMAIL:
Freylerinvestigations@Gmail.com

him back to Route 3. Greg took a right on Route 3 heading east back towards Nashua City Hall. While trying to follow Greg I noticed he took several right-hand turns. I was able to follow Greg and the turns he took all lead back to Route 3, where he took a right again headed towards Nashua City Hall. Greg then took a right onto Charron Ave and then a left onto Pine Hill Road which he stayed on until it met Broad Street.

While trying to follow Greg on these streets I momentarily lost sight of him. When I came to the stop sign at Broad Street and Pine Hill Road, Greg pulled up next to me in the right-hand lane and turned right. I was in the left lane and was forced to turn left. I was able to turn around and I saw Greg get onto the exit seven on ramp to Route 3 headed south. At that point I lost sight of Greg and I drove to Country Side Drive in Hollis/ Nashua and the surrounding area. I was not able to locate Greg again and ended surveillance for the day. At 3:59 PM Laurie texted me that Greg was back in the office for that day, but she was not sure what time he arrived.

On 4/5/19 at 10:00 AM I arrived in the area of Nashua City Hall and parked on a side street where I could view Greg leaving. At 12:19 PM I saw Greg walk to the parking garage and leave in his maroon Ford Fusion Massachusetts plate 194PV8. I was able to follow Greg to West Hollis Street, but due to traffic I lost sight of him. I then searched the area and Country Side Drive in Hollis/ Nashua, but I was not able to locate him. I then ended surveillance for the day. At 2:24 PM Laurie texted me that Greg had returned to the office for the day.

On 4/8/19 at 10:00 AM I waited on Route 111 in Nashua to see if I could make visual contact with Greg in an effort to see where he went on Country Side Drive. I was not able to make visual contact with Greg that day and I searched the area again with negative results. I then ended surveillance for the day. At 2:41 PM Laurie texted me that Greg had returned to the office for the day.

On 4/9/19 at 10:15 AM I waited outside of Nashua City Hall on a side street. At 12:36 PM I saw Greg leave Nashua City Hall in his maroon Ford Fusion Massachusetts license plate 194PV8. I followed Greg as he got onto West Hollis Street and headed towards Hollis on Route 111. I was able to follow Greg to Country Side Drive in Hollis/Nashua where I again lost him due to traffic. I drove around the area again looking for Greg, but I was not able to locate him and I ceased surveillance for the day. At 2:40 PM Laurie texted me that Greg had returned to the office for the day.

On 4/10/19 I waited at the Rail Trail parking area at the end of Country Side Drive where I usually lost sight of Greg. There was a stop sign with only a

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com

left- or right-hand turn.  My plan this day was to use my drone to follow Greg in hopes of being able to follow without worrying about traffic.  Around 11:30 AM I made visual contact with Greg in his maroon Ford Fusion Massachusetts plate 194PV8 at the end of Country Side Drive and go left onto Gilson Rd.  I was able to follow Greg with my drone for 1.6 miles before I had to turn around due to interference.  I was able to see Greg take a left at the stop sign on Gilson Road at the intersection for Captain's Corner convenience store.  I then got in my vehicle and drove around the area looking for Greg.  I also went to Greg's house to see if he doubled back there, but he was not home either.  I then ended surveillance for the day.  At 2:41 PM Laurie texted me that Greg had just returned to the office that day.

On 4/11/19 I waited at the Rail Trail parking at the end of Country Side Drive again to see if I could follow Greg from that point.  At 11:00 AM Greg pulled into the same parking area I was and parked his maroon Ford Fusion Massachusetts plate 194PV8.  Greg sat and smoked a cigarette and then took his cowboy hat off, reclined his car seat and began to nap.  At 11:56 AM Greg woke up and exited the Rail Trail parking.  Greg then headed back to the assessor's office via Country Side Drive and Route 111.  I was able to follow Greg back to Nashua City hall and at 12:14 PM I saw Greg walk into City Hall.  At that point I ended surveillance for the day.  The following photographs are of Greg napping in his vehicle during work hours.  I took photographs of damage to the vehicle and other characteristics to use as a comparison for accuracy.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



   On 4/12/19 I again waited at the Nashua Rail trail, but I was not able to locate Greg this day. I drove around the area again with negative results and at that point ended surveillance for the day.
   On 4/15/19 at 10:30 AM I parked at the Nashua Rail trail again at the end on Country Side Drive. Greg pulled his maroon Ford Fusion into the Rail Trail parking lot again at 11:17 AM and parked his vehicle and again napped in his care until 1:44 PM. I was able to follow Greg back onto 111 where he walked back into city hall at 2:00 PM. The following photographs are of Greg napping at the Nashua Rail Trail during work hours and walking back into work.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



    On 4/16/19 I again waited at the Nashua Rail Trail for Greg.  At 12:04 PM I saw Greg drive by in his maroon Ford Fusion Massachusetts plate 194PV8 and take a left at the end of Country Side Drive onto Gilson Road heading towards Captain's Corner.  I was able to follow Greg until Captain's Corner where he entered a residential area and I was not able to follow him.  I drove around the area looking for Greg, but I was not able to locate him again and I ended surveillance for the day.  Laurie texted me that Greg returned to work at 2:40 PM that day.

    On 4/17/19 I waited at the Nashua Rail Trail for Greg.  Around 1:00 PM I saw Greg in his marron Ford Fusion Massachusetts license plate 194PV8 coming from the direction of Captain's Corner on Gilson Road.  I attempted to follow Greg, but I lost him at Depot Road and I was not able to locate him again and I ended surveillance for the day.

    On 4/18/19 I waited at the Nashua Rail Trail for Greg.  At 12:36 PM I saw Greg drive by in his maroon Ford Fusion Massachusetts plate 194PV8.  Greg took

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com

a left onto Gilson Road headed towards Captain's Corner. I was able to follow Greg for a bit, but I lost sight of him again in a residential neighborhood. I then began to search the area for spots Greg could park and take a nap. While driving by the Holiday Inn on 9 Northeastern Blvd, in Nashua, NH I saw Greg's vehicle parked in the back lot of the Inn. I pulled into the parking lot at 12:50 PM and at 1:46 PM Greg left the parking lot and drove back to Nashua City hall. The following photographs are of Greg sitting in the Holiday Inn during work hours.



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



    On 4/19/19 I waited at the Nashua Rail Trail again for Greg.  Around 11:15 AM I saw Greg in his maroon Ford Fusion Massachusetts plate 194PV8 at the stop sign for Country Side Drive.  I was able to follow Greg on Gilson Road towards Captain's Corner, but I lost him again when he turned into a residential neighborhood.  I decided to check the Holiday Inn on 9 Northeastern Blvd in Nashua, NH and at 11:29 AM I spotted Greg's vehicle in the same spot as 4/18/19.  Greg stayed in the parking lot for quite some time and left around 1:20 PM.  I was able to follow Greg back to city hall where he walked back in at 1:36 PM.  The following photographs are of Greg parked in the Holiday Inn and walking back into work.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



On 4/22/19 I waited at the Rail Trail in Nashua, NH. Greg drove by in his maroon Ford Fusion Massachusetts plate 194PV8. I was able to follow Greg to the Holiday Inn on 9 Northeastern Blvd in Nashua, NH where he again parked in a back-parking lot. Greg stayed in the parking lot until about 2:37 PM when he left and drove back to Nashua city hall. Greg then walked back into city hall at 3:01 PM. The following photographs are of Greg at the Holiday Inn during work hours and walking back into city hall.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



**Conclusion:**  Greg has been signing out of the office saying he is doing field work, when he is actually, driving aimlessly around to accrue mileage and waste time napping or sitting in his personal vehicle. The following picture is of a sign out board which Greg used on 4/22/19.

# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com



# FREYLER INVESTIGATIONS L.L.C.

159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:
Freylerinvestigations@Gmail.com

Greg wrote he would be out to lunch and in the field, but he did not return until 3:01 PM, nor did he perform any work besides driving around and then parking for hours at the Holiday Inn on 9 Northeastern Blvd in Nashua, NH.

    The past three weeks I have been following Greg he has consistently left the Nashua city hall and drove onto West Hollis Street to Route 111, where he typically takes a left onto Country Side Drive in Nashua and then another left onto Gilson Road.  At Captain's corner Greg typically goes left or into residential areas and drives around until he ultimately ends up at the Holiday Inn.  I



https://www.google.com/maps/place/Nashua,+NH/@42.7382079,-71.4980946,13z/data=!4m5!3m4!1s0x89e3b0e42dfabf85:0xb6660811428bea55!8m2!3d42.7653662!4d-71.467566                                          1/1

# FREYLER INVESTIGATIONS L.L.C.

**159 Main Street Ste. 100, Nashua, NH 03060          PHONE: (603) 7034523          EMAIL:**
**Freylerinvestigations@Gmail.com**

attempted to get copies of surveillance from the Holiday Inn, but they have not been responsive to my request.  On the busier days I was waiting for Greg at the Nashua Rail Trail he did not pull in and I suspect his use of that area is dependent on how many people are currently using it.  It is my conclusion Greg has been abusing company time and charging for mileage that is not work related by driving around and sleeping at the Holiday Inn on 9 Northeastern Blvd in Nashua, NH or the Nashua Rail trail parking on Gilson Road.  Included on the last page of map with Greg's usual route outlined in light blue.

-End Report

# Investigative Report - Additional Information to Freyler Investigations, L.L.C

**Date 5/1/19**

**Laurie Ortolano**
**Surveillance Target: Greg Turgiss, Nashua NH city employee in commercial assessing office**
**Reason for Surveillance: Suspected abuse of company time and mileage.**

**Case Summary:** I worked with William Freyler to assist in checking in the office for sign out times on the whiteboard along with some return times to City Hall.

### Tuesday - April 9, 2019 - Very cold blustery day

There was a scheduled NHAAO monthly meeting in Concord today so I checked in the Office in the morning and he was there is a closed door meeting with Louise and Kim. He did not attend the meeting. Will picked him up heading out of City Hall at 12:15 heading into the parking garage. I went to City Hall in the afternoon and his car was back in the garage at 2:55 PM.

### Wednesday, April 10, 2019 - 40 degrees and sunny day after 11:00 AM

Popped into the office in the morning and heard Greg mentioned an appointment at 25 Cornell Rd. for an exemption. Was leaving soon.

I took my dog for a walk down Berkeley St., right onto Laton St. and then right onto Concord St., heading north. At 10:59 am I called Will and told him Vehicle MA #194 PV8, Greg Turgiss vehicle, had just passed me as I approached Concord and E. Stark St. I took my dog back to my home, packed up my truck to head to the dump and headed over to 25 Cornell Rd. to see if Greg was at the appointment. Vehicle #194 PV8 was parked in the road next to the home.

He came out of the home about 11:14 am (I believe he arrived at the home just after 11:00 AM). He spent about 10 minutes at the property. He headed back down Concord St. towards City Hall and I followed. He took a right onto Water St., looped around the old court house and past California Burrito onto Chestnut St. He took a right onto W. Hollis and headed down to Countryside Dr. I turned at the dump and dropped off my leave bags. Will picked him up with his drone in the rail trail lot on Gilson Rd.

### Thursday, April 11, 2019 - weather warm and sunny 55 degrees

Checked the office and pulled some data off the computer. Greg left the office at 10:40 am and wrote "field" on the whiteboard. Steve Bolton's mother's service was held was this day. Will texted my at 11:00 AM that Greg had just pulled into the trail lot was

playing music and smoking a cigarette. Will captured pictures and followed Greg back to the office. He went back into City Hall at 12:15. I headed over to City Hall at 1:11 and checked to see if his car was in the garage. It was.

Kim Kleiner was working with Greg and Louise for the afternoon, running up and down the stairs gathering information. I stayed in the office retrieving MLS data until 4:15 PM. Greg was their for the entire afternoon.

Spent 1.5 hours out without any field work.

**Friday - April 12, 2019 - weather was cool and comfortable, part sun in the**

**afternoon.**

I had an Asb meeting in Concord at 9:00 am followed by an afternoon meeting with Peter Roth and Chuck Reese. I did not get back to Nashua until after 3:00 pm. I called off the PI work for the day.

**Tuesday, April 16, 2019 - Sunny afternoon day**

Parked on Elm Street behind City Hall with a line of sight to the garage stairwell. Greg entered the garage at 11:49 AM. I followed him all the way down to the left turn on Countryside Dr. for Will to take over. Will lost him. I went back to Elm Street at 2:00 PM and he came out of the garage at 2:38 pm headed back into City Hall. He was out about 3 hours today.

**Thursday, April 18, 2019**

Board of Assessors public session ended at 9:00 AM and the Board went into non-public session. I headed home for a bit and figured Greg would leave around noon.

I drove back to City Hall and parked on Elm St. with a line of sight to the stairwell to the parking garage. I headed into the Assessing department at 11:45 am to be certain he was still in there. I pulled up property cards and checked data. He signed out at 12:10 pm. I went back out to the truck and waited for him.

He entered the stairwell at 12:17 pm. I tailed him down the typical route (west Hollis to exit 5 intersection, past the police department, NHSS, to where he turned left on Countryside Dr. He entered Countryside Dr at 12:37 pm. Will took over from there. Will

was able to tail him to the Northeastern Blvd. Holiday Inn Parking lot. He stayed in the parking lot until 1:46 pm and then drove back to City Hall.

He spent more than 1.5 hours out doing no field work.

**Friday - April 19, 2019 - Good Friday**

Greg signed out for "field" work at 10:56 am. Will found him in the Holiday Inn back corner parking lot at 11:29 am. He stayed until 1:20 pm and then arrived back at City Hall at 1:36 pm.

*He stayed out just over 2.5 hours with no field work done.*

I stopped by City Hall at 3:30 and he had left for the Holiday weekend at 3:00 pm.



**Monday - April 22, 2019**

Will's last day for PI work. He entered the parking garage at 12:34 pm. I had my vehicle lined up to the garage stairwell and checked the office. He signed out OTL/Field back in PM. He took his usual route down West Hollis St. to Countryside Dr. Will tracked him to the Holiday Inn parking lot. It took him about 25 minutes to do the driving loop. He stayed in the parking lot until 2:37 pm. He added mileage when he left the Holiday Inn by heading back to Captain's Corner, pulling into the athletic fields, turning around and heading back up 111 to the office. He was back in the office around 3:00 pm.

Mapquest shows he did a 16 miles loop with no field work done. 2.5 hours out of the office.



**Tuesday, April 23, 2019**

I took over on my own knowing his 2 locations were the Rail Trail lot on Gilson Rd. and the Holiday Inn lot on Northeastern Blvd.

He signed out on the whiteboard to do "field" work at 10:51 am. Wrote on the Board that he would be back at 1:00 pm. I headed down to the rail trail lot and he was sitting in his car, window down, arm hanging out at 11:00 am when I arrived. I took distant photo's from the road as I was fearful to get too close and enter the lot. I stayed for about 20 minutes and then went to Captain's Corner and waited about 20 minutes. I figured that he might take a nap and I could pull into the lot at that point.

I went back to the trail lot at 11:50 am and he was asleep in his car. Window up and seat reclined. I pulled in right behind him with my truck bed facing his truck and inline with his vehicle #194 PV8. I took photos for almost 2 hours. He left the park at 1:18 pm. He arrived back at the office at 1:40 pm.

He was out of the office almost 3 hours and did not field work.









Sleeping in car. Seat down
Apr 23, 2019, 12:02 PM



