UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| The City of Nashua, *et al.*, ) | |
| ) | |

## DECLARATION OF KIMBERLY KLEINER

I, Kimberly Kleiner, make this Declaration in support of my Motion for Summary Judgment.

1. I am currently employed as the Town Administrator for the Town of Litchfield.

2. From January 10, 2016 until September 2022 I was employed full time with the City of Nashua. On May 16, 2019, I was appointed as the Administrative Services Director ("ASD") for the City by Mayor James Donchess, and confirmed by the Nashua Board of Aldermen. As ASD, I oversaw approximately twelve departments within the City.

3. In my role as Administrative Services Director for the City, my duties included:

    - Planning and directing the operation of the Administrative Services Division, to include Assessing, Benefits, Human Resources, Information Technology, Payroll, Purchasing, Risk, and GIS;
    - Manage Administrative Services Division, to include budgets, goal setting, performance management, and performance improvement;
    - Assisting with budget planning and the City's fiscal policy; planning, developing and executing short and long term City projects; coordinating (on behalf of the Mayor) with departments outside of the Division;
    - Represented the Mayor's interests and goals as directed, largely as related to City government administration, particularly in areas requiring coordination/collaboration between multiple divisions/departments; acted on behalf of the Mayor in both administrative and public capacities; and
    - Communicate broadly in furtherance of the provision of Administrative Services and coordination of projects and programs with citizens, City

1

       managers and directors, Legal Department, boards and commissions, and external agencies; ensure consistent application of City policies related to administrative services. Participate in developing collective bargaining strategy and support negotiations.

4. Part of my duties as ASD included attending meetings for the Board of Aldermen, attending various Committee meetings for the City, and when requested, to make reports to the Board and Committees.

5. I first became aware of Plaintiff in or about November 2018 when I was still working as the Mayor's Chief of Staff. Plaintiff was one of a number of residents complaining about their property assessments.

6. Sometime in the fall of 2018 the City's assessing department underwent a management audit at the request of the Mayor.

7. At some point after the management audit was delivered to the Board of Aldermen, the Mayor asked me to assist with the oversight of the Assessing Department. That continued until I was appointed ASD.

8. When I became ASD, one of my tasks was to help increase the efficiency of the Assessing Department.

9. In the spring of 2019 after residents had received their property tax bills in December 2018, reflecting revaluations, the City received an increased number of abatement requests.

10. Due to an increased number of requests for documents from the Assessing Department by plaintiff and others, new procedures were implemented to make best efforts to satisfy document requests and so that the Assessing Department staff could perform their daily job duties.

11. Additionally, assessors in the department became concerned that when they gave verbal responses to requests, their responses were not accurately reflected in statements made by Plaintiff on the issues and in some instances were misconstrued by Plaintiff.

12. For this reason, in approximately March/April 2019, the City implemented a procedure whereby Plaintiff was requested to write down her questions for the assessors, and in response, John Griffin (Chief Financial Officer) would provide Plaintiff with written responses to her questions.

13. The City also implemented a procedure regarding large multiple document requests made by residents, including but not limited to Plaintiff, for properties not their own. These requests would often require production of more information.

14. In approximately June 2019, due to the increased number of document requests made to the Assessing Department and the concern that these might fall under statutory Right to Know Requests, the requests were directed to the City's legal department.

15. Plaintiff attempted to obtain information about assessing records directly from staff when they were outside of their offices. On one occasion in September 2019, I saw that one of our staff was visibly upset and shaken after an encounter with Plaintiff outside of the building. Plaintiff tried to question the staffer about work related matters. Most of the staff of the assessing department did not want to have contact with Plaintiff outside of their work.

16. On that same occasion, Plaintiff came to my office looking for information that was on another staffer's desk. To my knowledge, the document/information that Plaintiff sought did not belong to Plaintiff. I directed Plaintiff to the legal department.

17. In approximately July 2020 the City made a proposal to the Finance Committee to hire Inception Technologies for the scanning of the Assessing Property record files. The proposal was approved. The cost estimate for the City was $59,638.

18. In late January 2022 I, along with Richard Vincent, Chief Assessor, received several emails from Plaintiff which Plaintiff copied to the NH State DRA and the Nashua Police Department.

19. Information and misinformation in those emails caused me to contact Raymond Feoli, the President of Inception Technologies. I believe I spoke with him on Friday, February 4, 2022.

20. During that conversation, Feoli informed me that a City employee named Ms. Ortolano had reached out to him on several occasions regarding the status of the scanning project. Feoli informed me that Ortolano told him she could expedite payment on the remainder of his invoices for the scanning project.

21. I did not know at the time I spoke with Feoli whether Ortolano did or did not misrepresent herself to Feoli as a City employee; I only knew what Feoli told me that he was led to believe when he spoke with Ortolano. I had no reason to doubt what Feoli said to me. I informed Feoli that Ortolano was not employed by the City. Upon learning this, Feoli expressed concern to me. I told Feoli that I would inform the Board of Aldermen on the status of the project.

22. On Sunday morning February 6, 2022, Feoli sent an email to me that was addressed to the Board of Aldermen. A copy of that email is attached as Exhibit A and was produced in discovery by my attorneys as KLEINER 000004-5.

23. I did not request Feoli to send me an email. However, because his email was directed to the Board of Aldermen, I felt I needed to provide it to the Board in advance of their meeting on February 8, 2022.

24. The content of Feoli's email is the same as what he told me when he and I spoke on Friday February 4, 2022.

25. Feoli's email states that he "was deceived by individual, Laura Ortolano, who portrayed herself as city employee to" him on three different occasions. (Exhibit A).

26. Feoli's email states that during one of his conversations with Ortolano, she mentioned that she would make sure payment was expedited on any open invoices.

27. On Tuesday morning, February 8, 2022, Feoli contacted me and informed me that his office had been called four times by Ortolano, and that he did not return those calls.

28. On February 8, 2022 I spoke at the Board of Aldermen's regular meeting to provide them an update on the status of the scanning project and to let them know what Feoli told me when we spoke on Friday. I also informed the Board about how Feoli sent the email through me to them.

29. I spoke in the beginning of the February 8, 2022 meeting (time reference 13:56—19:38). The Board voted to place the Feoli email on file which is reflected in the minutes, which document was marked at my deposition as Exhibit 17, and is attached hereto as Exhibit B. (Time reference 19:58—20:06). A link to the Board of Aldermen meeting is:

https://www.nashuanh.gov/AgendaCenter/PreviousVersions/_02082022-5856

30. A copy of the statement I prepared and read at the meeting concerning the status of the scanning project is attached as Exhibit C, and was produced by my attorneys in discovery as KLEINER 000001-3.

5

Sworn and subscribed to under the pains and penalties of perjury this 30th day of May, 2024.

Date: 5/30/24                By:  /s/ *Kimberly Kleiner*
                                  Kimberly Kleiner


STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Sworn to and subscribed before me by Kimberly Kleiner, this 30th day of May 2024.

/s/ Theresa L. Briand
Notary Public/Justice of the Peace
Print Name: Theresa L. Briand
My Comm. Expires: 7/31/2024

EXHIBIT A



# THE CITY OF NASHUA
### Administrative Services Division

"The Gate City"

EXHIBIT 16
WIT: Kleiner
DATE: 5/9/24
Cynthia Foster, RPR, LCR

To: President Lori Wilshire
Board of Aldermen

Cc: Mayor Jim Donchess

From: Kim Kleiner, Director of Administrative Services

Date: February 8, 2022

Subject: **Assessing Project with Inception Technologies**

---

On Sunday, February 6, 2022, I received the attached communication from Ray Feoli, President of Inception Technologies. I look forward to addressing the Board of Aldermen this evening to provide a brief update of the project and answer any questions regarding this communication.



# THE CITY OF NASHUA
## Administrative Services Division

"The Gate City"

EXHIBIT 16
WIT: Kleiner
DATE: 5/9/24
Cynthia Foster, RPR, LCR

To: President Lori Wilshire
   Board of Aldermen

Cc: Mayor Jim Donchess

From: Kim Kleiner, Director of Administrative Services

Date: February 8, 2022

Subject: **Assessing Project with Inception Technologies**

---

On Sunday, February 6, 2022, I received the attached communication from Ray Feoli, President of Inception Technologies. I look forward to addressing the Board of Aldermen this evening to provide a brief update of the project and answer any questions regarding this communication.

229 Main Street • Nashua, New Hampshire 03060 • Phone (603) 589-3020

CAUTION: This email came from outside of the organization. Do not click links/open attachments if source is unknown.

To the Board of Alderman,

My name is Raymond Feoli, President of Inception Technologies. My company has provided the City with document scanning services for the Assessors records. I am writing to the Board after having conversation with Kim Kleiner today. It has come to my attention that I have been deceived by individual, Laura Ortolano, who portrayed herself as city employee to me on thre different occasions.

My first conversation was approximately a month ago. Ms. Ortolano called my company and had left a voicemail asking for an update on the project regarding the PO Number 158909. I promptly returned her phone call thinking she was a city employee. She explained that based on the invoices the City had there was approximately $22K left on the existing PO. I had explained to her that had just finished a batch and was billing another $12K against the PO. She had also asked about when documents were going to be returned and I told her that we were scheduled to drop off a batch and pick up another batch. During that conversation, she had mentioned that she would make sure payment was expedited on any open invoices. I told her we just sent the invoice so it was no hurry on that.

This past Friday I received a voicemail from Ms. Ortolano which I forwarded to Kim Kleiner after speaking with Ms. Ortolano and finding out about this person from Kim. I called her back thinking she was with the city and we had just invoiced another batch. Getting close to the original PO amount, I thought she was just syncing up with my company to make sure we were on track with the PO and boxes. She asked several questions about accessing the documents and the public having access to those records. She explained that while my company had the documents, she stated "we don't have access to those files. When can we get those files back?" I corrected her and said well you may not have access to the physical records, what we have scanned was searchable and could be emailed or printed by finding the records in the DocuWare system. I said to her thinking she was an employee "I don't know if a login has been created for you or if you are able to have access to those records in the assessors database, but if you don't, then someone in the assessors department could provide those files." I went on to explain that we had picked up a batch of approximately 80 boxes and due to the remainder on the PO, we had broken that big batch into smaller batches to avoid exceeding the original PO amount. I did mention that I had just quoted the City on the remainder of the boxes. She thanked me ended the conversation.

She called back a little while later on my cell phone. During this conversation she asked me about the files left to scan. I had explained that I did 2 quotes for the Assessors department. One quote was for the boxes we had sitting in our warehouse that would most likely not fit under the existing PO. That was approximately 55 boxes. I then mentioned that I had donea separate quote for 98 boxes that the department has ready to go once the approval or PO was cut. She passed a comment implying that she was going to help push that along and would let me know when she sees it. I said thank you and we hung up the phone.

Its important to note that any document scanning project is an estimate on the volumes of paper. When we originally did the inspection with Bruce Codagone, we estimated that the City had approximately 1.2 million pages which we felt was a conservative estimate. The thought was to scan the entire set of records over a couple of budget years and show the value the city was going to get from the system. So when we quoted it both Bruce and Inception was aware that we had not accounted for the entire set of records in the initial proposal.

I would be happy to meet with the Board and answer any questions you may have regarding my conversations with Ms. Ortolano or the project itself. Please let me know if there is anything else I can do to assist you further. Thank you.

Sincerely,

Raymond Feoli
President
Inception Technologies Inc.
www.inceptiontech.com
603-703-0223 direct
508-801-3279 cell

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

A regular meeting of the Board of Aldermen was held Tuesday, February 8, 2022, at 7:30 p.m. in the aldermanic chamber and via Zoom teleconference which meeting link can be found on the agenda and on the City's website calendar.

President Lori Wilshire presided; City Clerk Susan Lovering recorded.

Prayer was offered by City Clerk Susan Lovering; Alderwoman-at-Large Gloria Timmons led in the Pledge to the Flag.

Let's start the meeting by taking a roll call attendance. If you are participating via Zoom, please state your presence, reason for not attending the meeting in person, and whether there is anyone in the room with you during this meeting, which is required under the Right-To-Know Law.

The roll call was taken with 15 members of the Board of Aldermen present: Alderman O'Brien, Alderman Sullivan, Alderman Klee, Alderman Moran, Alderman Lopez, Alderman Jette, Alderman Clemons, Alderwoman Kelly, Alderman Comeau, Alderman Dowd, Alderman Gouveia, Alderman Cathey, Alderman Thibeault, Alderwoman Timmons, Alderman Wilshire.

Mayor James W. Donchess, Corporation Counsel Steve Bolton, were also in attendance.

EXHIBIT 17
WIT: Kleiner
DATE: 5/9/24
Cynthia Foster, RPR, LCR

REMARKS BY THE MAYOR

Mayor Donchess

So I wanted, again, as I have been doing over the last number of meetings, a couple of years give you the latest COVID numbers but let me make clear first what I'm giving you. I tell you about the hospital statistics every time. We get these numbers directly from the hospitals. We have a weekly call. They go through their census and they tell us how many COVID patients they have. So if you wonder about the accuracy of those numbers, talk to the hospitals because that's where we're getting the information.

When it comes to the other COVID numbers, we're getting those from the State of New Hampshire. We are not tabulating. We are not counting. We are not massaging. We get these directly from the State of New Hampshire. So if you think they're not accurate, please contact Concord.

Now what we have this week is still numbers that are high but certainly they are a lot better than they were a few weeks ago. In terms of hospitalization, we have 20 people hospitalized in the two hospitals. Now we've seen in the last month, six weeks, there were 70 people. So now it's only 20 which is good but relatively good but certainly not as good as it was over the summer.

Alderman Comeau asked about primary diagnosis. I did ask that question of the hospitals. It's an interesting question. They say that it is very hard to sort that out because often times people come in reporting something other than COVID – stomach ailment, a heart problem, other things. In the end, the ultimate diagnosis is that even a heart issue, a stomach issue, is caused by COVID so it's very hard to kind of determine sort it out. It is because we have gotten numbers on the same standard for months and months. The fact that we have 20 now is better than 70 a few weeks and it's not as good as 5 over the summer. So we know that the hospitals are less stressed than they were. Now they still have FEMA – people in both of the hospitals as well as National Guard because they have had trouble keeping themselves staffed with the COVID patients, with their other patients, with staff shortages, and people leaving the profession. There are just a lot of issues that the hospitals have. So that gives you some insight I hope about the hospitals.

In terms of COVID, over the last two weeks 974 cases have been reported in Nashua. A lot of cases but a lot better than several weeks ago when that number was up around 3,000. During the summer months, it was down in the low double digits over two weeks. Not a particular big number of cases but it is coming down rather dramatically and that's of course very good news. Still a lot more than we'd like. There are currently 406 active cases and the positivity rate over the last seven days on average has been 14 percent. Too high but again it was 28 a few weeks ago. So 14 is relatively good. We're looking forward to it coming down further. Bobbie Bagley of course is constantly working and Kim Bernard on this issue.

On a medical subject, I wanted to mention that AMR announced today that they are beginning a program here in Nashua that enables people to become EMTs. They will pay people go through the EMT program which will further and expand the number of EMTs which we desperately need. So they're paying people and they will then take them to be EMTs once they're educated. It's like a 10 to 12 week program. It's pretty expensive for AMR but they are also focusing and trying to get as many Nashua people into the program as they possibly can. They've previously done this in Manchester now

they're doing it in Nashua. AMR has been serving the city for a long, long time and have done a really good job and this hopefully will help us strengthen our medical community.

On another subject Madam President, Matt Sullivan is in the room here. I think you're all familiar with him. He's currently the Planning Director. I have nominated him subject to your confirmation to become Community Development Director. The job previously held by Sarah Marchant. We had an interview committee interview 4 or 5 people, including Matt. Most of the others from out of State but the committee was unanimous in suggesting that Matt would be the strongest applicant. We know he's done a very good job as Planning Director, works very well with the Planning Board, Chair of the Planning Board thinks he does a very good job. In addition, we've gotten good citizen feedback. I personally have thought he's done an excellent job. So I'll be nominating him. Of course this will get referred to the Personnel Committee and you will assume next time you meet you will interview him to the extent you think you'd like to.

I also wanted to mention Madam President concerning downtown. We have an environment down here where retailers can succeed. We've seen it with a number of new businesses, new restaurants but the most recent one which has now been with us for several months is CasaNova which is a men's boutique near where Ja Ja Belle's is. They're doing very well. Kate Dagiais a Nashua person is the proprietor, the owner of that business. I went in. I got a shirt. It costs only $98. It was really a good deal. It was great and I hope that you all will consider patronizing it. We've seen Camaraderie. We've seen (inaudible), Raja, a lot of new businesses are opening and they seem to be doing very well. We're seeking to build of course – I'm sure you agree – a stronger, healthier economy for the city including downtown. The stronger the businesses are downtown in the long run, the stronger tax base we will have. Other than that Madam President, I think I've concluded but of course if anybody does have questions, I'm certainly available.

President Wilshire

Thank you Mayor.

RESPONSE TO REMARKS OF THE MAYOR

Alderman Sullivan

Thank you Madam President. I would like to also speak highly of CasaNova. I bought a sweater there. It wasn't $98 but they didn't have it because of supply chain. Kate the CEO was in constant contact and I just got the e-mail today that the sweater is in. I'm sure we have good taste in clothing so nice job.

Alderman Cathey

Thank you Madam President. Mr. Mayor two questions. One would be have the hospitals talked about a plan to increase the staffing or how the city could help in that way. I know that they have been struggling over the past some months to get staffing. Have you guys talked in depth about that or has that not been on the table?

Mayor Donchess

Several weeks ago we had rather than the regular meeting, an emergency meeting really and they asked what could the city do to help them. So what we lined up was the police and fire departments both agreed that they would provide – they could get volunteers to come on a detail rate basis. We offered that to the hospitals but in the interim, they reported that they had less employees on quarantine or isolation so that helped and they got these FEMA people. The FEMA people are actually paramedics so that's very helpful and they got the National Guard. So in the end although the police and fire departments were both very helpful in sort of making this a possibility and in the end, the hospitals have not called on us to provide people on that basis.

Alderman Cathey

Okay great. My second question would be if people wanted more information about the AMR EMT could they just go to the website or is there a better way to look up that information?

Mayor Donchess

I don't know if it's on their website. I think just call them, especially if they'd like to apply. They're looking for applicants. Chris Stawasz is one of the people that's very familiar here in the city and he could provide I'm sure all the information. There was a press thing today and he was there. Very well known in Nashua.

Alderman Cathey

Thank you.

President Wilshire

I did see that on the news tonight. I thought that was pretty interesting. They pay you to learn and pretty good deal. Anyone else?

Alderman Jette

I think the Mayor for supporting downtown business. I heard an inflation was going up. I think $98 is what I paid for the last suit that I bought.

Mayor Donchess

Is that the one you've got on?

RECOGNITION PERIOD – None

READING MINUTES OF PREVIOUS MEETINGS - None

COMMUNICATIONS REQUIRING ONLY PROCEDURAL ACTIONS AND WRITTEN REPORTS FROM LIAISONS

From:   Donna Graham, Legislative Affairs Manager
Re:     Communications Received from the Public

*There being no objection, President Wilshire accepted the communication and placed it on file.*

PERIOD FOR PUBLIC COMMENT RELATIVE TO ITEMS EXPECTED TO BE ACTED UPON THIS EVENING - None

COMMUNICATIONS REQUIRING FINAL APPROVAL

*There being no objection, President Wilshire suspended the rules to allow for the introduction of a communication received after the agenda was prepared.*

From:   Kim Kleiner, Administrative Services Director
Re:     Assessing Project with Inception Technologies

President Wilshire

I'd like to recognize Director Kim Kleiner.

Kim Kleiner, Administrative Services Director

Good evening Madam President, members of the Board. Thank you for allowing me to be here this evening. I'd like to give a little bit of background if you don't mind. Back on July 15th of 2020 we brought a proposal to the Finance Committee with Inception Technology for the scanning of the property record files. This contract in the amount of $59,638 was being charged against GOFERR funds. At that time, we clarified that this was only an estimate and additional charges would come forward should the records exceed the amount estimated. To date, $52,245 have been invoiced leaving a balance of $7,392.

Over the past year and a half, we have provided boxes of records to Inception. Often 100 at a time. They are signed out and they are signed in. These records have been scanned into a docuware database. Over the past year and a half, a number of other changes have taken place. During the shutdown caused by COVID, we were slowed significantly on the number of boxes which could be transferred. Ms. Ocha, an employee of the Admin. Services Division became a trainer on the system and she left the city. Five other employees within the Assessing Department familiar with the project also left the city and five new employees were hired. The Assessing Department has been focusing on the tasks that are statutorily required by the State of New Hampshire, including abatements, exemptions, and credits, and a full measure and list revaluation. Currently, we have 28 boxes which are at Inception Technologies in the process of being scanned

against the original contract.  They also have another 55 boxes which they will need to have put on a new quote and we will need to bring Finance a change order.  We also have 98 boxes within the Assessing Department ready for scanning.  These 153 boxes plus an additional 20 gigabytes of storage have been quoted for $44,000.  The Assessing Department has funds currently within their existing budget.  We are working with Inception to bring the quotes to the Finance Committee.  This does not include the public interface that would be required so that the public could access the documents which is quoted at an additional $7,500.

As we stated back in July of 2020 at that Finance Committee meeting, the files uploaded to docuware remain in a private status until they are reviewed by the Assessing staff.  Files will then have to be reviewed, private information redacted, and then saved as public documents.  We are currently working to arrange the training of our staff.  The current revaluation in preparation for the July tax bills must take priority.  This was a huge undertaking for the Assessing Department.  Twenty-nine thousand plus property record files.  I'm proud of their accomplishments on this project and many others in the midst of many, many challenges.

Last week Chief Vincent and I received several e-mails on the project from a resident who also coped the State DRA and the Nashua Police Department.  Information and misinformation in those e-mails caused me to reach out to the vendor.  During our conversation with Ray Feoli, President of Inception Technologies, he informed me that a city employee named Ms. Ortolano had also reached out to him regarding the project and indicated that she could expedite payment on the remaining project.  I informed Mr. Feoli she was not employed by the city and for many reasons which was concerning to him.  I informed him that I would update the Board on the project, especially with a quote going to Finance.  He indicated that he would be happy to speak with you should you request he do so.

Sunday I received the e-mail from Mr. Feoli that is on your desk this evening.  Today I was contacted by Mr. Feoli again and he had expressed that his office received four calls this morning which he had not returned.  Mr. Feoli and Inception Technologies have been a pleasure to work with and provide the city with exceptional service.  We certainly hope that that will continue into the future.  Thank you.

President Wilshire

Thank you Director Kleiner.

**MOTION BY ALDERMAN O'BRIEN TO ACCEPT THE COMMUNICATION FROM KIMBERLY KLEINER AND PLACE IT ON FILE**

ON THE QUESTION

Alderman Moran

What are we going to do to make sure our contractors know they're speaking to a city employee?

President Wilshire

Well that's a good question for the Legal Department I guess or for the Mayor.

Alderman Moran

This is very, very concerning.

President Wilshire

Very concerning.

Steve Bolton, Corporation Counsel

We've discussed that today at some length.  We're going to recommend some provisions be inserted in contracts essentially warning our vendors and contractors that they should exercise caution and make sure that if they received unsolicited phone calls, they should take care not to accept on face value if someone represents themselves as calling from the City of Nashua that that may not mean they are employed by the City of Nashua.  We'll be investigating how best to incorporate such provisions into contracts, and purchase orders, and other arrangements.

Good evening

Back on July 15th 2020 we brought a Proposal to the Finance comm. for a contract with Inception Technologies for the scanning of the Assessing Property record files.   This contract in the amount of 59,638. was being charged against GOFFER funds.  At that time, we clarified this was only an estimate and an additional charge could come forward should there be more records than estimated.

To date $52,245. has been invoiced leaving a balance of 7,392.

Over the past year and half we have provided boxes of records to Inception, often 100 boxes at a time.  They are signed out and signed in.   These records have been scanned into a Docuware database.   Over the past year and a half a number of other changes have taken place. During the shutdown caused by COVID, we were slowed significantly on the number of boxes which could be transferred.

Ms.Ochoa, an employee of Admin Services, who became a trainer on the system, left the city. Five other employees within Assessing familiar with the project also left the city and five new employees were hired.

The Assessing department has been focusing on the tasks that are statutorily required by the state of NH, abatements,

Exemption and credit applications and a Full Measure and List Revaluation.

Currently, we have 28 boxes which are at Inception in the process of being scanned against the original contract.  They also have another 55 boxes which will need to quoted and brought to Finance on a change order.   We also have 98 boxes within the Assessing department ready for scanning.  These 153 boxes plus an additional 20GB of storage have been quoted for 44K.  The Assessing department has funds currently with their existing budget.   We are working with Inception to bring the quotes to the Finance committee.  This does not include the public interface which would allow the public to access the documents, which is quoted at $7,500.

As we stated back in July of 2020, the files uploaded to Docuware remain in a private status until they are reviewed by Assessing staff.  Files will have to be reviewed and private information redacted and then saved as public documents. We are currently working to arrange training for staff.  The current revaluation and preparation for the July tax bills must take priority.  This was a huge undertaking for the department, 29,000+ property record files, and I am proud of their accomplishments in the misdt of other challenges.

EXHIBIT C

Last week, Mr. Vincent and I received several emails on the project from a resident copying the State DRA and the Nashua Police Department.  Information and misinformation in those emails caused me to reach out to our vendor.  During a conversation with Ray Feoli, President of Inception Technology he informed me that a "city employee" named Ms. Ortolano, had also reached out to him regarding the project and indicated she could expedite payment on the remaining project.

I informed Mr. Feoli she was not employed by the city.  For many reasons this was concerning to him.  I informed him I would update the Board on the project especially with the new quote going to Finance. He indicated he was happy to speak with the board should you request. Sunday, I received the email from Mr. Feoli that is on your desks this evening.   Today, I was contacted by Mr. Feoli and he expressed that his office had been called four times this morning by Ms. Ortolano, which he had not returned.

Mr. Feoli and Inception Technologies have been a pleasure to work with and provide the city exceptional service.  We hope that will continue into the future.

KLEINER 000003