UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano | : |
| | : |
| v. | : Civil Action No. 22-cv-00326-LM |
| | : |
| The City of Nashua, et al. | : |

## AFFIDAVIT OF MICHAEL CARIGNAN

I Michael Carignan hereby deposes and say as follows:

1. I am over the age of 18 and have personal knowledge of the facts set forth in this affidavit.

2. I was employed by the City of Nashua as a police officer in 1993 and was appointed as Chief of Police in 2019, a position I held until the end of 2021.

3. In 2019 I became aware of allegations made by Plaintiff Laurie Ortolano regarding possible criminal activity by certain members and/or supervisors of the City's Assessing Department. The Police Department undertook to investigate those allegations.

4. In advance thereof, Capt. Jon Lehto and I met with the Mayor and Kimberly Kleiner to advise them that the police would be conducting an investigation and interviewing employees of the City. A meeting with those in charge of a business or institution where an investigation was to occur was not unusual.

5. Although I was kept up to date on the investigation thereafter, I played no role in it.

6. In January 2021 I learned that officers had been called to the Legal Department at City Hall and encountered Ms. Ortolano, whom they were told had refused to leave the offices.

7. Although originally the responding officers had considered the matter closed, it later came to my attention that Ms. Ortolano had admitted on social media both that she had been asked to leave and that she had refused to do so.

8. I neither participated in the investigation into the trespass allegations nor directed those who did.

9. Although I agreed with the ultimate charging decision, I neither made the decision nor commanded it, nor did I participate in or order Ms. Ortolano's arrest.

10. I do believe the decision to arrest was proper. Although the Nashua Police do not typically charge in trespass cases unless a person has refused to leave after instruction from an officer, the investigating officers have discretion to do so. Here, as Ms. Ortolano had admitted to the crime, I believed that to be a proper exercise of their discretion.

11. To my knowledge and understanding, the arrest was not in retaliation for any statements or actions of Ms. Ortolano regarding City administration but based solely on her actions and admission to same.

/s/ Michael Carignan
MICHAEL CARIGNAN

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Sworn to and subscribed before me by Michael Carignan, this 30 day of May, 2024.

/s/ Stacy L. Beaule
Notary Public/~~Justice of the Peace~~
Print Name: Stacy L. Beaule
My Commission Expires: May 5, 2026

2