# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>      Plaintiff,<br>v.<br><br>The City of Nashua, New Hampshire, et al.,<br>      Defendants. | No. 22-cv-00326-LM |

## DEFENDANTS INCEPTION TECHNOLOGIES, INC. AND RAYMOND FEOLI'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed. R. Civ. P. 56, defendants Inception Technologies, Inc. and Raymond Feoli (collectively, "Defendants") hereby move for summary judgment as to Count Eight (Defamation) of the Verified Complaint asserted by Plaintiff Laurie Ortolano. For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court grant this Motion and dismiss Count Eight with prejudice.

Respectfully submitted,
Dated: May 31, 2024

Defendants Inception Technologies, Inc.
and Raymond Feoli,
By their attorneys,

*/s/ Brian T. Corrigan*
Brian T. Corrigan (*pro hac vice*)
122 Chestnut Street
Andover, MA 01810
(978) 988-1544
CorriganLaw@gmail.com

Emmanuel Gonzalez (Bar No. 275359)
Gonzalez Legal, PC
PO Box 221
Lynn, MA 01903
e@gonzalezlegaloffice.com
T. (781) 346-4874
F. (781) 318-5999

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

                                                   */s/ Brian T. Corrigan*
                                                   Brian T. Corrigan