# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>      Plaintiff,<br>v.<br><br>The City of Nashua, New Hampshire, et al.,<br>      Defendants. | No. 22-cv-00326-LM |

## **DECLARATION OF BRIAN T. CORRIGAN, ESQUIRE**

I, Brian T. Corrigan, Esquire, make this declaration under the authority of 28 U.S.C. 1746 and state as follows:

1. I am *pro hac vice* counsel to defendants Inception Technologies, Inc. and Raymond Feoli (collectively, the "Defendants").

2. I make this Declaration based on my own personal knowledge.

3. Following the Court's June 20, 2023 ruling on Defendants' Motion to Dismiss, I prepared an Answer to Plaintiff's Verified Complaint and conferred with prior Local Counsel.

4. Without access to the Court's e-filing system, I relied on prior Local Counsel to execute e-filings.

5. I did not properly coordinate with and confirm the e-filing by prior Local Counsel who subsequently withdrew from this case without advance warning, forcing me to scramble to find substitute Local Counsel.

6. I subsequently obtained access to the Court's e-filing system.

7. Upon receipt of Plaintiff's Motion for Default, I promptly e-filed Defendants' Answer.

I declare under the pains and penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated June 18, 2024

                                           */s/ Brian T. Corrigan*
                                           Brian T. Corrigan

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

                                           */s/ Brian T. Corrigan*
                                           Brian T. Corrigan