**Exhibit A**

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

LAURIE ORTOLANO

VS              NO:   22-CV-00326-LM

THE CITY OF NASHUA, Et Al.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


DEPOSITION OF LAURIE ORTOLANO

This deposition taken by agreement of counsel at the Law Offices of Cullen, Collimore & Shirley, 37 Technology Way, Suite 3W2, Nashua, New Hampshire, on May 8, 2024, commencing at 10:20 a.m.

```
 1   APPEARANCES:

 2   FOR THE PLAINTIFF:
     OLSON & OLSON
 3   31 Franklin Road
     Salisbury, NH  03268
 4   KURT S. OLSON, ESQ.
     KOLSON54@GMAIL.COM
 5
     FOR THE DEFENDANT, CITY OF NASHUA:
 6   CULLEN, COLLIMORE & SHIRLEY
     37 Technology Way
 7   Suite 3W2
     Nashua, NH 03060
 8   BRIAN J.S. CULLEN, ESQ.
     BCULLEN@CULLENCOLLIMORE.COM
 9   CHRISTINE BECOTTE, RISK MANAGEMENT

10   FOR THE DEFENDANT, JAMES DONCHESS, MAYOR; JOHN
     GRIFFIN, CHIEF FINANCIAL OFFICER:
11   RATH, YOUNG AND PIGNATELLI
     20 Trafalgar Square
12   The Glass Tower
     Nashua, New Hampshire 03063
13   MICHAEL A. PIGNATELLI, ESQ.  (VIA ZOOM)
     MAP@RATHLAW.COM
14
     FOR THE DEFENDANT, KIMBERLY KLEINER, ADMINISTRATIVE
15   SERVICES DIRECTOR:
     FRIEDMAN FEENEY
16   95 North State Street
     Suite 5
17   Concord, NH  03301
     DONA FEENEY, ESQ.
18   DFEENEY@FRIEDMANFEENEY.COM

19   FOR THE DEFENDANT, STEVEN BOLTON, CELIA K. LEONARD,
     DEPUTY CORPORATE COUNSEL:
20   UPTON & HATFIELD
     159 Middle Street
21   Portsmouth, NH  03801
     RUSSELL F. HILLIARD, ESQ.
22   RHILLIARD@UPTONHATFIELD.COM

23
```

```
 1   ALSO PRESENT (Continued)

 2   FOR THE DEFENDANT, INCEPTION TECHNOLOGIES and
     RAYMOND FEOLI:
 3   CORRIGAN LAW OFFICES
     122 Chestnut Street
 4   Andover, MA 01810
     BRIAN CORRIGAN, ESQ.
 5   CORRIGANLAW@GMAIL.COM

 6   ALSO PRESENT:   Christine Becotte

 7   COURT REPORTER:   Rebecca Lynn Metea, LCR

 8                      STIPULATIONS

 9       It is agreed that the deposition shall be
10   taken in the first instance in stenotype and when
11   transcribed may be used for all purposes for which
12   depositions are competent under New Hampshire
13   practice.
14       Notice, filing, caption and all other
15   formalities are waived.  All objections except as
16   to form are reserved and may be taken in court at
17   the time of trial.
18       It is further agreed that if the deposition is
19   not signed within thirty (30) days after submission
20   to counsel, the signature of the deponent is
21   waived.
22
23
```

| | | |
|---|---|---|
| 1 | Q | Your youngest son was in high school at the |
| 2 | | time you moved here? |
| 3 | A | Yes. |
| 4 | Q | That is as specific as I need. |
| 5 | A | Okay. |
| 6 | Q | When you came here, did you join any or seek |
| 7 | | to join any boards? |
| 8 | A | No. |
| 9 | Q | Have you since in Nashua? |
| 10 | A | Yes. |
| 11 | Q | Have you been on any boards here? |
| 12 | A | No, I didn't get appointed. |
| 13 | Q | Which boards did you seek to get appointments |
| 14 | | to? |
| 15 | A | The board of assessor's had openings, when it |
| 16 | | had an opening, two openings, when I started |
| 17 | | doing assessing work in 2018, so I applied, |
| 18 | | but I didn't receive a comment or response |
| 19 | | back.  I applied again in 2019, and I think I |
| 20 | | received a response that I wasn't a candidate |
| 21 | | they were looking for. |
| 22 | | And then I applied to the assessing |
| 23 | | standards board in -- I think that was 2019 |

|  |  |  |
|---|---|---|
| 1 |   | -- maybe 2020, and the board itself has two or |
| 2 |   | three public people, and a gentleman who was |
| 3 |   | on it recommended that I take his seat.  So he |
| 4 |   | wrote a referral to the governor, and the |
| 5 |   | governor made the recommendation to the |
| 6 |   | executive council, and I wasn't -- they didn't |
| 7 |   | do a vote because the governor knew before the |
| 8 |   | vote that I wasn't supported on a three-two |
| 9 |   | vote, so I didn't get that seat.  And I ran |
| 10 |   | for public works in November of 2021, and I |
| 11 |   | lost that seat.  That was an actual election. |
| 12 | Q | The assessing standards board, that was a |
| 13 |   | state board? |
| 14 | A | Yes. |
| 15 | Q | You said you started doing assessing work in |
| 16 |   | 2018. |
| 17 |   | When you say you started doing |
| 18 |   | assessing work, what do you mean? |
| 19 | A | The new assessments had come out from KRT, the |
| 20 |   | company hired to do an update in late August, |
| 21 |   | and when I received our new number, I was |
| 22 |   | concerned, and I went to the assessing office |
| 23 |   | and had a conversation, and that started my |

| | | |
|---|---|---|
| 1 | | work into trying to get our property |
| 2 | | assessment corrected. |
| 3 | Q | So that is your first foray into what you call |
| 4 | | assessing work? |
| 5 | A | I actually did call in 2014 when we moved in, |
| 6 | | and I saw our assessment jump 5 grand.  Our |
| 7 | | tax bill went up $5,000.  I made my first |
| 8 | | contact with the tax assessor then. |
| 9 | | And then I made contact again with |
| 10 | | the assessing chief in 2017, very concerned |
| 11 | | when my tax bill cost 18,000, and I thought it |
| 12 | | was way too high. |
| 13 | | I had minimal contact at those two |
| 14 | | points. |
| 15 | Q | I understand you also assist other people with |
| 16 | | their assessing challenges, should we say? |
| 17 | A | Not really.  I would say the year after KRT |
| 18 | | people did seek me out to help them with |
| 19 | | their -- it wasn't KRT.  It was when Vision |
| 20 | | came out with the new numbers.  They asked me |
| 21 | | to help them out in 2021.  I got calls from |
| 22 | | neighborhoods, and letters saying, we seek |
| 23 | | your assistance, come to our street, and so I |

```
 1            did give assistance, and I published some
 2            things on GoodGov, where I told people to look
 3            up data.  If you are concerned, go look this
 4            up.
 5                      I made a series of videos on GoodGov
 6            on how to file an abatement, how to do it
 7            yourself, and frankly, the City, I don't
 8            think, was very happy about it, and I was
 9            pretty squashed in the whole thing, so I never
10            did it again.  I had people seek me out last
11            year, and I just didn't do it anymore.
12    Q       When you say you think the City wasn't very
13            happy about it, what specifically made you
14            feel the City wasn't very happy about it?
15    A       When I tried to assist two senior citizens,
16            and sent the abatements in to be date/time
17            stamped, they sat on them for almost 20 days
18            which is unheard of.  That neighborhood had a
19            street of 8 properties to be reevaluated and
20            the City policy, policy practice or guideline
21            was if there is a cluster of houses that are
22            incorrect, they correct those first because
23            they can deal with a pile of them.
```

1           There was a cluster of houses in
2      that neighborhood at that time in 2021, they
3      ended up dealing with them last.  They went to
4      the bottom of the pile.
5           People who went before the board who
6      carried their own assessments in, asked me for
7      help.  There were only two I represented.
8      Everyone else went on their own, said to me
9      when they went before the board of assessor's,
10     they were questioned, oh, did somebody help
11     you, don't even say her name, we know who she
12     is.  They seemed to be just not happy with the
13     work of what was submitted.
14  Q  Sorry.  To pin this down a little more, when
15     you say they, who didn't seem happy?
16     Specifically, who are you talking about?
17  A  Kim Kleiner, I will say Ms. Kleiner.  She was
18     running the assessing office at that time, and
19     I don't believe there was a chief at that
20     time.
21  Q  Was it your impression that Ms. Kleiner had
22     direct contact with these applicants?
23  A  I think a lot of them screened through the