UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| ) | |
| **The City of Nashua, et al.,** ) | |
| ) | |
| **Defendants** ) | |
| ) | |

### PLAINTIFF'S OBJECTION TO DEFENDANTS FEOLI AND INCEPTION'S MOTION FOR SUMMARY JUDGMENT

### OBJECTION

The Plaintiff, Laurie Ortolano, hereby objects to Defendants' Feoli and Inception's Motion for Summary Judgment.

The Plaintiff is simultaneously filing a Memorandum of Law in Support of the Plaintiff's Objection to the Motion for Summary Judgment and supporting documents with exhibits.

### REQUEST FOR HEARING

The plaintiff hereby requests that the Court conduct a hearing on the Defendants' Motion for Summary Judgment, a dispositive motion. In support of the request for a hearing the plaintiff states that the action involves complex legal issues and many facts; argument would aid the Court in considering the facts and issues.

Dated: July 1, 2024                    Respectfully submitted,

                                                   Laurie Ortolano, Plaintiff
                                                   By her Attorney,

                                                   */s/William Aivalikles*

                                                 William Aivalikles
                                                 Bar ID No. 308
                                                 253 Main Street
                                                 Nashua, NH 03060
                                                 603-880-0303
                                                 william@nhtriallaw.com

## **CERTIFICATE OF SERVICE**

      I, William Aivalikles, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 1, 2024                  */s/William Aivalikles*

                                            William Aivalikles
                                            Bar ID No. 308
                                            253 Main Street
                                            Nashua, NH 03060
                                            603-880-0303
                                            william@nhtriallaw.com