A regular meeting of the Board of Aldermen was held Tuesday, July 14, 2020, at 8:05 p.m. via teleconference.

President Lori Wilshire presided; City Clerk Susan Lovering recorded.

Prayer was offered by City Clerk Susan Lovering; Alderman Ernest Jette led in the Pledge to the Flag.

<u>President Wilshire</u>

As President of the Board of Aldermen, I find that due to the State of Emergency declared by the Governor as a result of the COVID-19 pandemic and in accordance with the Governor's Emergency Order #12 pursuant to Executive Order 2020-04, this public body is authorized to meet electronically.

Please note that there is no physical location to observe and listen contemporaneously to this meeting, which was authorized pursuant to the Governor's Emergency Order.  However, in accordance with the Emergency Order, I am confirming that we are:

***a) Providing public access to the meeting by telephone, with additional access possibilities by video or other electronic means:***

*To access Zoom, please refer to the agenda or the City's website for the meeting link.*

*To join by phone dial:* 1-929-205-6099 - *Meeting ID:*  845 4368 2139      Password: 590998

*The public may also view the meeting via Channel 16.*

***b)  Providing public notice of the necessary information for accessing the meeting:***

We previously gave notice to the public of the necessary information for accessing the meeting, through public postings.  Instructions have also been provided on the City of Nashua's website at www.nashuanh.gov and publicly noticed at City Hall and at the Public Health Department.

***c)  Providing a mechanism for the public to alert the public body during the meeting if there are problems with access:***

If anybody has a problem accessing the meeting via phone or Channel 16, please call 603-821-2049 and they will help you connect.

***d)  Adjourning the meeting if the public is unable to access the meeting:***

In the event the public is unable to access the meeting via the methods mentioned above, the meeting will be adjourned and rescheduled.  Please note that **all votes** that are taken during this meeting shall be done by **roll call vote**.

Let's start the meeting by taking a roll call attendance.  **When each member states their presence, please also state whether there is anyone in the room with you during this meeting, which is required under the Right-To-Know Law.**

Board of Aldermen                          7-14-2020                                    Page 2

The roll call was taken with 15 members of the Board of Aldermen present:  Alderman Michael B. O'Brien, Sr., Alderman Patricia Klee, Alderwoman Shoshanna Kelly, Alderman Richard A. Dowd, Alderman June M. Caron, Alderman Benjamin Clemons, Alderman Thomas Lopez, Alderman David C. Tencza, Alderwoman Elizabeth Lu, Alderman Ernest Jette, Alderman Jan Schmidt, Alderman Brandon Michael Laws, Alderman Skip Cleaver, Alderman Linda Harriott-Gathright, Alderman Wilshire.    .

Mayor James W. Donchess, Corporation Counsel Steven A. Bolton, were also in attendance.

<u>Alderman O'Brien</u>

I am present, I can hear the proceedings and I am alone.

<u>Alderman Klee</u>

I am here, I can hear the proceedings, I am alone and again I am here for social distancing.

<u>Alderwoman Kelly</u>

I am here, I am alone, I can hear everyone and I am home per the Governor's Order.

<u>Alderman Dowd</u>

Yes I am present, and I am here alone and practicing social distancing in accordance with the Governor's Order.

<u>Alderman Caron</u>

I am here, I am alone, I am can hear everyone .and I am practicing social distancing and I

<u>Alderman Clemons</u>

I am here, I am by myself and I can hear everyone and I am staying at home per the Governor's order.

<u>Alderman Lopez</u>

I can hear everybody I am here alone, I am staying home for social distancing guidelines.

<u>Alderman Tencza</u>

I am here, I am alone and I can hear everybody and I am staying home per the social distancing guidelines.

<u>Alderwoman Lu</u>

I am here by myself and I can hear you.

<u>Alderman Jette</u>

I am here home with my wife, I can hear everyone and I am staying safer at home.

<u>Alderman Schmidt</u>

I am present, I can hear the proceedings and I too am alone.

Alderman Laws

I am here, I can hear, I am alone and I am social distancing.

Alderman Cleaver

I am here, I am alone and I am practicing social distancing.

Alderman Harriott-Gathright

I am present, I can hear you, I am alone and I am practicing social distancing.

President Wilshire

I am here, I am alone and I am practicing social distancing.

Susan Lovering, City Clerk

You have 15 in attendance.

President Wilshire

Thank you.  Also joining us this evening Mayor Donchess, Corporation Counsel Steve Bolton.  Does the Mayor wish to address the Board?


REMARKS BY THE MAYOR

Yes, Madam President.  Thank you very much.  I have a few items I wanted to mention to the Board.  First a very sad note for Shea Patno, a young student of Nashua who was drowned over the weekend. A very sad situation, it happened down in Massachusetts at a pond.  Following his very unfortunate passing, there was a rally or a vigil for him where people expressed their great sorrow and many people from his fellow students, and teachers and community members showed up to express their solidarity with the family.  I just wanted to give the City's regrets regarding his very unfortunately passing.

Next, Madam President, I thought I needed to mention that the Assessing Presentation that you just heard shows how remarkable the improvements that have bee made over the last year really are.  Many people have contributed to that; certainly the entire Assessing Staff.  Ms. Kleiner, Director of Administrative Services and Nick Miseirvitch, who is heading much of the IT work where many of the improvements are being made. I think when we first embarked upon the improvements to the Assessing Department when we had only done the Management Audit, Madam President, and many of us were here then. I don't think we could imagine that this many improvements, this many tools, could have been developed to improve access, to improve transparency, to improve public input or ability to gain access into Assessing Records. So I want to congratulate them on all the good work that they've done.

Next, Madam President, I really need to mention what I am gong to call the Diana Ploss incident which is the racist rant which Diana Ploss a former talk show host went on late last week. It was, of course, displayed first on her own page which is incredible and then was circulated around the internet, Facebook and everywhere else. Ms. Ploss was is not a resident of the City and in no way does she represent Nashua.  Nashua, as we all know, is a welcoming community, one that is very inclusive, a community in which everyone belongs.  We value all of our residents and I am very proud of the way that the people of Nashua reacted to the Ploss tape or when they saw this post, this video, I am very proud of the way Nashua people reacted because they were very negative and many people contacted the station and commented to the point where the station almost immediately terminated her involvement with them.

Now she was a person who paid to go on the radio but fortunately they have terminated their relationship and she will not be broadcasting at SMN in Nashua anymore. But I think it is an incident that certainly was very unfortunate but shows the true character of our community.

Next, Madam President, the trees that were put up through a partnership between Michael Buckley, the owner of two of our restaurants and Morin Landscaping are really remarkable and incredible  The effect that they've had on that section of Main Street, and if anybody has not seen them yet, you definitely have to check it out. There are trees and then some shrubs, numerous plantings in front of MT's and in front of Surf now. It has been an incredible experience just to witness this and the positive comment around this experiment has been just overwhelming.  So in addition to the very high degree of approval for the downtown, the expansion of the outdoor dining, this has just even gone further and people are extremely and enthusiastic about what the Buckley and Morin partnership have accomplished.  So I want to congratulate and thank them for showing us what is truly possible.

Next, Madam President, I see that using the IT Department, that we are now on Zoom here with the Board of Alderman and are able to accept Public Comment during the meeting. Now that that technological step has been taken, I intend to implement the same change at the Board of Public Works where I am the Chair so that starting at the next meeting, we will be using the same technology that you are able to and we will be able to take Public Comment with, of course, certain reasonable limitations.  That will begin in the near future.

Madam President, there was a decision which I think you all saw regarding the mask ordinance that we enacted requiring the safety measure for the public and for everyone, that people when in an indoor public facility wear masks.  We see how we are fortunate to be here in Nashua where the number of cases has been contained, about 700 cases.  Unfortunately 40 people have died but the implications, the number of cases, the severity of cases could have been far worse as we see in some of the cities around us. Bobbie Bagley and Public Health and many, many others have done a fantastic job in working with all of the patients who have tested positive, those who aren't in the hospital, tracing the contacts that each of those patients has had over a period before exhibiting the symptoms of COVID-19.  And as a result we have been able to contain the virus and I know that's what people are wanting us to do, to follow the science.  The masks have helped.

We see down in Florida, Arizona and Texas what happens if you do not exercise caution. An explosion of cases as the first wave re-emerges.  So I want to thank everyone who has contributed to that effort.  And the decision upheld so far, the City's mask ordinance with the rather colorful language and it was a longer decision but as anyone not living in a cave for the last few months would know, the State, the Country and entire World are in the midst of a once-in-a-century Pandemic Event; and that's from Judge Colburn over at the Superior Court.

Next, and I am almost ready to conclude, Madam President.  We have a need for ballot inspectors for the September election.  I believe you will see a Resolution on your desk for a First Reading and hopefully a Second Reading and approval tonight which would enable the City Clerk to hire additional ballot inspectors to staff the polls on the September primary.  This is something that is needed.  We believe we can probably get reimbursed through the so-called GOFFER Funds.  If we can't, City Clerk Lovering does have the funds in her budget so that we could cover it with local money.  But we really need to make sure there are enough people in the polls to handle the people who do come in to keep the social distancing and to maintain the polling places in as safe a manner as possible.  But, of course, we are encouraging people to cast their votes by absentee which State Law has authorized for these next two elections.

In any event, Madam President, I think I am going to conclude and just if there are any questions, of course, I will be willing to answer them, but thank you for the opportunity to address you.

President Wilshire

Thank you, Mayor. Does anyone have any responses to the remarks of the Mayor?  Alderman Lopez.

RESPONSE TO REMARKS OF THE MAYOR

Alderman Lopez

Yeah I just wanted to thank the Mayor for his comments, particularly regarding Ms. Ploss' episode.  That was very disconcerting to people downtown, I received a lot of public comment about it, specifically because of it taking place in Ward 4.  This is not a time for that, we need to be pulling together and supporting downtown businesses and we need to be engaging in whatever creative partnerships we can to help those businesses survive.  And I think what should have been a slam dunk celebration of "we are putting trees downtown" like one of the most regular comments I hear is that people miss the trees and it's better having a greener space.  Having a private business partner with another one to kind of work out how to make a space a little bit more livable for Nashua residents who are there to support restaurants and be part of the downtown in a safe way, but are ultimately really forced to have their meal in 90 degree weather in the middle of a street is difficult.  So the attention that Michael Buckley's businesses have paid to that I think is very commendable in terms of how to best adapt to the situation we are in, in a creative manner.  And Morin's partnership, there's a lot to celebrate there.  It's just unfortunate that somebody could only see that negative part. I don't think there's any call to be harassing a bunch of people who are working really hard in 90 degree weather to try to make our City look a little bit nicer.  Whether or not it is for a private business or whatever, the effort that they were putting in was real; nobody needs to be harassed on their job.  And that was all very uncalled for, so I likewise want to commend the Nashua Community for rallying around the people who really deserved the support.  But I think we can all take that as a caution that racism is never really that far away.

And I also wanted to specifically point out the individual that came over who was having lunch and came over to intervene on behalf of the people that were just being berated because he was articulate, he was intelligent, he was not escalating and I appreciate the courage that it must have taken to do that; as well as that of the citizen who did not let the video go removed or deleted.  Because despite Ms. Ploss' statements that she's not backing down and she stands by her word and all that; she did.  She tried to pull down her comments after she realized she was getting the wrong backlash and it wasn't exactly what she was looking for.  Concerned citizens made sure that that truth did not die in darkness.  So I appreciate the efforts that everybody put into it, I appreciate the responsibility that the radio station took.  And I really appreciate the individual was wearing a mask because I don't want to see Nashua's businesses and all of the efforts that people have put in start to get reversed as it is in the rest of the Country. I think we are very, very fortunate that we've had such a dedicated and committed population, wearing their masks, thinking of each other and working collectively to combat this virus. I don't want to see that trend get reversed.  So I am very appreciate as to how they handled that and of your attention to that situation as well. So thank you.

Alderman Klee

Thank you, President Wilshire. I want to echo what Alderman Lopez said.  I was going to wait until the end to say this but when that happened and kind of blew up, I actually had two constituents call me and ask me if the program, "What Would You Do" had come to Nashua.  It's a program that sets up these very uncomfortable situations to see how people react to it and I told them, "No" this was a real life situation of something that somebody had done. I agree with what Alderman Lopez said, there were two very brave people, one that stood up in a very articulate way and spoke to her as to why are you doing this?  This was not the first; I have spoken to some businesses down there and this is not the first time she did it apparently.  She did something quite similar to the ranting and raving when we put in the jersey barriers to us as a City in a very negative manner.  I don't believe she videoed it at that time but I am proud of Nashua, I am proud of our citizens and I think we did the right thing and I am glad WSMN did what they did. I want to echo again what Alderman Lopez said about the combination of working with Mr. Morin and Mr. Buckley to actually beautify Nashua and anybody inside or outside that could not see that has their own issues.  Thank you.

Alderman Tencza

Thank you, Madam President. I just wanted to echo the Mayor's comments about Shea Patno and express my condolences to his family and friends at a difficult time. I can't imagine also have to deal with the loss of what seemed like an exceptional young man. So hopefully they are doing OK.

I also wanted to congratulate WSMN on their response, certainly local media is important.  They are George Russell and Bob Bartis and know what the City is willing to tolerate and I think it is very clear that the people in the City are not willing to tolerate that kind of behavior towards other folks who are working hard and like the Mayor said, we are an inclusive City and we won't stand for that. I also congratulate them on their switch over to FM as well so please check them out whenever you can.

And then finally I had a chance to speak with Clerk Lovering this week regarding the ballot inspectors. I think it's important to know that we believe that the State will be providing the personal protective equipment that will be necessary for people to stay safe if you sign up to be a ballot inspector including things like sneeze guards, masks, gloves.  So there will be processes in place so that if you are working the polls you are protected as much as you can be coming into contact with folks.  I think it's really important that we reach out to some of the younger members in our community, come and work the polls both in September and November so that we can make sure that the elections run as smoothly as possible and that we deliver the smooth and consistent election results that we are accustomated to here in Nashua under the previous Clerks and the current Clerk.  So, thank you.

President Wilshire

Anyone else, response to the remarks of the Mayor?  Alderman Dowd?

Alderman Dowd

Yes, two things, I am glad that we are on of the first places to lead the way on masks and while we got a lot of negative comments at the beginning, I think that the rest of the Country has seen that our successes here were driven by the action that we took back then.

Also, I happened to be downtown when the trees were going in, probably as they had just started the work and I was amazed at the size of the trees and how nice it looked. And I am glad I wasn't there during the incident because I probably wouldn't have been as articulate in making my comments known about that type of activity.  It is not warranted here in Nashua, not wanted here in Nashua and I hope everyone realizes that now.

President Wilshire

Anyone else?

RECOGNITION PERIOD

Recognition of Paul Gowell - last original Safe Station Driver

President Wilshire

I will move to accept, place on file and recognize Paul Gowell.  Mayor, do you have a reading for us?

Mayor Donchess

My understanding was that Alderman Lopez who brought Mr. Gowell's good work to the fore, pointed out that he had been serving as a driver and working so hard during all of Safe Stations, I thought Alderman Lopez had the commendation.

President Wilshire

Thank you, Mayor.  Alderman Lopez?

Alderman Lopez

So yeah I actually did download it just in case and I'd be happy to present it if it's ok for me to read it.

"In recognition, honoring Paul Gowell.  Paul Gowell is a valuable member of the Nashua Community.  He is one of the original drivers for Nashua Safe Stations Program.  When the Program began, it was challenging to find people who would be willing to drive individuals who were in need of substance misuse treatment for medical attention from a fire station to a home station. But Paul stepped up to the plate.  When it came to transporting people, it never mattered to Paul who the person was or where they came from or what kind of help they were seeking. Paul treated them as if he'd known them his entire life.  Paul is the person that any Human Services Agency would want to be the face f their company.  And whereas Paul and his wife Elizabeth have lived in Nashua for the past 8 years, Paul has worked in the Facilities Department at Harbor Homes for 6 of those years.  He wants to help everyone, having spend thousands of hours just listening to people tell their stories and whereas wherever Paul goes in Nashua there is probably someone who knows him or someone he has helped.  He will literally take the shirt off his back to help anyone, no questions asked.  Paul makes people feel like they are the most important person in any room and it is because of this that hundreds of individuals have kept on their road to recovery.  And whereas these days Paul works for the Mobile Crisis Response Team as a Peer Support Professional, he is close to becoming licensed as a Certified Recovery Support Worker, CRSW and now therefore, I, this is from Mayor Donchess, I Jim Donchess, Mayor of the City of Nashua, New Hampshire do hereby recognize Paul Gowell for his good heart, passion for helping others and an important contribution to the City".

I know Paul is down here too in the guest section.  Thank you for your service Paul and this couldn't go to a better person.

Paul Gowell  Thank you Tom, I appreciate that.

President Wilshire

Thank you Mr. Gowell for your service to the community, it is very much appreciated.

Alderman Lopez

And the City Clerk is working to make sure that the actual Proclamation will be mailed to you, Paul.  Just so that you know.

Mr. Gowell  Thank you, Tom, I appreciate it.

President Wilshire

Thank you very much.

**President Wilshire to accept, place on file, and recognize Paul Gowell.  Alderman Lopez read into the record the Recognition.**

READING MINUTES OF PREVIOUS MEETINGS

**There being no objection, President Wilshire declared the minutes of the regular Board of Aldermen meeting of June 23, 2020, and Special Board of Aldermen meetings of June 24 and June 29, 2020 accepted, placed on file, and the reading suspended.**

COMMUNICATIONS REQUIRING ONLY PROCEDURAL ACTIONS AND WRITTEN REPORTS
FROM LIAISONS

From:  Donna Graham, Legislative Affairs Manager
Re:      Communications Received from the Public

***There being no objection, President Wilshire accepted the communication and placed it on file.***

PERIOD FOR PUBLIC COMMENT RELATIVE TO ITEMS EXPECTED TO BE ACTED UPON THIS
EVENING - None

COMMUNICATIONS REQUIRING FINAL APPROVAL

From:  Tim Cummings, Economic Development Director
Re:      A Contract for NAI Norwood to assist as necessary on a case by case basis with the advisory and
           procurement/disposition of commercial real estate

**MOTION BY ALDERMAN LOPEZ TO ACCEPT, PLACE ON FILE, AND AWARD THE PROFESSIONAL
SERVICES CONTRACT FOR VARIOUS COMMERCIAL REAL ESTATE NEEDS TO NAI NORWOOD,
BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

Discussion?  Alderman Jette?

Alderman Jette

I would like to move that this be referred to the Finance Committee for review and a recommendation. And
I'd like to speak on that.

**MOTION BY ALDERMAN LOPEZ TO REFER TO THE FINANCE COMMITTEE THE PROFESSIONAL
SERVICES CONTRACT FOR VARIOUS COMMERCIAL REAL ESTATE NEEDS TO NAI NORWOOD,
BY ROLL CALL**

**ON THE QUESTION**

Alderman Jette

So I think that I am not sure, I am sure Attorney Bolton will tell us but normally when we have – you know
this contract could certainly exceed the $25,000.00 that our Ordinances require that the Finance Committee
review.  I just think that whether it does or not, I think it just makes good sense for this contract to be
reviewed by the Finance Committee and then be able to make a recommendation to the Full Board.  I don't
know about the rest of you, but I saw this for the first time I think on Friday. I would of expected that it be
referred to the Finance Committee so that they can have a meeting and find out what it is all about and
discuss it.  I mean I've read through it, it looks like a combination of our Standard Professional Services
Contract and some provisions that are pretty common in commercial real estate.  But I still think that – I
don't want us as a Board of Aldermen to just be rubber stamps of things. I think it ought to go through the
normal process, through the Committee.

President Wilshire

OK.  Alderman Lopez.

Alderman Lopez

I'd be happy to amend my motion to refer it to the Finance Committee as recommended.

**MOTION BY ALDERMAN LOPEZ TO AMEND HIS MOTION FOR FINAL PASSAGE TO REFER TO THE FINANCE COMMITTEE THE PROFESSIONAL SERVICES CONTRACT FOR VARIOUS COMMERCIAL REAL ESTATE NEEDS TO NAI NORWOOD, BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

OK, Alderman O'Brien?

Alderman O'Brien

Thank you, before we do any further amendments since the issue was brought up I always thought the Finance Committee, if there were changes then they would be covered under a Change Order if they were to exceed the $25,000.00 limit by the Finance Committee.  So I think an explanation by Corporate Counsel and to what Alderman Jette has presented, what is the recommendation.  Maybe we can have Corporate Counsel answer Alderman Jette's inquest.

President Wilshire

Attorney Bolton?

Steve Bolton, Corporation Counsel

Yeah the compensation under this contract would be a percentage of the sales price of property we were selling or property that we were purchasing.  So it doesn't have, it is not expressed in terms of dollar amounts. I certainly have no problem with having the Finance Committee take a look at and make a recommendation to this Board. I think there's nothing at all inappropriate about it.

President Wilshire

OK.  So the Motion is, Alderman Lopez is to amend his motion and refer this to finance.  Discussion on that Motion?   Alderman Dowd.

Alderman Dowd

I just want a question to go out to and I am not sure who can answer this perhaps the Mayor.  Do we have any activities, without getting into specifics of contract action that we are going to take in the near term that would preclude this from going to Finance and not coming back to Full Board until August that would interfere with any sales or purchasing that we are going to be involved in, in the next month.

President Wilshire

Mayor?  You're on mute Mayor.

Mayor Donchess

I don't believe the delay would be too detrimental.  The principle piece that we want to sell is 44 Broad Street which is a parcel or a portion of a parcel that was taken for the Broad Street Parkway and now needs to be sold.  I believe the reason it did not or wasn't directed to Finance originally is that all of the proceeds from this sale are going to go back to Federal Highway so that whatever the commission is, the percentage, yes, comes off the sales price but really reduced the net to Federal Highway and not to the City of Nashua. A sale has to be approved by Federal Highway but in the end, it doesn't, it is cost neutral to the City in the sense that the money, the proceeds do go back to Federal Highway.

President Wilshire

Are you all set, Alderman Dowd. OK the motion is to refer this communication to the Finance Committee. Would the Clerk call the roll?

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderman Wilshire                                            14

Nay:  Alderwoman Harriott-Gathright,
                                                                                       1

**MOTION CARRIED REFERRED TO THE FINANCE COMMITTEE**

PETITIONS

        Petition for Street Discontinuance:  A Portion of Palm Street

**MOTION BY ALDERMAN TENCZA TO GRANT THE PETITION FOR STREET DISCONTINUANCE – A PORTION OF PALM STREET WITH THE CONDITIONS ADDRESSED IN THE CITY ENGINEER'S APRIL 22, 2020 PLAN MARKUPS AND GRANTING THE PROPOSED 24' PUBLIC AND EMERGENCY ACCESS EASEMENT (PALM STREET TO ASH STREET) TO THE CITY PRIOR TO, CONCURRENT WITH, OR AS A CONDITION OF THE DISCONTINUANCE , BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

You've heard the motion.   Is there discussion on that Motion?  Alderman O'Brien.

Alderman O'Brien

Thank you, Madam President.  We heard this in Infrastructure and I think when it was originally presented there was a question by Dan Hudson, our City Engineer but with the principals involved an agreement had been reached that seems to be accommodating both to the principals and to the City and it is something that we'd like to see. I think this will allow us access for snow removal and other different things that the City was concerned about.  So, therefore, I highly support this and recommend the Board to do so. Thank you.

President Wilshire

Any other discussion on the motion to grant the Petition?  Seeing none, would the Clerk call the roll?

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire         15

Nay:                                                                             0

**MOTION CARRIED**

Petition for Street Number Assignment:  Sheet 103/Lot 103 Almont Street

**MOTION BY ALDERMAN JETTE TO GRANT THE PETITION FOR STREET NUMBER ASSIGNMENT: SHEET 103/LOT 103 ALMONT STREET, BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

Alderman Jette?

Alderman Jette

I'd like to speak to it.  So this is another situation which comes up fairly often where there's a vacant lot on Almont Street located between 28 Almont and 30 Almont.  The owner, who is the petitioner, wants to build a house there but he needs a number.  The addressing committee has agreed to assign a number of 28 ½ to this vacant lot which will allow him to then build a building.  It was reviewed by the Planning Board and they approved it.  The Infrastructure Committee approved it as well and I ask for your support.

President Wilshire

Anyone else? The Motion is to grant the petition for street number reassignment.  Any other discussion? Seeing none, would the Clerk call the roll?

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire         15

Nay:                                                                             0

**MOTION CARRIED**

NOMINATIONS, APPOINTMENTS AND ELECTIONS – None

REPORTS OF COMMITTEE

Committee on Infrastructure………………………………………………………….. 06/24/2020

There being no objection, President Wilshire declared the report of the June 24, 2020 Committee on Infrastructure accepted and placed on file.

Planning & Economic Development Committee…………………………………. 06/29/2020

There being no objection, President Wilshire declared the report of the June 29, 2020 Planning & Economic Development Committee accepted and placed on file.

Finance Committee……………………………………………………………………… 07/01/2020

There being no objection, President Wilshire declared the report of the July 1, 2020 Finance Committee accepted and placed on file.

Joint Meeting with Committee on Infrastructure and Planning and Economic
       Development Committee………………………………………………………… 07/08/2020

There being no objection, President Wilshire declared the report of the July 8, 2020 joint meeting with Committee on Infrastructure and Planning and Economic Development Committee accepted and placed on file.

CONFIRMATION OF MAYOR'S APPOINTMENTS - None

UNFINISHED BUSINESS – RESOLUTIONS - None

UNFINISHED BUSINESS – ORDINANCES

**O-20-012**
    Endorser:    Alderman Richard A. Dowd
    **AMENDING THE ZONING MAP BY REZONING LAND OFF OF TINKER ROAD FROM RURAL**
    **RESIDENCE (R-40) TO "B" SUBURBAN RESIDENCE (R-18)**
Given its second reading;

**MOTION BY ALDERMAN DOWD FOR FINAL PASSAGE OF O-20-012, BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

The Motion is for final passage, is there discussion on that Motion?  Alderman O'Brien.

Alderman O'Brien

Thank you, Madam President.  I just want to reaffirm my concerns they are not against the rezoning of this Ordinance.  However, like I said, we have a pending report from the Fire Department. This is a geographical area that is going to take a long time for fire apparatus to come to and it is the area out past Tinker Road.  So that's over what the Fire Department recommends as time limits.  You've got to understand that we have not built a fire station in this City since the 70's.  In the 70's the population was 55,000 give or take some. In 2019 it is estimated 89,000.  So when we get this repot into the Fire Department it is something that we need to look at because as land gets built up and everything it thus increases the need.  So I support this but however keep in mind, it is adding on to existing structures there and our citizens do deserve the right to fire protection.  Thank you.

President Wilshire

Alderman Dowd?

Alderman Dowd

Yes, I sort of agree that the study is not being revitalized and should be available soon.  But I have talked to the Fire Department and they feel that they can provide adequate coverage for the homes there and thank goodness because I live in that neighborhood.  But there are a lot of houses there now. This is just a continuation of a street to add some more houses.  We had to change the zoning because since those other houses were built, they now have water and sewage.  So it went from an R-40 to an R-19.

President Wilshire

Further discussion?  Alderwoman Lu?

Alderwoman Lu

Thank you. I just wanted to ask Alderman O'Brien what study is that, that you refer to?  I wasn't familiar with it.

Alderman O'Brien

Well I don't want to be snide in my remark but which one?  There was one actually done in the early '80's and it was mentioned that a fire station pretty much down the street a bit on Thornton Road from where this development, this land that we are basically talking about, that was not supported by the City 30 some odd years ago, actually 38 years ago.  That land is now the tot park that is down there.  If they made those recommendations back then 30 some odd years ago, I would probably guess they are going to come in pending.

I am not trying to be Chicken Little in saying this, all I am trying to do is to remind my fellow members of the Board in keeping in mind it is one of our Infrastructures that I think that we need to address, as we move on with this study in the future.  There has been other reports over the years that have come out and the City, I am not going to say that they ignored them, but they did not act on them. So this is a problem that is not going away and it is something that I would again, my sole purpose is only to move it to the – you know – not so much take it from the back burner and put it on the front, I'm trying to put it on the stove.  That is something that we are going to need to possibly consider in the future.  Thank you.

Alderwoman Lu

Thank you, that's all.

President Wilshire

Anyone else?  Seeing no one, the Motion is for final passage of Ordinance 20-012.  Would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire          15

Nay:                                                                             0

**MOTION CARRIED**

Ordinance O-20-012 declared duly adopted.

**O-20-013**
     Endorsers:  Alderman Richard A. Dowd
                 Alderman-at-Large Michael B. O'Brien, Sr.
                 Alderman Jan Schmidt
     **AMENDING THE ZONING MAP BY REZONING LAND OFF OF AMHERST STREET FROM PARK
     INDUSTRIAL (PI) TO PARK INDUSTRIAL WITH MIXED USE OVERLAY DISTRICT (PI/MU)**
Given its second reading;

**MOTION BY ALDERMAN DOWD FOR FINAL PASSAGE OF O-20-013, BY ROLL CALL**

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire          15

Nay:                                                                             0

**MOTION CARRIED**

Ordinance O-20-013 declared duly adopted.
**O-20-017**
     **Endorsers:** Alderwoman-at-Large Shoshanna Kelly
     **AUTHORIZING FREE PARKING AT METERS AND PAY STATION SPACES THROUGH
     NOVEMBER 15, 2020**
     (tabled at May 21, 2020 BOA mtg)

**O-20-021**
     Endorsers:  Alderman Richard A. Dowd
                 Alderman-at-Large Michael B. O'Brien, Sr.
                 Alderman Thomas Lopez
     **AUTHORIZING A STOP SIGN ON LEE STREET AT ITS INTERSECTION WITH FOREST STREET**
Given its second reading;

**MOTION BY ALDERMAN DOWD FOR FINAL PASSAGE OF O-20-021, BY ROLL CALL**

**ON THE QUESTION**

I'd like to speak to it for a second.

<u>President Wilshire</u>

The Motion is for final passage, Alderman Dowd?

<u>Alderman Dowd</u>

Yes, this is a street that some people when the pandemic started, we had a lot more people walking around and it had rounded corners and was a pedestrian hazard without a stop sign. It was thoroughly reviewed by the DPW and the City Engineer and they recommended this stop sign be added.

<u>President Wilshire</u>

Very good.  The Motion is for final passage of Ordinance 20-021.  Alderman Lopez?

<u>Alderman Lopez</u>

It is also my understanding that the stop sign may or may not already be there.

<u>Alderman Dowd</u>

Yes, it is already there.  They acted very quickly.

<u>Alderman Lopez</u>

Very proactive.

<u>Alderman Dowd</u>

I think they felt there was that kind of danger, that they wanted to make sure it was done.

<u>President Wilshire</u>

Anyone else?  The Motion is for final passage, would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire        15

Nay:                                                                           0

**MOTION CARRIED**

Ordinance O-20-021 declared duly adopted.

**O-20-023, Amended**
      Endorsers:  Alderman Ben Clemons
                     Alderman Patricia Klee
                     Alderman Michael B. O'Brien, Sr.
                     Alderman-at-Large Brandon Michael Laws
                     Alderman Richard A. Dowd
                     Alderman Thomas Lopez
                     Alderman Jan Schmidt
                     Alderman-at-Large David C. Tencza
                     Alderman Skip Cleaver
                     Alderwoman-at-Large Shoshanna Kelly
                     Alderman Patricia Klee
                     Alderman Linda Harriott-Gathright
        **RELATIVE TO ADVERTISING SIGNAGE ON UMBRELLAS, AWNINGS, AND CANOPIES IN CONNECTION WITH OUTDOOR DINING**
Given its second reading;

**MOTION BY ALDERMAN CLEMONS TO AMEND O-20-023 BY REPLACING IT WITH THE GOLDEN ROD COPY OF AMENDMENTS MADE AT THE PLANNING AND ECONIMIC DEVELOPMENT COMMITTEE, BY ROLL CALL**

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire      14

Nay:  Alderwoman Lu                                             1

**MOTION CARRIED**

<u>Alderman Harriott-Gathright</u>

Excuse me, didn't we have a nay?

<u>Alderman Dowd</u>

It's 14 to 1 I think.

<u>City Clerk Lovering</u>

I'm sorry, did I say 14 to 0?  Alderwoman Lu voted nay, my apologies, thank you Alderman Harriott-Gathright.

**MOTION BY ALDERMAN CLEMONS FOR FINAL PASSAGE OF O-20-023 AS AMENDED, BY ROLL CALL**

**<u>ON THE QUESTION</u>**

<u>President Wilshire</u>

The Motion is for final passage as amended.  Is there discussion on that Motion? Seeing none, would the Clerk call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire          14

Nay:  Alderwoman Lu                                                               1

**MOTION CARRIED**

Ordinance O-20-023 declared duly adopted as amended.

<u>NEW BUSINESS – RESOLUTIONS</u>

**R-20-052**

      Endorsers:  Mayor Jim Donchess
                     Alderman Jan Schmidt
                     Alderman Linda Harriott-Gathright
                     Alderman Patricia Klee
                     Alderman-at-Large Michael B. O'Brien, Sr.
                     Alderman Richard A. Dowd
                     Alderman Thomas Lopez
                     Alderman-at-Large David C. Tencza
                     Alderman-at-Large Brandon Michael Laws
                     Alderman Skip Cleaver
                     Alderman-at-Large Lori Wilshire

**RELATIVE TO THE ACCEPTANCE OF DONATED MATERIALS AND SERVICES WORTH $16,650 FROM ETCHSTONE PROPERTIES, INC. TO BE USED TOWARDS  PAINTING THE EXTERIOR OF THE CITY OWNED BUILDING AT 57 GILSON ROAD**

Given its first reading; assigned to the BUDGET REVIEW COMMITTEE by President Wilshire

**R-20-053**

      Endorsers:  Mayor Jim Donchess
                     Alderman Linda Harriott-Gathright
                     Alderman Jan Schmidt
                     Alderman Patricia Klee
                     Alderman Richard A. Dowd
                     Alderman-at-Large Michael B. O'Brien, Sr.
                     Alderman Thomas Lopez
                     Alderman-at-Large Brandon Michael Laws
                     Alderman June M. Caron
                     Alderman Skip Cleaver
                     Alderman-at-Large Lori Wilshire

**RELATIVE TO THE ACCEPTANCE AND APPROPRIATION OF $27,000 FROM THE NEW HAMPSHIRE CHARITABLE FOUNDATION INTO PUBLIC HEALTH AND COMMUNITY SERVICES GRANT ACTIVITY "FY21 NHCF SUBSTANCE MISUSE PREVENTION"**

Given its first reading; assigned to the HUMAN AFFAIRS COMMITTEE by President Wilshire

**R-20-054**
         Endorsers:   Mayor Jim Donchess
                      Alderman Richard A. Dowd
                      Alderman Patricia Klee
                      Alderman Linda Harriott-Gathright
         **AUTHORIZING THE CITY OF NASHUA TO EXECUTE A LEASE WITH WHITING BUILDING, LLC**
Given its first reading; assigned to the FINANCE COMMITTEE by President Wilshire

<u>Alderman Harriott-Gathright</u>

Can I ask a question?

<u>President Wilshire</u>

You can.

<u>Alderman Harriott-Gathright</u>

Where is that Whiting Building?

<u>President Wilshire</u>

I believe it is on Main Street.

<u>Alderman Harriott-Gathright</u>

The one right there like between…

<u>President Wilshire</u>

The hospital.

<u>Alderman Harriott-Gathright</u>

Hollis?

<u>President Wilshire</u>

I believe it's right near the hospital.

<u>Alderman O'Brien</u>

Madam President, if I may?

<u>President Wilshire</u>

Alderman O'Brien.

<u>Alderman O'Brien</u>

Thank you, Madam President. It's location is the yellow brick building on the corner of Franklin and Main Street, diagonally across from Peddler's Daughter or Deschenes Oval, across the street.

<u>Alderman Harriott-Gathright</u>

Oh ok, I'll say yes.

**R-20-055**
   Endorsers: Mayor Jim Donchess
         Alderman-at-Large Ben Clemons
         Alderman-at-Large Michael B. O'Brien, Sr.
         Alderman Patricia Klee
         Alderman Linda Harriott-Gathright
         Alderman Jan Schmidt
         Alderman Thomas Lopez
         Alderman Richard A. Dowd
         Alderman June M. Caron
         Alderman-at-Large David C. Tencza
         Alderman-at-Large Brandon Michael Laws
         Alderman Skip Cleaver
         Alderman-at-Large Lori Wilshire
    **RELATIVE TO A BALLOT REFERENDUM CONCERNING SPORTS BETTING WITHIN THE CITY OF NASHUA IN CONNECTION WITH STATE PRIMARY ELECTION**
Given its first reading; assigned to the PERSONNEL/ADMINISTRATIVE AFFAIRS COMMITTEE by President Wilshire

**MOTION BY ALDERMAN O'BRIEN TO SUSPEND THE RULES FOR A SECOND READING OF R-20-055, BY ROLL CALL**

<u>**ON THE QUESTION**</u>

<u>President Wilshire</u>

Alderman Lopez?

<u>Alderman Lopez</u>

Thank you, I would just to encourage the Board to act quickly to move this forward so we can get it on the ballot.  We didn't do a very good job at presenting it last time and that hurt businesses; particularly it hurt the River and it hurt Boston Billiards.  So I would like to see this get reviewed by the Public with greater attention to it, especially considering all the impacts that COVID-19 has had on those businesses.

<u>President Wilshire</u>

Anyone else? Alderwoman Lu?

<u>Alderwoman Lu</u>

Thank you.  Was this entered under suspension this evening.

<u>President Wilshire</u>

That's what we are doing now.

<u>Alderwoman Lu</u>

Well it's not on the original Agenda or did I just miss an updated Agenda?

<u>President Wilshire</u>

You must've missed it.

<u>Alderwoman Lu</u>

OK, I would ask, I have not had a chance to look at this and what is the urgency?

<u>President Wilshire</u>

It needs to get on the ballot for September.

<u>Alderwoman Lu</u>

Oh it needs to get on the – could someone just give me an update or some background on it to speak to it please?

<u>President Wilshire</u>

Attorney Bolton.

<u>Attorney Bolton</u>

I can help if it's desired.  The Legislature just authorized this last week.  I am not even clear where it is on the Governor having signed it or vetoed it yet.  But if you don't act tonight, there's not enough time to get it on the ballot for September given the other requirements.  So basically it is a function of how the Legislative process worked up in Concord that we didn't find out about it in a more timely fashion because the right to do it didn't exist two weeks ago. So that's where we are, that's why it is coming up quickly and also why you have to act quickly if you want to take advantage of this new law.

<u>Alderwoman Lu</u>

Thank you.  Just a follow up?  Because I haven't seen it, so this is just a vote on whether to place it on the ballot?

<u>Attorney Bolton</u>

Correct.

<u>President Wilshire</u>

This initial vote is to suspend the rules but yes.

<u>Alderwoman Lu</u>

Ok got it.  Ok, thank you.

<u>President Wilshire</u>

Alderman Klee?

Alderman Klee

Thank you, President Wilshire.  This is the, this was actually approved by the Legislature if I'm not mistaken a year ago and that the last time it went on the ballot the citizens did not understand what the ramifications were of this particular item. That's why we are putting it on. I think the Secretary of State is allowing it to go on the ballot again and that's why we have to move it towards that way so we have the timely of getting it up there and so on. But this is not the first time that it has been on the ballot. We are putting it back on the ballot. The State is only allowing "X" number of licenses for the entire State and they have already awarded, if I am not mistaken, I believe that they have already awarded some and the longer we take, the less likely we are to get the license.  And we are, as Alderman Lopez has pointed out,  we are hurting those businesses like the River as well as Boston Billiards and so on which is where this activity would be taking place.

Attorney Bolton

If I can clarify that.  Last year this was on the municipal election ballot pursuant to the law that existed at that time which only allowed it to be placed on the municipal election ballot.  On July 1st, the Legislature passed this recent amendment that allowed it to be placed on the State Primary or allowed us to have a vote on it in connection with the State Primary.  That is what only passed a week and a half ago and as I said, it is not even clear whether the Governor has signed it or allowed it to go into Law without his signature at this point. But we don't have an option of the November election, we don't have the option of any other election, we don't have an option of a special election. It's do this now for September or wait another 14 months to November of next year.

President Wilshire

Ok the Motion – Alderman O'Brien.

Alderman O'Brien

Thank you, Madam President, if I may have your indulgence. I know this is a vote to suspend the rules but it seems to be some questions and thank you to both Alderman and Representative Klee and to Corporate Counsel for clearing up, what you say both are correct.  However so that all the rest of the Aldermen will know what this will basically do. Does this money go to charitable gaming? No it won't.  But the thing is, I tis going to get more people into the door for these particular facilities.  And when they come in to do the Sports Betting at these particular facilities, the customer may decide to play some of the games of chance in these buildings.  Let me remind you, the amount of money that is donated by both Boston Billiards and River Casino is phenomenal.  It is money that we do not have enough of in our City Coffers to help out a lot of the non-profits.  So if this entices some people in coming down and put some money on the Bruins game, which I think they are going to win the Stanley Cup this year, but if they come down and take that game of chance, maybe they'll go and play a game of blackjack or something, which does contribute.

So this does, and I want to get it out there to the public.  It is indirect but it does have a direct connection to the charities that exist in our community that will benefit from this.  Monies that we cannot give them and so therefore it is going to go to a good thing. Thank you and thank you for your indulgence, Madam President.

President Wilshire

You're welcome. Alderman Lopez?

Alderman Lopez

Thank you.  So first of all, I can' take Alderman O'Brien up on his bet because it is illegal but this is activity that happens all the time that we would be tapping into and bringing a little more into conformity.  As Alderman O'Brien says, it will be a boost to the businesses which I am sure will be implementing any social

distancing practices and public health practices necessary.  But this has also been a very bad year for sports, period. So unless people were betting on marbles, we basically got a second chance at this because it would have been helpful to have it reviewed and approved in our past election, but most of the attention was focused on our election process and that kind of stuff.  So I got a lot of feedback from people saying they had no idea what it was for. It was literally just to authorize sports betting at a local gambling establishment.

President Wilshire

Thank you, Alderman Lopez.  Alderwoman Kelly?

Alderwoman Kelly

So my question is just more, I guess semantics is the best word here.  I wanted to know if there is a way for us to be able to review the language that will go on the ballot.  Because I think a lot of times the language that is on the ballot is confusing to people.  And I appreciate everybody who does all that hard work, but I think a few more heads on that might help in some of these situations.

President Wilshire

Attorney Bolton.

Attorney Bolton

The language is dictated by the Statute.  We have no ability to change that.

Alderwoman Kelly

Can I follow up please?

President Wilshire

Alderwoman Kelly.

Alderwoman Kelly

Is there an opportunity to do like a summation sentence of like you guys explain when you do a new Ordinance, you have a quick explainer.  Is there a way to add that because I feel like other communities have done that in the past?

Attorney Bolton

I don't think we can put anything on the ballot that isn't authorized in the Statute. Now we can do other information to voters and pamphlets and brochures, not to be brought into the polling place by us. But that kind of information distribution should be fine, but I would not feel comfortable in saying that it was legal to add anything on the ballot itself.

President Wilshire

All set, Alderwoman Kelly.

Alderwoman Kelly

I mean I still have questions but I don't know where to go from here.  Thank you.

President Wilshire

OK, anyone else?  Alderman O'Brien.

Alderman O'Brien

Thank you.  Alderwoman Kelly brings up a point and my conversation – I supported this Bill when it was up at the State House and kind of helped walk it through some of the hallways up there.  But at the same time, I've had conversation with the two principals in Nashua that is the River Casino and Boston Billiards. My recommendation to them, and they seem to be in somewhat of agreement, and they have shown an interest to do a lot of public relations themselves. Unfortunately they did not do it the last time, but I think now they understand it. So to give the people the facts and present them fairly that the election can make the proper choice when they go to the polls.  So regardless what the language basically says, they will probably come up with something that would show for their particular point of view or support.  Thank you.

President Wilshire

Anyone else? The Motion is to suspend the rules to allow for a second reading of Resolution 20-055? Would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire            15

Nay:                                                                                   0

Alderman Cleaver

Can I be put on as a sponsor?

**MOTION CARRIED**

Resolution R-20-055 was given its second reading;

**R-20-055**
        Endorsers:  Mayor Jim Donchess
                        Alderman-at-Large Ben Clemons
                        Alderman-at-Large Michael B. O'Brien, Sr.
                        Alderman Patricia Klee
                        Alderman Skip Cleaver
        **RELATIVE TO A BALLOT REFERENDUM CONCERNING SPORTS BETTING WITHIN THE CITY
        OF NASHUA IN CONNECTION WITH STATE PRIMARY ELECTION**
Given its second reading

**MOTION BY ALDERMAN O'BRIEN FOR FINAL PASSAGE OF R-20-055, BY ROLL CALL**

**ON THE QUESTION**

Alderman O'Brien

May I speak to my Motion?

<u>President Wilshire</u>

Alderman O'Brien.

<u>Alderman O'Brien</u>

Thank you. I think we have already hashed over this when we went to suspend the rules and everything, but again I just want to reiterate this is my belief, my firm belief that this will have a positive impact to many of the charities that are in this town and I hope my fellow Aldermen can support that in the name of – to help out the different charities.  Thank you, Madam President.

<u>President Wilshire</u>

Thank you.  Alderman Clemons?

<u>Alderman Clemons</u>

Thank you very much. In addition to that I was happy to sponsor this Legislation, I sponsored it before and I am happy to do so again and glad to see it moving forward this evening because it also is a jobs bill.  It is going to keep those jobs at those casinos in Nashua which are good paying jobs. And especially in these times, people need that.  So I am glad to see the support that it has here at the Board, so thank you.

<u>President Wilshire</u>

Anyone else? The Motion is for final passage of Resolution 20-055. Alderman Jette?

<u>Alderman Jette</u>

I just want to reiterate the fact that all we are doing here is we are voting to put this question on the ballot.  I don't know how I will vote when it appears on the ballot and I think that it is up to the people who are in favor of it and the people who are against to make their arguments to the voters. And I think that we as Aldermen can express our own personal opinions, but as a Board and by this vote, we are not voting to do this.  We are just voting to put it on the ballot and letting the people express their opinion as to whether they think this should be done or not.  Thank you.

<u>President Wilshire</u>

You're welcome. Anyone else?  The Motion is for final passage of Resolution 20-055.  Would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
        Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
        Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
        Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire            15

Nay:                                                                                                                          0

**MOTION CARRIED**

Resolution R-20-055 declared duly adopted.

NEW BUSINESS – ORDINANCES

**O-20-024**
    Endorsers:   Alderman Jan Schmidt
                 Alderman Patricia Klee
                 Alderman-at-Large Michael B. O'Brien, Sr.
                 Alderman Thomas Lopez
                 Alderwoman Shoshanna Kelly
                 Alderman Richard A. Dowd
    **REMOVING AUTHORIZATION FOR RIGHT TURN ONLY LANE ON PINE HILL ROAD AT ITS
    INTERSECTION WITH CHARRON AVENUE**
Given its first reading; assigned to the COMMITTEE ON INFRASTRUCTURE by President Wilshire

**O-20-025**
    Endorsers:   Alderman June M. Caron
                 Alderman-at-Large Ben Clemons
                 Alderwoman Shoshanna Kelly
                 Alderman Patricia Klee
                 Alderman-at-Large Michael B. O'Brien, Sr.
                 Alderman Jan Schmidt
                 Alderman Linda Harriott-Gathright
                 Alderman Richard A. Dowd
                 Alderman Thomas Lopez
    **RELATIVE TO MAXIMUM VACATION ACCRUALS FOR UNAFFILIATED EMPLOYEES**
Given its first reading; assigned to the PERSONNEL/ADMINISTRATIVE AFFAIRS COMMITTEE by
President Wilshire

**MOTION BY ALDERMAN CARON TO SUSPEND THE RULES FOR A SECOND READING OF O-20-025,
BY ROLL CALL**

**ON THE QUESTION**

President Wilshire

The Motion is to suspend the rules to allow for a second reading.  Alderman Caron, did you want to address
that?

Alderman Caron

Yes, thank you.  As the Board knows, we had several Ordinances put in to help other personnel within the
City because of this pandemic so that they did not lose any of their vacation time.  So I did check with the
Mayor and Director Kleiner and they reviewed the employees and there are less than 20 of them. But if we
don't put this in, many of them who are already at max, would start losing at least two weeks of their
vacation. So this gives the Mayor the authorization to expand that maximum amount so that these
employees will have a chance to utilize their vacation which is due to them.  And I appreciate all the help that
Director Kleiner and the Mayor gave to put this together.

President Wilshire

The Motion is to suspend the rules.  Is there discussion on that.

Alderman Clemons

I just wanted to be added as a co-sponsor please.

<u>Alderwoman Kelly</u>

That's what I was trying to point out as well, Lori. I'd like to be a co-sponsor.

<u>President Wilshire</u>

Ok, the Motion is to suspend the rules by roll call?  Any further discussion on that?  Seeing none, would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire        15

Nay:                                                                           0

**MOTION CARRIED**

Ordinance O-20-025 was given its second reading;

**O-20-025**
     Endorser:     Alderman June M. Caron
                   Alderman-at-Large Ben Clemons
                   Alderwoman Shoshanna Kelly
                   Alderman Patricia Klee
                   Alderman-at-Large Michael B. O'Brien, Sr.
                   Alderman Jan Schmidt
                   Alderman Linda Harriott-Gathright
                   Alderman Richard A. Dowd
                   Alderman Thomas Lopez
          **RELATIVE TO MAXIMUM VACATION ACCRUALS FOR UNAFFILIATED EMPLOYEES**
Given its second reading

**MOTION BY ALDERMAN CARON FOR FINAL PASSAGE OF O-20-025, BY ROLL CALL**

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
     Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
     Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
     Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire        15

Nay:                                                                           0

**MOTION CARRIED**

Ordinance O-20-025 declared duly adopted.

**O-20-026**
    Endorsers:   Alderman Patricia Klee
                    Alderman Richard A. Dowd
                    Alderman-at-Large Michael B. O'Brien, Sr.
    **REMOVING HANDICAPPED PARKING SPACES IN FRONT OF 3 BEACON COURT AND 9 AND 11 MOUNT PLEASANT STREET**
Given its first reading; assigned to the COMMITTEE ON INFRASTRUCTURE by President Wilshire

**O-20-027**
    Endorser:   Alderman Thomas Lopez
    **AUTHORIZING A LEFT TURN ONLY LANE AT THE INTERSECTION OF WEST PEARL STREET AND ELM STREET**


<u>Alderman Harriott-Gathright</u>

Can I ask a question at this point?

<u>President Wilshire</u>

Sure.

<u>Alderman Harriott-Gathright</u>

I am just trying to picture where that is.  So if you are on Elm Street, say leaving City Hall going towards Elm Street School, is it that intersection, West Pearl?  No West Pearl is the other way, right?

<u>President Wilshire</u>

It doesn't meet West Pearl way down there.

<u>Alderman Harriott-Gathright</u>

Alright so this is the one that goes past City Hal in the opposite direction, going north correct?

<u>Alderman Lopez</u>

No, it is by Court House Pizza.

<u>Alderman Harriott-Gathright</u>

Court House Pizza.  Alright.

<u>Alderman Lopez</u>

Right before you go into the big circle thingie.

<u>Alderman Harriot-Gathright</u>

But is that large enough to get a second lane?

<u>Alderman Lopez</u>

Well DPW proposed this and they did a sketch out but that's what we would talk about when it goes to Committee. I can send you what they sent me though.

<u>Alderman Harriott-Gathright</u>

Ok, just curious.  Alright, thank you.

Given its first reading; assigned to the COMMITTEE ON INFRASTRUCTURE by President Wilshire

***There being no objection, President Wilshire suspended the rules to allow for the introduction of O-20-028 that was received after the agenda was prepared.***

**O-20-028**

    Endorsers:   Mayor Jim Donchess
                   Alderman-at-Large Lori Wilshire
                   Alderman-at-Large Ben Clemons
                   Alderman Patricia Klee
                   Alderman Jan Schmidt
                   Alderman Richard A. Dowd
                   Alderman Skip Cleaver
                   Alderman-at-Large Michael B. O'Brien, Sr.
                   Alderman June M. Caron
                   Alderman Thomas Lopez
                   Alderwoman Shoshanna Kelly
                   Alderman-at-Large Brandon Michael Laws
        **ALLOWING ADDITIONAL BALLOT INSPECTORS**
Given its first reading; assigned to the PERSONNEL/ADMINISTRATIVE AFFAIRS COMMITTEE by President Wilshire

**MOTION BY ALDERMAN KLEE TO SUSPEND THE RULES FOR A SECOND READING OF O-20-028, BY ROLL CALL**

**<u>ON THE QUESTION</u>**

<u>President Wilshire</u>

OK, the Motion is to suspend the rules to allow for a second reading.  Obviously this is going to be a time sensitive matter.  We can't send it to Committee and get people hired in time to work the polls. They need extra people at the polls, that is what the Clerk is predicting. I think it's important that we help the Clerk get more people in there to get through these elections. So the Motion is to allow for a second reading. Alderwoman Lu?

<u>Alderwoman Lu</u>

Thank you.  Is this because we are expecting a lot more paper ballots?

<u>President Wilshire</u>

I would have to defer to the Clerk.

<u>Ms. Lovering, City Clerk</u>

We are expecting many more paper ballots but we also have many obstacles with establishing safer polling locations with maintaining social distancing and line management and just everything that is all going on right now.  We are trying to move the lines as quickly as possible but keeping everybody safe and yes we do expect a lot of processing of paper ballots as well.

<u>President Wilshire</u>

Thank you. Alderman Clemons?

<u>Alderman Clemons</u>

Thank you very much. I fully support this.  We have seen across the country where there have been horrendous lines and things like that.  We've also seen situations like this happen in our own backyard up in Merrimack, New Hampshire. I think it was during the 2016 election.  Some people didn't even get to vote. We don't want that to happen here in Nashua and we pride ourselves on holding the most, in my opinion, the best and the most accessible polling places in America really.

 You do an excellent job and we have had Clerks that understand that this is one of the most important and sacred rights that we have.  So being able to have the proper amount of people to do that job and also to make sure that there aren't lines where people are wrapped around buildings I think is very important. It is worth every penny.  So let's do the right thing and get this done tonight. Thank you.  And I'd like to be added as a co-sponsor as well.

<u>President Wilshire</u>

Anyone else co-sponsor?  Alderman Klee?

<u>Alderman Klee</u>

This vote here is just for the suspending of the rules and the next vote we will be doing to adopt it.  So I had my hand raised up and I didn't want to confuse things.  But I'll speak to it after we vote on suspension. Thank you.

<u>President Wilshire</u>

Anyone else on the suspension?  Would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea:  Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
       Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
       Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
       Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire         15

Nay:                                                                              0

**MOTION CARRIED**

Ordinance O-20-028 was given its second reading;

**O-20-028**
Endorsers:   Mayor Jim Donchess
             Alderman-at-Large Lori Wilshire
             Alderman-at-Large Ben Clemons
             Alderman Patricia Klee
             Alderman Jan Schmidt
             Alderman Richard A. Dowd
             Alderman Skip Cleaver
             Alderman-at-Large Michael B. O'Brien, Sr.
             Alderman  June M. Caron
             Alderman Tom Lopez
             Alderwoman-at-Large Shoshanna Kelly
             Alderman-at-Large Brandon Michael Laws
     **ALLOWING ADDITIONAL BALLOT INSPECTORS**
Given its second reading

**MOTION BY ALDERMAN KLEE FOR FINAL PASSAGE OF O-20-028, BY ROLL CALL**

**<u>ON THE QUESTION</u>**

<u>Alderman Klee</u>

And may I make a comment?

<u>President Wilshire</u>

You may.

<u>Alderman Klee</u>

Thank you.  The comment that I want to make is that I have spoken to many Clerks and so on throughout the State as well as actually through a number of different States.  Everybody is anxious about the paper ballots, the absentee, the mail-in, whatever you want to call them as well as the social distancing and the need for more lines to move people through as well as a number of other things.  And as Alderman Clemons had pointed out, I think this is extraordinarily important. I am glad we suspended the rules, I am glad we will be voting on it tonight.  And I think the sooner we can move this forward will help our City Clerk who is doing a phenomenal job.  So thank you.

<u>President Wilshire</u>

Ok, the Motion is for final passage of Ordinance 20-028.  Alderman Lopez?

<u>Alderman Lopez</u>

Yeah I just wanted to say that I think this is extremely important both as a public safety measure.  We need people to be coming in to vote and being able to leave quickly and so we are going to need a larger capacity of people to help them do that.  We are also going to need to make sure this is extremely accurate and this is a slam dunk election where there's no concerns or anxieties by the voters.  We have had enough areas of stress with regards to elections and COVID-19 and all this kind of stuff.  We have seen it around the rest of the Country.  So we need to make sure that we are adequately prepared for this.  So I support this entirely. I think it's very important to do it safe and to do it accurate.

President Wilshire

Ok the Motion is for final passage.  Further discussion on that Motion?  Seeing none, would the Clerk please call the roll?

A viva voce roll call was taken which resulted as follows:

Yea: Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
    Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
    Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Laws,
    Alderman Cleaver, Alderwoman Harriott-Gathright, Alderman Wilshire          15

Nay:                                                                            0

**MOTION CARRIED**

Ordinance O-20-028 declared duly adopted.

PERIOD FOR GENERAL PUBLIC COMMENT

President Wilshire

Anyone that wants to give public comment?  Can we get your name and address for the record please?

Laurie Ortolano 41 Berkeley Street. I want to thank the Board for allowing public comment to be available to us through the Zoom Meeting.  It is very much appreciated.  A couple of items.  I listened to the communication or the meeting on the Assessing Update.  Tomorrow night in the Finance Committee a consulting contract is going to be brought forth for Rex Norman to serve as a supervisor/consultant to the Assessing Department. I would like questions asked because this gentleman is the full-time Community Development Director for Windham and I would like to understand what that consulting contract is for; how much influence he will have on the work of the Assessors or doing oversight during the day.  If he, in fact, is still the full-time Community Director in Windham.  And I just want to make you appraised of that, that is something I'm interested in understanding.

With regard to transparency in the office and customer service, I'm really concerned about that.  And I feel that there's a disconnect between the City Leadership and management and public perception and reality on what transparency is and what customer service is.  First of all, the Board of Assessors has not allowed public input, either through e-mail or through any kind of verbal communication.  And that has been a real concern of mine. There has been no communication submitted to the Board of Assessors as public comment. I tried to and they didn't accept them and I don't do that any longer.  And when the day comes that they are willing to bring it back that would be great.  But that's a transparency issue for me.

I also find that access to records has just been so shut down to the public it is ridiculous.  The redacting policy or the redacting practices that are happening for Assessing records make no sense to me. You know everything is shuttled up to Legal so that phone numbers and e-mails can be taken off because they are considered confidential information. But, in fact, when I go down to Building Permits or I ask for a file to be scanned out of Building Permits, they can the file, they send it to me, it has got e-mails, it has got private phone numbers and nothing is redacted.  You know, your Board of Aldermen Meetings have only been accepting public comment when people e-mail them in. But none of the people's e-mail addresses are being redacted to preserve their confidentiality. They are all out for the public to have.  And yet an application that's part of a public document in Assessing with an e-mail address is running up to Legal to be redacted.  And the City is complaining and Ms. Leonard is writing letters on the extraordinary cost associated with them doing that.  Why are we doing it then?

If the Building Department doesn't do it, if the Board of Aldermen don't do it, and I can't find other Departments are doing it, my belief is it is happening in Legal because somebody said, "Slow the public down that's looking at information and we do not want them to get that information as quickly so let's ram everything up to Legal".

And it's not just happening because I have litigation going.  It is happening to other people that have no litigation going. I really don't understand that.  And so that's not transparency. I should be able to get property record files when I walk into Assessing.  And today when I called to get an appointment, I was told that it could only be 15 minutes and I asked if anyone had signed up on Thursday and the answer was "no". I said, "I'd like to do some research, I haven't been in the office in four months, could I have two slots?". "No".  So you get one 15 minute slot and if you can't get it done oh well.  And then I said, "Well can you schedule me an hour later, so I can come back"?  "No, No, we do 15 minutes".  You know, why?  If nobody is coming into Assessing on Thursday and there were only three people who came in and somebody came in for half an hour, is that really a problem? I don't really understand that.

Also these new property record cards that Ms. Kleiner identified that are being put together in a format that would be easier for the public to access. I'd love to know what that looks like from a transparency standpoint.  They claim they are going to take off data that isn't used by the Assessors and are unnecessary for the public to see.  I agree that some of that data exists on the card, but I can tell you I am also concerned that they are going to take off data that is valuable for the public to see.

President Wilshire

Mrs. Ortolano, you have one minute.

Ms. Ortolano  Why? What's the time limit?

President Wilshire

Five minutes.

Ms. Ortolano  Ok it is supposed to be a period of 15 minutes for public comment and you haven't done it in a while.  Are there other people in line.

President Wilshire

I don't know.

Ms. Ortolano  Oh ok.  So anyways this format for the property record card would be nice for the public to be able to see that and not just have it come out and if you don't' like it too bad.  Your Public Comment Ordinance that you are working on and the one that the Board of Assessors is working on with the bylaws I believe is illegal.  And I think you should be very careful about adopting that. I got a legal briefing that was generated by Steve Bennett where he was addressing the Board about a dozen years ago regarding closing the public down on speaking about personnel matters and about trying to define the tone of what they can say, repetition, redundancy and he wrote up a very detailed briefing with case studies on why that's illegal and should not be done.

And I know your Board and the Board of Assessors have both come after me for addressing personnel matters and telling me I can't do it or I shouldn't do it or its offensive when, in fact, it is perfectly legally for the public to do that.  And I think niceness Ordinances aren't good in public input. I think telling somebody not to repeat themselves is not right in public input and could be challenged.  I think writing a public input policy that is as long as yours is, is ridiculous.  You should look at the Assessing Standards Board Public Input Policy, it is basically one sentence and I think it would be good for you to do that. I want to thank Alderman Jette for making the motion to push an issue into the Finance Committee so that you're not just serving as a rubber stamp.

I want to thank Alderman Lu for asking the question on complaints are being tracked and hearing that there is no system in line.  That basically there are no complaints, I find that absurd and I find that just to be another example of where the voice, of even if it's a few, don't really matter when we have a complaint. Thank you very much.

President Wilshire

Anyone else?  Is there anyone else for public comment?  Seeing none.  Attorney Bolton?

Attorney Bolton

Thank you, Madam President.  Let me state unequivocally that nothing we do in the Legal Department is for the purpose of delaying anyone.  Violation of my oath as an attorney to purposely delay Legal Process – I don't do that, I won't do that.  I would resign this position before I would do that.  It is not happening; it is vile to suggest that it's happening.  We follow the Law to the best of our ability.  That's what we do.

President Wilshire

Thank you, Attorney Bolton.  Anyone else?

REMARKS BY THE MEMBERS OF THE BOARD OF ALDERMEN

Alderman Clemons

Thank you.  So the person in the public comment made a good point about perhaps tracking the complaints that come in. I actually would be interested in that list because I am pretty sure that while there may be a lengthy complaint list, I have a feeling that the names that are on the list, I can count with just my one hand. So it would be interesting to see that.

The other thing that I want to say is that through all my tenure here on the Board of Aldermen, we've had several different Corporation Counsels.  All of them have acted in great steed with the Law.  They've always acted above board. I've never seen anything be done underhanded.  I certainly think that's the case still today.  And so I support them as well 100%, as well as Kim Kleiner who I think does a tremendous job and did a tremendous job this evening showing us the updates and things like that, that the Assessing Department has accomplished.  And I think that she is second to none when it comes to transparency. So some of the things that were said earlier this evening are completely unfounded and I wanted my opinion of that on the record.  Thank you.

Alderman Klee

Thank you, Madam President. I too would like to echo the words of Alderman Clemons as far as Ms. Kleiner's concerned and the City Attorneys.  Addressing Ms. Kleiner, I think she is extremely transparent. I think that she has put up with a lot from being called a liar to various other things and I think that's shameful. Putting all that aside, I think Ms. Kleiner's presentation earlier today was very transparent, I think it was very good.  She admitted to areas that needed to be fixed and is working towards that way. I think every time there has been something that has been brought to her attention, she has handled it and she has handled it exemplary.

I would also like to comment about the ballot inspections.  One of the other things that I had wanted to mention about the ballot inspectors is because of COVID and so on, I think it's even more important to have these so that our ballot inspectors can have a little bit of a break.  My husband played ballot inspector at the last election; he won't be at this one.  But he was at the last one for the primary.  It's a very long day for those people, very, very long day.  And the more that they have, the more breaks they can take, the more space that they can have and so on. So I am really glad that we pushed this through and we got it through as quickly as possible.

And to the family and all of a sudden I am blanking on his name, but the young man who had passed away through drowning, I really want to give my condolences.  As it was said, this was a horrible thing to have happened during any time, no parent should ever lose their child. So my heart goes out to them.

Alderman Lopez

So I also wanted to express my condolences to the family of Shea Patno and also to other families who have lost children. We have lost a number of teenagers over the last couple of weeks. Because of the distancing required by COVID-19 and all of the things that we have been going through, there isn't as much ability to grieve or to mourn.  So I just want to remind the Nashua public that this is not over, this pandemic is more than just news media articles and it's more than just full ICU beds. This is a problem that we are all facing together and it is really important to reach out to your neighbors, reach out to your friends, your family.  Reach out for the support you need and offer it to other people too because it is a very difficult time. People are suffering and they have less ways to make their voices heard with that suffering.

It is also very important to continue wearing masks. I want to make Latha Mangipudi and her maskateers, Pagma, for continuing to provide me with masks, I've still be handing them out to people in the community that are in need of them and restaurants that are in need of them. Just because people are back at work again, that doesn't mean they have unlimited resources, it doesn't mean that you can get protective gear as soon as you need it.  And a lot of the earlier gear has kind of been worn out, like the initial cloth we had.  So there's a still a huge need for that.  There's still volunteers that are working with it and I want to thank everyone who is continuing to wear a mask even if they are uncomfortable, in order to protect and look out for other people.  Thank you.

Alderwoman Lu

Thank you, Madam President. I would like to send my condolences to the family of Paula Moquin Burpee who passed away.  Paula group up in Nashua; she was a neighbor, she was a daughter of Ed and Dorothy Moquin.  She was a friend of our family as well. I want to express my condolences to her sister Mary Anne and her children Adam and Sarah and their children.

Alderwoman Kelly

Thank you. I wanted to start by offering my condolences as well to the parents of Shea Patno.  I saw the firetrucks race by and I was hoping for a better outcome so I feel for them greatly right now. I also wanted to highlight and thank the School Board and the Reopening Task Force for the hard work that they are doing right now to look at what our scenario here in Nashua will be for opening the schools.  It is a hot topic right now and I know they are doing the hard work to make sure that everybody is going to be safe and that teachers in this City feel that they are valued as well, because they do incredible work. So it's not an easy task and I just wanted to say thank you.

And then I left my comments to the end here, the incident down on Main Street. It's been an especially hard time for everybody right now, especially feeling it as people of color.  That was a really hard video to watch but I was definitely, it was nice to see our City come forward and say, "This doesn't happen here and we won't stand for it".  I spoke to George Russell this morning and he said, "People need to stop thanking me for doing it, it was the right thing to do".  And I really appreciated that stand. So I am incredibly grateful for everyone who stepped up and took our calls and for all the constituents who went out and said, "this is not ok".

Alderman Dowd

Yes, just a very, very quick update on the Middle School Project because not everyone is up-to-date on it. We have a full construction crew at Fairgrounds Middle School; that is proceeding along to do everything we need to do this summer. You'll see more and more construction going on, especially in the front of the school where the new security aspect of the project is being done.

At Pennichuck Middle School Eversource has moved the pole and the wires have been rerun from the Henry Burke to the School for video and telephone and everything else. That had to be done before the actual construction started. And the security of that school, the front of that school will also be being done this summer so that the security entrance will be ready for the fall. So things are proceeding along very well and just wanted to give you a quick update.

President Wilshire

Anyone else? Alderman O'Brien. Right after Alderman O'Brien, Alderman Caron.

Alderman O'Brien

Thank you, Madam President. I too would like to express my condolences to the family and friends of Shea Patno, a young man, a very tragic loss to our community. I too, like the Mayor, has seen the memorial down on Shady Lane that was constructed to him. Although I did not know him personally, I am sure he will be very much sadly missed by his family and friends.

But I would also like to mention the other half, even though the accident and this tragedy occurred in another state in another community, it was the Nashua Fire & Rescue Dive Team that responded and recovered Mr. Patno to be able to be brought home to be properly mourned by his family and friends as by their traditions. As a former Fire Chief in charge of the Dive Team, I completely understand and know of the conditions that they respond to such a tragedy at. I understand when you are going down into the water, the unknown and the murkiness and yet they did their duty and were able to bring Mr. Patno home to his family. So, therefore, it is a tragic loss but I would like to inform the Aldermen that we should recognize Nashua Fire & Rescue for their efforts in trying to mitigate somewhat of this tragedy and at least do something for the family. Thank you.

Alderman Caron

Yes, thank you very much, I'll be real quick. First of all I'd like to thank our fellow Board Members for approving the extension for vacation time for unaffiliated employees; I know that they will appreciate it greatly. Many of them have been working long hours, even at home and coming into the office and we certainly don't want them to lose out on anything. And secondly, I would like to thank Bobbie Bagley, the Director of Public Health again for taking the time to bring her staff to the Nashua Senior Center to do a walk through with the group to make sure we have everything in place so we can get the Center up and running. My understanding was that the Center had quite a bit of things already in place and there were a few suggestions which they are going to take care of this week. And just for everyone to know, especially Alderman Dowd, that the Center will be opening up two weeks from yesterday. So we are anxious to have our seniors back and to be able to do some of the activities with social distancing but at least to get there and talk to their fellow members. So, again, thank you to Public Health for all they did for us. Thank you.

Alderman Jette

Thank you, Madam President. I wanted to acknowledge Alderman Lopez, you know, this past 4th of July for the I think seventh year in a row, it may be more. He organized a celebration of Independence Day for the Veterans at Dalianis House and I am surprised he had the time because judging by all the books in his background, I am surprised he has time to do anything other than read those books.

But he was kind enough to invite me to participate in this year's celebration as a Army Veteran from the Vietnam Era.  He invited me to make some remarks to my fellow veterans and I appreciated that.

And I wanted to thank Attorney Bolton. You know when we passed the mask ordinance we did so at the request of the Board of Health, our Department of Health.  And all of this information about the masks, you know, the conflicting information that people are exposed to, you now, our Board of Health which I want to remind the public are very qualified people, there are medical doctors, there's a pulmonologist, in infectious disease specialist, an epidemiologist and Director Bagley is a Doctor of Public Health.  So these are people who are much better equipped to analyze all of the information regarding the safety of our public and we relied on their advice.  And at that meeting, I remember asking Attorney Bolton about all of the objections that we were receiving from the public about whether this was legal for us to do.  And I remember he gave me a very long and well-reasoned explanation as to "yes" it is very much within our authority to do that.  When I read the decision by Judge Colburn it is although she copied exactly what Attorney Bolton told us.  So he was right on.  The advice we got from the Public Health Department and the advice we got from our City Attorney was right on and thank you both to the Public Health Department and the Legal Department.  Thank you.

Alderman Cleaver

Yes, thank you Madam President.  Just very briefly regarding the unfortunate events in downtown, the racist rant or whatever you want to call it. I strongly support WSMN and I hope other people do too with messages of support.  But also to Morin's Landscaping and their employees.  I strongly suggested that everybody give them a call and say how much they are appreciated and how unfortunate the community believes it was.  So thank you very much.

President Wilshire

You're welcome; anyone else? I just had a couple things. I wanted to also acknowledge my condolences to the Patno and Moquin families.  Although the Patno young man was much younger, it is still tough. I mean it's really tough to lose a family member.  And to the Moquin family my condolences.

I have to also thank Latha Mangipudi and Pagma Kunapareddy for continuing to make the masks. I think they just continue to be shining stars in our community.  And I am also very proud of our City for the reaction to the incident on Main Street.  People stepped up, they did the right thing and we are all proud of everyone who was involved that stepped in and stepped up and did the right thing; really proud of everyone in this City.

Also I just wanted to mention that I believe in my 21 years on the Board of Aldermen, that our City's Legal Team is one of the best.  They are just wonderful and we've always had a wonderful Legal Team.  But right now I think we have a really, really good Legal Term led by Attorney Bolton but Attorney Clarke and Attorney Leonard, very, very capable, very responsive.  Well done Attorney Bolton and your selection of good people.

Committee announcements:

Alderman O'Brien

Madam President, just to remind everybody on Wednesday, July 22nd at 7:00 p.m. via our friendly format Zoom, there will be a Committee of Infrastructure Meeting. Everybody is welcome to join us; they are lots of fun.  Thank you.

Alderman Dowd

Yes on Thursday, the 23rd at 7:00 p.m. we will have a Zoom meeting of the Joint Special School Building Committee.

Board of Aldermen                           7-14-2020                           Page 37

<u>Alderman Tencza</u>

Thank you, Madam President.  Just to let the members of PEDC know, we are scheduled for a meeting for later this month, I believe July 28th, but that will be cancelled.  So we will meet next month if necessary.

<u>President Wilshire</u>

Very good; anyone else?  OK, Alderman O'Brien, do I have a Motion?

<u>ADJOURNMENT</u>

**MOTION BY ALDERMAN O'BRIEN THAT THE JULY 14, 2020, MEETING OF THE BOARD OF ALDERMEN BE ADJOURNED, BY ROLL CALL**

A viva voce roll call was taken to adjourn the Board of Aldermen meeting which resulted as follows:

Yea:    Alderman O'Brien, Alderman Klee, Alderwoman Kelly, Alderman Dowd,
        Alderman Caron, Alderman Clemons, Alderman Lopez, Alderman Tencza,
        Alderwoman Lu, Alderman Jette, Alderman Schmidt, Alderman Cleaver,
        Alderman Laws, Alderman Harriott-Gathright, Alderman Wilshire          15

Nay:                                                                           0

**MOTION CARRIED**

The meeting was declared adjourned at 10:02 p.m.

                                            Attest:  Susan K. Lovering, City Clerk