Gmail                                                                                  Laurie Ortolano <laurieortolano@gmail.com>

## RTK request to Inception Technologies
4 messages

**Laurie Ortolano** <laurieortolano@gmail.com>                                         Sat, Nov 13, 2021 at 7:40 PM
To: Laura Colquhoun <lauracolquhoun2@gmail.com>

Laura,

Can you gather all the financial information for the bills paid and invoices received for inception technologies. This was the company hired to do all the PRC record scanning. The motion to accept the proposal was in the July 15, 2020 Finance Committee Meeting for $59,638.

---

**Laura Colquhoun** <lauracolquhoun2@gmail.com>                                        Sun, Nov 14, 2021 at 6:40 AM
To: Laurie Ortolano <laurieortolano@gmail.com>

Let me see what I can do - remember the city likes to bury the invoices in a lot of different accounts.

[Quoted text hidden]
--
Laura Colquhoun

---

**Laurie Ortolano** <laurieortolano@gmail.com>                                         Sun, Nov 14, 2021 at 11:43 AM
To: Laura Colquhoun <lauracolquhoun2@gmail.com>

Ok, thanks.
[Quoted text hidden]

---

**Laura Colquhoun** <lauracolquhoun2@gmail.com>                                        Sun, Nov 14, 2021 at 12:09 PM
To: Laurie Ortolano <laurieortolano@gmail.com>

Read the email from Brady Owens - we will be able to find it very easily.

[Quoted text hidden]
--
Laura Colquhoun