# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** )<br>　　　　　　　**Plaintiff** )<br>　)<br>v. 　　　　　　　　　　　　　　　　)<br>　)<br>**The City of Nashua, et al.,** )<br>　　　　　　　**Defendants** )<br>　) | Civil Action No. 22-cv-00326-LM |

### PLAINTIFF'S OBJECTION TO DEFENDANT KLEINER'S MOTION FOR SUMMARY JUDGMENT

**OBJECTION**

The Plaintiff, Laurie Ortolano, hereby objects to Defendant Kleiner's Motion for Summary Judgment.

The Plaintiff is simultaneously filing a Memorandum of Law in Support of the Plaintiff's Objection to the Motion for Summary Judgment and supporting documents with exhibits.

**REQUEST FOR HEARING**

The plaintiff hereby requests that the Court conduct a hearing on the Defendant's Motion for Summary Judgment, a dispositive motion. In support of the request for a hearing the plaintiff states that the action involves complex legal issues and many facts; argument would aid the Court in considering the facts and issues.

Dated: July 1, 2024　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Laurie Ortolano, Plaintiff
　　　　　　　　　　　　　　　　　　　　By her Attorney,


　　　　　　　　　　　　　　　　　　　　*/s/William Aivalikles*

　　　　　　　　　　　　　　　　　　　　William Aivalikles
　　　　　　　　　　　　　　　　　　　　Bar ID No. 308
　　　　　　　　　　　　　　　　　　　　253 Main Street
　　　　　　　　　　　　　　　　　　　　Nashua, NH 03060
　　　　　　　　　　　　　　　　　　　　603-880-0303
　　　　　　　　　　　　　　　　　　　　william@nhtriallaw.com

## **CERTIFICATE OF SERVICE**

    I, William Aivalikles, hereby certify that this document, filed through the ECF system, will be sent electronically forthwith to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: July 1, 2024                         */s/William Aivalikles*

                                                          William Aivalikles
                                                          Bar ID No. 308
                                                          253 Main Street
                                                          Nashua, NH 03060
                                                          603-880-0303
                                                          william@nhtriallaw.com