UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
| Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| **The City of Nashua, et al.,** ) | |
| Defendants ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO EXCEED PAGE LIMIT FOR HER MEMORANDUM OF LAW IN SUPPORT OF HER OBJECTION TO DEFENDANT KLEINER'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES, the Plaintiff, Laurie Ortolano, and hereby moves to exceed the page limit set forth in Fed. R. Civ. P. Rule 56 and L.R. 56.1 and states the following:

1. The Defendant, Kleiner filed her Memorandum of Law simultaneously with a Motion for Leave to exceed the page limit, which the Court granted.

2. In order to effectively respond to the Defendant's Memorandum, which is fact intensive, the Plaintiff was unable to respond fully without exceeding the page limit.

WHEREFORE, the Plaintiff respectfully requests that she be allowed to exceed the 25 page limitation in her memorandum.

Dated: July 1, 2024                                   Respectfully Submitted by,


*/s/William Aivalikles*
William Aivalikles, Esq.
Bar # 308
253 Main Street

1

Nashua, NH 03060
(603)880-0303

## CERTIFICATE OF SERVICE

 I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: July 1, 2024              */s/William Aivalikles*
                       William Aivalikles, Esq.