

# City of Nashua

Assessing Department
City Hall
229 Main Street   PO Box 2019
Nashua, NH  03061-2019

Gary Turgiss, CNHA
Appraiser II

Tele. (603) 589-3040
Fax   (603) 589-3079

January 17, 2014

Ms. Laurie A Ortolano
41 Berkeley Street
Nashua, N.H. 03064

Re:   41 Berkeley Street, Nashua, NH
      Account # 35562
      Map 47, Lot 56

Dear Property Owner:

As a result of our continued data analysis, we have adjusted the assessment to the above noted property. Your prior value of **$469,800** has been changed to a new **value of $706,300** effective for the 2014 tax year (April 1, 2014). Pending no other changes to your property, or until another city reassessment is completed, your assessment should remain at the corrected value.

The reason for the value change is: *Corrections were made to the property record card based on the MLS Listing sheet. The MLS indicated that there were 5 total baths (city records indicated 3 baths). All the baths and kitchen were updated and some areas of the basement had been finished. The MLS Listing also showed that the entire property had been restored.*

If you have any questions regarding this change, or would like to arrange a property inspection to verify the data, please feel free to contact me at (603) 589-3040.

Very truly yours,

Gary W. Turgiss
Gary Turgiss, CNHA
Appraiser II