

# State of New Hampshire
# Office of Professional Licensure & Certification

7 Eagle Square, Concord NH 03301
Phone: 603-271-2152
customersupport@oplc.nh.gov

## Assessing Certification Board - Advisory
## Application and Recertification Checklist

**Type of certification requested:**

*New certification or new certification level:*

Certified Building Measurer and Lister (Asb 303.03)
Certified Property Assessor Assistant (Asb 303.04)
Certified Property Assessor (Asb 303.05)
Certified Property Assessor Supervisor (Asb 303.06)

*Recertification:*

Certified Building Measurer and Lister (Asb 303.03)
Certified Property Assessor Assistant (Asb 303.04)
Certified Property Assessor (Asb 303.05)
Certified Property Assessor Supervisor (Asb 303.06)

**Required documentation for Certification levels (Asb 306.01) – Attach documents:**

Certified Building Measurer and Lister (Asb 303.03)

- ☐ Written attestation signed by a Certified Property Assessor or a Certified Assessor Supervisor, if new certified, or by applicant if recertification, that the applicant meets each of the requirements in Asb 303.03(a) or Asb 303.03(b).
- ☐ Criminal background check results obtained within 30 days of submitting a complete request to be certified pursuant to Asb 306.01 (a)(4).

Certified Property Assessor Assistant (Asb 303.04)

- ☐ Written attestation signed by a Certified Property Assessor or a Certified Assessor Supervisor, if new certification, or by the applicant if recertification, that the applicant meets each of the requirements in Asb 303.04(a) or Asb 303.04(b).

- ☐ Documentation of successful completion of the International Association of Assessing Officers Course 101, or equivalent course, focusing on the basic functions of the appraisal process and appraisal theory.

- ☐ Criminal background check results obtained within 30 days of submitting a complete request to be certified pursuant to Asb 306.01 (a)(4).

1

*Required documentation for Certification levels continued:*

Certified Property Assessors (Asb 303.05)

- ☐ Written attestation signed by a Certified Assessor Supervisor, if new certification, or by the applicant if recertification, that the applicant meets each of the requirements in Asb 303.05.

- ☐ Documentation of successful completion of the International Association of Assessing Officers (IAAO) Course 300, or equivalent course, pertaining to mass appraisal.

- ☐ Documentation of successful completion of the International Association of Assessing Officers (IAAO) Course 452, Fundamentals of Assessment Ratio Studies (Workshop).

- ☐ Documentation of successful completion of a recent Uniform Standards of Professional Appraisal Practice (USPAP) course or workshop.

- ☐ Documentation of successful completion of the NH State Statutes Part I and Part II course relative to assessment and taxation.

- ☐ Complete and signed resume detailing work, revaluation experience, and education qualifications. Criminal background check results obtained within 30 days of submitting a complete request to be certified pursuant to Asb 306.01 (a)(4).

---

Certified Property Assessor Supervisor (Asb 303.06)

- ☐ Written attestation signed by a Certified Assessor Supervisor if new certification, or by the applicant if recertification, that the applicant meets each of the requirements in Asb 303.06.

- ☐ Documentation of successful completion of the International Association of Assessing Officers (IAAO) Course 102, or equivalent course, focusing on the capitalization of income to determine value by the income approach or current NH Association of Assessing Officials (NHAAO).

- ☐ Documentation of successful completion of comprehensive exam or current NH Association of Assessing Officials (NHAAO) professional designation certificate.

- ☐ Documentation of experience in providing expert testimony in the defense of assessed values before the NH Board of Tax and Land Appeals, NH Superior Court/sanctioned mediation, or equivalent board or court in another state.

- ☐ Complete and signed resume detailing work, revaluation experience, educational qualifications and how the applicant has the experience necessary to: interpret deeds and financial statements; prepare reports; supervise subordinates; assist municipal assessing officials in the use of assessing manuals and CAMA; perform statistical testing; analyze sales to produce a market analysis and USIPAP report; and defend property values.

- ☐ Criminal background check results obtained within 30 days of submitting a complete request to be certified pursuant to Asb 306.01 (a)(4).