# Assessing Staff Meeting

## Monday, March 18, 2019

1. Expectations

    Goals

    Structure of the Department – reporting and review.


2. Metrics

    Individually and departmental


3. Correspondence and Citizen Requests


4.  Staff Feedback and Concerns

## Assessing Staff Meeting

## Monday, April 1, 2019

1. Public vs Non-Public

    Staff Meetings – if a member of public has questions – John or I will answer

    Instructions for Board of Assessors


2. Policies – Create a Form -  Request for multiple documents will be answered within 5 days.

    Name, address,   phone number, documents requested and cost. Make copy for

    taxpayer.

    Tax  Rep  for abatements -  Ask & document, ask their preference of contact


3. Correspondence and Citizen Requests – going forward Mike, Gary and Greg will not speak

    with Ms. Ortolano. Please write down any questions and they will be answered in writing.

    Please create a call log – date, item requested, information needed etc.

4. NEREN Agreements

    All memberships should be brought to John or I.  Are there any other?


5. Website – Recreate – more citizen friendly, easier to understand


6. Staff Feedback and Concerns

    Talking within the office


7. Space – need to redesign the office – no more citizens in the hall.

**Assessing Staff Meeting**

**Monday, April 8, 2019**

1. Board of Assessors Meetings

    Rules/Bylaws

2. Policies – Review the form Cheryl made -  Request for multiple documents will be answered within 5 days.

    Online versions??????   How are these being handled now???

3. Tax  Rep  for abatements -  Ask & document, ask their preference of contact – Meetings should be with both parties at the same time.

3. Correspondence and Citizen Requests – going forward Mike, Gary and Greg will not speak

  with residents with large multiple requests on properties not owned by the individual. Please write down any questions and they will be answered in writing.

    What has been the reaction ???   Concerns????

4. Updates on metrics –

    Upcoming time off / Education Scheduled etc.

5. Website – Update  – more citizen friendly, easier to understand

    Kim's meeting with Bruce,

6.  Staff Feedback and Concerns

## Assessing Staff Meeting

## Monday, April 22, 2019

1. Outreach:

      April 20th – Louise at Senior Summit

      April 22nd – Kim, Pam, Louise and Greg at City Academy

      April 30th – Kim, Louise and Greg at Special Board of Aldermen

2. Need for Data- Please send to Kim by Wednesday – Update on all Metrics

3. Daily Travel Reimbursements, Invoices please send to Kim for approval.  Tracking spreadsheets for finances.

3. Tracking of all Trainings, Recertification dates, upcoming dates for NHAAO and related meetings

4. Job Descriptions

5. View Factor

6. Staff Feedback and Concerns

Note:  Mayor's Senior Summit, Saturday, April 20 – 9am to noon

# Assessing Staff Meeting

## Friday, May 17, 2019

1.  Process Improvements
     Sales letters
     Abatements - create a document
     Mailing property cards - with    explanation of card
      Door tags - numbering
      Field reports - contact person
      Documentation on property cards
      Appointments - scheduling of assessors
      Website tools
      Tips from Statutes training


2. Assessing 101 - workshop

3.  Training
         Kim training on Assesspro

4.  Software update

5. HR Item

6.  Updates to Board of Assessors meetings

7.  Staff Feedback and Concerns -

# Assessing Staff Meeting

# Friday, May 23, 2019

1. Update of Metrics
   Sales letters
   Abatements
   Mailing property cards with explanation of card with Abatement letter
   Parsonage – Chandler St
   Documentation on property cards
   Appointments - scheduling of assessors - update
   Send Right to Know requests/ and sign in Logs to Karina

2. Assessing 101 - workshop

3. Board of Assessor Meeting 6/6/19

5. Software/Website update

6. Staff Feedback and Concerns -

# Assessing Staff Meeting

# Friday, May 31, 2019

1. Update of Metrics

    Sales letters – How many returned?  Called?

    Abatements  - How many scheduled for 6/6?

    Mailing property cards with explanation of card with Abatement letter

    Appointments - scheduling of assessors - update

2. Right to Know requests and Multi -Informational Requests

    Send copies to Karina

    Logging of Work Time

3. Assessing 101 – Workshop

    Documentation and Displays

4. Software/Website update

    New Release

5. Hours - Thursdays

6. Staff Feedback and Concerns -

7. June 6th Meeting with KRT

8. Board of Assessor Meeting 6/6/19

    Parsonage – Chandler St

# Assessing Staff Meeting

# Friday, July 12, 2019

1. Update – Workload and Priorities
   Sales letters – How many returned?  Called?
   Abatements  - How many remaining and schedule?
   Appointments - scheduling of assessors - update

2. BTLA

3. Software/Website update

   New Release

4. Vacations – Schedules

5. Full Measure and List

6. Communication – Concerns and Inquiries

7. Staff Feedback and Concerns

# Assessing Staff Meeting

# Friday, July 19, 2019

1. Current Initiatives

   **Sales letters** – How many more have been returned? Additional to be issued?

   **Abatements**  - How many scheduled for 8/1?

   **Appointments** - scheduling of assessors - update

   **Policy Review** – Each Assessor must review policy draft handbook and confirm they are correct and being followed advise Kim and Louise of any necessary changes.

   **Spring Reviews**

   **Building Permits**

   **Technical Audit**

2. Right to Know requests and Multi -Informational Requests

   Send copies to Karina – sign in sheets, Property cards requested Assesshelp questions regarding assessments will be forwarded to me, if an assessor needs to answer we will discuss on Mondays and share with Legal

3. NEW – Weekly Assessor meetings – Monday morning 8 am

   Review of Properties

   Review of information requests

   Audit questions

   Peer review

   See email provided

4. Software/Website update

   Demo on July 24th 10 am – taping

   Awaiting contract and timeline – requested by EOB today.

# Assessing Staff Meeting

# Friday, August 30, 2019

1. Current Initiatives

   **Appointments** - scheduling of assessors - update
   **Policy Review** – Each Assessor must review policy draft handbook
   and confirm they are correct and being followed advise Kim and
   Louise of any necessary changes.
   **Spring Reviews**
   **Building Permits**
   **Technical Audit**

2. NEW – Weekly Assessor meetings – Monday morning 8 am

3. Software/Website update

   AP5 upgrade

4. Staff Feedback and Concerns -