```
                  STATE OF NEW HAMPSHIRE

          HILLSBOROUGH COUNTY SUPERIOR COURT SOUTH


 LAURIE ORTOLANO,              ) Superior Court Case No.
                               ) 226-2021-CV-00306
              Plaintiff,       )
                               ) Nashua, New Hampshire
         vs.                   ) March 24, 2022
                               ) 9:33 a.m.
 CITY OF NASHUA,               )
                               )
              Defendant.       )
 _____)

              BENCH TRIAL - DAY 2
      BEFORE THE HONORABLE CHARLES S. TEMPLE
            JUDGE OF THE SUPERIOR COURT

 APPEARANCES:

 Pro Se Plaintiff:            Laurie Ortolano
                              (Address Unknown)

 For the Defendant:           Nicole M. Clay, Esq.
                              Celia K. Leonard, Esq.
                              Steve Bolton, Esq.
                              ATTORNEY GENERAL'S OFFICE
                              33 Capitol Street
                              Concord, NH 03301

 Audio Operator:              Electronically Recorded
                              by Teresa R. Neill

 TRANSCRIPTION COMPANY:       eScribers, LLC
                              7227 N. 16th Street, Suite 207
                              Phoenix, AZ 85020
                              (800) 257-0885
                              www.escribers.net


 Proceedings recorded by electronic sound recording; transcript
 produced by court-approved transcription service.
```



| | | |
|---|---|---|
| 1 | A | Probably ignore the ones if it were for a plaque -- |
| 2 | Q | Okay. |
| 3 | A | -- or a banner. |
| 4 | Q | Okay.  Do you recall if you were specifically told, delete those out of your folders? |
| 6 | A | No. |
| 7 | Q | Okay.  I think I heard you testify that Right to Know requests you passed on to the person who could most typically handle them.  Was that correct? |
| 10 | A | Yes. |
| 11 | Q | Okay.  Did you consider when a citizen emailed Assess Help and asked for the property card for Broad Street -- 10 Broad Street -- did you consider that to be a Right to Know request? |
| 15 | A | Just a property card?  No. |
| 16 | Q | Okay.  So is a property record card a document, a city document? |
| 18 | A | Yes. |
| 19 | Q | Okay.  And you -- is it true that you would actually fill that request and provide an email copy of the property record card? |
| 22 | A | Some of them. |
| 23 | Q | Okay.  Do you recall if you provided the records when I emailed in and asked for property record cards? |
| 25 | A | I did not. |



1   Q   Were you instructed to handle my request for cards
2   differently?
3   A   To give them to Rick or Louise --
4   Q   To give them to Rick or --
5   A   -- or Kim.  Yeah.
6   Q   And when Louise left, would you give those to Kim and
7   Rick?
8   A   Yes.
9   Q   So do you know why you would not fill them, why they
10  told you you could not fill those requests?
11  A   No.
12  Q   Okay.  And we've just established that you performed a
13  search.  Is it possible, since you were unable to recall doing
14  that search -- yes, your name is on the top of them, but
15  couldn't somebody else have done that search?
16  A   I suppose they could have, but after reading it, I
17  recall doing it.
18  Q   Oh, you do?
19  A   Yeah.
20  Q   Okay.  So you recall doing the search.  So I was going
21  to have you look at the first set of responsive documents that
22  were received, just to point out a couple things.  It's the
23  binder that was submitted, and it was accepted into Exhibit
24  Number 23.  Are those up there?  All of them are there?
25          MS. ORTOLANO:  Well, since I don't know your order,