**THE CITY OF NASHUA**

Economic Development

"The Gate City"

January 31, 2022

Laurie Ortolano
41 Berkeley Street
Nashua, NH 03064

Via email only to laurieortolano@gmail.com

**RE: Email dated January 22, 2022 Entitled "Barrier Right To Know Response"**

Dear Ms. Ortolano:

The City is in receipt of your email dated January 22, 2022 sent under the Right to Know law ("RTK"), in which you made a series of requests for documents or clarifications to my correspondence on January 21, 2022. Please see the attached January 22, 2022 email. By this letter, I am responding to the requests.

Relative to your general comment about my 2nd paragraph, my apologies this was left over from a previous communication I used and was inadvertently left in this letter.

On January 22, 2022 relative to "Request No. 3" from January 1, 2022 you sought additional clarification I offer the following:

> I conducted a search on or about January 6, 2022 using a key word search for "barriers". As I previously outlined the City of Nashua had no involvement with the "survey". As the survey subject matter deals with "barriers on Main Street", the following search would provide such document if one existed. No such record exists.

On January 22, 2022 relative to "Request 5" On January 1, 2022 you sought additional information relative to contact information from Desman Design Management I offer the following:

> **Contact Information:**
> Andrew S. Hill
> Senior Associate/ Director of Consulting Services
> 18 Tremont St., Suite 300
> Boston, MA 02108
> 617.778.9882 x23 (work)
> www.desman.com

On January 22, 2022 relative to "Request 10", you commented that you submitted a request for records from the Mayor's Office.

> Acknowledged.

On January 22, 2022 relative to the "Request No.3" from January 1, 2022 you outlined that I misquoted your statement in a manner to make it overly broad I am offering the following:

To clarify, I did a "barrier" search in and around January 6, 2022 and I provided you all the records I had with Greater American Downtown and specifically Paul Shea that are relative to the "barriers" on the Main Street issue. Furthermore, he is the only employee of Great American Downtown I email. I have no other

records. Lastly, as my email communication from January 30, 2022 outlines I would be happy to reach out to Great American Downtown if this is of interest. Please find the enclosed email exchange.

Finally, I believe it prudent to further clarify some matters in my January 21, 2022 response to you. Specifically in my response to "Request No.2" where I want to make sure you understand I did a search for "barriers" and "Paul Shea", which would encompass any record I would have on this matter. Similarly, with Desman Management I do not have the "survey" that was carried out. I am in receipt of the preliminary/draft data in summary form that is currently being vetted by the consultant and those working on the parking management plan, which I am enclosing, but is not the entirety of the document as I do not have it.

By receipt of this letter, I have responded to your email of January 22, 2022.

Very Truly Yours,

Tim Cummings
Director of Economic Development

Enclosure