Laurie Ortolano <laurieortolano@gmail.com>

# Assessing Records

**Laurie Ortolano** <laurieortolano@gmail.com>                                         Fri, Feb 4, 2022 at 2:52 PM
To: "Vincent, Richard" <vincentr@nashuanh.gov>
Cc: Mayor Jim Donchess <nashuamayor@nashuanh.gov>, "Kleiner, Kimberly" <kleinerK@nashuanh.gov>, "Gerry, James" <James.Gerry@dra.nh.gov>
Bcc: Laura Colquhoun <lauracolquhoun2@gmail.com>

Mr. Vincent,

Under the DRA certification requirement regarding assessing questions, please provide answers to these important questions on public records.

I have some questions for you regarding the property record card scanning project. I have recently learned that when Inception Technologies completes a scanning job, they upload the files into the cloud and that Ms. Kleiner has access to these files through Docuware.

[1] Do you have access to these property record files and who else has access to these files?

[2] Can you tell me why the public has not been allowed to access these cloud based files through a computer terminal in City Hall.

[3] Also, can you tell me why Inception Technologies is not told to return the box data immediately when they complete the scanning project?

As it stands now, Inception, last week, sent in another 28 boxes of scanned records uploaded into the cloud and available on docuware, but the actual boxes of records are sitting in Massachusetts unavailable to the public. This is absurd. In two years, no one from assessing has told the public that these records have been uploaded. I have always been of the belief that only the paper copies existed and I had to wait for boxes that were shipped out to be returned. NO ONE is telling the company that the boxes need to be returned immediately. The boxes are just sitting down there as if no one needs the records and the public is being denied access.

Additionally, Inception is out of money or almost out of money to complete the job. A quote was sent from Inception to Ms. Kleiner (I have filed a RTK request for this information) to complete the job. But I learned that the City shipped out 86 or so boxes of PRF to the Company. Last week, they completed 28 and sent the uploaded files to the city. Now the money has dried up.

[4] Why would we give the company all of our public data when they don't have the money to complete the job? This is absurd. No one is looking out for the taxpayer or property owner.

Please ask the company to ship back the records until money is allocated to complete the project so public records are available to the public. This is absurd.

Please place on the agenda at the next BoA meeting, an update on this project.

Sincerely,
Laurie Ortolano

Case 1:22-cv-00326-LM   Document 103-1   Filed 07/01/24   Page 2 of 2