AMENDED AGENDA  MEETING OF THE BOARD OF ALDERMEN  FEBRUARY 8, 2022

7:30 PM  Aldermanic Chamber and by Zoom

To Join Zoom meeting:  https://us02web.zoom.us/j/85090065867?pwd=a2lJL2JxazJrS0t1WGlyVVdoL2Q0UT09
Meeting ID:  850 9006 5867  Passcode:  236050

To Join by Telephone:  1-929-205-6099
Meeting ID:  850 9006 5867  Passcode:  236050

*If for some reason you cannot connect to Zoom, please contact us at (603) 589-3329 and they will help you with connectivity. The public may also view the meeting via Channel 16.*

1. PRESIDENT LORI WILSHIRE CALLS ASSEMBLY TO ORDER

2. PRAYER OFFERED BY CITY CLERK SUSAN K. LOVERING

3. PLEDGE TO THE FLAG LED BY ALDERWOMAN-AT-LARGE GLORIA TIMMONS

4. ROLL CALL

5. REMARKS BY THE MAYOR

6. RESPONSE TO REMARKS OF THE MAYOR

7. RECOGNITIONS

8. READING OF MINUTES OF PREVIOUS MEETINGS

9. COMMUNICATIONS REQUIRING ONLY PROCEDURAL ACTIONS AND WRITTEN REPORTS FROM LIAISONS

   From:  Donna Graham, Legislative Affairs Manager
   Re:    Communications Received from the Public

9(a).  PERIOD FOR PUBLIC COMMENT RELATIVE TO ITEMS EXPECTED TO BE ACTED UPON THIS EVENING

9(b).  COMMUNICATIONS REQUIRING FINAL APPROVAL

   From:  Mayor Jim Donchess
   Re:    Multi-Year Contract Award – Software Licensing:  Benefits Administration

   From:  Mayor Jim Donchess
   Re:    TIF Contract Award – Environmental Permitting for the Riverfront

   PETITIONS

   Petition for Authorization for Issuance of Building Permits for a Building on a Private Road - 19 Roby Street

   NOMINATIONS, APPOINTMENTS AND ELECTIONS

   Appointments by the Mayor

   REPORTS OF COMMITTEE

   Finance Committee…………………………………………………………………….. 01/19/2022
   Budget Review Committee…………………………………………………………….. 01/24/2022

10. CONFIRMATION OF BOARD OF ALDERMEN AND MAYOR'S APPOINTMENTS

UNFINISHED BUSINESS – RESOLUTIONS

**R-22-002**
    Endorsers:  Mayor Jim Donchess
                  Alderman Ernest A. Jette
                  Alderman Patricia Klee
                  Alderman Alex Comeau
                  Alderman Tyler Gouveia
**AUTHORIZING THE EXPENDITURE OF $1,810 FROM THE CONSERVATION FUND**
- Budget Review Committee with recommendation for final passage

UNFINISHED BUSINESS – ORDINANCES

NEW BUSINESS – RESOLUTIONS

**R-22-008**
    Endorser:   Alderman-at-Large Ben Clemons
**ESTABLISHING AN EXPENDABLE TRUST FUND FOR 14 COURT STREET EXPENSES, FUNDED BY APPROPRIATIONS**

**R-22-009**
    Endorsers:  Alderman-at-Large Lori Wilshire
                  Alderman Richard A. Dowd
**APPROVING THE COST ITEMS OF A COLLECTIVE BARGAINING AGREEMENT BETWEEN THE NASHUA BOARD OF POLICE COMMISSIONERS AND UFPO LOCAL 645 PROFESSIONAL EMPLOYEES OF THE NASHUA POLICE DEPARTMENT FROM JULY 1, 2022 THROUGH JUNE 30, 2026**

**R-22-010**
    Endorser:   Alderman Richard A. Dowd
**APPROVING THE COST ITEMS OF SIDEBAR AGREEMENTS BETWEEN THE NASHUA BOARD OF POLICE COMMISSIONERS AND THE FIVE NASHUA POLICE DEPARTMENT UNIONS REGARDING A POLICE DEPARTMENT RECRUITING INCENTIVE**

NEW BUSINESS – ORDINANCES

**O-22-004**
    Endorser:   Alderman Derek Thibeault
**PROHIBITING A RIGHT TURN ON RED FROM ADVENTURE WAY ONTO DANIEL WEBSTER HIGHWAY**

**O-22-005**
    Endorser:   Mayor Jim Donchess
**UPDATING THE FINANCIAL STANDARDS FOR THE CITY'S WELFARE GUIDELINES**

PERIOD FOR GENERAL PUBLIC COMMENT

REMARKS BY THE MEMBERS OF THE BOARD OF ALDERMEN

Committee announcements:

POSSIBLE NON-PUBLIC SESSION

ADJOURNMENT