A regular meeting of the Board of Aldermen was held Tuesday, February 8, 2022, at 7:30 p.m. in the aldermanic chamber and via Zoom teleconference which meeting link can be found on the agenda and on the City's website calendar.

President Lori Wilshire presided; City Clerk Susan Lovering recorded.

Prayer was offered by City Clerk Susan Lovering; Alderwoman-at-Large Gloria Timmons led in the Pledge to the Flag.

Let's start the meeting by taking a roll call attendance.  If you are participating via Zoom, please state your presence, reason for not attending the meeting in person, and whether there is anyone in the room with you during this meeting, which is required under the Right-To-Know Law.

The roll call was taken with 15 members of the Board of Aldermen present:  Alderman O'Brien, Alderman Sullivan, Alderman Klee, Alderman Moran, Alderman Lopez, Alderman Jette, Alderman Clemons, Alderwoman Kelly,    Alderman Comeau, Alderman Dowd, Alderman Gouveia, Alderman Cathey, Alderman Thibeault, Alderwoman Timmons, Alderman Wilshire.

Mayor James W. Donchess, Corporation Counsel Steve Bolton, were also in attendance.

REMARKS BY THE MAYOR

Mayor Donchess

So I wanted, again, as I have been doing over the last number of meetings, a couple of years give you the latest COVID numbers but let me make clear first what I'm giving you.  I tell you about the hospital statistics every time.  We get these numbers directly from the hospitals.  We have a weekly call.  They go through their census and they tell us how many COVID patients they have.  So if you wonder about the accuracy of those numbers, talk to the hospitals because that's where we're getting the information.

When it comes to the other COVID numbers, we're getting those from the State of New Hampshire.  We are not tabulating.  We are not counting.  We are not massaging.  We get these directly from the State of New Hampshire.  So if you think they're not accurate, please contact Concord.

Now what we have this week is still numbers that are high but certainly they are a lot better than they were a few weeks ago.  In terms of hospitalization, we have 20 people hospitalized in the two hospitals.  Now we've seen in the last month, six weeks, there were 70 people.  So now it's only 20 which is good but relatively good but certainly not as good as it was over the summer.

Alderman Comeau asked about primary diagnosis.  I did ask that question of the hospitals.  It's an interesting question.  They say that it is very hard to sort that out because often times people come in reporting something other than COVID – stomach ailment, a heart problem, other things.  In the end, the ultimate diagnosis is that even a heart issue, a stomach issue, is caused by COVID so it's very hard to kind of determine sort it out.  It is because we have gotten numbers on the same standard for months and months.  The fact that we have 20 now is better than 70 a few weeks and it's not as good as 5 over the summer.  So we know that the hospitals are less stressed than they were.  Now they still have FEMA – people in both of the hospitals as well as National Guard because they have had trouble keeping themselves staffed with the COVID patients, with their other patients, with staff shortages, and people leaving the profession.  There are just a lot of issues that the hospitals have.  So that gives you some insight I hope about the hospitals.

In terms of COVID, over the last two weeks 974 cases have been reported in Nashua.  A lot of cases but a lot better than several weeks ago when that number was up around 3,000.  During the summer months, it was down in the low double digits over two weeks.  Not a particular big number of cases but it is coming down rather dramatically and that's of course very good news.  Still a lot more than we'd like.  There are currently 406 active cases and the positivity rate over the last seven days on average has been 14 percent.  Too high but again it was 28 a few weeks ago.  So 14 is relatively good.  We're looking forward to it coming down further.  Bobbie Bagley of course is constantly working and Kim Bernard on this issue.

On a medical subject, I wanted to mention that AMR announced today that they are beginning a program here in Nashua that enables people to become EMTs.  They will pay people go through the EMT program which will further and expand the number of EMTs which we desperately need.  So they're paying people and they will then take them to be EMTs once they're educated.  It's like a 10 to 12 week program.   It's pretty expensive for AMR but they are also focusing and trying to get as many Nashua people into the program as they possibly can.  They've previously done this in Manchester now

they're doing it in Nashua. AMR has been serving the city for a long, long time and have done a really good job and this hopefully will help us strengthen our medical community.

On another subject Madam President, Matt Sullivan is in the room here. I think you're all familiar with him. He's currently the Planning Director. I have nominated him subject to your confirmation to become Community Development Director. The job previously held by Sarah Marchant. We had an interview committee interview 4 or 5 people, including Matt. Most of the others from out of State but the committee was unanimous in suggesting that Matt would be the strongest applicant. We know he's done a very good job as Planning Director, works very well with the Planning Board, Chair of the Planning Board thinks he does a very good job. In addition, we've gotten good citizen feedback. I personally have thought he's done an excellent job. So I'll be nominating him. Of course this will get referred to the Personnel Committee and you will assume next time you meet you will interview him to the extent you think you'd like to.

I also wanted to mention Madam President concerning downtown. We have an environment down here where retailers can succeed. We've seen it with a number of new businesses, new restaurants but the most recent one which has now been with us for several months is CasaNova which is a men's boutique near where Ja Ja Belle's is. They're doing very well. Kate Dagiais a Nashua person is the proprietor, the owner of that business. I went in. I got a shirt. It costs only $98. It was really a good deal. It was great and I hope that you all will consider patronizing it. We've seen Camaraderie. We've seen (inaudible), Raja, a lot of new businesses are opening and they seem to be doing very well. We're seeking to build of course – I'm sure you agree – a stronger, healthier economy for the city including downtown. The stronger the businesses are downtown in the long run, the stronger tax base we will have.   Other than that Madam President, I think I've concluded but of course if anybody does have questions, I'm certainly available.

President Wilshire

Thank you Mayor.

RESPONSE TO REMARKS OF THE MAYOR

Alderman Sullivan

Thank you Madam President. I would like to also speak highly of CasaNova. I bought a sweater there. It wasn't $98 but they didn't have it because of supply chain. Kate the CEO was in constant contact and I just got the e-mail today that the sweater is in. I'm sure we have good taste in clothing so nice job.

Alderman Cathey

Thank you Madam President. Mr. Mayor two questions. One would be have the hospitals talked about a plan to increase the staffing or how the city could help in that way. I know that they have been struggling over the past some months to get staffing. Have you guys talked in depth about that or has that not been on the table?

Mayor Donchess

Several weeks ago we had rather than the regular meeting, an emergency meeting really and they asked what could the city do to help them. So what we lined up was the police and fire departments both agreed that they would provide – they could get volunteers to come on a detail rate basis. We offered that to the hospitals but in the interim, they reported that they had less employees on quarantine or isolation so that helped and they got these FEMA people. The FEMA people are actually paramedics so that's very helpful and they got the National Guard. So in the end although the police and fire departments were both very helpful in sort of making this a possibility and in the end, the hospitals have not called on us to provide people on that basis.

Alderman Cathey

Okay great. My second question would be if people wanted more information about the AMR EMT could they just go to the website or is there a better way to look up that information?

Mayor Donchess

I don't know if it's on their website. I think just call them, especially if they'd like to apply. They're looking for applicants. Chris Stawasz is one of the people that's very familiar here in the city and he could provide I'm sure all the information. There was a press thing today and he was there. Very well known in Nashua.

Alderman Cathey

Thank you.

President Wilshire

I did see that on the news tonight.  I thought that was pretty interesting.  They pay you to learn and pretty good deal.  Anyone else?

Alderman Jette

I think the Mayor for supporting downtown business.  I heard an inflation was going up.  I think $98 is what I paid for the last suit that I bought.

Mayor Donchess

Is that the one you've got on?

RECOGNITION PERIOD – None

READING MINUTES OF PREVIOUS MEETINGS - None

COMMUNICATIONS REQUIRING ONLY PROCEDURAL ACTIONS AND WRITTEN REPORTS FROM LIAISONS

From:   Donna Graham, Legislative Affairs Manager
Re:     Communications Received from the Public

***There being no objection, President Wilshire accepted the communication and placed it on file.***

PERIOD FOR PUBLIC COMMENT RELATIVE TO ITEMS EXPECTED TO BE ACTED UPON THIS EVENING - None

COMMUNICATIONS REQUIRING FINAL APPROVAL

***There being no objection, President Wilshire suspended the rules to allow for the introduction of a communication received after the agenda was prepared.***

From:   Kim Kleiner, Administrative Services Director
Re:     Assessing Project with Inception Technologies

President Wilshire

I'd like to recognize Director Kim Kleiner.

Kim Kleiner, Administrative Services Director

Good evening Madam President, members of the Board.  Thank you for allowing me to be here this evening.  I'd like to give a little bit of background if you don't mind.  Back on July 15th of 2020 we brought a proposal to the Finance Committee with Inception Technology for the scanning of the property record files.  This contract in the amount of $59,638 was being charged against GOFERR funds.  At that time, we clarified that this was only an estimate and additional charges would come forward should the records exceed the amount estimated.  To date, $52,245 have been invoiced leaving a balance of $7,392.

Over the past year and a half, we have provided boxes of records to Inception.  Often 100 at a time.  They are signed out and they are signed in.  These records have been scanned into a docuware database.  Over the past year and a half, a number of other changes have taken place.  During the shutdown caused by COVID, we were slowed significantly on the number of boxes which could be transferred.  Ms. Ocha, an employee of the Admin. Services Division became a trainer on the system and she left the city.  Five other employees within the Assessing Department familiar with the project also left the city and five new employees were hired.  The Assessing Department has been focusing on the tasks that are statutorily required by the State of New Hampshire, including abatements, exemptions, and credits, and a full measure and list revaluation.  Currently, we have 28 boxes which are at Inception Technologies in the process of being scanned

against the original contract.  They also have another 55 boxes which they will need to have put on a new quote and we will need to bring Finance a change order.  We also have 98 boxes within the Assessing Department ready for scanning.  These 153 boxes plus an additional 20 gigabytes of storage have been quoted for $44,000.  The Assessing Department has funds currently within their existing budget.  We are working with Inception to bring the quotes to the Finance Committee.  This does not include the public interface that would be required so that the public could access the documents which is quoted at an additional $7,500.

As we stated back in July of 2020 at that Finance Committee meeting, the files uploaded to docuware remain in a private status until they are reviewed by the Assessing staff.  Files will then have to be reviewed, private information redacted, and then saved as public documents.  We are currently working to arrange the training of our staff.  The current revaluation in preparation for the July tax bills must take priority.  This was a huge undertaking for the Assessing Department.  Twenty-nine thousand plus property record files.  I'm proud of their accomplishments on this project and many others in the midst of many, many challenges.

Last week Chief Vincent and I received several e-mails on the project from a resident who also coped the State DRA and the Nashua Police Department.  Information and misinformation in those e-mails caused me to reach out to the vendor.  During our conversation with Ray Feoli, President of Inception Technologies, he informed me that a city employee named Ms. Ortolano had also reached out to him regarding the project and indicated that she could expedite payment on the remaining project.  I informed Mr. Feoli she was not employed by the city and for many reasons which was concerning to him.  I informed him that I would update the Board on the project, especially with a quote going to Finance.  He indicated that he would be happy to speak with you should you request he do so.

Sunday I received the e-mail from Mr. Feoli that is on your desk this evening.  Today I was contacted by Mr. Feoli again and he had expressed that his office received four calls this morning which he had not returned.  Mr. Feoli and Inception Technologies have been a pleasure to work with and provide the city with exceptional service.  We certainly hope that that will continue into the future.  Thank you.

President Wilshire

Thank you Director Kleiner.

**MOTION BY ALDERMAN O'BRIEN TO ACCEPT THE COMMUNICATION FROM KIMBERLY KLEINER AND PLACE IT ON FILE**

ON THE QUESTION

Alderman Moran

What are we going to do to make sure our contractors know they're speaking to a city employee?

President Wilshire

Well that's a good question for the Legal Department I guess or for the Mayor.

Alderman Moran

This is very, very concerning.

President Wilshire

Very concerning.

Steve Bolton, Corporation Counsel

We've discussed that today at some length.  We're going to recommend some provisions be inserted in contracts essentially warning our vendors and contractors that they should exercise caution and make sure that if they received unsolicited phone calls, they should take care not to accept on face value if someone represents themselves as calling from the City of Nashua that that may not mean they are employed by the City of Nashua.  We'll be investigating how best to incorporate such provisions into contracts, and purchase orders, and other arrangements.

Alderwoman Timmons

Yes you asked to suspend the rules.  Normally we vote on the suspend the rules and I just want to make sure that the process remain intact because we didn't vote on suspending the rules.  So do we vote here on suspending the rules?  We do not.  Okay.

President Wilshire

No.  I said without objection.  No one objected.

Alderwoman Timmons

Oh okay.  All right.  I just wanted to clarify that.

President Wilshire

Okay, that's fair.

Alderman Cathey

Obviously I haven't been here since 2020 so I might be unfamiliar with the entire scope of the project so I apologize if my question is off the mark.  Could we as Aldermen find out when there's and ETA on when the files could be accessed so the public would know when the project is either going to be completed, or near completion, or any sort of information about this project with Inception Technologies?

President Wilshire

I would have to defer to Director Kleiner.

Kim Kleiner, Administrative Services Director

Certainly.  Kim Kleiner.  This is a project of huge magnitude.  So 29,000 property record files were estimated right now over 1.3 million documents.  So you can imagine what the review of those documents is going to put and roughly to be totally honest, our staff has to work on the revaluation.  That is our priority.  We are mandated to do it by the BTLA.  We would like to see if it's possible to get some assistance from other staff. There is an employee in my office who's familiar with the Right to Know and with public documents and she could assist.  These employees need to be trained on the system, and then they need to redact and review the files, and then we need to install the interface.  I would not want to put any type of time limit on it and be unable to meet that deadline.

Alderman Cathey

Follow up?  Thank you.  So when you send the boxes away to Inception are those files then if someone in the public were to request something that was in those boxes, they are inaccessible whilst they're at Inception Technologies until they come back to the office?  Is that correct?

Kim Kleiner, Administrative Services Director

That is correct.  That has been the practice because the assessing staff has not completed any training.  Having said that, I made it a point on Friday to go through some training and then again this morning with Mr. Feoli to go through some training.  So if worse came to worse, I will access the documents.

Alderman Cathey

Just one more.  Thank you.  So if I understand it correctly, the plan is once all of the files have been scanned and then looked at by Legal or whomever to redact information, then they would become available digitally to the public.  Is that correct?

Kim Kleiner, Administrative Services Director

Certainly.  Our intention was always to make these documents available.  So once they're looked at, and redacted, and

marked public by assessing staff and they're interface is installed, it would actually be linked to our city website. That link would bring them into a public version of the docuware system.

Alderman Cathey

Okay, great. Thank you. I appreciate it.

Steve Bolton, Corporation Counsel

May I correct something that was just said?

President Wilshire

Attorney Bolton.

Steve Bolton, Corporation Counsel

The Legal Department will not be going through 29,000 copies.

Alderman Cathey

Thank you.

Alderman O'Brien

Thank you Madam President. I don't know through you to the Legal or to Kim, whoever is best to answer this. This is very concerning. Is this being referred to any other agency for further investigation?

Kim Kleiner, Administrative Services Director

Yes it has been reported to the Nashua Police Department.

Alderman O'Brien

Thank you.

Alderman Sullivan

Thank you Madam President. Question for Director Kleiner. You had mentioned that the documents were on a private or in private status? Is that with the city or is that with the company that has done the scanning? Where do those documents sit right now currently?

Kim Kleiner, Administrative Services Director

Great question. They sit on the docuware cloud. When I say "in private status", that's a setting on the document that doesn't allow them to be accessed if we did have the public interface. So it's a marking and an indication on the document and when assessing staff go in and review it, they will remove that flag which makes it then a public document.

Alderman Sullivan

Thank you. Follow up please.

President Wilshire

Thank you Madam President.

Alderman Sullivan

With regard to the letter, I just skimmed it seeing it just got it this evening and as far as it's been sent to the Nashua Police Department, at what point do we get involved here and understanding either both sides of the story or see what's going on. I underlined the word "thinking" a few times in the letter which maybe that is not clear by the person that wrote it or

maybe misunderstanding.  I don't know.  So I am just bringing that up as this is a communication from one side.  I don't know what happens from here but I would like to hear both sides of the story if possible.

Alderwoman Kelly

I just had a clarification in terms of the cost.  I know you're going to come to Finance but you had said that there was an additional cost to make them public.  That was always part of the plan or is that now an additional fee that is outside of the scope?

Kim Kleiner, Administrative Services Director

It was always part of the plan.  We just received the quote because I asked him.  I said moving in that direction I don't expect – it's certainly not going to be within this fiscal year so preparing for next fiscal year, I wanted to have that figure to put in the budget for the next fiscal year.

Alderwoman Kelly

Thank you Ms. Kleiner.

Alderman Klee

Madam President, I'm going to waive off right at the moment.  I know hard to believe but yes.

President Wilshire

Alderman Sullivan when something is being investigated by the police, we have no role there.  Okay.  So at this point we have no role in that.

Alderman Sullivan

Got it.  Thank you.

President Wilshire

You're welcome.

**MOTION CARRIED**

From:   Mayor Jim Donchess
Re:        Multi-Year Contract Award – Software Licensing:  Benefits Administration

**MOTION BY ALDERMAN KLEE TO ACCEPT, PLACE ON FILE AND AWARD A BID TO ALIGHT FOR THE IMPLEMENTATION OF THE ALIGHT BENEFITS ADMINISTRATION SOLUTION FOR ALL INSURANCE PLANS FOR THE CITY IN AN AMOUNT NOT TO EXCEED $480,000 ($160,000 A YEAR FOR THREE YEARS).  FUNDING THROUGH DEPARTMENT: 113 BENEFITS; FUND: 54400 SOFTWARE LICENSING/BENEFITS INTERNAL SERVICE FUND**

**MOTION CARRIED**

From:   Mayor Jim Donchess
Re:        TIF Contract Award – Environmental Permitting for the Riverfront

**MOTION BY ALDERMAN COMEAU TO ACCEPT, PLACE ON FILE AND APPROVE A CONTRACT FOR PROFESIONAL ENGINEERING SERVICES RELATED TO THE NASHUA DOWNTOWN RIVERFRONT IMPLEMENTATION PROJECT WITH VANASSE HANGEN BRUSTLIN, INC. (VHB, INC.)
IN THE AMOUNT NOT TO EXCEED $225,365.  FUNDING THROUGH DEPARTMENT: 183 ECONOMIC DEVELOPMENT; FUND: 53107 ARCHITECT AND ENGINEERING SERVICES/RIVERFRONT TIF FUND
MOTION CARRIED**

PETITIONS

Petition for Authorization for Issuance of Building Permits for a Building on a Private Road - 19 Roby Street

*There being no objection, President Wilshire accepted the Petition for Authorization for Issuance of Building Permits for a Building on a Private Road – 19 Roby Street and referred it to the Committee on Infrastructure and Planning Board.*

NOMINATIONS, APPOINTMENTS AND ELECTIONS

The following appointments by the Mayor were read into the record:

Community Development Director

Matthew Sullivan                                   Term to Expire:  Indefinitely
229 Main Street
Nashua, NH

*There being no objection, President Wilshire accepted the Appointment by the Mayor as read and referred it to the Personnel/Administrative Affairs Committee.*

REPORTS OF COMMITTEE

Finance Committee ……………………………………………………………………………   01/19/2022

There being no objection, President Wilshire declared the report of the January 19, 2022 Finance Committee be accepted and placed on file.

Budget Review Committee …………………………………………………………………   01/24/2022

There being no objection, President Wilshire declared the report of the January 24, 2022 Budget Review Committee be accepted and placed on file.

CONFIRMATION OF BOARD OF ALDERMEN AND MAYOR'S APPOINTMENTS - None

UNFINISHED BUSINESS – RESOLUTIONS

**R-22-002**
　　Endorsers:　Mayor Jim Donchess
　　　　　　　　Alderman Ernest A. Jette
　　　　　　　　Alderman Patricia Klee
　　　　　　　　Alderman Alex Comeau
　　　　　　　　Alderman Tyler Gouveia
　　**AUTHORIZING THE EXPENDITURE OF $1,810 FROM THE CONSERVATION FUND**
Given its second reading;

**MOTION BY ALDERMAN CATHEY FOR FINAL PASSAGE OF R-22-002**
**MOTION CARRIED**

UNFINISHED BUSINESS – ORDINANCES - None

NEW BUSINESS – RESOLUTIONS

**R-22-008**
　　Endorsers:　Alderman-at-Large Ben Clemons
　　　　　　　　Alderman-at-Large Michael B. O'Brien, Sr.
　　　　　　　　Alderman-at-Large Melbourne Moran, Jr.
　　　　　　　　Alderman Thomas Lopez
　　　　　　　　Alderman Patricia Klee
　　　　　　　　Alderwoman-at-Large Shoshanna Kelly
　　　　　　　　Alderman Derek Thibeault
　　　　　　　　Alderman-at-Large Lori Wilshire

**ESTABLISHING AN EXPENDABLE TRUST FUND FOR 14 COURT STREET EXPENSES, FUNDED BY APPROPRIATIONS**

Given its first reading; Assigned to the BUDGET REVIEW COMMITTEE by President Wilshire

**R-22-009**
    Endorsers:    Alderman-at-Large Lori Wilshire
                     Alderman Richard A. Dowd
                     Alderman-at-Large Michael B. O'Brien, Sr.
                     Alderman John Sullivan
                     Alderman Patricia Klee
                     Alderman-at-Large Melbourne Moran, Jr.
                     Alderman Thomas Lopez
                     Alderman-at-Large Ben Clemons
                     Alderwoman-at-Large Shoshanna Kelly
                     Alderman Alex Comeau
                     Alderman Tyler Gouveia
                     Alderman John Cathey
                     Alderman Derek Thibeault
                     Alderwoman-at-Large Gloria Timmons

**APPROVING THE COST ITEMS OF A COLLECTIVE BARGAINING AGREEMENT BETWEEN THE NASHUA BOARD OF POLICE COMMISSIONERS AND UFPO LOCAL 645 PROFESSIONAL EMPLOYEES OF THE NASHUA POLICE DEPARTMENT FROM JULY 1, 2022 THROUGH JUNE 30, 2026**

Given its first reading; Assigned to the BUDGET REVIEW COMMITTEE by President Wilshire

**R-22-010**
    Endorsers:    Alderman Richard A. Dowd
                     Alderman-at-Large Michael B. O'Brien, Sr.
                     Alderman John Sullivan
                     Alderman Patricia Klee
                     Alderman-at-Large Melbourne Moran, Jr.
                     Alderman Thomas Lopez
                     Alderman-at-Large Ben Clemons
                     Alderman Alex Comeau
                     Alderman Tyler Gouveia
                     Alderman John Cathey
                     Alderman Derek Thibeault
                     Alderwoman-at-Large Gloria Timmons
                     Alderman-at-Large Lori Wilshire

**APPROVING THE COST ITEMS OF SIDEBAR AGREEMENTS BETWEEN THE NASHUA BOARD OF POLICE COMMISSIONERS AND THE FIVE NASHUA POLICE DEPARTMENT UNIONS REGARDING A POLICE DEPARTMENT RECRUITING INCENTIVE**

Given its first reading; Assigned to the BUDGET REVIEW COMMITTEE by President Wilshire

<u>NEW BUSINESS – ORDINANCES</u>

**O-22-004**
    Endorsers:    Alderman Derek Thibeault
                     Alderman Patricia Klee
                     Alderman-at-Large Melbourne Moran, Jr.
                     Alderman-at-Large Ben Clemons
                     Alderman Richard Dowd
                     Alderwoman-at-Large Gloria Timmons

**PROHIBITING A RIGHT TURN ON RED FROM ADVENTURE WAY ONTO DANIEL WEBSTER HIGHWAY**

Given its first reading; Assigned to the COMMITTEE ON INFRASTRUCTURE by President Wilshire

**O-22-005**
    Endorsers:    Mayor Jim Donchess
                     Alderman Patricia Klee
                     Alderman-at-Large Melbourne Moran, Jr.

       Alderman Derek Thibeault
       Alderwoman-at-Large Gloria Timmons
       Alderman-at-Large Michael B. O'Brien, Sr.
       Alderman-at-Large Lori Wilshire

**UPDATING THE FINANCIAL STANDARDS FOR THE CITY'S WELFARE GUIDELINES**

Given its first reading; Assigned to the PERSONNEL/ADMINISTRATIVE AFFAIRS COMMITTEE by President Wilshire

PERIOD FOR GENERAL PUBLIC COMMENT

Laurie Ortolano

Laurie Ortolano, 41 Berkeley Street. Madam President I'd like to ask for an extension of time given what happened here tonight.

President Wilshire

No. We have a three minute time period. That's the end.

Laurie Ortolano

I did not know Ms. Kleiner was going to be granted an exception to speak to an item that I could have spoken to as an item being acted on.

President Wilshire

You're wasting your time so just get on with it.

Laurie Ortolano

Please don't interrupt me. It's very concerning to me that she could come to the microphone and defame my reputation, and make the statement she made about requiring a police investigation, and me impostering a city official which is completely inaccurate, and not go into nonpublic session to allow my reputation to stay intact. I had to go into nonpublic session when I discussed an abatement regarding an assessor whose name was never used because the city wanted to protect the assessor. It was just about an abatement value. I come here and I hear the entire public just got a report that I'm under criminal investigation for impostering a city employee and it never happened. I wrote an e-mail. I absolutely did make those calls. I want you to all know as well that Tim Cummings has sent me responses to Right to Knows where he has told me to contact vendors myself. Call them. That's how the city is directing me to handle my comments, my concerns.

I called Inception Technology two months ago. I never hid it. I called them again last week because of information from a Board of Assessor's meeting. I wrote an e-mail to the city to tell them I did it. Do you think I would be that forthcoming if I wanted to imposter somebody? If I was being sneaky? The guy's phone number is in my phone. I sent him an e-mail today and I didn't make four phone calls to speak to people. I couldn't reach anyone. They must have tagged it. I did send an e-mail which he didn't tell you to Ray the President to ask him to look for the property record file for the arts center that I'm trying to track. Here you've got Tim Cummings telling me to contact the company in Boston doing the parking surveys and get the data down there yourself. You're trying to figure out what regulations you're going to put in against citizens contacting vendors. Are you kidding me? I can't tell you how upset I am because I can't even defend myself.

Donna Graham, Legislative Affairs Manager

30 seconds.

Laurie Ortolano

There are two sides to a story and I had no idea. I've been nothing but forthright with this city and Ms. Kleiner to share these communications and once again, I come in and I am ambushed in this meeting. Completely ambushed. I didn't even have the courtesy of getting the documents you all have. I have no rights in this city. Where are the First Amendment rights for your citizens? Where's my side? Where's the nonpublic session to protect my reputation.

Donna Graham, Legislative Affairs Manager

Time.

Laurie Ortolano

Please start thinking about that.

Matthew Gouthro

Matthew Gouthro, 104 Fawn Lawn. Thank you Madam President, Mayor and Aldermen. While we can all agree that our Public Works Department does a great job supporting our city, this Friday's past storm demonstrated some inconsistencies where we need to do better. On Friday, February 1st, we experienced the storm in which we can only describe as a wintery mix that cancelled school and many other happenings in our city. My concern in which I brought to the attention of my Alderman that day and now to you today that it seems ridiculous that we can't have our Public Works vehicles in our neighborhood to plow our neighbors. In my neighborhood particularly, I didn't see a Public Works vehicle until after 4 p.m. that afternoon.

Now I understand there's a need to clear the main arteries, we here in Nashua pay an extraordinary amount of property taxes not to have our local neighborhood streets cleared and to be essentially shut into our homes. I've reached out to the Director of Public Works. I still haven't heard back from her. This seems to be a problem where whenever some of us in the community reach out to the Director of Public Works it seems as if she's not very responsive to us – the stakeholders and taxpayers in our community. I would hope that you would reach out to her on our behalf to see what we can do so that we can avoid this from happening again. Thank you.

REMARKS BY THE MEMBERS OF THE BOARD OF ALDERMEN

Alderman Thibeault

I've got a few remarks so please bear with me. I like to use my remarks to note on positive things like I did a couple of weeks ago with the basketball player from South. Today that's not going to be the case. I'm going to talk about a few things real quick. Mask Mandates. So I'm sure we've all been getting tons of e-mails on mask mandates. People were trying to want me to think about it differently and maybe overturn this mask mandate which there's no real way to do that in this meeting today. It wasn't on the agenda. I've been asked to do motions. I'm not going to do that. I don't think that's the right way to try to get that put through. People are saying that – the people who want masks are doing it for political theater and from my angle it's not. I believe in masks. Whether it's right or wrong, that's what I believe. I believe in trying to save people from getting sick and people from dying. With that being said, no one is telling me to do that or say that. With that being said, going around the city – I went to three stores today. No one had masks in the stores, not even the people running the stores. Two out of the three didn't even have a sign. That's been going on for a while now. People are telling people not to wear masks. So if we have an ordinance that's unenforceable, I'm not sure it's right to keep it going but I'm not going to try to put that on the agenda tonight.

Number two. I wanted to mention in schools currently when there's a sporting event, there is a limit to how many people can watch the sporting event – basketball, wrestling, or whatever it may be. I sent an e-mail two weeks ago to our AD asking her to look into that and maybe to repeal that. It's not coming from us. Unfortunately she told the coach and she never went back to me that it was the city that was causing that. If the city was causing that then when you go to the Rec. games, there would be a limit. There was more people at the Rec. games – the Biddy, the Jr. Biddy, the Bantam, than can go to at the high school games. I look at a senior – and just so you know, I don't have a kid involved in any of this stuff so it's not based on any of my children – but a kid that's a senior in his last basketball game might want to invite more than a few people but you can go see the Jr. Biddy kid and have 50 people there if you want. So I really think and I hope she's listening. Repeal that. It's not coming from the city. I think it's disingenuous to say that it's coming from us instead of taking ownership that she made that rule. I hope she's hearing this.

Next, so today I saw on Facebook and I'm not going to put the person's name out there. They were telling parents to tell their kids when they go to school to defy the mask mandate. This person has a following so people might listen. This person does not have any kids in our public schools. They go to private so I don't see the reason to cause this kind of insurrection in our school systems. It's wrong. It's putting kids in the middle of something that's not theirs to be in the middle. It's putting teachers in a bad spot. It's dangerous. Again, we put orders in. We put ordinances in. We put resolution in and whatever. People aren't following them, that's a problem. To tell kids to do that is just wrong. Whether you believe in the masks or not, it's wrong.

Lastly, and I'm sorry that I'm taking up so much time. Teachers and the union. We have to get this contract settled. Union – you have to get back to the table. Board of Education – you have to meet with them and you have to make the concessions. We have to get this contract done. We're losing teachers. Forty-one teachers are retiring. That's double what normally retires. It's not that we just have 41 teachers that are at the retiring age. I think they're just fed up with the way schools are dealt with today. You cannot manage a classroom like you used to when we were all kids, except for Tyler. You can't manage that. Teachers feel threatened by parents and they're leaving. So this contract is just another piece of that. We have to get them back to the table. We have to keep teachers. Young teachers are being paid too low. They can go to other cities and make much more money than here. We don't want to lose good teachers. They're the ones teaching our kids. I'll leave it as that. I just want to see us doing more in the city. I want to get us back. We have a good Board of Aldermen and I want us to get back to – and Alderwomen – and I want to get back to doing good things in the city and having some of this stuff resolved so thank you.

Alderman Cathey

Thank you. I, too, have a few questions and thoughts. First, I'd like to echo what Derek is saying about teachers feeling threatened. My wife and I have talked to many a teacher who feel disinclined to take cell phones because parents will complain that cell phones have been taken. I have instructed all the teachers to take my kid's phone because I don't care. Do it. Keep them if you want to I don't really care. So I understand that there's a lot of stress on the teachers for how to manage classrooms especially with the schools being as large as they are, especially for South and North.

A question. Is the BOE the one controlling the masks for the AD or is it just a separate athletics policy?

Alderwoman Timmons

It's the BOE.

Alderman Thibeault

Thank you. So the BOE is the masks. The AD controls things like how many people can show up there. She does, I will say in her defense, she does meet with the Board of Health I think what I was told weekly. So she's getting her direction from the Board of Health. Still to say it's from the city and people come back to me on it, again, if the city was doing it, all the other city stuff would be limited too.

Alderman Cathey

So separate from the BOE, that's the policy that she's implemented for athletics?

Alderman Thibeault

That's what I believe.

Alderman Cathey

Okay. Good to know.

I had two procedural questions that I don't really understand. One would be – and we actually talked about this – when something is not on the agenda – so let's say someone wanted to bring up the mask mandate for reconsideration can you do that or does it have to be pre-planned on the agenda? How does that work?

President Wilshire

You can make a motion.

Alderman Cathey

Oh, okay. I didn't know police, procedure wise what that looked like.

If we were to object to something, what does that do? When you said, "there being no objection"? If an Alderman objected, what happens?

President Wilshire

Then we would have discussion about it.

Alderman Cathey

But if only one alderman objected, it just ultimately goes through anyway, right?

President Wilshire

Well if we take a vote, yes, and everyone else votes in the affirmative it goes through yes.

Alderman Cathey

Right.  I just wanted clarification on how that all works.  Okay.

President Wilshire

Okay.  That's fair.

Alderman Cathey

I understand some of the public's frustration with DPW.  I do.  I got a lot of e-mails, some from the same people which is fine.  I don't mind being contacted.  I love to help out the citizens and I will reach out to whomever I need to.  I will say that DPW gets a lot of calls from residents about storms.  They do.  So if you think that they're not answering, they're talking to someone else on a daily basis – 40, 50, probably sometimes 100 calls a day, multiple days in a row when there's a storm.  They just don't have that kind of time.  They're not trying to avoid.  They're not trying to dismiss.  They have a job to do just like the rest of us.  If you feel like you're not being heard, you can e-mail your Alderman.  Certainly people have e-mailed me to reach out and I did.  I got some great answers from DPW about plowing.  I had multiple individuals worry about the sidewalks from BAE down to Bernie and Phil's.  Just so the public knows, that sidewalk cannot be plowed because does it not meet the reqs. of the machine that plows sidewalks.  There are not enough people in the DPW to go manually shovel it because those same people that would be shoveling also drive plow trucks.  It's the same crew.  We don't have that money.  We don't have that manpower especially in a big storm.

I will note that DPW plows hundreds of miles of streets every storm and 50 miles of sidewalks every storm.  They have to continually do that and they have to cover the safe roads initiative for schools, the main arteries, and then they will get to whatever they can when they can.  Lauren has told me multiple times if a citizen has a problem, reach out and if they can get to that street, they will.  That's their best intention.  They don't like to leave citizens without plowed streets.  So we need to kind of give them a little bit of grace because some storms are a lot.  A lot of work, a lot of hours plowing, salting, sanding, and whatever they're doing.  Just so citizens know, a lot of the streets are being plowed.  It might not just be yours.  So it might go unseen.  So they're doing their best.

Lastly, I think that I would agree with Alderman Sullivan earlier.  I think in the future maybe, I don't really know how this would work.  I would appreciate both sides of the story of a situation.  I don't know how that would work but I think it's fair because I don't have all the facts.  I have this letter.  I'm a data guy.  I want to hear all the information first.  I think that would be more helpful.  I don't know how we move forward in the future how that gets handled.  I think that would be best for all sides involved that both sides are given ample sort of time to express themselves or talk about their grievance as it were and then we can move on from there.  I understand that now the situation is with NPD.  So that might not be appropriate but certainly in the future I think that would be maybe best.  I don't know.  Something that we can discuss as Aldermen.  I think that's it for me.  Thank you.

Alderman Dowd

Two very quick things.  One – we had the first reading of R-22-009 tonight.  We will be discussing in Budget on the 28th.  It will come back to the full Board on the 8th.  We have 30 days so Budget Committee review the contracts so if you have any questions.  If you have questions you'd like to get answered, if you want to reach out to me, I'll make sure the Police Department gives us an answer before the meeting and other questions.  There will be people from the Police Department here to answer the questions on the negotiations but we have 30 days.

The other thing on and at least in my Ward and someone call about the streets not being plowed. I got in touch with Lauren Byers and the Director. One of our trucks went off the road and into a ditch. It was from Ward 2 so that slowed them down significantly. Thank you.

Alderman Comeau

Thank you Madam President. I'll be brief. I just wanted to echo some of the comments from Alderman Thibeault from a moment ago. South had senior night last week for the wrestling team. They had 5 seniors that the wrestling team was sending off and there were a couple of instances where it was a – we ended getting them all in but it was hard to get all the families in to see their senior on senior night because of the capacity limits. I would love to see that go away a well. It's tough when we see much larger crowds in other places to justify why they can't come into the South gymnasium. I'd also love to see possibly the athletes being allowed to remove them for competition like we can at gyms and other places if they have to wear them on the benches and spectators have to wear them. I can understand that but it's tough to see wrestlers and (inaudible) basketball players trying to run up and down the court in a mask.

Regarding the streets, I got a lot of comments and questions from constituents about why the city is not salting. I tried to explain to them that when the forecast is ice, and sleet, and freezing rain, salt washes off the roads. It's not that they're being ignored. It's the storm that we had last week was particularly troublesome.

==Lastly, I would like to see in the future – I don't know procedurally whether it would be proper or not – but if we're going to discuss a member of the public, I think we should probably move to a nonpublic session just to respect people's privacy. We've done it before for other people. I would think that that should be something that we consider especially if we're going to be discussing a member of the public in a negative light. I'd like to see that done in nonpublic next time. That's all I have. Thank you.==

Alderwoman Kelly

I don't want to be redundant. Everyone has pretty much said what I was going to say but I just wanted to echo the comments around DPW and how hard they work during the storms. We've done a lot of work in terms of making sure that they have what they need and they've implemented things like doing pre-salts, brining and I think that's done a tremendous job but just some of these storms are ongoing and long. I live on a 10 person cul-de-sac so I know what it's like to feel like you want to get out there but we do live in New England so I appreciate all their hard work.

Alderman Clemons

Thank you Madam President. So I wanted to mention the news that I think most of us know of the departure of Paul Shea from Great American Downtown. I know Paul from actually before he was involved with that when he was a nurse at Lowell General and I think he's going back to that career. I wanted to thank him for all of his service that he has done for Nashua. Nashua Downtown when I became an Alderman in 2008, it was a lot different than what it is now. We didn't have a lot of the festivals and a lot of the activities that went on. There were not as nearly as many restaurants or stores as there is now. A lot of that success has to do directly with Paul Shea and just the energy, and the effort that he put in, and his creativity and forward thinking. He did it with a very small budget too. The city owes him a lot of debt and gratitude and I just wanted to mention that. Tell him thank you for all of the service that he's given this city and wish him well in the future. Thank you.

Alderman Jette

Thank you Madam President. I want to thank my fellow Aldermen for voting for Resolution 22-002. It's a small amount of money that was allocated to pay for spraying services at the Joyce Park. I don't think a lot of people know about Joyce Park but Salmon Brook after it crosses under Main Street and under the Market Place Plaza comes out behind Hunt Community, crosses Allds Street, and then makes it way out to the Merrimack River. That area from Allds Street kind of east of Fifield Street along the brook on both sides of the brook all the way to the area that we just sold at the end of Burke Street that the property that we own. It used to be part of Improved Machinery/Ingersoll Rand and owned by the city for a short period of time. Now we've sold it but the brook ends up in a pond right in that area. Then it goes underneath that area out and makes it way to the Merrimack River. So that area is a conservation property under the management of the Conservation Commission. This summer we had a contract with a student conservation group that went in and re-established the trail along the brook. There is some stairs that go down from Ingalls Street down to the level of the brook and makes its way along the brook. It's a very beautiful area. Poison Ivy have grown in there so it was kind of dangerous for people to go there. Part of this project the Conservation Commission hired a company to spray to get rid of the Poison Ivy. This amount of money that you approved tonight was the spraying job ended up being more than they anticipated so they had to throw in a few extra dollars to do the project. That area is a jewel in the city that a lot

of people don't know about. It's part of Alderman Caron's Ward and now Alderman Cathey's Ward. Once the winter is over, I encourage people to make use of it. It's a beautiful area right in the middle of the city and it's one of the gems that the city has.

On another note like all of you, I've received many, many e-mails about the mask issue primarily. I was saying to my wife a lot of these e-mails there's no address so I don't – you know somebody was complaining that their Ward Alderman had not responded to them. I said gee I don't even know who this Ward Alderman might be because there's no address provided. To the public that might be listening, it's much more effective when you write an e-mail to the Aldermen if you include your address so we know where you live. Are you part of our Ward or not? I know it's probably parochial of me to say this but I pay more attention to e-mails I receive from people in my Ward. I don't know if other people feel the same way. Just a recommendation to people if you want your e-mail to have more of an impact, tell us who you are and where you live so that we can respond appropriately. Thank you.

Alderman Lopez

(inaudible) what Alderman Jette said, I am elected as a Ward Alderman so I do attend to the needs of my constituents and I generally will refer them to their Ward Alderman if their positions or needs for representations can also be served by that advocate. So I also received a couple of e-mails. I had one over the weekend where a person e-mailed me just from a Hotmail account and I said I need your name, and your number, and your address, and all that kind of stuff just so that I can put this into context. They were like well the fact that I wrote an e-mail should suggest to you that it matters enough to me to…I was like okay but I still don't' know who you are. They responded basically you're an idiot. So I was like well okay that's been said before but at the same time, I don't have any contact for it. As a Ward Alderman, I will put the needs of my constituents first when I can figure out who they are. I trust the At-Large Aldermen to look at the whole city perspective and I think if people have strong opinions about issues and maybe from other places like Hollis, Merrimack, and whatever and they come to Nashua and they feel a sense of entitlement to be here, that's fair. We'd like to know that we have visitors who have strong opinions but they also have their own elected officials and they have a State-wide officials. If you give us information, we may not necessarily 100 percent agree with you but we can at least send you in the right direction so that you can find some satisfaction.

With regard to the comments about making motions in meetings and I understand we can essentially suspend the rules or introduce things when we want to but I would just point out that if you don't' put it on the agenda, the public doesn't know that it's going to be on the agenda. We may inadvertently may rob people of the opportunity to provide public comment on the issue. So typically we are careful about how we expedite things when there's an emergency versus when there is not necessarily a life threatening emergency or risk to people making sure that both sides have the opportunity to know what's going to be discussed and have the opportunity to present their opinions. That's just something I wanted to make note of.

I had a questions for Attorney Bolton regarding the non-public sessions. As I understood it, the communication we received was an alert that a vendor was expressing his concern. I did not get elected as a judge, jury, or whatever so it was just a communication to the effect of the vendor who identified himself was reporting that a member of the public had communicated with them. If we take that in a non-public session in order to more fairly vet it, can we invite the member of the public that's participating? Do we have to invite the other member of the public who's communicating with us? Do we have to host like a fight? How does that work?

Steve Bolton, Corporation Counsel

You may do things. You're not required to do those things.

Alderman Lopez

Okay. I have questions about changing policies and procedures. It just doesn't seem like things we happen to have every day. I think it was noted by Alderman Cathey. I didn't see a smoking gun that now a crime was documented in our public records. It's just a concern that was raised by a vendor that we should leave it to the police to investigate so that they can figure out what both sides are as is their role.
We have reference to that the mask mandate being unenforceable. I did speak to Deputy Rourke about that. We've had some public comment and some public communications where individuals document places that they go to that don't enforce the mask mandate. I would just point out that the sign is part of the ordinance that a business is required to put the sign on but we didn't make the businesses responsible for enforcing the ordinance. If a member of the public is concerned, they can call the police. The police will respond. They will document their response and they'll investigate the situation and intervene if necessary. I would also point out though to have reasonable expectations for the police because we can report fireworks as a city ordinance but by the time anybody gets on the scene, the fireworks have already flung

into the air.  We can report loud vehicles as a breach of the city's noise ordinance but those are difficult to investigate.  Typically repeat offenders or obvious issues can be examined.  That's a reasonable approach for the expectation for the police to have but when it comes to the masking ordinance, people are coming in and out and the individual whose committed the offense is changing regularly then we can't expect the police to be fining or citing every single person who is violating the mask mandate.  I think we intentionally left it as an ordinance that was not specifically defined as a fine or had a process for warnings because it's an ordinance written for people who respect the law and respect the City of Nashua.  People who don't, won't.  There are some battles that we can fight and there are some battles that we will be more successful on by relying on people's good ethics and good behavior.

I did also want to ask Alderman Thibeault.  He said that there were weekly meetings but with the Board of Health to consult with regarding healthcare advice.  Since the Board of Health meets monthly, did you mean the Department of Health?

Alderman Thibeault

What I was told by the coach that she meets with our personal one once a week.  Now I don't know if it's a personal meeting.  She calls Director Bagley.  I'm not exactly sure but it's obviously being told…

Alderman Lopez

The Board of Health as an entity is the three appointed doctors that…

Alderman Thibeault

Probably means just Director Bagley if I had a guess.

Alderman Lopez

Okay then that's the department.  I just wanted to make sure because the doctors are very careful about not meeting collectively unless it's a formal meeting and capacity.  They won't even talk to each other over e-mail.

Finally with regards to snow plowing and clearing streets, The State of New Hampshire doesn't require any private citizens or entities to clear sidewalks which is a problem particularly in Ward 4 where there's a lot of sidewalks and a lot of individuals who have trouble navigating sidewalks and may have difficulty clearing their snow.  So I host a contest called "Golden Shovel".  I believe Alderman Klee has a variant of it as well where people in Ward 4 are encouraged to take pictures of themselves shoveling the sidewalk in front of their street and to also clear out any fire hydrants that may be nearby.  Each picture that they take of themselves doing this one per storm gets counted towards a score at the end of the snow season and then the public votes on who receives a bounty for it.  So it's called "A Golden Shovel Competition".  It's a quarter of my aldermanic stipend.  It encourages people to interact with each other, to encourage each other to clear, and snow plow, and be civically minded.  It's not a good solution but it's not the worst solution. So I wanted to put it out there and anybody in Ward 4 who is interested in participating in the Golden Shovel, you can contact me or you can check out the group Ward for 4 which is community based for people in Ward 4.   Thank you.

Alderman Moran

I guess I'll say something to extend the meeting as long as possible.  I just wanted to make a general comment essentially regarding my distinguished colleague from Ward 8.  There's always going to be provocateurs on Facebook.  They don't generally represent the majority of the people in Nashua or anywhere else.  Quite frankly in my profession as a therapist, I see a lot of very insecure people make very provocative statements when they don't get their way.  We can't allow ourselves to be dragged down into that.  That's why I try to avoid it.

Alderman Klee

Thank you Madam Chair.  First I'd like to say I'm quite excited that the Personnel Committee will be interviewing Mr. Sullivan.  He's been my go-to person since Sarah left when I have many questions on zoning, and planning, and so on.  He's given me quite the education and I truly appreciate that.  So I look forward to him taking on that role.

I'd also like to make comment about the e-mails that we've gotten from the mask mandate.  While we've gotten a lot, we've also gotten a lot from a single person who has forwarded many e-mails, which makes it a little bit more difficult to – especially if they don't have the addresses and so on.  I think individuals should be sending their own e-mails rather than seeing that same person's name coming up that's been forwarding e-mails.  It gives more validity to it and so on.

Relative to Public Works, I think they've been doing a great job. Yes, I get the same comments about my street hasn't been done, or a sidewalk hasn't been taken care of, and so on. Today I'm driving down Manchester Street on my way to an 8 o'clock meeting this morning. I did see some kids trying to avoid the sidewalks on Manchester Street because they were still a little slippery and icy but there's limitations that our Public Works people have. They're doing the best job that they possibly can and they do get out there, especially these heavy…for citizens if they go on to Public Works, they can see which sidewalks do in fact get plowed what are part of the sidewalks that are plowed. Most of them are like right around schools and so on for the safety of children that are walking. I can tell you in French Hill we have – pardon my language here – but sidewalks from hell where we have people steps that go into the sidewalks. We have fire hydrants, we have – so they can't use the snow plow type things. They can't get in there so they have to do them by hand. By the time they can get to them, most of the time they're icy and so on. I do ask people to be patient and if you are able body and you do have a sidewalk in front of you, consider helping out and doing it. There is no requirement. I'm not telling anybody to do it but if you're able body and you can do it, perhaps you could just extend at least in front of your sidewalk that's much less and a little bit safer for the children.

Lastly, I'd like to thank my wonderful Ward 3. They have been sending me dinners and extending some very kind words and so on for some of the things that I've been going through. You all may think you have the best Ward but you don't. It's Ward 3. Just want to put it out there. Thank you so much.

Alderman Sullivan

Thank you Madam President. I wanted to speak about just the form and the flow of the meeting tonight. Being new and I still understand that I'm learning a lot and I still consider myself very much an outsider to the rules in how we do things and how we build agendas. I think a common misconception in life is that people like surprise parties. Personally I don't like surprise parties, especially how they happen sometimes. Being an outsider as I still feel as though I am, there seems to be an us versus them to tone to what happened. I understand that there are rules and procedures that I will learn about but I was just wondering and I would like to request that should we be faced with something like that again that we handle it differently. That's all my ask. I appreciate it. Thank you.

Alderman O'Brien

Thank you Madam President. First I'd like to thank Alderman Clemons mentioning Paul Shea. I'll tell you something, that guy – I think when he was interviewed for the job or in that particular process, I remember our old friend Alderman McCarthy he was out throwing snowballs and stuff like that they said. Here's the perfect guy for the job. He has done well and thank you for mentioning him, although I look forward to working with him as a liaison and a Board of Public Works Committee. I think he'll fit in nicely there too.

The other thing I'd just like to mention is like the BPW, I think they did a pretty good job. The people have got to understand. Coming from the Fire Department, people used to say geez you know what the heck. We used to look at it and say well you know right now we have too many firemen, then the building catches fire, and we don't have enough. The same thing is true with snowfall. We never ask in the summer how much rain we're going to get. We just want to know if it rains. Unfortunately in the wintertime we make meteorologists put how many inches it is. BPW you take the ice. If anyone wants to complain, come look at my driveway. I didn't even bother touching it. I can't. I think they did a good job the best that they can, and the long hours, and you've got to take into account there are DOT standards that can only be in the truck so long. So you have to take the whole mix together. They do get to it and they do a fair job.

The last thing Madam President if I may. Just a little bit of house cleaning. I see there is issues coming up before the Infrastructure Committee. We're very happy to have them. When it comes to different types of traffic stops signs, right turns, left turns, all those different things, I consider it the responsibility of the author of the legislation to contact Engineering. Come see me. I'll direct you to the right thing but do the homework so we can get it started so when it comes to the Board, we know already – we read the reports and everything else. Case in point, the stop sign might sound good to one particular person but then there's 30 people in the neighborhood that hate it. To avoid all that, this is why we do that. If you could do that and if there's any questions in the future, please come see me and we'll help you direct through it. Thank you.

President Wilshire

Thank you. I, too, would like to take a moment to thank Paul Shea for the vibrancy he's brought to our downtown. Paul is a dynamic person. He did a really good job downtown bringing in all kinds of different activities for people. I really think he did a great job for us. I'm also happy for him and for everyone else that he is going into the field that he's been trained in and that's being a nurse. Don't we need nurses now more than ever? It's kind of bitter sweet. We're losing him but we're not really losing him. He's going off to do a job that we all need at some point.

Committee announcements:

Alderman O'Brien

As the President of the Board has said, Infrastructure is coming up. This will be our first one of the year so I'm going to have to talk to the Administrative Assistant. We'll get the communication out to you but generally it's the week of the 21st of the month, correct? So we'll get that. Therefore those people that got stuff on the agenda if they could do their homework that would be perfect. Thank you.

Alderman Lopez

There's a meeting of the Human Affairs Committee on Thursday, February 17th. Normally it's on Mondays but that would have been Valentine's Day and having a Human Affairs Committee on Valentine's Day was a little too on the nose so we moved it.

Alderman Cathey

I just have a response to Alderman O'Brien. Lauren originally reached out to me regarding that Adventure Way right turn. I immediately requested information of a traffic study before I would sponsor the legislation. She was kind enough to send that information to me. So I'll be forwarding that to the Infrastructure Committee so you guys can take a look at it.

Steve Bolton, Corporation Counsel

No. That would be a violation of the law. Bring it to the meeting, pass it out, discuss it at the meeting.

Alderman Cathey

Thank you.

Alderwoman Kelly

I actually was just going to put Alderman Dowd in the hot seat and ask when he might have our budget meetings for the 2023 budget.

Alderman Dowd

FY23. I had a discussion with the Mayor. The Mayor is going to be putting out the guidance for the different departments soon. That sort of kicks off the timing of the meetings. So I've already talked to Donna. We have all the meetings set. We just have to plug in dates and we're going to do that as soon as we know where we're at with the departments. There will be more coming out. I'll give you more information about the budget season on the 28th at the regular Budget meeting.

Alderwoman Kelly

Thank you Alderman Dowd.

Alderwoman Timmons

The Board of Health is speaking tomorrow at 12:30 via Zoom. The link is on the website. Thank you.

NON-PUBLIC SESSION – None

ADJOURNMENT

**MOTION BY ALDERMAN O'BRIEN THAT THE FEBRUARY 8, 2022, MEETING OF THE BOARD OF ALDERMEN BE ADJOURNED**
**MOTION CARRIED**

The meeting was declared adjourned at 8:49 p.m.

Attest: Susan K. Lovering, City Clerk



# THE CITY OF NASHUA
### Administrative Services Division

*"The Gate City"*

To:       President Lori Wilshire
          Board of Aldermen

Cc:       Mayor Jim Donchess

From:     Kim Kleiner, Director of Administrative Services

Date:     February 8, 2022

Subject:  **Assessing Project with Inception Technologies**

---

On Sunday, February 6, 2022, I received the attached communication from Ray Feoli, President of Inception Technologies. I look forward to addressing the Board of Aldermen this evening to provide a brief update of the project and answer any questions regarding this communication.

229 Main Street • Nashua, New Hampshire 03060 • Phone (603) 589-3020

# Kleiner, Kimberly

| | |
|---|---|
| From: | Raymond Feoli <rfeoli@inceptiontech.com> |
| Sent: | Sunday, February 6, 2022 9:36 AM |
| To: | Kleiner, Kimberly |
| Subject: | Laura Ortolano |
| | |
| Importance: | High |

**CAUTION:** This email came from outside of the organization. Do not click links/open attachments if source is unknown.

To the Board of Alderman,

My name is Raymond Feoli, President of Inception Technologies. My company has provided the City with document scanning services for the Assessors records. I am writing to the Board after having conversation with Kim Kleiner today. It has come to my attention that I have been deceived by individual, Laura Ortolano, who portrayed herself as city employee to me on thre different occasions.

My first conversation was approximately a month ago. Ms. Ortolano called my company and had left a voicemail asking for an update on the project regarding the PO Number 158909. I promptly returned her phone call thinking she was a city employee. She explained that based on the invoices the City had there was approximately $22K left on the existing PO. I had explained to her that had just finished a batch and was billing another $12K against the PO. She had also asked about when documents were going to be returned and I told her that we were scheduled to drop off a batch and pick up another batch. During that conversation, she had mentioned that she would make sure payment was expedited on any open invoices. I told her we just sent the invoice so it was no hurry on that.

This past Friday I received a voicemail from Ms. Ortolano which I forwarded to Kim Kleiner after speaking with Ms. Ortolano and finding out about this person from Kim. I called her back thinking she was with the city and we had just invoiced another batch. Getting close to the original PO amount, I thought she was just syncing up with my company to make sure we were on track with the PO and boxes. She asked several questions about accessing the documents and the public having access to those records. She explained that while my company had the documents, she stated "**we** don't have access to those files. When can we get those files back?" I corrected her and said well you may not have access to the physical records, what we have scanned was searchable and could be emailed or printed by finding the records in the DocuWare system. I said to her thinking she was an employee "I don't know if a login has been created for you or if you are able to have access to those records in the assessors database, but if you don't, then someone in the assessors department could provide those files." I went on to explain that we had picked up a batch of approximately 80 boxes and due to the remainder on the PO, we had broken that big batch into smaller batches to avoid exceeding the original PO amount. I did mention that I had just quoted the City on the remainder of the boxes. She thanked me ended the conversation.

She called back a little while later on my cell phone. During this conversation she asked me about the files left to scan. I had explained that I did 2 quotes for the Assessors department. One quote was for the boxes we had sitting in our warehouse that would most likely not fit under the existing PO. That was approximately 55 boxes. I then mentioned that I had donea separate quote for 98 boxes that the department has ready to go once the approval or PO was cut. She passed a comment implying that she was going to help push that along and would let me know when she sees it. I said thank you and we hung up the phone.

Its important to note that any document scanning project is an estimate on the volumes of paper. When we originally did the inspection with Bruce Codagone, we estimated that the City had approximately 1.2 million pages which we felt

1