# NASHUA POLICE DEPARTMENT



Chief of Police Michael Carignan
Main Phone: (603) 594-3500
Website: www.nashuapd.com

28 Officer James Roche Drive
Mailing Address:  PO Box 785
Nashua, NH  03061-0785

**February 11, 2022**

To:  Laurie Ortolano
    41 Berkeley St.
    Nashua, NH  03064

*Via email only to laurieortolano@gmail.com*

 RE:  RTK request received February 10, 2022

Mrs. Ortolano,

The Nashua Police Department is in receipt of your request (by email) dated February 10, 2022, under NH RSA 91-A, the "Right-to-Know" law.

Your request stated in part:

**[1] A complete copy of the investigative file of any Nashua Police Department activity concerning Laurie Ortolano impersonating a city employee when speaking with a city vendor. Ms. Kleiner announced in a February 8, 2022 public Board of Alderman meeting that this matter was referred to the Nashua Police Department for investigation.**

**Please include all body cam, phone logs, reports and audio video files of interviews conducted for this investigation.**

The Nashua Police Department understands your request to pertain to you recently speaking with Inception Technologies, INC.  In response, the case number related to the incident is 22-7435-OF.  Please find attached call log 22-7435, incident report 22-7435-OF to include emails and audio recording of your message to Inception Technologies, Inc.  There are no responsive documents for Body Cam recordings, phone logs or audio video files of interviews that were conducted.  Pursuant to NH RSA 91-A:5. IV, redactions to the incident report involve personal contact and identifying information.

In the event that you have any questions, please email me at lavoied@nashuapd.com.

Sincerely,

David P. Lavoie
Records Manager

CC:  Deputy Chief Kevin Rourke
     Nicole Clay, Right to Know Coordinator

---

**CALEA Nationally Accredited Law Enforcement Agency**

**For Date: 02/09/2022  -  Wednesday**

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 22-7435 | 1345 | Other - POLICE INFORMATION | REPORT MADE | 3 | |

       Call Taker:     GOOROB - GOODWIN JR, ROBERT
       Primary Id:     GOOROB - GOODWIN JR, ROBERT
  Location/Address:    [NAS 764] CITY HALL - 229 MAIN ST
    Refer To Incident:   22-7435-OF



Nashua Police Department
Incident Report

Incident #: 22-7435-OF
Call #: 22-7435

Date/Time Reported: 02/09/2022 1345
Report Date/Time: 02/09/2022 1346
Occurred Between: 01/01/2022 1200-02/09/2022 1200
Status: No Crime Involved

Reporting Officer: SERGEANT ROBERT GOODWIN JR
Approving Officer: LIEUTENANT SCOTT HUDON

Signature: _____

Signature: _____

| # | EVENTS(S) |
|---|-----------|

LOCATION TYPE: Government/Public Building    Zone: Sector 4
CITY HALL
229 MAIN ST
NASHUA NH 03060

1   Police Information

| # | PERSON(S) | PERSON TYPE | SEX RACE | AGE | SSN | PHONE |
|---|-----------|-------------|----------|-----|-----|-------|
| 1 | KLEINER, KIMBERLY | OTHER | | 53 | | |
| | DOB: | | | | | |
| | EMPLOYER: | | | | | |
| 2 | ORTOLANO, LAURIE A | OTHER | | 59 | NOT AVAIL | |
| | DOB: | | | | | |
| | EMPLOYER: | | | | | |
| 3 | FEOLI, RAYMOND | WITNESS | | 00 | NOT AVAIL | |
| | DOB: NOT AVAIL | | | | | |
| | EMPLOYER: | | | | | |

| Attachments for 22-7435-OF | |
|-----------------------------|--|
| Description | Type |
| VOICE MESSAGE | WAV |
| Attachment#: A13A3966E55140C2A1B58825A0940B9D | |
| EMAILS | PDF |
| Attachment#: D376025C1701471FA37CA1370B3FE385 | |

** Portions of this report have been redacted **

On Wednesday February 9, 2022 at approximately 9:00am I was made aware of this incident by Detective Captain Allard. I was told that it was being alleged that Laurie Ortolano had contacted a document scanning company being used by the City of Nashua and she portrayed herself to be an employee of the City of Nashua. I was provided two emails, one including a voice message and one including an email, between Raymond Feoli and Kim Kleiner. Both of the emails and the voice message were attached to the case. I reviewed the email and made myself familiar with the information. It should be noted that Laurie Ortolano is a citizen of Nashua, Kim Kleiner is the Director of Administrative Services for the City of Nashua and Raymond Feoli is the President of Inception Technologies, the document scanning company being used by the City of Nashua.

I called Feoli at 603-703-0223 and asked if he was free to talk in person about this incident and he agreed. Detective Sgt. Nicole Hannigan and I then responded to Inception Technologies, 77 Sundial Ave 403W, Manchester, NH, and spoke with Feoli in person. I showed Feoli a copy of the email from him to the Board of Alderman and he confirmed that was from him. I specifically asked Feoli if at any point Ortolano purported to be an employee of the City of Nashua or anything similar and he stated no. Feoli advised that because Ortolano had so much information on this subject he assumed she was an employee but she never stated that she was. I asked Feoli if Ortolano was asking about any type of private or secure information and he stated no. Feoli explained Ortolano was asking about the progress of the job and when it would be ready. Feoli advised that he received another email from Ortolano late last evening which was originally sent earlier in the morning but he did not receive the first one. Feoli sent me the email and also printed me out a copy which was attached to the case. This ended my contact with Feoli.

After speaking with Feoli, no crimes have been committed and this report is being completed for informational purposes.

Nothing further.

Sgt. Robert Goodwin

## Goodwin, Robert

| | |
|---|---|
| **From:** | Allard, Craig |
| **Sent:** | Wednesday, February 9, 2022 9:26 AM |
| **To:** | Goodwin, Robert |
| **Subject:** | FW: Voice message from ORTOLANO LAURIE (6039302853) to 6037030233 |
| **Attachments:** | message.wav |

Captain Craig Allard
Nashua Police Department
Detective Bureau Commander
Phone: 603-594-3550
allardc@nashuapd.com

**From:** Rourke, Kevin <RourkeK@nashuapd.com>
**Sent:** Monday, February 7, 2022 3:51 PM
**To:** Testaverde, James <TestaverdeJ@nashuapd.com>; Fay, Joseph <FayJ@nashuapd.com>; Allard, Craig <AllardC@nashuapd.com>
**Subject:** FW: Voice message from ORTOLANO LAURIE (6039302853) to 6037030233

**From:** Kleiner, Kimberly <kleinerk@nashuanh.gov>
**Sent:** Monday, February 7, 2022 3:34 PM
**To:** Rourke, Kevin <RourkeK@nashuapd.com>
**Subject:** Fwd: Voice message from ORTOLANO LAURIE (6039302853) to 6037030233

****CAUTION**** this e-mail was received from outside of our organization. Do not click links or open attachments if the source is unknown to you. (npd905)

Kim Kleiner
Director of Administrative Services
Administrative Services Division
Kleinerk@nashuanh.gov
603-589-3025

Begin forwarded message:

> **From:** Raymond Feoli <rfeoli@inceptiontech.com>
> **Date:** February 4, 2022 at 9:53:26 PM EST
> **To:** "Kleiner, Kimberly" <kleinerk@nashuanh.gov>
> **Subject: Fwd: Voice message from ORTOLANO LAURIE (6039302853) to 6037030233**

1

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

Kim

this is the voicemail i got from her today.
Ray

Sent from my iPhone

Begin forwarded message:

> **From:** "tel: 6039302853" <non-mail-user@vweb.bayring.com>
> **Date:** February 4, 2022 at 11:49:28 AM EST
> **To:** Service <6037030233@vweb.bayring.com>
> **Subject: Fwd: Voice message from ORTOLANO LAURIE (6039302853) to 6037030233**


> The attached message was recently left in your voicemail account for 6037030233. We are sending you this email because you have asked for your messages to be forwarded to this address.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Goodwin, Robert

| | |
|---|---|
| **From:** | Allard, Craig |
| **Sent:** | Wednesday, February 9, 2022 9:27 AM |
| **To:** | Goodwin, Robert |
| **Subject:** | FW: Laura Ortolano |

Captain Craig Allard
Nashua Police Department
Detective Bureau Commander
Phone: 603-594-3550
allardc@nashuapd.com

**From:** Rourke, Kevin <RourkeK@nashuapd.com>
**Sent:** Monday, February 7, 2022 3:51 PM
**To:** Fay, Joseph <FayJ@nashuapd.com>; Testaverde, James <TestaverdeJ@nashuapd.com>; Allard, Craig <AllardC@nashuapd.com>
**Subject:** FW: Laura Ortolano

**From:** Kleiner, Kimberly <kleinerk@nashuanh.gov>
**Sent:** Monday, February 7, 2022 3:33 PM
**To:** Rourke, Kevin <RourkeK@nashuapd.com>
**Subject:** Fwd: Laura Ortolano

---

****CAUTION**** this e-mail was received from outside of our organization. Do not click links or open attachments if the source is unknown to you. (npd905)

---

Kim Kleiner
Director of Administrative Services
Administrative Services Division
Kleinerk@nashuanh.gov
603-589-3025

Begin forwarded message:

> **From:** Raymond Feoli <rfeoli@inceptiontech.com>
> **Date:** February 6, 2022 at 9:36:20 AM EST
> **To:** "Kleiner, Kimberly" <kleinerk@nashuanh.gov>
> **Subject: Laura Ortolano**

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

To the Board of Alderman,

My name is Raymond Feoli, President of Inception Technologies.  My company has provided the City with document scanning services for the Assessors records.  I am writing to the Board after having conversation with Kim Kleiner today.  It has come to my attention that I have been deceived by individual, Laura Ortolano, who portrayed herself as city employee to me on thre different occasions.

My first conversation was approximately a month ago.  Ms. Ortolano called my company and had left a voicemail asking for an update on the project regarding the PO Number 158909.  I promptly returned her phone call thinking she was a city employee.  She explained that based on the invoices the City had there was approximately $22K left on the existing PO.  I had explained to her that had just finished a batch and was billing another $12K against the PO.  She had also asked about when documents were going to be returned and I told her that we were scheduled to drop off a batch and pick up another batch.  During that conversation, she mentioned that she would make sure payment was expedited on any open invoices.  I told her we just sent the invoice so it was no hurry on that.

This past Friday I received a voicemail from Ms. Ortolano which I forwarded to Kim Kleiner after speaking with Ms. Ortolano and  finding out about this person from Kim.  I called her back thinking she was with the city and we had just invoiced another batch.  Getting close to the original PO amount, I thought she was just syncing up with my company to make sure we were on track with the PO and boxes.  She asked several questions about accessing the documents and the public having access to those records.  She explained that while my company had the documents, she stated "we don't have access to those files. When can we get those files back?"   I corrected her and said well you may not have access to the physical records, what we have scanned was searchable and could be emailed or printed by finding the records in the DocuWare system.  I said to her thinking she was an employee "I don't know if a login has been created for you or if you are able to have access to those records in the assessors database, but if you don't, then someone in the assessors department could provide those files."  I went on to explain that we had picked up a batch of approximately 80 boxes and due to the remainder on the PO, we had broken that big batch into smaller batches to avoid exceeding the original PO amount.  I did mention that I had just quoted the City on the remainder of the boxes.  She thanked me ended the conversation.

She called back a little while later on my cell phone.  During this conversation she asked me about the files left to scan.  I had explained that I did 2 quotes for the Assessors department.  One quote was for the boxes we had sitting in our warehouse that would most likely not fit under the existing PO.  That was approximately 55 boxes.  I then mentioned that I had donea separate quote for 98 boxes that the department has ready to go once the approval or PO was cut.  She passed a comment implying that she was going to help push that along and would let me know when she sees it.  I said thank you and we hung up the phone.

Its important to note that any document scanning project is an estimate on the volumes of paper.  When we originally did the inspection with Bruce Codagone, we estimated that the City had approximately 1.2 million pages which we felt was a conservative estimate.  The thought was to scan the entire set of records over a couple of budget years and show the value the city was going to get from the system.  So when we quoted it both Bruce and Inception was aware that we had not accounted for the entire set of records in the initial proposal.

2

I would be happy to meet with the Board and answer any questions you may have regarding my conversations with Ms. Ortolano or the project itself. Please let me know if there is anything else I can do to assist you further. Thank you.

Sincerely,

Raymond Feoli
President
Inception Technologies Inc.
www.inceptiontech.com
603-703-0223 direct
508-801-3279 cell

## Disclaimer

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

## Goodwin, Robert

| | |
|---|---|
| **From:** | Raymond Feoli <rfeoli@inceptiontech.com> |
| **Sent:** | Wednesday, February 9, 2022 10:25 AM |
| **To:** | Goodwin, Robert |
| **Subject:** | FW: Nashua Property record File possibly in your possession |

---

****CAUTION**** this e-mail was received from outside of our organization. Do not click links or open attachments if the source is unknown to you. (npd905)

---

Sincerely,

**Raymond Feoli**
**Inception Technologies Inc.**
**President**
**603-703-0223 direct**
**508-801-3279 cell**
**www.inceptiontech.com**

**From:** Laurie Ortolano <laurieortolano@gmail.com>
**Sent:** Tuesday, February 8, 2022 11:17 PM
**To:** Raymond Feoli <rfeoli@inceptiontech.com>
**Cc:** Kleiner, Kimberly <kleinerK@nashuanh.gov>; Mayor Jim Donchess <nashuamayor@nashuanh.gov>; Board of Aldermen <BOA@nashuanh.gov>
**Subject:** Nashua Property record File possibly in your possession

Good Evening Ray,

Below is an email I sent this morning regarding searching for a property record file that I am trying to access. I sent this email to rayfielo@inceptiontech.com. I found it through an internet research. As you can see, I don't have a city email address. I provided you with a personal email, not city job title, and a personal cell phone number.

I received a copy of a letter Ms. Kleiner gave to our Board of Aldermen this evening and I realized I sent my request to the wrong address.

Just to be clear, I am a citizen and I asked for the file because the city has not responded to a request for this information. I spoke with you to let you know that citizens do not have access to the docuware cloud based uploaded files you are sending to Kim Kleiner. Thanks to speaking with you, I learned this is how you are providing the data to the City. I spoke with you a couple months ago, and you provided a helpful explanation on where you were in the process of scanning records. I had those questions because I was reviewing City payments to your company and I was trying to figure out when the job would be completed. The conversation was most helpful.

1

I called you because citizens have not had an update on the work you are doing for a very long time and all of our public data is under your control. Our property record files are considered open public data available for daily inspection. So, it is a real hardship to have the information not accessible to us.

You said you still have the boxes down at your company, and if they are not returned, citizens cannot access these files. So, getting the files back to the city is important to me.

Below is the email I sent this morning, I am looking for the property record file listed in the email. I hope you are still willing to assist and let me know if the file is in your possession.

The City has encouraged citizens to contact vendors directly to get information on our records. So, this is what I chose to do.

I did tell you, on or about last Friday, that I was going to follow up on the quote you provided to the City to complete the job. I wrote to the City (Ms. Kleiner) on Friday, told her I spoke with you and put in a Right to know request to get the quotes you sent in. I do not know the date of this(ese) quote you generated, but nothing has been sent to the Board of Aldermen or the budget committee for approval. I wanted to track the expediency of this process because the longer it takes you to complete the job, the longer citizens are left without our records.

Ms. Kleiner did provide the Board tonight with some information on the process. Unfortunately, I believe I live in City where transparency is lacking. I have to do a lot of digging and questioning to figure out what is going on.

I would be very appreciative if you would check the files and tell me if the property record file listed below is in your possession.

Have a good evening and feel free to contact me if you have any questions

Laurie Ortolano
603-930-2853

-----------------------------------------------------------------------

**Laurie Ortolano <laurieortolano@gmail.com>**

to rayfielo



Good Morning Ray,

I  am looking for the property record file  with account # 23634 and sheet and lot number 0081-00003. The Property address is 78-84 West Pearl St.

Do you have this file down there to scan and/or was it uploaded into the cloud in the batch delivered back a few weeks ago?

Thanks for your help,

Laurie Ortolano
603-930-285