## Sonia's post





**Sonia Prince** Author

Sharon Felton I prefer expert on fact finding...speaking of facts, did anyone watch BOA meeting Tuesday?
Laurie Ortolano was reported to the Nashua Police Dept by the city to further investigate Ortolano possibly impersonating a city employee, possibly meddling in a city contract finance timeline, falsely promising a contractor that she is able to expedite payments to Inception Technology on behalf of the city of Nashua.(same woman who plead guilty to trespassing at city hall and filed thousands of frivolous RTK requests). You can watch here if you scroll to 13:30 https://www.youtube.com/watch?v=IRDQuy0bjpQ



**GOV Board of Aldermen 2 8 2022**
youtube.com

6h     Like     Reply                              1 😆

Laurie

Sonia Prince

**Sonia Prince**
Facebook
You're not friends on Facebook
1 mutual friend: Lori Movsesian

CIVIL Police....

please post this full file on the site for your subcripber to have the complete police report. thank you.

# Gate City Politics (Nashua NH)

Joined ▾     + Invite     🔍     ⋯

4 posts

## Rooms

Get the group together on video chat

Create a room to instantly connect to other members on video chat.

**Create room**

## Recent media

There are two justice systems in America.

You DO know

Screenshot

---

**Sonia Prince**  Author  Admin
**Rachel Long** no criminal act does not mean that she didn't meddle in a city contract. The city now has to put measures in place to prevent these future misleading and multiple inquiries in the future.

Like   Reply   17h

**Greg Stanton**
**Sonia Prince** False information seems to be a recurring theme with you. Are you ok?

Like   Reply   15h

Reply to Rachel Long...

---

**Jamila Scales**
Wow! Laurie had caused the City to Spend more money BUY, she had also made it easier for the R's to keep people out of the information that people do have a right to.

It would be easier to simple put her on notice and if she is harassing people or obstructing peace then, get a restraining order?

Like   Reply   2h

The full police report is in the Board of Alderman packet for February 22, 2022 meeting.

---



**Sue Regan** shared a post.
February 17 at 6:19 AM · 🌐


**Sonia Prince**
160.2K Tweets
 

**Tweets**   **Tweets & replies**   **Media**   **Likes**

 **Sonia Prince** @Die__Trying_ · 8h
Yup! Just like NH has FBI guy Mark Hastbacka who helps right wing radicals like Laurie Ortolano fr #Nashua (who plead guilty for trespassing @ city hall 2021; now under investigation for impersonating a city employee and meddling with a contractor's payment timeline.
#NHPolitics

 **Matthew Fink** @matthew_p... · 22h
Replying to @ACLU

Not that Im not appalled, but is this really "breaking" news. The CIA and FBI have been doing this for years. This is not the first time we've learned this!

         



 **Gate City Politics (Nashua NH)**

 **Sonia Prince**
Admin · 9h · 🌐                                            •••

Yup! I have first hand experience with these thugs who try to intimidate to help their corrupt friends.
Ex NH has FBI guy, Mark Hastbacka, who helps right wing radicals like Laurie Ortolano from #Nashua (who plead guilty for trespassing at city hall 2021; who is now under investigation by NPD for impersonating a city employee and meddling with a contractor's payment timeline.

 **Matthew Fink**                           •••
@matthew_phynque

Replying to @ACLU

Not that Im not appalled, but is this really "breaking" news. The CIA and FBI have been doing this for years. This is not the first

 **ACLU** ✓ @ACLU · 14h            •••

These reports raise serious questions about what information of ours **the CIA** is vacuuming up in bulk and how the agency exploits that information to spy on Americans.

This invasion of our privacy must stop.

👍 Like                          💬 Comment