CHARTER AND RELATED LAWS

# CHARTER[1]

## § 1. Corporate existence

The inhabitants of the city of Nashua shall continue to be a body politic and corporate under the name of the city of Nashua, and as such shall exercise and enjoy all the rights, immunities, powers and privileges, and shall be subject to all the duties and obligations now incumbent on or pertaining to said city as a municipal corporation.

## § 2. Property: debts

All existing property now of said city of Nashua shall be and remain vested in said city under the provisions of this charter, and all debts and obligations of said city shall be considered and shall continue for all purposes to be the debts and obligations of said city of Nashua under this revised charter.

## § 3. [City Wards][2]

The City of Nashua is hereby divided into nine wards.  At least as often as each recurring federal census, the board of aldermen shall review the ward boundaries and, if necessary to comply with Constitutional requirement to equalize populations, shall, by ordinance, re-divide the city into nine wards.  A public hearing on the proposed ward boundaries shall be held not more than 30 days before its adoption by the board of aldermen, at such time and place as the board of aldermen shall direct, and notice of such public hearing shall be published at least 30 days in advance of the hearing by the city clerk.   In addition, informational meetings shall be held in all wards proposed for boundary changes not more than 30 days before the vote.  All wards shall be composed of contiguous and compact territory, as nearly equal in population as possible, and bounded by natural boundaries, street lines, railroad tracks or other easily identifiable physical features.   Until passage of an ordinance re-dividing the city into nine wards, ward lines shall remain as approved by the voters of Nashua on November 5, 2002.  Notwithstanding any changes in the ward boundaries, the elected ward officers in office at the time of the re-division of city wards shall continue in said offices until the end of the terms for which they were elected.

**Representation in General Court**—1971, ch. 568:2 eff. Jan. 3, 1972, provided for the apportionment of districts 16 to 24, inclusive, as follows:

| District 16 | Nashua | Ward 1 | 3 |
| District 17 | Nashua | Ward 2 | 4 |
| District 18 | Nashua | Ward 3 | 3 |
| District 19 | Nashua | Ward 4 | 4 |

[1] **Editor's note**—The charter of the city of Nashua was adopted by the laws of 1913, chapter 427.  Since its adoption it has been amended by the laws of 1915, ch. 270; 1919, ch. 3; 1921, ch. 246; 1937, ch. 314; 1941, chs. 277 and 278; 1943, ch. 288: 1957, ch. 377; 1961, chs. 319, 335 and 356; 1965, chs. 425 and 496; 1969, chs. 569, 610, 617 and 627; 1970, ch. 73; 1971, chs. 258, 259, 405 and 568; 1975, ch. 415, §§ 13 − 15.  The charter has also been amended, under RSA 49-A: 8-12, providing for home rule amendment of charters by popular referendum without the necessity of a legislative act, by referendum questions 1, 2, 4 and 5 referred to the voters at the November 4, 1975, regular municipal election.
**Charter amendments**—City charters, RSA chapter 49-A.
[2] **Editor's note**—Bracketed section headings supplied by publisher.  For a description of ward boundaries, see NRO 23 − 7.1, eff. July 13, 2011.  Prior history: Res. R-82-106, Sept. 28, 1982, effective Jan. 1, 1983; Res. R-91-146, 11-12-91; Res. R-01-247A, 11-6-01, effective 6-1-02; Res. No. R-02-82, 8-13-02; effective 1-1-03; Res. No. R-03-193, 6-13-03 [approved by voters on 11-4-03]; Res. No. R-03-233, 8-15-03 [approved by voters on 11-4-03].

November 1, 2018

obstructions, and to designate the particular portion of the streets in which structures shall be located, may be delegated by it to the superintendent of streets, or to adjust such limits as it may prescribe.  Whenever any street, highway or sidewalk in the city is obstructed or occupied in any manner mentioned, without statutory authority or a permit or a license, or in violation of the conditions of such permit or license, or of its lawful orders, the said board or its authorized agent may abate the offending obstruction or structure as a public nuisance.

### Board of Assessors

**§ 64. Repealed.** 1969, ch. 627:30, II, eff. Jan. 1, 1972

       **Editor's note**—1969, ch. 627:27, eff. Jan. 1, 1972, provided: "The elected board of assessors is hereby abolished and the terms of office of the members of said board in office as of January 1, 1970 shall hereby expire."

**§ 65. Repealed.** 1969, ch. 627:30, II, eff. Jan. 1, 1972

**§ 66. Repealed.** 1969, ch. 627:30, IV, eff. Jan. 1, 1972

**§ 67. Repealed.** 1969, ch. 627:30, V, eff. Jan. 1, 1972

**§ 68. Repealed.** 1969, ch. 627:30, VI, eff. Jan. 1, 1972

### § 69. Clerk of board: duties

The clerk of the board of assessors, with the assistance of the other members and such clerical assistance as may be furnished by the vote of the board of aldermen shall keep all the books, records and accounts of the board's condition, correspondence, and financial accounts as its executive officer, subject to the direction of the majority of the board as to the methods of performing such duties.

### § 70. Assistant assessors: clerks

The board of aldermen may by ordinance employ assistant assessors to aid in making the list of ratable polls, such assistants to be employed for such time and for such compensation as shall be fixed by the board of aldermen.  It may also by ordinance authorize the employment of such clerical assistance as may be required by the board of assessors, and fix the amount to be expended for such assistance.

### § 71. Records open to inspection

The books and records of the assessors shall be the property of the city, and at all times be open to public inspection during office hours.

### § 72. Repealed. 1969, ch. 627:30, VII, eff. Jan. 1, 1972

### § 72-a. [Special assessments]

The board of aldermen shall have power to determine that the whole or any part of the expense of any public improvement shall be defrayed by special assessments upon the property especially benefited and shall so declare by resolution.  Such resolution shall state the estimated cost of the improvement, what proportion of the cost thereof shall be paid by special assessments, and what part, if any, shall be a general obligation of the city, the number of installments in which assessments may be paid, and shall designate the districts or land and premises upon which special assessments shall be levied.

### § 72-b. [Special assessment—Procedure; collection]

The board of aldermen shall prescribe by general ordinance complete special assessment procedure concerning plans and specifications, estimate of costs, notice and hearing, the making