UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF NEW HAMPSHIRE

*************************************

LAURIE ORTOLANO

VS            NO: 22-CV-00326-LM

THE CITY OF NASHUA, Et Al.

*************************************

DEPOSITION OF LAURIE ORTOLANO

This deposition taken by agreement of counsel at the Law Offices of Cullen, Collimore & Shirley, 37 Technology Way, Suite 3W2, Nashua, New Hampshire, on May 8, 2024, commencing at 10:20 a.m.

```
1           I am a citizen"?
2     A     Yes.
3     Q     Was that the first time you had notified Mr.
4           Feoli, you were a citizen of Nashua?
5     A     Probably.
6     Q     Why didn't you tell him that the first time
7           you communicated with him?
8     A     I thought he knew when I started talking to
9           him about needing access to the files that we
10          don't have access to these files, and unless
11          they are brought back to the City, none of us
12          can go in there and get property record files
13          that we want to see if they are sitting in his
14          warehouse.
15    Q     How would Mr. Feoli have known you were a
16          citizen of Nashua with some right to those
17          documents if you didn't identify yourself as
18          such?
19    A     He explained to me his process, that they do
20          this for citizens all over the state.  They
21          scan these files, bring them back in.  He
22          explained how they set up a computer at city
23          hall that we would be able to access, that I
```

| | | |
|---|---|---|
| 1 | | would be able to go to this computer in the |
| 2 | | hallway as a citizen computer and open to the |
| 3 | | public to use. |
| 4 | | So he gave me this whole process of |
| 5 | | how this information is downloaded for |
| 6 | | citizens.  So I believed he really knew it was |
| 7 | | me, that I was not misrepresenting myself.  I |
| 8 | | thought I had a very good call with him. |
| 9 | Q | And you indicated Mr. Feoli was very friendly |
| 10 | | on your call with him? |
| 11 | A | Yes. |
| 12 | Q | And helpful? |
| 13 | A | And explaining what he does to bring these |
| 14 | | records back in and set up a computer that |
| 15 | | citizens can go and research all of this data. |
| 16 | Q | Now, did Mr. Feoli during one of your calls |
| 17 | | recommend to you, you should contact Kimberly |
| 18 | | to get access to the online database? |
| 19 | A | I don't recall if he did.  Oh, to get |
| 20 | | access -- yes, I think he did do that.  I do |
| 21 | | think he did. |
| 22 | Q | Did you ever speak to Ms. Kleiner about |
| 23 | | getting that access? |