# Exhibit A-1

For Date: 01/22/2021 - Friday

| Call Number | Time | Call Reason | Action | Priority | Duplicate |
|---|---|---|---|---|---|
| 21-J9 | 0925 | Phone - UNDESIRABLE | LEFT UPON REQUEST | 2 | |

```
Call Taker:       AUTLIN - FRENCH, LINNEA
Primary Id:       ROATIM - ROACH, TIMOTHY
Call Closed By:   CROKYL - CROSSON, KYLE 01/22/2021 1003
Call Modified By: ROATIM - ROACH, TIMOTHY
Location/Address: [NAS 764] CITY HALL - 229 MAIN ST Apt. #3RD F
Party Entered By: 01/22/2021 0928 AUTLIN - FRENCH, LINNEA
Involved Party:   LLOYD, MINDY M @                              603-320-4968
                  DOB: 02/26/1989  Race: W  Sex: F
Party Entered By: 01/22/2021 0957 ROATIM - ROACH, TIMOTHY
Involved Party:   LEONARD, CELIA @
                  DOB: 00/00/0000  Race: W  Sex: F
Party Entered By: 01/22/2021 0958 ROATIM - ROACH, TIMOTHY
Modified By:      01/22/2021 1030 COLJOH - COLANGELO, JOHN
Involved Party:   ORTOLANO, LAURIE A @ 41 BERKELEY ST - NASHUA, NH 03060 603-930-2853
                  SSN: 000316204  DOB: 07/12/1962  Race: W  Sex: F
            ID:   LEEDEN - LEE, DENNIS
                  Disp-09:28:03  Enrt-09:29:28                  Clrd-09:34:18
Dispatched By:    CROKYL - CROSSON, KYLE
   Enroute By:    CROKYL - CROSSON, KYLE
   Cleared By:    CROKYL - CROSSON, KYLE
            ID:   YEOMIC - YEOMELAKIS, MICHAEL
                  Disp-09:28:03  Enrt-09:29:28  Arvd-09:45:17  Clrd-10:03:37
Dispatched By:    CROKYL - CROSSON, KYLE
   Enroute By:    CROKYL - CROSSON, KYLE
   Arrived By:    CROKYL - CROSSON, KYLE
   Cleared By:    CROKYL - CROSSON, KYLE
            ID:   KARAND - KARLIS, ANDREW
                  Disp-09:29:20  Enrt-09:29:28                  Clrd-09:34:13
Dispatched By:    CROKYL - CROSSON, KYLE
   Enroute By:    CROKYL - CROSSON, KYLE
   Cleared By:    CROKYL - CROSSON, KYLE
            ID:   CARCHR - CARON, CHRISTOPHER
                  Disp-09:29:25  Enrt-09:29:28  Arvd-09:33:51  Clrd-09:54:20
Dispatched By:    CROKYL - CROSSON, KYLE
   Enroute By:    CROKYL - CROSSON, KYLE
   Arrived By:    CROKYL - CROSSON, KYLE
   Cleared By:    CROKYL - CROSSON, KYLE
            ID:   ROATIM - ROACH, TIMOTHY
                  Disp-09:29:40  Enrt-09:29:43  Arvd-09:30:34  Clrd-10:03:37
Dispatched By:    CROKYL - CROSSON, KYLE
   Enroute By:    CROKYL - CROSSON, KYLE
   Arrived By:    CROKYL - CROSSON, KYLE
   Cleared By:    CROKYL - CROSSON, KYLE
    Narrative:    01/22/2021 0926 FRENCH, LINNEA
   Modified By:   01/22/2021 0928 FRENCH, LINNEA
```

3rd floor next to auditorium, requesting Police for a woman that forced her way into their office and will not leave

Narrative:  **01/22/2021 0928 FRENCH, LINNEA**
Lori Ordolano, purple winter coat, grey backpack- She wants to review documents. she has a lawsuit against the city and was told to speak with an attorney but they are appointment only. She refuses to leave

Narrative:  **01/22/2021 0929 FRENCH, LINNEA**
woman is sitting in front of the door to their office now. they feel threatened by her presence, no weapons visible

Narrative:  **01/22/2021 0957 ROACH, TIMOTHY**
Modified By: **01/22/2021 1020 ROACH, TIMOTHY**
Laurie was sat down in an upstairs corridor area of City Hall. Was not causing a scene on arrival and appeared calm. She was upset as reported she has been trying to get appointment and paperwork stamped by city hall and they continue to not assist her. Reports this has been going on

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

for months. She apparently assists people in property tax abatement/reductions and needed papers stamped.

Spoke with Celia from City Hall who is Deputy Corporation Counsel for city? She said this is ongoing issue with Laurie and that personnel from NPD are aware. No allegations of any threats made but stated that Celia needed to leave now. Wanted her trespassed but allowed at City Hall if she has an approved appointment. Reported the City have had a lot of contact with Laurie via email and that there are pending lawsuits with the City.

Lauries was asked to leave. She left willingly but stressed her frustration indicating that the City do not communicate with her or assist her. She was informed she is being trespassed for one year and is not allowed at City Hall unless with an appointment. She was advised that she could face arrest from Criminal Trespass if she attends City Hall without an appointment. She understood.

No offences alleged or apparent

Refer To Incident:    21-4609-OF

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE