# Exhibit B

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

Laurie Ortolano, )
        Plaintiff )
)
V. ) Civil Action No. 22-cv-00326-LM
)
The City of Nashua, et al., )
        Defendants )

### AFFIDAVIT OF LAURA COLQUHOUN IN OPPOSITION OF MOTION OF DEFENDANTS BOLTON AND LEONARD'S MOTION FOR SUMMARY JUDGMENT

I, Laura Colquhoun, being under oath, do hereby depose and say as follows:

1. Although I am not a party in this action, I am a friend of Laurie Ortolano ("Ortolano"), the plaintiff in this action, and like her I have taken a citizen's interest in trying to hold the City of Nashua's government accountable in terms of operating fairly and transparently. I have personal knowledge of the facts stated in this affidavit.

2. On March 15, 2021, pursuant to RSA 91-A, New Hampshire's Right to Know Law, I emailed Mr. David Lavoie, Records Manager of the Nashua Police Department, requesting the

> public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.

3. Mr. Lavoie responded to my request by letter of March 15, 2021 with attached documents. A true, accurate, and complete copy of Mr. Lavoie's response on behalf of the Nashua Police Department is attached hereto as Exhibit "A."

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 4/25/2024 DAY OF APRIL 2024.

_____
LAURA COLQUHOUN

Joseph Scott LaScola
Notary Public
4/25/24

Joseph Scott LaScola
Notary Public, State of New Hampshire
My Commission Expires Mar. 08, 2028

# NASHUA POLICE DEPARTMENT



Chief of Police Michael Carignan
Main Phone: (603) 594-3500
Website: www.nashuapd.com

28 Officer James Roche Drive
Mailing Address: PO Box 785
Nashua, NH 03061-0785

March 15, 2021

To: Laura Colquhoun
30 Greenwood Dr.
Nashua, NH 03062

SUBJECT: Right-to-Know Request regarding City Hall and Criminal Trespass

The Nashua Police Department Records Division received your emailed Right-to-Know request on March 15, 2021 requesting *copies of all public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.* In response, the Nashua Police Department completed several searches to fulfill your request as there are several ways a call can be logged.

- Reports 21-4609-OF and 21-10467-AR surrounding the incident at City Hall on 01/22/2021 and Laurie Ortolano are not included. Both of the reports were provided to you from a previous Right-to-Know request.

- I found no other Incident or Arrest reports involving the charge of Criminal Trespass from 01/01/2014 thru 01/31/2021 that was specific to City Hall as the location of the violation.

- Calls for Service from 01/01/2014 thru 01/31/2021 with a location of City Hall and trespass noted in the call narrative are attached. This will provide how a call was handled (warned, left on request, etc). Completing the search with a call type of "Criminal Trespass" with the location of City Hall yielded no results.

Redactions made to the documentation provided involve any personal and private information (HIPAA) of subjects involved to include, dates of birth, social security numbers, home addresses and phone numbers.

In the event that you have any questions, please contact me at (603) 589-1653.

Sincerely,

David P. Lavoie
Records Manager

CALEA Nationally Accredited Law Enforcement Agency

Lavoie, David

| | |
|---|---|
| From: | Laura Colquhoun <lauracolquhoun2@gmail.com> |
| Sent: | Monday, March 15, 2021 8:15 AM |
| To: | Lavoie, David |
| Subject: | Right To Know Request |

**RECEIVED**

MAR 15 2021

NASHUA POLICE DEPT
RECORDS DIVISION

****CAUTION**** this e-mail was received from outside of our organization. Do not click links or open attachments if the source is unknown to you. (npd905)

30 Greenwood Dr
Nashua, NH 03062
March 15, 2021

Mr. David Lavoie
Nashua Police Department
10 Panther Dr.
Nashua, NH 03062

Dear Mr. Lavoie:

Under the **New Hampshire Right to Know Law R.S.A. Ch. 91-A et seq.**, I am requesting copies of all public records of all incidents of Criminal Trespass that have happened at City Hall in Nashua, New Hampshire. These would include all Criminal Trespass where either a verbal, written and/or arrest happened during the period of January 1, 2014 thru January 31, 2021.

I am requesting this information be sent to me electronically and therefore no fees should be required. This information is not being sought for commercial purposes.

The New Hampshire Right to Know Law requires a response time of five business days. If access to the records I am requesting will take longer than this amount of time, please contact me with information about when I might expect copies or the ability to inspect the requested records.
If you can provide the written documentation sooner, that would be appreciated.

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify me of the appeal procedures available to me under the law.

Thank you for considering my request.
Sincerely,

004

**Laura Colquhoun**
603-402-9339

--

**Laura Colquhoun**

## For Date: 12/04/2014 - Thursday

| Call Number | Time | Call Reason | Action | Priority |
|---|---|---|---|---|
| 14-92096 | 1403 | Phone - UNDESIRABLE | Transported to Hospital | 3 |

```
Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
  Calling Party:    CITY HALL
                    HONEYWELL, JASON
             ID:    SENIOR PATROLMAN KEVIN M DELANEY 1451
                    Disp-14:06:09                  Arvd-14:08:14   Clrd-14:27:18
Location Change:    [NAS 1227] ELM STREET PKG GARAGE - 12 ELM ST [Modified: 12/04/2014 1410]
             ID:    MASTER PATROLMAN JOSUE I SANTIAGO 1497
                    Disp-14:06:17   Enrt-14:08:16  Arvd-14:18:15   Clrd-14:27:18
Location Change:    [NAS 1227] ELM STREET PKG GARAGE - 12 ELM ST [Modified: 12/04/2014 1410]
      Narrative:    12/04/2014 1405
                    intoxicated female was passed out in 1st floor bathrrom

                    male & female left out of rear exit (elm st) - compl wants
                    subj's trespassed from location

                    Female is Dorothy & compl unsure of male's name

      Narrative:    12/04/2014 1413
                    dorothy 1             , ambulance enroute
```

## For Date: 08/12/2015 - Wednesday

| | | | | |
|---|---|---|---|---|
| 15-56571 | 1442 | Initiated - CHECK CONDITIONS | FOLLOW UP | 3 |

```
     Primary Id:    SENIOR PATROLMAN JACLYN M MCIVER 1345
Location/Address:   [NAS 764] CITY HALL--ELM ST. SIDE - 229 MAIN ST
             ID:    SENIOR PATROLMAN JACLYN M MCIVER 1345
                                                   Arvd-14:42:00   Clrd-14:55:12
             ID:    2ND YEAR SPECIAL OFF ADAM M RAYHO 8088
                    Disp-14:44:11                  Arvd-14:50:29   Clrd-18:51:34
Location Change:    [NAS 4244] NASHUA POLICE DEPARTMENT - 0 PANTHER DR [Modified: 08/12/2015 1456]
      Narrative:    08/12/2015 1444
                    ref: 15-56556-Crimininal Trespass
```

## For Date: 04/17/2017 - Monday

| | | | | |
|---|---|---|---|---|
| 17-25119 | 1505 | Initiated - SUBJECT STOP | WARNED | 3 |

```
Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
             ID:    SENIOR PATROLMAN ROBERT M LACERDA 6512
                                                   Arvd-15:05:10   Clrd-15:14:48
             ID:    2ND YEAR SPECIAL OFF MATTHEW W GIFTOS 1278
                                                   Arvd-15:05:47   Clrd-15:14:50
      Narrative:    04/17/2017 1513
                    Eric was trespassed from 7 Star and Main Street Gyro on
                    behalf of management due to his disorderly behavior.
```

## For Date: 08/23/2017 - Wednesday

| | | | | |
|---|---|---|---|---|
| 17-58088 | 0900 | Phone - UNDESIRABLE | LEFT UPON REQUEST | 3 |

```
Location/Address:   [NAS 764] CITY HALL - 229 MAIN ST
  Calling Party:    EMPLOYEE
                    TURNER, TRACEY LEE LEE
 Involved Party:    SOPHOS, ERIC PAUL
 Involved Party:    MOCHRIE, AMBER BLAIR
             ID:    SENIOR PATROLMAN JASON K REINOLD 6514
                    Disp-09:04:21   Enrt-09:06:24  Arvd-09:08:27   Clrd-09:27:47
             ID:    MASTER PATROLMAN-2 SCOTT D CISZEK 1410
                    Disp-09:04:30   Enrt-09:06:24  Arvd-09:08:26   Clrd-09:27:47
```

Narrative: **08/23/2017 0903**
male & female going through trash & taking cardboard
w/m named Eric, cammo shirt
w/f, green shorts

Male is now in front of city hall, smoking, talking to self

Narrative: **08/23/2017 0926**
eric and amber were trespassed and both left upon request

## For Date: 05/02/2018 - Wednesday

| | | | | |
|---|---|---|---|---|
| 18-31346 | 1352 | Phone - UNDESIRABLE | | LEFT UPON REQUEST 3 |

Location/Address: [NAS 764] CITY HALL - 229 MAIN ST
Calling Party: DUGAS, ROSS
Involved Party: LAZO, CARLOS
ID: SENIOR PATROLMAN HANNAH R MERULLO 7489
Disp-13:57:13 Enrt-13:57:28 Arvd-14:02:06 Clrd-14:13:47
ID: MASTER PATROLMAN-2 DENNIS P LEE 1479
Disp-13:57:26 Enrt-13:57:28 Arvd-13:58:53 Clrd-14:13:47
ID: MASTER PATROLMAN MICHAEL A YEOMELAKIS 1373
Disp-14:00:56 Arvd-14:00:58 Clrd-14:13:47

Narrative: **05/02/2018 1353**
on the main floor in the rotunda next to mv - male in the
men's room, in a stall with the door locked - highly
intoxicated and will not come out

Narrative: **05/02/2018 1419**
CARLOS WAS FOUND IN BATHROOM STALL INTOXICATED AND WAS
DRINKING SEVERAL MALT BEVERAGES....PER JENNIFER
DESHAINES....NASHUA RISK MANAGEMENT....LAZO WAS ISSUES A ONE
YEAR TRESPASS FROM CITY HALL AND ITS CURTILAGE. HE WAS
ADVISED THAT IF HE HAD BUSINESS IN CITY HALL TO CONTACT NPD
AND REQUEST A KEEP THE PEACE..

## For Date: 05/29/2018 - Tuesday

| | | | | |
|---|---|---|---|---|
| 18-38497 | 0016 | Initiated - SUBJECT STOP | WARNED | 3 |

Location/Address: [NAS 764] CITY HALL - 229 MAIN ST
Involved Party: HUARD, CORY
ID: PATROLMAN JONATHAN P TURCOTTE 8460
Arvd-00:16:00 Clrd-00:25:58

Narrative: **05/29/2018 0047**
Cory was "on the Nod" sitting on the benches next to City
Hall. Cory was warned about trespassing on the property and
told to leave. Cory was warned for his disorderly behavior
due to him knowingly creating a condition which is hazardous
to himself in a public place by any action that serves no
legitamate purpose.

## For Date: 07/23/2019 - Tuesday

| | | | | |
|---|---|---|---|---|
| 19-49067 | 1403 | Phone - DISORDERLY | | LEFT UPON REQUEST 2 |

Location/Address: [NAS 764] CITY HALL - 229 MAIN ST
Calling Party: CITY HALL EMPLOYEE
PITCUCH, PATRICIA
Involved Party: WILLIAMS, CHARLES H
ID: SENIOR PATROLMAN HANNAH R MERULLO 7489
Disp-14:04:34 Enrt-14:05:15 Arvd-14:09:04 Clrd-14:23:25
ID: MASTER PATROLMAN ALEXANDER P GANGI 1472
Disp-14:05:13 Enrt-14:05:15 Arvd-14:05:54 Clrd-14:23:25

```
         ID:    MASTER PATROLMAN DANIEL P HAYDEN 6887
                                        Arvd-14:05:51  Clrd-14:14:30
  Narrative:    07/23/2019 1403
 Modified By:   07/23/2019 1404
                in city clerks office -
                male that was just removed from transit is not in office
                yelling at employees about being trespassed from transit
                center

  Narrative:    07/23/2019 1404
                city's clerks office is in rear of city hall -

  Narrative:    07/23/2019 1405
                subj is Michael Treadwell - b/m, rust color shirt, blue
                pants

  Narrative:    07/23/2019 1411
                William was upset with City Hall about being trespassed from
                the Transit Center and spoke to employees who confirmed
                this. He was advised to leave the area and did so upon
                request. He was not on transit property at this time. Left
                upon request.
```

**For Date: 08/29/2019 - Thursday**

```
19-57720        1648    Phone - UNDESIRABLE                  CALL CANCELLED    3
 Location/Address:      [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:       MCKENNEY, WILLIAM
       Narrative:       08/29/2019 1648
                        community development offices on second floor subject is
                        refusing to leave

       Narrative:       08/29/2019 1650
                        compl. advised female left and would like call cancelled.
                        Compl. does not need subj. trespassed or spoken to.
```

**For Date: 05/12/2020 - Tuesday**

```
20-22458        2340    Initiated - SUBJECT STOP              ALL OKAY          3
 Location/Address:      [NAS 764] CITY HALL - 229 MAIN ST
  Involved Party:       COLCORD, ERIC MICHAEL
  Involved Party:       PEREIRA, JOHN ANIBAL
             ID:        PATROLMAN MICHAEL P CASEY 10611
                                        Arvd-23:40:00   Clrd-23:45:35
             ID:        PATROLMAN JOSEPH C PEACH 10015
                        Disp-23:40:48  Enrt-23:40:51  Arvd-23:42:52  Clrd-23:45:35
       Narrative:       05/13/2020 0044
                        Johnny and Eric were hanging out behind City Hall. They
                        stated that they were leaving. Johnny was wearing pants and
                        a dark hooded sweatshirt and had a bicycle with him. Eric
                        was wearing jeans and a red jacket.

                        John was trespassed from the Nashua Telegraph per Heather
                        Henline and myself from an incident that occurred on March
                        03. Please reference 20-8628 for further regarding that
                        incident. All okay.
```

**For Date: 12/28/2020 - Monday**

```
20-65617        1624    Phone - UNDESIRABLE                   WARNED            3
 Location/Address:      [NAS 764] CITY HALL - 229 MAIN ST
   Calling Party:       MIGNEAULT, MICHAEL @ 229 MAIN ST - NASHUA, NH 03060
  Involved Party:       HOLM, GREGORY A
             ID:        SENIOR PATROLMAN MATTHEW R FRIEND 8579
```

```
                    Disp-16:27:36  Enrt-16:28:28  Arvd-16:30:59  Clrd-16:38:21
        ID:         1ST YR OFC CERT2 KYLE W DONAHUE 11909
                    Disp-16:27:36  Enrt-16:28:28  Arvd-16:33:53  Clrd-16:38:21
        ID:         SERGEANT ANDREW D LANE 1484
                    Disp-16:31:53                 Arvd-16:33:50  Clrd-16:38:21
 Narrative:         12/28/2020 1625
```

compl states someone snuck into building acting disorderly right now.

Narrative: **12/28/2020 1625**

compl has never seen them before. compl will let officer in side building.

Narrative: **12/28/2020 1626**
Modified By: **12/28/2020 1627**

the man is demanding to see the mayor and got in compl face.

Narrative: **12/28/2020 1640**

Gregory was upset that he had been trespassed from the garage so he went to city hall in hopes to speak with the mayor about the issue. Gregory was unaware that city hall is currently closed and was informed he would need to make an appointment. Gregory left city hall and I attempted to provide him with advice on the situation, however he refused to listen. Lastly Gregory was warned not to enter city hall unless he makes an appointment first due to city hall being closed. WARNED.

## For Date: 01/22/2021 - Friday

```
21-4609          0925    Phone - UNDESIRABLE                    LEFT UPON REQUEST 2
   Primary Id:           MASTER PATROLMAN TIMOTHY J ROACH 1481
Location/Address:        [NAS 764] CITY HALL - 229 MAIN ST Apt. #3RD F
Involved Party:          LLOYD, MINDY M
Involved Party:          LEONARD, CELIA
Involved Party:          ORTOLANO, LAURIE A
        ID:              MASTER PATROLMAN-2 DENNIS P LEE 1479
                         Disp-09:28:03  Enrt-09:29:28                  Clrd-09:34:18
        ID:              MASTER PATROLMAN MICHAEL A YEOMELAKIS 1373
                         Disp-09:28:03  Enrt-09:29:28  Arvd-09:45:17   Clrd-10:03:37
        ID:              SERGEANT ANDREW G KARLIS 1311
                         Disp-09:29:20  Enrt-09:29:28                  Clrd-09:34:13
        ID:              SERGEANT CHRISTOPHER D CARON 1480
                         Disp-09:29:25  Enrt-09:29:28  Arvd-09:33:51   Clrd-09:54:20
        ID:              MASTER PATROLMAN TIMOTHY J ROACH 1481
                         Disp-09:29:40  Enrt-09:29:43  Arvd-09:30:34   Clrd-10:03:37
 Narrative:              01/22/2021 0926
Modified By:             01/22/2021 0928
```

3rd floor next to auditorium, requesting Police for a woman that forced her way into their office and will not leave

Narrative: **01/22/2021 0928**

Lori Ordolano, purple winter coat, grey backpack- She wants to review documents. she has a lawsuit against the city and was told to speak with an attorney but they are appointment only. She refuses to leave

Narrative: **01/22/2021 0929**

woman is sitting in front of the door to their office now. they feel threatened by her presence, no weapons visible

Narrative: **01/22/2021 0957**
Modified By: **01/22/2021 1020**

Laurie was sat down in an upstairs corridor area of City Hall. Was not causing a scene on arrival and appeared calm. She was upset as reported she has been trying to get appointment and paperwork stamped by city hall and they continue to not assist her. Reports this has been going on for months. She apparently assists people in property tax

abatement/reductions and needed papers stamped.

Spoke with Celia from City Hall who is Deputy Corporation Counsel for city? She said this is ongoing issue with Laurie and that personnel from NPD are aware. No allegations of any threats made but stated that Celia needed to leave now. Wanted her trespassed but allowed at City Hall if she has an approved appointment. Reported the City have had a lot of contact with Laurie via email and that there are pending lawsuits with the City.

Lauries was asked to leave. She left willingly but stressed her frustration indicating that the City do not communicate with her or assist her. She was informed she is being trespassed for one year and is not allowed at City Hall unless with an appointment. She was advised that she could face arrest from Criminal Trespass if she attends City Hall without an appointment. She understood.

No offences alleged or apparent

Refer To Incident:    21-4609-OF