

# Nashua Police Department
## Incident Report

### Incident #: 19-46336-OF
### Call #: 19-46336

---

Date/Time Reported: 06/25/2019 0930
Report Date/Time: 07/11/2019 1420
Status: Incident Closed

Reporting Officer: CAPTAIN JONATHAN LEHTO
Approving Officer: LIEUTENANT DANIEL MEDEROS

Signature: _____

Signature: _____

---

| # | SUSPECT(S) | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 1 | TURGISS, GREG<br>37 VINAL ST<br>DRACUT MA | M | W | 53 | NOT AVAIL | 978-729-6154 |

Military Active Duty: N
      BODY: NOT AVAIL.              COMPLEXION: NOT AVAIL.
        DOB: ▇▇▇▇▇      PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NOT AVAIL.        ETHNICITY: NOT HISPANIC

**[CONTACT INFORMATION]**

| | | | |
|---|---|---|---|
| Home Phone | (Primary) | 978-729-6154 | |

| # | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 2 | TURGISS, GARY<br>49 SANBORN DR<br>NASHUA NH 03060 | M | W | 58 | ▇▇▇▇ | 603-318-1561 |

Military Active Duty: N
     HEIGHT: 605     WEIGHT: 225     HAIR: BLOND OR STRAWBERRY    EYES: BLUE
      BODY: NOT AVAIL.          COMPLEXION: NOT AVAIL.
        DOB: ▇▇▇▇▇    PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NH 04TSG61181     ETHNICITY: NOT HISPANIC

**[CONTACT INFORMATION]**

| | | | |
|---|---|---|---|
| Home Phone | (Primary) | 603-318-1561 | |

**[APPEARANCE]**

GLASSES WORN: NO

| ALIAS LAST NAME | FIRST NAME | MIDDLE NAME | SSN | DOB |
|---|---|---|---|---|
| TURGISS | GARY | | NOT AVAIL | ▇▇▇▇ |

| # | | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|
| 3 | KLEINER, KIMBERLY<br>32 COURTLAND ST Apt. #0<br>NASHUA NH 03064 | F | W | 51 | ▇▇▇▇ | 603-854-2451 |

Military Active Duty: N
      BODY: NOT AVAIL.           COMPLEXION: NOT AVAIL.
        DOB: ▇▇▇▇▇    PLACE OF BIRTH: NOT AVAIL.
LICENSE NUMBER: NH 01KRK68301     ETHNICITY: NOT HISPANIC

On 25Jun19 at approximately 0930 hours, Detective Lieutenant D. Mederos and I met with Laurie Ortolano (DOB: ▓▓▓▓▓) and Laura Colquhoun (DOB: ▓▓▓▓▓). Ms. Ortolano had arranged the meeting through Deputy Chief M. Carignan based upon concerns that she had regarding illegal activity within the Nashua Assessing Department, specifically fraudulent mileage reports, theft of wages and possible bribery/improper assessing practices involving employee Greg Turgiss and possible witness tampering/intimidation involving Administrative Services Director Kim Kleiner. At the outset of the meeting, Ms. Ortolano provided us with a binder (blue and black) of information that she had complied reference the matters. The binder contained the following:

1) Cover Letter to Deputy Chief Carignan (dated: 20Jun19)
2) Attorney Robert Fojo's Letter to Mayor Donchess (dated: 08May19)
3) Attorney Mark Broth's Letter to Attorney Fojo (dated: 21May19)
4) Attorney Fojo's Letter to Attorney Broth (dated: 07Jun19)
5) The Freyler Investigation Report (dated: 04-26-19)
6) Laurie Ortolano's Investigative Report (dated: 01May19)
7) A Spreadsheet Summarizing the Surveillance Report
8) NPD Offense Report (dated: 16May06)
9) A Mileage Table for the City Assessors from 2014 through 2018
10) Mileage Reports for Gary Turgiss from 01Jan19 through 30Apr19
11) The Mileage Report for Gary Turgiss from 01May19 through 31May19
12) Mileage Reports for Greg Turgiss from 01Jan19 through 30Apr19
13) The Mileage Report for Greg Turgiss from 01May19 through 31May19
14) Mileage Reports for Douglas Dame from 01Jan19 through 31May19
15) Mileage Reports for Michael Mandile from 01Jan19 through 31May19
16) The Mileage Report for all City Assessors from 01May19 through 31May19
17) The Assess Audit Log from 01Sep18 through 01Apr19 (dated: 07Jun19)
18) The AssessPro Activity Log from 01Jan19 through 30Jan19

(*Ms. Ortolano obtained much of this information through Right To Know Requests from the Assessing Department.)

Ms. Ortolano explained that she raised concerns regarding operations in the Nashua Assessing Department in the Fall of 2018. She advised that as a result of the information that she was able to gather, the City commissioned an audit of the Department which was conducted by John Griffin (Chief Financial Officer) and Kim Kleiner (Chief of Staff). However, Ms. Ortolano stated that she is not satisfied with the results of the audit, does not believe that it was "independent" and does not believe that her concerns have been adequately addressed.

Ms. Ortolano explained that as a result of the audit, the Chief Assessor position was eliminated and Ms. Kleiner was placed in charge of the Department as the Administrative Services Director. However, according to Ms. Ortolano, Ms. Kleiner has no experience as an assessor and was simultaneously placed in charge of Purchasing, IT, GIS, Risk Management and Human Resources, thereby inhibiting her ability to monitor the activities of the Assessing Department. Moreover, Ms. Ortolano advised that she believes that there is an inherent conflict in the Department because two brothers, Gary and Greg Turgiss, are both employed as assessors even though Larry Budreau, Director of Human Resources, does not believe that their employment violates the

Case 1:22-cv-00326-LM Document 104-4 Filed 07/01/24 Page 3 of 25

On 26Jun19 at approximately 0900 hours, Deputy Chief M. Carignan and I responded to Nashua City Hall, located at 229 Main Street, Nashua, NH, and met with Mayor Jim Donchess and Director of Administrative Services Kim Kleiner in the Mayor's Conference Room. We informed Mayor Donchess and Ms. Kleiner that the Nashua Police Department had received a complaint from Laurie Ortolano regarding possible illegal activity in the Assessing Department involving mileage fraud, theft, bribery and witness intimidation. No specific details were relayed at that time but Mayor Donchess and Ms. Kleiner were familiar with Ms. Ortolano and her allegations. We further advised that members of the Department would be conducting the investigation and speaking with members of the Nashua Assessing Department and Human Resources (Ms. Kleiner advised that Greg Turgiss had already been interviewed by Director of Human Resources Larry Budreau) as well as Attorney Mark Broth who had been retained by the City of Nashua to conduct an independent investigation into possible illegal activity involving Greg Turgiss' mileage reports and work logs (Ms. Kleiner advised that Attorney Broth had already interviewed several members of the Assessing Department and that she and Greg Turgiss were scheduled to meet with Attorney Broth on 28Jun19). Mayor Donchess and Ms. Kleiner understood and advised that the Department would receive full cooperation from the City.

Captain Jon Lehto D-1

```
                   2019-09-22 1643HRS WARN LAURIE ORTOLANO
       Ref: 19-46336-OF
```

On September 23, 2019 at approximately 1047 hours Detective Lieutenant Mederos and I received an email from Laurie Ortolano (DOB: ████). This email was approximately four pages in length and in summary listed her concerns with the Nashua Police Department's investigation into the Nashua Assessing Department. Specifically Ortolano does not feel that the Nashua Police Department will be able to complete "*an informed, objective report*".

In the email Ortolano referenced the conversation I had with her on September 22, 2019 in the front lobby of the Nashua Police Department with Sergeant Hudon present. In reading some of Ortolano's account of our conversation it seemed to confirm what several people that I have previously spoken to about this investigation have reported about Ortolano. Basically that Ortolano makes speculations and insinuates things based on limited information and presents these speculations and insinuations as facts.

One of these speculations is that Ortolano believes that through the limited contact she has had with me that I have "*taken a side with the City without having all the information*". I have never expressed this opinion to Ortolano nor is she aware as to how much information I have received and reviewed in reference to this investigation.

In the email Ortolano also again reiterates her negative feeling towards Nashua Director of Administrative Services Kimberly Kleiner (DOB: ████, by calling her a "*political hack*".

Ortolano brings up several other topics in this email that include that I had never informed her if any of the Assessing Department employees reported feeling physically threatened by her and that she was displeased with Cheryl Walley (DOB: ████) being placed on leave from her job at the Nashua Police Department. In reference to never informing Ortolano if the Assessing Department employees reported feeling physically threatened that is just untrue. I specifically informed Ortolano that was not the case and further informed her that none of the Assessing Department had accused her of committing any type of criminal act against them.

It is unclear if Ortolano's mention of this in her email was an intentional lie or if is simply a case of not remembering this part of the conversation. Either way this calls into question Ortolano's previous accounts of other conversations, as I specifically stressed this part of the conversation to her, provided her with examples, and asked if she had any questions about what I had just told her.

Ortolano closed her email by stating that she is disappointed in the Nashua Police Department's investigation and that she will be no longer sending any information to the Nashua Police Department.

Detective Lieutenant Mederos sent a reply email to Ortolano on September 23, 2019 at approximately 1426 hours. In the reply Detective Lieutenant Mederos informed Ortolano that he had received the email and that he forwarded her concerns to his superiors and the Chief's Office. Copies of these emails were later added to this case file for case inclusion.

DETECTIVE LOMBARDI D16

**GraniteGrok Comment Polic**

Obey Rule #1. Act like a troll and you

Please read our Comment Policy before commenting.

## What do you think?

5 Responses

 Upvote   Funny   Love   Surprised   Angry   Sad

---

**5 Comments**

🔴 Login ▾



G | Join the discussion…

LOG IN WITH          OR SIGN UP WITH DISQUS ⑦

| Name |

♡ **Share**                                    Best   Newest   **Oldest**

 **Houmid**
7 days ago                                    —   ⚑

You want an open city government? You're probably going to need a couple hundred people with crowbars to pry all the doors open.

0       0   Reply • Share ›

**A** **absee**                                —   ⚑
7 days ago

"Most Judges do not like citizen Right-to-Know cases as they are boring and burdensome." If this is the case, then Judges should push back by quickly finding in favor of those that have filed the RTK cases, and push back even harder with contempt charges for repeat cases.

0       0   Reply • Share ›

 **bj03064**                        —   ⚑
7 days ago

The real problem is that Nashua's voters just don't give a damn. They don't care about taxes going up. They don't care about the terrible condition of the city's streets. They don't care about the failure of the Nashua School District to educate children without indoctrinating them into SEL, CRT, or any other number of political agendas. They don't care about the overwhelming spending that the Mayor and the BOA have approved.

They. Don't. Care.

If they did, they'd show up at the polls and make their intentions clear by voting against the incumbents who have been destroying Nashua and the State of New Hampshire. They'd turn up en masse at BOA meetings and BOE meetings. They'd swamp public hearings in Concord and make their voices heard.

They. Don't. Care.

Ms. Ortolano deserves both our support and assistance, but receives neither. Some of us applaud her efforts, but our cheers are unheard by those who have deep and controlling interests in the destruction of Nashua - because nothing, *NOTHING* that the Mayor, the BOA, or the BOE have done in the past decade (at least) have brought real long-term benefits to the city.

---

NPD_LO_003360

Nashua's residents hold the _____ Soon _____
financial collapse. The _____ **Got** _____
least) of per-annum 10% _____

But Nashua's voters did it to themselves. They. Didn't. Care. And so they will now pay the price for their laziness.

**Gastroenterologists in Nashua you might want to visit**

1    0    Reply • Share ›
Gastroenteritis Doctors | Search Ads



**GraniteGrok**   Mod
7 days ago

**You'll be Amazed to See Anna Kournikova Now!**

Maybe you have lost your reputation with THEM, but with US, it has only gone upward, Laurie.
VogBue
It is hard work, difficult work, and most of all, unneeded if government workers would just do their jobs and Follow The Law.

You've been an inspiration to all. **When He Married Her, Everyone Laughed At Him. 6 Years Later She Showed Her Transformation**

1    0    Reply • Share ›
Articles Stone

**N   NHLibertyRep**
7 days ago

**Best car accident lawyers in houston**

Rochester is apparently taking lessons from Nashua. A local journalist was told recently that since he isn't a citizen of Rochester, he has no right to make RTK requests. And of course, all RTK requests must be cleared through the legal office before they are granted.

0    0    Reply • **OMG! 10 States People Are Fleeing And 10 States People Are Moving To**
sama7b.com

**Connect** 

**Get the Daily 'Grok**

Email address

Subscribe



NPD_LO_003361





NPD_LO_003364

# The State of New Hampshire
## COMPLAINT

Case Number: _____          Charge ID: _____

SIN# 0064600210001046700I

| ☐ VIOLATION | MISDEMEANOR | ☒ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED (non-person) |
| | FELONY ☐ CLASS A | ☐ CLASS B | ☐ SPECIAL | ☐ UNCLASSIFIED (non-person) |

You are to appear at the: **9TH_CIRCUIT_NASHUA**                    Court,

Address:   **30 SPRING ST , NASHUA, NH**                    County:  **HILLSBOROUGH**

Time:  *8:15 am*          Date: *3/24/21*

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT : PLEASE PRINT**

| ORTOLANO | LAURIE | | | A |
| Last Name | First Name | | | Middle |
| 41 BERKELEY ST | NASHUA | | NH | 03060 |
| Address | City | | State | Zip |
| F | W | 5 0 7 | 1 5 0 | HAZEL | BROWN |
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| ▮▮▮▮▮ | | ▮▮▮▮▮ | | NH | |
| DOB | License #: | | OP License State | |

☐ COMM. VEH.              ☐ COMM. DR. LIC.              ☐ HAZ. MAT.              ☐ 16+PASSENGER

AT: CITY HALL: 229 MAIN ST   3RD F, NASHUA NH

On 01/22/2021 at 9:25 AM in Hillsborough County NH, did commit the offense of:

RSA Name:          Criminal Trespass

Contrary to RSA:     635:2

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

```
knowing she was not licensed or privileged to do so, knowingly entered and
remained at Room 313 (Legal Offices), Third floor of City Hall located at 229 Main
Street in defiance of an order not to enter or remain which was personally
communicated to her by authorized persons, to wit, Ms. Mindy Lloyd, Attorney Jesse
Neumann and Attorney Celia Leonard.
```

against the peace and dignity of the State.

☐ SERVED IN HAND

| _~~~~~~~_ | Ofc Tim Roach | Nashua  PD |
| Complainant Signature | Complainant Printed Name | Complainant Dept |

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I)
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_2/18/21_                                   _Kathie_                          Kathie A. Lavoie, Justice of the Peace
                                                                             State of New Hampshire
Date                                            Justice of the Peace          My Commission Expires September 11, 2025

NHJB-2962-D (6/27/2016)
02/24/2021

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

NPD-LO-3654

2

# State of New Hampshire

HILLSBOROUGH COUNTY                    9th CIRCUIT NASHUA DISTRICT DIVISION COURT

# ARREST WARRANT

TO THE SHERIFF OF ANY COUNTY IN THIS STATE OR DEPUTY, OR ANY POLICE OFFICER WITHIN THE STATE:

WHEREAS, the Complainant,          Officer Timothy Roach #110

of   The Nashua Police Department

in the County of        Hillsborough        has exhibited to me,

JAMES H. LEARY        , a Justice/Justice of the Peace in the County of

_____ Hillsborough _____ , his complaint upon oath against the Defendant,

Laurie Ortolano (Date of Birth ▮▮▮▮ )        of   41 Berkeley Street

Nashua, New Hampshire _____ , in the County of

Hillsborough _____ for the crime of: _____

Criminal Trespass, Class A Misdemeanor _____ (RSA  635:2 III (2)  ).
WE COMMAND YOU to take the Defendant, if found to be in your precinct, and bring him before the

9th Circuit Nashua District _____ Court.

Dated the 18     day of   February   , 20 21

_____
Justice / Justice of the Peace

RETURN
STATE OF NEW HAMPSHIRE
COUNTY OF        Hillsborough

I have arrested the Defendant and now have him/her before the Court as commanded.

___2 - 18 · 21___
Date

___J - Serl/gel___
Name of Officer

___Patrolman___
Title of Officer

AOC-117-045  6/89

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

NRD-LO-3655

**3**

THE STATE OF NEW HAMPSHIRE
NINTH CIRCUIT NASHUA DISTRICT DIVISION COURT

HILLSBOROUGH, SS                                                              February 18, 2021

### AFFIDAVIT IN SUPPORT OF ARREST WARRANT FOR: LAURIE ORTOLANO DATE OF BIRTH 07/12/1962

I, Officer Timothy Roach, do swear and affirm that I am a Police Officer with the Nashua Police Department. I am currently assigned to the Uniformed Field Operations Bureau with the Nashua Police Department. I am a graduate of the 152nd New Hampshire Police Standard and Trainings Academy. I have been a full time Police Officer for the City of Nashua since April 2010. I have been previously employed as a Police Officer in the United Kingdom for 6 years.

Set forth below, the factual basis for the issuance of this warrant is based upon information obtained from my personal knowledge, observations and beliefs, information obtained and provided to me.

1. On Friday January 22, 2021 I responded to the third floor of City Hall located at 229 Main Street, Nashua NH in reference to a report of a female that had forced her way into the offices on the third floor and was refusing to leave. Call notes included information that the female was Laurie Ortolano wearing a purple coat and was attempting to have documents reviewed. Ms. Ortolano was sitting down in front of a door to offices and refusing to leave.

2. On arrival at the location I was directed to an office area not openly accessible by the general public. It was there where I observed a female identified as Laurie Ortolano DOB ▮▮▮▮▮▮ sitting on the floor. Ms. Ortolano was not causing a disturbance on my arrival and appeared calm and explained her presence at the location. Ms. Ortolano had noticed what she reported as discrepancies in taxes that residents are charged and she was looking to have abatement paperwork stamped by the City to take care of these discrepancies. Ms. Ortolano furthered that she has been trying to resolve these issues for months but unfortunately had been unable to as the City employees refuse to see her, take appointments or respond to her communications.

3. I spoke with Attorney Celia Leonard DOB ▮▮▮▮▮▮ who is Deputy Corporation Counsel for the City. Attorney Leonard said that this was an ongoing issue with Ms. Ortolano that has been going on for an extended period of time. Attorney Leonard said that members of the Nashua Police Department were aware of the issues revolving around Ms.

 PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

Ortolano and that she needed to leave.   Ms. Ortolano was informed that it was requested she leave the office and City Hall. She left without incident.

4. On Monday February 1st, 2021 at approximately 0900 hours I was informed by supervisors that the Nashua Police Department had been contacted by Nashua City Hall and the Legal Department through Attorney Leonard regarding their desire to have the incident that occurred on January 22, 2021 involving Ms. Ortolano investigated.

5. On Wednesday February 3rd, 2021 at approximately 13:00 hours I attended City Hall at 229 Main Street, Nashua NH to speak with the three witnesses from this incident.

6. Mindy Lloyd DOB ▇▇▇▇▇▇ is employed as a legal assistant for the City of Nashua. Ms. Lloyd reported that shortly after 09:00 hours on Friday January 22nd, 2021 she heard a knock at the side door of the offices where she works on the third floor. Ms. Lloyd partially opened the door and recognized the female stood before her as Laurie Ortolano. Ms. Lloyd asked if Ms. Ortolano had an appointment and established that she did not. She advised Ms. Ortolano she would need one to speak with someone from the office and that nobody was available. Ms. Ortolano pushed open the door and entered the main office area.  Ms. Lloyd told her that she could not be here and had to leave and repeated this at least two times. Ms. Lloyd confirmed that the office is not open to the general public without invite or appointment and Ms. Ortolano had received neither. Ms. Lloyd also highlighted that it says on the door to the Legal Department "By Appointment Only".  I did observe on the entrance to the Legal Department signage which read; **313, LEGAL DEPARTMENT, BY APPOINTMENT ONLY, 589-3250.**

7. I spoke with Attorney Jesse Neumann DOB ▇▇▇▇▇▇ who indicated that at approximately 09:20  hours on Friday January 22nd, 2021 he heard Ms. Lloyd speaking with someone at the door to the offices. He heard Ms Lloyd inform the person that they could not enter without an appointment and had to leave. He saw Ms. Ortolano standing in the office. He informed Ms. Ortolano that she was trespassing and needed to leave immediately.  He said that he repeated this at least 3 times and had no intention of discussing anything else with her. She refused to leave.

8. I spoke with Attorney Celia Leonard who is Deputy Corporation Counsel for the City of Nashua. Attorney Leonard has had dealings with Ms. Ortolano in a professional capacity since 2018 and has met her in person at Alderman Meetings, Assessor Meetings and has received 100's of emails from her reference 'Right to Know' requests and abatement filings. Attorney Leonard indicated that on January 22nd 2021 at approximately 09:25 hours she went to her offices and saw Ms. Ortolano sitting against a wall outside her office in the Legal Department hallway.  Attorney Leonard told Ms. Ortolano that she

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

needed to leave and was trespassing several times. She did not leave. Attorney Leonard confirmed Ms. Ortolano did not have an appointment with her or anyone within her office. Attorney Leonard advised that she did wish to prosecute in this matter.

9. On February 3rd, 2021 at approximately 13:45 hours I met with Diane Veino from City Hall (Program Supervisor Risk Management). Ms. Veino provided me with a disc containing video footage from the incident (no audio). Same video surveillance showed Ms. Ortolano on the property of City Hall.

10. On Tuesday February 9, 2021 at approximately 10:00 hours I made contact with Laurie Ortolano at 41 Berkeley Street, Nashua NH. I asked if I could speak with her reference the incident on January 22nd, 2021. Ms. Ortolano said that she didn't want to talk and directed me to talk with her Attorney Rick Lehmann.

11. On Friday February 12, 2021 at approximately 09:00 hours I spoke with Attorney Lehmann of Lehmann, Major & List PLLC. Attorney Lehmann informed me that he had advised his client not to comment on the incident.

12. Based on the foregoing and this affiants own personal knowledge and belief, I believe sufficient probable cause exists for the issuance of an arrest warrant and complaint for Laurie Ortolano Date of Birth ███████ of 41 Berkeley Street, Nashua NH 03060 with one count of Criminal Trespass, Class A Misdemeanor, contrary to New Hampshire Revised Statue Annotated, 635:2 III (2)

Officer Timothy Roach
Nashua Police Department

Electronically appeared the above-named, Officer Timothy Roach, and took oath that the factual allegations contained in the above affidavit are true to the best of his knowledge and belief.

TRACY L. MEYER
Justice of the Peace - New Hampshire
My Commission Expires November 18, 2025

Date: 2/18/21

Justice of the peace

I have personally examined the affidavit. Based upon such information, I conclude that there is sufficient probable cause for the issuance of the arrest warrant sought. Therefore, the arrest warrant is issued.

Date: 2/18/21

Justice

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE  NPD-LO-3658

**2021-02-01 09** HRS - INVESTIGATION INTO INCID. **OPENED**

**Ref: 21-4609-OF**

On Monday February 1st 2021 at approximately 09:00 hours I was made aware by supervisors that City Hall through Attorney Celia Leonard had contacted the Nashua Police Department and wished to open an investigation into the incident that occurred on January 22nd, 2021 involving Laurie ORTOLANO for her actions that day. I will attend City Hall to arrange to speak with witnesses to this incident.

Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE** NPD-LO-3665

On Monday February 1st at approximately 09:40 hrs I attended City Hall at 229 Main Street. I spoke with Mindy Lloyd. I scheduled appointments to speak with the three city employees that had been present during the incident involving Laurie ORTOLANO. These employees were Celia Leonard, Jesse Neumann and Mindy Lloyd.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE NRD-LO-3666

On Monday February 1st, 2021 at approximately 09:50 hrs I spoke with Jasmine Castro. Jasmine is an employee of the City of Nashua and works as a greeter on the ground level of City Hall. I recognized Jasmine as being present in this position on January 22, 2021.

Jasmine recalled police presence on that Friday. Jasmine said that some time between 09:00 hrs and 09:30 hrs Laurie ORTOLANO had arrived at City Hall requesting that she speak with employee Kim Kleiner reference obtaining stamps for abatement documentation she had (Kim is head of Administrative Services). Jasmine had not asked ORTOLANO if she had an appointment. Jasmine said that she did not ask because ORTOLANO had been quite specific in who she asked for and caused her no concern. Jasmine reported that ORTOLANO had been pleasant.

I asked Jasmine if she was aware who ORTOLANO was. Jasmine said that she had heard the name mentioned before in reference to the City's legal department and did not know what she looked like. Jasmine recalled the same female leaving the building as Nashua Police officers did.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE NRD-LO-3667

On Wednesday February 3rd, 2021 at approximately 13:00 hours I attended City Hall at 229 Main Street to speak with the three witnesses from this incident.

MINDY LLOYD

Mindy Lloyd is employed as a legal assistant for the City of Nashua. She has held this position for approximately 3 ½ years. Ms. Lloyd reported that shortly after 09:00 hours on Friday January 22nd 2021 she heard a knock at the side door of the offices of the Legal Department where she works on the Third floor. Ms. Lloyd partially opened the door and recognized the female stood before her as Laurie ORTOLANO. Ms. Lloyd has met ORTOLANO before through her dealings with City Hall. Ms. Lloyd asked ORTOLANO if she had an appointment. ORTOLANO replied that she did not. She advised ORTOLANO she would need one to speak with someone from the office and that nobody was available at this time. ORTOLANO was trying to peek around the partially open door. ORTOLANO then said words to the effect of "I'm coming in" and pushed open the door that Mindy was holding. Ms. Lloyd stepped out of the way to avoid physical contact. ORTOLANO entered the main office area. Ms. Lloyd told her that she could not be here and had to leave. Ms. Lloyd said that she repeated this at least two times.

Ms. Lloyd said that Jesse Neumann (Attorney) was present in the conference room which he is using as his office. Attorney Neumann came to the threshold of the doorway. Attorney Neumann told Ms. Lloyd to call the Risk Management Department. She did same and explained the situation to them. She was advised to call the police. Ms. Lloyd was not fully aware of the conversation that Attorney Neumann had with ORTOLANO but indicated that while on the phone Attorney Celia Leonard arrived in the office. Ms. Lloyd indicated that she heard Attorney Leonard tell ORTOLANO that she had to leave and was trespassing. Ms. Lloyd heard ORTOLANO reply that she wasn't leaving until she could talk to someone or the police made her leave.

Ms. Lloyd confirmed that the office is not open to the general public without invite or appointment. Ms. Lloyd confirmed that ORTOLANO did not have an appointment to be here at this time. Ms. Lloyd also pointed out that it says on the door to the Legal Department "By Appointment Only". It should be noted that I did observe on the entrance to the Legal Department signage which read;

313

LEGAL DEPARTMENT

BY APPOINTMENT ONLY

589-3250

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

NPD-LO-3668

JESSE NEUMANN

I spoke with Attorney Jesse Neumann who provided me with a typed statement he had written after the event. Same was submitted to records for case inclusion and uploaded to this report.

Attorney Neumann indicated he has been employed as an Attorney and Right to Know Coordinator with the city since December 2020. At approximately 09:20 hours on Friday January 22nd 2021 he heard Ms. Lloyd speaking with someone at the front door to the offices (where the sign '313, Legal Department' sign is located). He heard Ms Lloyd inform the person that they could not enter without an appointment. He heard Ms. Lloyd tell the person that they had to leave. Attorney Neumann then got up from his desk and walked to the threshold of his office to determine what was occurring and saw ORTOLANO standing in the office. He informed ORTOLANO that he was not going to discuss anything with her and that she was trespassing and needed to leave immediately. He said that he repeated these points at least 3 times and had no intention of discussing anything else with her. He said that ORTOLANO refused to leave, continued to talk about abatement stamp dates while also berating both he and Ms Lloyd. ORTOLANO said that she was not leaving until somebody would help her. Attorney Neumann refused to answer ORTOLANOs questions. ORTOLANO then sat down on the floor in the hallway outside Attorney Leonard's office. Attorney Leonard arrived at approximately 09:26 hours and told ORTOLANO that she was trespassing and needed to leave. She also told ORTOLANO that her actions were hostile and her presence was threatening. ORTOLANO replied words to the effect of "Oh you poor baby". Police arrived a few minutes later.

Attorney Neumann indicated that ORTOLANO did not make any explicit threats. He did indicate that he was concerned by her behavior, her unwillingness to leave and that she appeared unstable. These factors coupled with recent events in Washington DC left him questioning her intentions.

Attorney Neumann provided me with an email he had received on Friday January 22, 2021 at approximately 15:57 hours. The email was sent to the Board of Alderman and copied on it were the Board of Assessors; Mayor's Office Email; Legal Dept; Graham, Donna; Vincent, Richard with the subject heading of 'Attorney Leonard should be Fired'. The email was sent from address laurieortolano@gmail.com.

The email appears to address the incident on this date and is signed off with the name 'Laurie' indicated it was written by her. The email highlights the fact that Laurie had gone to the office and asked for Attorney Neumann. She was told that she needed an appointment by a young female. She had replied that she had tried to get one. She walked through the door and entered the office to see who was present. She spoke with Attorney Neumann who repeatedly told her she was breaking the law and trespassing. She had replied she

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE
NPD-LO-3669

would not leave until she had answers and sat down until police arrived. The email will be attached to this case and submitted to records for case inclusion. Attorney Neumann confirmed that he did wish to pursue charges against ORTOLANO for Criminal Trespass.

### CELIA LEONARD

I spoke with Attorney Celia Leonard who provided me with a typed statement she had written after the event. Same was submitted to records for case inclusion and uploaded to this report.

Attorney Leonard is Deputy Corporation Counsel for the City of Nashua and had worked with the city for the last 8 years. Attorney Leonard has had dealings with ORTOLANO in a professional capacity since 2018 and has met her in person at Alderman Meetings, Assessor Meetings and has received 100's of emails from her reference 'Right to Know' requests and abatement filings. Attorney Leonard indicated there is a history between ORTOLANO and the City of Nashua and current legal actions pending at court.

Attorney Leonard indicated that on January 22nd 2021 she was made aware by Risk Management that ORTOLANO was in her offices on the third floor. At approximately 09:25 hours Attorney Leonard went to her offices and saw ORTOLANO sat leaning against a wall outside her office in the main hallway of the Legal Department. She told ORTOLANO that she needed to leave and was trespassing. Attorney Leonard said that ORTOLANO stood then moved to sit down again leaning against a wall by the main door. ORTOLANO had told Attorney Leonard that she was not leaving and wanted answers. Attorney Leonard said that ORTOLANO was told several times that she would have to leave but did not. Attorney Leonard told ORTOLANO that her behavior was threatening and hostile. ORTOLANO replied "you poor baby". Attorney Leonard advised that she took 2 photographs of ORTOLANO sitting on the ground that she emailed to myself. Same will be submitted to this report.

Attorney Leonard was concerned with the behavior exhibited by ORTOLANO. She indicated that ORTOLANO had been to the office before and left when asked to without incident. This time was different. ORTOLANO did not have an appointment with her or anyone within her office. Attorney Leonard described ORTOLANOs behavior as erratic and her refusal to leave despite multiple requests was hostile and threatening. This in conjunction with recent violent actions against government employees and ORTOLANOs vocal criticism of City Staff and herself at public meetings and emails was concerning. Attorney Leonard also advised that the Legal Department don't stamp assessor documentation in that office which she believes ORTOLANO is fully aware of. Attorney Leonard confirmed to me that she does wish to pursue charges against ORTOLANO for Criminal Trespassing as ORTOLANO had refused to leave multiple times when asked by herself, Attorney Neumann and Ms. Lloyd.

### DIANE VEINO

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE

NPD-LO-3670

**Nashua Police Department**
2021-××× ·03 1300 HRS - WITNESS STATEMENT
**Ref: 21-4609-OF**

At 13:45 hours I met with Diane Veino from City Hall (Program Supervisor Risk Management).  Ms Veino provided me with a disc containing video footage from the incident (no audio).  Same will be reviewed, tagged and booked into evidence.


Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE** NPD-LQ-3671

On Sunday February 7, 2021 at approximately 06:30 hours I submitted the statements from Attorney Neumann and Leonard and the photographs taken by Attorney Leonard on her phone to records for case inclusion. The same was done with the copy of the email provided by Attorney Neumann. The documents were also scanned and added to this report.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE NRD-LQ-3672

Case 1:22-cv-00 **Nashua Police Department** 07/01/24 Page 21 of 25 **Page: 1** **20**
2021-02-0( )6:43 HRS - VIDEO SURVEILLANCE ( )GED

Ref: **21-4609-OF**

On Sunday February 7, 2021 at approximately 06:43 hours I submitted the video surveillance I had received from the Risk Management Department of City Hall to evidence. I reviewed the evidence which showed Laurie ORTOLANO entering City Hall at approximately 09:17 hours, arriving on the third floor at around 9:18 hours and then turn out of camera view into the short corridor that leads to room 313 (Legal Department) at around 09:19 hours. Police Officer arrive on the third floor at around 09:32 hours and leave with ORTOLANO at 09:38 hours.

Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE** NRD-LO-3673

**Nashua Police Department**
2021-02-09   ,00 HRS - CONTACT WITH LAURIE O  /LANO
Ref: **21-4609-OF**

On Tuesday February 9, 2021 at approximately 10:00 hours I made contact with Laurie Ortolano at 41 Berkeley Street. I asked if I could speak with her reference the incident on January 22. Laurie said that she didnt want to talk and directed me to talk with her Attorney Rick Lehmann (603 731 5435).

I called the number provided to speak with Attorney Lehmann at 1400 hours. He was unable to talk at that time.

Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE**   NPD-LO-3674

On Friday February 12, 2021 at approximately 09:00 hours I spoke with Attorney Lehmann of Lehmann, Major & List PLLC (Attorney for Laurie Ortolano). I explained to him that I had been to see Ms. Ortolano on February 9 reference the City Hall incident. I advised that the matter was being investigated and I wished to speak with her regarding the incident. Attorney Lehmann informed me that he was advising his client not to comment on the incident. I thanked him for his time and told him I would keep him updated on any pertinent information.

Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE** NRD-LO-3675

On Thursday February 18th, 2021 at approximately 09:47 hours I completed an arrest warrant and affidavit for Laurie Ortolano for the offense of Criminal Trespass. I signed the paperwork and emailed same to the 9th Circuit District Court Nashua Division for review by a Judge.

I received same documentation back at approximately 11:18 hours from the District Court. The warrant had been authorized by Judge Leary of the 9th Circuit District Court Nashua Division. These emails have been attached to this report.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE NRD-LO-3676

**Nashua Police Department**
**2021-02-18  ...00 HRS - CONTACT WITH ATTORNEY ...HMANN**
**Ref: 21-4609-OF**

On Thursday February 18, 2021 at approximately 13:00 hours I called Attorney Lehmann and advised him that there was a warrant for the arrest of his client Laurie Ortolano. At this time Attorney Lehmann reported that he would endeavor to have Laurie attend the police department in the next couple of days.

I received a call back from Attorney Lehmann at approximately 13:30 hours informing me that Laurie Ortolano would be attending the police department this afternoon.

Officer Timothy Roach

**PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE** NPD-LO-3677