# EXHIBIT "AA"

## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>                Plaintiff<br><br>V.<br><br>The City of Nashua, et al.,<br>                Defendants | Civil Action No. 22-cv-00326-LM |

**SUPPLEMENTAL AFFIDAVIT OF PLAINTIFF LAURIE ORTOLANO IN RESPONSE TO DEFENDANT KLEINER'S REPLICATION**

I, Laurie Ortolano, being under oath, do hereby depose and say as follows:

1. My presence in the Assessing Office was not rooted in Right-to-Know requests. Initially, I could walk into the office and conduct research in support of my abatement and appeal using the City computer and speaking with the assessing clerical staff.

2. I also attempted to research and gather information to assist elderly citizens seeking to remedy unfair property assessments.

3. While conducting research in the assessing office to understand how my assessment was determined, I discovered that the Mayor had done a major renovation on his home for approximately $100,000 starting in 2007. The permit was not closed for 6 years thus the Mayor was not taxed on the value of the improvement to his property.

4. The assessors did not conduct a final inspection of his property.

5. Properly closing a permit ensures that all property owners are paying their fair share of taxes.

1

6. I addressed the Mayor's property assessment in a public Board of Aldermen Meeting in November 27, 2018. Ordinarily, the board does not comment to public comment, but in this case, the Mayor responded that "the idea that somehow this was improper is completely a slander". See Exh. A-37.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF JULY 2024.

_____
LAURIE ORTOLANO

Personally appeared, Laurie Ortolano, on July 15, 2024, and swore under oath that the facts asserted herein are true to the best of my knowledge and belief.

_____
NOTARY PUBLIC

[Notary seal: ROBIN PARTELLO, JUSTICE OF THE PEACE, STATE OF NEW HAMPSHIRE, MY COMMISSION EXPIRES 6/14/2028]