Plf. Exh. A-36

1

STATE OF NEW HAMPSHIRE

9TH CIRCUIT COURT - DISTRICT DIVISION - NASHUA

| | |
|---|---|
| STATE OF NEW HAMPSHIRE, | ) District Division Case No. |
| | ) 459-2021-CR-00606 |
| Plaintiff, | ) |
| | ) Nashua, New Hampshire |
| vs. | ) December 15, 2021 |
| | ) 1:16 p.m. |
| LAURIE A. ORTOLANO, | ) |
| | ) |
| Defendant. | ) |

HEARING ON MOTION
BEFORE THE HONORABLE JAMES LEARY
JUDGE OF THE CIRCUIT COURT - DISTRICT DIVISION

APPEARANCES:

| | |
|---|---|
| For the State: | Alyssa Kuehne, Esq. |
| | NASHUA POLICE DEPARTMENT |
| | PO Box 785 |
| | Nashua, NH 03062 |
| For the Defendant: | Timothy Goulden, Esq. |
| | GOULDEN LAW OFFICES, PLLC |
| | 253 Main Street |
| | Nashua, NH 03060 |
| Audio Operator: | Electronically Recorded |
| | **Not Monitored** |
| TRANSCRIPTION COMPANY: | eScribers, LLC |
| | 7227 N. 16th Street, Suite 207 |
| | Phoenix, AZ 85020 |
| | (800) 257-0885 |
| | www.escribers.net |

Proceedings recorded by electronic sound recording; transcript produced by court-approved transcription service.



1   Honor, I don't have much to add.  Just that the Nashua Police
2   Department has no control over whether or not you need an
3   appointment to access it.
4           THE COURT:  Okay.
5           MS. KUEHNE:  Thank you.
6           THE COURT:  I don't know if you want to say
7   anything, Mr. Bolton?
8           MR. BOLTON:  I think there may be -- and it may be
9   just the terminology that's being used, but I understand
10  things a little bit differently.
11          THE COURT:  Okay.
12          MR. BOLTON:  This Defendant can go into the public
13  areas of City Hall, really.  She can attempt to make
14  appointments with other departments in City Hall.
15          THE COURT:  Right.
16          MR. BOLTON:  She can continue to try and make
17  appointments with my department --
18          THE COURT:  And --
19          MR. BOLTON:  -- and she will not be granted any
20  appointments by my department.  She may well be granted
21  appointments by other departments.  She has made herself at
22  home going to public meetings --
23          MR. GOULDEN:  Your Honor, I'm going to --
24          MR. BOLTON:  -- speaking at public --
25          MR. GOULDEN:  Objection --