UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** | ) |
|          **Plaintiff** | ) |
| | ) |
| **V.** | ) Civil Action No. 22-cv-00326-LM |
| | ) |
| **The City of Nashua, et al.,** | ) |
|          **Defendants** | ) |

**PLAINTIFF'S MOTION TO SUBSTITUTE SURREPLY**

Now comes the Plaintiff and requests permission to file a substituted surreply and says as follows:

1. Undersigned counsel erroneously assumed that the page limit for sur replies was the same as the ten-page limit for Replications.

2. Plaintiff's substituted Surreply satisfies the requirements for L.R. 7.1(e)(3).

3. Attorney Feeney was contracted on July 16, 2024, for her position but was not available.

Wherefore, the Plaintiff requests permission to file her substituted sur reply.

Dated: July 17, 2024                                                         Respectfully Submitted by,

                                                                                       */s/William Aivalikles*

                                                                                    William Aivalikles, Esq.
                                                                                    253 Main Street
                                                                                    Nashua, NH 03060
                                                                                    (603) 880-0303

**CERTIFICATE OF SERVICE**

1

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: July 17, 2024                               <u>*/s/William Aivalikles*</u>
                                                                     William Aivalikles, Esq