## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| Laurie Ortolano, | : |
| Plaintiff | : |
| | : |
| v. | : |
| | : |
| The City of Nashua, New Hampshire, et *al*. | : |
| Defendants | : |

1:22-cv-00326-LM

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

### ASSENTED-TO MOTION OF ATTORNEY KURT S. OLSON FOR LEAVE OF THE COURT TO WITHDRAW AS COUNSEL FOR LAURIE ORTOLANO

Undersigned counsel, Kurt S. Olson, hereby respectfully requests that the Court permit him to withdraw from this case and offers the following in support of the motion:

1.  Under L.R. 44.3, Kurt S. Olson respectfully requests leave of the court to withdraw from his representation of Ms. Ortolano in this case.

2.  Currently pretrial statements are due on March 13, 2025, the Final Pretrial Conference is scheduled for April 3, 2025, and Jury Selection and Trial is scheduled for the two week period beginning on April 15, 2025.

3.  There are several summary judgment motions pending before the Court and a motion to compel; however, Attorney Aivalikles entered an appearance on May 10, 2024, and he is familiar with the case and the motions.

4.  Counsel states that Ortolano has informed him that his services are no longer required.

5. Counsel has contacted counsel for the parties, and they have assented to counsel's withdrawal.

WHEREFORE, Kurt S. Olson respectfully requests that this Honorable Court:

A. Allow Attorney Olson to withdraw from representing Ms. Ortolano;

B. Grant such other and further relief as may be just and equitable.

Date: October 30, 2024

Respectfully Submitted,

/s/ Kurt S. Olson
Kurt S. Olson Bar ID#: 12518
Goulden Law Offices, PLLC
Laconia, NH 03246
kolson@mslaw.edu
603-748-1960

## CERTIFICATE OF SERVICE

I hereby certify that electronic copies of this document have been served on counsel for the other parties using the ECF Electronic Filing System.

Dated: October 30, 2024

/s/ Kurt S. Olson
Kurt S. Olson