UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

_____
                                   )
**Laurie Ortolano,**                         )
               **Plaintiff**     )
                                   )
**v.**                                   )
                                   )
**The City of Nashua, New Hampshire; et al.** )   Civil Action No. 1:22-CV-00326
                                   )
               **Defendants**    )
_____)

## PLAINTIFF'S REPLICATION TO DEFENDANT CITY OF NASHUA'S OBJECTION TO PLAINTIFF'S MOTION TO COMPEL PURSUANT TO L.R. 7.1(e)(1)

NOW COMES the Plaintiff, Laurie Ortolano, and in response to Defendant's Objection to her Motion to Compel says as follows:

1. Plaintiff's efforts to obtain the audio/visual recordings is not a "backdoor" effort to obtain the 91-A records she sought in state court.
2. The Plaintiff's 91-A request sought the transcripts of the Lombardi investigation and the footage. The Plaintiff has all the transcripts and 5 of the 11 audio/visual recordings produced by the Defendant.
3. Therefore, her Motion to Compel the production of the remaining 6 audio/visual recordings is not a back door attempt to obtain the 91-A material, but rather the remaining 6 audio/visual tapes sought in discovery.
4. The Motion to Compel seeks the production of the audio/visuals that were not produced but reserved for further discussion between Plaintiff's prior counsel and Defendant's counsel.
5. A legal memorandum is not necessary since the replication addresses a disputed factual assertion in Defendant's Objection.

**Wherefore,** Mrs. Ortolano respectfully requests that the Court compel the production of the 6 remaining audio/visual recordings that were requested in discovery.

1

                                          Respectfully submitted,
                                          Plaintiff, Laurie Ortolano,
                                          By and through Counsel,

November 6, 2024

                                        */s/ William Aivalikles*
                                        William Aivalikles, Esq. NHB #308
                                        253 Main Street
                                        Nashua, NH  03060
                                        Phone:  (603) 880-0303
                                        Fax:  (603) 882-0065
                                        Email:  william@nhtriallaw.com

## CERTIFICATE OF SERVICE

    I certify that on this 6th day of November 2024 I served a copy of this Motion to Compel on all parties of record using the ECF electronic filing system.

                                          */s/ William Aivalikles*
                                          William Aivalikles