Nashua Police Department
Image Associated With Case Number 21-4609-OF
Image Description: L. Ortolano 1

EXHIBIT A



BOLTON 021

Nashua Police Department
Image Associated With Case Number 21-4609-OF
Image Description: L. Ortolano 2

**EXHIBIT A**



BOLTON 022