# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua,** *et al.***,** ) | |
| **Defendants.** ) | |
| ) | |

## EXHIBIT LIST OF THE DEFENDANTS, STEVEN A. BOLTON AND CELIA K. LEONARD

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, a Deputy Corporation Counsel for the City of Nashua, New Hampshire, respectfully submit the following exhibit list for trial:

| Trial Ex. | ID | Date | Description | Bates # USDC Doc. # |
|---|---|---|---|---|
| A. | | 8/17/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-1 – Plaintiff email to Nashua Telegraph | 71-3 |
| B. | | 8/27/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-2 – Plaintiff blog post "The Colossal Stupidity of the Nashua Legal Office" | 71-4 |
| C. | | 12/18/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-3 – Plaintiff blog post "The Police Records of Attorney Bolton" | 71-5 |
| D. | | 11/28/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-4 – Plaintiff email to Nashua city officials | 71-6 |
| E. | | 7/18/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-5 – Plaintiff comments at Nashua Board of Alderman meeting | 71-7 |

| | | | | |
|---|---|---|---|---|
| F. | | 7/20/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-6 – Plaintiff comments at Nashua Finance Committee meeting | 71-8 |
| G. | | 8/16/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-7 – Plaintiff comments at Nashua Planning and Economic Development meeting | 71-9 |
| H. | | 8/17/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-8 – Plaintiff comments at Nashua Finance Committee meeting | 71-10 |
| I. | | 10/12/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-9 – Plaintiff comments at Planning and Economic Development meeting | 71-11 |
| J. | | 3/4/24 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-10 – Plaintiff email to Nashua city officials titled "The Notable Moronic Response from the Nashua's Premier Attorney – Leonard" | 71-12* corrected with Doc. 79-1 |
| K. | | 9/11/19 | Bolton and Leonard's Motion for Summary Judgment, Exhibit B-1 – Plaintiff email to Leonard "Clarification of the Legal Office Function" | 71-14 |
| L. | | 1/20/21 | Bolton and Leonard's Motion for Summary Judgment, Exhibit B-2 – Vincent email to plaintiff "2 signed Abatement Applications" | 71-15 |
| M. | | 5/8/24 | Defendants Bolton and Leonard's Reply to Plaintiff's Objection to Motion Summary Judgment, Exhibit A – Nashua police department photos | 78-1 |
| N. | | 7/12/21 | Deposition of Plaintiff Ortolano, Exhibit 6 – 9th Circuit Court, District Division, Nashua, *State v. Laurie Ortolano*, Case No. 459-2021-CR-00606, Disposition and Sentencing Form | |
| O. | | 6/24/22 | Deposition of Plaintiff Ortolano, Exhibit 7 – 9th Circuit Court, District Division, Nashua, *State v. Laurie Ortolano*, Case No. 459-2021-CR-00606, order granting assented to motion to conditionally discharge conviction | |

| P. |  | 1/22/21 | Deposition of Plaintiff Ortolano, Exhibit 4 – 9th Circuit Court, District Division, Nashua, *State v. Laurie Ortolano*, Case No. 459-2021-CR-00606, Plaintiff email to Board of Aldermen re: "Attorney Leonard should be Fired" |  |
|---|---|---|---|---|
| Q. |  |  | Photos and video tour of City Hall |  |
| R. |  | 1/22/21-4/1/22 | Chart of Right-to-Know Requests Filed by Ortolano |  |
| S. |  | 1/22/21 | Facebook post post-arrest |  |
| T. |  | 6/25/20 | Classic Signs, Inc. invoice for "By Appointment Only" sign |  |
| U. |  | 2/18/21 | Arrest Warrant for Laurie Ortolano |  |
| V. |  | 2/18/21 | Criminal Trespassing Complaint |  |
| W. |  | 1/21/21 | Email exchange between plaintiff and Chief Assessor Vincent re: "Totally Unfair Abatement Process" |  |
| X. |  | 2021 | Timeline |  |
| X-1 |  | 3/11/19 | Clarification of the Legal Office |  |
| X-2 |  | 1/17 and 1/20/21 | Email from Ortolano to Rick Vincent re: "2 signed Abatement Applications – 18 and 28 Baltimore Road" |  |
| X-3 |  | 1/21-1/22/21 | Email from Plaintiff to Vincent, et al. re "Totally Unfair Abatement Process" |  |
| X-4 |  | 1/22/21 | Email from Vincent to Plaintiff re: "Here are the abatements signed" |  |
| X-5 |  | 1/22/21 | Facebook Post on Nashua Scoop re: arrest for trespassing |  |
| X-6 |  | 1/22/21 | Email from Ortolano to Board of Alderman, et al. re: "Attorney Leonard should be Fired" |  |
| X-7 |  | 1/23/21 | Union Leader Article re: Nashua woman escorted out of Nashua City Hall by police |  |
| X-8 |  | 1/25/21 | Nashua Telegraph article re: Police oust public records advocate Ortolano from City Hall |  |

3

| | | | | |
|---|---|---|---|---|
| X-9 | | 1/26/21 | Email from Ortolano to Jesse Neumann, et al. re: "Attorney Leonard should be Fired: | |
| X-10 | | 1/27/21 | Union Leader article re: No-trespassing order put in place against Nashua woman | |
| X-11 | | 1/27/21 | Nashua Telegraph article re: "City officials allege Telegraph account of City Hall confrontation 'featured inaccurate information'" | |
| X-12 | | 1/27/21 | Email from Ortolano to Jesse Neumann, et al. re "RTK Request dated 1/26/21 (2021-455) – Re: Attorney Leonard should be Fired" | |
| X-13 | | 1/30/21 | Nashua Telegraph article "Police issue no-trespass order against Laurie Ortolano" | |
| X-14 | | 2/2/21 | Email from Ortolano to Richard Vincent, et al. re: "I almost got arrested over this and I am still waiting 28 Baltimore & 18 Baltimore St stamped receipts" | |
| X-15 | | 2/3/21 | Email from Vincent to Ortolano, et al. re: "I almost got arrested over this and I am still waiting 28 Baltimore & 18 Baltimore St stamped receipts" | |
| X-16 | | 2/3/21 | Union Leader article "Laurie Ortolano won't stop taking on City Hall" | |
| X-17 | | 2/5/21 | Ortolano Facebook Post re: Date Stamping Abatement Applications | |
| X-18 | | 2/22/21 | Ortolano Facebook post: Good Governments Don't Do This | |
| X-19 | | 2/22/21 | Union Leader article "Nashua woman from city hall charged with trespassing" | |
| X-20 | | 2/26/21 | Email from Ortolano to Richard Vincent, et al. re: The Ortolano Abatement Process | |
| X-21 | | 3/4/21 | Board of Assessors meeting minutes | |
| X-22 | | 3/17/21 | Ortolano Facebook post on The Nashua Scoop re: Citizens not receiving proper responses to RTK requests | |
| X-23 | | 3/18/21 | Board of Assessors meeting minutes | |

| | | | | |
|---|---|---|---|---|
| X-24 | | 3/18/21 | Ortolano Facebook post re: Mary Todd arrest | |
| X-25 | | 3/26/21 | Granite Grok article by Ortolano re: Nashua's Right Not-to-Know | |
| X-26 | | 4/11/21 | Ortolano Facebook post on The Nashua Scoop re: abatement appeal | |
| X-27 | | 4/18/21 | Ortolano Facebook post on The Nashua Scoop re: Kleiner emails | |
| X-28 | | 4/26/21 | Excerpt of Budget Review Committee meeting minutes | |
| X-29 | | 4/26/21 | Email from Ortolano to Bolton, et al. re: Comments in non-public session made about Spitting | |
| X-30 | | 4/26/21 | Granite Grok post re: Update on Right to Know Lawsuit against Nashua City Hall | |
| X-31 | | 4/27/21 | Email from Ortolano to Bolton, et al. re: Bolton has no ethics | |
| X-32 | | 4/28/21 | Ortolano post on goodgov.org re: A Story About a Crooked Mayor | |
| X-33 | | 4/29/21 | Ortolano Facebook posts with comments about Attorney Leonard and Ortolano's trespass | |
| X-34 | | 4/30/21 | Ortolano post on Granite Grok re: Is Nashua City Right to Know Coordinate Jesse Neumann Just Playing word Salad in his RTK Responses? | |
| X-35 | | 4/30/21 | Email from C. Linder to Nashua Legal Department re: Eliminate the RTK position in the legal office | |
| X-36 | | 5/3/21 | Excerpt from Personnel/Administrative Affairs Committee meeting minutes – Ortolano comments | |
| X-37 | | 5/3/21 | Email from Ortolano to Jesse Neumann, et al. re Your recent RTK request dated April 26, 2021 | |
| X-38 | | 5/10/21 | Ortolano post re: Right to Know Demand Made for Selected Nashua City Emails | |
| X-39 | | 5/11/21 | Ortolano post on goodgov.org | |
| X-40 | | 5/17/21 | Excerpt from Budget Review Committee meeting minutes | |

| X-41 | | 5/20/21 | Excerpt from Board of Assessors meeting minutes | |
|---|---|---|---|---|
| X-42 | | 5/20/21 | Excerpt from Budget Review Committee meeting minutes | |
| X-43 | | 5/26/21 | Excerpt from Budget Review Committee meeting minutes | |
| X-44 | | 5/27/21 | Union Leader article re: Nashua ordered to hand over emails initially denied in citizen's Right-to-Know request | |
| X-45 | | 6/1/21 | Excerpt from Budget Review Committee meeting minutes | |
| X-46 | | 6/1/21 | Ortolano post on Granite Grok re: Harassment Warning Requested Against Nashua's Mayor Donchess, Director Kim Kleiner, and Attorney Bolton | |
| X-47 | | 6/1/21 | Union Leader article re: Nashua City Hall to reopen fully on Monday | |
| X-48 | | 6/2/21 | Ortolano email to Nashua Legal Department re: The Incorrect Press Release on the opening of City Hall | |
| X-49 | | 6/3/21 | Excerpt of Public Minutes of the Board of Assessors meeting minutes | |
| X-50 | | 6/16/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| X-51 | | 6/17/21 | Excerpt of Public Minutes of the Board of Assessors meeting minutes | |
| X-52 | | 6/17/21 | Excerpt of Budget Review Committee meeting minutes | |
| X-53 | | 6/22/21 | Union Leader article re: Nashua spending out of control, residents tell city officials | |
| X-54 | | 6/23/21 | Email from Ortolano to Board of Alderman, et al. re: Last Night's shocking Board of Alderman Meeting | |
| X-55 | | 6/24/21 | Ortolano post on Granite Grok re: Nashua Should be Ashamed of its Attorney Bolton | |

| X-56 | | 6/26/21 | Nashua Telegraph article re: Some residents criticize mayor's proposed 2022 budget | |
| --- | --- | --- | --- | --- |
| X-57 | | 6/28/21 | Nashua Telegraph article re: Nashua homeowner wins tax abatement appeal; is granted attorneys' fees in separate RTK case against city | |
| X-58 | | 6/30/21 | Excerpt from Public Minutes of the Board of Assessors meeting minutes | |
| X-59 | | 6/30/21 | Email from Ortolano to Mayor's office re: Revised Bail order since my arrest | |
| X-60 | | 7/3/21 | Ortolano post on goodgov.org re: The Broken Nashua Court System | |
| X-61 | | 7/6/21 | Email from Ortolano to Legal Department re: Bolton is ridiculous | |
| X-62 | | 7/8/21 | Email from C. Linder to Legal Department re: Attorney Bolton's Job Performance | |
| X-63 | | 7/19/21 | Ortolano Facebook post on The Nashua Scoop re: tension between Attorney Bolton and Alderwoman Lu | |
| X-64 | | 7/22/21 | Ortolano post on goodgov.org re: Deputy Attorney Leonard's Misrepresentations | |
| X-65 | | 7/22/21 | Ortolano Facebook post on The Nashua Scoop re: Attorney Leonard's misrepresentation | |
| X-66 | | 7/22/21 | Email from Ortolano to D. Graham, et al. re: My Arrest in City Hall | |
| X-67 | | 7/23/21 | Ortolano post to Granite Grok re: It's a Bad Look to Arrest Citizens in City Hall | |
| X-68 | | 7/28/21 | Nashua Telegraph article re: Nashua homeowner wins tax abatement appeal; is granted attorneys' fees in separate RTK case against city | |
| X-69 | | 7/30/21 | Ortolano post to goodgov.org re: Rebuttal to Attorney Bolton's explanation for failure to deliver emails – July 28, 2021 Telegraph article | |

| | | | | |
|---|---|---|---|---|
| X-70 | | 8/2/21 | Email from Ortolano to Bolton, et al. re: FBI Investigation – The Confidential email posted by Sonia Prince on Social Media | |
| X-71 | | 8/3/21 | Ortolano post to goodgov.org re: Bolton ignores Court order to drive-up Legal Fees | |
| X-72 | | 8/4/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| X-73 | | 8/5/21 | Ortolano post to goodgov.org re: A Hostile City Government | |
| X-74 | | 8/17/21 | Ortolano post to goodgov.org re: More Attacks on Alderwoman Lu – Mayor Donchess fires down | |
| X-75 | | 8/17/21 | Email from Ortolano to Board of Aldermen, et al. re: Phone Calls this morning for court hearing | |
| X-76 | | 8/18/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| X-77 | | 8/23/21 | Excerpt of Budget Review Committee meeting minutes | |
| X-78 | | 8/23/21 | Ortolano post to goodgov.org re: The Nashua Legal Office – Case Study for the Abuse of the Attorney Client Privilege Exemption | |
| X-79 | | 8/25/21 | Ortolano post to Granite Grok re: Nashua Provides Case Study for the Abuse of the Attorney-Client Privilege Exemption to RTK Law | |
| X-80 | | 8/26/21 | Excerpt of Public Minutes of Board of Assessors Meeting minutes – Ortolano public comment | |
| X-81 | | 8/26/21 | Board of Assessors Meeting – video of Ortolano public comment | |
| X-82 | | 8/30/21 | Email from Ortolano to Board of Aldermen, et al. re: The Mayor's sanctioned abuses of the Nashua Legal Office | |
| X-83 | | 8/31/21 | Ortolano post to goodgov.org re: Mayor Donchess' Sanctioned Abuses of the Nashua Legal Office | |
| X-84 | | 8/31/21 | Ortolano post to Granite Grok re: Our Board of Aldermen Have Become the Mayor's Posse | |

| | | | |
|---|---|---|---|
| X-85 | | 9/1/21 | Ortolano Facebook post to The Nashua Scoop re: running for DWP commissioner |
| X-86 | | 9/16/21 | Ortolano post to goodgov.org re: Elect Laurie Ortolano for the Board of Public Works |
| X-87 | | 10/9/21 | Ortolano post to goodgov.org re: City Refuses to Pay on Court Order Sanctions |
| X-88 | | 10/9/21 | Ortolano post to Granite Grok re: Nashua: Local Elections ARE Partisan! |
| X-89 | | 10/16/21 | Nashua Telegraph Article re: City Workers Deserve Respect |
| X-90 | | 10/30/21 | Email from Ortolano to Bolton, et al. re: Leaked Attorney Client Information |
| X-91 | | 10/31/21 | Email from Ortolano to Bolton, et al. re: Attorney Client Information Leak, Again |
| X-92 | | 11/12/21 | Ortolano post to goodgov.org re: The Nashua Legal Offices abuse of Seniors |
| X-93 | | 11/13/21 | Ortolano post to Granite Grok re: The Nashua Legal Offices Abuse of Seniors |
| X-94 | | 12/15/21 | Ortolano post Granite Grok re: Nashua's Thug Leadership |
| X-95 | | 01/16/22 | Ortolano post to Granite Grok re: Nashua City Attorney Steve Bolton is Unfit for Duty |
| X-96 | | 08/27/22 | Ortolano post to goodgov.org re: The Colossal Stupidity of the Nashua Legal Office |
| X-97 | | 5/21/24 | Email from M. Perry to Ortolano re: RTK Request 2024-146-OCC |
| Y | | | Sketch of Legal Department office |

The defendants Bolton and Leonard reserve the right to revise and supplement this Exhibit List through the time of trial.