UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua, *et al*.,** ) | |
| **Defendants.** ) | |
| ) | |

## DEFENDANT ATTORNEYS' PROPOSED VOIR DIRE

Defendant Attorneys Steve A. Bolton and Celia K. Leonard ("Defendant Attorneys") respectfully request that its counsel be permitted to ask the following Voir Dire questions to prospective jurors:

**JUROR'S BELIEFS ABOUT THE FIRST AMENDMENT**

1. Do you believe that an individual who expresses their rights under the First Amendment is protected from consequences if that individual commits a crime?

2. Do you believe that the public has an absolute right to access non-public areas within a public building?

**JUROR'S BELIEFS ABOUT ATTORNEYS**

3. Do you believe that attorneys have an automatic animus towards opposing parties?

4. Do you believe that an attorney could be a victim of a crime?

5. Do you believe that attorneys are more or less likely to be truthful or untruthful than non-attorneys?

1

        Respectfully submitted,

        **Steven A. Bolton and Celia K. Leonard,**

        By their Counsel,

        **UPTON & HATFIELD, LLP,**

Date: March 20, 2025        /s/ Russell F. Hilliard
        Russell F. Hilliard
        NHBA #1159
        159 Middle Street
        Portsmouth, NH 03801
        (603) 436-7046
        rhilliard@uptonhatfield.com

        Brooke Lovett Shilo
        NHBA #20794
        10 Centre Street; PO Box 1090
        Concord, NH 03302-1090
        (603) 224-7791
        bshilo@uptonhatfield.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

        /s/ Russell F. Hilliard
        Russell F. Hilliard