UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff** ) | |
| ) | |
| V. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| ) | |
| **Steven Bolton and Celia Leonard** ) | |
| **Defendants** ) | |

**PLAINTIFF'S PRETRIAL STATEMENT**

NOW COMES, the Plaintiff in the above-entitled matter and submits her pretrial statement pursuant to Rule 26(a)3 of the Fed. R. Civ. P. and LR 16.2 and says as follows:

### I.    Brief Statement Of The Case

The Plaintiff Laurie Ortolano has sued Attorney Steven Bolton and Attorney Celia Leonard, the City of Nashua's Corporate Counsel and Corporate Deputy Counsel. Laurie Ortolano claims that she was at the Nashua City Hall to obtain date stamps for two tax abatement requests. Laurie Ortolano claims that Attorney Bolton and Attorney Leonard improperly deprived her of first amendment rights, by causing her arrest for criminal trespass, a Class A misdemeanor, in retaliation for her criticism of City acts and officials. She is also claiming a pattern of harassment. Attorney Bolton and Leonard deny that they caused her arrest for criminal trespass or violated her constitutional rights in any way.

### II.    Witnesses

**A.    Witnesses likely to be called by the Plaintiff**

1.    Mayor James Donchess

2.    Attorney Steven Bolton

1

3. Attorney Celia Leonard

4. Jennifer Deshaies

5. John Griffin

6. Former Chief Michael Carignan

7. David Lavioe

8. Officer Timothy Roach

9. Officer Christopher Carron

10. Officer Kyle Crosson

11. Officer Andrew Karlis

12. Officer Michael Yeomelakis

13. Timothy Cummings

14. Michael Ortolano

15. John Duhamel

16. Master Patrolman Jonathon Earnshaw

17. Sergeant Caleb Gilbert

18. Master Patrolman Jaime Abrams

19. Dan Healey

20. Anne Stelmach

21. Officer Andrew Karlis

22. Brian Kenney

23. Michael O'Connor

24. Kathleen O'Connor

25. Kimberly Houghton

26. Jennifer Moriarty

27. Robert Leserda

28. Doctor Laura Chan

29. Karen Bill

30. Officer Frank Lombardi

31. Eliese Moore

   **B. Witnesses that may be called**

32. Kimberly Kleiner

33. Mindy Lloyd

34. Manuela Perry

35. Rosemarie Evans

36. Diane Vieno

37. Deputy Chief James Testaverde

38. Police Captain Bolton

39. Laura Colquhoun

40. Doug Dane

41. Mike Mandile

42. Greg Turgiss

43. Gary Turgiss

44. Rick Vincent

45. Lori Wilshire

46. Alderman John Sullivan

47. Ken Rogers

48. Rob Tozier

49. Keeper of the Records, Assessors Department

50. Keeper of the Records, Nashua Police department

51. Keeper of the Records, NH Department of Revenue Administration

52. Clerk, Hillsborough Superior Court Southern District

53. Robert Lacerda

54. Sarah Marchant

55. Will Freyler

56. Cheryl Walley

57. Amanda Mazzerolle

58. Lynn Cameron

59. Louise Brown

60. Attorney Timothy Goulden

61. Attorney Mark Sisti

62. Attorney Rick Lehmann

63. Attorney Robert Fojo

### III. Waiver of Claims

The Plaintiff does not waive any claims.

### IV. Depositions

The Plaintiff does not anticipate introducing any depositions but reserves the right to do so in the event of witness unavailability . The Plaintiff may reference certain deposition pages in

order to impeach or refresh a witnesses testimony or for any other purpose allowed by the Fed. R. Civ. P. 32(a).

## V. Exhibit List

| NO. | DATE | ACTUAL EXHIBITS |
|---|---|---|
| 1 | 9/12/18 | Board of Aldermen Meeting Minutes pgs. 1,13-14, 17 |
| 2 | 10/23/18 | Board of Aldermen Meeting Minutes pgs. 1, 6-8, 11 |
| 3 | 9/2018-10/2018 | Responsive records Duhamel Emails received by Ortolano |
| 4 | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" |
| 5 | 10/18/19 | LTR emailed City Response Leonard to Ortolano |
| 6 | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" |
| 7 | 10/18/19 | Ortolano email to Gary Turgiss requesting Donchess Timeline Records |
| 8 | 10/24/19 | LTR emailed City Response, Leonard for Donchess Timeline with Responsive Records |
| 9 | 11/7/18 | Ortolano email to Board of Aldermen cc Donchess Mayor's Property Record Card |
| 10 | 11/8/18 | Ortolano email to Board of Aldermen cc Donchess - A further look at Mayor's Property Record Card |
| 11 | 11/13/18 | Board of Aldermen Meeting Minutes pgs. 1-3, 15-18, 23 and Communication from CFO Griffin to Board of Aldermen |
| 12 | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-3, 7-12, 16 Mayor responds to Rockland Permit |
| 13 | 11/28/18 | Union Leader Article "Citizen Complaint prompts assessing Audit in Nashua" |
| 14 | 12/11/18 | Board of Aldermen Meeting Minutes pgs. 1, 42-44, 47 |
| 15 | 3/21/19 | Ortolano email to DRA Commissioner Stepp on Ratio |
| 16 | 3/26/19 | Commissioner email response to Ortolano 3/21/19 email |
| 17 | 3/21/19 | Board of Assessor Meeting Minutes - Bolton talks about the ratio |
| 18 | 3/24/19 | Ortolano email to Greg Turgiss/Kleiner (Mayor's Office) |
| 19 | 4/14/19 | Ortolano email to Attorney Roth DRA with 2 Abatement Form (State & Nashua) |
| 20 | 3/1/19 | City Charter - Section 71 Records open for Inspection |

5

| | | |
|---|---|---|
| 21 | 6/6/19 | Board of Assessors Meeting Minutes pgs. 1, 24 - 28, 39 - 43, 46 |
| 22 | 7/13/19 | Kleiner email to Leonard fwd Ortolano email (7/12/2019) |
| 23 | 7/19/19 | LTR Leonard email to Ortolano (RTK 2019-14) |
| 24 | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" |
| 25 | 7/15/19 | Ortolano email to Assesshelp cc Kleiner |
| 26 | 7/19/19 | LTR Leonard emailed to Ortolano (2019-15) |
| 27 | 7/17/19 | 7/19/2019 LTR emailed Leonard response to Ortolano Assesshelp (2019-15) |
| 28 | 8/13/19 | Board of Aldermen Meeting Minutes pgs. 1-10, 32 and with Attachment |
| 29 | 9/5/19 | RTK response from Leonard for Kleiner Assessing Office meeting Agendas |
| 30 | 9/15/19 | Email Ortolano to Leonard cc Donchess, BOA Right to Know Requests |
| 31 | 9/16/19 | Budget Review Committee Meeting - all pages |
| 32 | 9/19/19 | Board of Assessors Meeting Minutes pgs. 1, 5-10, 14 |
| 33 | 10/3/19 | Board of Assessors Meeting Minutes - all pages |
| 34 | 12/12/19 | Email Kleiner to Leonard residential sales report threaded email Ortolano to Assessors (2019-122) |
| 35 | 12/19/19 | Response Leonard to Ortolano (2019-122) |
| 36 | 6/19/19 | BTLA Orders City to Hearing Aug 6, 2019 |
| 37 | 3/9/21 | Board of Alderman Meeting - LO PC on Arrest 1, 42, 47 |
| 38 | 10/20/21 | Email Kleiner to Attorney Clay - Ortolano to HR |
| 39 | 10/20/21 | Email Nancy Trask - Ortolano visit to HR |
| 40 | 9/28/21 | Board of Aldermen Meeting Minutes pgs. 1, 13-15, 25-28, 31 |
| 41 | Manual | Section 1 of Nashua Assessor Manual "Public Relations in the Assessor's Office |
| 42 | 10/29/19 | BTLA Order for Reassessment |
| 43 | 2020 | Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier |
| 44 | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" |
| 45 | 1/14/20 | Ortolano email to Brown - Ortolano Abatement File |
| 46 | 1/15/20 | LTR Leonard email to Attorney Lehmann |
| 47 | 1/15/20 | Ortolano email to Mayor |
| 48 | 7/14/20 | Board of Aldermen Zoom Meeting pgs 1, 31-33, 37 |
| 49 | 11/16/20 | BTLA Submission - City Motion to Consolidate 2018-2019 Abatement Appeals |

| | | |
|---|---|---|
| 50 | 11/24/20 | BTLA Submission - Lehmann Objection to Consolidation |
| 51 | 12/3/20 | BTLA Order - DENYING Consolidation |
| 52 | 11/14/20 | Scoop FB Post "Nashua's Overreach of the Right-to-Know Law" |
| 53 | 6/11/21 | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals |
| 54 | 11/12/21 | Good-Gov "Nashua Legal Offices Abuse of Seniors" |
| 55 | 12/2/21 | Board of Assessors Meeting Minutes - all pages |
| 56 | 1/17/21 | Ortolano email to Assesshelp 2 Signed Abatement Applications |
| 57 | 1/20/21 | Ortolano email to Assesshelp |
| 58 | 1/20/21 | Rick Vincent email to Ortolano |
| 59 | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application |
| 60 | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd. Application |
| 61 | 7/15/21 | Board of Assessors Meeting Minutes 18-28 Baltimore Rd Abatements Approved |
| 62 | 3/24/21 | Complaint - Class A Misdemeanor |
| 63 | 2/18/21 | Arrest Warrant |
| 64 | 1/22/21 | Call log for Trespass at City Hall |
| 65 | 2/18/21 | Property taken at arrest 2/18/21 |
| 66 | 2/18/21 | Bail and Bail Conditions |
| 67 | 3/15/21 | RTK Request from Colquhoun to NPD for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 |
| 68 | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on Woman Escorted Out by Police |
| 69 | 1/24/21 | Union Leader Story - "Woman Escorted out of City Hall by Police" |
| 70 | 1/27/21 | Union Leader Story - "City Hall no-trespass order put in place against Nashua Woman" |
| 71 | 2/3/21 | Union Leader Story - "Laurie Ortolano won't stop taking on City Hall" |
| 72 | 2/22/21 | Union Leader Story "Nashua Woman escorted from City Hall charged with Trespassing" |
| 73 | 4/26/21 | Ortolano email to Attorney Goulden Contract and Appearance |
| 74 | 7/23/21 | Kenney email to Bolton |
| 75 | 8/19/21 | Kenney email to Bolton |
| 76 | 8/18/21 | Email Kenney to Bolton |
| 77 | 12/15/21 | Transcript Motion Hearing Judge Leary |

| | | |
|---|---|---|
| 78 | 7/7/22 | Conditional Discharge Order |
| 79 | 9/12/22 | City Motion to Intervene on Annulment |
| 80 | 1/31/23 | Order - Motion to Intervene DENIED |
| 81 | 1/15/21 | Notice for Access to Assessing Office during Covid |
| 82 | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments |
| 83 | 5/29/21 | Notice for Reopening Nashua City Hall |
| 84 | 7/5/21 | Ortolano email to Leonard |
| 85 | 7/5/21 | Attorney Bolton email to Attorney Lehmann |
| 86 | 2/1/21 | Fee Agreement Attorney Sisti/Check pd |
| 87 | 4/26/21 | Fee Agreement Attorney Goulden/Check pd |
| 88 | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" |
| 89 | 2/2/22 | Ortolano email to Lovering and Legal |
| 90 | 7/20/22 | City Finance Committee Meeting |
| 91 | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest for 3rd Floor Visit |
| 92 | 8/11/22 | Sgt. Gilbert Supplemental Report to Attempted Arrest |
| 93 | 7/28/22 | Ortolano email to Kleiner |
| 94 | 7/28/22 | Attorney Bolton email to Ortolano |
| 95 | 10/25/22 | Board of Aldermen Meeting Minutes pgs. 1, 13, 17 |
| 96 | 10/26/23 | Newspaper Article on First Amendment Award |
| 97 | 10/26/23 | First Amendment Publication Booklet |
| 98 | 10/26/23 | Eagle Sculpture Award - sculpture will be brought into Court |
| 99 | 10/24/23 | City Protective Order for City Employees |
| 100 | 10/26/23 | Court Order DENIED for Protective Order |
| 101 | | Property Record Card for 41 Berkeley St. |
| 102 | 1/8/24 | Ortolano Email to Bolton RTK for IT meeting |
| 103 | 1/16/24 | Ortolano Email to Bolton RTK for IT meeting |
| 104 | 1/18/24 | Bolton Email to LO on RTK Meeting |
| 105 | 5/10/24 | Photograph 3rd Floor Legal Office Rope |
| 106 | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium |
| 107 | 5/10/24 | Photograph 3rd Floor view to IT Office |

| NO. | DATE | | |
|---|---|---|---|
| 108 | 5/10/24 | Photograph 3rd floor view to stairwell |
| 109 | 2/7/22 | Superior Court Order 226-2021-cv-00354 |
| 110 | 10/10/23 | Supreme Court Mandate 2022-0237 |
| 111 | 6/20/22 | Superior Court Order 226-2021-cv-00306 |
| 112 | 7/9/21 | Transcript Structuring Conference/Motion Hearing 00306/00133 |
| 113 | 7/14/21 | Superior Court Order 226-2020-cv-00133 |
| 114 | 5/2/22 | Superior Court Order 226-2020-cv-00133 |
| 115 | 6/30/23 | Superior Court Order 226-2023-cv-00165 |
| 116 | 7/29/20 | Ortolano Deposition by Bolton 226-2020-cv-00133 |
| 117 | 11/21/22 | Ortolano RTK Request for Bolton Police records -  10-4-2012 Incident 12-83358 |
| 118 | 8/6/19 | BTLA Hearing A Citizens Performance Audit of the Nashua Assessing Office |

| NO. | DATE | POTENTIAL EXHIBITS |
|---|---|---|
| 119 | 1/17/14 | Letter from Gary Turgiss to Ortolano's |
| 120 | 9/19/18 | 11/20/2019 Griffin email to Leonard threaded 9/19/2018 Tozier email to Griffin |
| 121 | 10/12/18 | Letters mailed by City to 5 Berkeley property owners |
| 122 | 10/31/18 | Griffin Email to Mayor's Office |
| 123 | 2/12/25 | Supreme Court Order on Nashua Pheasant Lane Mall Property Abatement Appeal |
| 124 | 3/1/19 | Management Audit Report |
| 125 | 8/21/19 | Nashua Telegraph "Officials Say they are overwhelmed by requests" |
| 126 | 9/20/23 | Cummings email to Risk and Legal |
| 127 | 4/15/20 | Ortolano email RTK request to Public Works Director Fauteaux and her response |
| 128 | 5/5/22 | Email Manuela Perry email to Ortolano |
| 129 | 5/8/19 | Freyler Investigative Report |
| 127 | 6/26/24 | Transcript Evidentiary Hearing 226-2020-cv-00354 |

| | NO. | DATE | VIDEO FILES |
|---|---|---|---|
| AV* | 128 | 10/23/18 | Board of Aldermen Meeting |

| | | | |
|---|---|---|---|
| AV | 129 | 11/13/18 | Board of Aldermen Meeting |
| AV | 130 | 11/27/18 | Board of Aldermen Meeting |
| AV | 131 | 12/11/18 | Board of Aldermen Meeting |
| AV | 132 | 6/6/19 | Board of Assessors Meeting |
| AV | 133 | 6/27/19 | Board of Assessors Meeting |
| AV | 134 | 8/13/19 | Board of Aldermen Meeting |
| AV | 135 | 9/15/19 | Budget Review Committee Meeting |
| AV | 136 | 9/19/19 | Board of Assessors Meeting |
| AV | 137 | 10/3/19 | Board of Assessors Meeting |
| AV | 138 | 2/20/20 | Board of Assessors Meeting |
| AV | 139 | 7/14/20 | Board of Aldermen Meeting |
| AV | 140 | 3/9/21 | Board of Aldermen Meeting |
| AV | 141 | 8/26/21 | Board of Assessors Meeting |
| AV | 142 | 9/28/21 | Board of Aldermen Meeting |
| AV | 143 | 12/2/21 | Board of Assessors Meeting |
| AV | 144 | 7/22/22 | Finance Committee Meeting |
| AV | 145 | 10/25/22 | Board of Aldermen Meeting |
| AV | 146 | 11/18/23 | School Board Recount |
| AV | 147 | 8/13/24 | Board of Aldermen Meeting |
| AV | 148 | 2020 | Introduction on Filing an Abatement |
| AV | 149 | 2020 | Reading Your Property Record Card |
| AV | 150 | 2020 | The Ratio |
| AV | 151 | 2024 | 3rd Floor Video of Hallway and Legal office |
| V* | 152 | 1/17/21 | City Hall Surveillance Video obtained by Police or Ortolano in City Hall in 1/17/2021 |
| A * | 153 | 1/17/21 | Police Dispatch Call |

\* AV - Audio/Video. A - Audio Only; V - Video only

## VI. Electronic Use of evidence

The parties have conferred and agree to utilize JERS.

## VII. Special, Compensatory and Punitive Damages

a) Attorney Mark Sisti (Criminal Defense) $7000.00;

b) Attorney Timothy Goulden (Criminal Defense) $5000.00;

c) Compensatory damages including damages for emotional distress, impairment of reputation, personal humiliation and embarrassment;

d) Prejudgment interest;

e) Punitive damages pursuant to Smith v. Wade, 461 U.S. 30 (1983).

## VIII. Demand and Offer

The Plaintiff demands $995,000.00.

The Defendants have not made an offer.

## IX. Attorney's Fees

The Plaintiff seeks an award of reasonable Attorney's fees pursuant to §1988

## X. View

The Plaintiff does not request a view in the first instance.

## XI. Length of Trial

8 days.

**Dated: March 20, 2025**                              Respectfully Submitted by,


                                                */s/William Aivalikles*
                                                William Aivalikles, Esq.
                                                Bar # 308
                                                Law Office of William Aivalikles
                                                253 Main Street
                                                Nashua, NH 03060
                                                (603)880-0303
                                                william@nhtriallaw.com


## **CERTIFICATE OF SERVICE**

     I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.


Dated:  March 20, 2025                                                */s/William Aivalikles*
                                                                         William Aivalikles, Esq.