UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua, *et al*.,** ) | |
| **Defendants.** ) | |
| ) | |

# INDEX OF PHOTOS OF CITY HALL
# DEFENDANTS' EXHIBIT Q

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, a Deputy Corporation Counsel for the City of Nashua, New Hampshire, respectfully submit the following index for Exhibit Q for trial:

| **EXHIBIT Q** | |
|---|---|
| **Page** | **Description** |
| 1 | 3rd floor landing, view of elevator and hallway leading to auditorium and Legal Office |
| 2 | 3rd floor landing, view of IT office door and Legal conference room door |
| 3 | 3rd floor, view of Auditorium and hallway leading to Legal Office door and audio room |
| 4 | 3rd floor, view of elevator and hallway leading to auditorium and Legal Office |
| 5 | 3rd floor, view of hallway leading to Legal Office door and audio room |
| 6 | Aldermanic Chamber |
| 7. | Continuation of second floor hallway outside Community Development, leads to stairwell that exits on Elm Street |
| 8. | Continuation of second floor hallway outside Community Development, view 1 |
| 9. | Continuation of second floor hallway outside Community Development, view 2 |
| 10. | Continuation of second floor hallway outside Community Development, view 3 |
| 11. | Entrance to Lower Level Assessing Department |
| 12. | First floor hallway – door to Administrative Services |

| 13. | First floor hallway – left side Administrative Services; right side Tax Office |
|---|---|
| 14. | First floor hallway leading from Elm Street side of building toward rotunda (Main Street) |
| 15. | First floor hallway to Ladies' Room |
| 16. | First floor hallway to rotunda |
| 17. | First floor hallway to rotunda |
| 18. | First floor rotunda – elevator |
| 19. | First floor rotunda – view of Risk Department – first floor |
| 20. | First floor rotunda (Risk side) stairs to side entrance |
| 21. | First floor rotunda door to Risk Department |
| 22. | First floor rotunda elevator side stairs to side entrance |
| 23. | First floor rotunda main staircase |
| 24. | First floor motor vehicle office |
| 25. | First floor stairwell (Elm Street side) leading up to second floor (Community Development) |
| 26. | First floor stairwell (Elm Street side) |
| 27. | Hallway-stairs, second floor, leading from Aldermanic Chamber toward Community Development – looking down |
| 28. | Hallway-stairs, second floor, leading from Aldermanic Chamber toward Community Development – looking up |
| 29. | Lower level door to side entrance 2 (alleyway) |
| 30. | Lower level elevator and door to printing department |
| 31. | Lower level hallway – view towards purchasing and accounts payable |
| 32. | Lower level hallway 2 – on the right small hallway to second side entrance and door to employee breakroom |
| 33. | Lower level hallway 2 – view to steps to hallway 1 |
| 34. | Lower level hallway leading to "cage" and mailboxes, employee breakroom on right |
| 35. | Lower level stairwell leading up to first floor (Elm Street side of City Hall ) – view 2 |
| 36. | Lower level stairwell leading up to first floor (Elm Street side of City Hall) – view 3 |

| 37. | Lower level stairwell leading up to first floor (Elm Street side of City Hall) |
|---|---|
| 38. | Lower level view from door to side entrance 2 to hallway 2 |
| 39. | Main Street entrance first floor hallway to rotunda |
| 40. | Main Street entrance hallway to rotunda and motor vehicle department |
| 41. | Maintenance door and entrance to Assessing Department, public area |
| 42. | On the right (elevator 2) and steps to 2nd lower level hallway |
| 43. | Restrooms next to side entrance |
| 44. | Second floor hallway outside of Community Development offices |
| 45. | Second floor landing – view of main stairwell leading up to third floor |
| 46. | Second floor landing – view of Aldermanic Chamber, toward Community Development offices |
| 47. | Second floor landing – view of Mayor's Office and Economic Development offices' doors |
| 48. | Side entrance stairway to lower level Assessing Department |
| 49. | Side entrance to City Hall |
| 50. | Side entrance view of the alleyway to bus station |
| 51. | Side entrance of the alleyway to Main Street |
| 52. | Main stairwell leading up to third floor (view is looking down at second floor landing) |
| 53. | Main stairwell, leading to third floor, left side |
| 54. | Main stairwell, leading to third floor, right side |
| 55. | Main Street Entrance |
| 56. | View from Elm Street side stairwell on second floor. Public cannot access this stairwell beyond second floor. |
| 57. | View from Elm Street side stairwell, walking up into hallway outside of Community Development |
| 58. | View of third floor landing from outside Auditorium; Legal Office to the right |
| 59. | View of Aldermanic Chamber and hallway (to left) leading to Legislative Services |
| 60. | View of Assessing public area and towards first hallway |
| 61. | View of lower level hallway 2 – top of steps |

| | |
|---|---|
| 62. | View of public area for the tax office – first floor |
| 63. | View of rotunda from main stairwell leading up to second floor |
| 64. | View of second floor from main stairwell (left side) |
| 65. | View of second floor from main stairwell (right side) |
|  | Video – tour of City Hall |

Respectfully submitted,

**Steven A. Bolton and Celia K. Leonard,**

By their Counsel,

**UPTON & HATFIELD, LLP,**

Date: March 24, 2025

/s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo; NHBA #20794
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard