## Defendants' Objections to Plaintiff's Trial Exhibits

| No. | Exhibit | Objection |
|---|---|---|
| 1. | Board of Alderman Meeting Minutes pgs. 1, 13-14, 17 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 2. | Board of Aldermen Meeting Minutes pgs. 1, 6-8, 11 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 3. | Responsive records Duhamel Emails received by Ortolano | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 4. | Ortolano RTK email to Leonard for "Donchess Timeline" | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 5. | LTR emailed City Response Leonard to Ortolano | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 6. | Ortolano RTK email to Leonard second try for "Donchess Timeline" | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 7. | Ortolano email to Gary Turgiss requesting Donchess Timeline Records | Irrelevant<br>*See* defendants' objection ¶ 4 |
| 8. | LTR emailed City Response, Leonard for Donchess Timeline with Responsive Records | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶¶ 3, 4 |
| 9. | Ortolano email to Board of Aldermen cc Donchess Mayor's Property Record Card | Irrelevant<br>*See* defendants' objection ¶ 4 |
| 10. | Ortolano email to Board of Aldermen cc Donchess – A further look at Mayor's Property Record Card | Irrelevant<br>*See* defendants' objection ¶ 4 |
| 11. | Board of Aldermen Meeting Minutes pgs. 1-3, 15-18, 23 and Communication from CFO Griffin Board of Aldermen | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 12. | Board of Aldermen Meeting Minutes pgs. 1-3, 7-12, 16 Mayor responds to Rockland Permit | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |

| | | |
|---|---|---|
| 13. | Union Leader Article "Citizen Complaint prompts assessing Audit in Nashua" | Irrelevant<br>*See* defendants' objection ¶¶ 5, 6 |
| 14. | Board of Aldermen Meeting Minutes pgs. 1, 42-44, 47 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 15. | Ortolano email to DRA Commission Stepp on Ratio | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 16. | Commissioner email response to Ortolano 3/21/19 email | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 17. | Board of Assessor Meeting Minutes - Bolton talks about the ratio | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 18. | Ortolano email to Greg Turgiss/Kleiner (Mayor's Office) | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 19. | Ortolano email to Attorney Roth DRA with 2 Abatement Form (State & Nashua) | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 20. | City Charter - Section 71 Records open for Inspection | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 21. | Board of Assessors Meeting Minutes pgs. 1, 24 - 28, 39 - 43, 46 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 8 |
| 22. | Kleiner email to Leonard fwd Ortolano email (7/12/2019) | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 23. | LTR Leonard email to Ortolano (RTK 2019-14) | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 24. | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 25. | Ortolano email to Assesshelp cc Kleiner | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 26. | LTR Leonard emailed to Ortolano (2019-15) | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |

| 27. | 7/19/2019 LTR emailed Leonard response to Ortolano Assesshelp (2019-15) | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
|---|---|---|
| 28. | Board of Aldermen Meeting Minutes pgs. 1-10, 32 and with Attachment | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 29. | RTK response from Leonard for Kleiner Assessing Office meeting Agendas | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 30. | Email Ortolano to Leonard cc Donchess, BOA Right to Know Requests | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 31. | Budget Review Committee Meeting - all pages | Irrelevant, hearsay<br>*See* defendants' objection ¶ 11 |
| 32. | Board of Assessors Meeting Minutes pgs. 1, 5-10, 14 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 8 |
| 33. | Board of Assessors Meeting Minutes - all pages | Irrelevant, hearsay<br>*See* defendants' objection ¶ 8 |
| 34. | Email Kleiner to Leonard residential sales report threaded email Ortolano to Assessors (2019-122) | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 35. | Response Leonard to Ortolano (2019-122) | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 36. | BTLA Orders City to Hearing Aug 6, 2019 | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 37. | Board of Alderman Meeting - LO PC on Arrest 1, 42, 47 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 38. | Email Kleiner to Attorney Clay - Ortolano to HR | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 39. | Email Nancy Trask - Ortolano visit to HR | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |

| | | |
|---|---|---|
| 40. | Board of Aldermen Meeting Minutes pgs. 1, 13-15, 25-28, 31 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 41. | Section 1 of Nashua Assessor Manual "Public Relations in the Assessor's Office | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 42. | BTLA Order for Reassessment | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 43. | Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 44. | Nashua Telegraph Article "Celebrate Sunshine Week" | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 45. | Ortolano email to Brown - Ortolano Abatement File | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 46. | LTR Leonard email to Attorney Lehmann | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 47. | Ortolano email to Mayor | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 48. | Board of Aldermen Zoom Meeting pgs 1, 31-33, 37 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 49. | BTLA Submission - City Motion to Consolidate 2018-2019 Abatement Appeals | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 50. | BTLA Submission - Lehmann Objection to Consolidation | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 51. | BTLA Order - DENYING Consolidation | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 52. | Scoop FB Post "Nashua's Overreach of the Right-to-Know Law" | Hearsay<br>*See* defendants' objection ¶ 9 |
| 53. | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 54. | Good-Gov "Nashua Legal Offices Abuse of Seniors" | Hearsay<br>*See* defendants' objection ¶ 9 |

| | | |
|---|---|---|
| 55. | Board of Assessors Meeting Minutes - all pages | Irrelevant, hearsay<br>*See* defendants' objection ¶ 8 |
| 56. | Ortolano email to Assesshelp 2 Signed Abatement Applications | Irrelevant, litigation privilege<br>*See* defendants' objection ¶ 7 |
| 57. | Ortolano email to Assesshelp | |
| 58. | Rick Vincent email to Ortolano | |
| 59. | Vincent email to Ortolano 28 Baltimore Rd Application | |
| 60. | Vincent email to Ortolano 18 Baltimore Rd. Application | |
| 61. | Vincent email to Ortolano 18 Baltimore Rd. Application | Irrelevant, litigation privilege, hearsay<br>*See* defendants' objection ¶¶ 7, 8 |
| 62. | Complaint - Class A Misdemeanor | |
| 63. | Arrest Warrant | |
| 64. | Call log for Trespass at City Hall | |
| 65. | Property taken at arrest 2/18/21 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 66. | Bail and Bail Conditions | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 67. | RTK Request from Colquhoun to NPD for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 | *See* defendants' pending motion in *limine* |
| 68. | LTR Mike O'Connor to BOA/cc Mayor on Woman Escorted Out by Police | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 69. | Union Leader Story - "Woman Escorted out of City Hall by Police" | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 70. | Union Leader Story - "City Hall no-trespass order put in place against Nashua Woman"| | Irrelevant<br>*See* defendants' objection ¶ 5 |

| | | |
|---|---|---|
| 71. | Union Leader Story - "Laurie Ortolano won't stop taking on City Hall" | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 72. | Union Leader Story "Nashua Woman escorted from City Hall charged with Trespassing" | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 73. | Ortolano email to Attorney Goulden Contract and Appearance | |
| 74. | Kenney email to Bolton | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 75. | Kenney email to Bolton | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 76. | Email Kenney to Bolton | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 77. | Transcript Motion Hearing Judge Leary | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 78. | Conditional Discharge Order | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 79. | City Motion to Intervene on Annulment | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 80. | Order - Motion to Intervene DENIED | Irrelevant, hearsay<br>*See* defendants' objection ¶ 14 |
| 81. | Notice for Access to Assessing Office during Covid | |
| 82. | Ortolano Screenshots of City Hall Offices requiring Appointments | |
| 83. | Notice for Reopening Nashua City Hall | |
| 84. | Ortolano email to Leonard | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 85. | Attorney Bolton email to Attorney Lehmann | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |

6

| | | |
|---|---|---|
| 86. | Fee Agreement Attorney Sisti/Check pd | Blank |
| 87. | Fee Agreement Attorney Goulden/Check pd | Blank |
| 88. | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" | Irrelevant and hearsay<br>*See* defendants' objection ¶ 16 |
| 89. | Ortolano email to Lovering and Legal | Irrelevant and hearsay<br>*See* defendants' objection ¶ 16 |
| 90. | City Finance Committee Meeting | Irrelevant, hearsay<br>*See* defendants' objection ¶ 12 |
| 91. | Police Report 22-43246 Bolton Attempted Arrest for 3rd Floor Visit | *See* defendants' pending motion in *limine* |
| 92. | Sgt. Gilbert Supplemental Report to Attempted Arrest | *See* defendants' pending motion in *limine* |
| 93. | Ortolano email to Kleiner | *See* defendants' pending motion in *limine* |
| 94. | Attorney Bolton email to Ortolano | *See* defendants' pending motion in *limine* |
| 95. | Board of Aldermen Meeting Minutes pgs. 1, 13, 17 | Irrelevant, hearsay<br>*See* defendants' objection ¶ 2 |
| 96. | Newspaper Article on First Amendment Award | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 97. | First Amendment Publication Booklet | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 98. | Eagle Sculpture Award - sculpture will be brought into Court | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 99. | City Protective Order for City Employees | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 100. | Court Order DENIED for Protective Order | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |

| | | |
|---|---|---|
| 101. | Property Record Card for 41 Berkeley St. | Irrelevant, litigation privilege *See* defendants' objection ¶ 7 |
| 102. | Ortolano Email to Bolton RTK for IT meeting | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 103. | Ortolano Email to Bolton RTK for IT meeting | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 104. | Bolton Email to LO on RTK Meeting | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 105. | Photograph 3rd Floor Legal Office Rope | |
| 106. | Photograph 3rd Floor Hallway to Auditorium | |
| 107. | Photograph 3rd Floor view to IT Office | |
| 108. | Photograph 3rd floor view to stairwell | |
| 109. | Superior Court Order 226-2021-cv-00354 | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 110. | Supreme Court Mandate 2022-0237 | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 111. | Superior Court Order 226-2021-cv-00306 | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 112. | Transcript Structuring Conference/Motion Hearing 00306/00133 | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 113. | Superior Court Order 226-2020-cv-00133 | Litigation privilege, hearsay, irrelevant *See* defendants' objection ¶ 3 |
| 114. | Superior Court Order 226-2020-cv-00133 | Litigation privilege, hearsay, irrelevant |

| | | |
|---|---|---|
| | | *See* defendants' objection ¶ 3 |
| 115. | Superior Court Order 226-2023-cv-00165 | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 116. | Ortolano Deposition by Bolton 226-2020-cv-00133 | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 117. | Ortolano RTK Request for Bolton Police records - 10-4-2012 Incident 12- 83358 | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| 118. | BTLA Hearing A Citizens Performance Audit of the Nashua Assessing Office | Irrelevant<br>*See* defendants' objection ¶ 6 |
| | | |
| **No.** | **Potential Exhibits** | |
| 119. | Letter from Gary Turgiss to Ortolano's | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 120. | 11/20/2019 Griffin email to Leonard threaded 9/19/2018 Tozier email to Griffin | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 121. | Letters mailed by City to 5 Berkeley property owners | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 122. | Griffin Email to Mayor's Office | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 123. | Supreme Court Order on Nashua Pheasant Lane Mall Property Abatement Appeal | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 124. | Management Audit Report | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 125. | Nashua Telegraph "Officials Say they are overwhelmed by requests" | Irrelevant<br>*See* defendants' objection ¶ 5 |
| 126. | Cummings email to Risk and Legal | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 127. | Ortolano email RTK request to Public Works Director Fauteaux and her response | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶¶ 3, |

9

| | | 16 |
|---|---|---|
| 128. | Email Manuela Perry email to Ortolano | Irrelevant, hearsay<br>*See* defendants' objection ¶ 16 |
| 129. | Freyler Investigative Report | Irrelevant<br>*See* defendants' objection ¶ 6 |
| 127. (sic) | Transcript Evidentiary Hearing 226-2020-cv-00354 | Litigation privilege, hearsay, irrelevant<br>*See* defendants' objection ¶ 3 |
| | | |
| **No.** | **Video/Audio Files** | |
| 128. (sic) | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 129. (sic) | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 130. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 131. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 132. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |
| 133. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |
| 134. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |

| 135. | Budget Review Committee Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 11, 13 |
|---|---|---|
| 136. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |
| 137. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |
| 138. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 8, 13 |
| 139. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 140. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 141. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |
| 142. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 143. | Board of Assessors Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 8, 13 |

| 144. | Finance Committee Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 12, 13 |
|---|---|---|
| 145. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 146. | School Board Recount | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶13, 16 |
| 147. | Board of Aldermen Meeting | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 2, 13 |
| 148. | Introduction on Filing an Abatement | Irrelevant, litigation privilege, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 7, 13 |
| 149. | Reading Your Property Record Card | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 6, 13 |
| 150. | The Ratio | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶¶ 6, 13 |
| 151. | 3rd Floor Video of Hallway and Legal Office | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶ 13 |
| 152. | City Hall Surveillance Video obtained by Police or Ortolano in City Hall in 1/17/2021 | Irrelevant, hearsay, cumulative, undue prejudice<br>*See* defendants' objection ¶ 13 |
| 153. | Police Dispatch Call | Irrelevant, hearsay, cumulative, undue prejudice |

|  |  | *See* defendants' objection ¶ 13 |
|---|---|---|