UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano | : |
| | : |
| v. | : Civil Action No. 22-cv-00326-LM |
| | : |
| The City of Nashua, et al. | : |

## MOTION TO EXCUSE NAMED DEFENDANT FROM PRETRIAL CONFERENCE

NOW COMES the Defendant, Ceila K. Leonard, through her attorneys, Cullen Collimore Shirley PLLC, and hereby respectfully submits the Motion to Excuse Ms. Leonard from appearing in person at the Pretrial Conference, currently scheduled for <u>April 3, 2025</u>. In support hereof, defendant states as follows:

1. The Pretrial Conference in this matter is currently scheduled for April 3, 2025, at 3:00 PM.

2. Defendant Leonard has a personal matter that afternoon that would take her out of state that afternoon.

3. As such, Defendant requests to be excused from attending the Pretrial Conference in person. Her counsel will be present and Ms. Leonard, if excused, would remain available by phone if needed.

4. Plaintiff's Counsel is unable to provide a position on the Motion at this time.

WHEREFORE, Defendant requests that this Court:

    A. Grant this motion and excuse Defendant's appearance at the pretrial conference; and

    B. Grant such further relief as justice requires.

Respectfully submitted,

**CEILA K. LEONARD**

By her attorneys

CULLEN COLLIMORE SHIRLEY PLLC

Dated: March 28, 2025        By: /s/ Brian J.S. Cullen
　　　　　　　　　　　　　　　　Brian J.S. Cullen (Bar No. 11265)
　　　　　　　　　　　　　　　　37 Technology Way, Suite 3W2
　　　　　　　　　　　　　　　　Nashua, NH  03060
　　　　　　　　　　　　　　　　(603) 881-5500
　　　　　　　　　　　　　　　　bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

　　　I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: March 28, 2025        By: /s/ Brian J.S. Cullen
　　　　　　　　　　　　　　　　Brian J.S. Cullen