## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** )<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**The City of Nashua, *et al*.,** )<br>**Defendants.** )<br>  ) | **Civil Action No. 1:22-cv-00326-LM** |

## MOTION FOR LEAVE TO WITHDRAW

Pursuant to LR 83.6, undersigned counsel for the defendant Celia Leonard hereby seek leave to withdraw from representing her.

Attorney Brian Cullen has appeared to represent her, and she assents to our withdrawal.

Counsel for the plaintiff does not assent to our withdrawal, but respectfully, he has no standing, or legitimate basis, to object.

No separate memorandum of law is necessary due to the discretionary relief sought.

Respectfully submitted,

**Celia K. Leonard,**

By her Counsel,

**UPTON & HATFIELD, LLP,**

Date:  March 31, 2025

/s/ Russell F. Hilliard
Russell F. Hilliard
NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

1

/s/ Brooke Lovett Shilo
Brooke Lovett Shilo
NHBA #20794
10 Centre Street
Concord, NH 03301
(603) 224-7791
bshilo@uptonhatfield.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard