**In the Matter Of:**

LAURIE ORTOLANO vs

CITY OF NASHUA

**STEVEN BOLTON**

*May 13, 2024*



Duffy & McKenna Court Reporters, LLC
P.O. Box 1658 Dover, NH 03821
1-800-600-1000
603-743-4949 | 603-743-4952 (fax)
www.dmreporting.com

dmreporting@stenosearch.com (Scheduling)
camille@stenosearch.com (Billing/Production)

```
                                    VOLUME:  I
                                    PAGES:   1 - 310
                                    EXHIBITS: 1 - 9
```

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

CIVIL ACTION NO. 22-cv-000326-LM

----------------------------------------x
LAURIE ORTOLANO,

    Plaintiff

v.

THE CITY OF NASHUA, ET AL.,

    Defendants
----------------------------------------x

    DEPOSITION OF STEVEN BOLTON taken on behalf of the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Lauren M. Buzzerio, a Registered Professional Reporter, and Licensed Shorthand Reporter, in and for the State of New Hampshire, at the offices of Cullen Collimore Shirley PLLC, 37 Technology Way, Nashua, New Hampshire, on Monday, May 13, 2024.

------------------------------------------

1       A.   I was.
2       Q.   Okay.  Well, I'm referring to when you
3  told Judge Temple she was a liar?
4       A.   Why don't you tell me when that was?
5       Q.   It would've been around -- let's see.
6  Judge Temple's order is June 30, 2023.
7       A.   And he says I said something?
8       Q.   Do you recall stating to Judge Temple
9  that Laurie's a liar during a hearing on May 9,
10  2023?
11      A.   I don't recall.
12      Q.   You don't recall.  Who else have you
13  stated that Laurie is a liar other than at
14  these public sessions?
15      A.   I don't recall ever using that word.
16      Q.   Okay.  Now, you said that you did
17  review Officer Carignan -- is that how you
18  pronounce his name?  Carignan?
19      A.   Former Chief Carignan.
20      Q.   Yes.  Carignan.  You reviewed his
21  deposition?
22      A.   I read it.
23      Q.   All right.  When did you read it?

1      A.   Last week.
2      Q.   Okay.  When you were reading it, was
3  there anything there that you disagreed with?
4      A.   Yes.
5      Q.   What was that?
6      A.   He seems to believe that sometime
7  after the January incident, after I spoke with
8  him, that I had some conversations with Captain
9  Kenney and advocated with Captain Kenney that
10 Ms. Ortolano should be criminally charged.  I
11 don't think that's accurate.
12     Q.   Did you speak with Captain Kenney?
13     A.   During that time frame, no.
14     Q.   So between January 22, 2021, and when
15 she was arrested, you had no conversations with
16 Captain Kenney?
17     A.   He might have been present on a Zoom
18 conference where Chief Carignan and many of his
19 high-ranking officers were also in the room
20 where they were gathered.  And so I don't know
21 one way or another whether Captain Kenney was
22 there.  But the conversation chiefly was
23 between myself and Chief Carignan.  Other than

```
 1      that, I had no interaction with Captain Kenney
 2      during that time frame.
 3          Q.  Did you have interaction with any
 4      other police officials between January 22,
 5      2021, and when Laurie was arrested in February
 6      of 2021?
 7          A.  With Chief Carignan and to the extent
 8      others were present in the conference room
 9      where Carignan was where we had that Zoom
10      conference.  Other than that, no.
11          Q.  Well, excluding that conference, did
12      you have any contact or did anyone in your
13      department have any contact with the police
14      between January 22, 2021, and when Laurie was
15      arrested in February of 2021?
16          A.  I believe the three persons in the
17      office who were present for the incident were
18      all interviewed by a police officer.
19          Q.  Okay.  And who contacted the police to
20      ask that they be interviewed?
21          A.  I did.
22          Q.  You did.  So you had had contact with
23      the police?
```

Case 1:22-cv-00326-LM   Document 159-4   Filed 04/02/25   Page 6 of 6

STEVEN BOLTON                                                    310

```
 1                    C E R T I F I C A T E
 2
 3          I, Lauren M. Buzzerio, a Licensed
    Shorthand Reporter for the State of New Hampshire, do
 4  hereby certify that the foregoing is a true and accurate
    transcript of my stenographic notes of the proceeding
 5  taken at the place and on the date hereinbefore set
    forth to the best of my skill and ability under the
 6  conditions present at the time.
            I further certify that I am neither attorney
 7  or counsel for, nor related to or employed by any of the
    parties to the action in which this proceeding was
 8  taken, and further that I am not a relative or employee
    of any attorney or counsel employed in this case, nor am
 9  I financially interested in this action.
            The foregoing certification of this transcript
10  does not apply to any reproduction of the same by any
    means unless under the direct control and/or direction
11  of the certifying reporter.
            IN WITNESS WHEREOF, I have hereunto set my
12  hand on this 20th day of May, 2024.

13          A review of the transcript was not requested.

14

15

16

17

18
                                          
19

20          _____
                     Lauren M. Buzzerio
21                   LCR 173, RPR

22

23
```

Duffy & McKenna Court Reporters, LLC
1-800-600-1000