**In the Matter Of:**

LAURIE ORTOLANO vs

CITY OF NASHUA

**CELIA LEONARD**

*May 13, 2024*



**Duffy & McKenna Court Reporters, LLC**

P.O. Box 1658 Dover, NH  03821

**1-800-600-1000**

603-743-4949 | 603-743-4952 (fax)

www.dmreporting.com

dmreporting@stenosearch.com (Scheduling)
camille@stenosearch.com  (Billing/Production)

VOLUME:  I
PAGES:  1 - 74
EXHIBITS:  None


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


CIVIL ACTION NO. 22-cv-000326-LM


-------------------------------------x
LAURIE ORTOLANO,

     Plaintiff

v.

THE CITY OF NASHUA, ET AL.,

     Defendants
-------------------------------------x



        DEPOSITION OF CELIA LEONARD taken on
behalf of the Plaintiff, pursuant to the applicable
provisions of the Federal Rules of Civil Procedure,
before Lauren M. Buzzerio, a Registered Professional
Reporter, and Licensed Shorthand Reporter, in and
for the State of New Hampshire, at the offices of
Cullen Collimore Shirley PLLC, 37 Technology Way,
Nashua, New Hampshire, on Monday, May 13, 2024.

-----------------------------------------

1    referring to -- I wouldn't call that an

2    investigatory report.  It was a report of the

3    incident.  And I did not see that until much later.

4    I was not aware of that.

5         Q.  Do you work for the police department to

6    know that that wasn't an investigative report?

7         A.  No.  I'm just saying what I -- I thought

8    that the investigation happened when they came back

9    and interviewed us.

10        Q.  When you signed this affidavit on

11   March 28, 2024, you were aware that the police

12   report indicated no crime was committed or apparent,

13   correct?

14        A.  Okay.  Are you asking if when I signed

15   this was I aware of that report?

16        Q.  Yes.

17        A.  Actually, I don't recall it.  No.  I don't

18   recall it.

19        Q.  You don't recall reading that in the

20   police report?

21        A.  I do not.

22        Q.  Well, you participated in meetings in

23   which there was a discussion that the police should

1      investigate further the incident of January 22,

2      2021?

3              A.   You used the plural meetings.   There was

4      two meetings where Steve Bolton, myself, I think

5      Mindy Lloyd, and Jesse Neumann discussed it via Zoom

6      with the police chief and various folks on his

7      staff.   And then another follow-up when the police

8      chief came to our offices in person.   Those are the

9      two meetings that I recall.

10             Q.   Okay.   But, of course, you were present

11     when Attorney Bolton testified, correct?

12             A.   I was.   Yes.

13             Q.   So you heard his testimony, correct?

14             A.   I did.

15             Q.   In the Zoom conference meeting, did he

16     request that Laurie be arrested for criminal

17     trespass?

18             A.   Who?   "He" who?

19             Q.   Steve Bolton.

20             A.   Steve Bolton.   I don't recall that.   No.

21             Q.   Did you hear him in the meeting with the

22     chief requesting that Laurie be arrested for

23     criminal trespass?

1                    C E R T I F I C A T E

2

3            I, Lauren M. Buzzerio, a Licensed
Shorthand Reporter for the State of New Hampshire, do
4    hereby certify that the foregoing is a true and accurate
transcript of my stenographic notes of the proceeding
5    taken at the place and on the date hereinbefore set
forth to the best of my skill and ability under the
6    conditions present at the time.
             I further certify that I am neither attorney
7    or counsel for, nor related to or employed by any of the
parties to the action in which this proceeding was
8    taken, and further that I am not a relative or employee
of any attorney or counsel employed in this case, nor am
9    I financially interested in this action.
             The foregoing certification of this transcript
10   does not apply to any reproduction of the same by any
means unless under the direct control and/or direction
11   of the certifying reporter.
             IN WITNESS WHEREOF, I have hereunto set my
12   hand on this 17th day of May, 2024.

13           A review of the transcript was not requested.

14

15

16

17

18

19                                   _____
20                                         Lauren M. Buzzerio
                                            LCR 173, RPR
21

22

23