THE STATE OF NEW HAMPSHIRE
NINTH CIRCUIT NASHUA DISTRICT DIVISION COURT

HILLSBOROUGH, SS                                                February 18, 2021

<u>AFFIDAVIT IN SUPPORT OF ARREST WARRANT FOR: LAURIE ORTOLANO DATE OF BIRTH 07/12/1962</u>

I, Officer Timothy Roach, do swear and affirm that I am a Police Officer with the Nashua Police Department. I am currently assigned to the Uniformed Field Operations Bureau with the Nashua Police Department. I am a graduate of the 152nd New Hampshire Police Standard and Trainings Academy. I have been a full time Police Officer for the City of Nashua since April 2010. I have been previously employed as a Police Officer in the United Kingdom for 6 years.

Set forth below, the factual basis for the issuance of this warrant is based upon information obtained from my personal knowledge, observations and beliefs, information obtained and provided to me.

1. On Friday January 22, 2021 I responded to the third floor of City Hall located at 229 Main Street, Nashua NH in reference to a report of a female that had forced her way into the offices on the third floor and was refusing to leave. Call notes included information that the female was Laurie Ortolano wearing a purple coat and was attempting to have documents reviewed. Ms. Ortolano was sitting down in front of a door to offices and refusing to leave.

2. On arrival at the location I was directed to an office area not openly accessible by the general public. It was there where I observed a female identified as Laurie Ortolano DOB ▇▇▇▇▇▇ sitting on the floor. Ms. Ortolano was not causing a disturbance on my arrival and appeared calm and explained her presence at the location. Ms. Ortolano had noticed what she reported as discrepancies in taxes that residents are charged and she was looking to have abatement paperwork stamped by the City to take care of these discrepancies. Ms. Ortolano furthered that she has been trying to resolve these issues for months but unfortunately had been unable to as the City employees refuse to see her, take appointments or respond to her communications.

3. I spoke with Attorney Celia Leonard DOB ▇▇▇▇▇▇ who is Deputy Corporation Counsel for the City. Attorney Leonard said that this was an ongoing issue with Ms. Ortolano that has been going on for an extended period of time. Attorney Leonard said that members of the Nashua Police Department were aware of the issues revolving around Ms.

02/24/2021        PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE        NPD-LO-3656

Ortolano and that she needed to leave. Ms. Ortolano was informed that it was requested she leave the office and City Hall. She left without incident.

4. On Monday February 1st, 2021 at approximately 0900 hours I was informed by supervisors that the Nashua Police Department had been contacted by Nashua City Hall and the Legal Department through Attorney Leonard regarding their desire to have the incident that occurred on January 22, 2021 involving Ms. Ortolano investigated.

5. On Wednesday February 3rd, 2021 at approximately 13:00 hours I attended City Hall at 229 Main Street, Nashua NH to speak with the three witnesses from this incident.

6. Mindy Lloyd DOB ▬▬▬▬ is employed as a legal assistant for the City of Nashua. Ms. Lloyd reported that shortly after 09:00 hours on Friday January 22nd, 2021 she heard a knock at the side door of the offices where she works on the third floor. Ms. Lloyd partially opened the door and recognized the female stood before her as Laurie Ortolano. Ms. Lloyd asked if Ms. Ortolano had an appointment and established that she did not. She advised Ms. Ortolano she would need one to speak with someone from the office and that nobody was available. Ms. Ortolano pushed open the door and entered the main office area. Ms. Lloyd told her that she could not be here and had to leave and repeated this at least two times. Ms. Lloyd confirmed that the office is not open to the general public without invite or appointment and Ms. Ortolano had received neither. Ms. Lloyd also highlighted that it says on the door to the Legal Department "By Appointment Only". I did observe on the entrance to the Legal Department signage which read; **313, LEGAL DEPARTMENT, BY APPOINTMENT ONLY, 589-3250.**

7. I spoke with Attorney Jesse Neumann DOB ▬▬▬▬ who indicated that at approximately 09:20 hours on Friday January 22nd, 2021 he heard Ms. Lloyd speaking with someone at the door to the offices. He heard Ms Lloyd inform the person that they could not enter without an appointment and had to leave. He saw Ms. Ortolano standing in the office. He informed Ms. Ortolano that she was trespassing and needed to leave immediately. He said that he repeated this at least 3 times and had no intention of discussing anything else with her. She refused to leave.

8. I spoke with Attorney Celia Leonard who is Deputy Corporation Counsel for the City of Nashua. Attorney Leonard has had dealings with Ms. Ortolano in a professional capacity since 2018 and has met her in person at Alderman Meetings, Assessor Meetings and has received 100's of emails from her reference 'Right to Know' requests and abatement filings. Attorney Leonard indicated that on January 22nd 2021 at approximately 09:25 hours she went to her offices and saw Ms. Ortolano sitting against a wall outside her office in the Legal Department hallway. Attorney Leonard told Ms. Ortolano that she

needed to leave and was trespassing several times. She did not leave. Attorney Leonard confirmed Ms. Ortolano did not have an appointment with her or anyone within her office. Attorney Leonard advised that she did wish to prosecute in this matter.

9. On February 3rd, 2021 at approximately 13:45 hours I met with Diane Veino from City Hall (Program Supervisor Risk Management). Ms. Veino provided me with a disc containing video footage from the incident (no audio). Same video surveillance showed Ms. Ortolano on the property of City Hall.

10. On Tuesday February 9, 2021 at approximately 10:00 hours I made contact with Laurie Ortolano at 41 Berkeley Street, Nashua NH. I asked if I could speak with her reference the incident on January 22nd, 2021. Ms. Ortolano said that she didn't want to talk and directed me to talk with her Attorney Rick Lehmann.

11. On Friday February 12, 2021 at approximately 09:00 hours I spoke with Attorney Lehmann of Lehmann, Major & List PLLC. Attorney Lehmann informed me that he had advised his client not to comment on the incident.

12. Based on the foregoing and this affiants own personal knowledge and belief, I believe sufficient probable cause exists for the issuance of an arrest warrant and complaint for Laurie Ortolano Date of Birth ▓▓▓▓▓▓ of 41 Berkeley Street, Nashua NH 03060 with one count of Criminal Trespass, Class A Misdemeanor, contrary to New Hampshire Revised Statue Annotated, 635:2 III (2)

Officer Timothy Roach
Nashua Police Department

Electronically appeared the above-named, Officer Timothy Roach, and took oath that the factual allegations contained in the above affidavit are true to the best of his knowledge and beliefs.

TRACY L. MEYER
Justice of the Peace - New Hampshire
My Commission Expires November 18, 2025

Date: 2/18/21

Justice of the peace

I have personally examined the affidavit. Based upon such information, I conclude that there is sufficient probable cause for the issuance of the arrest warrant sought. Therefore, the arrest warrant is issued.

Date: 2/18/21

Justice

02/24/2021 PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE NPD-LO-3658

On Monday February 1st 2021 at approximately 09:00 hours I was made aware by supervisors that City Hall through Attorney Celia Leonard had contacted the Nashua Police Department and wished to open an investigation into the incident that occurred on January 22nd, 2021 involving Laurie ORTOLANO for her actions that day. I will attend City Hall to arrange to speak with witnesses to this incident.

Officer Timothy Roach

PROPERTY OF NASHUA PD DO NOT COPY OR DISSEMINATE
NPD-LO-3665