UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua,** *et al.***,** ) | |
| **Defendants.** ) | |
| ) | |

## WITNESS LIST OF THE DEFENDANTS, STEVEN A. BOLTON AND CELIA K. LEONARD

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, a Deputy Corporation Counsel for the City of Nashua, New Hampshire, respectfully submit the following witness list:

1. The defendants Bolton and Leonard will call the following witnesses to testify at trial:

    Steven A. Bolton
    Celia K. Leonard
    Mindy Lloyd
    Michael Carignan, retired NPD Chief

2. The defendants Bolton and Leonard may call the following witnesses:

    Jesse Neumann
    Timothy Roach, NPD Officer
    Brian Kenney, NPD Deputy Chief
    Megan Caron
    Manuela Perry
    Christopher Caron, NPD Officer

The defendants Bolton and Leonard reserve the right to call any and all of the plaintiff's witnesses, and reserve the right to amend this witness list up to, and including, the time of trial.

2

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **Steven A. Bolton,** |
|  | By his Counsel, |
|  | **UPTON & HATFIELD, LLP,** |
| Date:  April 8, 2025 | /s/ Russell F. Hilliard |
|  | Russell F. Hilliard; NHBA #1159<br>159 Middle Street<br>Portsmouth, NH 03801<br>(603) 436-7046<br>rhilliard@uptonhatfield.com |
|  | Brooke Lovett Shilo; NHBA #20794<br>Madeline K. Matulis; NHBA #276135<br>10 Centre Street; PO Box 1090<br>Concord, NH 03302-1090<br>(603) 224-7791<br>bshilo@uptonhatfield.com<br>mmatulie@uptonhatfield.com |
| and |  |
|  | **CEILA K. LEONARD,** |
|  | By her attorneys |
|  | **CULLEN COLLIMORE SHIRLEY, PLLC,** |
| Dated:  April 8, 2025 | /s/ Brian J.S. Cullen |
|  | Brian J.S. Cullen (Bar No. 11265)<br>37 Technology Way, Suite 3W2<br>Nashua, NH  03060<br>(603) 881-5500<br>bcullen@cullencollimore.com |

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

                                          /s/ Russell F. Hilliard
                                          Russell F. Hilliard