UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| Laurie Ortolano, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Civil Action No. 1:22-cv-00326-LM |
|  | ) |  |
| The City of Nashua, *et al.*, | ) |  |
| Defendants. | ) |  |
|  | ) |  |

**AMENDED EXHIBIT LIST OF THE DEFENDANTS,
STEVEN A. BOLTON AND CELIA K. LEONARD**

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, a Deputy Corporation Counsel for the City of Nashua, New Hampshire, respectfully submit the following amended exhibit list for trial:

| Trial Ex. | ID | Date | Description | Bates # USDC Doc. # |
|---|---|---|---|---|
| A. | ID | 8/17/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-1 – Plaintiff email to Nashua Telegraph | 71-3 |
| B. | **ID** | 8/27/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-2 – Plaintiff blog post "The Colossal Stupidity of the Nashua Legal Office" | 71-4 |
| C. | ID | 12/18/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-3 – Plaintiff blog post "The Police Records of Attorney Bolton" | 71-5 |
| D. | **ID** | 11/28/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-4 – Plaintiff email to Nashua city officials | 71-6 |
| E. | **ID** | 7/18/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-5 – Plaintiff comments at Nashua Board of Alderman meeting | 71-7 |

1

| | | | | |
|---|---|---|---|---|
| F. | **ID** | 7/20/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-6 – Plaintiff comments at Nashua Finance Committee meeting | 71-8 |
| G. | **ID** | 8/16/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-7 – Plaintiff comments at Nashua Planning and Economic Development meeting | 71-9 |
| H. | ID | 8/17/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-8 – Plaintiff comments at Nashua Finance Committee meeting | 71-10 |
| I. | ID | 10/12/22 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-9 – Plaintiff comments at Planning and Economic Development meeting | 71-11 |
| J. | ID | 3/4/24 | Bolton and Leonard's Motion for Summary Judgment, Exhibit A-10 – Plaintiff email to Nashua city officials titled "The Notable Moronic Response from the Nashua's Premier Attorney – Leonard" | 71-12* corrected with Doc. 79-1 |
| K. | | 9/11/19 | Bolton and Leonard's Motion for Summary Judgment, Exhibit B-1 – Plaintiff email to Leonard "Clarification of the Legal Office Function" | 71-14 |
| L. | | 1/20/21 | Bolton and Leonard's Motion for Summary Judgment, Exhibit B-2 – Vincent email to plaintiff "2 signed Abatement Applications" | 71-15 |
| M. | ID | 5/8/24 | Defendants Bolton and Leonard's Reply to Plaintiff's Objection to Motion Summary Judgment, Exhibit A – Nashua police department photos | 78-1 |
| N. | ID | 7/12/21 | Deposition of Plaintiff Ortolano, Exhibit 6 – 9th Circuit Court, District Division, Nashua, *State v. Laurie Ortolano*, Case No. 459-2021-CR-00606, Disposition and Sentencing Form | |
| O. | ID | 6/24/22 | Deposition of Plaintiff Ortolano, Exhibit 7 – 9th Circuit Court, District Division, Nashua, *State v. Laurie Ortolano*, Case No. 459-2021-CR-00606, | |

|  |  |  | order granting assented to motion to conditionally discharge conviction |  |
|---|---|---|---|---|
| P. (Q) |  |  | Photos of City Hall (**Photos 1-5 only**) |  |
| Q. (R) | ID | 1/22/21-4/1/22 | Chart of Right-to-Know Requests Filed by Ortolano |  |
| R. (S) |  | 1/22/21 | Facebook post |  |
| S. (T) |  | 6/25/20 | Classic Signs, Inc. invoice for "By Appointment Only" sign |  |
| T. (U) | ID | 2/18/21 | Arrest Warrant for Laurie Ortolano |  |
| U. (V) |  | 2/18/21 | Criminal Trespassing Complaint |  |
| V. (Y) | ID |  | Sketch of Legal Department |  |
| W. (X) | ID | 2021 | Timeline |  |
| X. (X-3) | ID | 1/21-1/22/21 | Email from Plaintiff to Vincent, et al. re "Totally Unfair Abatement Process" |  |
| Y. (X-4) | ID | 1/22/21 | Email from Vincent to Plaintiff re: "Here are the abatements signed" |  |
| Z. (X-5) | ID | 1/22/21 | Facebook Post on Nashua Scoop re: arrest for trespassing |  |
| AA (X-7) |  | 1/23/21 | Union Leader Article re: Nashua woman escorted out of Nashua City Hall by police |  |
| BB (X-8) |  | 1/25/21 | Nashua Telegraph article re: Police oust public records advocate Ortolano from City Hall |  |
| CC (X-10) | ID | 1/27/21 | Union Leader article re: No-trespassing order put in place against Nashua woman |  |
| DD (X-11) | ID | 1/27/21 | Nashua Telegraph article re: "City officials allege Telegraph account of City Hall confrontation 'featured inaccurate information'" |  |

| | | | | |
|---|---|---|---|---|
| EE (X-12) | **ID** | 1/27/21 | Email from Ortolano to Jesse Neumann, et al. re "RTK Request dated 1/26/21 (2021-455) – Re: Attorney Leonard should be Fired" | |
| FF (X-13) | **ID** | 1/30/21 | Nashua Telegraph article "Police issue no-trespass order against Laurie Ortolano" | |
| GG (X-15) | ID | 2/3/21 | Email from Vincent to Ortolano, et al. re: "I almost got arrested over this and I am still waiting 28 Baltimore & 18 Baltimore St stamped receipts" | |
| HH (X-16) | ID | 2/3/21 | Union Leader article "Laurie Ortolano won't stop taking on City Hall" | |
| II (X-17) | ID | 2/5/21 | Ortolano Facebook Post re: Date Stamping Abatement Applications | |
| JJ (X-18) | ID | 2/22/21 | Ortolano Facebook post: Good Governments Don't Do This | |
| KK (X-19) | ID | 2/22/21 | Union Leader article "Nashua woman from city hall charged with trespassing" | |
| LL (X-20) | ID | 2/26/21 | Email from Ortolano to Richard Vincent, et al. re: The Ortolano Abatement Process | |
| MM (X-21) | **ID** | 3/4/21 | Board of Assessors meeting minutes | |
| NN (X-22) | ID | 3/17/21 | Ortolano Facebook post on The Nashua Scoop re: Citizens not receiving proper responses to RTK requests | |
| OO (X-23) | **ID** | 3/18/21 | Board of Assessors meeting minutes | |
| PP (X-24) | ID | | withdrawn | |
| QQ (X-25) | ID | 3/26/21 | Granite Grok article by Ortolano re: Nashua's Right Not-to-Know | |
| RR (X-26) | ID | 4/11/21 | Ortolano Facebook post on The Nashua Scoop re: abatement appeal | |
| SS (X-27) | ID | 4/18/21 | Ortolano Facebook post on The Nashua Scoop re: Kleiner emails | |

| | | | | |
|---|---|---|---|---|
| TT (X-28) | **ID** | 4/26/21 | Excerpt of Budget Review Committee meeting minutes | |
| UU (X-29) | | 4/26/21 | Email from Ortolano to Bolton, et al. re: Comments in non-public session made about Spitting | |
| VV (X-30) | **ID** | 4/26/21 | Granite Grok post re: Update on Right to Know Lawsuit against Nashua City Hall | |
| WW (X-31) | ID | 4/27/21 | Email from Ortolano to Bolton, et al. re: Bolton has no ethics | |
| XX (X-32) | | 4/28/21 | Ortolano post on goodgov.org re: A Story About a Crooked Mayor | |
| YY (X-33) | ID | 4/29/21 | Ortolano Facebook posts with comments about Attorney Leonard and Ortolano's trespass | |
| ZZ (X-34) | ID | 4/30/21 | Ortolano post on Granite Grok re: Is Nashua City Right to Know Coordinate Jesse Neumann Just Playing word Salad in his RTK Responses? | |
| AAA (X-35) | ID | 4/30/21 | Email from C. Linder to Nashua Legal Department re: Eliminate the RTK position in the legal office | |
| BBB (X-36) | **ID** | 5/3/21 | Excerpt from Personnel/Administrative Affairs Committee meeting minutes – Ortolano comments | |
| CCC (X-37) | ID | 5/3/21 | Email from Ortolano to Jesse Neumann, et al. re Your recent RTK request dated April 26, 2021 | |
| DDD (X-38) | ID | 5/10/21 | Ortolano post re: Right to Know Demand Made for Selected Nashua City Emails | |
| EEE (X-39) | **ID** | 5/11/21 | Ortolano post on goodgov.org | |
| FFF (X-40) | ID | 5/17/21 | Excerpt from Budget Review Committee meeting minutes | |
| GGG (X-41) | ID | 5/20/21 | Excerpt from Board of Assessors meeting minutes | |
| HHH (X-42) | ID | 5/20/21 | Excerpt from Budget Review Committee meeting minutes | |

| | | | | |
|---|---|---|---|---|
| III (X-43) | ID | 5/26/21 | Excerpt from Budget Review Committee meeting minutes | |
| JJJ (X-44) | ID | 5/27/21 | Union Leader article re: Nashua ordered to hand over emails initially denied in citizen's Right-to-Know request | |
| KKK (X-45) | ID | 6/1/21 | Excerpt from Budget Review Committee meeting minutes | |
| LLL (X-46) | ID | 6/1/21 | Ortolano post on Granite Grok re: Harassment Warning Requested Against Nashua's Mayor Donchess, Director Kim Kleiner, and Attorney Bolton | |
| MMM (X-47) | ID | 6/1/21 | Union Leader article re: Nashua City Hall to reopen fully on Monday | |
| NNN (X-48) | ID | 6/2/21 | Ortolano email to Nashua Legal Department re: The Incorrect Press Release on the opening of City Hall | |
| OOO (X-49) | ID | 6/3/21 | Excerpt of Public Minutes of the Board of Assessors meeting minutes | |
| PPP (X-50) | | 6/16/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| QQQ (X-51) | **ID** | 6/17/21 | Excerpt of Public Minutes of the Board of Assessors meeting minutes | |
| RRR (X-52) | ID | 6/17/21 | Excerpt of Budget Review Committee meeting minutes | |
| SSS (X-53) | ID | 6/22/21 | Union Leader article re: Nashua spending out of control, residents tell city officials | |
| TTT (X-54) | ID | 6/23/21 | Email from Ortolano to Board of Alderman, et al. re: Last Night's shocking Board of Alderman Meeting | |
| UUU (X-55) | ID | 6/24/21 | Ortolano post on Granite Grok re: Nashua Should be Ashamed of its Attorney Bolton | |
| VVV (X-56) | ID | 6/26/21 | Nashua Telegraph article re: Some residents criticize mayor's proposed 2022 budget | |

| | | | | |
|---|---|---|---|---|
| WWW (X-57) | ID | 6/28/21 | Nashua Telegraph article re: Nashua homeowner wins tax abatement appeal; is granted attorneys' fees in separate RTK case against city | |
| XXX (X-58) | ID | 6/30/21 | Excerpt from Public Minutes of the Board of Assessors meeting minutes | |
| YYY (X-59) | ID | 6/30/21 | Email from Ortolano to Mayor's office re: Revised Bail order since my arrest | |
| ZZZ (X-60) | ID | 7/3/21 | Ortolano post on goodgov.org re: The Broken Nashua Court System | |
| AAAA (X-61) | ID | 7/6/21 | Email from Ortolano to Legal Department re: Bolton is ridiculous | |
| BBBB (X-62) | **ID** | 7/8/21 | Email from C. Linder to Legal Department re: Attorney Bolton's Job Performance | |
| CCCC (X-63) | ID | 7/19/21 | Ortolano Facebook post on The Nashua Scoop re: tension between Attorney Bolton and Alderwoman Lu | |
| DDDD (X-64) | ID | 7/22/21 | Ortolano post on goodgov.org re: Deputy Attorney Leonard's Misrepresentations | |
| EEEE (X-65) | ID | 7/22/21 | Ortolano Facebook post on The Nashua Scoop re: Attorney Leonard's misrepresentation | |
| FFFF (X-66) | ID | 7/22/21 | Email from Ortolano to D. Graham, et al. re: My Arrest in City Hall | |
| GGGG (X-67) | ID | 7/23/21 | Ortolano post to Granite Grok re: It's a Bad Look to Arrest Citizens in City Hall | |
| HHHH (X-68) | ID | 7/28/21 | Nashua Telegraph article re: Nashua homeowner wins tax abatement appeal; is granted attorneys' fees in separate RTK case against city | |
| IIII (X-69) | ID | 7/30/21 | Ortolano post to goodgov.org re: Rebuttal to Attorney Bolton's explanation for failure to deliver emails – July 28, 2021 Telegraph article | |
| JJJJ (X-70) | | | withdrawn | |
| KKKK (X-71) | ID | 8/3/21 | Ortolano post to goodgov.org re: Bolton ignores Court order to drive-up Legal Fees | |

| | | | | |
|---|---|---|---|---|
| LLLL (X-72) | **ID** | 8/4/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| MMMM (X-73) | ID | 8/5/21 | Ortolano post to goodgov.org re: A Hostile City Government | |
| NNNN (X-74) | ID | 8/17/21 | Ortolano post to goodgov.org re: More Attacks on Alderwoman Lu – Mayor Donchess fires down | |
| OOOO (X-75) | ID | 8/17/21 | Email from Ortolano to Board of Aldermen, et al. re: Phone Calls this morning for court hearing | |
| PPPP (X-76) | **ID** | 8/18/21 | Excerpt of Report of the Finance Committee meeting minutes | |
| QQQQ (X-77) | ID | 8/23/21 | Excerpt of Budget Review Committee meeting minutes | |
| RRRR (X-78) | ID | 8/23/21 | Ortolano post to goodgov.org re: The Nashua Legal Office – Case Study for the Abuse of the Attorney Client Privilege Exemption | |
| SSSS (X-79) | ID | 8/25/21 | Ortolano post to Granite Grok re: Nashua Provides Case Study for the Abuse of the Attorney-Client Privilege Exemption to RTK Law | |
| TTTT (X-80) | ID | 8/26/21 | Excerpt of Public Minutes of Board of Assessors Meeting minutes – Ortolano public comment | |
| UUUU (X-81) | **ID** | 8/26/21 | Board of Assessors Meeting – video of Ortolano public comment | |
| VVVV (X-82) | **ID** | 8/30/21 | Email from Ortolano to Board of Aldermen, et al. re: The Mayor's sanctioned abuses of the Nashua Legal Office | |
| WWWW (X-83) | **ID** | 8/31/21 | Ortolano post to goodgov.org re: Mayor Donchess' Sanctioned Abuses of the Nashua Legal Office | |
| XXXX (X-84) | ID | 8/31/21 | Ortolano post to Granite Grok re: Our Board of Aldermen Have Become the Mayor's Posse | |
| YYYY (X-85) | ID | 9/1/21 | Ortolano Facebook post to The Nashua Scoop re: running for DWP commissioner | |

| | | | | |
|---|---|---|---|---|
| ZZZZ (X-86) | ID | 9/16/21 | Ortolano post to goodgov.org re: Elect Laurie Ortolano for the Board of Public Works | |
| AAAAA (X-87) | ID | 10/9/21 | Ortolano post to goodgov.org re: City Refuses to Pay on Court Order Sanctions | |
| BBBBB (X-88) | ID | 10/9/21 | Ortolano post to Granite Grok re: Nashua: Local Elections ARE Partisan! | |
| CCCCC (X-89) | ID | | withdrawn | |
| DDDDD (X-90) | ID | 10/30/21 | Email from Ortolano to Bolton, et al. re: Leaked Attorney Client Information | |
| EEEEE (X-91) | ID | 10/31/21 | Email from Ortolano to Bolton, et al. re: Attorney Client Information Leak, Again | |
| FFFFF (X-92) | ID | 11/12/21 | Ortolano post to goodgov.org re: The Nashua Legal Offices abuse of Seniors | |
| GGGGG (X-93) | ID | 11/13/21 | Ortolano post to Granite Grok re: The Nashua Legal Offices Abuse of Seniors | |
| HHHHH (X-94) | ID | 12/15/21 | Ortolano post Granite Grok re: Nashua's Thug Leadership | |
| IIIII (X-95) | ID | 01/16/22 | Ortolano post to Granite Grok re: Nashua City Attorney Steve Bolton is Unfit for Duty | |
| JJJJJ (X-96) | ID | 08/27/22 | Ortolano post to goodgov.org re: The Colossal Stupidity of the Nashua Legal Office | |
| KKKKK (X-97) | ID | 5/21/24 | Email from M. Perry to Ortolano re: RTK Request 2024-146-OCC | |
| LLLLL | ID | | **Megan Caron Compilation of Plaintiff's Board Attendance** | |

The defendants Bolton and Leonard reserve the right to revise and supplement this Amended Exhibit List through the time of trial.

Respectfully submitted,

**STEVEN A. BOLTON,**

By his Counsel,

**UPTON & HATFIELD, LLP,**

Date: April 8, 2025          /s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo; NHBA #20794
Madeline K. Matulis; NHBA #276135
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com
mmatulis@uptonhatfield.com

and

**CEILA K. LEONARD**

By her attorneys

**CULLEN COLLIMORE SHIRLEY, PLLC,**

Dated: April 8, 2025          /s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard