UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| Laurie Ortolano,<br>            Plaintiff<br><br>v.<br><br>Steven Bolton and Celia Leonard<br>            Defendants | )<br>)<br>)<br>)<br>) Civil Action No. 22-cv-00326-LM<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S SUPPLEMENTAL OBJECTION TO DEFENDANTS' EXHIBITS**

NOW COMES the Plaintiff in the above- entitled matter and objects to certain of Defendant's exhibits as follows:

1. The Plaintiff objects to the following Defendants' exhibits since they are not relevant and contain hearsay as follows:

    A. Exhibits B-J

    B. Exhibit Z

    C. Exhibit DD

    D. Exhibit FF

    E. Exhibit II

    F. Exhibit JJ

    G. Exhibit MM through TT

    H. Exhibit VV

    I. Exhibit YY through Exhibit LLL

    J. Exhibit OOO

    K. Exhibit QQQ through CCCC

    L. Exhibits ZZZ through BBB

1

M. Exhibit LLLL through FFFFF

N. Exhibit 5H through LLLLL

O. Exhibit V is not an accurate layout of the interior or exterior of the law office. It is not to scale nor contain dimensions.

P. Exhibit P contains approximately 65 photographs. Only pictures 1-6, 16 and 47 are relevant. The video recording contains significant irrelevant footage.

Q. The description in the list of exhibits for Z is incorrect. It states "arrest for trespass". The Plaintiff was arrested on February 18, 2021. The description should be a "Depressing Experience".

**WHEREFORE**, the Plaintiff respectfully requests that the Court strike those exhibits designated by the Plaintiff herein.

Dated: April 8, 2025    Respectfully Submitted by,

*/s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: April 8, 2025    */s/William Aivalikles*
William Aivalikles, Esq.