UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** )<br>              **Plaintiff** )<br> )<br>V.                                                 )<br> )<br> )<br>**Steven Bolton and Celia Leonard** )<br>              **Defendants** )<br> ) | Civil Action No. 22-cv-00326-LM |

## PLAINTIFF'S AMENDED WITNESS LIST

NOW COMES the Plaintiff, Laurie Ortolano, by and through undersigned counsel, and respectfully submits an amended Witness List and in furtherance, states as follows:

Laurie Ortolano
41 Berkeley St.
Nashua, NH 03064
603-930-2853
603-589-3260

Mayor James Donchess
4 Rockland St.
Nashua, NH 03064

Attorney Steven Bolton
229 Main St.
Nashua, NH 03060
603-589-3250

Attorney Celia Leonard
229 Main St.
Nashua, NH 03060
603-589-3250

Former Chief Michael Carignan
19 Bristol Way
Litchfield NH 03052

Master Patrolman Timothy Roach
c/o of Nashua Police Dept.

28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Sergeant Christopher Caron
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Michael Ortolano
41 Berkeley St.
Nashua, NH 03064
603-943-3533

Master Patrolman Jonathan Earnshaw
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Sergeant Caleb Gilbert
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Michael O'Connor
40 Berkeley St.
Nashua, NH 03064
603-886-5162

Dr. Laura Chan
60 Main St.
Nashua, NH 03060
603-402-9124

Karen Bill
95 Parnell Pl.
Nashua, NH 03060
603-512-4436

Eliese Moore
29 Baltimore Rd.
Nashua, NH 03062
603-557-6014

**WITNESSES THAT MAY BE CALLED**

Kimberly Kleiner
32 Courtland St.
Nashua, NH 03064

Office Brian Kenney
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Kimberly Houghton
7 Boxwood Rd.
Bedford NH 03110
603-623-7627

David Solomon
47 Dogwood Dr., U-106
Nashua, NH 03062

Linnea French
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Officer Jaime Abrams
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Mindy Lloyd
c/o Legal Office
229 Main St.
Nashua, NH 03060
603-589-3250

Manuela Perry
c/o Legal Office
229 Main St.
Nashua, NH 03060
603-589-3250

Amanda Mazerolle

21 Shingle Mill Dr.
Nashua, NH 03062

John Duhamel
Assessing Chief
c/o Town of Hooksett
35 Main St.
Hooksett, NH 03106
603-268-0078

Rick Lehmann
6 Garvens Falls Rd.
Concord, NH 03301
603-715-2516

Dated: April 8, 2025                             Respectfully Submitted by,


                                                                                                                      */s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com


## CERTIFICATE OF SERVICE

    I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.


Dated: April 8, 2025                             */s/William Aivalikles*
                                                                     William Aivalikles, Esq.