# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
|           **Plaintiff** ) | |
| ) | |
| V. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| **Steven Bolton and Celia Leonard** ) | |
|           **Defendants** ) | |

## PLAINTIFF'S SECOND AMENDED WITNESS LIST

NOW COMES the Plaintiff, Laurie Ortolano, by and through undersigned counsel, and respectfully submits an amended Witness List and in furtherance, states as follows:

**A. Witnesses Will Call**

Laurie Ortolano
41 Berkeley St.
Nashua, NH 03064
603-930-2853

Attorney Steven Bolton
229 Main St.
Nashua, NH 03060
603-589-3250

Attorney Celia Leonard
229 Main St.
Nashua, NH 03060
603-589-3250

Former Police Chief Michael Carignan
19 Bristol Way
Litchfield NH 03052

Master Patrolman Timothy Roach
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

1

Sergeant Christopher Caron
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Michael Ortolano
41 Berkeley St.
Nashua, NH 03064
603-943-3533

Michael O'Connor
40 Berkeley St.
Nashua, NH 03064
603-886-5162

Karen Bill
95 Parnell Pl.
Nashua, NH 03060
603-512-4436

Kimberly Houghton
7 Boxwood Rd.
Bedford NH 03110
603-623-7627

David Solomon
47 Dogwood Dr., U-106
Nashua, NH 03062

Rick Lehmann
6 Garvens Falls Rd.
Concord, NH 03301
603-715-2516

John Duhamel
Assessing Chief
c/o Town of Hooksett
35 Main St.
Hooksett, NH 03106
603-268-0078

**WITNESSES THAT MAY BE CALLED**

Kimberly Kleiner
32 Courtland St.
Nashua, NH 03064

Master Patrolman Jonathan Earnshaw
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Sergeant Caleb Gilbert
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Eliese Moore
29 Baltimore Rd.
Nashua, NH 03062
603-557-6014

          Respectfully Submitted by,

Dated: May 21, 2025

*/s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: May 21, 2025        */s/William Aivalikles*
        William Aivalikles, Esq.