UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Laurie Ortolano

    v.                                                                 Civil No. 22-cv-326-LM

Steven Bolton and
Celia Leonard

**FINAL PRETRIAL ORDER**

1. <u>Date of Pretrial Conference</u>:  June 5, 2025.

2. <u>Counsel Present</u>:  Attorney William Aivalikles for plaintiff Laurie Ortolano, Attorneys Russell Hilliard and Madeline Matulis for defendant Steven Bolton, and Attorney Brian Cullen for defendant Celia Leonard.

3. <u>Type of Trial</u>: Jury.

4. <u>Date of Trial</u>: Jury selection will be held **June 17, 2025**. Trial will begin Monday, **June 23, 2025**.

5. <u>Estimated Length of Trial</u>: Four days.

6. <u>Jury Selection</u>: <u>See</u> doc. no. 164.

7. <u>Exhibits and Exhibit Lists</u>:  An original set of exhibits and two sets of copies of the exhibits are to be premarked and submitted to the Clerk's Office not later than **June 10, 2025**, in accordance with the document entitled "Procedure For Marking Exhibits" which is attached hereto and made a part hereof.  <u>Counsel shall notify each other at the time the exhibits are submitted if any custodian will be required for any exhibit.</u>

8. <u>Electronic Evidence</u>:  JERS shall be used in this case.  JERS is the system that electronically displays evidence in the Jury Deliberation Room during deliberation.  The parties are directed to the United States District Court's policy regarding electronic evidence which applies in this case. <u>See</u> <u>Presenting Electronic Evidence to Deliberating Petit Jurors</u> located at http://www.nhd.uscourts.gov/jury-evidence-recording-system-jers.  JERS

exhibits are due to the Clerk's Office on a thumb drive not later than **June 10, 2025**. Follow instructions that apply to JERS exhibits.

9. <u>Deposition Transcripts</u>: Prior to trial, parties shall stipulate with respect to portions of any videotaped (or other) deposition testimony that any party intends to admit.  The court anticipates that the parties will negotiate in good faith to avoid litigating the admissibility of portions of any deposition transcript.   To the extent the parties cannot reach a stipulation, they shall bring any disputes to the attention of the court on or before **June 10, 2025**. Any disputes regarding admissibility of portions of deposition testimony shall be presented in a motion that outlines the disagreements and attaches the entire deposition transcript or those portions necessary for the court to issue a ruling.  The disagreements shall be outlined in chart format as follows (or in substantially similar fashion):

   | **Page/Line** | **Basis for Admissibility** | **Basis for objection** |
   |---|---|---|
   |  |  |  |
   |  |  |  |

10. <u>"Will-Call" Witness List</u>:  The parties shall exchange and file a list of witnesses they intend to call at trial at the time they pre-mark and submit exhibits. The parties will be bound by the witnesses disclosed in this list absent extraordinary circumstances. In light of the court's clarifying and narrowing the issues for trial (at the April 3 hearing), the court anticipates the parties will reconvene and significantly narrow the evidence for trial. To that end, **on or before June 10, 2025**, the parties shall meet and confer and finalize witness lists and exhibits.

11. <u>Efficient Use of Jury Time</u>:  To the extent possible, parties shall anticipate and notify the court of any legal disputes that can be discussed outside the presence of the jury.  The court intends to utilize jury time in the most efficient manner possible. The court will give counsel an opportunity to alert the court at each break during the trial and at the beginning and end of each day of trial.  The court will meet with counsel at least one hour before the trial is scheduled to begin each day of trial.  Counsel should also anticipate meeting with the court at the end of each day of trial, as necessary.

12. <u>Confirm Date and Time of Jury Selection</u>:  In order to utilize the court's resources to the fullest extent and keep counsel informed as to their status on

the trial list, counsel are directed to call Courtroom Deputy Donna Esposito at (603) 225-1623 to confirm the date and time of jury selection.

**SO ORDERED.**

_____
Landya McCafferty
United States District Judge

June 5, 2025

cc: Counsel of Record