UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| Laurie Ortolano, | ) |
|---|---|
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 1:22-cv-00326-LM |
| | ) |
| The City of Nashua, *et al.*, | ) |
| Defendants. | ) |
| | ) |

**AMENDED EXHIBIT LIST OF THE DEFENDANTS,
STEVEN A. BOLTON AND CELIA K. LEONARD**

Defendants Steven A. Bolton, Corporation Counsel for the City of Nashua, New Hampshire, and Celia K. Leonard, a Deputy Corporation Counsel for the City of Nashua, New Hampshire, respectfully submit the following amended exhibit list for trial:

| Trial Ex. | ID | Date | Description |
|---|---|---|---|
| A | | 9/11/19 | Plaintiff email to Leonard "Clarification of the Legal Office Function" (K)[1] |
| B | | 6/25/20 | Classic Signs, Inc. invoice for "By Appointment Only" sign (S) |
| C | ID | 2021 | Timeline (W) |
| D | | 1/21-1/22/21 | Email from Plaintiff to Vincent, et al. re "Totally Unfair Abatement Process" (X) |
| E | ID | 1/22/21 | Email from Plaintiff to Vincent re: "Here are the abatements signed" (Y) |
| F | | 1/23/21 | Union Leader Article re: Nashua woman escorted out of Nashua City Hall by police (AA) |
| G | | 2/22/21 | Ortolano Facebook post: Good Governments Don't Do This (JJ) |

---

[1] As a convenience to counsel, the exhibit letter from defendants' original exhibit list is set forth in parenthesis for reference only. The Court may ignore this reference.

1

| H | | 3/26/21 | Granite Grok article by Ortolano re: Nashua's Right Not-to-Know (QQ) |
|---|---|---|---|
| I | | 4/18/21 | Ortolano Facebook post on The Nashua Scoop re: Kleiner emails (SS) |
| J | | 4/26/21 | Excerpt of Budget Review Committee meeting minutes (TT) |
| K | ID | 4/26/21 | Email from Ortolano to Bolton, et al. re: Comments in non-public session made about Spitting (UU) |
| L | ID | 4/26/21 | Granite Grok post re: Update on Right to Know Lawsuit against Nashua City Hall (VV) |
| M | | 4/27/21 | Email from Ortolano to Bolton, et al. re: Bolton has no ethics (WW) |
| N | | 4/28/21 | Ortolano post on goodgov.org re: A Story About a Crooked Mayor (XX) |
| O | | 4/29/21 | Ortolano Facebook posts with comments about Attorney Leonard and Ortolano's trespass (YY) |
| P | ID | 4/30/21 | Ortolano post on Granite Grok re: Is Nashua City Right to Know Coordinate Jesse Neumann Just Playing word Salad in his RTK Responses? (ZZ) |
| Q | ID | 4/30/21 | Email from C. Linder to Nashua Legal Department re: Eliminate the RTK position in the legal office (AAA) |
| R | ID | 5/3/21 | Email from Ortolano to Jesse Neumann, et al. re Your recent RTK request dated April 26, 2021 (CCC) |
| S | ID | 5/10/21 | Ortolano post re: Right to Know Demand Made for Selected Nashua City Emails (DDD) |
| T | | 5/11/21 | Ortolano post on goodgov.org re: Attorney Bolton Continues to Obstruct Public Information (EEE) |
| U | ID | 6/1/21 | Ortolano post on Granite Grok re: Harassment Warning Requested Against Nashua's Mayor Donchess, Director Kim Kleiner, and Attorney Bolton (LLL) |
| V | ID | 6/23/21 | Email from Ortolano to Board of Alderman, et al. re: Last Night's shocking Board of Alderman Meeting (TTT) |
| W | ID | 6/24/21 | Ortolano post on Granite Grok re: Nashua Should be Ashamed of its Attorney Bolton (UUU) |

| X | | 7/3/21 | Ortolano post on goodgov.org re: The Broken Nashua Court System (ZZZ) |
|---|---|---|---|
| Y | | 7/19/21 | Ortolano Facebook post on The Nashua Scoop re: tension between Attorney Bolton and Alderwoman Lu (CCCC) |
| Z | | 7/22/21 | Ortolano post on goodgov.org re: Deputy Attorney Leonard's Misrepresentations (DDDD) |
| AA | ID | 7/22/21 | Ortolano Facebook post on The Nashua Scoop re: Attorney Leonard's misrepresentation (EEEE) |
| BB | ID | 7/22/21 | Email from Ortolano to D. Graham, et al. re: My Arrest in City Hall (FFFF) |
| CC | ID | 7/23/21 | Ortolano post to Granite Grok re: It's a Bad Look to Arrest Citizens in City Hall (GGGG) |
| DD | | 8/3/21 | Ortolano post to goodgov.org re: Bolton ignores Court order to drive-up Legal Fees (KKKK) |
| EE | | 8/4/21 | Excerpt of Report of the Finance Committee meeting minutes (LLLL) |
| FF | | 8/23/21 | Excerpt of Budget Review Committee meeting minutes (QQQQ) |
| GG | ID | 8/26/21 | Excerpt of Public Minutes of Board of Assessors Meeting minutes – Ortolano public comment (TTTT) |
| HH | ID | 8/26/21 | Board of Assessors Meeting – video of Ortolano public comment (UUUU) |
| II | ID | 8/30/21 | Email from Ortolano to Board of Aldermen, et al. re: The Mayor's sanctioned abuses of the Nashua Legal Office (VVVV) |
| JJ | ID | 8/31/21 | Ortolano post to goodgov.org re: Mayor Donchess' Sanctioned Abuses of the Nashua Legal Office (WWWW) |
| KK | ID | 8/31/21 | Ortolano post to Granite Grok re: Our Board of Aldermen Have Become the Mayor's Posse (XXXX) |
| LL | | 12/15/21 | Ortolano post Granite Grok re: Nashua's Thug Leadership (HHHHH) |
| MM | | 01/16/22 | Ortolano post to Granite Grok re: Nashua City Attorney Steve Bolton is Unfit for Duty (IIIII) |

| | | | |
|---|---|---|---|
| NN | ID | 1/22/21-4/1/22 | Chart of Right-to-Know Requests Filed by Ortolano (Q) |
| OO | ID | 7/18/22 | Plaintiff comments at Nashua Board of Alderman meeting (E) |
| PP | ID | 7/20/22 | Plaintiff comments at Nashua Finance Committee meeting (F) |
| QQ | ID | 8/27/22 | Plaintiff blog post "The Colossal Stupidity of the Nashua Legal Office" (B) |
| RR | | 11/28/22 | Plaintiff email to Nashua city officials (D) |
| SS | ID | 3/4/24 | Plaintiff email to Nashua city officials titled "The Notable Moronic Response from the Nashua's Premier Attorney – Leonard" (J) |
| TT | | 5/8/24 | Nashua police department photos (M) |
| UU | | | Photos of City Hall (Photos 1-5 only) (P) |
| VV | ID | | Sketch of Legal Department (V) |
| WW | ID | | Megan Caron Compilation of Plaintiff's Board Attendance (LLLLL) |

The defendants Bolton and Leonard reserve the right to revise and supplement this Amended Exhibit List through the time of trial.

Respectfully submitted,

**STEVEN A. BOLTON,**

By his Counsel,

**UPTON & HATFIELD, LLP,**

Date: June 9, 2025

/s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo; NHBA #20794
Madeline K. Matulis; NHBA #276135
10 Centre Street; PO Box 1090
Concord, NH 03302-1090
(603) 224-7791
bshilo@uptonhatfield.com
mmatulis@uptonhatfield.com

and

**CEILA K. LEONARD**

By her attorneys

**CULLEN COLLIMORE SHIRLEY, PLLC,**

Dated: June 9, 2025

/s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH 03060
(603) 881-5500
bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

                        /s/ Russell F. Hilliard
                        Russell F. Hilliard