UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|                                         |   |                                   |
|-----------------------------------------|---|-----------------------------------|
| Laurie Ortolano,                        | ) |                                   |
|     Plaintiff       | ) |                                   |
|                                         | ) |                                   |
| V.                                      | ) | Civil Action No. 22-cv-00326-LM   |
|                                         | ) |                                   |
| Steven Bolton and Celia Leonard,        | ) |                                   |
|     Defendants      | ) |                                   |

## PLAINTIFF'S FINAL EXHIBIT LIST

NOW COMES the Plaintiff, Laurie Ortolano, by and through undersigned counsel, and respectfully submits a Final Exhibit List and in furtherance, states as follows:

| Exh. | F/ID | Date | Exhibit Name |
|------|------|------|--------------|
| 1 | ID | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" |
| 2 | ID | 10/26/23 | Union Leader Article - Ortolano's First Amendment Award |
| 3 | ID | 10/26/23 | First Amendment Award Booklet |
| 4 | ID | 10/26/23 | Eagle Sculpture Award - sculpture will be brought into Court |
| 5 | F | 9/12/18 | Attest Board of Aldermen Meeting Minutes pgs 1,13-14, 17 (Full Attest Meeting Minutes for Judge McCafferty) |
| 6 | F | 10/10/18 | Bolton email to Board on A Stroll Down Berkeley St w Ortolano email to Mayor, Atty. Bolton, etc. |
| 7 | ID | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 |

| | | | |
|---|---|---|---|
| 8 | ID | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess - Mayor's Property Record Card |
| 9 | ID | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) |
| 10 | ID | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" |
| 11 | ID | 12/11/18 | Board of Aldermen Meeting Minutes pgs. 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) |
| 12 | ID | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" |
| 13 | ID | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) |
| 14 | ID | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" |
| 15 | ID | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (RTK 2019-89 & 97) |
| 16 | F | Sep-19 | Nashua Assessor Manual "Public Relations in the Assessor's Office" |
| 17 | F | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) |
| 18 | F | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) |
| 19 | F | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" |
| 20 | ID | 6/19/19 | BTLA Order and Hearing Notice Aug 6, 2019 |
| 21 | ID | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" |
| 22 | ID | 10/29/19 | BTLA Order for Reassessment |
| 23 | F | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas |
| 24 | F | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Right to Know Requests |
| 25 | F | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) |
| 26 | F | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting |
| 27 | ID | 3/9/21 | Board of Alderman Meeting - LO PC on Arrest 1, 42, 47 (Full Attest Meeting Minutes for Judge McCafferty) |

| 28 | ID | 2020 | DRA Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier |
|----|----|------|---|
| 29 | ID | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" |
| 30 | ID | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) |
| 31 | ID | 11/14/20 | FB Post "Something weird is happening…" |
| 32 | F | 1/14/20 | Ortolano email to Brown - Ortolano Abatement File |
| 33 | F | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) |
| 34 | F | 1/15/20 | Ortolano email to Mayor Re: Abatement File |
| 35 | ID | 1/15/21 | City Public Notice for Access to Assessing Office during Covid |
| 36 | ID | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments |
| 37 | ID | 5/29/21 | City Public Notice for Reopening Nashua City Hall |
| 38 | F | 1/17/21 | Ortolano email to Assesshelp/Chief Vincent Re: 2 Signed Abatement Applications |
| 39 | F | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent Follow-up on Abatement Applications |
| 40 | F | 1/20/21 | Rick Vincent email to Ortolano Re: 2 signed Abatement Applications |
| 41 | F | 2/5/21 | Vincent email to Ortolano 28 Balitmore Rd Application Stamped |
| 42 | F | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd. Application Stamped |
| 43 | ID | 6/11/21 | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals |
| 44 | F | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16, (Attest Full Board of Assessors Meeting Minutes) |
| 45 | F | 3/24/21 | Complaint - Class A Misdemeanor |
| 46 | F | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor |
| 47 | F | 1/22/21 | Call log/reports for Trespass at City Hall |
| 48 | F | 2/18/21 | Property taken at arrest 2/18/21 |
| 49 | F | 2/18/21 | Bail and Bail Conditions |
| 50 | F | 7/12/21 | Disposition and Sentencing Form |

| | | | |
|---|---|---|---|
| 51 | F | 1/24/21 | Union Leader Article - "Woman Escorted out of City Hall by Police" |
| 52 | ID | 1/26/21 | LTR Mike Oconnor to BOA/cc Mayor on "Woman Escorted Out by Police" |
| 53 | ID | 1/27/21 | Union Leader Article - "City Hall no-trespass order put in place against Nashua Woman" |
| 54 | ID | 2/3/21 | Union Leader Article - "Laurie Ortolano won't stop taking on City Hall" |
| 55 | ID | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing" |
| 56 | ID | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 |
| 57 | ID | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance |
| 58 | F | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions |
| 59 | ID | 7/23/21 | Kenney email to Bolton - "State v Ortolano" |
| 60 | ID | 8/19/21 | Kenney email to Bolton - Amend Conditions |
| 61 | ID | 8/18/21 | Kenney email to Bolton - "Phone Tag" |
| 62 | F | 7/7/22 | Conditional Discharge Order |
| 63 | ID | 1/31/23 | Court Order - City Motion to Intervene DENIED |
| 64 | ID | 7/5/21 | Ortolano email to Leonard for Training Manual |
| 65 | ID | 7/5/21 | Attorney Bolton email to Attorney Lehmann on Training Manual |
| 66 | F | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" |
| 67 | F | 5/5/22 | Legal Clerk Perry to Ortolano on Phone message |
| 68 | ID | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest of Ortolano 7-22-22 |
| 69 | ID | 7/28/22 | Ortolano email to Kleiner- Ortolano attending Assessor Meeting |
| 70 | ID | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner |
| 71 | ID | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) |
| 72 | F | 2022 | Photograph 3rd Floor Legal Office Office Hallway |

| | | | |
|---|---|---|---|
| 73 | F | 2022 | Photograph 3rd Floor Legal Office Door w Notice |
| 73-a | F | 2022 | Photograph of Door Sign - "Door Open Frequently" |
| 74 | F | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium |
| 74-a | F | 5/10/23 | Photograph Legal Office "By Appointment Only" |
| 74-b | F | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" |
| 75 | F | 5/10/24 | Photograph 3rd Floor view to IT Office |
| 76 | F | 5/10/24 | Photograph 3rd floor view to stairwell |
| 77 | ID | 5/10/24 | Video of 3rd floor hallways |
| 78 | ID | 11/30/22 | Ortolano RTK Request for Bolton Police records - 10-4-2012 Incident 12-83358 (P) |
| **NO.** | | **DATE** | **VIDEO FILES** |
| 79 | ID | 12/11/18 | A/V Board of Aldermen Meeting pt 1 Mike Ortolano Public Comment.mp4 |
| 80 | ID | 6/27/19 | A/V Board of Assessors Meeting CW.mp4 |
| 81 | ID | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton.mp4 |
| 82 | ID | 2/2/20 | A/V Board of Assessors Meeting LO Comments.mp4 |
| 83 | ID | 3/9/21 | A/V Board of Assessors Meeting Ortolano Public Comments.mp4 |
| 84 | ID | 10/25/22 | A/V Board of Aldermen Meeting KB Comments.mp4 |
| 85 | F | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building.mp4 |
| 85-a | F | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4.mp4 |
| 85-b | F | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E.mp4 |
| 85-c | F | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor.mp4 |
| 85-d | F | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3.mp4 |
| 85-e | F | 1/22/21 | 20210122_094525_Video CH-RearParking.mp4 |
| | | | **Exhibit Name** |
| 86 | ID | 4/29/25 | June 5, 2025 Status Conference Memorandum |

| 87 | ID | 5/9/25 | City Objection to Status Conference Memorandum |

Dated: June 10, 2025

Respectfully Submitted by,

*/s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: June 10, 2025               */s/William Aivalikles*
                                   William Aivalikles, Esq.