## Defendants' Objections to Plaintiff's Trial Exhibits

| No. | | Exhibit | Objection |
|---|---|---|---|
| 1. | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" | Hearsay<br>See defendants' objection ¶8 |
| 2. | 10/26/23 | Union Leader Article – Ortolano's First Amendment Award | Irrelevant; hearsay<br>*See* defendants' objection ¶13 |
| 3. | 10/26/23 | First Amendment Award Booklet | Irrelvant; hearsay<br>*See* defendants' objection ¶13 |
| 4. | 10/26/23 | Eagle Sculpture Award | Irrelevant; hearsay<br>*See* defendants' objection ¶13 |
| 5. | 9/12/18 | Attest Board of Aldermen Meeting Minutes pgs 1, 13-14, 17 (Full Attest meeting Minutes for Judge McCafferty) | Hearsay; irrelevant<br>*See* defendants' objection ¶¶ 1, 3 |
| 6. | 10/10/18 | Bolton email to Board on A Stroll Down Berkley St w Ortolano email to Mayor, Atty Bolton, etc. | |
| 7. | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 | Irrelevant<br>*See* defendants' objection ¶5 |
| 8. | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess – Mayor's Property Record Card | Irrelevant<br>*See* defendants' objection ¶3 |
| 9. | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) | Hearsay<br>*See* defendants' objection ¶1 |
| 10. | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" | Irrelevant; hearsay<br>*See* defendants' objection ¶¶4, 5 |

1

| 11. | 12/11/18 | Board of Aldermen Meeting Minutes pgs 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) | Hearsay<br>*See* defendants' objection ¶1 |
|---|---|---|---|
| 12. | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" | Irrelevant<br>*See* defendants' objection ¶3 |
| 13. | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) | Irrelevant<br>*See* defendants' objection ¶3 |
| 14. | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" | Irrelevant<br>*See* defendants' objection ¶3 |
| 15. | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (2019-89 & 97) | Irrelevant<br>*See* defendants' objection ¶3 |
| 16. | Sep–19 | Nashua Assessor Manual "Public Relations in the Assessor's Office" | |
| 17. | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) | |
| 18. | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) | |
| 19. | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" | |
| 20. | 6/19/19 | BTLA Order and Hearing Notice August 6, 2019 | Irrelevant<br>*See* defendants' objection ¶5 |
| 21. | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" | Irrelevant<br>*See* defendants' objection ¶5 |
| 22. | 10/29/19 | BTL Order for Reassessment | Irrelevant<br>*See* defendants' objection ¶5 |
| 23. | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |
| 24. | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Right to Know Requests | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |

| 25. | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) | Litigation privilege; hearsay; irrelevant *See* defendants' objection ¶¶2, 6 |
|---|---|---|---|
| 26. | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting | Litigation privilege; hearsay *See* defendants' objection ¶2 |
| 27. | 3/9/21 | Board of Alderman meeting – LO PC on Arrest 1, 42, 47 (Full Attest meeting Minutes for Judge McCafferty) | Hearsay *See* defendants' objection ¶1 |
| 28. | 2020 | DRA Sanctions on Assessors – Jon Duhamel, Greg Turgiss, Rob Tozier | Irrelevant *See* defendants' objection ¶5 |
| 29. | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" | Irrelevant; hearsay *See* defendants' objection ¶4 |
| 30. | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) | Hearsay *See* defendants' objection ¶8 |
| 31. | 11/14/20 | FB Post "Something weird is happening…" | Hearsay *See* defendants' objection ¶8 |
| 32. | 1/14/20 | Ortolano email to Brown – Ortolano Abatement file | |
| 33. | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) | Litigation privilege; hearsay; irrelevant *See* defendants' objection ¶2 |
| 34. | 1/15/20 | Ortolano email to Mayor Re: Abatement File | |
| 35. | 1/15/21 | City Public Notice for Access to Assessing Office during Covid | |
| 36. | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments | |
| 37. | 5/29/21 | City Public Notice for Reopening Nashua City Hall | |
| 38. | 1/17/21 | Ortolano email to Assesshelp/Chief Vincent Re: 2 Signed Abatement Applications | |

3

| # | Date | Description | Objection |
|---|------|-------------|-----------|
| 39. | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent Follow-up on Abatement Applications | |
| 40. | 1/20/21 | Rick Vincent email to Ortolano re: 2 signed Abatement Applications | |
| 41. | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application Stamped | |
| 42. | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd Application Stamped | |
| 43. | 6/11/21 | BTLA Decision on 41 Berkley St. 2018-2019 Abatement appeals | Irrelevant; litigation privilege *See* defendants' objection ¶6 |
| 44. | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16 (Attest Full Board of Assessors Meetings Minutes) | Irrelevant; litigation privilege; hearsay *See* defendants' objection ¶¶6, 7 |
| 45. | 3/24/21 | Complaint – Claims A Misdemeanor | |
| 46. | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor | |
| 47. | 1/22/21 | Call log/reports for Trespass at City Hall | |
| 48. | 2/18/21 | Property taken at arrest 2/18/21 | |
| 49. | 2/18/21 | Bail and Bail Conditions | |
| 50. | 7/12/21 | Disposition and Sentencing Form | |
| 51. | 1/24/21 | Union Leader Article – "Woman Escorted out of City Hall by Police" | Irrelevant; hearsay *See* defendants' objection ¶4 |
| 52. | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on "Woman Escorted Out by Police" | Irrelvant; hearsay *See* defendants' objection ¶13 |
| 53. | 1/27/21 | Union Leader Article – "City Hall no-trespass order put in place against Nashua Woman" | Irrelevant; hearsay *See* defendants' objection ¶4 |

| | | | |
|---|---|---|---|
| 54. | 2/3/21 | Union Leader Article – "Laurie Ortolano won't stop taking on City Hall" | Irrelevant; hearsay *See* defendants' objection ¶4 |
| 55. | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing" | Irrelevant; hearsay *See* defendants' objection ¶4 |
| 56. | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 | Motion in *limine* – Doc. No. 138 *See* defendants' objection ¶9 |
| 57. | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance | Irrelevant; hearsay |
| 58. | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions | |
| 59. | 7/23/21 | Kenney email to Bolton – "State v. Ortolano" | Irrelevant; hearsay *See* objection ¶11 |
| 60. | 8/19/21 | Kenney email to Bolton – Amend Conditions | Irrelevant; hearsay *See* objection ¶11 |
| 61. | 8/18/21 | Kenney email to Bolton – "Phone Tag" | Irrelevant; hearsay *See* objection ¶11 |
| 62. | 7/7/22 | Conditional Discharge Order | |
| 63. | 1/31/23 | Court Order – City Motion to Intervene DENIED | Irrelevant; hearsay *See* objection ¶11 |
| 64. | 7/5/21 | Ortolano email to Leonard for Training Manual | Litigation privilege; hearsay *See* defendants' objection ¶2 |
| 65. | 7/5/21 | Attorney Bolton email to Attorney Lehmann on Training Manual | Litigation privilege; hearsay *See* defendants' objection ¶2 |
| 66. | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" | Irrelevant; hearsay |
| 67. | 5/5/22 | Legal Clerk Perry to Ortolano on Phone Message | Irrelevant; hearsay |

5

| 68. | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest on Ortolano 7-22-22 | Inadmissible per motion *in limine* (Doc. No. 136) *See* defendants' objection ¶12 |
| --- | --- | --- | --- |
| 69. | 7/28/22 | Ortolano email to Kleiner-Ortolano attending Assessor Meeting | Inadmissible per motion in *limine* (Doc. No. 136) *See* defendants' objection ¶12 |
| 70. | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner | Inadmissible per motion in *limine* (Doc. No. 136) *See* defendants' objection ¶12 |
| 71. | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) | Irrelevant; hearsay *See* defendants' objection ¶1 |
| 72. | 2022 | Photograph 3rd Floor Legal Office Hallway | |
| 73. | 2022 | Photograph 3rd Floor Legal Office Door w Notice | |
| 73-a. | 2022 | Photograph of Door Sign – "Door Open Frequently" | |
| 74. | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium | |
| 74-a. | 5/10/23 | Photograph Legal Office "By Appointment Only" | |
| 74-b. | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" | |
| 75. | 5/10/24 | Photograph 3rd Floor view to IT Office | |
| 76. | 5/10/24 | Photograph 3rd Floor view to stairwell | |
| 77. | 5/10/24 | Video of 3rd floor hallways | Irrelevant; hearsay |
| 78. | 11/30/22 | Ortolano RTK Request for Bolton Police Records – 10-4-2012 Incident 12-83358 (P) | Irrelevant; hearsay *See* defendants' objection ¶2 |

| 79. | 12/11/18 | A/V Board of Aldermen Meeting pt1 Mike Ortolano Public Comment | Cumulative<br>*See* defendants' objection ¶10 |
|---|---|---|---|
| 80. | 6/27/19 | A/V Board of Assessor Meeting CW | Hearsay; irrelevant<br>*See* defendants' objection ¶10 |
| 81. | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton | Hearsay; irrelevant<br>*See* defendants' objection ¶10 |
| 82. | 2/2/20 | A/V Board of Assessors Meeting LO Comments | Hearsay; irrelevant<br>*See* defendants' objection ¶10 |
| 83. | 3/9/21 | A/V Board of Aldermen (noted as Assessors on plf's list) Meeting Ortolano Public Comments | Cumulative<br>*See* defendants' objection ¶10 |
| 84. | 10/25/22 | A/V Board of Aldermen Meeting KB Comments | Cumulative<br>*See* defendants' objection ¶10 |
| 85. | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building | |
| 85-a. | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4 | |
| 85-b. | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E | |
| 85-c. | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor | |
| 85-d. | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3 | |
| 85-e. | 1/22/21 | 20210122_094525_Video CH-RearParking | |
| 86. | 4/29/25 | June 5, 2025 Status Conference Memorandum | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |

| 87. | 5/9/25 | City Objection to Status Conference Memorandum | Litigation privilege; hearsay *See* defendants' objection ¶2 |