UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano,<br>    Plaintiff<br><br>V.<br><br>The City of Nashua, et al.,<br>    Defendants | Civil Action No. 22-cv-00326-LM |

PLAINTIFF'S MOTIONFOR RECONSIDERATION OF
THE COURT'S JUNE 17, 2025 ORDER

 The plaintiff, Laurie Ortolano, hereby moves that the Court reconsider its Order of June 17, 2025 and permit Ortolano to submit evidence at trial in support of Ortolano's separate claim that defendant Michael Bolton attempted to have her arrested on July 22, 2022, and that such attempt constituted unlawful retaliation in violation of her free speech rights under the First Amendment of the Constitution of the United States. Ortolano respectfully asserts that the June 17, 2025 Order was based on a manifest error of fact or law and that reconsideration is justified under Rule 7.2(d) of the Local Rules of United States District Court for the District of New Hampshire.

 Ortolano submits herewith a memorandum of law in support of her motion for reconsideration.

Dated: June 30, 2025          Respectfully Submitted by,

/s/William Aivalikles
William Aivalikles, Esq. NHB #308
253 Main Street
Nashua, NH  03060
Phone:  (603) 880-0303
Fax:  (603) 882-0065
Email:  william@nhtriallaw.com

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: June 30, 2025                                          /s/William Aivalikles
                                                              William Aivalikles, Esq.