# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **Laurie Ortolano,** | **)** | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Civil Action No. 1:22-cv-00326-LM** |
| | **)** | |
| **Steven A. Bolton,** *et al.*, | **)** | |
| **Defendants.** | **)** | |
| | **)** | |

## DEFENDANTS' INDEX OF  PRETRIAL MATERIALS

The defendants hereby provide this index of pretrial materials previously filed with the

Court for purposes of the trial commencing on October 7, 2025:

1. Pretrial Statement of the Defendants, Steven A. Bolton and Celia K. Leonard dated March 20, 2025 (Doc. no. 133);

2. Witness List of the Defendants, Steven A. Bolton and Celia K. Leonard dated April 8, 2025 (Doc. no. 171);

3. Amended Exhibit List of the Defendants, Steven A. Bolton and Celia K. Leonard dated June 9, 2025 (Doc. no. 187); and

4. Objection of the Defendants Steven A. Bolton and Celia K. Leonard to Plaintiff's Trial Exhibits dated June 16, 2025 (Doc. nos. 191 and 191-1).

Respectfully submitted,

**Steven A. Bolton,**

By his Counsel,

**UPTON & HATFIELD, LLP,**

Date:  September 8, 2025

/s/ Russel F. Hlliard
Russell F. Hilliard
NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo
NHBA #20794
Madeline K. Matulis
NHBA #276135
10 Centre Street
Concord, NH 03301
(603) 224-7791
bshilo@uptonhatfield.com


and

**Celia K. Leonard,**

By her Counsel,

**CULLEN COLLIMORE SHIRLEY,
PLLC,**

Dated:  September 8, 2025

/s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was this day forwarded to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard