UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Laurie Ortolano,<br>　　　　　　　Plaintiff | )<br>)<br>) |
| V. | ) Civil Action No. 22-cv-00326-LM |
| The City of Nashua, et al.,<br>　　　　　　　Defendants | )<br>)<br>) |

### PLAINTIFF'S MOTION TO CONTINUE THE SEPTEMBER 22, 2025 PRETRIAL HEARING

NOW COMES the Plaintiff, by and through counsel, Attorney William Aivalikles, and respectfully moves this Honorable Court to continue the pretrial hearing currently scheduled for today, September 22, 2025, at 3:00 p.m. In support of this motion, Plaintiff states as follows:

1.　Attorney Aivalikles was admitted to the hospital following a medical appointment at which a condition was detected, requiring a further procedure. He is not medically able to attend today's scheduled hearing.

2.　Attorney Aivalikles is expected to be discharged from the hospital on September 24, 2025.

3.　The undersigned's office has conferred with the Court's Case Manager, who indicated that two alternative dates are available for rescheduling:

　- Friday, September 26, 2025, between 9:00 a.m. and 2:00 p.m. via Zoom, or

　- Monday, September 29, 2025, at 11:00 a.m., either in-person or via Zoom.

4. Counsel for all parties have been contacted regarding this request. Attorneys Brian Cullen, Russell Hilliard and Madeline Matulis have assented to the continuance and are available Friday September 26, 2025 at 9am via zoom for the pretrial conference.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

A. Continue the pretrial hearing presently scheduled for September 22, 2025, at 3:00 p.m.;

B. Reschedule the hearing to September 26, 2025 at 9am via Zoom; and

C. Grant such further relief as may be just.

Dated: September 22, 2025                                  Respectfully Submitted by,


                                                           */s/ William Aivalikles*
                                                           William Aivalikles, Esq.


### CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: September 22, 2025
                                                           */s/ William Aivalikles*

William Aivalikles, Esq.