UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Laurie Ortolano,<br>　　　　　　　Plaintiff<br><br>V.<br><br>The City of Nashua, et al.,<br>　　　　　　　Defendants | )<br>)<br>)<br>)<br>)  Civil Action No. 22-cv-00326-LM<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION TO CONTINUE THE FINAL TRIAL SCHEDULED FOR OCTOBER 7, 2025

NOW COMES the Plaintiff, by and through counsel, Attorney William Aivalikles, and respectfully moves this Honorable Court to continue the trial currently scheduled to begin on October 7, 2025. In support of this motion, Plaintiff states as follows:

1. Attorney Aivalikles was recently hospitalized and required immediate surgery. His physicians have ordered him to refrain from trial work for thirty (30) days.

2. Counsel has sought and obtained the assent of opposing counsel. Attorneys Brian Cullen and Russell Hilliard assent to this continuance.

3. Undersigned counsel is available to start the trial on December 9, 2025 if that date is available to the Court.[1]

WHEREFORE, Plaintiff respectfully requests that this Honorable Court:

---

[1] For scheduling purposes, Undersigned Counsel is available the week of November 25, 2025 and for the entire month of December 2025.

A. Continue the trial presently scheduled for October 7, 2025;

B. Reschedule the trial to December 9, 2025, or such other date as the Court deems appropriate; and

C. Grant such further relief as may be just.

Dated: September 26, 2025                                    Respectfully Submitted by,


                                                             */s/ William Aivalikles*
                                                             William Aivalikles, Esq.


## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: September 26, 2025
                                                             */s/ William Aivalikles*
                                                             William Aivalikles, Esq.