```
1                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF NEW HAMPSHIRE
2

3    * * * * * * * * * * * * * * * * *
                                      *
4    LAURIE ORTOLANO,                 *
                                      *
5              Plaintiff.             *   No. 1:22-cv-00326-LM
                                      *   June 5, 2025
6                                     *   3:05 p.m.
         v.                           *
7                                     *
     STEVEN BOLTON, ET AL.,           *
8                                     *
               Defendants.            *
9
     * * * * * * * * * * * * * * * * *
10

11         TRANSCRIPT OF PRETRIAL AND STATUS CONFERENCE

12          BEFORE THE HONORABLE LANDYA B. MCCAFFERTY

13

14   APPEARANCES:

15
     For the Plaintiff:      William E. Aivalikles, Esq.
16                           Aivalikles Law Office

17
     For the Defendants:     Brian J.S. Cullen, Esq.
18                           Cullen Collimore Shirley PLLC
                             For Celia Leonard
19
                             Russell F. Hilliard, Esq.
20                           Madeline Kate Matulis, Esq.
                             Upton & Hatfield LLP
21                           For Steven Bolton.

22
     Court Reporter:         Brenda K. Hancock, RMR, CRR
23                           Official Court Reporter
                             United States District Court
24                           55 Pleasant Street
                             Concord, NH 03301
25                           (603) 225-1454
```

|   |   |
|---|---|
| 1 | P R O C E E D I N G S |
| 2 | THE CLERK:  The Court has before it for consideration |
| 3 | today a final pretrial and status conference in <u>Laurie Ortolano</u> |
| 4 | <u>versus Steven Bolton and Celia Leonard</u>.  It is 22-cv-326-LM. |
| 5 | If counsel could please identify themselves for the |
| 6 | record, starting with the plaintiff. |
| 7 | MR. AIVALIKLES:  Yes.  Good afternoon, your Honor. |
| 8 | William Aivalikles for the plaintiff. |
| 9 | THE COURT:  Good afternoon. |
| 10 | MS. ORTOLANO:  Laurie Ortolano. |
| 11 | MR. HILLIARD:  Good afternoon, your Honor.  Russ |
| 12 | Hilliard for Steve Bolton. |
| 13 | THE COURT:  Good afternoon. |
| 14 | MR. BOLTON:  Steve Bolton, your Honor. |
| 15 | MS. LEONARD:  Celia Leonard. |
| 16 | THE COURT:  Good afternoon. |
| 17 | MR. CULLEN:  Good afternoon, your Honor.  Brian |
| 18 | Cullen, here on behalf of Attorney Leonard. |
| 19 | MS. MATULIS:  Good afternoon, your Honor.  Maddie |
| 20 | Matulis for Steve Bolton. |
| 21 | THE COURT:  Good afternoon, all.  Please be seated. |
| 22 | This could be very short, I'm guessing.  No? |
| 23 | MR. AIVALIKLES:  Hopefully. |
| 24 | THE COURT:  Okay.  We are picking the jury on the |
| 25 | 17th, Tuesday, and then beginning openings and the trial and |

```
1   evidence on Monday, the 23rd, and I know you all know that, and
2   I think I have ruled on or given you provisional rulings on
3   everything that was pending, so I'm not sure what else I need
4   to do today.  I'll issue another final pretrial order.  It
5   won't have as many dates as the other one did, because I'm not
6   sure we need to have yet another hearing.  So, I think it will
7   just give you the same basics, and it will lay out repetitively
8   what I had in the other one.  Jury trial we anticipate four
9   days, and exhibits must be marked and submitted by June 10th.
10  June 10th is the new sort of date marker by which everything
11  needs to be in.
12          Is there anything else we need to do today?
13          MR. AIVALIKLES:  I have a concern I'd like to address
14  with the Court at some point.
15          THE COURT:  Okay.  And Attorney Hilliard?
16          Attorney Cullen, anything else?
17          MR. HILLIARD:  Not a concern.  I just want to be sure
18  I knew the start times for jury selection and then trial dates,
19  once we know what they are.
20          THE COURT:  Okay.  Usually, we pick the jury by around
21  9:30, 9:45.
22          THE CLERK:  Correct.
23          THE COURT:  Is it the only jury trial going?
24          THE CLERK:  As far as I know right now, yes.
25          THE COURT:  So, that should be 9:45-ish.
```

```
 1              MR. HILLIARD:  Okay.
 2              THE COURT:  Okay?  And then start, and I believe -- I
 3   can't -- did I make any changes to my usual start time last
 4   time we did this?
 5              THE CLERK:  You did, but I think we were going to try
 6   and get it in before -- we were going to try to get it in --
 7              THE COURT:  There was a reason?
 8              THE CLERK:  -- before you left.
 9              THE COURT:  Okay.
10              MR. HILLIARD:  It was very compressed last time, your
11   Honor.
12              THE COURT:  Yes, so we don't have that.
13              MR. HILLIARD:  It was special times.
14              THE COURT:  All right.  So, then I will use the normal
15   start time that I always use, which is 9:00 a.m. for the jury,
16   and I usually let them go at 4:00.  I have lawyers come in at
17   8:00, and I have you stay after the jury leaves as well at the
18   end of the day, and if there are no disputes, nothing I need to
19   resolve, you get to leave as well.
20              MR. HILLIARD:  Okay.
21              THE COURT:  But at 8:00 a.m. we're dealing with issues
22   that are going to come up during the trial that day usually or
23   jury instructions.  We're debating that and I'm deciding that.
24   I know I went over all of that in terms of the way I do that
25   last time around.  So, any questions about any of that?
```

1    MR. CULLEN: No, your Honor. But with the jury
2 selection being on the 17th, I wondered if we might be able to
3 have a discussion about the instructions that day so that, when
4 we start on the 23rd with openings, we already have a sense of
5 where the Court's going on the instructions.
6    THE COURT: I'll give it my best shot. I have another
7 emergency issue that has arisen that's going to take my time,
8 and I was actually already calculating that I have some days in
9 there where I can get my jury instructions ready to the point
10 where I like to have -- I like to have them before I start a
11 trial, actually. That will be my goal; but, if not, if I don't
12 have them the day we are picking the jury, then I can certainly
13 give you a draft first thing at 8:00 a.m. on the first day of
14 trial. Is that acceptable? That's certainly earlier than most
15 judges, I think, provide them.
16    MR. CULLEN: Thank you.
17    THE COURT: Okay. I don't think there will be
18 anything too controversial in there, but you can bring to my
19 attention the issues that concern you, if you want, right now.
20    MR. HILLIARD: Most important to me is I either need
21 to find a way to make this chair higher or find another chair,
22 because I feel like I'm sitting under the table, almost under
23 the table here.
24    THE COURT: We do not want you going under the table,
25 Attorney Hilliard.

```
 1              MR. HILLIARD:  Thank you, your Honor.
 2              THE COURT:  So, we will figure that out before we
 3    start.
 4              MR. HILLIARD:  Okay.  Thank you.
 5              MR. AIVALIKLES:  Your Honor, does the Court expect
 6    counsel to submit proposed jury verdict forms?
 7              THE COURT:  If you have proposed verdict forms, then
 8    go ahead and give those to me, submit them, you know, before
 9    jury selection is fine.  I'm going to be putting those
10    together.  To the extent I have a special verdict form, I would
11    be doing that with you throughout the trial.
12              MR. AIVALIKLES:  Your Honor, one of the concerns I
13    have is the defendants in their opening using the event of the
14    "C" word in their opening statement.  I know the Court ruled on
15    it, but it wasn't -- I didn't view it as a definitive ruling
16    yet on the use of the "C" word, so my concern is that defense
17    may use that issue.  The issue of whether or not the --
18              THE COURT:  I think he's going to moot that.
19              MR. CULLEN:  I won't use it in the opening.
20              THE COURT:  Does that take care of that?  That was
21    easy, huh?
22              MR. AIVALIKLES:  That takes care of that issue.
23              THE COURT:  Okay.  Then, I don't have to rule on it.
24    Thank you.
25              MR. AIVALIKLES:  And we can -- I'm sorry, your Honor.
```

```
 1    I didn't mean to interrupt you.
 2              THE COURT:  That's all right.  Go ahead.
 3              MR. AIVALIKLES:  So, I guess we can address that at
 4    the time that counsel is going to make that questioning of the
 5    witness, and the only thing I would ask is if I could be
 6    alerted prior to asking the question, so that we can then
 7    address the Court as to whether or not it should be admitted or
 8    not.
 9              THE COURT:  That's fair.  That's fair.
10              MR. AIVALIKLES:  Thank you, your Honor.
11              THE COURT:  All right.  Anything else?
12              MR. HILLIARD:  No, thank you, your Honor.
13              THE CLERK:  Judge, I just want to confirm we're going
14    to pick in Courtroom 3 and trial in here?
15              THE COURT:  That's correct.  We'll be in 3, but trial
16    will start the next Monday in here.
17              MR. AIVALIKLES:  Okay.
18              THE COURT:  Okay?
19              MR. HILLIARD:  Yeah.
20              THE COURT:  All right.  Anything else, then?  It looks
21    like this was as short as I thought it might be, so I'll see
22    you, then, on the 17th.  If there's anything else that comes up
23    that you need my help with, we can get you on a quick Zoom, if
24    necessary.  All right?
25              MR. AIVALIKLES:  Thank you very much.
```

1           MR. HILLIARD:  Thank you, your Honor.
2           MR. CULLEN:  Thanks, your Honor.
3           THE CLERK:  All rise.
4      (WHEREUPON, the proceedings adjourned at 3:13 p.m.)

C E R T I F I C A T E

I, Brenda K. Hancock, RMR, CRR and Official Court Reporter of the United States District Court, do hereby certify that the foregoing transcript constitutes, to the best of my knowledge, skill, ability and belief, a true and accurate transcription of the within proceedings.

Date: ___10/14/25___    /s/ *Brenda K. Hancock*
                        Brenda K. Hancock, RMR, CRR
                        Official Court Reporter