UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

|   |   |
|---|---|
| Laurie Ortolano, <br>                 **Plaintiff** <br> V. <br><br> Steven Bolton and Celia Leonard, <br>                 **Defendants** | Civil Action No. 22-cv-00326-LM |

**PLAINTIFF'S UPDATED PRETRIAL STATEMENT**

NOW COMES the Plaintiff, Laurie Ortolano, by and through undersigned counsel, and respectfully submits her pretrial statement pursuant to Rule 26(a)3 of Fed. R. Civ. P. and LR 16.2, states as follows:

I. **Brief Statement of the Case**

The Plaintiff, Laurie Ortolano, has sued Attorney Stephen Bolton and Attorney Celia Leonard, the City of Nashua Corporation Counsel and Deputy Corporation Counsel. Laurie Ortolano claims that she was at Nashua City Hall to obtain date stamps for two tax abatement requests. Laurie Ortolano claims that Attorney Bolton and Attorney Leonard improperly deprived her of her First Amendment rights by causing her arrest for criminal trespass, a Class A misdemeanor, in retaliation for her criticism of City acts and officials. She is also claiming a pattern of harassment. Attorney Bolton and Attorney Leonard deny that they caused her arrest for criminal trespass or violated her constitutional rights in any way.

II. **Witnesses**

1

**A. Witnesses Likely to be Called by Plaintiff**

Laurie Ortolano
41 Berkeley St.
Nashua, NH 03064
603-930-2853

Attorney Steven Bolton
229 Main St.
Nashua, NH 03060
603-589-3250

Attorney Celia Leonard
229 Main St.
Nashua, NH 03060
603-589-3250

Former Police Chief Michael Carignan
19 Bristol Way
Litchfield NH 03052

Master Patrolman Timothy Roach
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Sergeant Christopher Caron
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

David Lavoie
Records Manager
c/o Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Michael Ortolano
41 Berkeley St.
Nashua, NH 03064

603-943-3533

Michael O'Connor
40 Berkeley St.
Nashua, NH 03064
603-886-5162

Karen Bill
95 Parnell Pl.
Nashua, NH 03060
603-512-4436

Kimberly Houghton
7 Boxwood Rd.
Bedford NH 03110
603-623-7627

Rick Lehmann
6 Garvens Falls Rd.
Concord, NH 03301
603-715-2516

Jon Duhamel
Assessing Chief
c/o Town of Hooksett
35 Main St.
Hooksett, NH 03106
603-268-0078

**B.  Witnesses that May be Called**

Kimberly Kleiner
 32 Courtland St.
Nashua, NH 03064

Master Patrolman Jonathan Earnshaw
c/o of Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Sergeant Caleb Gilbert
c/o of Nashua Police Dept.
28 Officer James Roche Dr.

Nashua, NH 03062
603-594-3500

Rick Vincent
Vincent Consulting, LLC
Selectman, Town of Hill
68 Currier Rd.
Hill, NH 03243
603-934-4643

Daniel Healey
Nashua City Clerk
229 Main St.
Nashua, NH 03060
603-589-3250

Brian Kinney
Nashua Police Dept.
28 Officer James Roche Dr.
Nashua, NH 03062
603-594-3500

Eliese Moore
29 Baltimore Rd.
Nashua, NH 03062
603-557-6014

### III. Waiver of Claims

The Plaintiff does not waive any claims.

### IV. Depositions

The Plaintiff does not anticipate introducing any depositions but reserves the right to do so in the event of witness unavailability. The Plaintiff may reference certain deposition pages in order to impeach or refresh a witness's testimony or for any other purpose allowed by the Fed. R. Civ. P. 32(a).

### V. Exhibit List

| Exh. | F/ID | Date | Exhibit Name |
|---|---|---|---|
| 1 | ID | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" |
| 2 | ID | 10/26/23 | Union Leader Article - Ortolano's First Amendment Award |
| 3 | ID | 10/26/23 | First Amendment Award Booklet |
| 4 | ID | 10/26/23 | Eagle Sculpture Award - sculpture will be brought into Court |
| 5 | F | 9/12/18 | Attest Board of Aldermen Meeting Minutes pgs. 1,13-14, 17 (Full Attest Meeting Minutes for Judge McCafferty) |
| 6 | F | 10/10/18 | Bolton email to Board on A Stroll Down Berkeley St w Ortolano email to Mayor, Atty. Bolton, etc. |
| 7 | ID | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 |
| 8 | ID | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess - Mayor's Property Record Card |
| 9 | ID | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) |
| 10 | ID | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" |
| 11 | ID | 12/11/18 | Board of Aldermen Meeting Minutes pgs. 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) |
| 12 | ID | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" |
| 13 | ID | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) |
| 14 | ID | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" |
| 15 | ID | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (RTK 2019-89 & 97) |
| 16 | F | Sep-19 | Nashua Assessor Manual "Public Relations in the Assessor's Office" |
| 17 | F | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) |
| 18 | F | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) – meeting with Dame |
| 19 | F | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" |

| | | | |
|---|---|---|---|
| 20 | ID | 6/19/19 | BTLA Order and Hearing Notice Aug 6, 2019 |
| 21 | ID | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" |
| 22 | ID | 10/29/19 | BTLA Order for Reassessment |
| 23 | F | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas |
| 24 | F | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Re: Right to Know Requests |
| 25 | F | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) |
| 26 | F | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting |
| 27 | ID | 3/9/21 | Board of Alderman Meeting – Zoom LO Public comment on Arrest pgs. 1, 42, 47 (Full Attest Meeting Minutes for Judge McCafferty) |
| 28 | ID | 2020 | DRA Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier |
| 29 | ID | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" |
| 30 | ID | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) |
| 31 | ID | 11/14/20 | FB Post "Something weird is happening…" |
| 32 | F | 1/14/20 | Ortolano email to Brown - Ortolano Abatement File |
| 33 | F | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) |
| 34 | F | 1/15/20 | Ortolano email to Mayor Re: Abatement File |
| 35 | ID | 1/15/21 | City Public Notice for Access to Assessing Office during Covid |
| 36 | ID | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments |
| 37 | ID | 5/29/21 | City Public Notice for Reopening Nashua City Hall |
| 38 | F | 1/17/21 | Ortolano email to Assesshelp/Chief Vincent 7 21PM Re: 2 Signed Abatement Applications |
| 39 | F | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent 10:41AM Re: Follow-up on 2 signed Abatement Applications |
| 40 | F | 1/20/21 | Rick Vincent email to Ortolano 11 03AM Re: 2 signed Abatement Applications |

| | | | |
|---|---|---|---|
| 40-a | ID | 1/21/21 | Ortolano email to Vincent 5:49 PM Re: Totally Unfair Abatement Process |
| 40-b | ID | 1/22/21 | Vincent email to Ortolano, 12:49 PM Re: Totally Unfair Abatement Process – "All applications have been processed" |
| 40-c | ID | 1/22/21 | Ortolano email to Vincent, 3:09 PM Re: Totally Unfair Abatement Process. Why haven't the Applications been stamped. |
| 40-d | ID | 1/22/21 | Vincent email to Ortolano, 3:55 PM Re: Totally Unfair Abatement Process – "I did not fill out the Tax Rep section (not completed)" |
| 40-e | ID | 1/22/21 | Ortolano email to Vincent, 3:59 PM Re: Totally Unfair Abatement Process – My apologies |
| 40-f | ID | 1/22/21 | Ortolano email to Vincent, 5:50 PM, Re: Here are the abatements signed… (Original Applications sent on Jan 17) |
| 40-g | ID | 2/2/21 | Ortolano email to Vincent, 11:24 PM, Re: 2 signed Abatement Applications 18 and 28 Baltimore Rd, forward Jan. 17, 2021 email with applications attached |
| 40-h | ID | 2/2/21 | Ortolano email to Vincent, 11:48 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore stamped receipts. |
| 40-i | ID | 2/2/21 | Vincent email to Ortolano, 12:10 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore Rd. Vincent claims he received the applications on Jan 22 at 2:18 pm. |
| 40-j | ID | 2/2/21 | Ortolano email to Vincent, 12:37 PM, Re I almost got arrested over this and I am still waiting (date-time stamps) 28 & 18 Baltimore Rd. Applications sent to assesshelp on Jan 17, 2021 |
| 40-k | ID | 2/3/21 | Vincent email to Ortolano, 9:05 AM Re: Date stamped abatement application, send 28 Baltimore application |
| 40-l | ID | 2/3/21 | Vincent email to Ortolano, 9:07 AM Re: Date Stamped Abatement Applications, send 18 Baltimore Rd application |
| 40-m | ID | 2/3/21 | Vincent email to Ortolano Feb. 3, 2021 @ 9:50 PM Re: I almost got arrested over this… |
| 41 | F | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application Stamped |
| 42 | F | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd. Application Stamped |
| 43 | ID | 6/11/21 | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals Sent to Attorneys Bolton and Leonard |
| 44 | F | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16, (Attest Full Board of Assessors Meeting Minutes) 18 & 28 Abatement granted by Board |
| 45 | F | 3/24/21 | Complaint - Class A Misdemeanor |
| 46 | F | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor |
| 47 | F | 1/22/21 | Call log/Reports for Trespass at City Hall |
| 48 | F | 2/18/21 | Property taken at arrest 2/18/21 |

| 49 | F  | 2/18/21 | Bail and Bail Conditions |
|----|----|---------|--------------------------|
| 50 | F  | 7/12/21 | Disposition and Sentencing Form |
| 51 | F  | 1/23/21 | Union Leader Article - "Woman Escorted out of City Hall by Police" |
| 52 | ID | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on "Woman Escorted Out by Police" |
| 53 | ID | 1/27/21 | Union Leader Article - "City Hall no-trespass order put in place against Nashua Woman" |
| 54 | ID | 2/3/21  | Union Leader Article - "Laurie Ortolano won't stop taking on City Hall" |
| 55 | ID | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing" |
| 56 | ID | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 |
| 57 | ID | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance |
| 58 | F  | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions |
| 59 | ID | 7/23/21 | Kenney email to Bolton - "State v Ortolano" |
| 60 | ID | 8/19/21 | Kenney email to Bolton - Amend Conditions |
| 61 | ID | 8/18/21 | Kenney email to Bolton - "Phone Tag" |
| 62 | F  | 7/7/22  | Conditional Discharge Order |
| 63 | ID | 1/31/23 | Court Order - City Motion to Intervene on Annulment DENIED |
| 64 | ID | 7/5/21  | Ortolano email to Leonard for Training Manual |
| 65 | ID | 7/5/21  | Attorney Bolton email to Attorney Lehmann on Training Manual |
| 66 | F  | 2/2/22  | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" |
| 67 | F  | 5/5/22  | Legal Clerk Perry to Ortolano on Phone message |
| 68 | ID | 8/1/22  | Police Report 22-43246 Bolton Attempted Arrest of Ortolano 7-22-22 |
| 69 | ID | 7/28/22 | Ortolano email to Kleiner- Ortolano attending Assessor Meeting |
| 70 | ID | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner |

| | | | |
|---|---|---|---|
| 71 | ID | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) Karen Bill |
| 72 | F | 2022 | Photograph 3rd Floor Legal Office Office Hallway |
| 73 | F | 2022 | Photograph 3rd Floor Legal Office Door w Notice |
| 73-a | F | 2022 | Photograph of Door Sign - "Door Open Frequently" |
| 74 | F | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium |
| 74-a | F | 5/10/23 | Photograph Legal Office "By Appointment Only" |
| 74-b | F | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" |
| 75 | F | 5/10/24 | Photograph 3rd Floor view to IT Office |
| 76 | F | 5/10/24 | Photograph 3rd floor view to stairwell |
| 77 | ID | 5/10/24 | Video of 3rd floor hallways |
| 78 | ID | 11/30/22 | Ortolano RTK Request for Bolton Police records - 10-4-2012 Incident 12-83358 (P) |
| **NO.** | | **DATE** | **VIDEO FILES** |
| 79 | ID | 12/11/18 | A/V Board of Aldermen Meeting pt 1 Mike Ortolano Public Comment.mp4 |
| 80 | ID | 6/27/19 | A/V Board of Assessors Meeting CW.mp4 |
| 81 | ID | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton.mp4 |
| 82 | ID | 2/2/20 | A/V Board of Assessors Meeting LO Comments.mp4 |
| 83 | ID | 3/9/21 | A/V Board of Assessors Meeting Ortolano Public Comments.mp4 |
| 84 | ID | 10/25/22 | A/V Board of Aldermen Meeting KB Comments.mp4 |
| 85 | F | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building.mp4 |
| 85-a | F | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4.mp4 |
| 85-b | F | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E.mp4 |
| 85-c | F | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor.mp4 |
| 85-d | F | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3.mp4 |

| 85-e | F | 1/22/21 | 20210122_094525_Video CH-RearParking.mp4 |
|---|---|---|---|
| | | | **Exhibit Name** |
| 86 | ID | 4/29/25 | June 5, 2025 Status Conference Memorandum |
| 87 | ID | 5/9/25 | City Objection to Status Conference Memorandum |
| 88 | ID | 2021-22 | Criminal Defense Costs |

## VI. Electronic Use of Evidence

The Parties have conferred and agree to utilize JERS.

## VII. Special, Compensatory and Punitive Damages

a. Attorney Mark Sisti (Criminal Defense) $3,500.00
b. Attorney Timothy Goulden and Attorney Johnson (Criminal Defense) $7,625.00
c. Bail - $40.00
d. Compensatory Damages including damages for emotional distress, impairment of reputation, personal humiliation and embarrassment;
e. Prejudgment interest;
f. Punitive damages pursuant to *Smith v Wade,* 461 U.S. 30 (1983)

## VIII. Demand and Offer

The Plaintiff demands $995,000.00

The Defendants have not made an offer.

## IX. Attorney's Fees

The Plaintiff seeks an award of reasonable Attorney's fees pursuant to §1988.

## X. View

The Plaintiff does not request a view in the first instance.

## XI. Length of Trial

8 days.

Respectfully Submitted by,

Dated: December 30, 2025

*/s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: December 30, 2025                     */s/William Aivalikles*
                                             William Aivalikles, Esq.