UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 1:22-cv-00326-LM |
| ) | |
| **The City of Nashua,** *et al.*, ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' PRETRIAL CONFERENCE MEMORANDUM

Defendants Steven A. Bolton and Celia K. Leonard respectfully submit this memorandum to identify possible issues to be considered at the final pretrial conference on January 20, 2026:

1. The plaintiff has added several new exhibits – 40-a through 40-m and 88. The defendants' objections are set forth in the table filed January 13, 2026, and Defendants' Exhibit D is appended here for reference as Exhibit A in connection with Exhibits 40-a through 40-e.

2. The plaintiff has added three new "may call" witnesses, but also left on the "will call" list several witnesses ruled out in this Court's April 22, 2025 Order appended here for reference as Exhibit B.

3. Plaintiff's Exhibit 38, as submitted on a JERS stick, has an extraneous 2023 letter as the last page.

4. Plaintiff's Exhibit 30 purports to be redacted, but still includes comments posted by third parties.

5. The plaintiff has recently made social media posts regarding this trial. An example is appended here as Exhibit C. The Court ought to caution all parties against such extrajudicial statements through the conclusion of the trial.

1

6.  To date, plaintiff has not provided defendants with marked copies of plaintiff's exhibits, electronically or otherwise.

                                        Respectfully submitted,

                                        **Steven A. Bolton,**

                                        By his Counsel,

                                        **UPTON & HATFIELD, LLP,**

Date:  January 13, 2026                   /s/ Russell F. Hilliard
                                                      Russell F. Hilliard; NHBA #1159
                                                        159 Middle Street
                                                        Portsmouth, NH 03801
                                                        (603) 436-7046
                                                        rhilliard@uptonhatfield.com

                                                        Brooke Lovett Shilo; NHBA #20794
                                                       Madeline K. Matulis; NHBA #276135
                                                       10 Centre Street; PO Box 1090
                                                       Concord, NH 03302-1090
                                                       (603) 224-7791
                                                       bshilo@uptonhatfield.com
                                                       mmatulis@uptonhatfield.com

and

**Celia K. Leonard**

By her attorneys

**CULLEN COLLIMORE SHIRLEY, PLLC,**

Dated:  January 13, 2026

/s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard