**EXHIBIT A**

**DEFENDANTS' TRIAL EXHIBIT**

**D**

1:22-cv-00326-LM

| | |
|---|---|
| **From:** | Laurie Ortolano |
| **To:** | Vincent, Richard |
| **Subject:** | Re: Totally Unfair Abatement Process |
| **Date:** | Friday, January 22, 2021 3:59:32 PM |
| **Attachments:** | image001.gif |

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

My apologies. I must have scanned them before I signed. I asked other questions and for other information. I would really appreciate it if you would respond to all my questions and not piecemeal. Please send me the abatement list compiled so far. Please tell when and where I can come to review abatement applications.

Thank you for your understanding and cooperation.

Laurie

On Fri, Jan 22, 2021 at 3:55 PM Vincent, Richard <vincentr@nashuanh.gov> wrote:

> Laurie,
>
> You did not fill out the Tax Rep section of the abatement applications, nor did you sign them. Please resubmit the application with the Tax Rep sections completed and I will be happy to process them. For any new abatement applications that you are serving as a tax rep, please be sure to fill out the Tax Rep section on the first page, and sign the document on the last page, where the Tax Rep needs to sign.
>
> Thank you for your understanding and cooperation.
>
> Regards,
>
> Richard Vincent |  Chief Assessor
>
>  **City of Nashua – Assessing Dept**
>
> 229 Main Street, Nashua,  NH 03060

Tel. (603) 589-3057

---

**From:** Laurie Ortolano <laurieortolano@gmail.com>
**Sent:** Friday, January 22, 2021 3:10 PM
**To:** Vincent, Richard <vincentr@nashuanh.gov>
**Subject:** Re: Totally Unfair Abatement Process

**CAUTION:** This email came from outside of the organization. Do not click links/open attachments if source is unknown.

If I am on the abatement as a tax representative, why am I not emailed a copy? Why did n't anyone tell me this? When you cut a check to a property owner that has a representative, the City sends the check to the rep not the property owner. DId you know that?

Also, can you send me the logged list of all abatements that have been received so far? If I can follow up on this on Fridays, that would be great. The legal office is bogged down on paperwork and cannot get the applications out. I really don't want scanned copies of all abatements. It is too much paper and time. Also, Can I come in and review the applications? The legal office invited me into City Hall for many hours at time to review documents. If they are willing to allow me in, then you should be ok with this as well.

Also, in thinking about it, I need the date time stamped receipt for 28 Baltimore and 18 Baltimore Rd. I am the representative and I am responsible for these. I will speak to the board andf the Nashua assessors about these and I should absolutely have the paperwork that these are properly processed. These are very senior citizens that asked for help.

Thank you,

Laurie

On Fri, Jan 22, 2021 at 12:49 PM Vincent, Richard <vincentr@nashuanh.gov> wrote:

> Ms. Ortolano,

The abatement applications are processed and logged as quickly as possible, once received. All abatement applications in our possession have been processed and logged. Those that have requests for confirmation of receipt have had a copy of the date-stamped application emailed to the property owner.

Regards,

Richard Vincent |  Chief Assessor

    **City of Nashua – Assessing Dept**

229 Main Street, Nashua,  NH 03060

Tel. (603) 589-3057

---

**From:** Laurie Ortolano <laurieortolano@gmail.com>
**Sent:** Thursday, January 21, 2021 5:50 PM
**To:** Vincent, Richard <vincentr@nashuanh.gov>
**Cc:** Mayor's Office Email <NashuaMayor@nashuanh.gov>; Stepp, Lindsey <Lindsey.Stepp@dra.nh.gov>; Roth, Peter <Peter.Roth@dra.nh.gov>; Gerry, James <James.Gerry@dra.nh.gov>; Board of Assessors <boase@nashuanh.gov>; Board of Aldermen <BOA@nashuanh.gov>; Laura Colquhoun <lauracolquhoun2@gmail.com>
**Subject:** Totally Unfair Abatement Process

**CAUTION:** This email came from outside of the organization.  Do not click links/open attachments if source is unknown.

Mr. Vincent,

I am really concerned about these abatement applications coming into City Hall. Why haven't I received the date stamp receipt back on the applications I submitted on Sunday? They went to assesshelp and therefore they should have been processed by now. I am doing hundreds of applications. I have written on all applications to email back a date/time stamped receipt. With the office closed, we cannot just walk in and get this taken care of immediately. I have asked the DRA for an extension for Filing. I don't know

why we can't have until at least April 1st given the situation down here. Where are the applications being stored with the office closed? Who is responsible for the applications? Who can I call for follow up? Who is responsible for removing the mail from the dropbox. There is a woman who sits in the hallway doing little to nothing as a gatekeeper. Why can we give her the date/time stamp machine and put a copier in the hallway. She can be there to take walk-ins who want to drop off their applications. Let people know they can come into the hallway, drop their applications off and get the receipt immediately. Please work with us. We have from November 12, 2020 to March 1, 2021 to file. The office has been closed with no services available from November 12 to now, January 21. We have lost 50 business days with no property cards available or any assistance from the assessing office. The office has been closed this entire time. We have **27 business days left** to file and I still have no idea when the office will open.

The City has April 2, 2021 until August 31, 2021 to process applications before the filing deadline to contest a property issue with the Board of Tax and Land Appeals or Superior Court. So, the City, on the hand, has **133 business days to process the application** submitted. They can access any of the staff they need and all the computer information necessary. This is totally unfair.

I truly had no idea, we would be in this terrible situation now. Ms. Kleiner led us all to believe that the office would be open and software, cards, and services would be available to the public. We have little to nothing.

The City has had a history of losing application and not opening envelopes. We have a serious competency problem in the assessing office. I would appreciate a response.

Laurie