# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Laurie Ortolano,<br>Plaintiff,<br><br>v.<br><br>The City of Nashua, *et al.*,<br>Defendants. | )<br>)<br>)<br>)    Civil Action No. 1:22-cv-00326-LM<br>)<br>)<br>)<br>) |

### OBJECTION OF THE DEFENDANTS,
### STEVEN A. BOLTON AND CELIA K. LEONARD
### TO PLAINTIFF'S NEW TRIAL EXHIBITS

Defendants Steven A. Bolton and Celia K. Leonard respectfully object to the plaintiff's

new trial exhibits as follows:

| No. | | Exhibit | Objection |
|---|---|---|---|
| 40-a. | 1/21/21 | Ortolano email to Vincent 5:49 PM re: Totally Unfair Abatement Process | This email is contained within a chain of emails that are defendants' D, a full exhibit. Breaking the chain into five (5) exhibits creates an unnecessary multiplicity and potential confusion regarding sequence of the communications. |
| 40-b. | 1/22/21 | Vincent email to Ortolano 12:49 PM re: Totally Unfair Abatement Process – "All applications have been processed" | *See* Exh. 40-a. Also, the subject line has been altered in the description of the exhibit. |
| 40-c. | 1/22/21 | Ortolano email to Vincent 3:09 PM re: Totally Unfair Abatement Process. Why haven't the Applications been stamped | *See* Exh. 40-a. Also, the subject line has been altered in the description of the exhibit. |
| 40-d. | 1/22/21 | Vincent email to Ortolano 3:55 PM re Totally Unfair Abatement Process – "I did not fill out the Tax Rep section (not | *See* Exh. 40-a. Also, the subject line has been altered in the description of the |

| | | completed)" | exhibit. |
|---|---|---|---|
| 40-e. | 1/22/21 | Ortolano email to Vincent 3:59 PM re: Totally Unfair Abatement Process – My apologies | *See* Exh. 40-a. Also, the subject line has been altered in the description of the exhibit. |
| 40-f. | 1/22/21 | Ortolano email to Vincent 5:50 PM re: Here are the abatements signed… (Original Applications sent on Jan 17) | This is the same as defendants' E, a full exhibit, but lacking the attachments. |
| 40-g. | 2/2/21 | Ortolano email to Vincent 11:24 PM re: 2 signed Abatement Applications 18 and 28 Baltimore Rd, forward Jan. 17, 2021 email with applications attached | This is a resending of plaintiff's 38, a full exhibit, but without the text or attachments of the original email. It is an unnecessary burden and potentially confusing. |
| 40-h. | 2/2/21 | Ortolano email to Vincent 11:48 PM re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore stamped receipts | The subject line of this email and text contain commentary about the plaintiff's arrest that is hearsay and the exhibit adds nothing to the chronology of events in late January and early February 2021 (plaintiff's Exhs. 41 and 42, full exhibits, complete the narrative). |
| 40-i. | 2/2/21 | Vincent email to Ortolano 12:10 PM re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore Rd. Vincent claims he received the applications on Jan 22 at 2:18 pm | *See* Exh. 40-h. |
| 40-j. | 2/2/21 | Ortolano email to Vincent 12:37 PM re: I almost got arrested over this and I am still waiting (date-time stamps) 28 & 18 Baltimore Rd. Applications sent to assesshelp on Jan 17, 2021 | *See* Exh. 40-h. |
| 40-k. | 2/3/21 | Vincent email to Ortolano 9:05 AM re: Date stamped abatement application, send 28 | This exhibit is duplicative, an unnecessary burden, and potentially confusing. |

| | | Baltimore application | |
|---|---|---|---|
| 40-l. | 2/3/21 | Vincent email to Ortolano 9:07 AM re: Date Stamped Abatement Applications, send 18 Baltimore Rd application | This exhibit is duplicative, an unnecessary burden, and potentially confusing. |
| 40-m. | 2/3/21 | Vincent email to Ortolano Feb. 3, 2021 @ 9:50 PM re: I almost got arrested over this… | *See* Exh. 40-h. |
| 88. | 2021-22 | Criminal Defense Costs | Irrelevant; hearsay |

Respectfully submitted,

**Steven A. Bolton,**

By his Counsel,

**UPTON & HATFIELD, LLP,**

Date:  January 13, 2026

/s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo; NHBA #20794
Madeline K. Matulis; NHBA #276135
10 Centre Street
Concord, NH 03301
(603) 224-7791
bshilo@uptonhatfield.com
mmatulis@uptonhatfield.com

and

**Celia K. Leonard**

By her attorneys

**CULLEN COLLIMORE SHIRLEY, PLLC,**

Dated:  January 13, 2026

/s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

/s/ Russell F. Hilliard
Russell F. Hilliard