## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Laurie Ortolano, ) | |
|                  Plaintiff ) | |
| ) | |
| V. ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| ) | |
| Steven Bolton and Celia Leonard ) | |
|                  Defendants ) | |
| ) | |

**PLAINTIFF'S RESPONSES TO DEFENDANTS' OBJECTIONS OF TRIAL EXHIBITS**
(Table Format)

NOW COMES the Plaintiff and provides Responses to Defendants' Objections to Plaintiff's trial exhibits in table format.

| Exh. | F/ID | Date | Exhibit Name | Response to Defendant Objection |
|---|---|---|---|---|
| 1 | ID | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" | This letter is part of full Exhibit 47 (police logs and reports of incident). This email is part of the complete Police Report in Exhibit 47. Plaintiff made it a separate exhibit as a standalone as it is central to the case and Plaintiff prefers it to be marked as a separate, free-standing Exhibit. See pgs 21-23 of Exhibit 47. |
| 2 | ID | 10/26/23 | Union Leader Article - Ortolano's First Amendment Award | Not hearsay b/c Plaintiff able to testify as to content.<br><br>This evidence illustrates Plaintiff's background. Award was provided to Laurie based on RTK requests relevant to Defendants' retaliation. |
| 3 | ID | 10/26/23 | First Amendment Award Booklet | "" "" |
| 4 | ID | 10/26/23 | Eagle Sculpture Award - sculpture will be brought into Court | "" "" |
| 5 | F | 9/12/18 | Attest Board of Aldermen Meeting Minutes pgs. 1,13-14, 17 (Full Attest Meeting Minutes for Judge McCafferty) | Marked and accepted as full |
| 6 | F | 10/10/18 | Bolton email to Board on A Stroll Down Berkeley St w Ortolano email to Mayor, Atty. Bolton, etc. | Marked and accepted as full |
| 7 | ID | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 | **Relevancy:**<br>Email exchange about assessment of Plaintiff's property that later became subject of DRA investigation.<br><br>DRA investigation resulted in sanctions against City assessors in June and October 2020 – shortly before arrest. |

| | | | | |
|---|---|---|---|---|
| | | | | Defendants denied RTK request for sanctions against assessors. Plaintiff lobbied and successfully changed law to require disclosure. |
| | | | | Sanctions partially form basis for retaliation. |
| | | | | See also Ex. 12 & Ex. 28. |
| 8 | ID | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess - Mayor's Property Record Card | Email from Plaintiff to Defendant Bolton highlighting low assessment of Mayor's home and illustrates Plaintiff's speech activities as well as evidence Bolton's animus and retaliatory motive. |
| 9 | ID | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) | Example of Plaintiff's speech activities critical of Nashua during public meetings. Mayor and Plaintiff Bolton were present where Mayor states Plaintiff's comments were "completely a slander." |
| 10 | ID | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" | Publicity critical of the City resulting from Plaintiff's speech activities. |
| 11 | ID | 12/11/18 | Board of Aldermen Meeting Minutes pgs. 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) | Comments of witness Michael Ortolano about unfair assessment rates. Mayor and Defendant Bolton were present. |
| 12 | ID | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" | Example of Defendant's Leonard's obstruction of RTK requests. The Plaintiff had awareness of a "Donchess Timeline" based on prior RTK request. The "Donchess Timeline" is the subject matter of the City's email. Despite verbatim RTK request with exact date for "Donchess Timeline," Defendant Leonard denied existence of responsive documents. |

3

| | | | | | |
|---|---|---|---|---|---|
| | | | | | See pg. 19 of Exhibit 7. |
| 13 | ID | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) | | "" "" |
| 14 | ID | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" | | "" "" |
| 15 | ID | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (RTK 2019-89 & 97) | | Defendant Leonard provides documents in response to request described in Ex. 12. |
| 16 | F | Sep-19 | Nashua Assessor Manual "Public Relations in the Assessor's Office" | | Marked and accepted as full |
| 17 | F | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) | | Marked and accepted as full |
| 18 | F | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) – meeting with Dame | | Marked and accepted as full |
| 19 | F | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" | | Marked and accepted as full |
| 20 | ID | 6/19/19 | BTLA Order and Hearing Notice Aug 6, 2019 | | **Relevancy:** Order from BTLA was issued based on Plaintiff's petitioning efforts related to assessing in Nashua. Plaintiff prepared a comprehensive report (see ex. 21) and presented to the board at the hearing. Defendants Bolton and Leonard were both present at August 6, 2019 hearing. Defendant Bolton spoke at hearing. BTLA issued order in October 2019 based on testimony and evidence of Plaintiff. See Ex. 22. |

4

| | | | | |
|---|---|---|---|---|
| | | | | City was ordered to produce quarterly reports for progress on 2022 assessment to BTLA and DRA. |
| 21 | ID | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" | "" "" |
| 22 | ID | 10/29/19 | BTLA Order for Reassessment | "" "" |
| 23 | F | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas | Marked and accepted as full |
| 24 | F | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Re: Right to Know Requests | Marked and accepted as full |
| 25 | F | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) | Marked and accepted as full |
| 26 | F | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting | Marked and accepted as full |
| 27 | ID | 3/9/21 | Board of Alderman Meeting – Zoom LO Public comment on Arrest pgs. 1, 42, 47 (Full Attest Meeting Minutes for Judge McCafferty) | Illustrates Plaintiff's then-state of mind related to arrest incident. |
| 28 | ID | 2020 | DRA Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier | Sanctions partially form basis for Defendants' retaliation against Plaintiff. |
| 29 | ID | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" | Example of negative publicity against City of Nashua based on Plaintiff's speech activities leading up to arrest incident. |
| 30 | ID | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) | Social media comments indicate that Defendant Bolton was monitoring and responding to Plaintiff's speech.<br><br>Comments relate to "The Nashua Scoop" Facebook page related to Plaintiff's November 2020 posts about RTK issues in City. |

| | | | | |
|---|---|---|---|---|
| | | | | Illustrative of Bolton's state of mind about Plaintiff's attempts to obtain public records from City "she has cost taxpayers thousands." |
| 31 | ID | 11/14/20 | FB Post "Something weird is happening…" | "" "" Relevant because exhibit illustrates Defendant Bolton's monitoring of and responding to Plaintiff's online speech activities. Comments by Bolton are argumentative in response to Plaintiff's comments about assessments. Indicative of animus and motive to retaliate. |
| 32 | F | 1/14/20 | Ortolano email to Brown - Ortolano Abatement File | Marked and accepted as full |
| 33 | F | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) | Marked and accepted as full |
| 34 | F | 1/15/20 | Ortolano email to Mayor Re: Abatement File | Marked and accepted as full |
| 35 | ID | 1/15/21 | City Public Notice for Access to Assessing Office during Covid | Provides City of Nashua's residents information on how to access assessing office during construction. |
| 36 | ID | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments | Shows City of Nashua offices requiring appointments. |
| 37 | ID | 5/29/21 | City Public Notice for Reopening Nashua City Hall | Public Notice lists each office that requires appointments. Notice is silent about any requirement to have appointment for legal. |
| 38 | F | 1/17/21 Rc'vd 11/16/23 | Ortolano email to Assesshelp/Chief Vincent 7 21PM Re: 2 Signed Abatement Applications | Marked and accepted as full |
| 39 | F | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent 10:41AM  Re: Follow-up on 2 signed Abatement Applications | Marked and accepted as full |
| 40 | F | 1/20/21 | Rick Vincent email to Ortolano 11 03AM Re: 2 signed Abatement Applications | Marked and accepted as full |

| | | | | |
|---|---|---|---|---|
| 40-a | ID | 1/21/21 | Ortolano email to Vincent 5:49 PM Re: Totally Unfair Abatement Process | Defendants Exhibit D - combined 5 emails into a threaded chain that must be read backwards to follow the flow of communication. This is the last email, fifth, in the chain. Plaintiff has separated each email to avoid Jury Confusion. Plaintiff is requesting Court accept these as Full 40-a through 40-e |
| 40-b | ID | 1/22/21 | Vincent email to Ortolano, 12:49 PM  Re: Totally Unfair Abatement Process – "All applications have been processed" | See 40-a above. This represent Defendant Exhibit D – forth in the chain |
| 40-c | ID | 1/22/21 | Ortolano email to Vincent, 3:09 PM Re: Totally Unfair Abatement Process. Why haven't the Applications been stamped. | See 40-a above. This represents Defendant Exhibit D – third in the chain |
| 40-d | ID | 1/22/21 | Vincent email to Ortolano, 3:55 PM Re: Totally Unfair Abatement Process – "I did not fill out the Tax Rep section (not completed)" | See 40-a above – This represents Defendant Exhibit D – second email in the chain |
| 40-e | ID | 1/22/21 | Ortolano email to Vincent, 3:59 PM Re: Totally Unfair Abatement Process – My apologies | See 40-a above – This represents Defendant Exhibit D – First email in the chain |
| 40-f | ID | 1/22/21 | Ortolano email to Vincent, 5:50 PM, Re: Here are the abatements signed… (Original Applications sent on Jan 17) | Same as City Exhibit E |
| 40-g | ID | 2/2/21 | Ortolano email to Vincent, 11:24 PM, Re: 2 signed Abatement Applications 18 and 28 Baltimore Rd, forward Jan. 17, 2021 email with applications attached | Vincent wrongfully claimed that Plaintiff did not fill out the tax rep section and did not  sign the abatement applications in a prior email (see Ex. 40-d).<br><br>This is NOT the same exhibit as 37 because it was a follow up email sent on Feb 2, 2021 informing Rick Vincent that I sent the Original signed application on Jan. 17, 2021. |

| | | | | |
|---|---|---|---|---|
| | | | | Relevant because prior communications claimed that City did not have a copy of the abatement request. |
| 40-h | ID | 2/2/21 | Ortolano email to Vincent, 11:48 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore stamped receipts. | Illustrative of Plaintiff's then-state of mind. <br><br> Evidence of Plaintiff's emotional distress based on City's failure to treat Plaintiff similarly to other residents and contrary to policy. Distress also based on "almost" getting arrested over date stamp. <br><br> Follow-up on the date stamped application which plaintiff had been waiting for since Jan 17 2021. Arrest warrant was issued for Plaintiff on Feb 18 2021. |
| 40-i | ID | 2/2/21 | Vincent email to Ortolano, 12:10 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore Rd. Vincent claims he received the applications on Jan 22 at 2:18 pm. | "" "" |
| 40-j | ID | 2/2/21 | Ortolano email to Vincent, 12:37 PM, Re I almost got arrested over this and I am still waiting (date-time stamps) 28 & 18 Baltimore Rd. Applications sent to assesshelp on Jan 17, 2021 | "" "" |
| 40-k | ID | 2/3/21 | Vincent email to Ortolano, 9:05 AM Re: Date stamped abatement application, send 28 Baltimore application | Not duplicative. The stamp was crossed out and January 22, 2021 was handwritten in. <br><br> This is the first instance in which date stamp was provided to Plaintiff. Also coincides with date of first meeting between Defendant Leonard and police officer Roach re: arrest for trespass. |

| | | | | |
|---|---|---|---|---|
| 40-l | ID | 2/3/21 | Vincent email to Ortolano, 9:07 AM Re: Date Stamped Abatement Applications, send 18 Baltimore Rd application | "" "" |
| 40-m | ID | 2/3/21 | Vincent email to Ortolano Feb. 3, 2021 @ 9:50 PM Re: I almost got arrested over this… | Vincent confirmation that both stamped applications were sent to Plaintiff. |
| 41 | F | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application Stamped | Marked and accepted as full |
| 42 | F | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd. Application Stamped | Marked and accepted as full |
| 43 | ID | 6/11/21 | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals Sent to Attorneys Bolton and Leonard | Relevancy: Bolton's prior statements that the appeal would be dismissed is contradicted by this order. Order siding with Plaintiff re: property tax appeal. |
| 44 | F | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16, (Attest Full Board of Assessors Meeting Minutes) 18 & 28 Abatement granted by Board | Marked and accepted as full |
| 45 | F | 3/24/21 | Complaint - Class A Misdemeanor | Marked and accepted as full |
| 46 | F | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor | Marked and accepted as full |
| 47 | F | 1/22/21 | Call log/Reports for Trespass at City Hall | Marked and accepted as full |
| 48 | F | 2/18/21 | Property taken at arrest 2/18/21 | Marked and accepted as full |
| 49 | F | 2/18/21 | Bail and Bail Conditions | Marked and accepted as full |
| 50 | F | 7/12/21 | Disposition and Sentencing Form | Marked and accepted as full |
| 51 | F | 1/23/21 | Union Leader Article - "Woman Escorted out of City Hall by Police" | Marked and accepted as full |

| 52 | ID | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on "Woman Escorted Out by Police" | Witness will testify as to contents of letter. |
|---|---|---|---|---|
| 53 | ID | 1/27/21 | Union Leader Article - "City Hall no-trespass order put in place against Nashua Woman" | Is a follow up to story located at Ex. 51. Contains statements from Defendant Leonard. |
| 54 | ID | 2/3/21 | Union Leader Article - "Laurie Ortolano won't stop taking on City Hall" | Example of negative reporting by press about City of Nashua prior to Plaintiff's arrest and published the same day Defendant Leonard met with police to lobby for investigation and arrest of Plaintiff. |
| 55 | ID | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing" | See Ex. 51 & 53.<br><br>Contains statements from Bolton "she essentially forced her way in. She jerked the door out of a paralegal's hand and entered."<br><br>Also discusses legal office policy "by appointment only." |
| 56 | ID | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 | Dave Lavoie will authenticate.<br><br>Confirmed by Chief Carignan in his deposition testimony. Shows pattern and practice of police discretion not to arrest trespassers at City Hall when warned to leave. |
| 57 | ID | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance | Damages and state of mind. Fear of being arrested led to Ortolano's need to hire an attorney. |
| 58 | F | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions | Marked and accepted as full |
| 59 | ID | 7/23/21 | Kenney email to Bolton - "State v Ortolano" | Communication informing Defendant Bolton that Plaintiff pled to civil trespass violation. Police Prosecutor states that he's "aware" that Plaintiff is alleging conspiracy. |
| 60 | ID | 8/19/21 | Kenney email to Bolton - Amend Conditions | Police prosecutor soliciting position from City of Nashua re: modify bail. |
| 61 | ID | 8/18/21 | Kenney email to Bolton - "Phone Tag" | Illustrative of ongoing communications between police |

| | | | | | prosecutor and Bolton. States that Bolton "indicated a desire to have [a] say" in the matter. |
|---|---|---|---|---|---|
| 62 | F | 7/7/22 | Conditional Discharge Order | | Marked and accepted as full |
| 63 | ID | 11/23/22 | Court Order - City Motion to Intervene on Annulment DENIED | | Order denying City's motion to intervene on annulment of trespass violation. Relevant to motive, animus and continued retaliation. |
| 64 | ID | 7/5/21 | Ortolano email to Leonard for Training Manual | | Evidence of ongoing retaliation |
| 65 | ID | 7/5/21 | Attorney Bolton email to Attorney Lehmann on Training Manual | | "" "" |
| 66 | F | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" | | Marked and accepted as full |
| 67 | F | 5/5/22 | Legal Clerk Perry to Ortolano on Phone message | | Marked and accepted as full |
| 68 | ID | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest of Ortolano 7-22-22 | | Relevant to damages. Caused Plaintiff anxiety, fear of second arrest, etc. |
| 69 | ID | 7/28/22 | Ortolano email to Kleiner- Ortolano attending Assessor Meeting | | After Defendant Bolton's attempt to have Plaintiff arrested for trespass, Plaintiff could not enter third floor of city hall to attend meeting. See exhibit 68 (police report). |
| 70 | ID | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner | | Defendant Bolton replies to communication in 69 and denies statements. See exhibit 68 as demonstrative of untruthfulness of denial. |
| 71 | ID | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) Karen Bill | | Witness Karen Bill to testify about meeting. |
| 72 | F | 2022 | Photograph 3rd Floor Legal Office Office Hallway | | Marked and accepted as full |
| 73 | F | 2022 | Photograph 3rd Floor Legal Office Door w Notice | | Marked and accepted as full |

11

| 73-a | F | 2022 | Photograph of Door Sign - "Door Open Frequently" | Marked and accepted as full |
|---|---|---|---|---|
| 74 | F | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium | Marked and accepted as full |
| 74-a | F | 5/10/23 | Photograph Legal Office "By Appointment Only" | Marked and accepted as full |
| 74-b | F | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" | Marked and accepted as full |
| 75 | F | 5/10/24 | Photograph 3rd Floor view to IT Office | Marked and accepted as full |
| 76 | F | 5/10/24 | Photograph 3rd floor view to stairwell | Marked and accepted as full |
| 77 | ID | 5/10/24 | Video of 3rd floor hallways | Source of photographs in Ex. 72-76. |
| 78 | ID | 11/30/22 | Ortolano RTK Request for Bolton Police records - 10-4-2012 Incident 12-83358 (P) | Dave Lavoie will authenticate. Prior bad acts of Defendant Bolton – contains threats of arrest and misrepresentations by Defendant. |
| **NO.** | | **DATE** | **VIDEO FILES** | |
| 79 | ID | 12/11/18 | A/V Board of Aldermen Meeting pt 1 Mike Ortolano Public Comment.mp4 | Witness Michael Ortolano will be present to testify. Criticizes City. |
| 80 | ID | 6/27/19 | A/V Board of Assessors Meeting CW.mp4 | Resident criticizes City. Former City employee who was fired/. |
| 81 | ID | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton.mp4 | Impeachment purposes re: Bolton's statements. |
| 82 | ID | 2/2/20 | A/V Board of Assessors Meeting LO Comments.mp4 | Plaintiff's statements about the need for City to create a policy manual for assessing office. |
| 83 | ID | 3/9/21 | A/V Board of Assessors Meeting Ortolano Public Comments.mp4 | Illustrates to jury the demeanor and conduct of Plaintiff when making public comment. Not admitted for truth of statements; but admitted for evidence of tone and demeanor when making them. |
| 84 | ID | 10/25/22 | A/V Board of Aldermen Meeting KB Comments.mp4 | Karen Bill statements. Bolton was present. |
| 85 | F | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building.mp4 | Marked and accepted as full |
| 85-a | F | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4.mp4 | Marked and accepted as full |

| | | | | |
|---|---|---|---|---|
| 85-b | F | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E.mp4 | Marked and accepted as full |
| 85-c | F | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor.mp4 | Marked and accepted as full |
| 85-d | F | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3.mp4 | Marked and accepted as full |
| 85-e | F | 1/22/21 | 20210122_094525_Video CH-RearParking.mp4 | Marked and accepted as full |
| | | | **Exhibit Name** | |
| 86 | ID | 4/29/25 | June 5, 2025 Status Conference Memorandum | |
| 87 | ID | 5/9/25 | City Objection to Status Conference Memorandum | |
| 88 | ID | 2021-22 | Criminal Defense Costs | Damages |

**Dated: January 19, 2026**                Respectfully Submitted,

Plaintiff Laurie Ortolano.
By her Attorney,

*/s/William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

### CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: January 19, 2026                */s/William Aivalikles*
                                                     William Aivalikles, Esq.

13