UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Laurie Ortolano

    v.                                          Civil No. 22-cv-326-LM

Steven Bolton and
Celia Leonard

**FINAL PRETRIAL ORDER**

1. Date of Pretrial Conference: January 20, 2026.

2. Counsel Present: Attorney William Aivalikles for plaintiff Laurie Ortolano, Attorneys Russell Hilliard and Madeline Matulis for defendant Steven Bolton, and Attorney Brian Cullen for defendant Celia Leonard.

3. Type of Trial: Jury.

4. Date of Trial: **February 3, 2026**.

5. Estimated Length of Trial: Four days.

6. Jury Selection: Court to issue separate order.

7. Status Conference. To the extent there are disputed evidentiary or other legal questions that can be resolved before trial, the court will entertain these matters at a status conference on February 2 at 10:00 a.m.

8. Deposition Transcripts: Prior to trial, parties shall stipulate with respect to portions of any videotaped (or other) deposition testimony that any party intends to admit. The court anticipates that the parties will negotiate in good faith to avoid litigating the admissibility of portions of any deposition transcript. To the extent the parties cannot reach a stipulation, they shall bring any disputes to the attention of the court on or before **Monday, January 26, 2026.** Any disputes regarding admissibility of portions of deposition testimony shall be presented in a motion that outlines the disagreements and attaches the entire deposition transcript or those portions necessary for the court to issue a ruling. The disagreements shall be outlined in chart format as follows (or in substantially similar fashion):

| Page/Line | Basis for Admissibility | Basis for objection |
|---|---|---|
| | | |
| | | |

9. <u>Efficient Use of Jury Time</u>:  To the extent possible, parties shall anticipate and notify the court of any legal disputes that can be discussed outside the presence of the jury.  The court intends to utilize jury time in the most efficient manner possible. The court will give counsel an opportunity to alert the court at each break during the trial and at the beginning and end of each day of trial.  The court will meet with counsel at least one hour before the trial is scheduled to begin each day of trial.  Counsel should also anticipate meeting with the court at the end of each day of trial, as necessary. Unless otherwise notified, trial shall begin at 9 a.m. and end by 4 p.m. each day.

10. <u>Confirm Date and Time of Jury Selection</u>:  In order to utilize the court's resources to the fullest extent and keep counsel informed as to their status on the trial list, counsel are directed to call Courtroom Deputy Donna Esposito at (603) 225-1623 to confirm the date and time of jury selection.

**SO ORDERED.**

_____
Landya McCafferty
United States District Judge

January 21, 2026

cc: Counsel of Record

2