UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| **Laurie Ortolano,** | ) |
|---|---|
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) Civil Action No. 1:22-cv-00326-LM |
| | ) |
| **Steven A. Bolton,** *et al.***,** | ) |
| **Defendants.** | ) |
| | ) |

### UPDATED OBJECTION OF THE DEFENDANTS, STEVEN A. BOLTON AND CELIA K. LEONARD TO PLAINTIFF'S TRIAL EXHIBITS

Defendants Steven A. Bolton and Celia K. Leonard respectfully submit this updated table of objections to plaintiff's trial exhibits:[1]

| No. | | Exhibit | Objection |
|---|---|---|---|
| 1. | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" | Hearsay<br>*See* defendants' objection ¶12 |
| 2. | 10/26/23 | Union Leader Article – Ortolano's First Amendment Award | Irrelevant; hearsay<br>*See* defendants' objection ¶12 |
| 3. | 10/26/23 | First Amendment Award Booklet | Irrelevant; hearsay<br>*See* defendants' objection ¶12 |
| 4. | 10/26/23 | Eagle Sculpture Award | Irrelevant; hearsay<br>*See* defendants' objection ¶12 |
| 5. | 9/12/18 | Attest Board of Aldermen Meeting Minutes pgs 1, 13-14, 17 (Full Attest meeting Minutes for Judge McCafferty) | |

---

[1] This pleading is revised and updated from Doc. No. 191-1 filed on June 16, 2025 and Doc. No. 209 filed on January 13, 2026.

| 6. | 10/10/18 | Bolton email to Board on A Stroll Down Berkley St w Ortolano email to Mayor, Atty Bolton, etc. | |
| 7. | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 | Irrelevant<br>*See* defendants' objection ¶5 |
| 8. | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess – Mayor's Property Record Card | Irrelevant<br>*See* defendants' objection ¶3 |
| 9. | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) | Hearsay<br>*See* defendants' objection ¶1 |
| 10. | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" | Irrelevant; hearsay<br>*See* defendants' objection ¶¶4, 5 |
| 11. | 12/11/18 | Board of Aldermen Meeting Minutes pgs 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) | Hearsay<br>*See* defendants' objection ¶1 |
| 12. | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" | Irrelevant<br>*See* defendants' objection ¶¶2, 3 |
| 13. | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) | Irrelevant<br>*See* defendants' objection ¶¶2, 3 |
| 14. | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" | Irrelevant<br>*See* defendants' objection ¶¶2, 3 |
| 15. | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (2019-89 & 97) | Irrelevant<br>*See* defendants' objection ¶3 |
| 16. | Sep–19 | Nashua Assessor Manual "Public Relations in the Assessor's Office" | |
| 17. | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) | |

| | | | |
|---|---|---|---|
| 18. | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) | |
| 19. | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" | |
| 20. | 6/19/19 | BTLA Order and Hearing Notice August 6, 2019 | Irrelevant<br>*See* defendants' objection ¶5 |
| 21. | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" | Irrelevant<br>*See* defendants' objection ¶5 |
| 22. | 10/29/19 | BTL Order for Reassessment | Irrelevant<br>*See* defendants' objection ¶5 |
| 23. | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas | |
| 24. | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Right to Know Requests | |
| 25. | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) | |
| 26. | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting | |
| 27. | 3/9/21 | Board of Alderman meeting – LO PC on Arrest 1, 42, 47 (Full Attest meeting Minutes for Judge McCafferty) | Hearsay<br>*See* defendants' objection ¶1 |
| 28. | 2020 | DRA Sanctions on Assessors – Jon Duhamel, Greg Turgiss, Rob Tozier | Irrelevant<br>*See* defendants' objection ¶5 |
| 29. | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" | Irrelevant; hearsay<br>*See* defendants' objection ¶4 |
| 30. | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) | Hearsay<br>*See* defendants' objection ¶7 |
| 31. | 11/14/20 | FB Post "Something weird is happening…" | Hearsay<br>*See* defendants' objection ¶7 |

| | | | |
|---|---|---|---|
| 32. | 1/14/20 | Ortolano email to Brown – Ortolano Abatement file | |
| 33. | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) | |
| 34. | 1/15/20 | Ortolano email to Mayor Re: Abatement File | |
| 35. | 1/15/21 | City Public Notice for Access to Assessing Office during Covid | |
| 36. | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments | |
| 37. | 5/29/21 | City Public Notice for Reopening Nashua City Hall | |
| 38. | 1/17/21 | Ortolano email to Assesshelp/Chief Vincent Re: 2 Signed Abatement Applications | |
| 39. | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent Follow-up on Abatement Applications | |
| 40 | 1/20/21 | Vincent email to Ortolano re: 2 signed Abatement Applications | |
| 40-a. | 1/21/21 | Ortolano email to Vincent 5:49 PM re: Totally Unfair Abatement Process | |
| 40-b. | 1/22/21 | Vincent email to Ortolano 12:49 PM re: Totally Unfair Abatement Process – "All applications have been processed" | |
| 40-c. | 1/22/21 | Ortolano email to Vincent 3:09 PM re: Totally Unfair Abatement Process. Why haven't the Applications been stamped | |
| 40-d. | 1/22/21 | Vincent email to Ortolano 3:55 PM re Totally Unfair Abatement Process – "I did not fill out the Tax Rep section (not completed)" | |
| 40-e. | 1/22/21 | Ortolano email to Vincent 3:59 PM re: Totally Unfair Abatement Process – My apologies | |

| | | | |
|---|---|---|---|
| 40-f. | 1/22/21 | Ortolano email to Vincent 5:50 PM re: Here are the abatements signed… (Original Applications sent on Jan 17) | |
| 40-g. | 2/2/21 | Ortolano email to Vincent 11:24 PM re: 2 signed Abatement Applications 18 and 28 Baltimore Rd, forward Jan. 17, 2021 email with applications attached | |
| 40-h. | 2/2/21 | Ortolano email to Vincent 11:48 PM re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore stamped receipts | |
| 40-i. | 2/2/21 | Vincent email to Ortolano 12:10 PM re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore Rd. Vincent claims he received the applications on Jan 22 at 2:18 pm | |
| 40-j. | 2/2/21 | Ortolano email to Vincent 12:37 PM re: I almost got arrested over this and I am still waiting (date-time stamps) 28 & 18 Baltimore Rd. Applications sent to assesshelp on Jan 17, 2021 | |
| 40-k. | 2/3/21 | Vincent email to Ortolano 9:05 AM re: Date stamped abatement application, send 28 Baltimore application | |
| 40-l. | 2/3/21 | Vincent email to Ortolano 9:07 AM re: Date Stamped Abatement Applications, send 18 Baltimore Rd application | |
| 40-m. | 2/3/21 | Vincent email to Ortolano Feb. 3, 2021 @ 9:50 PM re: I almost got arrested over this… | |
| 41. | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application Stamped | |
| 42. | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd Application Stamped | |
| 43. | 6/11/21 | BTLA Decision on 41 Berkley St. 2018-2019 Abatement appeals | Irrelevant; litigation privilege |

5

|     |         |                                                                                                                              |                                                                     |
|-----|---------|------------------------------------------------------------------------------------------------------------------------------|---------------------------------------------------------------------|
|     |         |                                                                                                                              | *See* defendants' objection ¶6                                      |
| 44. | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16 (Attest Full Board of Assessors Meetings Minutes)                         |                                                                     |
| 45. | 3/24/21 | Complaint – Claims A Misdemeanor                                                                                             |                                                                     |
| 46. | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor                                                  |                                                                     |
| 47. | 1/22/21 | Call log/reports for Trespass at City Hall                                                                                   |                                                                     |
| 48. | 2/18/21 | Property taken at arrest 2/18/21                                                                                             |                                                                     |
| 49. | 2/18/21 | Bail and Bail Conditions                                                                                                     |                                                                     |
| 50. | 7/12/21 | Disposition and Sentencing Form                                                                                              |                                                                     |
| 51. | 1/24/21 | Union Leader Article – "Woman Escorted out of City Hall by Police"                                                           |                                                                     |
| 52. | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on "Woman Escorted Out by Police"                                                          | Irrelevant; hearsay<br>*See* defendants' objection ¶12              |
| 53. | 1/27/21 | Union Leader Article – "City Hall no-trespass order put in place against Nashua Woman"                                       | Irrelevant; hearsay<br>*See* defendants' objection ¶4               |
| 54. | 2/3/21  | Union Leader Article – "Laurie Ortolano won't stop taking on City Hall"                                                      | Irrelevant; hearsay<br>*See* defendants' objection ¶4               |
| 55. | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing"                                         | Irrelevant; hearsay<br>*See* defendants' objection ¶4               |
| 56. | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021            | Motion in *limine* – Doc. No. 138<br>*See* defendants' objection ¶8 |
| 57. | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance                                                               | Irrelevant; hearsay                                                 |

6

| 58. | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions | |
| --- | --- | --- | --- |
| 59. | 7/23/21 | Kenney email to Bolton – "State v. Ortolano" | Irrelevant; hearsay<br>*See* objection ¶10 |
| 60. | 8/19/21 | Kenney email to Bolton – Amend Conditions | Irrelevant; hearsay<br>*See* objection ¶10 |
| 61. | 8/18/21 | Kenney email to Bolton – "Phone Tag" | Irrelevant; hearsay<br>*See* objection ¶10 |
| 62. | 7/7/22 | Conditional Discharge Order | |
| 63. | 1/31/23 | Court Order – City Motion to Intervene DENIED | Irrelevant; hearsay<br>*See* objection ¶10 |
| 64. | 7/5/21 | Ortolano email to Leonard for Training Manual | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |
| 65. | 7/5/21 | Attorney Bolton email to Attorney Lehmann on Training Manual | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |
| 66. | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" | |
| 67. | 5/5/22 | Legal Clerk Perry to Ortolano on Phone Message | |
| 68. | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest on Ortolano 7-22-22 | Inadmissible per motion *in limine* (Doc. No. 136)<br>*See* defendants' objection ¶11 |
| 69. | 7/28/22 | Ortolano email to Kleiner-Ortolano attending Assessor Meeting | Inadmissible per motion in *limine* (Doc. No. 136)<br>*See* defendants' objection ¶11 |
| 70. | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner | Inadmissible per motion in *limine* (Doc. No. 136)<br>*See* defendants' objection ¶11 |

| | | | |
|---|---|---|---|
| 71. | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) | Irrelevant; hearsay *See* defendants' objection ¶1 |
| 72. | 2022 | Photograph 3rd Floor Legal Office Hallway | |
| 73. | 2022 | Photograph 3rd Floor Legal Office Door w Notice | |
| 73-a. | 2022 | Photograph of Door Sign – "Door Open Frequently" | |
| 74. | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium | |
| 74-a. | 5/10/23 | Photograph Legal Office "By Appointment Only" | |
| 74-b. | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" | |
| 75. | 5/10/24 | Photograph 3rd Floor view to IT Office | |
| 76. | 5/10/24 | Photograph 3rd Floor view to stairwell | |
| 77. | 5/10/24 | Video of 3rd floor hallways | Irrelevant; hearsay |
| 78. | 11/30/22 | Ortolano RTK Request for Bolton Police Records – 10-4-2012 Incident 12-83358 (P) | Irrelevant; hearsay *See* defendants' objection ¶2 |
| 79. | 12/11/18 | A/V Board of Aldermen Meeting pt1 Mike Ortolano Public Comment | Cumulative *See* defendants' objection ¶9 |
| 80. | 6/27/19 | A/V Board of Assessor Meeting CW | Hearsay; irrelevant *See* defendants' objection ¶9 |
| 81. | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton | Hearsay; irrelevant *See* defendants' objection ¶9 |
| 82. | 2/2/20 | A/V Board of Assessors Meeting LO Comments | Hearsay; irrelevant *See* defendants' objection ¶9 |
| 83. | 3/9/21 | A/V Board of Aldermen (noted as Assessors on plf's list) Meeting Ortolano Public Comments | Cumulative *See* defendants' objection ¶9 |

| 84. | 10/25/22 | A/V Board of Aldermen Meeting KB Comments | Cumulative<br>*See* defendants' objection ¶9 |
|---|---|---|---|
| 85. | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building | |
| 85-a. | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4 | |
| 85-b. | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E | |
| 85-c. | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor | |
| 85-d. | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3 | |
| 85-e. | 1/22/21 | 20210122_094525_Video CH-RearParking | |
| 86. | 4/29/25 | June 5, 2025 Status Conference Memorandum | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |
| 87. | 5/9/25 | City Objection to Status Conference Memorandum | Litigation privilege; hearsay<br>*See* defendants' objection ¶2 |
| 88. | 2021-22 | Criminal Defense Costs | Irrelevant; hearsay |

Respectfully submitted,

**Steven A. Bolton,**

By his Counsel,

**UPTON & HATFIELD, LLP,**

Date:  January 30, 2026         /s/ Russell F. Hilliard
Russell F. Hilliard; NHBA #1159
159 Middle Street
Portsmouth, NH 03801
(603) 436-7046
rhilliard@uptonhatfield.com

Brooke Lovett Shilo; NHBA #20794
Madeline K. Matulis; NHBA #276135
10 Centre Street
Concord, NH 03301
(603) 224-7791
bshilo@uptonhatfield.com
mmatulis@uptonhatfield.com

and

**Celia K. Leonard**

By her attorneys

**CULLEN COLLIMORE SHIRLEY, PLLC,**

Dated:  January 30, 2026         /s/ Brian J.S. Cullen
Brian J.S. Cullen (Bar No. 11265)
37 Technology Way, Suite 3W2
Nashua, NH  03060
(603) 881-5500
bcullen@cullencollimore.com

10

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was forwarded on this day to all counsel of record through the Court's E-filing system.

      /s/ Russell F. Hilliard
      Russell F. Hilliard