UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Laurie Ortolano,** )<br>     **Plaintiff** )<br>)<br>V. )<br>)<br>)<br>**Steven Bolton and Celia Leonard** )<br>     **Defendants** )<br>) | Civil Action No. 22-cv-00326-LM |

**PROPOSED JURY INSTRUCTION:**
**FIRST AMENDMENT PROTECTS "OFFENSIVE" SPEECH**

1. The First Amendment protects a wide range of speech, including speech that others may find critical, unpleasant, or offensive. Speech does not lose constitutional protection simply because it is expressed in strong terms or uses language that some people find disagreeable.

2. In this case, the Defendants do not dispute that Plaintiff engaged in activity protected by the First Amendment. You should treat that element as established.

3. You may have heard or seen evidence that Plaintiff used language or made statements that some might consider offensive or inappropriate. Such evidence was admitted for limited purposes only.

4. You may not consider the offensiveness, tone, or viewpoint of Plaintiff's speech in deciding whether her speech was constitutionally protected or whether Defendants are liable for retaliation. The First Amendment protects speech regardless of whether it is polite or impolite, agreeable or disagreeable.

5. If you find that Plaintiff engaged in protected speech and that the other elements of her retaliatory-arrest claim are proven, you may not deny liability simply because you disapprove of the manner in which she spoke.

6. However, you may consider evidence about the nature and context of Plaintiff's speech for any other purposes for which it was admitted, such as evaluating damages or the circumstances surrounding the events, if those matters are relevant under the instructions I have given you.

7. Your verdict must be based on the legal elements of the claim, not on whether you approve or disapprove of Plaintiff's speech.

**Dated: February 05, 2026**                    Respectfully Submitted,

                                                Plaintiff Laurie Ortolano.
                                                By her Attorney,

                                                */s/ William Aivalikles*
                                                William Aivalikles, Esq.
                                                NH Bar #308
                                                Law Office of William Aivalikles
                                                253 Main Street
                                                Nashua, NH 03060
                                                (603)880-0303
                                                william@nhtriallaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via electronic filing / PACER upon counsel of record.

**Dated: 02/05/2026**                           */s/William Aivalikles*
                                                William Aivalikles, Esq.