**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW HAMPSHIRE**

|  |  |
|---|---|
| **Laurie Ortolano,** ) | |
|               **Plaintiff** ) | |
| ) | |
| **V.** ) | Civil Action No. 22-cv-00326-LM |
| ) | |
| ) | |
| **Steven Bolton and Celia Leonard** ) | |
|               **Defendants** ) | |
| ) | |

**JURY SLIP**

§1983 First Amendment Retaliation

NOW COMES the Plaintiff and hereby provides this Court with her proposed jury slip attached as **Exhibit 1**.

| | |
|---|---|
| **Dated: February 06, 2026** | Respectfully Submitted, |
| | |
| | Plaintiff Laurie Ortolano. |
| | By her Attorney, |
| | |
| | */s/ William Aivalikles* |
| | William Aivalikles, Esq. |
| | NH Bar #308 |
| | Law Office of William Aivalikles |
| | 253 Main Street |
| | Nashua, NH 03060 |
| | (603)880-0303 |
| | william@nhtriallaw.com |

1

## **CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served via electronic filing / PACER upon counsel of record.

**Dated: 02/06/2026**                                             */s/William Aivalikles*
                                                                                William Aivalikles, Esq.