# EXHIBIT 1

## **JURY SLIP**
§1983 First Amendment Retaliation

We, the jury, answer the following questions:

## **PART I – LIABILITY**

### 1. **First Element – Conduct Protected by the First Amendment**

The Court has determined, and the parties do not dispute, that Ms. Ortolano engaged in activity protected by the First Amendment. You must treat that fact as established.

**(Proceed to the Second Element)**

**2. Second Element – Causation (Defendant Bolton)**

    **A. First Component**

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Steven Bolton's conduct caused or set in motion events that led to Ms. Ortolano's arrest?

    YES \_\_\_ NO \_\_\_

If NO, verdict for Defendant Steven Bolton.
If YES, proceed to the next component of causation for Defendant Bolton.

**2. Second Element – Causation  (Defendant Leonard)**

    **A. First Component**

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Celia Leonard's conduct caused or set in motion events that led to Ms. Ortolano's arrest?

    YES \_\_\_ NO \_\_\_

If NO, verdict for Defendant Celia Leonard.
If YES, proceed to the next component of causation for Defendant Leonard.

### B. Causation – Second Component (Defendant Bolton)

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Steven Bolton knew or reasonably should have known that his conduct would lead to Ms. Ortolano's arrest?

**YES \_\_\_   NO \_\_\_**

If NO, verdict for Defendant Bolton.
If YES, proceed to next element for Defendant Bolton.

### B. Causation – Second Component (Defendant Leonard)

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Celia Leonard knew or reasonably should have known that her conduct would lead to Ms. Ortolano's arrest?

**YES \_\_\_   NO \_\_\_**

If NO, verdict for Defendant Leonard.
If YES, proceed to next element for Defendant Leonard.

### 3. Third Element – Substantial or Motivating Factor (Defendant Bolton)

Did Ms. Ortolano prove by a preponderance of the evidence that her protected speech was a substantial or motivating factor in Defendant Bolton's actions?

      YES ___ NO ___

If NO, verdict for Defendant Bolton.
If YES, proceed to next element for Defendant Bolton.

### 3. Third Element – Substantial or Motivating Factor (Defendant Leonard)

Did Ms. Ortolano prove by a preponderance of the evidence that her protected speech was a substantial or motivating factor in Defendant Leonard's actions?

      YES ___ NO ___

If NO, verdict for Defendant Leonard.
If YES, proceed to next element for Defendant Leonard.

4

## 4. Fourth Element – Arrested in Circumstances Where Others Would Not Be Arrested (Both Defendants)

Did Ms. Ortolano prove by a preponderance of the evidence that she was arrested in circumstances where other, similarly situated people who had not engaged in constitutionally protected conduct would not have been arrested?

**YES \_\_\_  NO \_\_\_**

If NO, verdict for both Defendants.
If YES, proceed to the next element.

### 5. Fifth Element – Under Color of Law (Defendant Bolton)

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Steven Bolton acted under color of law?

     **YES** \_\_\_  **NO** \_\_\_

If NO, verdict for Defendant Steven Bolton.
If YES, proceed to the affirmative defense section for Defendant Steven Bolton.

### 5. Fifth Element – Under Color of Law (Defendant Leonard)

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Celia Leonard acted under color of law?

     **YES** \_\_\_  **NO** \_\_\_

If NO, verdict for Defendant Celia Leonard.
If YES, proceed to the affirmative defense section for Defendant Celia Leonard.

**<u>AFFIRMATIVE DEFENSE – (Defendant Bolton)</u>**

Did Defendant Bolton prove by a preponderance of the evidence that he would have taken the same actions even if he did not possess retaliatory intent against Ms. Ortolano?

**YES \_\_\_   NO \_\_\_**

If YES, verdict for Defendant Bolton.
If NO, proceed to the damages section for Defendant Bolton.

**<u>AFFIRMATIVE DEFENSE – (Defendant Leonard)</u>**

Did Defendant Leonard prove by a preponderance of the evidence that she would have taken the same actions even if she did not possess retaliatory intent against Ms. Ortolano?

**YES \_\_\_   NO \_\_\_**

If YES, verdict for Defendant Leonard.
If NO, proceed to the damages section for Defendant Leonard.

## PART II – DAMAGES

### Compensatory Damages (Defendant Bolton)

Based on a preponderance of the evidence, did Ms. Ortolano suffer pain, suffering, mental anguish, emotional distress, or reputational harm based on Defendant Bolton's conduct in causing her arrest?

    **YES \_\_\_   NO \_\_\_**

If you answered YES to the above question, what is a full and fair amount to compensate Ms. Ortolano for her injuries caused by Defendant Bolton?

    **$_____**

Based on a preponderance of the evidence, did Ms. Ortolano prove that she suffered other compensatory damages from Defendant Bolton's conduct in causing her arrest that were **not** included in the above amount?

    **YES \_\_\_   NO \_\_\_**

If you answered YES to the above question, what is a full and fair amount to compensate Ms. Ortolano for her injuries caused by Defendant Bolton? Do not include damages that were already compensated for in the previous total.

    **$_____**

**Total Compensatory Damages caused by Defendant Bolton (add both of the above numbers):**

    **$_____**

**(Continue to Punitive Damages)**

**Compensatory Damages (Defendant Leonard)**

Based on a preponderance of the evidence, did Ms. Ortolano suffer pain, suffering, mental anguish, emotional distress, or reputational harm based on Defendant Leonard's conduct in causing her arrest?

    **YES \_\_\_  NO \_\_\_**

If you answered YES to the above question, what is a full and fair amount to compensate Ms. Ortolano for her injuries caused by Defendant Leonard?

    $_____

Based on a preponderance of the evidence, did Ms. Ortolano prove that she suffered other compensatory damages from Defendant Leonard's conduct in causing her arrest that were **not** included in the above amount?

    **YES \_\_\_  NO \_\_\_**

If you answered YES to the above question, what is a full and fair amount to compensate Ms. Ortolano for her injuries caused by Defendant Leonard? Do not include damages that were already compensated for in the previous total.

    $_____

**Total Compensatory Damages caused by Defendant Leonard (add both of the above numbers):**

    $_____

                   **(Continue to Punitive Damages)**

**Punitive Damages (Defendant Bolton)**

Did Plaintiff prove by a preponderance of the evidence that Defendant Bolton was motivated by evil intent or motive?

    **YES** \_\_\_ **NO** \_\_\_

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Bolton acted with reckless or callous indifference to Ms. Ortolano's constitutional rights?

    **YES** \_\_\_ **NO** \_\_\_

If the answer to either of the above questions is YES, enter an appropriate amount to punish Defendant Bolton for his outrageous conduct and to deter him and others like him from similar conduct in the future. If the answer is NO to both answers, do not enter an amount in the line below.

    $_____

**Punitive Damages (Defendant Leonard)**

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Celia Leonard was motivated by evil intent or motive?

    **YES** \_\_\_ **NO** \_\_\_

Did Ms. Ortolano prove by a preponderance of the evidence that Defendant Celia Leonard acted with reckless or callous indifference to Plaintiff's constitutional rights?

    **YES** \_\_\_ **NO** \_\_\_

If the answer to either of the above questions is YES, enter an appropriate amount to punish Defendant Celia Leonard for her outrageous conduct and to deter her and others like her from similar conduct in the future. If the answer is NO to both answers, do not enter an amount in the line below.

    $_____

**Date of verdict:**            \_\_\_\_/\_\_\_\_/\_\_\_\_\_

**Signature of Foreperson:**   _____