## PLAINTIFF'S FINAL EXHIBIT LIST – FEBRUARY 3, 2026 TRIAL

| Plf. Exh. | F/ID | Date | Exhibit Name |
|---|---|---|---|
| 1 [2/3] | F | 1/22/21 | Ortolano email to Board of Aldermen, Legal, Board of Assessors, "Attorney Leonard should be Fired" |
| 2 | ID | 10/26/23 | Union Leader Article - Ortolano's First Amendment Award |
| 3 | ID | 10/26/23 | First Amendment Award Booklet |
| 4 | ID | 10/26/23 | Eagle Sculpture Award - sculpture will be brought into Court |
| 5 [2/5] | F | 9/12/18 | Attest Board of Aldermen Meeting ... tes pgs 1,13-14, 17 (Full Attest Meeting Minutes for Judge McCafferty) |
| 6 | F | 10/10/18 | Bolton email to Board on A Stroll Down Berkeley St w Ortolano email to Mayor. Atty. Bolton, etc. |
| 7 | ID | 11/13/19 | Batch 1-6 Duhamel Emails received by Ortolano from Atty. Leonard Right-to-Know request #2019-3 |
| 8 | ID | 11/7/18 | Ortolano email to Board of Aldermen cc Mayor Donchess - Mayor's Property Record Card |
| 9 [2/6] | ID | 11/27/18 | Board of Aldermen Meeting Minutes pgs. 1-2, 7-12, 16 Mayor responds to Rockland Permit (Full Attest Meeting Minutes for Judge McCafferty) |
| 10 | ID | 11/28/18 | Union Leader Article "Citizen Complaint prompts Assessing Audit in Nashua" |
| 11 | ID | 12/11/18 | Board of Aldermen Meeting Minutes pgs. 1, 42-43, 47 Redacted (Full Attest Meeting Minutes for Judge McCafferty) |
| 12 [2/4] | ~~ID~~ | 10/12/19 | Ortolano RTK email to Leonard for "Donchess Timeline" |
| 13 | ID | 10/18/19 | LTR Leonard response to Ortolano for "Donchess Timeline" (RTK#2019-89) |
| 14 [2/4] | ~~ID~~ | 10/17/19 | Ortolano RTK email to Leonard second try for "Donchess Timeline" |
| 15 | ID | 10/24/19 | LTR Leonard response for Donchess Timeline with Responsive Records (RTK 2019-89 & 97) |
| 16 [2/3] | F | 9/2019 | Nashua Assessor Manual "Public Relations in the Assessor's Office" |

1

| | # | | Date | Description |
|---|---|---|---|---|
| 2/4 | 17 | F | 7/13/19 | Kleiner email to Leonard forwarding Ortolano email (7/12/2019) |
| 2/4 | 18 | F | 7/19/19 | LTR Leonard responds to Ortolano (RTK 2019-14) – meeting with Dame |
| 2/3 | 19 | F | 8/23/19 | Leonard email to Kleiner, Legal "Conversations Assessing 8 22 19" |
| 2/3 | 20 | ~~ID~~ | 6/19/19 | BTLA Order and Hearing Notice Aug 6, 2019 |
| | 21 | ID | 8/6/19 | BTLA Hearing Ortolano Presentation "A Citizens Performance Audit of the Nashua Assessing Office" |
| | 22 | ID | 10/29/19 | BTLA Order for Reassessment |
| 2/4 | 23 | F | 9/5/19 | LTR Leonard responds to Ortolano for Kleiner Assessing Office meeting Agendas |
| 2/4 | 24 | F | 9/15/19 | Ortolano email to Leonard cc Donchess, BOA Re: Right to Know Requests |
| 2/4 | 25 | F | 12/12/19 | Kleiner email to Leonard residential sales report forwarding Ortolano email to Assessors (2019-122) |
| | 26 | F | 12/18/19 | LTR Leonard responds to Ortolano (2019-122) Re: Board of Assessor Meeting |
| | 27 | ID | 3/9/21 | Board of Alderman Meeting – Zoom LO Public comment on Arrest pgs. 1, 42, 47 (Full Attest Meeting Minutes for Judge McCafferty) |
| | 28 | ID | 2020 | DRA Sanctions on Assessors - Jon Duhamel, Greg Turgiss, Rob Tozier |
| | 29 | ID | 3/16/20 | Nashua Telegraph Article "Celebrate Sunshine Week" |
| | 30 | ID | 11/14/20 | FB Post "Nashua's Over-reach of the RKT law (Redacted) |
| | 31 | ID | 11/14/20 | FB Post "Something weird is happening…" |
| 2/4 | 32 | F | 1/14/20 | Ortolano email to Brown - Ortolano Abatement File |
| 2/4 | 33 | F | 1/15/20 | LTR Leonard email to Attorney Lehmann Re: Ortolano abatement file (RTK #130) |
| 2/4 | 34 | F | 1/15/20 | Ortolano email to Mayor Re: Abatement File |
| 2/4 | 35 | F | 1/15/21 | City Public Notice for Access to Assessing Office during Covid |
| 2/4 | 36 | F | 1/29/21 | Ortolano Screenshots of City Hall Offices requiring Appointments |
| 2/4 | 37 | F | 5/29/21 | City Public Notice for Reopening Nashua City Hall |

| | | | | |
|---|---|---|---|---|
| 2/4 | 38 | F | 1/17/21 | Ortolano email to Assesshelp/Chief Vincent Re: 2 Signed Abatement Applications |
| 2/4 | 39 | F | 1/20/21 | Ortolano email to Assesshelp/Chief Vincent Follow-up on Abatement Applications |
| 2/4 | 40 | F | 1/20/21 | Rick Vincent email to Ortolano Re: 2 signed Abatement Applications |
| 2/4 | 40-a | F | 1/21/21 | Ortolano email to Vincent 5:49 PM Re: Totally Unfair Abatement Process |
| 2/4 | 40-b | F | 1/22/21 | Vincent email to Ortolano, 12:49 PM Re: Totally Unfair Abatement Process – "All applications have been processed" |
| 2/4 | 40-c | F | 1/22/21 | Ortolano email to Vincent, 3:09 PM Re: Totally Unfair Abatement Process. Why haven't the Applications been stamped. |
| 2/4 | 40-d | F | 1/22/21 | Vincent email to Ortolano, 3:55 PM Re: Totally Unfair Abatement Process – "I did not fill out the Tax Rep section (not completed)" |
| 2/4 | 40-e | F | 1/22/21 | Ortolano email to Vincent, 3:59 PM Re: Totally Unfair Abatement Process – My apologies |
| 2/4 | 40-f | F | 1/22/21 | Ortolano email to Vincent, 5:50 PM, Re: Here are the abatements signed...(Original Applications sent on Jan 17) |
| 2/4 | 40-g | F | 2/2/21 | Ortolano email to Vincent, 11:24 PM, Re: 2 signed Abatement Applications 18 and 28 Baltimore Rd, forward Jan. 17, 2021 email with applications attached |
| 2/4 | 40-h | F | 2/2/21 | Ortolano email to Vincent, 11:48 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore stamped receipts. |
| 2/4 | 40-i | F | 2/2/21 | Vincent email to Ortolano, 12:10 PM, Re: I almost got arrested over this and I am still waiting 28 & 18 Baltimore Rd. Vincent claims he received the applications on Jan 22 at 2:18 pm. |
| 2/4 | 40-j | F | 2/2/21 | Ortolano email to Vincent, 12:37 PM, Re I almost got arrested over this and I am still waiting (date-time stamps) 28 & 18 Baltimore Rd. Applications sent to assesshelp on Jan 17, 2021 |
| 2/4 | 40-k | F | 2/3/21 | Vincent email to Ortolano, 9:05 AM Re: Date stamped abatement application, 28 Baltimore |
| 2/4 | 40-l | F | 2/3/21 | Vincent email to Ortolano, 9:07 AM Re: Date Stamped Abatement Applications, 18 Baltimore Rd |
| 2/4 | 40-m | F | 2/3/21 | Vincent email to Ortolano Feb. 3, 2021 @ 9:50 PM Re: I almost got arrested over this... |

3

| | # | | Date | Description |
|---|---|---|---|---|
| 2/4 | 41 | F | 2/5/21 | Vincent email to Ortolano 28 Baltimore Rd Application Stamped |
| 2/4 | 42 | F | 2/5/21 | Vincent email to Ortolano 18 Baltimore Rd. Application Stamped |
| | 43 | ID | 6/11/21 | BTLA Decision on 41 Berkeley St. 2018-2019 Abatement Appeals Sent to Attorneys Bolton and Leonard |
| | 44 | F | 7/15/21 | Board of Assessor Meeting Minutes pgs. 1, 8-10, 16, (Attest Full Board of Assessors Meeting Minutes) 18 & 28 Abatement granted by Board |
| 2/4 | 45 | F | 3/24/21 | Complaint - Class A Misdemeanor |
| 2/5 | 46 | F | 2/18/21 | Arrest Warrant, Affidavit, and Notice of Intent to Seek Class A Misdemeanor |
| 2/3 | 47 | F | 1/22/21 | Call log/Reports for Trespass at City Hall |
| | 48 | F | 2/18/21 | Property taken at arrest 2/18/21 |
| | 49 | F | 2/18/21 | Bail and Bail Conditions |
| | 50 | F | 7/12/21 | Disposition and Sentencing Form |
| 2/6 | 51 | F | 1/23/21 | Union Leader Article - "Woman Escorted out of City Hall by Police" |
| | 52 | ID | 1/26/21 | LTR Mike O'Connor to BOA/cc Mayor on "Woman Escorted Out by Police" |
| | 53 | ID | 1/27/21 | Union Leader Article - "City Hall no-trespass order put in place against Nashua Woman" |
| | 54 | ID | 2/3/21 | Union Leader Article - "Laurie Ortolano won't stop taking on City Hall" |
| | 55 | ID | 2/22/21 | Union Leader Article "Nashua Woman escorted from City Hall charged with Trespassing" |
| 2/5 | 56 | ~~ID~~ | 3/15/21 | Police Dept response to Colquhoun's RTK request for Service calls for trespass to City Hall 1/1/2014 to 1/31/2021 |
| | 57 | ID | 4/26/21 | Ortolano email to Attorney Goulden Re: Contract and Appearance |
| | 58 | F | 6/24/21 | Assent/GRANTED Motion to Amend Bail Conditions |
| | 59 | ID | 7/23/21 | Kenney email to Bolton - "State v Ortolano" |
| | 60 | ID | 8/19/21 | Kenney email to Bolton - Amend Conditions |
| | 61 | ID | 8/18/21 | Kenney email to Bolton - "Phone Tag" |

4

| No. | | Date | |
|---|---|---|---|
| 62 | F | 7/7/22 | Conditional Discharge Order |
| 63 | ID | 1/31/23 | Court Order - City Motion to Intervene on Annulment DENIED |
| 64 | ~~ID~~ | 7/5/21 | Ortolano email to Leonard for Training Manual |
| 65 | ~~ID~~ | 7/5/21 | Attorney Bolton email to Attorney Lehmann on Training Manual |
| 66 | F | 2/2/22 | Lovering email to Ortolano cc Legal Dept. "Your Visit to the Clerk's Office on January 31, 2022" |
| 67 | F | 5/5/22 | Legal Clerk Perry to Ortolano on Phone message |
| 68 | ID | 8/1/22 | Police Report 22-43246 Bolton Attempted Arrest of Ortolano 7-22-22 |
| 69 | ID | 7/28/22 | Ortolano email to Kleiner- Ortolano attending Assessor Meeting |
| 70 | ID | 7/28/22 | Attorney Bolton email to Ortolano & Kleiner |
| 71 | ID | 10/25/22 | Attest Board of Aldermen Meeting Minutes pgs 1, 13, 17 (Full Attest Meeting Minutes for Judge McCafferty) Karen Bill |
| 72 | F | 2022 | Photograph 3rd Floor Legal Office Office Hallway |
| 73 | F | 2022 | Photograph 3rd Floor Legal Office Door w Notice |
| 73-a | F | 2022 | Photograph of Door Sign - "Door Open Frequently" |
| 74 | F | 5/10/24 | Photograph 3rd Floor Hallway to Auditorium |
| 74-a | F | 5/10/23 | Photograph Legal Office "By Appointment Only" |
| 74-b | F | 5/10/23 | Photograph Legal Office "Authorized Personnel Only" |
| 75 | F | 5/10/24 | Photograph 3rd Floor view to IT Office |
| 76 | F | 5/10/24 | Photograph 3rd floor view to stairwell |
| 77 | ID | 5/10/24 | Video of 3rd floor hallways |
| 78 | ID | 11/30/22 | Ortolano RTK Request for Bolton Police records - 10-4-2012 Incident 12-83358 (P) |
| **NO.** | | **DATE** | **VIDEO FILES** |
| 79 | ID | 12/11/18 | A/V Board of Aldermen Meeting pt 1 Mike Ortolano Public Comment.mp4 |

Handwritten margin notes next to rows 64, 65, 66: "2/4  2/4  2/4"

5

| 80 | ID | 6/27/19 | A/V Board of Assessors Meeting CW.mp4 |
|---|---|---|---|
| 81 | ID | 8/13/19 | A/V Board of Aldermen Meeting Attorney Bolton.mp4 |
| 82 | ID | 2/2/20 | A/V Board of Assessors Meeting LO Comments.mp4 |
| 83 | ID | 3/9/21 | A/V Board of Assessors Meeting Ortolano Public Comments.mp4 |
| 84 | ID | 10/25/22 | A/V Board of Aldermen Meeting KB Comments.mp4 |
| 85 | F | 1/22/21 | 20210122_091659_Video CH-Floor1-Exit lo enters building.mp4 |
| 85-a | F | 1/22/21 | 20210122_091705_Video CH-Floor1-W LO at greeter4.mp4 |
| 85-b | F | 1/22/21 | 20210122_091748_Video CH-Floor1-Lo at 1st fl stairwell E.mp4 |
| 85-c | F | 1/22/21 | 20210122_091841_Video CH-Floor3 Ortolano on 3rd floor.mp4 |
| 85-d | F | 1/22/21 | 20210122_093831_Video CH LO with police leaving-Floor3.mp4 |
| 85-e | F | 1/22/21 | 20210122_094525_Video CH-RearParking.mp4 |

| | | | Exhibit Name |
|---|---|---|---|
| 86 | ID | 4/29/25 | June 5, 2025 Status Conference Memorandum |
| 87 | ID | 5/9/25 | City Objection to Status Conference Memorandum |
| 88 | ID | 2021-22 | Criminal Defense Costs |

*/s/ William Aivalikles Esq-*
*February 9, 2026*