Question 1

2/9/26
@ 12:05

Request dry erase marker

Yes. You may have a dry erase marker.

2-9-26
at 12:30 pm