Question 2

Your Honor,
 For the second claim are we looking at it trying to prove an illegal approach towards getting an arrest? Or just that they called and asked for an investigation? We need some clarity on this claim.

-Jury

1:20pm 2/9/26