<u>Laurie Ortolano v. Steven Bolton and Celia Leonard</u>, Civil No. 22-cv-326-LM

**ANSWER TO JURY QUESTION #2**

I understand from your question that you are asking about the second element of Ms. Ortolano's retaliatory arrest claim: Causation. Specifically, I understand that you are asking about the "First Component" of Causation, explained on page 10 of my instructions. In deciding the First Component of this element (causation), Ms. Ortolano is not required to prove that the defendant's actions—that she alleges to have caused her arrest—were themselves illegal. Rather, Ms. Ortolano must prove by a preponderance of the evidence that the defendant's actions caused her arrest. Please refer to the instructions regarding the First Component of this element (causation) on page 10 of the instructions.

    If I have misunderstood your question, please send me a follow-up question.

*[signature]*

2-9-26

2:10p