**United States District Court**
**District of New Hampshire**

_Laurie Ortolano_
Plaintiff(s),

v.                                                                         Case No. _22CV326-LM_

_Steven Bolton, et al._
Defendant(s).

**Certification of Exhibits Submitted for Presentation Using**
**the Jury Evidence Recording System (JERS)**

The undersigned attorney(s) hereby certify that the exhibits provided to the court in electronic format prior to trial are exact replicas of the exhibits ultimately admitted into evidence and, to the extent I modified any admitted exhibit after it had been initially submitted to the court in electronic format, I have provided a modified electronic copy of that exhibit to opposing counsel and to the court for uploading into the JERS presentation system.

For the Plaintiff(s),                                            For the Defendant(s),

_[signature]_    2/9/26                                   _[signature]_    2/9/26
Signature        Date                                       Signature         Date

                                                                          _[signature]_    2/9/26
Signature        Date                                       Signature         Date

Signature        Date                                       Signature         Date

Signature        Date                                       Signature         Date

Signature        Date                                       Signature         Date

USDCNH-72 (09/30/11)