United States District Court
New Hampshire
Exhibits Log: 22-cv-326-LM

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-1 | 1-22-2021 Ortolano email to BOA Attorney Leonard should be Fired |
| Pla-5 | 9-12-18 Attest Board of Aldermen Meeting Minutes pgs 1, 13-14, 17 |
| Pla-6 | 10-10-18 Bolton email to Ortolano Re A stroll down Berkeley w Ortolano email to Mayor, Bolton, etc |
| Pla-12 | 10-12-19 Ortolano RTK email to Leonard for Donchess Timeline |
| Pla-14 | 10-17-19 Ortolano RTK email to Leonard second try for Donchess Timeline |
| Pla-16 | 9-2019 Nashua Assessor Manual Public Relations in the Assessors Office |
| Pla-17 | 7-13-19 Kleiner email to Leonard fwd Ortolano email 7-12-19 Request (RTK #2019-14) |
| Pla-18 | 7-19-19 LTR Leonard response to Ortolano RTK 2019-14) |
| Pla-19 | 8-23-19 Leonard email to Kleiner, Legal Conversations Assessing 8-22-19 |
| Pla-20 | 6-19-19 BTLA Order and Hearing Notice 8-6-2019 |
| Pla-23 | 9-5-19 - LTR Leonard response for Kleiner assessing office meeting agendas |
| Pla-24 | 9-15-19 Ortolano email to Leonard cc Donchess, BOA Right to Know Requests |
| Pla-25 | 12-12-19 Kleiner email to Leonard residential sales report forwarding Ortolano email to assessors (2019-122) |
| Pla-26 | 12-18-19 - LTR Leonard Response to Ortolano - (2019-122).pdf |
| Pla-32 | 1-14-20 Ortolano email to Brown - Ortolano Abatement File |
| Pla-33 | 1-15-20 Ortolano email and Leonard response for Abatement File (RTK #130) |
| Pla-34 | 1-15-20 Ortolano email to Mayor re My Abatement File |
| Pla-35 | 1-15-21 City Public Notice for Access to Assessing Office during COVID |
| Pla-36 | 1-29-21 Ortolano screenshots of City Hall Office requiring Appointments |
| Pla-37 | 5-29-21 CIty Public Notice for reopening Nashua City Hall June 7 |
| Pla-38 | 1-17-21 Ortolano email to AssesshelpChief Vincent w 18 & 28 Baltimore Rd Abatement Applications |
| Pla-39 | 1-20-21 Ortolano email to assesshelp_Chief Vincent Follow-up on Abatement Applications |
| Pla-40 | 1-20-21 Rick Vincent email to Ortolano RE 2 signed Abatement Applications |
| Pla-40-a | 1-21-21 Ortolano to Vincent email 5_49 PM Re_ Totally Unfair Abatement Process |
| Pla-40-b | 1-22-21 Vincent to Ortolano email 12 49PM Re Totally Unfair Abatement Process |
| Pla-40-c | 1-22-21 Ortolano to Vincent email 3 09 PM Re Totally Unfair Abatement Process |
| Pla-40-d | 1-22-21 Vincent to Ortolano email tax rep section & sign 3 55 PM Re Totally Unfair Abatement Process |
| Pla-40-e | 1-22-21 Ortolano to Vincent 3 59PM My Apologies email Re Totally Unfair Abatement Process |
| Pla-40-f | 1-22-21 Ortolano to Vincent email 5 50PM Re Here are the abatements signed (Oriiginal apps sent on Jan 17) |
| Pla-40-g | 2-2-21 Ortolano to Vincent 11 24 AM Re 2 signed Abatement Applications - 18 and 28 Baltimore Rd |
| Pla-40-h | 2-2-21 Ortolano to Vincent email 11 48 AM Re I almost got arrested over this |
| Pla-40-i | 2-2-21 Vincent to Ortolano 12 10 PM email Re I almost got arrest over this |
| Pla-40-j | 2-2-21 Ortolano to Vincent email 12 37 PM Re I almost got arrested over this |
| Pla-40-k | 2-3-21 Vincent to Ortolano email 9 05 AM Re Date stamped Abatement Application 28 baltimore |
| Pla-40-l | 2-3-21 Vincent to Ortolano email 9 07 AM Re Date Stamped Abatement Application |
| Pla-40-m | 2-3-21 Vincent to Ortolano email 9 50 AM Re I almost got arrested over this |
| Pla-41 | 2-5-21 Vincent email to Ortolano 28 Baltimore Rd stamped application |
| Pla-42 | 2-5-21 Vincent email to Ortolano 18 Baltimore stamped application |
| Pla-44 | 7 15 21 Full Board of Assessor Meeting Minutes pgs. 1 8-10 16 |
| Pla-45 | 3-24-21 Complaint -Class A misdeameanor |

| EXHIBIT | DESCRIPTION |
|---|---|
| Pla-46 | 2-18-21 Arrest Warrant, Affidavit, Notice of Intent to seek Class A misdemeanor |
| Pla-47 | 1-22-21 Call log_Police Reports for trespass at City Hall |
| Pla-48 | 2-18-21 Property Taken arrest |
| Pla-49 | 2-18-21 Bail & Bail Conditions |
| Pla-50 | 7-12-21 Disposition and Sentencing Form copy |
| Pla-51 | 1-23-21 Union Leader Article Nashua woman escorted out of City Hall by police |
| Pla-56 | 3-15-21 RTK request from Colquhoun to NPD for sevice calls for trespass to City Hall 1 1 2014 - 1 31 2021 |
| Pla-58 | 6-24 21 Assent Granted Motion to Amend Bail Conditions |
| Pla-62 | 7-7-22 Conditional Discharge Order |
| Pla-64 | 7-5-21 Ortolano email to Leonard for training manual |
| Pla-65 | 7-5-21 Attorney Bolton email to Attorney Lehmann on Training Manual |
| Pla-66 | 2-2-22 Lovering email to Ortolano cc legalYour visit to the Clerks Office on Jan.31, 2022 |
| Pla-67 | 5-5-22 Legal Clerk Perry to Ortolano on Phone message |
| Pla-72 | 2022 Legal Office Hallway |
| Pla-73 | 2022 Legal Office Door with Notice |
| Pla-73-a | Legal Door Door Opens Frequently |
| Pla-74 | 5-10-24 Photograph 3rd floor hallway to auditorium |
| Pla-74-a | Legal Office By APPOINTMENT Only SIGN |
| Pla-74-b | Legal Office Authorized Personnel Only |
| Pla-75 | 5-10-24 Photograph 3rd Floor View to IT Office |
| Pla-76 | 5-10-24 Photgraph 3rd floor hallway view to stairs |
| Pla-85 | 20210122 091659 Video CH-Floor1-Exit lo enters building |
| Pla-85-a | 20210122 091705 Video CH-Floor1-W LO at greeter |
| Pla-85-b | 20210122 091748 Video CH-Floor1-Lo at 1st fl stairwell E |
| Pla-85-c | 20210122 091841 Video CH-Floor3 Ortolano on 3rd floor |
| Pla-85-d | 20210122 093831 Video CH LO with police leaving-Floor3 |
| Pla-85-e | 20210122 094525 Video CH-RearParking |
| Def-A | 2019-09-11 Plf Email to Leonard Clarification of Legal Office Funcition (K) |
| Def-B | 2020-06-25 Classic Signs invoice for By Appointment Only sign (S) |
| Def-D | 2021-01-21 Email from Plf to Vincent et al re Totally Unfair Abatement Process (X) |
| Def-DD | 2021-08-03 Ortolano post to goodgov.org re Bolton ignores court order to drive-up legal fees (KKKK) |
| Def-EE | 2021-08-04 Excerpt from Finance Committee minutes (LLLL) |
| Def-F | 2021-01-23 Union Leader Article re Nashua woman escorted out of Nashua City Hall by police (AA) |
| Def-FF | 2021-08-23 Excerpt from Budget Review Committee minutes.REDACTED (QQQQ) |
| Def-G | 2021-02-22 Ortolano Facebook post Good Governments Don`t Do This (JJ) |
| Def-GG | 2021-08-26 Excerpt of Minutes of Board of Assesssors Minutes-Ortolano comment (TTTT) |
| Def-H | 2021-03-26 Granite Grok article by Ortolano re Nashua`s Right Not-to-Know (QQ) |
| Def-I | 2021-04-18 Ortolano FB Post on The Nashua Scoop re Kleiner emails (SS) |
| Def-J | 2021-04-26 Excerpt Budget Review Committee meeting minutes (TT) |
| Def-L | 2021-04-26 Granite Grok post re Update on RTK Lawsuit against Nashua City Hall (VV) |
| Def-LL | 2021-12-15 Ortolano post to Granite Grok re Nashua`s Thug Leadership (HHHHH) (1) |
| Def-M | 2021-04-27 Email from Ortolano to Bolton re Bolton has no ethics (WW) |
| Def-MM | 2022-01-16 Ortolano post to Granite Grok re Nashua City Atty Bolton is Unfit for Duty (IIIII) |
| Def-N | 2021-04-28 Ortolano post on goodgov.org re A Story of a Crooked Mayor (XX) |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| Def-O | 2021-04-29 Ortolan FB posts with comments about Atty Leonard & Ms. Ortolano`s trespass (YY) |
| Def-RR | 2022-11-28 Plaintiff email to Nashua city officials (D) |
| Def-T | 2021-05-11 Ortolano post on goodgov.org Attorney Bolton continues to Obstruct Public Info (EEE) |
| Def-TT | 2024-05-08 Nashua police department photos (M) |
| Def-UU | Photos of City Hall Photos (1-5)(P) |
| Def-VV | Sketch of Legal Dept Office (V) |
| Def-W | 2021-06-24 Ortolano post on Granite Grok re Nashua Should be Ashamed of its Attorney Bolton (UUU) |
| Def-X | 2021-07-03 Ortolano post on goodgov.org re The Broken Nashua Court System (ZZZ) |
| Def-Y | 2021-07-19 Ortolano FB Post on Nashua Scoop re tension between Atty. Bolton & Alderwoman Lu (CCCC) |
| Def-Z | 2021-07-22 Ortolano post on goodgov.org re Deputy Attorney Leonard`s Misrepresentations (DDDD) |