# ORIGINAL

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

Laurie Ortolano

    v.                                      Civil No. 22-cv-326-LM

Steven Bolton and
Celia Leonard

## VERDICT FORM

**Question 1:** Has the plaintiff proved her retaliatory arrest claim against Attorney Bolton by a preponderance of the evidence?

        Yes ___                      No ✗

**Question 2:** Has the plaintiff proved her retaliatory arrest claim against Attorney Leonard by a preponderance of the evidence?

        Yes ___                      No ✗

**If you answered "Yes" to Question 1 or Question 2, proceed to Question 3. If you answered "No" to both Question 1 and Question 2, your deliberations are complete. Please have the jury foreperson sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.**

**Question 3:** What amount of compensatory damages, if any, has the plaintiff proved she suffered as a result of the retaliatory arrest?

_____

(Please write the amount in words, not numbers, as if you were writing a check.)

**Question 4 (ONLY IF YOU ANSWERED "YES" TO QUESTION 1):**
What punitive damages, if any, should Attorney Bolton be required to pay Ms. Ortolano?

_____

(Please write the amount in words, not numbers, as if you were writing a check.)

**Question 5 (ONLY IF YOU ANSWERED "YES" TO QUESTION 2):**
What punitive damages, if any, should Attorney Leonard be required to pay Ms. Ortolano?

_____

(Please write the amount in words, not numbers, as if you were writing a check.)

**Your deliberations are complete. Please have the jury foreperson sign and date this verdict form and notify the Court Security Officer that you have reached a verdict.**

Date: 2/9/26

Foreperson