**\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO**

```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * *
                                 *
LAURIE ORTOLANO                  *
                                 *  22-cv-326-LM
       v.                        *  February 6, 2026
                                 *  1:10 p.m.
STEVEN BOLTON AND CELIA LEONARD  *
                                 *
                                 *
                                 *
* * * * * * * * * * * * * * * * *
```

<u>TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF STEVEN BOLTON</u>
<u>BEFORE THE HONORABLE LANDYA B. MCCAFFERTY</u>

<u>APPEARANCES</u>:

<u>For the Plaintiff</u>:        William E. Aivalikles, Esq.
                             Aivalikles Law Office


<u>For the Defendants</u>:

(Steven Bolton)              Russell F. Hilliard, Esq.
                             Madeline K. Matulis, Esq.
                             Upton & Hatfield LLP



(Celia Leonard)              Brian J.S. Cullen, Esq.
                             Cullen Collimore Shirley PLLC




<u>Court Reporter</u>:             Susan M. Bateman, RPR, CRR
                             Official Court Reporter
                             United States District Court
                             55 Pleasant Street
                             Concord, NH 03301
                             (603) 225-1453

1   By they, I mean Celia Leonard, Mindy Lloyd, Jesse Neumann, who
2   were involved.
3           MR. AIVALIKLES:  Objection, your Honor.  Hearsay.
4           THE COURT:  Overruled.
5       Q.  Go ahead.
6       A.  I was concerned because Celia, Mindy, and Jesse
7   expressed to me how concerned they were, and they had recited
8   everything that had happened.  An issue of safety came to
9   mind.
10      Q.  And what, if anything, did you do in response to
11  that concern?
12      A.  I know at some point I contacted Chief Carignan and
13  asked that we be included in deciding what, if anything
14  further, would be done.
15      Q.  All right.  And did that lead to a meeting of some
16  sort?
17      A.  Yes.
18      Q.  What kind of a meeting was it and when was it, if
19  you can tell us?
20      A.  If the 22nd was a Friday --
21      Q.  It was.
22      A.  -- it would have been sometime the following week.
23  So I'm thinking the meeting was probably Wednesday, maybe
24  Thursday, of the following week, and it was a Zoom meeting.
25          So we were in the conference room in the legal

```
 1   department.  We being, myself and Celia and Mindy and Jesse.
 2              And at the police station in their executive
 3   conference room would have been Chief Carignan, one or two of
 4   his two deputy chiefs, and some, probably not all, of the
 5   captains of the department.
 6       Q.   All right.  And I'm going to have you just
 7   summarize the meeting, but how long would you say the meeting
 8   lasted by Zoom?
 9       A.   Half an hour.
10       Q.   All right.  And who did most of the talking?
11              And just summarize what the discussion was, please.
12       A.   I think I did most of the talking, probably all of
13   it, from the legal office's side.
14              And the only person I remember from the police
15   department saying anything was the chief.
16       Q.   And what do you remember yourself saying?
17       A.   I remember saying that I think that all of the
18   witnesses ought to be interviewed and that the police
19   department should have a full understanding of everything that
20   went on before making any decisions on what further action, if
21   any, should be taken.
22       Q.   Now, various witnesses have described you as angry,
23   vehement, raised voice.
24              What's your recollection?
25       A.   Well, apparently I have this unfortunate
```

```
                        C E R T I F I C A T E


     I, Susan M. Bateman, do hereby certify that the
foregoing transcript is a true and accurate transcription of
the within proceedings to the best of my knowledge, skill,
ability and belief.


Submitted:  2-27-26      /s/    Susan M. Bateman_____
                         SUSAN M. BATEMAN, RPR, CRR
```