**\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO**

```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * *  *
                                  *
LAURIE ORTOLANO                   *
                                  *  22-cv-326-LM
        v.                        *  February 6, 2026
                                  *  1:10 p.m.
STEVEN BOLTON AND CELIA LEONARD   *
                                  *
                                  *
                                  *
* * * * * * * * * * * * * * * *  *
```

TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF STEVEN BOLTON
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY

APPEARANCES:

For the Plaintiff:          William E. Aivalikles, Esq.
                            Aivalikles Law Office


For the Defendants:

(Steven Bolton)             Russell F. Hilliard, Esq.
                            Madeline K. Matulis, Esq.
                            Upton & Hatfield LLP



(Celia Leonard)             Brian J.S. Cullen, Esq.
                            Cullen Collimore Shirley PLLC




Court Reporter:             Susan M. Bateman, RPR, CRR
                            Official Court Reporter
                            United States District Court
                            55 Pleasant Street
                            Concord, NH 03301
                            (603) 225-1453

```
 1   the end?
 2        A.   He left us in August of '21.
 3        Q.   So he was there less than a year?
 4        A.   Yes.
 5        Q.   Okay.  The other question I have is this.  You told
 6   us before lunch that there was a period in your career in the
 7   '90s, and some into the '2000s, when you were in private
 8   practice; is that right?
 9        A.   That is correct.
10        Q.   You had your own law office?
11        A.   I did.
12        Q.   You had staff?
13        A.   Generally one person, yes.
14        Q.   And if this incident had happened in your private
15   law office, would you have done anything differently?
16        A.   I would have done nothing differently.
17        Q.   All right.
18        A.   I would have been equally concerned of the safety
19   of a person working for me, and I would have taken action to
20   prevent it from happening again, up to and including trying to
21   involve the police.
22        Q.   And Attorney Leonard described the conclusion of
23   that Zoom meeting as a hard no from Chief Carignan.  Is that a
24   fair characterization based on your memory?
25        A.   Yes.
```

```
 1        Q.   All right.  And what, if anything, happened next
 2   with respect to police activity?
 3        A.   Well, shortly thereafter, it's not impossible that
 4   it was the same day, but it might have been a day or two
 5   later, Chief Carignan called me and asked if it would be a
 6   good time to stop over, and I said yes.
 7             And we met in the legal department's conference
 8   room, and basically he said that he didn't want to discuss it
 9   any further and a police officer would be interviewing the
10   participants in the event.
11        Q.   All right.  Do you have any idea what happened
12   between the hard no and that visit?
13        A.   I didn't know then, and I really don't know now.  I
14   know what has been testified to over the last few days.
15        Q.   Yeah, I meant other than that.  Okay.
16             So, Mr. Bolton, you've been corporation counsel
17   since 2016?
18        A.   In this tenure, yes.
19        Q.   In this tenure.  You're exactly right.
20             Between 2016 and this event on January 22, 2021,
21   has anyone else ever trespassed in the legal department?
22        A.   No.
23        Q.   No adversaries?
24        A.   No.
25        Q.   And I won't pull up the exhibit, but we've all had
```

```
 1                    C E R T I F I C A T E
 2
 3
 4        I, Susan M. Bateman, do hereby certify that the
 5   foregoing transcript is a true and accurate transcription of
 6   the within proceedings to the best of my knowledge, skill,
 7   ability and belief.
 8
 9
     Submitted:  2-27-26      /s/    Susan M. Bateman_____
10                             SUSAN M. BATEMAN, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```