```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * *  *
                                   *
LAURIE ORTOLANO                    *
                                   *  22-cv-326-LM
     v.                            *  February 6, 2026
                                   *  1:10 p.m.
STEVEN BOLTON AND CELIA LEONARD    *
                                   *
                                   *
                                   *
* * * * * * * * * * * * * * * *    *
```

TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF STEVEN BOLTON
           BEFORE THE HONORABLE LANDYA B. MCCAFFERTY


APPEARANCES:


For the Plaintiff:        William E. Aivalikles, Esq.
                          Aivalikles Law Office


For the Defendants:

(Steven Bolton)           Russell F. Hilliard, Esq.
                          Madeline K. Matulis, Esq.
                          Upton & Hatfield LLP



(Celia Leonard)           Brian J.S. Cullen, Esq.
                          Cullen Collimore Shirley PLLC




Court Reporter:           Susan M. Bateman, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          55 Pleasant Street
                          Concord, NH 03301
                          (603) 225-1453

```
 1        (Document shown to Attorney Hilliard and Attorney Cullen)
 2              THE COURT:  Any objection to just using that in the
 3   way that he indicated?
 4              MR. HILLIARD:  Just to refresh his memory whether
 5   he was in attendance or not.
 6              MR. AIVALIKLES:  So can we pull up Exhibit 9 for
 7   ID?
 8              THE CLERK:  It's all set.  They're not going to see
 9   it.
10              MR. AIVALIKLES:  Okay.  Thank you.
11        Q.   Do you see that it has the people that were
12   attending and you are listed as an attendee at that meeting?
13        A.   Yes, I see that.
14        Q.   Okay.  Does that refresh your memory that you did
15   attend that meeting?
16        A.   I take this as accurate that I attended the Board
17   of Aldermen's meeting on November 27, 2018.
18              What was said at that meeting, I don't remember.
19        Q.   Okay.  So you don't remember the mayor standing up
20   and saying that he was slandered when Mrs. Ortolano discussed
21   his taxes?
22        A.   I don't remember that.
23        Q.   Do you remember telling her, I believe it was in
24   2019, that you've insulted the mayor, you've insulted the
25   president of the Board of Aldermen, and even me, and now it's
```

1  personal?  Do you remember making that statement to her?
2        A.   I don't remember those words, but I think I
3  remember the occasion.  I would say that that occurred during
4  a period of time when we still were on quite good terms.  And
5  I think she was complaining to me about how she was being
6  treated, and she thought she was being mistreated, and she
7  says, why is everyone taking things so personal and making it
8  personal about me.
9            And, as I said, I think we were on good terms, and
10 I probably was even on a first name basis with her at the
11 time.  So my recollection is I said something to the effect
12 of, well, Laurie, you know, it's you that have made things
13 personal.  You went out of your way to insult the mayor about
14 something that happened well before he was mayor.  You also
15 insult other people.  I think I may have used the president of
16 the Board of Aldermen or the vice president of the Board of
17 Aldermen as an example of that.  And maybe she had said
18 something about me so I may have mentioned myself.  I don't
19 remember saying anything about myself, but it's not
20 impossible.
21           So I was -- basically, I thought I was suggesting
22 that maybe instead of attacking people she attack what she
23 thought was wrong in the way procedures and things were
24 carried out.  So that's what I recall of an event where
25 something of that nature was said.

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted: 2-27-26      /s/    Susan M. Bateman _____
                        SUSAN M. BATEMAN, RPR, CRR