```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE


* * * * * * * * * * * * * * * * * *
                                   *
LAURIE ORTOLANO                    *
                                   *  22-cv-326-LM
        v.                         *  February 5, 2026
                                   *
STEVEN BOLTON AND CELIA LEONARD    *
                                   *
* * * * * * * * * * * * * * * * * *


    TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF CELIA LEONARD
           BEFORE THE HONORABLE LANDYA B. MCCAFFERTY


APPEARANCES:


For the Plaintiff:        William E. Aivalikles, Esq.
                          Aivalikles Law Office



For the Defendants:

(Steven Bolton)           Russell F. Hilliard, Esq.
                          Madeline K. Matulis, Esq.
                          Upton & Hatfield LLP




(Celia Leonard)           Brian J.S. Cullen, Esq.
                          Cullen Collimore Shirley PLLC




Court Reporter:           Susan M. Bateman, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          55 Pleasant Street
                          Concord, NH 03301
                          (603) 225-1453
```

1  original position?
2       A.   I started as, I believe it was, associate attorney
3  in the department, and then through the years I was promoted.
4  I think there was another one that began with an A.  I
5  actually don't remember.
6            But I have been for a number of years and I am a
7  deputy corporation counsel, and I do say a deputy corporation
8  counsel because my colleague Dorothy Clark is also a deputy
9  corporation counsel.  So I'm not the deputy corporation
10 counsel.
11      Q.   And Dorothy goes by Dori?
12      A.   She does, yeah.
13      Q.   Okay.  I thought I remembered that name.
14           With respect to your initial responsibilities, what
15 were they when you arrived at the department and how have they
16 changed over time?
17      A.   I think when I first arrived, it was very much
18 focused on reviewing contracts for the city.  There's multiple
19 contracts.  The city is a large corporation so there's vendor
20 contracts.  There's real estate contracts.  There's a lot of
21 contracts.
22           And then it just expanded to -- as I learned more
23 and got to know our client more and became more involved in
24 the city overall business understanding, I took on the varying
25 roles that we do.  I can kind of go into that a little, I

```
 1   guess.
 2        Q.   That's okay.
 3             In general, tell me -- does the legal department
 4   advise the public, in general?
 5        A.   Oh, no.  No.  My client is the City of Nashua, the
 6   corporate body itself, as is embodied by individual directors,
 7   certain employees, the different boards, the Board of
 8   Aldermen, Planning Board, Board of Zoning, assessing board --
 9   or Board of Assessors, it goes on, but the corporate body is
10   my client.
11        Q.   And we heard a little bit from Chief Carignan this
12   morning about the separation between the police department and
13   the city.  I don't want to rehash that.
14             Was his testimony consistent with your
15   understanding?
16        A.   Yes.
17        Q.   Okay.  The legal department doesn't control the
18   police department?
19        A.   Not at all.
20        Q.   Okay.  You don't oversee the assessing department
21   either, do you?
22        A.   No.  The legal department, we are in a position of
23   advising and counseling our clients.  We do not -- we cannot
24   tell any of our clients what to do.  We can simply advise them
25   as to the law and our opinion of how things, facts, might
```

```
 1                    C E R T I F I C A T E
 2
 3
 4        I, Susan M. Bateman, do hereby certify that the
 5   foregoing transcript is a true and accurate transcription of
 6   the within proceedings to the best of my knowledge, skill,
 7   ability and belief.
 8
 9
10   Submitted:  2-27-26      /s/   Susan M. Bateman _____
                              SUSAN M. BATEMAN, RPR, CRR
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```