```
 1                    UNITED STATES DISTRICT COURT
                          CONCORD, NEW HAMPSHIRE
 2                      CASE NO. 22-CV-00326-LM
   _____

 3
        LAURIE ORTOLANO,
 4              Plaintiff
             vs.                            February 6, 2026
 5
        STEVEN BOLTON AND CELIA LEONARD
 6              Defendants.

 7  _____

 8            TRIAL DAY 4 - MORNING SESSION

 9         BEFORE THE HONORABLE LANDYA B. McCAFFERTY,

10            UNITED STATES DISTRICT COURT JUDGE
   _____
11
                       A P P E A R A N C E S
12
    FOR THE PLAINTIFF:      WILLIAM E. AIVALIKLES, ESQ
13  LAURIE ORTOLANO         Aivalikles Law Office

14  FOR THE DEFENDANT:      RUSSELL F. HILLIARD, ESQ
    STEVEN BOLTON           MADELINE K. MATULIS, ESQ
15                          Upton & Hatfield LLP

16  FOR THE DEFENDANT:      BRIAN J.S. CULLEN, ESQ
    CELIA LEONARD           Cullen Collimore Shirley PLLC
17

18

19  REPORTED BY:            GIZELLA BAAN-PROULX, FCRR
                            Official Court Reporter
20                          United States District Court
                            55 Pleasant Street
21                          Concord, NH 03301
                            (603) 225-1454
22                          Trialreporters@hush.com

23

24

25
```

1  A.  I don't know.  Sometime after the incident and before the
2  arrest.  I don't know -- or before the investigation.  They
3  opened -- they said no at the Zoom.  Hard no.  And then, kind
4  of, next thing I knew that I was being called to have the
5  formal investigation, so I again spoke with the police.  So
6  anyway, no.
7  Q.  So let's backup.  I'm sorry.  Do you need to say anything
8  further?
9  A.  No.
10 Q.  So let's back up.  So you attended this Zoom meeting, and I
11 think you testified that you got a hard no?
12 A.  As former Chief Carignan had said, he told everyone on the
13 Zoom that there would be no investigation and no arrest -- or
14 no investigation at least.  You can't have an arrest without an
15 investigation.  So that's what I mean by it was said at the
16 Zoom, and I was paraphrasing that is a hard no.
17 Q.  And so the attendees at the Zoom were the chief; is that
18 correct?
19 A.  The chief was on the Zoom, yes.
20 Q.  Two deputy chiefs?
21 A.  I don't know.  There was a lot of police officers on the
22 Zoom screen.  I don't know any of the other ones.
23 Q.  A lot of brass, would you say?
24 A.  Sure.
25 Q.  Did you think it was unusual that all these people were

1  going to be doing a Zoom call to discuss a criminal trespass
2  case against Laurie Ortolano?
3  A.  **I'm not sure I understand the question.**
4  Q.  I'll withdraw it.  That's okay.
5      So after the Zoom meeting, wasn't there another
6  meeting with Chief Carignan?
7  A.  **Brian trained us to say it wrong.  I do recall that Chief**
8  **Carignan came to say that they had decided -- the police had**
9  **decided to go forward with this investigation.**
10 Q.  Maybe -- I'm confused; I don't know if anyone else is, but
11 I thought Chief Carignan testified that he had a meeting at
12 City Hall, at your offices, with you Attorney Bolton, and
13 possibly Mindy Lloyd.  Was he wrong about that?
14 A.  **No.  I think that's what I'm referring to.  There was a**
15 **Zoom meeting where there was -- Chief Carignan had said no**
16 **investigation, and then at some point after that, before the**
17 **investigation started, my recollection is at some point he came**
18 **over and had said, yes, based on, you know, evidence we found,**
19 **Ms. Ortolano's e-mail, we're going forward.  That's my memory.**
20 Q.  You heard Chief Carignan testify that Attorney Bolton was
21 angry.  He had a raised voice.  And he was demanding that
22 Mrs. Ortolano be arrested.
23     Did that happen at the Zoom meeting?  Is that your
24 testimony?
25     **MR. HILLIARD:**  Objection, Your Honor.  He assumes that

# **C E R T I F I C A T E**

I hereby certify that the foregoing is an accurate transcription of the proceedings in the above-entitled matter.

02/18/2026

DATE COMPLETED              GIZELLA BAAN-PROULX, FCRR