**\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 6-4-2026**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
                                        \*
     LAURIE ORTOLANO         \*
                                        \*  22-CV-326-LM
        v.            \*  February 6, 2026
                                        \*
STEVEN BOLTON AND CELIA LEONARD   \*
                                        \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT **EXCERPT** FROM JURY TRIAL AFTER TESTIMONY CONCLUDED
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY

APPEARANCES:

For the Plaintiff:     William E. Aivalikles, Esq.
                     Aivalikles Law Office

For the Defendants:

(Steven Bolton)       Russell F. Hilliard, Esq.
                     Aivalikles Law Office

(Celia Leonard)       Brian J.S. Cullen, Esq.
                     Cullen Collimore Shirley PLLC

Court Reporter:       Susan M. Bateman, RPR, CRR
                     Official Court Reporter
                     United States District Court
                     55 Pleasant Street
                     Concord, NH 03301
                     (603) 225-1453

P R O C E E D I N G S

MR. CULLEN:  Your Honor, I think this is probably the appropriate time for us to renew our Rule 50 motion --

THE COURT:  Go ahead.

MR. CULLEN:  -- since the plaintiff has rested.

I don't need to reargue it.  You've heard the arguments before so I don't think that there's a lot of value unless there's something specific you would like to hear about.

I argued before that I felt that the elements were not met here, I continue to feel that, and that would be our argument.

THE COURT:  Anything to add to that?

MR. HILLIARD:  Nothing to add, your Honor.  I would just join in it.

THE COURT:  All right. Okay.

And you rest on the arguments, same arguments?

MR. AIVALIKLES:  No, your Honor.

THE COURT:  Okay.

So you don't have anything to add?

MR. AIVALIKLES:  No.

THE COURT:  Okay.  All right.

I did look at the punitive damages award question.

And you are correct, Attorney Cullen, that you do separate the defendants for that.  So I --

Do we have an extra copy of this?

MR. CULLEN:  I'm one for five now.

THE COURT:  I'm sorry?

MR. CULLEN:  I'm one for five now.

THE COURT:  That's good.

So that -- I'm going to make sure you see the new verdict form.

I just want to make sure, too, you're aware of the rule in this circuit regarding numerical -- asking the jury for a numerical damages award, and it can't be done with respect to pain and suffering in the circuit.  I just want to make sure you know that.  I know that --

MR. AIVALIKLES:  I've never done that, your Honor.

THE COURT:  Okay.  All right.  So it wasn't something -- I just didn't want you to have to bear an objection for that and not know that ahead of time.

MR. AIVALIKLES:  All right.

THE COURT:  And with respect to our conversation about your request for an offensive speech instruction, that evidence came in, obviously it came in for -- it's relevant to damages, but it didn't come in with a limiting instruction.  But nonetheless, if you were to talk about that in the context of the claim in this case, it could potentially confuse the jury because it really is only relevant for damages.

So there could be an objection to any suggestion

that that offensive speech caused the arrest because of course it postdated it.  So I just wanted to reiterate that for you as well before we get to closings.

MR. AIVALIKLES:  Thank you, your Honor.

I had understood the Court's ruling on that this morning.

THE COURT:  Okay.  All right.

Anything else?

MR. HILLIARD:  Your Honor, do you usually contemplate 30-minute closing arguments?

MR. AIVALIKLES:  I think I would need a little more time than that, your Honor, only because they're going to have two and I only have one.

THE COURT:  Well, it is actually, I think under our local rule, an hour for closing arguments.

However, if you want to be less than an hour, that is fine.  I think if it went over an hour, I would -- but technically, I think you're both entitled to that, and you're entitled to an hour.

And he goes last in the closings.  You knew that.

Okay.  Anything else?

MR. AIVALIKLES:  No, your Honor.

MR. CULLEN:  Nothing from me, your Honor.

MR. HILLIARD:  Nothing, your Honor.  Thank you.

THE COURT:  All right.  Have a good weekend.

MR. HILLIARD:  Thank you.

MR. AIVALIKLES:  Thank you.

MR. CULLEN:  You, too.

(Jury trial adjourned at 3:17 p.m.)

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted: 3-6-26        /s/    Susan M. Bateman _____
                         SUSAN M. BATEMAN, RPR, CRR