**EXHIBIT D**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *
                                       *
LAURIE ORTOLANO                        *
                                       *   22-cv-326-LM
        v.                             *   February 5, 2026
                                       *
STEVEN BOLTON AND CELIA LEONARD        *
                                       *
* * * * * * * * * * * * * * * * * * *

TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF CELIA LEONARD
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY

APPEARANCES:

For the Plaintiff:        William E. Aivalikles, Esq.
                          Aivalikles Law Office


For the Defendants:

(Steven Bolton)           Russell F. Hilliard, Esq.
                          Madeline K. Matulis, Esq.
                          Upton & Hatfield LLP


(Celia Leonard)           Brian J.S. Cullen, Esq.
                          Cullen Collimore Shirley PLLC


Court Reporter:           Susan M. Bateman, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          55 Pleasant Street
                          Concord, NH 03301
                          (603) 225-1453

P R O C E E D I N G S

CELIA LEONARD

having been duly sworn, testified as follows:

THE CLERK:  Please state your full name and spell your last name for the record.

THE WITNESS:  Sure.  Celia Kathleen Leonard, L-E-O-N-A-R-D.

DIRECT EXAMINATION

BY MR. CULLEN:

Q.   Good afternoon, Ms. Leonard.

A.   Good afternoon.

Q.   I'm sorry.  I know I should call you Attorney Leonard.  I refer to him as Mr. Bolton, too.  So no offense intended, I assure you.

I'm going to give you a chance to introduce yourself in a second.  I already did a short introduction of you during the opening on Tuesday.

But I actually just want to jump for a second to a document that's been much talked about in this case.  It's Exhibit 56, which is a full exhibit in this case, and it's the exhibit that includes a series of records from the police regarding other calls for trespass in or around city hall.

Do you have that in mind?

A.   I do, yes.

Q.   Okay.  I'm not going to go through them one by one

with you.  I just have a couple quick questions.

Having reviewed them, is a single one of those something that you were involved in?

A.    The last one with Ms. Ortolano.

Q.    And that was the one that we're here to talk about today, right, or in theory?

A.    Yes.

Q.    All the prior ones over that entire seven year period, did a single one of those involve you?

A.    No.

Q.    Were you even aware of them?

A.    No.

Q.    Did you make any of the calls to the police?

A.    No.

Q.    Did you make any of the determinations or suggestions as to whether -- did you make any recommendations as to how those should be disposed of?

A.    No. They didn't involve me.

Q.    Were any of those in a private office of a city employee?

A.    No.

Q.    There was one that was in a public bathroom -- or I shouldn't say public.  There was one in a bathroom downstairs. They said the person locked themself in the bathroom.

Is that a public bathroom?

A.    If I understood where it was, outside of the rotunda, that is a public restroom, yeah, without a lock on the exterior door.  They may have locked themselves inside.

Q.    They could have locked themselves into a cubicle.

A.    Yes.

Q.    But the door itself is open?

A.    During -- yes.  When city hall is open, it's an open-to-the-public bathroom.

Q.    Okay.  I think I represented to the jury earlier that your family is from Idaho but you grew up in Rhode Island.  Did I get that right?

A.    Yes.  My mom and dad are both from Idaho, and we were the only ones who went east of the Mississippi.  I grew up in Rhode Island and then moved to New Hampshire in -- and after going to University of Colorado Boulder, came back for law school to the East Coast, and then I moved up to New Hampshire in 2000 after I graduated law school.

Q.    And after you graduated law school, what was your first job out of law school?

A.    I worked at the firm here in Concord, Gallagher, Callahan, and Gartrell, as an associate for a few years until I had my first child.  I took a little time off to be with her.

And then I came back into work as the general counsel of Citizens Bank New Hampshire, and I did banking law

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted:  2-27-26       /s/    Susan M. Bateman _____
                          SUSAN M. BATEMAN, RPR, CRR