**EXHIBIT E**

**\*\*NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE


\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*
                                                  \*
LAURIE ORTOLANO                                  \*
                                                  \*   22-cv-326-LM
     v.                                          \*   February 6, 2026
                                                  \*   1:10 p.m.
STEVEN BOLTON AND CELIA LEONARD                  \*
                                                  \*
                                                  \*
                                                  \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*


TRANSCRIPT EXCERPT OF JURY TRIAL TESTIMONY OF STEVEN BOLTON
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY


APPEARANCES:


For the Plaintiff:          William E. Aivalikles, Esq.
                             Aivalikles Law Office


For the Defendants:

(Steven Bolton)             Russell F. Hilliard, Esq.
                             Madeline K. Matulis, Esq.
                             Upton & Hatfield LLP



(Celia Leonard)             Brian J.S. Cullen, Esq.
                             Cullen Collimore Shirley PLLC



Court Reporter:             Susan M. Bateman, RPR, CRR
                             Official Court Reporter
                             United States District Court
                             55 Pleasant Street
                             Concord, NH 03301
                             (603) 225-1453

Q.    All right.  And what, if anything, happened next with respect to police activity?

A.    Well, shortly thereafter, it's not impossible that it was the same day, but it might have been a day or two later, Chief Carignan called me and asked if it would be a good time to stop over, and I said yes.

And we met in the legal department's conference room, and basically he said that he didn't want to discuss it any further and a police officer would be interviewing the participants in the event.

Q.    All right.  Do you have any idea what happened between the hard no and that visit?

A.    I didn't know then, and I really don't know now.  I know what has been testified to over the last few days.

Q.    Yeah, I meant other than that.  Okay.

So, Mr. Bolton, you've been corporation counsel since 2016?

A.    In this tenure, yes.

Q.    In this tenure.  You're exactly right.

Between 2016 and this event on January 22, 2021, has anyone else ever trespassed in the legal department?

A.    No.

Q.    No adversaries?

A.    No.

Q.    And I won't pull up the exhibit, but we've all had

several occasions to look at a compilation of some incidents in city hall where people were apparently trespassing and asked to leave.  You know what I'm talking about?

A.    Yes.

Q.    Did you have any involvement in those incidents or any knowledge of them before this trial?

A.    Well, in the run-up to the trial, but after the case was filed this material came to light.  But prior to that I had no involvement, no knowledge, nothing.

Q.    All right.  And I think Attorney Leonard mentioned this, but I want to be sure.

Ms. Ortolano was talking about tax abatement applications; is that right?

A.    Yes.  That's what I heard.

Q.    Yes.  Those have a due date under state law?

A.    March 1.

Q.    And the date is March 1?

A.    Correct.

Q.    Okay.  Thank you very much.

MR. HILLIARD:  No other questions.

THE COURT:  Thank you.

Attorney Cullen, go ahead.

MR. CULLEN:  I don't have any questions for the witness.

THE COURT:  Okay.  Attorney Aivalikles, go ahead.

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted:  2-27-26        /s/    Susan M. Bateman _____
                           SUSAN M. BATEMAN, RPR, CRR