**NO COPY OF THIS TRANSCRIPT MAY BE MADE PRIOR TO 7-6-2026

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

* * * * * * * * * * * * * * * * * * * *
                                      *
LAURIE ORTOLANO                       *   22-cv-326-LM
                                      *   February 9, 2026
            v.                        *   12:29 p.m.
                                      *
STEVEN BOLTON AND CELIA LEONARD       *
                                      *
* * * * * * * * * * * * * * * * * * * *

TRANSCRIPT OF JURY QUESTION NUMBER ONE
BEFORE THE HONORABLE LANDYA B. MCCAFFERTY


APPEARANCES:


For the Plaintiff:        William E. Aivalikles, Esq.
                          Aivalikles Law Office



For the Defendants:


(Steven Bolton)           Russell F. Hilliard, Esq.
                          Madeline K. Matulis, Esq.
                          Aivalikles Law Office



(Celia Leonard)           Brian J.S. Cullen, Esq.
                          Cullen Collimore Shirley PLLC



Court Reporter:           Susan M. Bateman, RPR, CRR
                          Official Court Reporter
                          United States District Court
                          55 Pleasant Street
                          Concord, NH 03301
                          (603) 225-1453

P R O C E E D I N G S

(In Court - No Jury Present)

THE COURT:  I'll read verbatim:  Request dry erase marker.

The answer to that is:  Yes, you may have a dry erase marker.

I'm sorry I had to call you back for this.

MR. AIVALIKLES:  I thought it was lunch orders.

THE COURT:  Okay.  So I answered it, yes, you may have a dry erase marker, signed it, put the date and the time.

They're following my instructions.

MR. CULLEN:  I think I speak for all of us.  If they ask for an eraser, you don't need to bring that back to us.

THE COURT:  Okay.  All right.

Thank you.

(RECESS)

C E R T I F I C A T E

I, Susan M. Bateman, do hereby certify that the foregoing transcript is a true and accurate transcription of the within proceedings to the best of my knowledge, skill, ability and belief.

Submitted:  4-6-26        /s/    Susan M. Bateman _____
                          SUSAN M. BATEMAN, RPR, CRR