UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Laurie Ortolano

v.                                          Case No. 22-cv-326-LM

Bolton et al


JUDGMENT

Judgment is hereby entered in accordance with the following:

1) The Notice of Voluntary Dismissal as to Jonathan Duhamel dated November 15, 2022;

2) The Order by Judge Landya B. McCafferty dated June 12, 2023;

3) The Order by Judge Landya B. McCafferty dated September 26, 2023;

4) The Order by Judge Landya B. McCafferty dated September 28, 2023;

5) The Stipulation of Dismissal as to Counts 3, 4, 5, 6, 9 and 10 dated October 20, 2023.

6) The Order by Judge Landya B. McCafferty dated February 25, 2025;

7) The Order by Judge Landya B. McCafferty dated March 10, 2025 (document 129);

8) The Order by Judge Landya B. McCafferty dated March 10, 2025

(document 131);

9) The Order by Judge Landya B. McCafferty dated March 13, 2025;

10) The Endorsed Order by Judge Landya B. McCafferty dated
    March 14, 2025;

11) The Jury Verdict dated February 9, 2026; and

12) The Order by Judge Landya B. McCafferty dated April 24, 2026
    denying the Motions for New Trial.

The prevailing party may recover costs consistent with Fed. R. Civ. P. 54(d) and 28 U.S.C. § 1920.

By the Court:

Tracy A. Uhrin
Clerk of Court

Date: April 29, 2026

cc:  Counsel of Record