## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Laurie Ortolano, <br>                 Plaintiff <br><br> v. <br><br> Steven Bolton and Celia Leonard <br>                 Defendants | Civil Action No. 22-cv-00326-LM |

### NOTICE OF APPEAL

Notice is hereby given that Plaintiff Laurie Ortolano, by and through her undersigned counsel, hereby appeals to the United States Court of Appeals for the First Circuit from:

1. The final Judgment entered in this action on April 29, 2026 (ECF No. 260);

2. The Order entered April 24, 2026 (ECF No. 259); denying Plaintiff's Fed. R. Civ. P. Rule 59 Motion for a New Trial as to Defendant Steven Bolton (ECF No. 244); and, denying Plaintiff's Motion for a New Trial as to Defendant Celia Leonard (ECF No. 245).

Pursuant to Federal Rule of Appellate Procedure 3(c)(4), this Notice of Appeal encompasses all rulings that, for purposes of appeal, merge into the designated judgment or appealable order.

**Dated: May 19, 2026**

Respectfully Submitted,

Plaintiff Laurie Ortolano.
By her Attorney,

*/s/ William Aivalikles*
William Aivalikles, Esq.
NH Bar #308
Law Office of William Aivalikles
253 Main Street
Nashua, NH 03060
(603)880-0303
william@nhtriallaw.com

1

## <u>CERTIFICATE OF SERVICE</u>

I certify that a copy of this filing was served via electronic filing / PACER upon counsel of record.

**Dated: May 19, 2026**                            */s/William Aivalikles*
                                                     William Aivalikles, Esq.