UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1.    USDC/NH Case No. 22-cv-326-LM

2.    TITLE OF CASE: Ortolano v. Bolton et al.

3.    TYPE OF CASE: Civil

4.    NAME OF APPELLANT(S) & COUNSEL FOR APPELLANT(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

5.    NAME OF APPELLEE(S) & COUNSEL FOR APPELLEE(S):
      See certified copy of docket (ECF registered users not provided with a copy of docket)

6.    NAME OF JUDGE: Judge Landya McCafferty

7.    DATE OF JUDGMENT OR ORDER ON APPEAL: **April 29, 2026**

8.    DATE OF NOTICE OF APPEAL: **May 19, 2026**

9.    FEE PAID or IFP :YES

10.   COURT APPOINTED COUNSEL: Not Applicable

11.   COURT REPORTER(S):   and DATES: Susan Bateman; Liza Dubois; Gizella Baan-Proulx – See Docket Sheet.

12.   TRANSCRIPTS ORDERED/ON FILE: YES

13.   HEARING/TRIAL EXHIBITS: YES

14.   MOTIONS PENDING: NO

15.   GUIDELINES CASE: Not Applicable

16.   RELATED CASES or CROSS APPEAL:

17.   SPECIAL COMMENTS: